UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                                           *

1416 EASTERN AVE NE LLC                          *        Case No. 24-00180-ELG

         Debtor.                               *        Chapter 11

*    *    *    *    *    *    *    *    *    *    *    *    *    *

NOTICE OF ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND OTHER PAPERS

     PLEASE TAKE NOTICE that TD Bank, N.A. hereby enters its appearance in the above-captioned case by and through its counsel, Michael D. Nord and Gebhardt & Smith LLP, and such counsel hereby requests, pursuant to 11 U.S.C. § 102(1) and 342 and Rules 2002, 4001, and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone, or email addresses indicated below:

Michael D. Nord
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: (410) 385-5072
Email: mnord@gebsmith.com

                                             /s/ Michael D. Nord
                                             Gebhardt & Smith LLP
                                             One South Street, Suite 2200
                                             Baltimore, Maryland 21202
                                             Tel: (410) 385-5072
                                             Email: mnord@gebsmith.com
                                             Counsel for TD Bank, N.A.

cc:
Maurice Belmont VerStandig, Esquire
Kristen S. Eustis, Esquire

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 29th day of May, 2024, I caused the foregoing Notice of Entry of Appearance and Request for Service of Notices and Other Papers to be sent electronically via the CM/ECF Electronic Filing System to all counsel of record.

                                          */s/ Michael D. Nord*
                                          Michael D. Nord