Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for*
*Ten Affiliated Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 1416 EASTERN AVE NE LLC | ) | Case No. 24-180-ELG |
| 945 LONGFELLOW ST NW LLC | ) | Case No. 24-181-ELG |
| 2501 NAYLOR RD SE LLC | ) | Case No. 24-182-ELG |
| 4303-13 WHEELER RD SE LLC | ) | Case No. 24-183-ELG |
| 4263 6TH ST SE APARTMENTS LLC | ) | Case No. 24-184-ELG |
| 4935 NHB AVE NE LLC | ) | Case No. 24-185-ELG |
| 3968 MLK LLC | ) | Case No. 24-186-ELG |
| 4010 9TH ST SE LLC | ) | Case No. 24-187-ELG |
| 2440 S ST SE LLC | ) | Case No. 24-188-ELG |
| 4400 HUNT PL NE LLC | ) | Case No. 24-189-ELG |
| | ) | |
| Debtors. | ) | (Chapter 11) |
| _____ | ) | (*Not* Jointly Administered) |

**APPLICATION TO APPROVE EMPLOYMENT OF MAURICE
B. VERSTANDIG, ESQ. AND THE VERSTANDIG LAW FIRM AS GENERAL
<u>REORGANIZATION  COUNSEL TO TEN AFFILIATED DEBTORS</u>**

Come now 1416 Eastern Ave NE LLC; 945 Longfellow St NW LLC; 2501 Naylor Rd SE LLC; 4303-4313 Wheeler Rd SE LLC; 4263 6th St SE Apartments, LLC; 4935 NHB Ave NE, LLC; 3968 MLK LLC; 4010 9th Street SE LLC; 2440 S St SE, LLC; and 4400 Hunt Pl NE, LLC (collectively, the "Debtors," and each a "Debtor"), pursuant to Sections 327 and 329 of Title 11 of the United States Code (the "Bankruptcy Code"), as well as Federal Rule of Bankruptcy Procedure 2014, and apply to engage Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC d/b/a

1

The Belmont Firm (collectively, "VLF"), as general reorganization counsel to each Debtor, and in support thereof states as follows:

1.  These cases were commenced when the Debtors filed petitions for chapter 11 relief, pursuant to Section 301 of the Bankruptcy Code, on May 29, 2024.

2.  Each Debtor is, and at all times relevant has been, a debtor-in-possession.

3.  Approval is instantly sought of VLF's employment to provide the following services to each of the Debtors as general reorganization counsel:

    a.  Prepare and file all necessary pleadings, motions, and other court papers, on behalf of the Debtors;

    b.  Negotiate with creditors, equity holders, and other interested parties;

    c.  Represent the Debtors in any adversary proceedings, contested matters, and other proceedings before this Honorable Court;

    d.  Prepare a plan of reorganization on behalf of the Debtors (whether by way of a joint plan covering all ten Debtors, individual plans for each Debtor, or some combination of joint and individualized plans); and

    e.  Tend to such other and further matters as are necessary and appropriate in the prism of each Debtor's case.

4.  VLF does not represent any other person or entity in connection with these cases, and both VLF and its principal are disinterested as that term is used in Section 101(14) of the Bankruptcy Code. VLF is not a creditor, an equity holder, or an insider of any Debtor; was not, within two years before the date of the petition for relief, a director, officer, or employee of any Debtor; and does not have any interest materially adverse to the interests of any estate or any class of creditors or equity holders, by reason of any direct or indirect relationship to, connection with,

or interest in, any Debtor (or for any other reason). Further, VLF holds no interest adverse to the interests of the Debtor in connection with any of the matters for which employment is sought.

5. VLF has no legal connection with the Debtors, the creditors herein, or any other parties in interest, nor with their respective counsel, nor with the United States Trustee or any person employed in the office of the United States Trustee, except as expressly disclosed in the affidavit of Maurice B. VerStandig attached hereto.

6. VLF has agreed to represent each Debtor at the rate of Four Hundred Ninety Five Dollars and No Cents ($495.00) per hour for partner time, Two Hundred Twenty Five Dollars and No Cents ($225.00) per hour for associate time, and One Hundred Dollars and No Cents ($100.00) per hour for paralegal time; it is respectfully suggested these proposed rates are fair and reasonable, and these rates are consistent with the skills and reputation of VLF and its principal attorney.

7. The Debtors have also agreed to provide compensation to VLF in the manner set forth in the Statement Pursuant to Rule 2016(b) filed in each case.

8. Attached hereto, and incorporated herein by reference, is an engagement agreement entered into between each of the Debtors and VLF prior to the commencement of this case.

9. VLF received a pre-petition retainer, from a third party (that is *not* a client of VLF), in the sum of $50,000.00, of which $5,000.00 was applied to each Debtor's trust ledger.

10. Shortly before these cases were filed, VLF applied trust monies held for each Debtor to pay for all of VLF's pre-petition services as well as the correlative filing fee for each Debtor; in so doing, time was billed to each Debtor where appropriate and, when time was generally applicable to all Debtors, one tenth of such time was applied to each Debtor. Net of this invoice, and as of the commencement of these cases, the following sums remain in trust for each Debtor:

        4400 Hunt Pl NE LLC: $2,747.20
        1416 Eastern Ave NE LLC: $3,044.20
        945 Longfellow St NW LLC: $2,945.20
        2501 Naylor Rd SE LLC: $2,994.70
        4303-4313 Wheeler Rd SE LLC: $2,648.20
        4263 6th St SE Apartments, LLC: $2,994.70
        4935 NHB Ave NE, LLC: $2,895.70
        3968 MLK LLC: $2,994.70
        4010 9th Street SE LLC: $2,945.20
        2440 S St SE, LLC: $2,895.70
        Total: $29,105.50

11.    VLF will continue to bill time to each Debtor as appropriate and, where services benefit more than one Debtor, will bill such time either (i) to a fictitious eleventh client, that is an amalgamation of all ten Debtors and whose bill will then be evenly split between and amongst all ten Debtors; or (ii) to such combination of Debtors as circumstances may so warrant. Because of the latter possibility, there will likely be entries recorded in increments of less than one-tenth-of-an hour insofar as all time is being monitored in tenth-of-an-hour increments but then divided between and amongst correlative Debtors.

12.    Per the attached engagement agreement, should there be a surplus in trust funds being held for the benefit of any one or more Debtor, such monies may be applied to the obligations of other Debtors to VLF. VLF does not reasonably anticipate such will come to pass, but would be remiss to not flag the unusual provision at the time of filing of this employment application.

13.    It is not believed that any of the Debtors hold claims against any of the other Debtors, whether in the nature of claims arising under Chapter 5 of the Bankruptcy Code or otherwise. However, should any such claim be brought to the attention of counsel during the pendency of this representation, the correlative Debtor(s) will timely endeavor to engage conflicts counsel to address such claim(s).

14. All compensation sought in these matters will be subject to the review and approval of the United States Bankruptcy Court for the District of Columbia.

15. Attached hereto, and incorporated herein by reference, is the declaration of Maurice B. VerStandig, Esq. in support of this application.

WHEREFORE, the Debtor respectfully prays this Honorable Court (i) enter an order approving the employment of Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC as general reorganization counsel to the Debtor; and (ii) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: May 30, 2024    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Counsel for Ten Affiliated Debtors*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein including, *inter alia*, counsel for the United States Trustee.

/s/ Maurice B. VerStandig
Maurice B. VerStandig