Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for*
*Ten Affiliated Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 1416 EASTERN AVE NE LLC | ) | Case No. 24-180-ELG |
| 945 LONGFELLOW ST NW LLC | ) | Case No. 24-181-ELG |
| 2501 NAYLOR RD SE LLC | ) | Case No. 24-182-ELG |
| 4303-13 WHEELER RD SE LLC | ) | Case No. 24-183-ELG |
| 4263 6TH ST SE APARTMENTS LLC | ) | Case No. 24-184-ELG |
| 4935 NHB AVE NE LLC | ) | Case No. 24-185-ELG |
| 3968 MLK LLC | ) | Case No. 24-186-ELG |
| 4010 9TH ST SE LLC | ) | Case No. 24-187-ELG |
| 2440 S ST SE LLC | ) | Case No. 24-188-ELG |
| 4400 HUNT PL NE LLC | ) | Case No. 24-189-ELG |
| | ) | |
| Debtors. | ) | (Chapter 11) |
| _____ | ) | (*Not* Jointly Administered) |

**DECLARATION IN SUPPORT OF APPLICATION TO APPROVE EMPLOYMENT OF
MAURICE B. VERSTANDIG, ESQ. AND THE VERSTANDIG LAW FIRM AS
GENERAL REORGANIZATION  COUNSEL TO TEN AFFILIATED DEBTORS**

1.      My name is Maurice VerStandig, I am over the age of eighteen, and I am competent

to testify to the matters set forth herein.

2.      I am an attorney licensed to practice before the highest courts of the District of

Columbia, the State of Nevada, the State of Maryland, the Commonwealth of Virginia, and the

State of Florida; as well as before the United States District and Bankruptcy Courts for the District

of Columbia, the District of Maryland, the Eastern District of Virginia, the Western District of

Virginia, the Northern District of Florida, the Middle District of Florida, the Southern District of

1

Florida, the District of Nevada, the Western District of Wisconsin, the District of Colorado, the

District of Nebraska, the Southern District of Illinois, the Central District of Illinois, the Eastern

District of Oklahoma, the Eastern District of Missouri, and the District of North Dakota; as well

as before the Supreme Court of the United States; as well as before the United States Courts of

Appeal for the District of Columbia Circuit, the Fourth Circuit, the Eleventh Circuit, and the Ninth

Circuit; as well as before the United States Tax Court.

       3.     I maintain an office in the State of Nevada with a mailing address of 1452 W.

Horizon Ridge Parkway, #665, Henderson, Nevada 89012 and, within the District of Columbia, a

mailing address of 1050 Connecticut Avenue, Suite 500, Washington, District of Columbia 20036.

I also maintain a mailing address of 9812 Falls Road, #114-160, Potomac, Maryland 20854.

       4.     I represent no other entity in connection with these cases and am disinterested as

that term is defined in 11 U.S.C. §101(14).  I (i) am not a creditor, an equity security holder, or an

insider of any Debtor (as that term is defined in the application to which this declaration is

appended); (ii) am not and was not, within two years before the date of filing of the petition for

relief, a director, officer or employee of any Debtor; and (iii) do not have an interest materially

adverse to the interest of any of the above-captioned estates or of any class of creditors or equity

security holders, by reason of any direct or indirect relationship to, connection with, or interest in,

the Debtors, or for any other reason.  Further, I hold no interest adverse to the interest of the

Debtors.

       5.     For want of ambiguity, I represented the Debtors in connection with certain

bankruptcy preparation and planning activities. Shortly before the petitions for relief herein were

filed, my firm was paid in full – out of a retainer tendered for the benefit of the Debtors – for such

services, so as to ensure neither my firm nor I hold any adverse interest herein.

6.      Further, as is apparent by the caption above, I am seeking to be employed as counsel for ten related entities. I do not believe any of these entities hold claims against one another but, should such claims emerge, I will counsel the correlative entity(ies) to engage conflicts counsel.

7.      Excepting those disclosed above, I have no connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

8.      All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.

I, Maurice VerStandig, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: May 30, 2024            By:     /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig, Esq.
                                        Bar No. MD18071
                                        The VerStandig Law Firm, LLC
                                        9812 Falls Road, #114-160
                                        Potomac, Maryland 20854
                                        Phone: (301) 444-4600
                                        mac@mbvesq.com

3