IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 1416 EASTERN AVE NE LLC | ) | Case No. 24-180-ELG |
| | ) | |
| Debtor. | ) | (Chapter 11) |
| _____ | ) | |

### **ORDER GRANTING MOTION TO SHORTEN TIME**

Upon consideration of the Motion to Shorten Time (the "Motion") filed by 1416 Eastern Ave NE LLC ("1416EANL" or the "Debtor"), any opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that any opposition or objection to the Verified Motion (i) to Sell Eponymous Real Property; and (ii) For Authority – But Not Obligation – to Assume and Assign All Executory Contracts (the "Sale Motion") must be filed not later than 5:00 pm prevailing Eastern Time on Monday, June 3, 2024; and it is further

ORDERED, that a hearing on the Sale Motion shall be convened at 10:00 am prevailing Eastern Time on Tuesday, June 4, 2024, via hybrid means.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*