IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

1416 Eastern Ave NE LLC,

        Debtor.

Case No. 24-00180-ELG

Chapter 11

### NOTICE OF RESCHEDULED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the meeting of creditors scheduled to be held on Friday, June 28, 2024 at 10:00 a.m., **has been rescheduled to Monday, June 24, 2024 at 10:00 a.m.,** and will be conducted telephonically. **To participate in the meeting by telephone interested parties should call (877) 465−7076 and enter the Passcode: 7191296#.**

Dated: June 3, 2024

        Gerard R. Vetter,
        Acting United States Trustee, Region Four

        By: */s/ Kristen S. Eustis*
        Kristen S. Eustis, Trial Attorney
        Federal Bar No. MD28984
        Office of the United States Trustee
        1725 Duke St., Suite 650
        Alexandria, VA 22314
        (703) 557-7227- Direct Dial
        Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

   I hereby certify that on June 3, 2024, I electronically filed the foregoing Notice with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Michael D. Nord mnord@gebsmith.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

   I further certify that on June 3, 2024, a copy of the foregoing Notice was served by first class United States mail, postage prepaid to the parties on the attached service list.

                 */s/ Robert W. Ours*
                 Robert W. Ours
                 Paralegal Specialist