```
Label Matrix for local noticing            1416 EASTERN AVE NE LLC                 TD Bank, N.A.
0090-1                                     700 51st Street NE#102B                 c/o Michael D. Nord
Case 24-00180-ELG                          Washington, DC 20019-5549               Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                      One South Street
Washington, D.C.                                                                   Suite 2200
Mon Jun  3 15:08:00 EDT 2024                                                       Baltimore, MD 21202-3343

Washington, D.C.                           DC Office of Tax and Revenue            District of Columbia Water and Sewer Aut
E. Barrett Prettyman U. S. Courthouse      1101 4th St., SW #270                   1385 Canal Street, SE
333 Constitution Ave, NW #1225             Washington, DC 20024-4457               Washington, DC 20003-5015
Washington, DC 20001-2802


Donnell Ray                                Fontavia Griffin                        Internal Revenue Service
1416 Eastern Avenue, NE Unit 102           1416 Eastern Avenue, NE Unit B2         PO Box 7346
Washington, DC 20019-8136                  Washington, DC 20019-8136               Philadelphia, PA 19101-7346



Lena Carter                                Massey Property Investors LLC           Michael D. Nord, Esq.
1416 Eastern Ave., NE Unit B1              12320 Quilt Patch Ln.                   Gebhardt & Smith LLP
Washington, DC 20019-8136                  Bowie, MD 20720-4359                    One South Street Suite 2200
                                                                                   Baltimore, MD 21202-3343



Michelle Christian                         Pepco                                   Pro Painting & Remodeling Inc.
1416 Eastern Avenue, NE Unit 201           P.O. Box 13608                          15105 Jennings Ln.
Washington, DC 20019-8136                  Philadelphia, PA 19101-3608             Bowie, MD 20721-7208



TD Bank, N.A.                              Tyesha Goode                            U. S. Trustee for Region Four
5900 N. Andrews Ave. Suite 200             1416 Eastern Avenue, NE Unit 101        U. S. Trustee's Office
Fort Lauderdale, FL 33309-2371             Washington, DC 20019-8136               1725 Duke Street
                                                                                   Suite 650
                                                                                   Alexandria, VA 22314-3489

US Realty LLC                              Washington Gas and Light Company        Maurice Belmont VerStandig
2300 N ST NW STE 300-RLK                   1000 Maine Ave SW 7th Floor             The VerStandig Law Firm, LLC
Washington, DC 20037-1122                  Washington, DC 20024-3496               9812 Falls Road
                                                                                   #114-160
                                                                                   Potomac, MD 20854-3976


End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20
```