| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00180-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:55:33 EDT 2024 | 1416 EASTERN AVE NE LLC<br>700 51st Street NE#102B<br>Washington, DC 20019-5549 | (p)CHILD SUPPORT SERVICES DIVISION<br>ATTN LEGAL SERVICES SECTION<br>400 SIXTH ST NW<br>SUITE 8300<br>WASHINGTON DC 20001-0189 |
| TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Donnell Ray<br>1416 Eastern Avenue, NE Unit 102<br>Washington, DC 20019-8136 | Fontavia Griffin<br>1416 Eastern Avenue, NE Unit B2<br>Washington, DC 20019-8136 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Lena Carter<br>1416 Eastern Ave., NE Unit B1<br>Washington, DC 20019-8136 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 |
| Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 | Michelle Christian<br>1416 Eastern Avenue, NE Unit 201<br>Washington, DC 20019-8136 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tyesha Goode<br>1416 Eastern Avenue, NE Unit 101<br>Washington, DC 20019-8136 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 |

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Office of the Attorney General for the Distr
400 6th Street, N.W.
Washington, DC 20001




             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00181-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:56:07 EDT 2024 | 945 LONGFELLOW ST NW LLC<br>945 LONGFELLOW ST NW #103<br>Washington, DC 20011-8218 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Anthon Thomas<br>945 Longfellow St., NW Unit 10<br>Washington, DC 20011-8240 | Ayesha Upshur<br>945 Longfellow St., NW<br>Washington, DC 20011-8218 |
| Brenda Thompson<br>945 Longfellow St., NW Unit 12<br>Washington, DC 20011-8240 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 37559<br>WASHINGTON DC 20013-7559 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 75520<br>WASHINGTON DC 20013-0520 |
| DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | Ericka Williams<br>945 Longfellow St., NW Unit 11<br>Washington, DC 20011-8240 |
| Fatima Glasco<br>945 Longfellow St., NW Unit 6<br>Washington, DC 20011-8240 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kalkidan Kumilachew<br>945 Longfellow St., NW Unit 4<br>Washington, DC 20011-8240 |
| Kevin Gilchrist<br>945 Longfellow St., NW Unit 13<br>Washington, DC 20011-8240 | MARINA QUINTANILLA-DOE<br>945 Longfellow St., NW Unit 5<br>Washington, DC 20011-8240 | Maria Hernandez<br>945 Longfellow St., NW Unit 9<br>Washington, DC 20011-8240 |
| Markita Jordan<br>945 Longfellow St., NW Unit 7<br>Washington, DC 20011-8240 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 | Shantel Bolks<br>945 Longfellow St., NW Unit 1<br>Washington, DC 20011-8239 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 |
| Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | District of Columbia Office of Att General<br>400 6th Street, N.W.<br>Washington, DC 20001-0189 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00182-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:56:20 EDT 2024 | 2501 NAYLOR RD SE ;LLC<br>2501 Naylor Road, SE#103<br>Washington, DC 20020-4026 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | DC GOV'T OFFICE OF TAX AND REVENUE<br>P.O. BOX 37559<br>WASHINGTON DC 20013-7559 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | Diamond Stewart<br>2501 Naylor Road, SE Unit 3<br>Washington, DC 20020-4026 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Dominique Jones<br>2501 Naylor Road, SE Unit 5<br>Washington, DC 20020-4026 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jessica Phillips<br>2501 Naylor Road, SE Unit B1<br>Washington, DC 20020-4026 |
| Layetta Howard<br>2501 Naylor Road, SE Unit B2<br>Washington, DC 20020-4026 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tiffany Epps<br>2501 Naylor Road, SE Unit 2<br>Washington, DC 20020-4026 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21

```
Label Matrix for local noticing          4303-13 WHEELER RD SE LLC              TD Bank, N.A.
0090-1                                   4313 WHEELER RD SE #103                c/o Michael D. Nord
Case 24-00183-ELG                        Washington, DC 20032-6041              Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                   One South Street
Washington, D.C.                                                                Suite 2200
Sun Jun 23 20:56:34 EDT 2024                                                    Baltimore, MD 21202-3343

Washington, D.C.                         Antuan Bookens                         Avaye Armstrong
E. Barrett Prettyman U. S. Courthouse    4309 Wheeler Road, SE Unit 202         4313 Wheeler Road, SE Unit 101
333 Constitution Ave, NW #1225           Washington, DC 20032-6040              Washington, DC 20032-6041
Washington, DC 20001-2802


Brittany Hunt                            Charlene Lindsey                       DC Office of Tax and Revenue
4301 Wheeler Road, SE Unit 203           4305 Wheeler Road, SE Unit 103         1101 4th St., SW #270
Washington, DC 20032-6037                Washington, DC 20032-6039              Washington, DC 20024-4457


Daeshana Anderson                        Dasiah Gordon                          Department of Buildings
4305 Wheeler Road, SE Unit 202           4301 Wheeler Road, SE Unit 103         1100 4th Street, SW
Washington, DC 20032-6039                Washington, DC 20032-6037              Washington, DC 20024-4451


Diana Gottschalk Miller                  District of Columbia Water and Sewer Aut   Ebonie Smith
4301 Wheeler Road, SE Unit 104           1385 Canal Street, SE                  4313 Wheeler Road, SE Unit 301
Washington, DC 20032-6037                Washington, DC 20003-5015              Washington, DC 20032-6025


Finiya Johnson                           Internal Revenue Service               Jacia Garris
4309 Wheeler Road, SE Unit 203           PO Box 7346                            4301 Wheeler Road, SE Unit 202
Washington, DC 20032-6040                Philadelphia, PA 19101-7346            Washington, DC 20032-6037


Jasmine Sockwell                         John Oldham                            Kendria Sidbury
4305 Wheeler Road, SE Unit 203           4305 Wheeler Road, SE Unit 102         4313 Wheeler Road, SE Unit 204
Washington, DC 20032-6039                Washington, DC 20032-6039              Washington, DC 20032-6025


Kierra Bell                              Kysha Rosario                          Massey Property Investors LLC
4301 Wheeler Road, SE Unit 201           4313 Wheeler Road, SE Unit 102         12320 Quilt Patch Ln.
Washington, DC 20032-6037                Washington, DC 20032-6041              Bowie, MD 20720-4359


Michael D. Nord, Esq.                    Nattonnia Ross                         Paris Reese
Gebhardt & Smith LLP                     4309 Wheeler Road, SE Unit 204         4313 Wheeler Road, SE Unit 303
One South Street Suite 2200              Washington, DC 20032-6040              Washington, DC 20032-6025
Baltimore, MD 21202-3343


Pepco                                    Pro Painting & Remodeling Inc.         Ranita Jordan
P.O. Box 13608                           15105 Jennings Ln.                     4301 Wheeler Rd., SE Unit 102
Philadelphia, PA 19101-3608              Bowie, MD 20721-7208                   Washington, DC 20032-6037
```

| | | |
|---|---|---|
| Regina February<br>4313 Wheeler Road, SE Unit 104<br>Washington, DC 20032-6041 | Richeilie Pearson<br>4313 Wheeler Road, SE Unit 103<br>Washington, DC 20032-6041 | Rodecia Mason<br>4309 Wheeler Road, SE Unit 104<br>Washington, DC 20032-6040 |
| Ronesha Jones<br>4313 Wheeler Road, SE Unit 302<br>Washington, DC 20032-6025 | Shakira Bell<br>4313 Wheeler Road, SE Unit 201<br>Washington, DC 20032-6041 | Shamona Anderson<br>4301 Wheeler Rd., SE Unit 101<br>Washington, DC 20032-6037 |
| Shanique Swan<br>4301 Wheeler Road, SE Unit 204<br>Washington, DC 20032-6037 | Sherod Harvery<br>4305 Wheeler Road, SE Unit 302<br>Washington, DC 20032-6039 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 |
| Talanda Garrett<br>4305 Wheeler Road, SE Unit 204<br>Washington, DC 20032-6039 | Tevin Jackson<br>4313 Wheeler Road, SE Unit 203<br>Washington, DC 20032-6041 | Tiffany Hunt-Davis<br>4313 Wheeler Road, SE Unit 202<br>Washington, DC 20032-6041 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Vernon Jones<br>4305 Wheeler Road, SE Unit 201<br>Washington, DC 20032-6039 |
| Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    45
Bypassed recipients     1
Total                  46

```
Label Matrix for local noticing          4263 6TH ST SE APARTMENTS LLC          TD Bank, N.A.
0090-1                                    4263 6th St SE#103                     c/o Michael D. Nord
Case 24-00184-ELG                         Washington, DC 20032-3626              Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                    One South Street
Washington, D.C.                                                                 Suite 2200
Sun Jun 23 20:56:48 EDT 2024                                                     Baltimore, MD 21202-3343

Washington, D.C.                          Chanel Jackson                         DC Office of Tax and Revenue
E. Barrett Prettyman U. S. Courthouse     4263 6th Street, SE Unit 1             1101 4th St., SW #270
333 Constitution Ave, NW #1225            Washington, DC 20032-3626              Washington, DC 20024-4457
Washington, DC 20001-2802


District of Columbia Water and Sewer Aut  Internal Revenue Service               Jennifer Patrick
1385 Canal Street, SE                     PO Box 7346                            4265 6th Street, SE Unit 2
Washington, DC 20003-5015                 Philadelphia, PA 19101-7346            Washington, DC 20032-3613



Kris Kieh                                 Massey Property Investors LLC          Michael D. Nord, Esq.
4263 6th Street, SE Unit 2                12320 Quilt Patch Ln.                  Gebhardt & Smith LLP
Washington, DC 20032-3626                 Bowie, MD 20720-4359                   One South Street Suite 2200
                                                                                 Baltimore, MD 21202-3343



Patrice Taylor                            Pepco                                  Pro Painting & Remodeling Inc.
4265 6th Street, SE Unit 1                P.O. Box 13608                         15105 Jennings Ln.
Washington, DC 20032-3613                 Philadelphia, PA 19101-3608            Bowie, MD 20721-7208



TD Bank, N.A.                             U. S. Trustee for Region Four          US Realty LLC
5900 N. Andrews Ave. Suite 200            U. S. Trustee's Office                 2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371            1725 Duke Street                       Washington, DC 20037-1122
                                          Suite 650
                                          Alexandria, VA 22314-3489


Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496
```

               The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Maurice VerStandig                     End of Label Matrix
                                          Mailable recipients    18
                                          Bypassed recipients     1
                                          Total                  19

```
Label Matrix for local noticing          4935 NHB AVE NE LLC                      TD Bank, N.A.
0090-1                                   4935 Nannie Helen Burroughs Ave, NE#     c/o Michael D. Nord
Case 24-00185-ELG                        Washington, DC 20019-5400                Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                     One South Street
Washington, D.C.                                                                  Suite 2200
Sun Jun 23 20:57:02 EDT 2024                                                      Baltimore, MD 21202-3343

Washington, D.C.                         Alicia Hurst                             Allen Reeves
E. Barrett Prettyman U. S. Courthouse    4935 Nannie Helen Burroughs Ave, NE      4935 Nannie Helen Burroughs Ave, NE
333 Constitution Ave, NW #1225           Unit 2                                   Unit 6
Washington, DC 20001-2802                Washington, DC 20019-3676                Washington, DC 20019-5400


Ashleigh Palmer                          DC Office of Tax and Revenue             Department of Buildings
4935 Nannie Helen Burroughs Ave, NE      1101 4th St., SW #270                    1100 4th Street, SW
Unit 3                                   Washington, DC 20024-4457                Washington, DC 20024-4451
Washington, DC 20019-3677


Department of Consumer and Regulatory Af Dijonia Hines                            District of Columbia Water and Sewer Aut
1100 4th St SW                           4935 Nannie Helen Burroughs Ave, NE      1385 Canal Street, SE
Washington, DC 20024-4451                Unit 4                                   Washington, DC 20003-5015
                                         Washington, DC 20019-3678


Internal Revenue Service                 Latoia Harris                            Massey Property Investors LLC
PO Box 7346                              4935 Nannie Helen Burroughs Ave, NE      12320 Quilt Patch Ln.
Philadelphia, PA 19101-7346              Unit 1                                   Bowie, MD 20720-4359
                                         Washington, DC 20019-3679


Pepco                                    Pro Painting & Remodeling Inc.           Rodger Otey
P.O. Box 13608                           15105 Jennings Ln.                       4935 Nannie Helen Burroughs Ave, NE
Philadelphia, PA 19101-3608              Bowie, MD 20721-7208                     Unit 5
                                                                                  Washington, DC 20019-3676


TD Bank, N.A.                            U. S. Trustee for Region Four            US Realty LLC
5900 N. Andrews Ave. Suite 200           U. S. Trustee's Office                   2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371           1725 Duke Street                         Washington, DC 20037-1122
                                         Suite 650
                                         Alexandria, VA 22314-3489


Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Maurice VerStandig                    End of Label Matrix
                                         Mailable recipients   21
                                         Bypassed recipients    1
                                         Total                 22
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00186-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:57:30 EDT 2024 | 3968 MLK LLC<br>1613 17th PL SE#103<br>Washington, DC 20020-5514 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Brittany Daniel<br>3968 Martin Luther King Jr. Avenue, SW<br>Unit 2<br>Washington, DC 20032-1435 | DC Department of Health<br>899 North Capitol Street, NE 1st Floor<br>Washington, DC 20002-5686 |
| DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JASMINE TAMAKLO<br>3968 Martin Luther King Jr. Ave, SW<br>Unit 4<br>Washington, DC 20032-1435 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 |
| Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Precious Moore<br>3968 Martin Luther King Jr. Avenue, SW<br>Unit 3<br>Washington, DC 20032-1435 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Towanda Chew<br>3968 Martin Luther King Jr. Ave., SW<br>Unit B2<br>Washington, DC 20032-1435 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00187-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:57:43 EDT 2024 | 4010 9TH ST SE LLC<br>4010 9th St SE #B3<br>Washington, DC 20032-6052 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Aunette Banks<br>4010 9th Street, SE Unit 201<br>Washington, DC 20032-6052 | DC Department of Health<br>899 North Capitol Street, NE 1st Floor<br>Washington, DC 20002-5686 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 37559<br>WASHINGTON DC 20013-7559 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 75520<br>WASHINGTON DC 20013-0520 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Delonya Boyd<br>4010 9th Street, SE Unit 101<br>Washington, DC 20032-6052 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John Amanor<br>4010 9th Street, SE Unit 203<br>Washington, DC 20032-6052 | LAVIA CLARK<br>4010 9th Street, SE Unit 301<br>Washington, DC 20032-6052 |
| Lyrics Watkins<br>4010 9th Street, SE Unit 304<br>Washington, DC 20032-6052 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 |
| Natasha Sprattley<br>4010 9th Street, SE Unit 104<br>Washington, DC 20032-6052 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 |
| Ronnell Dawson<br>4010 9th Street, SE Unit 102<br>Washington, DC 20032-6052 | Sharon Risper<br>4010 9th Street, SE Unit 202<br>Washington, DC 20032-6052 | TAKITA JOHNSON<br>4010 9th Street, SE Unit 203<br>Washington, DC 20032-6052 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tracy Davis<br>4010 9th Street, SE Unit 303<br>Washington, DC 20032-6052 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | William Reed<br>4010 9th Street, SE Unit 204<br>Washington, DC 20032-6052 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30

```
Label Matrix for local noticing        2440 S ST SE LLC                      TD Bank, N.A.
0090-1                                 2440 S ST SE #B1                      c/o Michael D. Nord
Case 24-00188-ELG                      Washington, DC 20020-4554             Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                One South Street
Washington, D.C.                                                             Suite 2200
Sun Jun 23 20:57:56 EDT 2024                                                 Baltimore, MD 21202-3343

Washington, D.C.                       Charmayne Mcnair                      DC Department of Health
E. Barrett Prettyman U. S. Courthouse  2440 S St., SE Unit 7                 899 North Capitol Street, NE 1st Floor
333 Constitution Ave, NW #1225         Washington, DC 20020-4587             Washington, DC 20002-5686
Washington, DC 20001-2802


DC Office of Tax and Revenue           Demyria Myles                         Department of Buildings
1101 4th St., SW #270                  2440 S St., SE Unit 9                 1100 4th Street, SW
Washington, DC 20024-4457              Washington, DC 20020-4586             Washington, DC 20024-4451



District of Columbia Water and Sewer Aut  Emonie Thompson                    Internal Revenue Service
1385 Canal Street, SE                  2440 S St., SE Unit 3                 PO Box 7346
Washington, DC 20003-5015              Washington, DC 20020-4586             Philadelphia, PA 19101-7346



Juanita Hall                           Kemesha Nelson                        Massey Property Investors LLC
2440 S St., SE Unit 11                 2440 S St., SE Unit 4                 12320 Quilt Patch Ln.
Washington, DC 20020-4586              Washington, DC 20020-4587             Bowie, MD 20720-4359



Michael D. Nord, Esq.                  Pepco                                 Pro Painting & Remodeling Inc.
Gebhardt & Smith LLP                   P.O. Box 13608                        15105 Jennings Ln.
One South Street Suite 2200            Philadelphia, PA 19101-3608           Bowie, MD 20721-7208
Baltimore, MD 21202-3343



Ronetta Higgins                        Sarina Washington                     Shanta A. Williams
2440 S St., SE Unit 6                  2440 S St., SE                        2440 S St., SE Unit 2
Washington, DC 20020-4587              Washington, DC 20020-4554             Washington, DC 20020-4586



Shevonne Edmunds                       Summer Arrington                      TD Bank, N.A.
2440 S St., SE Unit 5                  2440 S St., SE Unit 1                 5900 N. Andrews Ave. Suite 200
Washington, DC 20020-4587              Washington, DC 20020-4586             Fort Lauderdale, FL 33309-2371



Tiara Moses                            U. S. Trustee for Region Four         US Realty LLC
2440 S St., SE Unit 10                 U. S. Trustee's Office                2300 N ST NW STE 300-RLK
Washington, DC 20020-4586              1725 Duke Street                      Washington, DC 20037-1122
                                       Suite 650
                                       Alexandria, VA 22314-3489


Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig                     End of Label Matrix
                                          Mailable recipients    27
                                          Bypassed recipients     1
                                          Total                  28

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00189-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:58:10 EDT 2024 | 4400 HUNT PL NE LLC<br>4400 HUNT PL NE #B1<br>Washington, DC 20019-3663 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Alicea Boots<br>4400 Hunt Place, NE Unit 104<br>Washington, DC 20019-3603 | Asia Taylor<br>4400 Hunt Place, NE Unit 200<br>Washington, DC 20019-3623 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>P.O. BOX 37559<br>WASHINGTON DC 20013-7559 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | Delonta Richardson<br>4400 Hunt Place, NE Unit 204<br>Washington, DC 20019-3629 |
| District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Edward Taylor<br>4400 Hunt Pl, NE Unit 102<br>Washington, DC 20019-3603 | Efrem Perkins<br>4400 Hunt Place, NE Unit 300<br>Washington, DC 20019-3632 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jamar Bush<br>4400 Hunt Place, NE Unit 203<br>Washington, DC 20019-3629 | Janae Caesar<br>4400 Hunt Place, NE Unit 303<br>Washington, DC 20019-3632 |
| Lisa Warren<br>4400 Hunt Place, NE Unit 301<br>Washington, DC 20019-3632 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | Richard Fulton<br>4400 Hunt Place, NE Unit 302<br>Washington, DC 20019-3632 | Sebrina Riggins<br>400 Hunt Pl, NE Unit 101<br>Washington, DC 20019 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 |
| Vanecia Walker<br>4400 Hunt Place, NE Unit 201<br>Washington, DC 20019-3623 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25