IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**1416 Eastern Ave NE LLC,**<br><br>     **Debtor.** | **Case No. 24-00180-ELG**<br><br>**Chapter 11** |

### NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the meeting of creditors scheduled to be held on Monday, June 24, 2024 at 10:00 a.m., **has been continued to Monday, July 8, 2024 at 10:00 a.m.,** will be conducted telephonically.  **To participate in the meeting by telephone interested parties should call (877) 465−7076 and enter the Passcode: 7191296#.**

Dated:  June 24, 2024                                   Gerard R. Vetter,
                                                                        Acting United States Trustee, Region Four

                                                                        By: */s/ Kristen S. Eustis*
                                                                        Kristen S. Eustis, Trial Attorney
                                                                        Federal Bar No. MD28984
                                                                        Office of the United States Trustee
                                                                        1725 Duke St., Suite 650
                                                                        Alexandria, VA 22314
                                                                        (703) 557-7227- Direct Dial
                                                                        Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

   I hereby certify that on June 24, 2024, I electronically filed the foregoing Notice with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Nancy L. Alper nancy.alper@dc.gov

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Michael D. Nord mnord@gebsmith.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Stephon Woods stephon.woods@dc.gov


                */s/ Robert W. Ours*
                Robert W. Ours
                Paralegal Specialist