The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
Fed. Bar No.: 470314
6305 Ivy Lane, Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
Fax (301) 477-4813
William@JohnsonLG.Law

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | |
|    1416 EASTERN AVE NE LLC | ) | Case No. 24-180-ELG |
|    945 LONGFELLOW ST NW LLC | ) | Case No. 24-181-ELG |
|    2501 NAYLOR RD SE LLC | ) | Case No. 24-182-ELG |
|    4303-13 WHEELER RD SE LLC | ) | Case No. 24-183-ELG |
|    4263 6TH ST SE APARTMENTS LLC | ) | Case No. 24-184-ELG |
|    4935 NHB AVE NE LLC | ) | Case No. 24-185-ELG |
|    3968 MLK LLC | ) | Case No. 24-186-ELG |
|    4010 9TH ST SE LLC | ) | Case No. 24-187-ELG |
|    2440 S ST SE LLC | ) | Case No. 24-188-ELG |
|    4400 HUNT PL NE LLC | ) | Case No. 24-189-ELG |
| | ) | |
|                  **Debtor.** | ) | Chapter 11 |
| | ) | |
| | ) | **(NOT JOINTLY** |
| | ) | **ADMINISTERED)** |
| _____ | ) | |

## **NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

**THE CLERK OF THIS HONORABLE COURT** shall enter the appearance of William C. Johnson, Jr., Esq. as counsel for the Debtor. Debtor's counsel's contact information is as follows:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
Fed. Bar No.: 470314
6305 Ivy Lane, Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
Fax (301) 477-4813
William@JohnsonLG.Law

June 27, 2024 /s/ *William C. Johnson, Jr., Esq*
The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
Fed. Bar No.: 470314
6305 Ivy Lane, Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
Fax (301) 477-4813
William@JohnsonLG.Law

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I hereby certify that on June 27, 2024, a true and correct copy of the foregoing Notice of Appearance and Request for Notices was served (i) via the CM/ECF on all counsel of record receiving notice in this case, and (ii) by U.S. mail, first class, postage prepaid, and, where indicated, e-mail, upon the following:

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

June 27, 2024 /s/ *William C. Johnson, Jr., Esq*
The Johnson Law Group, LLC