| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00180-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Thu Jun 27 20:59:02 EDT 2024 | 1416 EASTERN AVE NE LLC<br>700 51st Street NE#102B<br>Washington, DC 20019-5549 | (p)CHILD SUPPORT SERVICES DIVISION<br>ATTN LEGAL SERVICES SECTION<br>400 SIXTH ST NW<br>SUITE 8300<br>WASHINGTON DC 20001-0189 |
| TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Donnell Ray<br>1416 Eastern Avenue, NE Unit 102<br>Washington, DC 20019-8136 | Fontavia Griffin<br>1416 Eastern Avenue, NE Unit B2<br>Washington, DC 20019-8136 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Lena Carter<br>1416 Eastern Ave., NE Unit B1<br>Washington, DC 20019-8136 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 |
| Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 | Michelle Christian<br>1416 Eastern Avenue, NE Unit 201<br>Washington, DC 20019-8136 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tyesha Goode<br>1416 Eastern Avenue, NE Unit 101<br>Washington, DC 20019-8136 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Office of the Attorney General for the Distr
400 6th Street, N.W.
Washington, DC 20001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21