**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

**In re:**

| | |
|---|---|
| **1416 EASTERN AVE NE LLC** | **Case No. 24-180-ELG** |
| **945 LONGFELLOW ST NW LLC** | **Case No. 24-181-ELG** |
| **2501 NAYLOR RD SE LLC** | **Case No. 24-182-ELG** |
| **4303-13 WHEELER RD SE LLC** | **Case No. 24-183-ELG** |
| **4263 6TH ST SE APARTMENTS LLC** | **Case No. 24-184-ELG** |
| **4935 NHB AVE NE LLC** | **Case No. 24-185-ELG** |
| **3968 MLK LLC** | **Case No. 24-186-ELG** |
| **4010 9TH ST SE LLC** | **Case No. 24-187-ELG** |
| **2440 S ST SE LLC** | **Case No. 24-188-ELG** |
| **4400 HUNT PL NE LLC** | **Case No. 24-189-ELG** |

**Debtor.**

**Chapter 11**

**(NOT JOINTLY ADMINISTERED)**

**THE UNITED STATES TRUSTEE'S WITNESS LIST FOR JULY 17, 2024 HEARING ON MOTION TO DIRECT THE APPOINTMENT OF CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C.  § 1104(a) OR, IN THE ALTERNATIVE, TO CONVERT CHAPTER 11 CASES**

Gerard R. Vetter, Acting United States Trustee for Region 4 (the "U.S. Trustee"), by and through his undersigned counsel, provides the following list of witnesses regarding its Motion to Direct the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) or, in the Alternative, to Convert Chapter 11 Cases:

1.      List of Witnesses the U.S. Trustee may call if need arises.

      A.      Ali Razjooyan
               Manager of the Debtors

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.s.Eustis@usdoj.gov

2.      The U.S. Trustee reserves the right to call any additional witnesses identified or

called by the Debtor or any other party in interest, and the right to call any additional witnesses as

identified or as otherwise necessary as impeachment or rebuttal witnesses.


Date: July 15, 2024                                    GERARD R. VETTER
                                                       Acting United States Trustee, Region 4


                                                       By: */s/ Kristen S. Eustis*
                                                       Kristen S. Eustis
                                                       DC Fed. Bar No. MD28984
                                                       Office of the United States Trustee
                                                       1725 Duke Street, Suite 650
                                                       Alexandria, VA 22314
                                                       (703) 557-7227- Direct Dial
                                                       Kristen.S.Eustis@usdoj.gov

## Certificate of Service

I hereby certify that on July 15, 2024, I electronically filed the foregoing Witness List with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in these cases:

Nancy L. Alper nancy.alper@dc.gov

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Emil Hirsch ehirsch@carltonfields.com, ewhittington@carltonfields.com; wdcecf@cfdom.net;tcarroll@carltonfields.com

William C. Johnson, Jr. William@JohnsonLG.Law, wcjjatty@yahoo.com; johnsonwr90391@notify.bestcase.com

Michael D. Nord mnord@gebsmith.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Stephon Woods stephon.woods@dc.gov


                                        /s/ Robert W. Ours
                                        Robert W. Ours
                                        Paralegal Specialist