**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case Nos. 24-00180-ELG to 24-00189-ELG |
| **1416 Eastern Ave NE LLC, et al.** | Chapter 11 |
| **Debtor.** | **(Jointly Administered under Case No. 24-00180-ELG)** |

Notice is hereby given:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24- 00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG). All further pleadings and other papers in these cases shall be filed in, and all further docket entries shall be made in, Case No. 24-00180-ELG.

                                                For the Court:
                                                Angela D. Caesar
                                                BY: CA

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.