IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**1416 Eastern Ave NE LLC,** *et al.*,<br><br>Debtor. | **Case No. 24-00180-ELG**<br>**Chapter 11**<br>**Jointly Administered** |

**NOTICE OF ENTRY OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

**TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE:**

Please note the appearance of Laura C. Beckerman, Senior Trial Counsel, Office of the Attorney General for the District of Columbia. Pursuant to Section 1109 of Title 11 of the United States Code and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, please serve all notices and pleadings filed or entered in this case as follows:

Laura C. Beckerman
Senior Trial Counsel, Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
Laura.Beckerman@dc.gov
(202) 655-7906

Please take further notice that this request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph,

telex, telecopy or otherwise which effect or seek to affect in any way any rights or interests of creditors and parties in interest.

This does not constitute consent to accept service of process under Rule 4 of the Federal Rules of Civil Procedure, made applicable by Rule 7004 of the Federal Rules of Bankruptcy Procedure, or any similar State or Federal law, rule or regulation.

Date: July 23, 2024

                Respectfully submitted,

                BRIAN L. SCHWALB
                Attorney General for the District of Columbia

                JENNIFER C. JONES
                Deputy Attorney General
                Public Advocacy Division

                ARGATONIA D. WEATHERINGTON
                Section Chief
                Housing and Environmental Justice

                */s/ Laura C. Beckerman*
                LAURA C. BECKERMAN (DC Bar 1008120)
                Senior Trial Counsel
                Office of the Attorney General for the District of Columbia
                400 6th Street, N.W., 10th Floor
                Washington, DC 20001
                (202) 655-7906
                Laura.Beckerman@dc.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice of Appearance was filed and served electronically through the Court's electronic case filing system, this 23rd day of July, 2024.

                                            */s/ Laura C. Beckerman*
                                            LAURA C. BECKERMAN