Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.s.Eustis@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** <br><br> **1416 Eastern Ave NE LLC, *et al.*,**[1] <br><br> **Debtors.** | **Case No. 24-00180-ELG** <br> **Chapter 11** <br> **Jointly Administered** |

## APPOINTMENT OF MARC ALBERT AS CHAPTER 11 TRUSTEE
## BY THE UNITED STATES TRUSTEE

The United States Bankruptcy Court for the District of Columbia, on July 18, 2024, entered an order directing the United States Trustee to appoint a person to serve as Chapter 11 Trustee in these jointly administered cases.

Gerard R. Vetter, Acting United States Trustee, subject to the approval of the Court, and after consultation with parties in interest, hereby appoints Marc Albert, pursuant to Title 11 United States Code § 1104(d), to serve as Chapter 11 Trustee (the "Trustee").

The bond required of the Trustee is hereby fixed, at this time, at $10,000.00 in favor of the United States in each of the jointly administered cases. The bond may require adjustment as the Trustee collects and liquidates assets of the estate, and the Trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

July 23, 2024	GERARD R. VETTER
	ACTING U.S. TRUSTEE, REGION 4

	By:  /s/ Kristen S. Eustis
	Kristen S. Eustis, Trial Attorney
	Federal Bar No. MD28984
	Office of the United States Trustee
	1725 Duke St., Suite 650
	Alexandria, VA 22314
	(703) 557-7227- Direct Dial
	Kristen.S.Eustis@usdoj.gov