IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **1416 Eastern Ave NE LLC, *et al.*,**[1] | Case No. 24-00180-ELG |
| | Chapter 11 |
| **Debtors.** | Jointly Administered |

## MOTION TO APPROVE APPOINTMENT OF
## MARC ALBERT AS CHAPTER 11 TRUSTEE

Gerard R. Vetter, the Acting United States Trustee for Region Four (the "United States Trustee"), hereby moves the Court pursuant to Rule 2007.1 of the Federal Rules of Bankruptcy Procedure for an Order approving the appointment of Marc Albert as Chapter 11 Trustee in the above captioned jointly administered cases. In support of this motion the United States Trustee represents the following:

1. On July 18, 2024, the Court entered an order directing the United States Trustee to appoint one disinterested person to serve as Chapter 11 trustee in the case captioned above. *See* Docket No. 61.

2. Counsel for the United States Trustee consulted with parties-in-interest regarding the appointment of a chapter 11 trustee as required by Section 1104.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

3.      On July 23, 2024, the United States Trustee, pursuant to the Order of this Court and 11 U.S.C. §1104(d), appointed Marc Albert (the "Chapter 11 Trustee") to serve as Chapter 11 trustee in these jointly administered cases.

4.      To the best of the United States Trustee's knowledge, the Chapter 11 Trustee's connections with the debtors, creditors, and other parties-in-interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Verified Statement of Marc Albert, filed with the Court as an exhibit to this motion.

5.      The Chapter 11 Trustee will obtain a bond in the amount of $10,000.00 in favor of the United States in each of the jointly administered cases. A copy of each bond will be filed with the Court.

WHEREFORE, the Acting United States Trustee respectfully prays that this Court enter an order approving the appointment of Marc Albert as Chapter 11 trustee in these jointly administered cases.

July 23, 2024   GERARD R. VETTER
                ACTING U.S. TRUSTEE, REGION 4

                By: */s/ Kristen S. Eustis*
                Kristen S. Eustis, Trial Attorney
                Federal Bar No. MD28984
                Office of the United States Trustee
                1725 Duke St., Suite 650
                Alexandria, VA 22314
                (703) 557-7227- Direct Dial
                Kristen.S.Eustis@usdoj.gov

## Certificate of Service

      I hereby certify that on July 23, 2024, I electronically filed the foregoing Motion with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in this case:

Nancy L. Alper nancy.alper@dc.gov

Laura C. Beckerman laura.beckerman@dc.gov

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Emil Hirsch ehirsch@carltonfields.com, ewhittington@carltonfields.com; wdcecf@cfdom.net;tcarroll@carltonfields.com

William C. Johnson, Jr. William@JohnsonLG.Law, wcjjatty@yahoo.com; johnsonwr90391@notify.bestcase.com

Michael D. Nord mnord@gebsmith.com

Elizabeth Drayden Peters epeters@gebsmith.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Stephon Woods stephon.woods@dc.gov

      I further certify that on July 23, 2024, a copy of the foregoing Motion was served by first class mail, postage prepaid to the Debtor's List of Creditors who have the 20 Largest Unsecured Claims, as listed below for each case:

1416 Eastern Ave NE LLC - Case No. 24-00180-ELG

| District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720 |
|---|---|
| Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721 |
| TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 | Washington Gas and Light Company<br>1000 Main Ave SW, 7th Floor<br>Washington, DC 20024 |

945 Longfellow St NW LLC – Case No. 24-00181-ELG

| DC Office of Tax and Revenue<br>1101 4th St., SW, #270<br>Washington, DC 20024 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024 |
|---|---|
| TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 | US Realty LLC<br>2300 N St NW<br>Suite 300-RLK<br>Washington, DC 20037 |
| Washington Gas and Light Company<br>1000 Main Ave SW, 7th Floor<br>Washington, DC 20024 | |

2501 Naylor Rd SE LLC – Case No. 24-00182-ELG

| Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024 | District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 |
|---|---|
| Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721 | TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 |
| US Realty LLC<br>2300 N St NW<br>Suite 300-RLK<br>Washington, DC 20037 | Washington Gas and Light Company<br>1000 Main Ave SW, 7th Floor<br>Washington, DC 20024 |

4303-13 Wheeler Rd SE LLC – Case No. 24-00183-ELG

| DC Office of Tax and Revenue<br>1101 4th St., SW, #270<br>Washington, DC 20024 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024 |
|---|---|
| District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 | TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 |

4263 6th St SE Apartments LLC – Case No. 24-00184-ELG

| | |
|---|---|
| District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720 |
| Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721 |
| TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 | US Realty LLC<br>2300 N St NW<br>Suite 300-RLK<br>Washington, DC 20037 |
| Washington Gas and Light Company<br>1000 Main Ave SW, 7th Floor<br>Washington, DC 20024 | |

4935 NHB Ave NE LLC – Case No. 24-00185-ELG

| | |
|---|---|
| Department of Consumer and Regulatory Affairs<br>1100 4th St. SW<br>Washington, DC 20024 | District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 |
| Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721 | TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 |
| US Realty LLC<br>2300 N St NW<br>Suite 300-RLK<br>Washington, DC 20037 | Washington Gas and Light Company<br>1000 Main Ave SW, 7th Floor<br>Washington, DC 20024 |

3968 MLK LLC – Case No. 24-00186-ELG

| | |
|---|---|
| DC Department of Health<br>899 North Capitol Street, NE, 1st Floor<br>Washington, DC 20002 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024 |
| Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721 | TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 |

| US Realty LLC<br>2300 N St NW<br>Suite 300-RLK<br>Washington, DC 20037 | Washington Gas and Light Company<br>1000 Main Ave SW, 7th Floor<br>Washington, DC 20024 |
|---|---|

4010 9th St SE LLC – Case No. 24-00187-ELG

| DC Department of Health<br>899 North Capitol Street, NE, 1st Floor<br>Washington, DC 20002 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024 |
|---|---|
| Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721 | TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 |
| US Realty LLC<br>2300 N St NW<br>Suite 300-RLK<br>Washington, DC 20037 | Washington Gas and Light Company<br>1000 Main Ave SW, 7th Floor<br>Washington, DC 20024 |
| District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 | |

2440 S St SE LLC – Case No. 24-00188-ELG

| DC Department of Health<br>899 North Capitol Street, NE, 1st Floor<br>Washington, DC 20002 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024 |
|---|---|
| District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 | TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 |

4400 Hunt Pl NE LLC – Case No. 24-00189-ELG

| DC Office of Tax and Revenue<br>1101 4th St., SW, #270<br>Washington, DC 20024 | District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 |
|---|---|
| Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720 | US Realty LLC<br>2300 N St NW<br>Suite 300-RLK<br>Washington, DC 20037 |

| Pro Painting & Remodeling Inc. | TD Bank, NA |
| 15105 Jennings Ln. | 5900 N. Andrews Ave., Suite 200 |
| Bowie, MD 20721 | Fort Lauderdale, FL 33309 |

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist