THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **1416 Eastern Ave NE LLC**, *et al.*[1] | ) | Case No. 24-00180-ELG |
| | ) | **Chapter 11** |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

**VERIFIED STATEMENT OF MARC ALBERT IN SUPPORT OF U.S. TRUSTEE'S APPLICATION TO APPOINT HIM AS CHAPTER 11 TRUSTEE**

I, Marc E. Albert, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney licensed to practice law in the District of Columbia, the Commonwealth of Virginia, and Maryland. I am a partner of the law firm Stinson LLP ("Stinson"), a law firm that employs approximately 450 attorneys and maintains an office for the practice of law at 1775 Pennsylvania Ave., NW, Suite 800, Washington, DC 20006, as well as offices in Kansas City, Missouri; Minneapolis, Minnesota, and other locations across the United States.

2. This verified statement is submitted in support of the application of the United States Trustee (the "U.S. Trustee") to appoint me as chapter 11 trustee in the jointly administered bankruptcy cases of 1416 Eastern Ave NE LLC, 945 Longfellow St NW LLC, 2501 Naylor Rd SE LLC, 4303-13 Wheeler Rd SE LLC, 4263 6th St SE Apartments LLC, 4935 NHB Ave NE LLC, 3968 MLK LLC, 4010 9th St SE LLC, 2440 S St SE LLC, and 4400 Hunt Pl NE LLC (the "Debtors"), and is made pursuant to Federal Rules of Bankruptcy Procedure 2014(a). Unless stated otherwise, I have personal knowledge of the statements made in this declaration and if called as a witness, would testify competently to the same.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG),4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

3. I am familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this court and will comply with them during the administration of this case.

4. I will comply with the requirements of 11 U.S.C. § 322 and, if I am appointed, I am prepared to file a bond in the amount of $10,000.00 in favor of the United States in each of the jointly administered cases, which will be conditioned on my faithful performance of my official duties.

5. I have made due inquiry on behalf of myself and Stinson into the nature of any representation of parties in interest, insiders and affiliates, in this and other cases, and believe that neither I, nor Stinson, have any disqualifying conflicts of interest.

6. Other than stated herein, to the best of my knowledge, both myself and Stinson have no connection with the Debtor, any creditors, any other party-in-interest, their respective attorneys or accountants, the U.S. Trustee or any person employed in the Office of the U.S. Trustee.

7. I serve as a Chapter 7 panel trustee for the United States Bankruptcy Court for the District of Columbia and also serve as a Subchapter V Trustee. I routinely serve in those capacities in proceedings before this Court. Stinson periodically represents me in my capacity as Chapter 7 and Chapter 11 trustee in proceedings before this Court and others.

8. Washington Gas is listed as a creditor in these cases. Stinson currently represents Washington Gas in matters unrelated to these bankruptcies. I am not currently aware of any actual conflict between these bankruptcy estates and Washington Gas. If a direct conflict were to develop, I anticipate I would employ Special Counsel.

9. The Potomac Electric Power Company, an Exelon Company ("PEPCO") is listed as a creditor in these cases. Stinson formerly represented PEPCO in matters unrelated to these

2

bankruptcies. I am not currently aware of any actual conflict between these bankruptcy estates and PEPCO. If a direct conflict were to develop, I anticipate I would employ Special Counsel.

10. As a Trustee, I regularly sell property with the approval of the Bankruptcy Court. Ali (Sam) Razjooyan, or companies or persons he is affiliated with, have purchased properties in prior bankruptcy cases in which I have served as Trustee. These include properties sold during the bankruptcy cases of:

- *In re The Bennington Corporation* (Case No. 20-00321), in which I sold a three-building, multi-unit apartment complex located in the District of Columbia at 4559 & 4569 Benning Road, SE (SSL: 5351 0085 and 4459-4569) to East West Development Group LLC, or as assigned to a single purpose entity under the control of Sam Razjooyan. *See* [Case No. 20-00321, Dkt. No. 161]. My realtor on that sale was Marcus & Millichap Real Estate Investment Services of North Carolina, Inc.

- *In re Astor Partnership LLC* (Case No. 20-00229), in which I sold a 12-unit apartment building located at 5058 Astor Place, S.E., Washington DC 20019 (SSL: 5237 0035) to East West Development Group LLC, or as assigned to a single purpose entity under the control of Sam Razjooyan. *See* [Case No. 20-00229, Dkt. No. 91]. My realtor on that sale was Marcus & Millichap Real Estate Investment Services of North Carolina, Inc.

- *In re EADS, LLC* (Case No. 20-00480-ELG), in which I sold a 39-unit apartment building located in the District of Columbia at 5320 8th Street, N.W., Washington, DC 20011 (SSL: 2999 0802) to FJ LLC, or as assigned to a single purpose entity. *See* [Case No. 20-480, Dkt. No. 151]. My realtor on that sale was Marcus & Millichap Real Estate Investment Services of North Carolina, Inc. The signature party on the contract was Farid Jalali but Sam Razjooyan and Masterpiece Investment Group were contact persons I interacted with in connection with the sale. FJ LLC subsequently assigned its interest in the contract to 5320 8TH ST NW LLC. *See* [Case No. 20-480, Dkt. No. 179]. It is my understanding that in proceeding related to *District of Columbia v. EADS LLC et al*, 2018 CA 005830 B, the District filed a motion to substitute 5320 8TH ST NW LLC for EADS LLC as a defendant, sought consent from Sam Razjooyan to do so, and referenced 5320 8TH ST NW LLC as purchasing the property out of bankruptcy.

11. I will supplement this verified statement if I learn of any additional creditors or parties-in-interest.

12. I understand that my compensation and reimbursement for expenses if I am appointed as trustee is subject to court approval and the limitations of Bankruptcy Code Section 326. As a matter of disclosure, my hourly rate in 2024 for current clients is $880.00.

I, Marc E. Albert, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 22, 2024                    /s/ Marc E. Albert
                                        Marc E. Albert

CORE/9990000.8570/191284224.1

4