Case 24-00180-ELG    Doc 71    Filed 07/24/24    Entered 07/24/24 09:11:52    Desc Main
Document      Page 1 of 3

The order below is hereby signed.

Signed: July 23 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **1416 Eastern Ave NE LLC,** *et al.*,[1] | **Case No. 24-00180-ELG** |
| **Debtors.** | **Chapter 11** <br> **Jointly Administered** |

## ORDER APPROVING APPOINTMENT OF
## MARC ALBERT AS CHAPTER 11 TRUSTEE

THE MATTER before the Court is the motion of the United States Trustee to approve the appointment of Marc Albert as Chapter 11 Trustee in these jointly administered cases.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

On July 18, 2024, the Court directed the United States Trustee to appoint one disinterested person to serve as the Chapter 11 Trustee in these jointly administered cases.

The United States Trustee consulted with parties-in-interest regarding the appointment of a Chapter 11 Trustee.

The United States Trustee pursuant to the order of this Court and 11 U.S.C. § 1104(d) appointed Marc Albert to serve as Chapter 11 Trustee in this case.

Based on Mr. Albert's verified statement, filed with the Court as an exhibit to the United States Trustee's motion, he neither holds nor represents any interests adverse to the Debtors, creditors and all parties-in-interest in this case. Also based on Mr. Albert's statement, he is a disinterested person as defined by 11 U.S.C. § 101.

NOW THEREFORE, pursuant to 11 U.S.C § 1104(d), it is hereby

**ORDERED** that the Acting United States Trustee's appointment of Marc Albert as Chapter 11 Trustee in this case is hereby APPROVED; and it is further

**ORDERED** the Clerk shall serve a copy of this order by mail or serve through the Court's ECF system to the parties entitled to receive notice in this case.

I ask for this:

Gerard R. Vetter
Acting United States Trustee, Region Four

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

Copies to:

Nancy L. Alper nancy.alper@dc.gov

Laura C. Beckerman laura.beckerman@dc.gov

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Emil Hirsch ehirsch@carltonfields.com, ewhittington@carltonfields.com; wdcecf@cfdom.net;tcarroll@carltonfields.com

William C. Johnson, Jr. William@JohnsonLG.Law, wcjjatty@yahoo.com; johnsonwr90391@notify.bestcase.com

Michael D. Nord mnord@gebsmith.com

Elizabeth Drayden Peters epeters@gebsmith.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Stephon Woods stephon.woods@dc.gov

All parties on the creditor mailing matrix.

**END OF ORDER**