Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com

*Proposed Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*,[1]<br><br>Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>Jointly Administered |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND OTHER PAPERS**

**PLEASE TAKE NOTICE** that Marc E. Albert, as the appointed Chapter 11 Trustee in the above-captioned case, herby appears by his proposed counsel, Bradley D. Jones, Joshua W. Cox, Ruiqiao Wen and the law firm Stinson LLP; such proposed counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure; and such proposed counsel files this Notice of Appearance and Request for Service of Papers pursuant to Rule 2002 of the Federal Rules of

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

1

Bankruptcy Procedure and respectfully requests that the Clerk place undersigned counsel on the matrix and list of creditors so as to receive all documents, pleadings, and exhibits in this case, and that all notice given or required to be served in this case be served upon:

> Bradley D. Jones, Esq.
> Joshua W. Cox, Esq.
> Ruiqiao Wen, Esq.
> STINSON LLP
> 1775 Pennsylvania Ave., NW, Suite 800
> Washington, DC 20006
> Tel: (202) 785-9100
> Fax: (202) 572-9980
> brad.jones@stinson.com
> joshua.cox@stinson.com
> ruiqiao.wen@stinson.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) the Requesting Parties' rights to have final orders in non-core matters entered only after *de novo* review by a District Court Judge (ii) the Requesting Parties' rights to a jury trial in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) the Requesting Parties' rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) the Requesting Parties' rights to have any claims constitutionally required to be determined by the District Court be determined therein; or (v) any other rights, claims, defenses, setoffs, or recoupments to which the Requesting Parties are

or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 24, 2024

Respectfully submitted:

<u>*/s/ Ruiqiao Wen*</u>
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com

*Proposed Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

**CERTIFICATE OF SERVICE**

    I certify that on July 24, 2024, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers to be served via the Court's ECF system upon the U.S. Trustee and all counsel who have entered an appearance in this case.

                                               */s/ Ruiqiao Wen*
                                               Ruiqiao Wen