**22NTC**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
1416 EASTERN AVE NE LLC  
**Debtor**

**Case No.** 24−00180−ELG

**Chapter** 11

# NOTICE

==========

Notice is hereby given An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of 1416
Eastern Ave NE LLC (Case No. 24−00180−ELG), 945 Longfellow St NW LLC (Case No. 24−00181−ELG), 2501 Naylor Rd SE LLC (Case No. 24−00182−ELG), 4303−13 Wheeler Rd SE LLC (Case No. 24−00183−ELG), 4263 6th St SE Apartments LLC (Case No. 24−
00184−ELG), 4935 NHB Ave NE LLC (Case No. 24−00185−ELG), 3968 MLK LLC (Case No. 24−00186−ELG), 4010 9th St SE LLC (Case No. 24−00187−ELG), 2440 S St SE LLC
(Case No. 24−00188−ELG), and 4400 Hunt Pl NE LLC (Case No. 24−00189−ELG). All further pleadings and other papers in these cases shall be filed in, and all further docket
entries shall be made in, Case No. 24−00180−ELG.

Dated: 7/22/24

For the Court:
Angela D. Caesar
BY:  CA

Copies To:
Recipients of Electronic Notifications;
Debtor;
Appointed Trustee;
All Creditors.

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 24-00180-ELG |
| 1416 EASTERN AVE NE LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 22, 2024 | Form ID: ntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + 1416 EASTERN AVE NE LLC, 700 51st Street NE#102B, Washington, DC 20019-5549 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2024                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:

**Name**              **Email Address**

Elizabeth Drayden Peters
    on behalf of Creditor TD Bank N.A. epeters@gebsmith.com

Emil Hirsch
    on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com
    ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov   Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
    on behalf of Attorney Maurice VerStandig mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael D. Nord
    on behalf of Creditor TD Bank N.A. mnord@gebsmith.com

Nancy L. Alper

District/off: 0090-1 | User: admin | Page 2 of 2

Date Rcvd: Jul 22, 2024 | Form ID: ntc | Total Noticed: 1

    on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Stephon Woods
    on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

William C. Johnson, Jr.
    on behalf of Debtor In Possession 1416 EASTERN AVE NE LLC William@JohnsonLG.Law
    wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

TOTAL: 9