The order below is hereby signed.

Signed: July 23 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **1416 Eastern Ave NE LLC,** *et al.*,[1] | **Case No. 24-00180-ELG** |
| | **Chapter 11** |
| **Debtors.** | **Jointly Administered** |

### ORDER APPROVING APPOINTMENT OF
### MARC ALBERT AS CHAPTER 11 TRUSTEE

THE MATTER before the Court is the motion of the United States Trustee to approve the appointment of Marc Albert as Chapter 11 Trustee in these jointly administered cases.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

On July 18, 2024, the Court directed the United States Trustee to appoint one disinterested person to serve as the Chapter 11 Trustee in these jointly administered cases.

The United States Trustee consulted with parties-in-interest regarding the appointment of a Chapter 11 Trustee.

The United States Trustee pursuant to the order of this Court and 11 U.S.C. § 1104(d) appointed Marc Albert to serve as Chapter 11 Trustee in this case.

Based on Mr. Albert's verified statement, filed with the Court as an exhibit to the United States Trustee's motion, he neither holds nor represents any interests adverse to the Debtors, creditors and all parties-in-interest in this case. Also based on Mr. Albert's statement, he is a disinterested person as defined by 11 U.S.C. § 101.

NOW THEREFORE, pursuant to 11 U.S.C § 1104(d), it is hereby

**ORDERED** that the Acting United States Trustee's appointment of Marc Albert as Chapter 11 Trustee in this case is hereby APPROVED; and it is further

**ORDERED** the Clerk shall serve a copy of this order by mail or serve through the Court's ECF system to the parties entitled to receive notice in this case.

I ask for this:

Gerard R. Vetter
Acting United States Trustee, Region Four

By: /s/ Kristen S. Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

Copies to:

Nancy L. Alper nancy.alper@dc.gov

Laura C. Beckerman laura.beckerman@dc.gov

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Emil Hirsch ehirsch@carltonfields.com, ewhittington@carltonfields.com; wdcecf@cfdom.net;tcarroll@carltonfields.com

William C. Johnson, Jr. William@JohnsonLG.Law, wcjjatty@yahoo.com; johnsonwr90391@notify.bestcase.com

Michael D. Nord mnord@gebsmith.com

Elizabeth Drayden Peters epeters@gebsmith.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Stephon Woods stephon.woods@dc.gov

All parties on the creditor mailing matrix.

**END OF ORDER**

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 24-00180-ELG |
| 1416 EASTERN AVE NE LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 24, 2024 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + 1416 EASTERN AVE NE LLC, 700 51st Street NE#102B, Washington, DC 20019-5549 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2024                    Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Drayden Peters | on behalf of Creditor TD Bank N.A. epeters@gebsmith.com |
| Emil Hirsch | on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Laura C. Beckerman | on behalf of Creditor Office of the Attorney General for the District of Columbia laura.beckerman@dc.gov |
| Maurice Belmont VerStandig | on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael D. Nord | |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 24, 2024 | Form ID: pdf001 | Total Noticed: 1 |

        on behalf of Creditor TD Bank N.A. mnord@gebsmith.com

Nancy L. Alper
        on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Stephon Woods
        on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov

U. S. Trustee for Region Four
        USTPRegion04.DC.ECF@USDOJ.GOV

William C. Johnson, Jr.
        on behalf of Debtor In Possession 1416 EASTERN AVE NE LLC William@JohnsonLG.Law wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

TOTAL: 10