**22ntcftrn**



In Re: **1416 EASTERN AVE NE LLC**

United States Bankruptcy Court for the District of Columbia

Case No.: **24−00180−ELG**

Chapter: **11**

E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280

www.dcb.uscourts.gov

### NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT
=================================================

A transcript of the proceeding held on 7/18/2024 was filed on 7/26/2024 . The following deadlines apply:

1. The parties have until 8/2/2024 [seven (7) calendar days from the date of filing of the transcript] to file with the Court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* under Fed. R. Bankr. P. 9037 and Local Bankruptcy Rule 9037−1 is 8/16/2024 [21 days from the date of filing of the transcript].

2. If a Request for Redaction is filed, the redacted transcript is due 8/26/2024 [31 days from the date of filing the request for redaction].

3. If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 10/24/2024 [90 calendar days from the date of filing of the transcript] unless extended by Court order.

For the Court:

Angela D. Caesar

By:
am

Dated: 7/26/24

Copies To:
Recipients of Electronic Notifications;
Debtor;
All Parties to the Hearing.

United States Bankruptcy Court

District of Columbia

In re:  
1416 EASTERN AVE NE LLC  
    Debtor

Case No. 24-00180-ELG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2  
Date Rcvd: Jul 26, 2024      Form ID: ntcftrn      Total Noticed: 5

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Michael D. Nord, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3343 |
| aty | + | Nancy L. Alper, Office of Attorney General For D.C., 400 6th Street, NW, 9th Floor, Washington, DC 20001-0189 |
| aty | + | William C. Johnson, Jr., The Johnson Law Group, LLC, 6305 Ivy Lane,, Suite 630, 20770 Greenbelt, MD 20770-1465 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jul 26 2024 21:38:00 | Kristen S. Eustis, Office of the United States Trustee, 1725 Duke Street, Ste 650, Alexandria, VA 22314-3489 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jul 26 2024 21:38:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Drayden Peters | on behalf of Creditor TD Bank N.A. epeters@gebsmith.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 26, 2024 | Form ID: ntcftrn | Total Noticed: 5 |

Emil Hirsch
    on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com
    ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Laura C. Beckerman
    on behalf of Creditor Office of the Attorney General for the District of Columbia laura.beckerman@dc.gov

Marc E. Albert
    on behalf of Trustee Marc E. Albert marc.albert@stinson.com
    porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Maurice Belmont VerStandig
    on behalf of Attorney Maurice VerStandig mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael D. Nord
    on behalf of Creditor TD Bank N.A. mnord@gebsmith.com

Nancy L. Alper
    on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Ruiqiao Wen
    on behalf of Trustee Marc E. Albert ruiqiao.wen@stinson.com

Stephon Woods
    on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

William C. Johnson, Jr.
    on behalf of Debtor In Possession 1416 EASTERN AVE NE LLC William@JohnsonLG.Law
    wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

TOTAL: 12