Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Proposed Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*,[1]<br><br>     Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>Jointly Administered |

**APPLICATION TO RETAIN STINSON LLP
AS COUNSEL FOR CHAPTER 11 TRUSTEE PURSUANT TO
<u>11 U.S.C. § 327 AND NOTICE OF OPPORTUNITY TO OBJECT</u>**

TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE:

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

1

COMES NOW, Marc E. Albert, the duly appointed and qualified trustee of the Chapter 11 bankruptcy estate of 1416 Eastern NE LLC, *et al.* ("Debtors"), by and through his proposed undersigned attorneys, Stinson LLP, and in support of his application to authorize retention of counsel pursuant to 11 U.S.C. § 327, respectfully represents as follows:

1.	The Debtors filed their voluntary Chapter 11 petitions on May 29, 2024 (the "Petition Date").  The Debtors' cases are jointly administered with the case of 1416 Eastern Ave NE LLC, 24-00180-ELG serving as the main case.

2.	On July 24, 2024, this Court entered an order approving appointment of Marc E. Albert as Chapter 11 trustee of the Debtors' estates. [ECF Dkt. No. 71].  Marc E. Albert serves as the duly appointed and qualified trustee ("Trustee") for the Debtors' chapter 11 estates.

3.	The Trustee seeks to retain Marc E. Albert, Bradley D. Jones, Joshua W. Cox, Tracey M. Ohm, Ruiqiao Wen and the law firm of Stinson LLP ("Stinson" or "Attorneys") as his legal counsel.

4.	The Trustee has selected the Attorneys because the Attorneys have considerable experience in matters for which they are to be retained, and because the Trustee believes that the Attorneys are well qualified to provide representation in all proceedings arising in connection with the Debtors' cases.

5.	The professional services that the Attorneys are to render in connection with the Debtors' cases includes:

   a) preparing any necessary applications, motions, objections, memoranda, briefs, notices, answers, orders, reports or other legal papers;

   b) appearing on the Trustee's behalf in any proceeding;

    c) handling any contested matters or Adversary Proceedings as they arise; and

    d) performing other legal services for the Trustee which may be necessary or desirable in connection with the above-captioned matter.

6. The Attorneys intend to apply to this Court periodically for approval of compensation, computed in the first instance at their applicable current hourly billing rates. Partner rates range from $495/hour to $940/hour, with the rate of Marc E. Albert being $880/hour and the rate of Bradley D. Jones being $520/hour. Non-partner attorney rates range from $340/hour to $750/hour, with the rate of Tracey M. Ohm being $515/hour, the rate of Joshua W. Cox being $485/hour, and the rate of Ruiqiao Wen being $415/hour. Stinson's rates change in the fourth quarter of each year.

7. To the best of the Trustee's knowledge, except as stated below and in the Verified Statement filed herewith, none of the Attorneys has any connection with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

8. The Debtors' bankruptcy filings list TD Bank as a secured creditor. The Debtor 1416 Eastern Ave NE LLC has listed TD Bank as a secured creditor in the amount of $910,800.00 on its Schedule D. The Debtor 945 Longfellow St NW LLC has listed TD Bank as a secured creditor in the amount of $4,000,000.00 on its Schedule D. The Debtor 2501 Naylor Rd SE LLC has listed TD Bank as a secured creditor in the amount of $3,434.00 on its Schedule D. The Debtor 4303-13 Wheeler Rd SE LLC has listed TD Bank as a secured creditor in the amount of $10,000,000.00 on its Schedule D. The Debtor 4263 6th St SE Apartments LLC has listed TD Bank as a secured creditor in the amount of $860,000.00 on its Schedule D. The Debtor 4935

NHB Ave NE LLC has listed TD Bank as a secured creditor in the amount of $880,000.00 on its Schedule D. The Debtor 3968 MLK LLC has listed TD Bank as a secured creditor in the amount of $1,005,000.00 on its Schedule D. The Debtor 4010 9th St SE LLC has listed TD Bank as a secured creditor in the amount of $2,560,000.00 on its Schedule D. The Debtor 2440 S St SE LLC has listed TD Bank as a secured creditor in the amount of $900,000.00 on its Schedule D. The Debtor 4400 Hunt Pl NE LLC has listed TD Bank as a secured creditor in the amount of $3,096,596.00 on its Schedule D. A former partner at Stinson did work for "TD Banknorth, N.A." in another office. That work was wholly unrelated to the Debtors and the Chapter 11 cases and concluded no later than 2012.

9. Pepco has filed an unsecured proof of claim in the amount of $68,179.79 against the Debtor 4303-13 Wheeler Rd SE LLC. Pepco has filed an unsecured proof of claim in the amount of $1,829.76 against the Debtor 4263 6th St SE Apartments LLC. Pepco has filed an unsecured proof of claim in the amount of $1,829.76 against the Debtor 4935 NHB Ave NE LLC. Pepco has filed an unsecured proof of claim in the amount of $2,120.93 against the Debtor 4010 9th St SE LLC. Pepco has filed an unsecured proof of claim in the amount of $6,468.89 against the Debtor 2440 S St SE LLC. Stinson previously did work for Pepco Holdings, Inc. in connection with matters wholly unrelated to the Debtors and the Chapter 11 cases. In an abundance of caution Stinson will limit its representation of the Trustee to matters not adverse to Pepco Holdings, Inc. and limit its representation of Pepco Holdings, Inc.to matters not adverse to the Trustee.

10. The Debtor 1416 Eastern Ave NE LLC has listed Washington Gas and Light Company on its List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not

Insiders with an unsecured claim of $0.00. The Debtor 945 Longfellow St NW LLC has listed Washington Gas and Light Company on its List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders with an unsecured claim of $18,364.35. The Debtor 2501 Naylor Rd SE LLC has listed Washington Gas and Light Company on its List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders with an unsecured claim of $0.00. The Debtor 4263 6th St SE Apartments LLC has listed Washington Gas and Light Company on its List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders with an unsecured claim of $0.00. The Debtor 4935 NHB Ave NE LLC has listed Washington Gas and Light Company on its List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders with an unsecured claim of $0.00. The Debtor 3968 MLK LLC has listed Washington Gas and Light Company on its List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders with an unsecured claim of $0.00. The Debtor 4010 9th St SE LLC has listed Washington Gas and Light Company on its List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders with an unsecured claim of $11,998.24. Stinson does work for Washington Gas in connection with matters wholly unrelated to the Debtors and the Chapter 11 cases. Stinson will limit its representation of the Trustee to matters not adverse to Washington Gas and limit its representation of Washington Gas to matters not adverse to the Trustee.

11. Stinson attorney Marc E. Albert serves as a Chapter 7 panel trustee for the United States Bankruptcy Court for the District of Columbia and routinely serves in that capacity in proceedings before this Court. Stinson periodically represents Marc Albert in his capacity as Chapter 7 and Chapter 11 trustee in proceedings before this Court and others.

12. Bradley D. Jones, a partner at Stinson, was formerly a trial attorney employed in the Alexandria Office of the United States Trustee for Region 4.

13. All payments to the Attorneys will be pursuant to 11 U.S.C. § 330 and an application on notice to all appropriate parties.

14. Other than as set forth above and may be stated in the Verified Statement filed herewith, the Attorneys represent no interest adverse to the Trustee, the Debtors, or the estates in the matters upon which they are to be engaged, are disinterested persons, and their employment is in the best interests of the estates and creditors generally.

### NOTICE OF OPPORTUNITY TO OBJECT TO APPLICATION TO RETAIN STINSON LLP AS COUNSEL FOR THE CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 327 AND REQUEST HEARING

Marc E. Albert, Chapter 11 Trustee for the estates of the Debtors, has filed an application seeking to retain Stinson LLP as counsel for the Chapter 11 Trustee.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then on or before **August 22, 2024**, you or your attorney must:

> File with the Court a written objection or other response to the application stating with particularity the grounds with which you base your objection or otherwise explaining you position, at:
>
> Clerk, U.S. Bankruptcy Court
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001.
>
> If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.
> You must also mail a copy of your objection to:

       Marc E. Albert
       Bradley D. Jones
       Stinson LLP
       1775 Pennsylvania Ave, NW, Suite 800
       Washington, D.C. 20006

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

Parties in interest with questions may contact the undersigned.

WHEREFORE, Marc E. Albert, Trustee, respectfully requests that this Court enter an Order:

    a)    pursuant to 11 U.S.C. § 327(a), authorizing him to employ the Attorneys to provide representation in connection with the matters described hereinabove; and

    b)    granting such other and further relief as this Court may deem just and equitable.

Dated: August 8, 2024

/s/ Marc E. Albert
Marc E. Albert, Trustee
*(approval received via email on 08/08/2024)*
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 785-9163
marc.albert@stinson.com
*Chapter 11 Trustee*

Respectfully submitted,

/s/ Ruiqiao Wen
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com
*Proposed Attorneys for*
*Marc E. Albert, Trustee*

## CERTIFICATE OF SERVICE

      I hereby certify that I did serve a copy of the foregoing Application to Retain Stinson LLP as Counsel For Chapter 11 Trustee Pursuant to 11 U.S.C. § 327 and Notice of Opportunity to Object, Verified Statement, and Proposed Order on August 8, 2024, electronically via the Court's ECF system, and by first class mail, postage prepaid, upon the following:

William C. Johnson, Jr.
The Johnson Law Group, LLC
6305 Ivy Lane,
Suite 630
Greenbelt, MD 20770

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854

Emil Hirsch
Carlton Fields Jorden Burt, P.A.
1025 Thomas Jefferson Street, NW
Ste 400 West
Washington, DC 20007

Nancy L. Alper
Office of Attorney General For D.C.
400 6th Street, NW
9th Floor
Washington, DC 20001

Laura C. Beckerman
D.C. Office of the Attorney General
400 6th Street, NW
Ste 10th Floor
Washington, DC 20001

Stephon Woods
Office of the Attorney General for the District of Columbia
400 6th St NW
Suite 9100
Washington, DC 20001

Michael D. Nord
Elizabeth Drayden Peters
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314

                                        */s/ Ruiqiao Wen*
                                        Ruiqiao Wen