Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Proposed Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| In re: <br><br> 1416 Eastern Ave NE LLC, *et al.*,[1] <br><br> Debtors. | Case No. 24-00180-ELG <br> Chapter 11 <br> Jointly Administered |

**VERIFIED STATEMENT IN SUPPORT OF APPLICATION TO RETAIN STINSON LLP AS COUNSEL FOR CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 327**

Stinson LLP ("Stinson"), by and through Ruiqiao Wen, an attorney at the firm, as proposed counsel for Marc E. Albert, the duly appointed and qualified Chapter 11 Trustee in the

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/191570958.1

above-captioned case, and pursuant to Bankruptcy Rule 2014(a), respectfully represents as follows:

1. On May 29, 2024 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2. Marc E. Albert currently serves as the duly appointed and qualified trustee ("Trustee") for the Debtors' Chapter 11 estates.

3. Stinson has made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in these and other cases, and believes that neither it nor Marc E. Albert, Bradley D. Jones, Joshua W. Cox, Tracey M. Ohm, or Ruiqiao Wen has any disqualifying conflicts of interest.

4. Other than stated herein, Stinson has no connection with the Debtors, any creditors, any other party in interest, their respective attorneys or accountants, the U.S. Trustee or any person employed in the Office of the U.S. Trustee.

5. The Debtors' bankruptcy filings list TD Bank as a secured creditor. The Debtor 1416 Eastern Ave NE LLC has listed TD Bank as a secured creditor in the amount of $910,800.00 on its Schedule D. The Debtor 945 Longfellow St NW LLC has listed TD Bank as a secured creditor in the amount of $4,000,000.00 on its Schedule D. The Debtor 2501 Naylor Rd SE LLC has listed TD Bank as a secured creditor in the amount of $3,434.00 on its Schedule D. The Debtor 4303-13 Wheeler Rd SE LLC has listed TD Bank as a secured creditor in the amount of $10,000,000.00 on its Schedule D. The Debtor 4263 6th St SE Apartments LLC has listed TD Bank as a secured creditor in the amount of $860,000.00 on its Schedule D. The Debtor 4935 NHB Ave NE LLC has listed TD Bank as a secured creditor in the amount of $880,000.00 on its

Schedule D. The Debtor 3968 MLK LLC has listed TD Bank as a secured creditor in the amount of $1,005,000.00 on its Schedule D. The Debtor 4010 9th St SE LLC has listed TD Bank as a secured creditor in the amount of $2,560,000.00 on its Schedule D. The Debtor 2440 S St SE LLC has listed TD Bank as a secured creditor in the amount of $900,000.00 on its Schedule D. The Debtor 4400 Hunt Pl NE LLC has listed TD Bank as a secured creditor in the amount of $3,096,596.00 on its Schedule D. A former partner at Stinson did work for "TD Banknorth, N.A." in another office. That work was wholly unrelated to the Debtors and the Chapter 11 cases and concluded no later than 2012.

6. Pepco has filed an unsecured proof of claim in the amount of $68,179.79 against the Debtor 4303-13 Wheeler Rd SE LLC. Pepco has filed an unsecured proof of claim in the amount of $1,829.76 against the Debtor 4263 6th St SE Apartments LLC. Pepco has filed an unsecured proof of claim in the amount of $1,829.76 against the Debtor 4935 NHB Ave NE LLC. Pepco has filed an unsecured proof of claim in the amount of $2,120.93 against the Debtor 4010 9th St SE LLC. Pepco has filed an unsecured proof of claim in the amount of $6,468.89 against the Debtor 2440 S St SE LLC. Stinson previously did work for Pepco Holdings, Inc. in connection with matters wholly unrelated to the Debtors and the Chapter 11 cases. In an abundance of caution Stinson will limit its representation of the Trustee to matters not adverse to Pepco Holdings, Inc. and limit its representation of Pepco Holdings, Inc. to matters not adverse to the Trustee.

7. The Debtor 1416 Eastern Ave NE LLC has listed Washington Gas and Light Company on its List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders with an unsecured claim of $0.00. The Debtor 945 Longfellow St NW LLC has listed

Washington Gas and Light Company on its List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders with an unsecured claim of $18,364.35. The Debtor 2501 Naylor Rd SE LLC has listed Washington Gas and Light Company on its List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders with an unsecured claim of $0.00. The Debtor 4263 6th St SE Apartments LLC has listed Washington Gas and Light Company on its List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders with an unsecured claim of $0.00. The Debtor 4935 NHB Ave NE LLC has listed Washington Gas and Light Company on its List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders with an unsecured claim of $0.00. The Debtor 3968 MLK LLC has listed Washington Gas and Light Company on its List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders with an unsecured claim of $0.00. The Debtor 4010 9th St SE LLC has listed Washington Gas and Light Company on its List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders with an unsecured claim of $11,998.24. Stinson does work for Washington Gas in connection with matters wholly unrelated to the Debtors and the Chapter 11 cases. Stinson will limit its representation of the Trustee to matters not adverse to Washington Gas and limit its representation of Washington Gas to matters not adverse to the Trustee.

8. Stinson attorney Marc E. Albert serves as a Chapter 7 panel trustee for the United States Bankruptcy Court for the District of Columbia and routinely serves in that capacity in proceedings before this Court. Stinson periodically represents Marc Albert in his capacity as Chapter 7 and Chapter 11 trustee in proceedings before this Court and others.

5

9. Bradley D. Jones, a partner at Stinson, was formerly a trial attorney employed in the Alexandria Office of the United States Trustee for Region 4.

I, Ruiqiao Wen, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 8, 2024                                              /s/ Ruiqiao Wen
                                                                                    Ruiqiao Wen