UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*[1],<br><br>Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>Jointly Administered |

**ORDER GRANTING APPLICATION TO AUTHORIZE RETENTION
OF STINSON LLP AS COUNSEL FOR MARC E. ALBERT, TRUSTEE**

This matter came before the Court on the Application to Retain Marc E. Albert, Bradley D. Jones, Joshua W. Cox, Tracey M. Ohm, Ruiqiao Wen, and law firm Stinson LLP (collectively, the "Attorneys") as counsel for Marc E. Albert, trustee of the Chapter 11 bankruptcy estates of 1416 Eastern Ave NE LLC, *et al.* ("Trustee") pursuant to 11 U.S.C. § 327.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/191570966.1

The Application discloses that other Stinson LLP attorneys recently represented Pepco Holdings, Inc. or currently represent Washington Gas in connection with matters wholly unrelated to the Debtors and the Chapter 11 cases. The Debtors listed Washington Gas and Light Company as possessing unsecured claims in these cases. Pepco has filed unsecured proofs of claim against certain Debtors in these cases (together with Washington Gas and Light Company, the "Parties"). Attorneys will limit its representation of the Trustee to matters not adverse to the Parties, and will limit any representation of the Parties to matters not adverse to the Trustee. Should an actual conflict arise, the Trustee will retain additional conflicts counsel to handle the matter. The Court being satisfied that the Attorneys represent no interest adverse to the Trustee, or the bankruptcy estates, that the Attorneys are disinterested persons, and that such employment is necessary and is in the best interests of the estates, it is hereby:

**ORDERED**, that the Application be, and the same hereby is **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED,** pursuant to 11 U.S.C. § 327(a), that Marc E. Albert, the duly appointed and qualified Trustee of the Chapter 11 bankruptcy estates of 1416 Eastern Ave NE LLC, *et al.*, be, and he hereby is, authorized to employ the Attorneys as counsel for the purposes identified in the Trustee's Application; and it is

**FURTHER ORDERED,** that, the Application having been timely filed pursuant to Local Rule 2014-1(a), the employment of Attorneys shall be made effective as of the date of the filing of the Application, August 8, 2024.

**FURTHER ORDERED**, that the compensation of the Attorneys shall be subject to further order of this Court, after notice and an opportunity for a hearing.

**End of Order**

**WE ASK FOR THIS:**

/s/ Marc E. Albert
Marc E. Albert, Trustee
*(approval received via email on 08/08/2024)*
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 785-9163
marc.albert@stinson.com
*Chapter 11 Trustee*

/s/ Ruiqiao Wen
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com
*Proposed Attorneys for*
*Marc E. Albert, Trustee*

Copies of this Order to:

Recipients of ECF Notice

and

1416 EASTERN AVE NE LLC
700 51st Street NE#102B
Washington, DC 20019

945 LONGFELLOW ST NW LLC
945 LONGFELLOW ST NW #103
Washington, DC 20011

2501 NAYLOR RD SE LLC
2501 Naylor Road, SE#103
Washington, DC 20020

4303-13 WHEELER RD SE LLC
4313 WHEELER RD SE #103
Washington, DC 20032

4263 6TH ST SE APARTMENTS LLC
4263 6th St SE#103
Washington, DC 20032

4935 NHB AVE NE LLC
4935 Nannie Helen Burroughs Ave, NE#103
Washington, DC 20019

3968 MLK LLC
1613 17th PL SE#103
Washington, DC 20020

4010 9TH ST SE LLC
4010 9th St SE #B3
Washington, DC 20032

2440 S ST SE LLC
2440 S ST SE #B1
Washington, DC 20020

4400 HUNT PL NE LLC
4400 HUNT PL NE #B1
Washington, DC 20019

CORE/3516991.0007/191570966.1