Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Proposed Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*[1],<br><br>  Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>Jointly Administered |

**CHAPTER 11 TRUSTEE'S APPLICATION TO AUTHORIZE
RETENTION OF PROPERTY MANAGEMENT COMPANY PURSUANT
TO 11 U.S.C. § 327 AND NOTICE OF OPPORTUNITY TO OBJECT**

TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE:

COMES NOW Marc E. Albert, Chapter 11 Trustee for the jointly administered Chapter 11 cases of 1416 Eastern NE LLC, *et al.* ("Debtors"), by and through his undersigned proposed counsel, and in support of his application to authorize retention of Noble Realty Advisors, LLC

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

("Noble") as property management company for each of the jointly administered estates pursuant to 11 U.S.C. § 327, respectfully represents as follows:

1. On May 29, 2024, the Debtors each filed a petition for relief under chapter 11 of the Bankruptcy Code. The Debtors' cases are jointly administered with the case of 1416 Eastern Ave NE LLC, 24-00180-ELG serving as the main case.

2. On July 24, 2024, this Court entered an order approving appointment of Marc E. Albert as Chapter 11 trustee of the Debtors' estates [ECF Dkt. No. 71]. Marc E. Albert serves as the duly appointed and qualified trustee ("Trustee") for the Debtors' Chapter 11 estates.

3. Each of the Debtors is named for residential real property that it owns, and the business of each Debtor is rental housing. The locations of the residential real property buildings are as follow:

- 1416 Eastern Avenue Northeast, Washington, DC – (6 Units)
- 945 Longfellow Street Northwest, Washington, DC – (15 Units)
- 2501 Naylor Road Southeast, Washington, DC – (8 Units)
- 4301-4313 Wheeler Road Southeast, Washington, DC – (49 Units)
- 4263-67 6th Street Southeast, Washington, DC – (6 Units)
- 4935 Nannie Helen Burroughs Avenue Northeast, Washington, DC – (6 Units)
- 3968 Martin Luther King Junior Avenue Southwest, Washington, DC – (6 Units)
- 4010 9th Street Southeast, Washington, DC – (14 Units)
- 2440 S Street Southeast, Washington, DC – (14 Units)
- 4400 Hunt Place Northeast, Washington, DC – (15 Units)

(collectively the "Properties").

4. The Trustee seeks to continue operation of the Debtors' rental housing businesses at the Properties during the course of these Chapter 11 proceedings and in connection with such operations, the Trustee through this application seeks to retain Noble as property management company for the estates.

5. The Trustee has selected Noble because the Trustee believes that Noble is well qualified to provide the services for which it is to be retained.

6.      The Trustee wishes to employ Noble under the terms of the Property Management Agreement between the Trustee and Noble dated August 14, 2024 (the "Property Management Agreement"). A copy of the Property Management Agreement, including the professional services that Noble is to render as property management company for the estates, is attached hereto as Exhibit A. The professional services that Noble is to render to the estates include, but are not limited to, collecting rent for the Properties, maintaining and making minor repairs to the Properties, responding to tenant inquiries, advertising if there are vacancies, paying expenses and rendering monthly financial statements to the Trustee. Such professional services are more fully listed in Section 4.a to the Property Management Agreement.

7.      Compensation for Noble is set forth in Section 8 of the Property Management Agreement as a flat fee per month for each of the Properties as follows:

- 1416 Eastern Avenue Northeast, Washington, DC – $1,000.00/mo. (6 Units)
- 945 Longfellow Street Northwest, Washington, DC – $2,500.00/mo. (15 Units)
- 2501 Naylor Road Southeast, Washington, DC – $1,333.00/mo. (8 Units)
- 4301-4313 Wheeler Road Southeast, Washington, DC – $9,800.00/mo. (49 Units)
- 4263-67 6th Street Southeast, Washington, DC – $1,000.00/mo. (6 Units)
- 4935 Nannie Helen Burroughs Avenue Northeast, Washington, DC – $1,000.00/mo. (6 Units)
- 3968 Martin Luther King Junior Avenue Southwest, Washington, DC – $1,000.00/mo. (6 Units)
- 4010 9th Street Southeast, Washington, DC – $2,333.00/mo. (14 Units)
- 2440 S Street Southeast, Washington, DC – $2,333.00/mo. (14 Units)
- 4400 Hunt Place Northeast, Washington, DC – $2,500.00/mo. (15 Units)

(collectively, the "Management Fee"). The Management Fee for the Properties totals $24,799.00/mo.

8.      The Trustee proposes to compensate Noble as provided in the Property Management Agreement.

9.      All payments to Noble will be pursuant to the Property Management Agreement. Once the rental payments are received into the accounts that Noble maintains on behalf of the

3

Debtors, monthly Noble will deduct all necessary expenses made in the ordinary course of business for the Properties, including its compensation, and then deliver all remaining funds to the Trustee for deposit into the trustee accounts to be established for the Debtors in this case (See Property Management Agreement at Section 4.a.6). All collections and payments of Noble shall be included in monthly financial reports supplied by Noble to the Trustee and provided by the Trustee in Monthly Operating Reports to be filed in these cases.

10. The Trustee believes the use of cash collateral in the form of rents generated from the Properties to pay the Management Fee is in the best interest of all creditors, tenants, regulatory agencies and parties in interest. The Trustee is still in the process of constructing budgets for the Properties that can form the basis of a motion seeking approval to use cash collateral, including in this way. However, Noble's assistance will be invaluable in the budgeting process, and the Trustee believes that it is in the best interest of all creditors, tenants, regulatory agencies and parties in interest for Noble to be retained right away.

11. To the best of the Trustee's knowledge, except as stated below and in the Verified Statement filed herewith, Noble does not have any connection with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

12. Noble currently and previously from time to time has served as an employed property manager for the Trustee in his roles as a Chapter 11 and Chapter 7 bankruptcy trustee in cases before this Court, in his role as debtor's counsel in cases before this Court, and in his role as a receiver in cases before other courts.

13. Noble interacts from time to time with creditors PEPCO, Washington Gas and Light Company, District of Columbia Water and Sewer, Internal Revenue Service, and DC Government Office of Tax & Revenue in the ordinary course of business.

14. Other than as set forth above and may be stated in the Verified Statement filed herewith, Noble represents no interest adverse to the Debtors, the Trustee, or the estates in the matters upon which it is to be engaged, is a disinterested person, and its employment is in the best interests of the estates and creditors generally.

### NOTICE OF OPPORTUNITY TO OBJECT TO CHAPTER 11 TRUSTEE'S APPLICATION TO RETAIN PROPERTY MANAGEMENT COMPANY

Marc E. Albert, Chapter 11 Trustee for 1416 Eastern Ave. NE LLC, *et al.*, has filed an application seeking to retain Noble Realty Advisors, LLC as property management company for each of the Debtors' estates.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then:

on or before **August 30, 2024**, you or your attorney must file with the Court a written objection to the application. The objection must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Bradley D. Jones, Esq.
Joshua W. Cox, Esq.
Ruiqiao Wen, Esq.
Stinson LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the application and may enter an order approving the application. The Court may approve the application without a hearing if the objection filed states inadequate grounds for denial of the application. Parties in interest with questions may contact the undersigned.

WHEREFORE, Marc E. Albert, Chapter 11 Trustee respectfully requests that this Court enter an Order:

a) pursuant to 11 U.S.C. § 327(a), authorizing the Trustee to employ Noble Realty Advisors, LLC as property management company for each of the Debtors' estates to provide services as described hereinabove; and

b) granting such other and further relief as this Court may deem just, equitable and proper.

Dated: August 16, 2024    Respectfully submitted:

/s/ Tracey M. Ohm
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Proposed Attorneys for Marc E. Albert,
Chapter 11 Trustee*

**CERTIFICATE OF SERVICE**

      I hereby certify that I did serve a copy of the foregoing Chapter 11 Trustee's Application to Authorize Retention of Property Management Company Pursuant to 11 U.S.C. § 327 and Notice of Opportunity to Object and Verified Statement on August 16, 2024, electronically via the Court's ECF system, and by first class mail, postage prepaid, upon the following:

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Noble Realty Advisors
Attn. Mario Lloyde
11000 Broken Land Parkway, Suite #410
Columbia, Maryland 21044

                                            /s/ Tracey M. Ohm
                                            Tracey M. Ohm