Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com

*Proposed Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*[1],<br><br>　　　　　　Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>Jointly Administered |

**VERIFIED STATEMENT OF MARIO LLOYDE
IN SUPPORT OF CHAPTER 11 TRUSTEE'S APPLICATION
TO AUTHORIZE RETENTION OF PROPERTY MANAGEMENT
<u>COMPANY PURSUANT TO 11 U.S.C. § 327</u>**

Noble Realty Advisors, LLC ("Noble"), as proposed property management company for Marc E. Albert, Chapter 11 Trustee ("Trustee") for the jointly administered Chapter 11 cases of 1416 Eastern NE LLC, *et al.* ("Debtors"), by and through Mario Lloyde, a property manager at Noble, and pursuant to Bankruptcy Rule 2014(a), respectfully represent as follows:

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/191653930.1

1. I have made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in this and other cases and believe that neither I nor Noble have any disqualifying conflicts of interest.

2. Other than stated herein, neither I nor Noble have any connection with the Debtor, the Trustee, any creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the offices of the United States Trustee.

3. Noble and I currently and previously from time to time have served as an employed property manager for the Trustee in his roles as a Chapter 11 and Chapter 7 bankruptcy trustee in cases before this Court, in his role as debtor's counsel in cases before this Court, and in his role as a receiver in cases before other courts.

4. Noble interacts from time to time with creditors PEPCO, Washington Gas and Light Company, District of Columbia Water and Sewer, Internal Revenue Service, and DC Government Office of Tax & Revenue in the ordinary course of business.

I, Mario Lloyde, declare under penalty of perjury that the foregoing is true and correct.

Dated: August 14th, 2024

_____
Mario Lloyde