The order below is hereby signed.

Signed: September 3 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING CHAPTER 11 TRUSTEE'S
APPLICATION TO AUTHORIZE RETENTION OF PROPERTY
MANAGEMENT COMPANY PURSUANT TO 11 U.S.C. § 327**

This matter came before the Court on the Application ("Application") of Marc E. Albert,

Chapter 11 Trustee ("Trustee") for the jointly administered Chapter 11 cases of 1416 Eastern NE

LLC, *et al.* ("Debtors") to retain Noble Realty Advisors, LLC ("Noble") pursuant to 11 U.S.C. §

327 as property management company for the jointly administered Chapter 11 estates.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

The Court being satisfied that Noble represents no interest adverse to the Trustee, the Debtors, or the bankruptcy estates, that Noble is a disinterested person, and that such employment is necessary and is in the best interests of the estate, it is hereby:

**ORDERED**, that the Application be, and the same hereby is **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED,** pursuant to 11 U.S.C. § 327(a), that the Trustee be, and hereby is, authorized to employ Noble as property management company for the purposes identified in the Application; and it is

**FURTHER ORDERED,** that the compensation of Noble shall be upon the terms set forth in the Application and the Property Management Agreement attached as Exhibit A thereto, without further order of this Court.

**END OF ORDER**

**WE ASK FOR THIS:**

/s/ Tracey M. Ohm
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

**SEEN:**

/s/ Kristen S. Eustis
Kristen S. Eustis, Esq.
(*signed with permission via email*)
Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314
Tel: 703-557-7227
Email: Kristen.S.Eustis@usdoj.gov

*Counsel for the Office of the*
*United States Trustee*


Copies of this Order to:

ECF Recipients; and

Noble Realty Advisors
Attn. Mario Lloyde
11000 Broken Land Parkway, Suite #410
Columbia, Maryland 21044