Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*,[1] | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

### NOTICE OF FILNG OF TRUSTEE BONDS

Marc E. Albert, the duly appointed and qualified trustee ("Trustee") for the Chapter 11 bankruptcy estates of 1416 Eastern Ave NE LLC, *et al.* (the "Debtors"), by and through his undersigned attorneys, Stinson LLP, hereby files the following notice evidencing the bonds obtained by the Trustee. The Debtors' cases are presently jointly administered in accordance with Bankruptcy Rule 1015(b) under the above-captioned case. Pursuant to the *Appointment of*

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

1

*Marc Albert as Chapter 11 Trustee by the United States Trustee* [ECF Dkt. No. 69] (the "Trustee Appointment"), the Trustee was required to obtain a bond in the amount of $10,000 for each of the ten (10) jointly administered cases. The Trustee obtained the required bonds for each of the jointly administered cases, including for 1416 Eastern Ave NE LLC on July 23, 2024. A copy of the bond obtained by the Trustee for 1416 Eastern Ave NE LLC is attached hereto as **Exhibit A**. Copies of the bonds obtained by the Trustee for the other nine cases are attached separately to the Notice of Filing of Trustee Bond filed in each of the nine cases.

Dated: September 4, 2024

Respectfully submitted,

/s/ Ruiqiao Wen
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert, Trustee*

**CERTIFICATE OF SERVICE**

  I certify that on September 4, 2024, I caused a true and correct copy of the foregoing Notice of Filing of Trustee Bonds to be served via the Court's ECF system upon the U.S. Trustee and all counsel who have entered an appearance in this case.

                 */s/ Ruiqiao Wen*
                 Ruiqiao Wen