The order below is hereby signed.

Signed: September 3 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
In re:                                      )
                                            )   Case No. 24-00180-ELG
1416 Eastern Ave NE LLC, *et al.*[1],       )   Chapter 11
                                            )   Jointly Administered
         Debtors.                           )
_____)

### ORDER GRANTING CHAPTER 11 TRUSTEE'S
### APPLICATION TO AUTHORIZE RETENTION OF PROPERTY
### MANAGEMENT COMPANY PURSUANT TO 11 U.S.C. § 327

This matter came before the Court on the Application ("Application") of Marc E. Albert, Chapter 11 Trustee ("Trustee") for the jointly administered Chapter 11 cases of 1416 Eastern NE LLC, *et al.* ("Debtors") to retain Noble Realty Advisors, LLC ("Noble") pursuant to 11 U.S.C. § 327 as property management company for the jointly administered Chapter 11 estates.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/191654672.1

The Court being satisfied that Noble represents no interest adverse to the Trustee, the Debtors, or the bankruptcy estates, that Noble is a disinterested person, and that such employment is necessary and is in the best interests of the estate, it is hereby:

**ORDERED**, that the Application be, and the same hereby is **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED,** pursuant to 11 U.S.C. § 327(a), that the Trustee be, and hereby is, authorized to employ Noble as property management company for the purposes identified in the Application; and it is

**FURTHER ORDERED,** that the compensation of Noble shall be upon the terms set forth in the Application and the Property Management Agreement attached as Exhibit A thereto, without further order of this Court.

**END OF ORDER**

**WE ASK FOR THIS:**

/s/ Tracey M. Ohm
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

**SEEN:**

/s/ Kristen S. Eustis
Kristen S. Eustis, Esq.
(*signed with permission via email*)
Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314
Tel: 703-557-7227
Email: Kristen.S.Eustis@usdoj.gov

*Counsel for the Office of the
United States Trustee*


Copies of this Order to:

ECF Recipients; and

Noble Realty Advisors
Attn. Mario Lloyde
11000 Broken Land Parkway, Suite #410
Columbia, Maryland 21044

United States Bankruptcy Court
District of Columbia

In re: Case No. 24-00180-ELG
1416 EASTERN AVE NE LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Sep 03, 2024     Form ID: pdf001     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2024:**

**Recip ID    Recipient Name and Address**
+   Noble Realty Advisors, Attn. Mario Lloyde, 11000 Broken Land Parkway, Suite #410, Columbia, MD 21044-3484
+   Tracey Ohm, STINSON LLP, 1775 Pennsylvania Ave., NW, Suite 800, Washington, DC 20006-4760

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2024 at the address(es) listed below:**

**Name    Email Address**

Elizabeth Drayden Peters
    on behalf of Creditor TD Bank N.A. epeters@gebsmith.com

Emil Hirsch
    on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com
    ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Laura C. Beckerman
    on behalf of Creditor Office of the Attorney General for the District of Columbia laura.beckerman@dc.gov mina.kasama@dc.gov

Marc E. Albert
    on behalf of Trustee Marc E. Albert marc.albert@stinson.com
    porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 03, 2024 | Form ID: pdf001 | Total Noticed: 2 |

Maurice Belmont VerStandig
    on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael D. Nord
    on behalf of Creditor TD Bank  N.A. mnord@gebsmith.com

Nancy L. Alper
    on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Ruiqiao Wen
    on behalf of Trustee Marc E. Albert ruiqiao.wen@stinson.com

Stephon Woods
    on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov

Tracey Michelle Ohm
    on behalf of Trustee Marc E. Albert tracey.ohm@stinson.com  porsche.barnes@stinson.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

William C. Johnson, Jr.
    on behalf of Debtor In Possession 1416 EASTERN AVE NE LLC William@JohnsonLG.Law wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

TOTAL: 13