| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **1416 Eastern Ave, NE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Income** | | | | | |
| | | | | | |
| *Rental Income\** | | | | | |
| Rent Income* | $7,700 | $7,700 | $7,700 | $7,700 | $30,800 |
| Housing Assist Payments* | $0 | $0 | $0 | $0 | $0 |
| ***Total Rent Income\**** | ***$7,700*** | ***$7,700*** | ***$7,700*** | ***$7,700*** | ***$30,800*** |
| | | | | | |
| *Vacancy* | | | | | |
| Vacancies -Rent Charges | -$2,566 | -$2,566 | -$2,566 | -$2,566 | -$10,264 |
| ***Total Vacancy Loss*** | ***-$2,566*** | ***-$2,566*** | ***-$2,566*** | ***-$2,566*** | ***-$10,264*** |
| | | | | | |
| *Other Income* | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| ***Total Other Income*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** |
| | | | | | |
| ***Total Property Income*** | ***$5,134*** | ***$5,134*** | ***$5,134*** | ***$5,134*** | ***$20,536*** |
| **Expenses** | | | | | |
| | | | | | |
| *Administrative Expenses* | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $1,000 | $1,000 | $1,000 | $1,000 | $4,000 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| ***Total Administrative Expenses*** | ***$1,030*** | ***$2,030*** | ***$1,030*** | ***$1,280*** | ***$5,370*** |
| | | | | | |
| *Utilities Expense* | | | | | |
| Electricity | $65 | $65 | $65 | $65 | $260 |
| Water/Sewer | $1,100 | $1,100 | $1,100 | $1,100 | $4,400 |
| Gas | $100 | $100 | $100 | $100 | $400 |
| ***Total Utilities Expense*** | ***$1,265*** | ***$1,265*** | ***$1,265*** | ***$1,265*** | ***$5,060*** |
| | | | | | |
| *Repair & Maintenance Expenses* | | | | | |
| Supplies | $25 | $25 | $25 | $25 | $100 |
| Maintenance Contracts | $500 | $500 | $500 | $500 | $2,000 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $150 | $600 |
| Pest Control Management | $40 | $40 | $40 | $40 | $160 |
| Landscape Maintenance | $30 | $0 | $0 | $0 | $30 |
| Garbage and Trash Removal | $200 | $200 | $200 | $200 | $800 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |
| Unit Turnover-Vacant | $0 | $0 | $500 | $0 | $500 |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| | **Noble Realty Advisors** | | | | |
| | **1416 Eastern Ave, NE** | | | | |
| | **Cash Collateral Budget** | | | | |
| Painting & Decorating- Occupied | $0 | $75 | $0 | $0 | $75 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $0 | $100 | $0 | $0 | $100 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $400 |
| ***Total Repair & Maintenance Expenses*** | *$1,395* | *$1,290* | *$1,615* | *$1,365* | *$5,665* |
| | | | | | |
| ***Taxes & Insurance Expenses*** | | | | | |
| Real Estate Taxes | $529 | $529 | $529 | $529 | $2,115 |
| Property & Liability Ins | $125 | $125 | $125 | $125 | $500 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| ***Total Taxes/Insurance Exp*** | *$654* | *$654* | *$654* | *$654* | *$2,615* |
| | | | | | |
| ***Total Cost Of Operations*** | *$4,344* | *$5,239* | *$4,564* | *$4,564* | *$18,710* |
| | | | | | |
| ***Net Operating Income*** | *$790* | *-$105* | *$570* | *$570* | *$1,826* |
| | | | | | |
| ***Bankr. Administrative Expenses*** | | | | | |
| Trustee Commission | $1,243 | $841 | $765 | $765 | $3,614 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| ***Total Bankr. Adminsrative Expenses*** | *$4,327* | *$3,925* | *$3,849* | *$3,849* | *$15,950* |
| | | | | | |
| ***Debt Service*** | | | | | |
| ***Total Debt Services*** | *$0* | *$0* | *$0* | *$0* | *$0* |
| | | | | | |
| ***Cash Flow Profit (Loss)*** | *-$3,537* | *-$4,030* | *-$3,279* | *-$3,279* | *-$14,124* |
| | | | | | |
| ***Replacement Reserve Item Expense*** | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | $0 |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 945 Longfellow St., NW | | | | | |
| Cash Collateral Budget | | | | | |
| | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| **Income** | | | | | |
| | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income* | *$30,999* | *$30,999* | *$30,999* | *$30,999* | $123,996 |
| Housing Assist Payments* | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Rent Income*** | **$30,999** | **$30,999** | **$30,999** | **$30,999** | **$123,996** |
| | | | | | |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | -$10,335 | -$10,335 | -$10,335 | -$10,335 | -$41,340 |
| ***Total Vacancy Loss*** | **-$10,335** | **-$10,335** | **-$10,335** | **-$10,335** | **-$41,340** |
| | | | | | |
| ***Other Income*** | | | | | |
| Late Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Application Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Damages/Misc. | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Other Income*** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| ***Total Property Income*** | **$20,664** | **$20,664** | **$20,664** | **$20,664** | **$82,656** |
| | | | | | |
| **Expenses** | | | | | |
| | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | *$15* | *$15* | *$15* | *$15* | $60 |
| Advertising /Marketing | *$0* | *$0* | *$0* | *$0* | $0 |
| Office/Telephone Expense | *$15* | *$15* | *$15* | *$15* | $60 |
| Management Fee | *$2,500* | *$2,500* | *$2,500* | *$2,500* | $10,000 |
| Legal Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Leasing Commission | *$0* | *$0* | *$1,000* | *$0* | $1,000 |
| Audit Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Software/Technical Support | *$0* | *$0* | *$0* | *$250* | $250 |
| Bad Debts | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Administrative Expenses*** | **$2,530** | **$2,530** | **$3,530** | **$2,780** | **$11,370** |
| | | | | | |
| ***Utilities Expense*** | | | | | |
| Electricity | *$75* | *$75* | *$75* | *$75* | $300 |
| Water/Sewer | *$2,400* | *$2,400* | *$2,400* | *$2,400* | $9,600 |
| Gas | *$300* | *$300* | *$300* | *$300* | $1,200 |
| ***Total Utilities Expense*** | **$2,775** | **$2,775** | **$2,775** | **$2,775** | **$11,100** |
| | | | | | |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | *$25* | *$25* | *$25* | *$25* | $100 |
| Maintenance Contracts | *$1,200* | *$1,200* | *$1,200* | *$1,200* | $4,800 |
| Janitor & Cleaning Contract | *$150* | *$150* | *$150* | *$150* | $600 |
| Pest Control Management | *$75* | *$75* | *$75* | *$75* | $300 |
| Landscape Maintenance | *$30* | *$0* | *$0* | *$0* | $30 |
| Garbage and Trash Removal | *$400* | *$400* | *$400* | *$400* | $1,600 |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 945 Longfellow St., NW | | | | | |
| Cash Collateral Budget | | | | | |
| | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| Security Contract | *$0* | *$0* | *$0* | *$0* | $0 |
| Electrical Repairs | *$0* | *$50* | *$0* | *$0* | $50 |
| HVAC Repairs and Maint | *$250* | *$0* | *$0* | *$250* | $500 |
| Snow Removal | *$0* | *$0* | *$0* | *$0* | $0 |
| Plumbing Repairs | *$100* | *$100* | *$100* | *$100* | $400 |
| Unit Turnover-Vacant | *$0* | *$500* | *$0* | *$0* | $500 |
| Painting & Decorating- Occupied | *$20* | *$20* | *$20* | *$20* | $80 |
| Enviornmental Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$150* | *$0* | *$0* | *$150* | $300 |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | *$0* | $0 |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | *$100* | $400 |
| ***Total Repair & Maintenance Expenses*** | ***$2,500*** | ***$2,620*** | ***$2,070*** | ***$2,470*** | ***$9,660*** |
| | | | | | |
| ***Taxes & Insurance Expenses*** | | | | | |
| Real Estate Taxes | *$1,540* | *$1,540* | *$1,540* | *$1,540* | $6,159 |
| Property & Liability Ins | *$209* | *$209* | *$209* | *$209* | $836 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Taxes/Insurance Exp*** | ***$1,749*** | ***$1,749*** | ***$1,749*** | ***$1,749*** | ***$6,995*** |
| | | | | | |
| ***Total Cost Of Operations*** | ***$9,554*** | ***$9,674*** | ***$10,124*** | ***$9,774*** | ***$39,125*** |
| | | | | | |
| ***Net Operating Income*** | ***$11,110*** | ***$10,990*** | ***$10,540*** | ***$10,890*** | ***$43,531*** |
| | | | | | |
| ***Bankr. Administrative Expenses*** | | | | | |
| Trustee Commission | $1,764 | $1,275 | $1,320 | $1,285 | $5,644 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| ***Total Bankr. Administrative Expenses*** | *$4,848* | *$4,359* | *$4,404* | *$4,369* | *$17,980* |
| | | | | | |
| *Debt Service* | | | | | |
| ***Total Debt Services*** | *$0* | *$0* | *$0* | *$0* | *$0* |
| | | | | | |
| ***Cash Flow Profit (Loss)*** | ***$6,262*** | ***$6,631*** | ***$6,136*** | ***$6,521*** | ***$25,551*** |
| | | | | | |
| ***Replacement Reserve Item Expense*** | | | | | |
| Appliance Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | *$0* | **$0** |
| | | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 2501 Naylor, SE | | | | | |
| Cash Collateral Budget | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| **Income** | | | | | |
| *Rental Income* | | | | | |
| Rent Income | *$17,628* | *$17,628* | *$17,628* | *$17,628* | $70,512 |
| Housing Assist Payments | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Rent Income*** | **$17,628** | **$17,628** | **$17,628** | **$17,628** | **$70,512** |
| | | | | | |
| *Vacancy* | | | | | |
| Vacancies -Rent Charges | *-$8,814* | *-$8,814* | *-$8,814* | *-$8,814* | -$35,256 |
| ***Total Vacancy Loss*** | **-$8,814** | **-$8,814** | **-$8,814** | **-$8,814** | **-$35,256** |
| | | | | | |
| *Other Income* | | | | | |
| Late Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Application Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Damages/Misc. | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Other Income*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | **$0** |
| | | | | | |
| ***Total Property Income*** | ***$8,814*** | ***$8,814*** | ***$8,814*** | ***$8,814*** | ***$35,256*** |
| **Expenses** | | | | | |
| | | | | | |
| *Administrative Expenses* | | | | | |
| Bank Fees | *$15* | *$15* | *$15* | *$15* | $60 |
| Advertising /Marketing | *$0* | *$0* | *$0* | *$0* | $0 |
| Office/Telephone Expense | *$15* | *$15* | *$15* | *$15* | $60 |
| Management Fee | *$1,333* | *$1,333* | *$1,333* | *$1,333* | $5,332 |
| Legal Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Leasing Commission | *$0* | *$1,000* | *$0* | *$0* | $1,000 |
| Audit Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Software/Technical Support | *$0* | *$0* | *$0* | *$250* | $250 |
| Bad Debts | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Administrative Expenses*** | ***$1,363*** | ***$2,363*** | ***$1,363*** | ***$1,613*** | ***$6,702*** |
| | | | | | |
| *Utilities Expense* | | | | | |
| Electricity | *$80* | *$80* | *$80* | *$80* | $320 |
| Water/Sewer | *$1,350* | *$1,350* | *$1,350* | *$1,350* | $5,400 |
| Gas | *$300* | *$300* | *$300* | *$300* | $1,200 |
| ***Total Utilities Expense*** | ***$1,730*** | ***$1,730*** | ***$1,730*** | ***$1,730*** | ***$6,920*** |
| | | | | | |
| *Repair & Maintenance Expenses* | | | | | |
| Supplies | *$0* | *$0* | *$0* | *$0* | $0 |
| Maintenance Contracts | *$1,600* | *$1,600* | *$1,600* | *$1,600* | $6,400 |
| Janitor & Cleaning Contract | *$250* | *$250* | *$250* | *$250* | $1,000 |
| Pest Control Management | *$50* | *$50* | *$50* | *$50* | $200 |
| Landscape Maintenance | *$30* | *$0* | *$0* | *$0* | $30 |
| Garbage and Trash Removal | *$400* | *$400* | *$400* | *$400* | $1,600 |
| Security Contract | *$0* | *$0* | *$0* | *$0* | $0 |
| Electrical Repairs | *$0* | *$0* | *$0* | *$0* | $0 |
| HVAC Repairs and Maint | *$250* | *$0* | *$0* | *$250* | $500 |
| Snow Removal | *$0* | *$0* | *$0* | *$0* | $0 |
| Plumbing Repairs | *$100* | *$100* | *$100* | *$100* | $400 |
| Unit Turnover-Vacant | *$0* | *$0* | *$0* | *$0* | $0 |
| Painting & Decorating- Occupied | *$50* | *$50* | *$50* | *$50* | $200 |
| Enviornmental Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$100* | *$0* | *$0* | *$100* | $200 |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 2501 Naylor, SE | | | | | |
| Cash Collateral Budget | | | | | |
| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $400 |
| **Total Repair & Maintenance Expenses** | **$2,930** | **$2,550** | **$2,550** | **$2,900** | **$10,930** |
| | | | | | |
| ***Taxes & Insurance Expenses*** | | | | | |
| Real Estate Taxes | $612 | $612 | $612 | $612 | $2,449 |
| Property & Liability Ins | $1,667 | $1,667 | $1,667 | $1,667 | $6,668 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$2,279** | **$2,279** | **$2,279** | **$2,279** | **$9,117** |
| | | | | | |
| **Total Cost Of Operations** | **$8,302** | **$8,922** | **$7,922** | **$8,522** | **$33,669** |
| | | | | | |
| **Net Operating Income** | **$512** | **-$108** | **$892** | **$292** | **$1,587** |
| | | | | | |
| ***Bankr. Administrative Expenses*** | | | | | |
| Trustee Commission | $1,637 | $1,200 | $1,100 | $1,160 | $5,097 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| **Total Bankr. Administrative Expenses** | **$4,721** | **$4,284** | **$4,184** | **$4,244** | **$17,433** |
| | | | | | |
| *Debt Service* | | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| **Cash Flow Profit (Loss)** | **-$4,209** | **-$4,392** | **-$3,292** | **-$3,952** | **-$15,846** |
| | | | | | |
| ***Replacement Reserve Item Expense*** | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | $0 |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| **Total Capital Improvements** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| **4301-4313 Wheeler Road, SE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| **Income** | | | | | |
| *Rental Income* | | | | | |
| Rent Income | $76,807 | $76,807 | $76,807 | $76,807 | $307,228 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| ***Total Rent Income*** | **$76,807** | **$76,807** | **$76,807** | **$76,807** | **$307,228** |
| *Vacancy* | | | | | |
| Vacancies -Rent Charges | -$34,484 | -$34,484 | -$34,484 | -$34,484 | -$137,936 |
| ***Total Vacancy Loss*** | **-$34,484** | **-$34,484** | **-$34,484** | **-$34,484** | **-$137,936** |
| *Other Income* | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| ***Total Other Income*** | **$0** | **$0** | **$0** | **$0** | **$0** |
| ***Total Property Income*** | **$42,323** | **$42,323** | **$42,323** | **$42,323** | **$169,292** |
| **Expenses** | | | | | |
| *Administrative Expenses* | | | | | |
| Bank Fees | $35 | $35 | $35 | $35 | $140 |
| Advertising /Marketing | $50 | $50 | $50 | $50 | $200 |
| Office/Telephone Expense | $125 | $125 | $125 | $125 | $500 |
| Management Fee | $9,800 | $9,800 | $9,800 | $9,800 | $39,200 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $1,000 | $1,000 | $1,000 | $1,000 | $4,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $650 | $650 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| ***Total Administrative Expenses*** | **$11,010** | **$11,010** | **$11,010** | **$11,660** | **$44,690** |
| *Utilities Expense* | | | | | |
| Electricity | $295 | $295 | $295 | $295 | $1,180 |
| Water/Sewer | $3,400 | $3,400 | $3,400 | $3,400 | $13,600 |
| Gas | $950 | $950 | $950 | $950 | $3,800 |
| ***Total Utilities Expense*** | **$4,645** | **$4,645** | **$4,645** | **$4,645** | **$18,580** |
| *Repair & Maintenance Expenses* | | | | | |
| Supplies | $350 | $350 | $350 | $350 | $1,400 |
| Maintenance Contracts | $6,200 | $6,200 | $6,200 | $6,200 | $24,800 |
| Janitor & Cleaning Contract | $750 | $750 | $750 | $750 | $3,000 |
| Pest Control Management | $750 | $750 | $750 | $750 | $3,000 |
| Landscape Maintenance | $500 | $0 | $0 | $0 | $500 |
| Garbage and Trash Removal | $675 | $675 | $675 | $675 | $2,700 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Alarm/Security Systems & Repairs | $175 | $175 | $175 | $175 | $700 |
| Electrical Repairs | $425 | $425 | $425 | $425 | $1,700 |
| HVAC Repairs and Maint | $375 | $375 | $375 | $375 | $1,500 |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $650 | $650 | $650 | $650 | $2,600 |
| Unit Turnover-Vacant | $1,200 | $600 | $600 | $600 | $3,000 |
| Painting & Decorating- Occupied | $475 | $475 | $475 | $475 | $1,900 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $200 | $200 | $200 | $200 | $800 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 4301-4313 Wheeler Road, SE | | | | | |
| Cash Collateral Budget | | | | | |
| | | | | | |
| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
| Misc. Oper/Main Expense | $400 | $400 | $400 | $400 | $1,600 |
| **Total Repair & Maintenance Expenses** | **$13,125** | **$12,025** | **$12,025** | **$12,025** | **$49,200** |
| | | | | | |
| ***Taxes & Insurance Expenses*** | | | | | |
| Real Estate Taxes | $4,666 | $4,666 | $4,666 | $4,666 | $18,665 |
| Property & Liability Ins | $646 | $646 | $646 | $646 | $2,584 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$5,312** | **$5,312** | **$5,312** | **$5,312** | **$21,249** |
| | | | | | |
| **Total Cost Of Operations** | **$34,092** | **$32,992** | **$32,992** | **$33,642** | **$133,719** |
| | | | | | |
| **Net Operating Income** | **$8,231** | **$9,331** | **$9,331** | **$8,681** | **$35,573** |
| | | | | | |
| ***Bankr. Administrative Expenses*** | | | | | |
| Trustee Commission | $3,218 | $2,137 | $1,804 | $1,836 | $8,995 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $153 | $153 | $153 | $543 |
| **Total Bankr. Administrative Expenses** | **$6,302** | **$5,290** | **$4,957** | **$4,989** | **$21,538** |
| | | | | | |
| ***Debt Service*** | | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| **Cash Flow Profit (Loss)** | **$1,929** | **$4,041** | **$4,374** | **$3,691** | **$14,034** |
| | | | | | |
| ***Replacement Reserve Item Expense*** | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | $0 |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| **Total Capital Improvements** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Noble Realty Advisors |
|---|
| 4263-67 6th Street, SE |
| Cash Collateral Budget |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Income** | | | | | |
| | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income | *$8,358* | *$8,358* | *$8,358* | *$8,358* | $33,432 |
| Housing Assist Payments | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Rent Income*** | ***$8,358*** | ***$8,358*** | ***$8,358*** | ***$8,358*** | **$33,432** |
| | | | | | |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | *-$4,179* | *-$4,179* | *-$4,179* | *-$4,179* | -$16,716 |
| ***Total Vacancy Loss*** | **-$4,179** | **-$4,179** | **-$4,179** | **-$4,179** | **-$16,716** |
| | | | | | |
| ***Other Income*** | | | | | |
| Late Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Application Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Damages/Misc. | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Other Income*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | **$0** |
| | | | | | |
| ***Total Property Income*** | ***$4,179*** | ***$4,179*** | ***$4,179*** | ***$4,179*** | **$16,716** |
| **Expenses** | | | | | |
| | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | *$15* | *$15* | *$15* | *$15* | $60 |
| Advertising /Marketing | *$0* | *$0* | *$0* | *$0* | $0 |
| Office/Telephone Expense | *$15* | *$15* | *$15* | *$15* | $60 |
| Management Fee | *$1,000* | *$1,000* | *$1,000* | *$1,000* | $4,000 |
| Legal Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Leasing Commission | *$0* | *$1,000* | *$0* | *$0* | $1,000 |
| Audit Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Software/Technical Support | *$0* | *$0* | *$0* | *$250* | $250 |
| Bad Debts | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Administrative Expenses*** | ***$1,030*** | ***$2,030*** | ***$1,030*** | ***$1,280*** | **$5,370** |
| | | | | | |
| ***Utilities Expense*** | | | | | |
| Electricity | *$65* | *$65* | *$65* | *$65* | $260 |
| Water/Sewer | *$1,350* | *$1,350* | *$1,350* | *$1,350* | $5,400 |
| Gas | *$250* | *$250* | *$250* | *$250* | $1,000 |
| ***Total Utilities Expense*** | ***$1,665*** | ***$1,665*** | ***$1,665*** | ***$1,665*** | **$6,660** |
| | | | | | |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | *$25* | *$25* | *$25* | *$25* | $100 |
| Maintenance Contracts | *$1,100* | *$1,100* | *$1,100* | *$1,100* | $4,400 |
| Janitor & Cleaning Contract | *$150* | *$150* | *$150* | *$150* | $600 |
| Pest Control Management | *$75* | *$0* | *$0* | *$75* | $150 |
| Landscape Maintenance | *$30* | *$0* | *$0* | *$0* | $30 |
| Garbage and Trash Removal | *$275* | *$275* | *$275* | *$275* | $1,100 |
| Security Contract | *$0* | *$0* | *$0* | *$0* | $0 |
| Electrical Repairs | *$0* | *$0* | *$0* | *$0* | $0 |
| HVAC Repairs and Maint | *$250* | *$0* | *$0* | *$250* | $500 |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 4263-67 6th Street, SE | | | | | |
| Cash Collateral Budget | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| Snow Removal | *$0* | *$0* | *$0* | *$0* | $0 |
| Plumbing Repairs | *$100* | *$100* | *$100* | *$100* | $400 |
| Unit Turnover-Vacant | *$0* | *$0* | *$0* | *$600* | $600 |
| Painting & Decorating- Occupied | *$25* | *$25* | *$25* | *$25* | $100 |
| Enviornmental Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$100* | *$0* | *$0* | *$100* | $200 |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | *$0* | $0 |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | *$100* | $400 |
| ***Total Repair & Maintenance Expenses*** | ***$2,230*** | ***$1,775*** | ***$1,775*** | ***$2,800*** | ***$8,580*** |
| | | | | | |
| ***Taxes & Insurance Expenses*** | | | | | |
| Real Estate Taxes | *$308* | *$308* | *$308* | *$308* | $1,230 |
| Property & Liability Ins | *$125* | *$125* | *$125* | *$125* | $500 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Taxes/Insurance Exp*** | ***$433*** | ***$433*** | ***$433*** | ***$433*** | ***$1,730*** |
| | | | | | |
| ***Total Cost Of Operations*** | ***$5,358*** | ***$5,903*** | ***$4,903*** | ***$6,178*** | ***$22,340*** |
| | | | | | |
| ***Net Operating Income*** | ***-$1,179*** | ***-$1,724*** | ***-$724*** | ***-$1,999*** | ***-$5,624*** |
| | | | | | |
| ***Bankr. Administrative Expenses*** | | | | | |
| Trustee Commission | $1,345 | $899 | $799 | $926 | $3,968 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| ***Total Bankr. Administrative Expenses*** | ***$4,429*** | ***$3,983*** | ***$3,883*** | ***$4,010*** | ***$16,304*** |
| | | | | | |
| *Debt Service* | | | | | |
| ***Total Debt Services*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** |
| | | | | | |
| ***Cash Flow Profit (Loss)*** | ***-$5,608*** | ***-$5,706*** | ***-$4,606*** | ***-$6,009*** | ***-$21,929*** |
| | | | | | |
| ***Replacement Reserve Item Expense*** | | | | | |
| Appliance Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | *$0* | **$0** |
| | | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$0** | **$0** | **$0** |

**Noble Realty Advisors**
**4935 Nannie Helen Burroughs Ave, NE**
**Cash Collateral Budget**

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Income** | | | | | |
| | | | | | |
| *Rental Income* | | | | | |
| Rent Income | $10,150 | $10,150 | $10,150 | $10,150 | $40,600 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| *Total Rent Income* | $10,150 | $10,150 | $10,150 | $10,150 | $40,600 |
| | | | | | |
| *Vacancy* | | | | | |
| Vacancies -Rent Charges | -$3,650 | -$3,650 | -$3,650 | -$3,650 | -$14,600 |
| *Total Vacancy Loss* | -$3,650 | -$3,650 | -$3,650 | -$3,650 | -$14,600 |
| | | | | | |
| *Other Income* | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| *Total Other Income* | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| *Total Property Income* | $6,500 | $6,500 | $6,500 | $6,500 | $26,000 |
| **Expenses** | | | | | |
| | | | | | |
| *Administrative Expenses* | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $1,000 | $1,000 | $1,000 | $1,000 | $4,000 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| *Total Administrative Expenses* | $1,030 | $2,030 | $1,030 | $1,280 | $5,370 |
| | | | | | |
| *Utilities Expense* | | | | | |
| Electricity | $65 | $65 | $65 | $65 | $260 |
| Water/Sewer | $1,300 | $1,300 | $1,300 | $1,300 | $5,200 |
| Gas | $175 | $175 | $175 | $175 | $700 |
| *Total Utilities Expense* | $1,540 | $1,540 | $1,540 | $1,540 | $6,160 |
| | | | | | |
| *Repair & Maintenance Expenses* | | | | | |
| Supplies | $25 | $25 | $25 | $25 | $100 |
| Maintenance Contracts | $1,100 | $1,100 | $1,100 | $1,100 | $4,400 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $150 | $600 |
| Pest Control Management | $65 | $65 | $65 | $65 | $260 |
| Landscape Maintenance | $30 | $0 | $0 | $0 | $30 |
| Garbage and Trash Removal | $400 | $400 | $400 | $400 | $1,600 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |

| Noble Realty Advisors |||||
|---|---|---|---|---|
| 4935 Nannie Helen Burroughs Ave, NE |||||
| Cash Collateral Budget |||||

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| Snow Removal | *$0* | *$0* | *$0* | *$0* | $0 |
| Plumbing Repairs | *$100* | *$100* | *$100* | *$100* | $400 |
| Unit Turnover-Vacant | *$600* | *$0* | *$0* | *$0* | $600 |
| Painting & Decorating- Occupied | *$25* | *$25* | *$25* | *$25* | $100 |
| Enviornmental Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$100* | *$0* | *$0* | *$100* | $200 |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | *$0* | $0 |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | *$100* | $400 |
| ***Total Repair & Maintenance Expenses*** | ***$2,945*** | ***$1,965*** | ***$1,965*** | ***$2,315*** | ***$9,190*** |
| | | | | | |
| ***Taxes & Insurance Expenses*** | | | | | |
| Real Estate Taxes | $797 | $797 | $797 | $797 | $3,187 |
| Property & Liability Ins | *$125* | *$125* | *$125* | *$125* | $500 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Taxes/Insurance Exp*** | ***$922*** | ***$922*** | ***$922*** | ***$922*** | ***$3,687*** |
| | | | | | |
| ***Total Cost Of Operations*** | ***$6,437*** | ***$6,457*** | ***$5,457*** | ***$6,057*** | ***$24,407*** |
| | | | | | |
| ***Net Operating Income*** | ***$63*** | ***$43*** | ***$1,043*** | ***$443*** | ***$1,593*** |
| | | | | | |
| ***Bankr. Administrative Expenses*** | | | | | |
| Trustee Commission | $1,452 | $954 | $854 | $914 | $4,174 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| ***Total Bankr. Administrative Expenses*** | ***$4,536*** | ***$4,038*** | ***$3,938*** | ***$3,998*** | ***$16,510*** |
| | | | | | |
| | | | | | |
| *Debt Service* | | | | | |
| ***Total Debt Services*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** |
| | | | | | |
| ***Cash Flow Profit (Loss)*** | ***-$4,473*** | ***-$3,995*** | ***-$2,895*** | ***-$3,555*** | ***-$14,917*** |
| | | | | | |
| ***Replacement Reserve Item Expense*** | | | | | |
| Appliance Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | *$0* | **$0** |
| | | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **3968 Martin Luther King Jr. Ave, SW** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Income** | | | | | |
| | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income | $10,358 | $10,358 | $10,358 | $10,358 | $41,432 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| ***Total Rent Income*** | **$10,358** | **$10,358** | **$10,358** | **$10,358** | **$41,432** |
| | | | | | |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | -$3,452 | -$3,452 | -$3,452 | -$3,452 | -$13,808 |
| ***Total Vacancy Loss*** | **-$3,452** | **-$3,452** | **-$3,452** | **-$3,452** | **-$13,808** |
| | | | | | |
| ***Other Income*** | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| ***Total Other Income*** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| ***Total Property Income*** | **$6,906** | **$6,906** | **$6,906** | **$6,906** | **$27,624** |
| **Expenses** | | | | | |
| | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $1,000 | $1,000 | $1,000 | $1,000 | $4,000 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| ***Total Administrative Expenses*** | **$1,030** | **$2,030** | **$1,030** | **$1,280** | **$5,370** |
| | | | | | |
| ***Utilities Expense*** | | | | | |
| Electricity | $60 | $60 | $60 | $60 | $240 |
| Water/Sewer | $1,150 | $1,150 | $1,150 | $1,150 | $4,600 |
| Gas | $250 | $250 | $250 | $250 | $1,000 |
| ***Total Utilities Expense*** | **$1,460** | **$1,460** | **$1,460** | **$1,460** | **$5,840** |
| | | | | | |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | $25 | $25 | $25 | $25 | $100 |
| Maintenance Contracts | $1,000 | $1,000 | $1,000 | $1,000 | $4,000 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $150 | $600 |
| Pest Control Management | $25 | $25 | $25 | $25 | $100 |
| Landscape Maintenance | $30 | $0 | $0 | $0 | $30 |
| Garbage and Trash Removal | $250 | $250 | $250 | $250 | $1,000 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 3968 Martin Luther King Jr. Ave, SW | | | | | |
| Cash Collateral Budget | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $50 | $0 | $0 | $50 | $100 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $0 | $0 | $0 | $0 | $0 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $400 |
| *Total Repair & Maintenance Expenses* | *$1,980* | *$1,650* | *$1,650* | *$1,950* | *$7,230* |
| | | | | | |
| *Taxes & Insurance Expenses* | | | | | |
| Real Estate Taxes | $435 | $435 | $435 | $435 | $1,741 |
| Property & Liability Ins | $125 | $125 | $125 | $125 | $500 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| *Total Taxes/Insurance Exp* | *$560* | *$560* | *$560* | *$560* | *$2,241* |
| | | | | | |
| *Total Cost Of Operations* | *$5,030* | *$5,700* | *$4,700* | *$5,250* | *$20,681* |
| | | | | | |
| *Net Operating Income* | *$1,876* | *$1,206* | *$2,206* | *$1,656* | *$6,943* |
| | | | | | |
| *Bankr. Administrative Expenses* | | | | | |
| Trustee Commission | $1,311 | $878 | $778 | $833 | $3,800 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| *Total Bankr. Administrative Expenses* | *$4,395* | *$3,962* | *$3,862* | *$3,917* | *$16,136* |
| | | | | | |
| *Debt Service* | | | | | |
| *Total Debt Services* | *$0* | *$0* | *$0* | *$0* | *$0* |
| | | | | | |
| *Cash Flow Profit (Loss)* | *-$2,519* | *-$2,756* | *-$1,656* | *-$2,261* | *-$9,193* |
| | | | | | |
| *Replacement Reserve Item Expense* | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | $0 |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| *Total Capital Improvements* | **$0** | **$0** | **$0** | **$0** | **$0** |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 4010 9th St, SE | | | | | |
| Cash Collateral Budget | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| **Income** | | | | | |
| | | | | | |
| *Rental Income* | | | | | |
| Rent Income | *$20,502* | *$20,502* | *$20,502* | *$20,502* | $82,008 |
| Housing Assist Payments | *$0* | *$0* | *$0* | *$0* | $0 |
| *Total Rent Income* | **$20,502** | **$20,502** | **$20,502** | **$20,502** | **$82,008** |
| | | | | | |
| *Vacancy* | | | | | |
| Vacancies -Rent Charges | *-$2,928* | *-$2,928* | *-$2,928* | *-$2,928* | -$11,712 |
| *Total Vacancy Loss* | **-$2,928** | **-$2,928** | **-$2,928** | **-$2,928** | **-$11,712** |
| | | | | | |
| *Other Income* | | | | | |
| Late Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Application Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Damages/Misc. | *$0* | *$0* | *$0* | *$0* | $0 |
| *Total Other Income* | *$0* | *$0* | *$0* | *$0* | *$0* |
| | | | | | |
| *Total Property Income* | *$17,574* | *$17,574* | *$17,574* | *$17,574* | *$70,296* |
| **Expenses** | | | | | |
| | | | | | |
| *Administrative Expenses* | | | | | |
| Bank Fees | *$15* | *$15* | *$15* | *$15* | $60 |
| Advertising /Marketing | *$0* | *$0* | *$0* | *$0* | $0 |
| Office/Telephone Expense | *$15* | *$15* | *$15* | *$15* | $60 |
| Management Fee | *$2,333* | *$2,333* | *$2,333* | *$2,333* | *$2,333* |
| Legal Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Leasing Commission | *$0* | *$1,000* | *$0* | *$0* | $1,000 |
| Audit Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Software/Technical Support | *$0* | *$0* | *$0* | *$250* | $250 |
| Bad Debts | *$0* | *$0* | *$0* | *$0* | $0 |
| *Total Administrative Expenses* | **$2,363** | **$3,363** | **$2,363** | **$2,613** | **$3,703** |
| | | | | | |
| *Utilities Expense* | | | | | |
| Electricity | *$80* | *$80* | *$80* | *$80* | $320 |
| Water/Sewer | *$2,333* | *$2,333* | *$2,333* | *$2,333* | $9,332 |
| Gas | *$350* | *$350* | *$350* | *$350* | $1,400 |
| *Total Utilities Expense* | **$2,763** | **$2,763** | **$2,763** | **$2,763** | **$11,052** |
| | | | | | |
| *Repair & Maintenance Expenses* | | | | | |
| Supplies | *$75* | *$75* | *$75* | *$75* | $300 |
| Maintenance Contracts | *$1,900* | *$1,900* | *$1,900* | *$1,900* | $7,600 |
| Janitor & Cleaning Contract | *$150* | *$150* | *$150* | *$150* | $600 |
| Pest Control Management | *$75* | *$75* | *$75* | *$75* | $300 |
| Landscape Maintenance | *$60* | *$0* | *$0* | *$0* | $60 |
| Garbage and Trash Removal | *$275* | *$275* | *$275* | *$275* | $1,100 |
| Security Contract | *$0* | *$0* | *$0* | *$0* | $0 |
| Electrical Repairs | *$0* | *$0* | *$0* | *$0* | $0 |
| HVAC Repairs and Maint | *$250* | *$0* | *$0* | *$250* | $500 |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 4010 9th St, SE | | | | | |
| Cash Collateral Budget | | | | | |
| | | | | | |
| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $0 | $0 | $0 | $0 | $0 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $0 | $0 | $0 | $0 | $0 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $0 | $0 | $0 | $0 | $0 |
| *Total Repair & Maintenance Expenses* | *$2,885* | *$2,575* | *$2,575* | *$2,825* | *$10,860* |
| | | | | | |
| *Taxes & Insurance Expenses* | | | | | |
| Real Estate Taxes | $783 | $783 | $783 | $783 | $3,133 |
| Property & Liability Ins | $209 | $209 | $209 | $209 | $836 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| *Total Taxes/Insurance Exp* | *$992* | *$992* | *$992* | *$992* | *$3,969* |
| | | | | | |
| *Total Cost Of Operations* | *$9,003* | *$9,693* | *$8,693* | *$9,193* | *$29,584* |
| | | | | | |
| *Net Operating Income* | *$8,571* | *$7,881* | *$8,881* | *$8,381* | *$40,712* |
| | | | | | |
| *Bankr. Administrative Expenses* | | | | | |
| Trustee Commission | $1,709 | $1,278 | $1,178 | $1,228 | $5,392 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| *Total Bankr. Administrative Expenses* | *$4,793* | *$4,362* | *$4,262* | *$4,312* | *$17,728* |
| | | | | | |
| *Debt Service* | | | | | |
| *Total Debt Services* | *$0* | *$0* | *$0* | *$0* | *$0* |
| | | | | | |
| *Cash Flow Profit (Loss)* | | *$3,519* | *$4,619* | *$4,069* | *$22,984* |
| | | | | | |
| *Replacement Reserve Item Expense* | | | | | |
| Appliance Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | *$0* | **$0** |
| | | | | | |
| *Total Capital Improvements* | **$0** | **$0** | **$0** | **$0** | **$0** |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **2440 S Street, SE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Income** | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income | $19,806 | $19,806 | $19,806 | $19,806 | $79,224 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| ***Total Rent Income*** | ***$19,806*** | ***$19,806*** | ***$19,806*** | ***$19,806*** | ***$79,224*** |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | -$4,244 | -$4,244 | -$4,244 | -$4,244 | -$16,976 |
| ***Total Vacancy Loss*** | ***-$4,244*** | ***-$4,244*** | ***-$4,244*** | ***-$4,244*** | ***-$16,976*** |
| ***Other Income*** | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| ***Total Other Income*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** |
| ***Total Property Income*** | ***$15,562*** | ***$15,562*** | ***$15,562*** | ***$15,562*** | ***$62,248*** |
| **Expenses** | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $2,333 | $2,333 | $2,333 | $2,333 | $9,332 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| ***Total Administrative Expenses*** | ***$2,363*** | ***$3,363*** | ***$2,363*** | ***$2,613*** | ***$10,702*** |
| ***Utilities Expense*** | | | | | |
| Electricity | $75 | $75 | $75 | $75 | $300 |
| Water/Sewer | $2,333 | $2,333 | $2,333 | $2,333 | $9,332 |
| Gas | $300 | $300 | $300 | $300 | $1,200 |
| ***Total Utilities Expense*** | ***$2,708*** | ***$2,708*** | ***$2,708*** | ***$2,708*** | ***$10,832*** |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | $75 | $75 | $75 | $75 | $300 |
| Maintenance Contracts | $1,800 | $1,800 | $1,800 | $1,800 | $7,200 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $150 | $600 |
| Pest Control Management | $75 | $0 | $0 | $75 | $150 |
| Landscape Maintenance | $60 | $0 | $0 | $0 | $60 |
| Garbage and Trash Removal | $350 | $350 | $350 | $350 | $1,400 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |
| Unit Turnover-Vacant | $500 | $0 | $0 | $0 | $500 |
| Painting & Decorating- Occupied | $75 | $75 | $75 | $75 | $300 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $100 | $0 | $0 | $100 | $200 |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 2440 S Street, SE | | | | | |
| Cash Collateral Budget | | | | | |
| | | | | | |
| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $400 |
| **Total Repair & Maintenance Expenses** | **$3,635** | **$2,650** | **$2,650** | **$3,075** | **$12,010** |
| | | | | | |
| *Taxes & Insurance Expenses* | | | | | |
| Real Estate Taxes | $744 | $744 | $744 | $744 | $2,977 |
| Property & Liability Ins | $209 | $209 | $209 | $209 | $836 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$953** | **$953** | **$953** | **$953** | **$3,813** |
| | | | | | |
| **Total Cost Of Operations** | **$9,659** | **$9,674** | **$8,674** | **$9,349** | **$37,357** |
| | | | | | |
| **Net Operating Income** | **$5,903** | **$5,888** | **$6,888** | **$6,213** | **$24,891** |
| | | | | | |
| *Bankr. Administrative Expenses* | | | | | |
| Trustee Comission | $1,774 | $1,006 | $1,176 | $1,243 | $5,199 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| **Total Bankr. Administrative Expenses** | **$4,858** | **$4,090** | **$4,260** | **$4,327** | **$17,535** |
| | | | | | |
| *Debt Service* | | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| **Cash Flow Profit (Loss)** | **$1,045** | **$1,798** | **$2,628** | **$1,886** | **$7,356** |
| | | | | | |
| *Replacement Reserve Item Expense* | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | $0 |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| **Total Capital Improvements** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 4400 Hunt Place, NE | | | | | |
| Cash Collateral Budget | | | | | |
| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
| **Income** | | | | | |
| | | | | | |
| *Rental Income* | | | | | |
| Rent Income | $21,960 | $21,960 | $21,960 | $21,960 | $87,840 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| *Total Rent Income* | **$21,960** | **$21,960** | **$21,960** | **$21,960** | **$87,840** |
| | | | | | |
| *Vacancy* | | | | | |
| Vacancies -Rent Charges | -$1,464 | -$1,464 | -$1,464 | -$1,464 | -$5,856 |
| *Total Vacancy Loss* | **-$1,464** | **-$1,464** | **-$1,464** | **-$1,464** | **-$5,856** |
| | | | | | |
| *Other Income* | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| *Total Other Income* | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| *Total Property Income* | **$20,496** | **$20,496** | **$20,496** | **$20,496** | **$81,984** |
| **Expenses** | | | | | |
| | | | | | |
| *Administrative Expenses* | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| *Total Administrative Expenses* | **$2,530** | **$3,530** | **$2,530** | **$2,780** | **$11,370** |
| | | | | | |
| *Utilities Expense* | | | | | |
| Electricity | $85 | $85 | $85 | $85 | $340 |
| Water/Sewer | $2,333 | $2,333 | $2,333 | $2,333 | $9,332 |
| Gas | $200 | $200 | $200 | $200 | $800 |
| *Total Utilities Expense* | **$2,618** | **$2,618** | **$2,618** | **$2,618** | **$10,472** |
| | | | | | |
| *Repair & Maintenance Expenses* | | | | | |
| Supplies | $50 | $50 | $50 | $50 | $200 |
| Maintenance Contracts | $1,800 | $1,800 | $1,800 | $1,800 | $7,200 |
| Janitor & Cleaning Contract | $200 | $200 | $200 | $200 | $800 |
| Pest Control Management | $65 | $65 | $65 | $65 | $260 |
| Landscape Maintenance | $60 | $0 | $0 | $0 | $60 |
| Garbage and Trash Removal | $400 | $400 | $400 | $400 | $1,600 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |
| Unit Turnover-Vacant | $0 | $600 | $0 | $0 | $600 |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 4400 Hunt Place, NE | | | | | |
| Cash Collateral Budget | | | | | |
| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
| Painting & Decorating- Occupied | $75 | $75 | $75 | $75 | $300 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $100 | $0 | $0 | $100 | $200 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $400 |
| *Total Repair & Maintenance Expense* | *$3,200* | *$3,390* | *$2,790* | *$3,140* | *$12,520* |
| | | | | | |
| *Taxes & Insurance Expenses* | | | | | |
| Real Estate Taxes | $739 | $739 | $739 | $739 | $2,956 |
| Property & Liability Ins | $250 | $250 | $250 | $250 | $1,000 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| *Total Taxes/Insurance Exp* | *$989* | *$989* | *$989* | *$989* | *$3,956* |
| | | | | | |
| *Total Cost Of Operations* | *$9,337* | *$10,527* | *$8,927* | *$9,527* | *$38,318* |
| | | | | | |
| *Net Operating Income* | *$11,159* | *$9,969* | *$11,569* | *$10,969* | *$43,666* |
| | | | | | |
| *Bankr. Administrative Expenses* | | | | | |
| Trustee Commission | $1,742 | $1,361 | $1,201 | $1,261 | $5,565 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| *Total Bankr. Administrative Expens* | *$4,826* | *$4,445* | *$4,285* | *$4,345* | *$17,901* |
| | | | | | |
| *Debt Service* | | | | | |
| *Total Debt Services* | *$0* | *$0* | *$0* | *$0* | *$0* |
| | | | | | |
| *Cash Flow Profit (Loss)* | *$6,333* | *$5,524* | *$7,284* | *$6,624* | *$25,764* |
| | | | | | |
| *Replacement Reserve Item Expense* | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | $0 |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| *Total Capital Improvements* | *$0* | *$0* | *$0* | *$0* | *$0* |