Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com
*Proposed Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: ) | |
| ) | Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*,[1] ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |

**MOTION TO EXPEDITE HEARING ON AND SHORTEN
TIME TO OBJECT TO TRUSTEE'S EXPEDITED MOTION FOR INTERIM
AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL**

Marc E. Albert, chapter 11 trustee ("Trustee") for the bankruptcy estates of 1416 Eastern

NE LLC, *et al.* ("Debtors"), by and through his undersigned attorneys, Stinson LLP, files this

*Motion to Expedite Hearing on and Shorten Time to Object to Trustee's Expedited Motion for*

*Interim and Final Orders Authorizing Use of Cash Collateral* (the "Motion to Expedite"), with

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

respect to the *Expedited Motion for Interim and Final Orders Authorizing Use of Cash Collateral* (the "Motion"). The Motion seeks relief that is (a) critical to the Debtors' ongoing operations and the value of its bankruptcy estate, and (b) calculated to prevent immediate and irreparable harm to the Debtors' estates.

### Jurisdiction

1. This Court has jurisdiction over the Motion and this Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### The Debtor's Chapter 11 Proceedings

2. The Debtors filed their voluntary Chapter 11 petitions on May 29, 2024 (the "Petition Date"). The Debtors' cases are jointly administered with the case of 1416 Eastern Ave NE LLC, 24-00180-ELG serving as the main case.

3. On July 24, 2024, this Court entered an order approving the appointment of Marc E. Albert as Chapter 11 trustee of the Debtors' estates. [ECF Dkt. No. 71]. Marc E. Albert serves as the duly appointed and qualified chapter 11 trustee for the Debtors' estates.

### Relief Requested

6. The Trustee requests that the Court hold a hearing on the Motion as soon as is practical, and that the Court order that all objections be filed by 4:00 p.m on the day before the expedited hearing.

7. The Trustee, prior to the filing the Motion, conferred with the Clerk of the Court and the Court's Chambers, and has secured a tentative hearing date of Thursday, September 26, 2024 at 10:00 a.m. by Zoom.

**The Need for Shortened Time**

8. Rule 9006(c)(1) of the Bankruptcy Rules allows the Court to shorten notice periods. Specifically, Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

9. Cause exists to reduce the notice period pursuant to Rule 9006(c)(1) of the Bankruptcy Rules because any delay in proceeding with the Motion could seriously disrupt the Debtors' business operations which includes operating the apartment units located at the Debtors' 10 individual Properties in Washington, DC.

10. The Trustee requires the use of the Cash Collateral in order to continue to operate, preserve and maintain the Properties, and to comply with its duties as a Trustee over the Debtors' estates. Unless the Trustee is permitted to use the Cash Collateral, the Debtors and their tenants will be irreparably harmed because it will be unable to operate and manage the Properties and preserve and maintain its going concern value.

11. The Trustee also requires the use of Cash Collateral for the payment of, among other things, operating expenses including management fees, utilities expenses, maintenance and security expenses, U.S. Trustee Fees, professional fees for legal or accounting expenses, fees for the Trustee Commission, any other fees associated with maintenance of the Properties, and other expenses as more fully set forth in the Budgets included as Exhibit A to the Motion. The Trustee's use of Cash Collateral to operate its business will protect the value of the Properties and protect the tenants residing at the Properties, until the Debtors have completed a sale.

WHEREFORE, the Trustee requests that the Court grant this Motion to Expedite, hold a hearing on the Motion as soon as is practical, and that the Court order that all objections be filed

by 4:00 p.m on the day before the expedited hearing; and that the Court order such other relief as it deems appropriate and proper.

Dated: September 18, 2024                    Respectfully submitted,

/s/Joshua W. Cox
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Proposed Attorneys for
Marc E. Albert, Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

    I hereby certify that I did serve a copy of the foregoing on September 18, 2024, electronically via the Court's ECF system, and by first class mail, postage prepaid, upon the following:

William C. Johnson, Jr.
The Johnson Law Group, LLC
6305 Ivy Lane,
Suite 630
Greenbelt, MD 20770

Emil Hirsch
Carlton Fields Jorden Burt, P.A.
1025 Thomas Jefferson Street, NW
Ste 400 West
Washington, DC 20007

Nancy L. Alper
Office of Attorney General For D.C.
400 6th Street, NW
9th Floor
Washington, DC 20001

Laura C. Beckerman
D.C. Office of the Attorney General
400 6th Street, NW
Ste 10th Floor
Washington, DC 20001

Stephon Woods
Office of the Attorney General for the District of Columbia
400 6th St NW
Suite 9100
Washington, DC 20001

Michael D. Nord
Elizabeth Drayden Peters
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street Ste 650
Alexandria, VA 22314

Arthur Lander, C.P.A., PC
300 N. Washington Street, Suite 104
Alexandria, VA 22314

Department of Consumer and Regulatory Af.
1100 4th St SW
Washington, DC 20024

Pepco
P.O. Box 13608
Philadelphia, PA 19101

District of Columbia Water and Sewer Aut.
1385 Canal Street, SE
Washington, DC 20003

Pro Painting & Remodeling Inc.
15105 Jennings Ln.
Bowie, MD 20721

Massey Property Investors LLC
12320 Quilt Patch Ln.
Bowie, MD 20720

TD Bank, N.A.
5900 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024

US Realty LLC
2300 N ST NW, STE 300-RLK
Washington, DC 20037

| | |
|---|---|
| DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024 |
| DC Department of Health<br>899 North Capitol Street, NE 1st Floor<br>Washington, DC 20002 | |

/s/ _____