UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*,[1] | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON
AND SHORTEN TIME TO OBJECT TO TRUSTEE'S EXPEDITED MOTION FOR
INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL**

Upon consideration of the *Motion to Expedite Hearing on and Shorten Time to Object to Expedited Motion for Interim and Final Orders Authorizing Use of Cash Collateral*,[2] (the "Motion to Expedite") filed by Marc E. Albert, chapter 11 trustee ("Trustee") for the bankruptcy estates of 1416 Eastern NE LLC, *et al.* ("Debtors"), and the Court finding that (a) it has jurisdiction over the

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

[2] All capitalized terms not otherwise defined herein shall the meanings assigned to them in the Motion.

matters raised in the Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to Expedite

was given under the circumstances and that no other or further notice is necessary; and the Court

finding that the relief requested in the Motion to Expedite is in the best interests of the Debtor, its

estate, creditors, and other parties in interest; and after due deliberation, and good and sufficient

cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion to Expedite is granted.

2.       An expedited hearing to consider approval of the interim relief and scheduling of

final hearings requested in the *Expedited Motion for Interim and Final Orders Authorizing Use of

Cash Collateral* (the "Motion") will be held on **September 26, 2024 at 10:00 a.m.**. Pursuant to

General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government

format. All participants may choose to appear either (a) in-person in Courtroom 1, United States

Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW,

Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by

Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing

Expectations." Parties in interest with questions or wish to appear virtually shall contact the

Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login

instructions.

3.       Objections to the interim relief sought in the Motion shall be filed electronically

with the Court prior to 4:00 p.m.one business day before the hearing on the Motion.

CORE/3516991.0007/192293459.1

4.      Debtor shall serve this order by first class mail upon (a) the U.S. Trustee, (b) all known secured creditors, (c) the Debtors' twenty largest unsecured creditors, (d) those parties requesting notice pursuant to Rule 2002 of the Bankruptcy Rules.

**END OF ORDER**

**WE ASK FOR THIS:**

/s/ Joshua W. Cox
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Proposed Attorneys for*
*MP PPH LLC,*
*Debtor and Debtor-In-Possession*

Copies of this Order to: ECF Recipients, and

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

CORE/3516991.0007/192293459.1