Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*[1],<br><br>　　　　　Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>Jointly Administered |

**NOTICE OF OPPORTUNITY TO OBJECT TO TRUSTEE'S EXPEDITED MOTION
FOR INTERIM AND FINAL ORDERS AUTHORIZING USE
OF CASH COLLATERAL AND NOTICE OF HEARING**

　　　　Marc E. Albert, trustee of the Chapter 11 bankruptcy estates of 1416 Eastern NE LLC, *et al.* ("Debtors"), by counsel has filed an *Expedited Motion for Interim and Final Orders Authorizing Use of Cash Collateral* (the "Motion"). A copy of the Motion along with any supporting papers and a Proposed Order are attached to this Notice.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

1

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then:**

☒     **On or before September 25, 2024 at 4:00 p.m.,** file with the Court, at the address shown below, a written response with supporting memorandum as required by the local bankruptcy rules. **Unless a written response and supporting memorandum are filed and served by the date and time specified, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

> Clerk of the Bankruptcy Court
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001

Any objection filed must be sent to:

> Attn: Joshua Cox, Esq.
> Stinson LLP
> 1775 Pennsylvania Ave., N.W., Suite 800
> Washington, DC 20006

☒     **PLEASE TAKE NOTICE that a hearing will be held on September 26, 2024, at 10:00 a.m. regarding the Motion.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: September 20, 2024

Respectfully submitted,

/s/ Joshua W. Cox
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Attorneys for Marc E. Albert, Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby. A copy was also served by first class mail, postage prepaid, upon the following:

William C. Johnson, Jr.
The Johnson Law Group, LLC
6305 Ivy Lane,
Suite 630
Greenbelt, MD 20770

Emil Hirsch
Carlton Fields Jorden Burt, P.A.
1025 Thomas Jefferson Street, NW
Ste 400 West
Washington, DC 20007

Nancy L. Alper
Office of Attorney General For D.C.
400 6th Street, NW
9th Floor
Washington, DC 20001

Laura C. Beckerman
D.C. Office of the Attorney General
400 6th Street, NW
Ste 10th Floor
Washington, DC 20001

3

Stephon Woods
Office of the Attorney General for the District of Columbia
400 6th St NW
Suite 9100
Washington, DC 20001

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314

Department of Consumer and Regulatory Af.
1100 4th St SW
Washington, DC 20024

District of Columbia Water and Sewer Aut.
1385 Canal Street, SE
Washington, DC 20003

Massey Property Investors LLC
12320 Quilt Patch Ln.
Bowie, MD 20720

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024

DC Department of Health
899 North Capitol Street, NE 1st Floor
Washington, DC 20002

Michael D. Nord
Elizabeth Drayden Peters
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202

Department of Buildings
1100 4th Street, SW
Washington, DC 20024

Pepco
P.O. Box 13608
Philadelphia, PA 19101

Pro Painting & Remodeling Inc.
15105 Jennings Ln.
Bowie, MD 20721

TD Bank, N.A.
5900 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

US Realty LLC
2300 N ST NW, STE 300-RLK
Washington, DC 20037

DC Department of Health
899 North Capitol Street, NE 1st Floor
Washington, DC 20002

/s/ Joshua W. Cox
Joshua W. Cox