UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Case No. 24-00180 |
| 1416 Eastern Ave NE LLC, et al. 1, ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**RESPONSE OF DISTRICT OF COLUMBIA
WATER AND SEWER AUTHORITY TO TRUSTEE'S MOTION TO
AUTHORIZE INTERIM AND FINAL USE OF CASH COLLATERAL**

Now comes the District of Columbia Sewer Authority ("DC Water") and responds as set forth below to the Trustee's Motion To Authorize Interim And Final Use Of Cash Collateral ("Trustee Motion").

1. DC Water is a sui juris statutory authority of the District of Columbia.

2. DC Water is a utility creditor in these jointly administered Chapter 11 cases.

3. The Debtors in these cases have accumulated substantial pre-petition arrearages which total $551,542.72. The Debtors and the Trustee, respectively have not made any post-petition payments to DC Water. DC Water has continued to supply utility services to these Chapter 11 estates, notwithstanding the fact that (i) no post-petition payments whatsoever have been made in these cases and (ii) neither the pre-conversion Debtors nor the Trustee have to date complied with the requirements of 11 U.S.C. §366. As of September 18, 2024 post-petition charges which have became due and remain unpaid total $43,988.70.

4. DC Water's decision to date to continue to supply utility services, in the face of the said defaults is motivated by its complete confidence in the competence, skill, efficiency and

1

experience of the Trustee Marc Albert in serving in such capacity, especially with respect to real property of the nature owned by these estates.

5. With respect to nine out of ten of said properties, DC Water is the holder of a valid and perfected lien interest in said real property. Said lien arises by operation of law, specifically DC Code §34-2407(a)(2). Said lien is expressly a "continuing lien." Id. In addition, said lien enjoys pursuant to §34-2407(b), a "priority over any other lien, except a lien for District taxes." Id. Accordingly, the liens securing DC Water in these cases primes the liens/security interests of TD Bank in the said real properties.

6. DC Water consents to the granting of the Trustee Motion both on an interim and final order basis. It is axiomatic that multi-family rental properties cannot be operated, especially in Chapter 11, without the availability of utility services furnished by DC Water. Therefore, DC Water strongly urges this Court to authorize the use of cash collateral, provided that the contemplated and actual use of the cash collateral is dedicated in part on a monthly basis towards the timely payment of post-petition charges, as they are invoiced by DC Water, in the ordinary course of business.

7. Without the court authorized use of cash collateral, which is earmarked in part for timely payment of said post-petition charges to DC Water, DC Water will be forced to reconsider in its entirety, its position to date to furnish utilities services in the face of non-payment of post-petition utility charges to it.

8. The adequate protection provisions contained in the Trustee Motion are adequate and reasonable.

For all of these reasons, this Court should enter orders:

137401215.1

1. Authorizing the use of cash collateral by the Trustee on an interim as well as final basis.

2. Directing the Trustee to devote said cash collateral <u>inter</u> <u>alia</u> to payment of DC Water's post-petition utility charges, billed by it in the ordinary course of business.

3. Granting such other and further relief as this Court deems necessary and proper.

Dated:  September 25, 2024              Respectfully submitted,

<u>/s/ Emil Hirsch</u>
Emil Hirsch (D.C. Bar No. 930479)
CARLTON FIELDS, P.A.
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007
Tel: (202) 965-8184
Fax: (202) 965-8104
ehirsch@carltonfields.com
*Attorney for DC Water and*
 *Sewer Authority*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on opposing counsel on this 25th day of September 2024.

/s/ *Emil Hirsch*
Emil Hirsch