US Trustee Form 11 - Monthly Operating Report
1416 Eastern Ave NE LLC
Case No. 24-00180
Lead Case No. 24-00180

Period ending 8/31/2024

Explanations:

Parts 2 & 4– With the exception of the insurance payment described below, the report is based solely on information abstracted from the monthly bank statement. Financial information for the entity, including anticipated income & expenses, is still being obtained. Due to the lack of information at the time of this report, a financial statement is not included.

Part 1 - The Trustee obtained liability insurance for the property and made an initial down payment of $525.00, which is 35% of the annual premium. The payment was made from retainer funds for the jointly-administered cases in the total amount of $23,907.50 that were turned over to the Trustee by Debtors' counsel. This disbursement is reflected in Part 1.c and Part 1.f. The Trustee is holding the retainer funds in a trustee account at Axos bank. A Form 2 report showing the receipt of the retainer and the payment of the insurance down payments is attached the report filed in this main case.

Additionally, the Trustee has reached out to Citizens Bank in regards to the DIP Account established for the Debtor. According to Citizens Bank, the account is in good standing with a balance of $7.00. A statement of account has not yet been received and therefore is not reflected in the August 2024 Monthly Operating Report.

Information on the above items will be reflected in a future reporting periods as information is obtained.

  

**STATEMENT OF ACCOUNT**

1416 EASTERN AVE NE LLC
2339 ROSEDOWN DRIVE
RESTON VA  20191

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Aug 01 2024-Aug 31 2024 |
| Cust Ref #: | 1626-717-T-### |
| Primary Account #: | 1626 |

## TD Business Convenience Plus

1416 EASTERN AVE NE LLC                                          Account # 1626

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 17,076.13 | Average Collected Balance | 19,779.61 |
| Electronic Deposits | 3,104.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Service Charges | 3.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 20,177.13 | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | CCD DEPOSIT, GREATER WASHINGT RENTAL PAY V0010590 | 3,104.00 |
| | Subtotal: | 3,104.00 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/30 | PAPER STATEMENT FEE | 3.00 |
| | Subtotal: | 3.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 17,076.13 | 08/30 | 20,177.13 |
| 08/05 | 20,180.13 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account

Page: 2 of 2

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    20,177.13
❷ Total Deposits    +
❸ Sub Total
❹ Total Withdrawals    -
❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY    IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY    BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 24-00180
Case Name: 1416 EASTERN AVE NE LLC
Taxpayer ID No: XX-XXX6373
For Period Ending: 09/24/2024

Trustee Name: Marc E. Albert DC Ch 11
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0521
Checking

Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/24 | | Stinson LLP<br>1201 Walnut Street<br>Suite 2900<br>Kansas City, MO 64106-2150 | Refund of Retainer<br>Funds held in trust for the Debtor<br>(Refund of retainer of William Johnson) | 0000-00 | $23,907.50 | | $23,907.50 |
| 08/07/24 | | Michael Seidel<br>East Insurance Group<br>6511 Pebble Brook Rd<br>Baltimore, MD 21209 | Down Payment of 35% of the Annual Premium | 0000-000 | | $9,187.50 | $14,720.00 |
| 09/03/24 | | Michael Seidel<br>East Insurance Group<br>6511 Pebble Brook Rd<br>Baltimore, MD 21209 | Monthly Insurance Premium<br>Insurance Premium Payment for September 2024 re 1416 Eastern Avenue NE LLC (10 properties) | 0000-000 | | $1,570.58 | $13,149.42 |

COLUMN TOTALS $0.00 $0.00
Less: Bank Transfers/CD's $0.00 $0.00
Subtotal $0.00 $0.00
Less: Payments to Debtors $0.00
Net $0.00 $0.00

Page Subtotals: $23,907.50 $10,758.08

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | NET | ACCOUNT BALANCE |
|---|---|---|---|---|
| XXXXXXX0521 - Checking | $0.00 | $0.00 | | $13,149.42 |
| | $0.00 | $0.00 | | $13,149.42 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand | |

Total Allocation Receipts: $0.00
Total Net Deposits: $0.00
Total Gross Receipts: $0.00

Trustee Signature: /s/ Marc E. Albert DC Ch 11    Date: 09/24/2024

Marc E. Albert DC Ch 11
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100

Page Subtotals: $0.00    $0.00