Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) Chapter 11<br>) Jointly Administered |
| Debtors. | )<br>) |

**CHAPTER 11 TRUSTEE'S APPLICATION TO AUTHORIZE RETENTION OF ACCOUNTANT ARTHUR LANDER AND ARTHUR LANDER, C.P.A., P.C. FOR THE <u>ESTATES AND NOTICE OF OPPORTUNITY TO OBJECT</u>**

TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE:

COMES NOW, Marc E. Albert, trustee of the Chapter 11 bankruptcy estates of 1416 Eastern NE LLC, *et al.* ("Debtors"), by and through his undersigned attorneys, Stinson LLP, and

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

in support of his application to authorize retention of Arthur Lander and Arthur Lander, C.P.A., P.C. as accountant for the estates, pursuant to 11 U.S.C. § 327, respectfully represents as follows:

1. The Debtors filed their voluntary Chapter 11 petitions on May 29, 2024 (the "Petition Date"). The Debtors' cases are jointly administered with the case of 1416 Eastern Ave NE LLC, 24-00180-ELG serving as the main case.

2. On July 24, 2024, this Court entered an order approving appointment of Marc E. Albert as Chapter 11 trustee of the Debtors' estates. [ECF Dkt. No. 71]. Marc E. Albert serves as the duly appointed and qualified trustee ("Trustee") for the Debtors' chapter 11 estates.

3. The Trustee seeks to retain Arthur Lander and Arthur Lander, C.P.A., P.C. ("Accountants") as his accountant.

4. The Trustee has selected Accountants because the Accountants have considerable experience in matters for which they are to be retained, and because the Trustee believes that the Accountants are well qualified to provide accounting services for all matters in connection with the above-captioned cases. Mr. Arthur Lander is a Certified Public Accountant and is knowledgeable with respect to both accounting and bankruptcy matters.

5. The professional services Accountants are to render in connection with the Debtors' bankruptcy proceedings include:

   a) compiling books and records;
   b) preparing and filing all necessary tax returns on behalf of the estates;
   c) advising the Trustee of his duties and responsibilities under the Internal Revenue Code;
   d) working with the Trustee in assessing the estates' financial condition;

    e) advising the Trustee on tax implications for sales of the real properties of the Debtors; and

    f) performing other accounting matters for the Trustee which may be necessary or desirable in the above-captioned matters.

6. Accountants have received no retainer either pre-petition or post-petition. Accountants intend to apply to this Court periodically for approval of compensation and reimbursement for out-of-pocket expenses computed in the first instance at Accountants' current hourly billing rates including: Arthur Lander at a rate of $510.00 per hour, Scott Johnson at a rate of $170.00 per hour, Chris Mueller at a rate of $200.00 per hour, and bookkeeping at a rate of $85 per hour. The hourly rate will vary according to the complexity of the task and individual working on the matter. These rates may change if the Accountants' billing rates are changed during the course of this engagement.

7. To the best of the Trustee's and Accountants' knowledge and after due inquiry, other than as stated below and in the Verified Statement filed herewith, Accountants have no connection with the Debtors, any creditor, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

8. Accountants represent a former client of Stinson LLP unrelated to this case.

9. Accountants periodically serve as employed accountant to the Trustee in his capacity as Chapter 7 and Chapter 11 trustee in proceedings before this Court and others, and Accountants also prepare the 1040 tax return for Marc Albert. The fee charged to Mr. Albert is the standard arms length rate based on per form schedules needed to complete the tax return, and the rates per form are posted on Accountants' website.

10. All payments to the Accountants will be pursuant to 11 U.S.C. § 330 and an application on notice to all appropriate parties.

11. Other than as set forth above and may be stated in the Verified Statement filed herewith, the Accountants represent no interest adverse to the Trustee, the Debtors, or the estates in the matters upon which they are to be engaged, are disinterested persons, and their employment is in the best interests of the estates and creditors generally.

**NOTICE OF OPPORTUNITY TO OBJECT TO APPLICATION TO AUTHORIZE RETENTION OF ACCOUNTANTS FOR THE ESTATES AND REQUEST HEARING**

Marc E. Albert, Chapter 11 Trustee for the estates of the Debtors, has filed an application seeking to authorize retention of accountants for the estates.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then on or before **October 10, 2024**, you or your attorney must:

File with the Court a written objection or other response to the application stating with particularity the grounds with which you base your objection or otherwise explaining you position, at:

Clerk, U.S. Bankruptcy Court
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.
You must also mail a copy of your objection to:

Marc E. Albert
Bradley D. Jones
Stinson LLP
1775 Pennsylvania Ave, NW, Suite 800
Washington, D.C. 20006

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

Parties in interest with questions may contact the undersigned.

WHEREFORE, Marc E. Albert, Trustee, respectfully requests that this Court enter an Order:

    a.    pursuant to 11 U.S.C. § 327(a), authorizing the Trustee to employ Arthur Lander and the accounting firm Arthur Lander, C.P.A., P.C. as accountants for the estates to provide accounting services in connection with the matters described above;

    c.    granting such other and further relief as this Court may deem to be just, equitable and proper.

Dated: September 26, 2024

Respectfully submitted,

/s/ Ruiqiao Wen
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

       I hereby certify that I did serve a copy of the foregoing Chapter 11 Trustee's Application to Authorize Retention of Accountant Arthur Lander and Arthur Lander, C.P.A., P.C. for the Estates and Notice of Opportunity to Object, Verified Statement, and Proposed Order on September 26, 2024, electronically via the Court's ECF system, and by first class mail, postage prepaid, upon the following:

William C. Johnson, Jr.
The Johnson Law Group, LLC
6305 Ivy Lane,
Suite 630
Greenbelt, MD 20770

Nancy L. Alper
Office of Attorney General For D.C.
400 6th Street, NW
9th Floor
Washington, DC 20001

Stephon Woods
Office of the Attorney General for the District of Columbia
400 6th St NW
Suite 9100
Washington, DC 20001

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314

Emil Hirsch
Carlton Fields Jorden Burt, P.A.
1025 Thomas Jefferson Street, NW
Ste 400 West
Washington, DC 20007

Laura C. Beckerman
D.C. Office of the Attorney General
400 6th Street, NW
Ste 10th Floor
Washington, DC 20001

Michael D. Nord
Elizabeth Drayden Peters
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202

Arthur Lander, C.P.A., PC
300 N. Washington Street, Suite 104
Alexandria, VA 22314

                                          */s/ Ruiqiao Wen*
                                          Ruiqiao Wen