Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: 1416 Eastern Ave NE LLC, *et al.*,[1] Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>Jointly Administered |

**VERIFIED STATEMENT IN SUPPORT OF APPLICATION TO AUTHORIZE RETENTION OF ACCOUNTANT ARTHUR LANDER AND ARTHUR LANDER, C.P.A., P.C. FOR THE ESTATES**

Arthur Lander, C.P.A., P.C. ("Lander"), by and through Arthur Lander, as proposed accountant for Marc E. Albert, the duly appointed and qualified Chapter 11 Trustee in the Debtors' cases, and pursuant to Bankruptcy Rule 2014(a), respectfully represents as follows:

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/192002454.1

1. I, Arthur Lander, am a duly licensed Certified Public Accountant in Virginia, Maryland, and the District of Columbia and have over thirty years of C.P.A experience.

2. Lander has made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in these and other cases, and believe that neither it nor Arthur Lander individually has any disqualifying conflicts of interest.

3. Other than stated herein, Lander has no connection with the Debtors, any creditors, any other party in interest, their respective attorneys or accountants, the U.S. Trustee or any person employed in the Office of the U.S. Trustee.

Except, Lander represents a former client of Stinson unrelated to this case,

Lander periodically serves as employed accountant to the Trustee in his capacity as Chapter 7 and Chapter 11 trustee in proceedings before this Court and others, and

Lander also prepares the 1040 tax return for Marc Albert. The fee charged to Mr. Albert is the standard arms length rate based on per form schedules needed to complete the tax return, and the rates per form are posted on our website.

I, Arthur Lander, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 25, 2024

_____
Arthur Lander, C.P.A., Esq.