UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) Chapter 11 |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) |

**ORDER GRANTING APPLICATION TO AUTHORIZE RETENTION OF
ACCOUNTANT ARTHUR LANDER AND
<u>ARTHUR LANDER, C.P.A., P.C. FOR THE ESTATES</u>**

This matter came before the Court on the Application to Retain Arthur Lander and accounting firm Arthur Lander, C.P.A., P.C. (collectively, the "Accountants") as accountants for Marc E. Albert ("Trustee"), trustee of the Chapter 11 bankruptcy estates of 1416 Eastern NE LLC, *et al.* pursuant to 11 U.S.C. § 327. The Application discloses that Accountants represent a

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

former client of Stinson LLP unrelated to this case; Accountants periodically do work as employed accountants for the Trustee, in his role as chapter 7 and chapter 11 trustee in other cases before this court and others; and Accountants prepare Marc Albert's 1040 tax returns at standard arm's length rates, based on the required forms, with fees listed on their website. The Court being satisfied that the Accountants represent no interest adverse to the Trustee, or the bankruptcy estates, that the Accountants are disinterested persons, and that such employment is necessary and is in the best interests of the estates, it is hereby:

**ORDERED**, that the Application be, and the same hereby is **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED,** pursuant to 11 U.S.C. § 327(a), that Marc E. Albert, the duly appointed and qualified Trustee of the Chapter 11 bankruptcy estates of 1416 Eastern NE LLC, *et al.*, be, and he hereby is, authorized to employ Arthur Lander and the accounting firm Arthur Lander, C.P.A., P.C. as accountants for the purposes identified in the Trustee's Application; and it is

**FURTHER ORDERED**, that the compensation of the Accountants shall be subject to further order of this Court, after notice and an opportunity for a hearing.

**End of Order**

**WE ASK FOR THIS:**

/s/ Ruiqiao Wen
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Attorneys for Marc E. Albert,
Chapter 11 Trustee*


Copies of this Order to:

Recipients of ECF Notice

and

Arthur Lander, C.P.A., PC
300 N. Washington Street, Suite 104
Alexandria, VA 22314