Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

**CHAPTER 11 TRUSTEE'S APPLICATION TO AUTHORIZE RETENTION OF
REALTORS PURSUANT TO 11 U.S.C. § 327 AND
<u>NOTICE OF OPPORTUNITY TO OBJECT</u>**

TO THE HONORABLE ELIZABETH L. GUNN., BANKRUPTCY JUDGE:

COMES NOW, Marc E. Albert, chapter 11 Trustee for the jointly administered chapter 11 cases of 1416 Eastern Ave NE LLC, *et al.* ("Debtors"), by and through his undersigned counsel, and in support of his application to authorize retention of Marcus & Millichap Real

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

Estate Investment Services of North Carolina, Inc. as realtors for each of the jointly administered estates pursuant to 11 U.S.C. § 327, respectfully represents as follows:

1. On May 29, 2024, the Debtors each filed a petition for relief under chapter 11 of the Bankruptcy Code. The Debtors' cases are jointly administered with the case of 1416 Eastern Ave NE LLC, 24-00180-ELG serving as the main case.

2. On July 24, 2024, this Court entered an order approving appointment of Marc E. Albert as chapter 11 trustee of the Debtors' estates [ECF Dkt. No. 71]. Marc E. Albert serves as the duly appointed and qualified trustee ("Trustee") for the Debtors' Chapter 11 estates.

3. Each of the Debtors is named for residential real property that it owns, and the business of each Debtor is rental housing. The locations of the residential real property buildings are as follow:

- 1416 Eastern Avenue Northeast, Washington, DC 20019 – (6 Units)*
- 945 Longfellow Street Northwest, Washington, DC 20011 – (13 Units)*
- 2501 Naylor Road Southeast, Washington, DC 20020 – (8 Units)*
- 4301-4313 Wheeler Road Southeast, Washington, DC 20032 – (49 Units)*
- 4263-67 6th Street Southeast, Washington, DC 20032 – (6 Units)*
- 4935 Nannie Helen Burroughs Avenue Northeast, Washington, DC 20019 – (6 Units)*
- 3968 Martin Luther King Junior Avenue SE, Washington, DC 20032 – (6 Units)*
- 4010 9th Street Southeast, Washington, DC 20032 – (14 Units)*
- 2440 S Street Southeast, Washington, DC 20020 – (11 Units)*
- 4400 Hunt Place Northeast, Washington, DC 20019 – (15 Units)*

(collectively the "Properties").

* Total units for each property have not been verified. Verification of total units in the form of Certificate of Occupancy(s) has been requested from owner.

4. The Trustee wishes to sell the Properties through these chapter 11 cases. Accordingly, the Trustee seeks to retain Marcus & Millichap Real Estate Investment Services of

CORE/3516991.0007/192111119.1                    2

North Carolina, Inc. as realtors (collectively, "Realtors" or "M&M") for the estates in connection with the sales of the Properties. M&M plans to use local M&M real estate broker John M. (Marty) Zupancic III and his team to assist with marketing the Properties for sale.

5. The Trustee has selected Realtors because of their specialized experience in sales of multi-unit affordable housing complexes similar to the Properties.

6. The commission to Realtors is 4% of the gross purchase price of any approved sale of the Properties, subject to Court approval. A copy of the Listing Agreement between the Trustee and the Realtors, with addenda, is attached hereto as Exhibit A.

7. The Realtors seek to have all compensation paid directly from proceed of any sale at the closing on such sale.

8. The professional services rendered by the Realtors include: marketing the Properties, meeting with prospective purchasers, drafting sales contracts (subject to approval by this Court), providing advice on the value of the Properties, and any other service which may be reasonably necessary to consummate sales of the Properties. Realtors have extensive experience in marketing properties of this type for sale.

9. To the best of the Trustee's knowledge and after due inquiry by Realtors, except as stated below and in the Verified Statement filed herewith, Realtors have no connection with the Debtors, the Trustee, any creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

10. M&M has never represented Ali "Sam" Razjooyan, an entity controlled by Ali "Sam" Razjooyan, Eimon Razjooyan, Houri Razjooyan, Yousef Scott, or Richard Balles in any transaction.

11. The manager of the Debtors Ali "Sam" Razjooyan, or entities controlled by Ali "Sam" Razjooyan (collectively, "Razjooyan"), haven been under contract to purchase two properties that M&M has worked on to sell: (a) 3800-3812 South Capitol Street SE, Washington, DC 20032 (under contract since March 31, 2023); and (b) 215-225 Newcomb Street SE, Washington, DC 20032 (under contract since September 21, 2022). It is not expected that Razjooyan will successfully close on those transactions.

12. M&M sold the property located at 945 Longfellow Street NW, Washington DC 20011 to Ali "Sam" Razjooyan in an off-market transaction.

13. M&M was involved in the closing of a transaction concerning a property located at 2530 Park Place SE, Washington, DC 20020, where Ali "Sam" Razjooyan was the original contract purchaser. However, through the Tenant Opportunity to Purchase Act (TOPA) process, a different buyer was ultimately chosen by the tenants to close on this transaction.

14. M&M previously represented the Trustee, in his capacity as a chapter 11 or chapter 7 bankruptcy trustee, in the following cases involving properties that were purchased by Ali "Sam" Razjooyan:

- 5320 8th Street NW, Washington, DC 20011 (chapter 7 Bankruptcy Sale)
- 4559-4569 Benning Road SE, Washington, DC 20019 (chapter 11 Bankruptcy Sale)
- 5058 Astor Place SE, Washington, DC 20019 (chapter 7 Bankruptcy Sale)

15. M&M previously from time to time has served as Realtors to the Trustee in his capacity as a chapter 11 and chapter 7 bankruptcy trustee in cases before this court and others.

16. Other than as set forth above and as may be stated in the Verified Statement filed herewith, the Realtors represent no interest adverse to the Debtors, the Trustee, or the estates in the matters upon which they are to be engaged, are disinterested persons, and their employment is in the best interests of the estates and creditors generally.

### NOTICE OF OPPORTUNITY TO OBJECT TO CHAPTER 11 TRUSTEE'S APPLICATION TO RETAIN REALTORS

Marc E. Albert, Chapter 11 Trustee for 1416 Eastern Ave. NE LLC, *et al.*, has filed an application seeking to retain Marcus & Millichap Real Estate Investment Services of North Carolina, Inc. as realtors for each of the Debtors' estates.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then:

on or before **October 15, 2024**, you or your attorney must file with the Court a written objection to the application.  The objection must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001.  You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Bradley D. Jones, Esq.
Joshua W. Cox, Esq.
Ruiqiao Wen, Esq.
Stinson LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the application and may enter an order approving the application.  The Court may approve the application without a hearing if the objection filed states inadequate grounds for denial of the application.  Parties in interest with questions may contact the undersigned.

WHEREFORE, Marc E. Albert, Chapter 11 Trustee respectfully requests that this Court enter an Order:

a) pursuant to 11 U.S.C. § 327(a), authorizing the Trustee to employ Marcus & Millichap Real Estate Investment Services of North Carolina, Inc. as realtors for each of the Debtors' estates to provide services as described hereinabove; and

b) granting such other and further relief as this Court may deem just, equitable and proper.

Dated: September 30, 2024                Respectfully submitted:

*/s/ Ruiqiao Wen*
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Attorneys for Marc E. Albert, Chapter 11 Trustee*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I did serve a copy of the foregoing Chapter 11 Trustee's Application to Authorize Retention of Realtors Pursuant to 11 U.S.C. § 327 and Notice of Opportunity to Object, Verified Statement, and Proposed Order on September 30, 2024, electronically via the Court's ECF system, and by first class mail, postage prepaid, and upon the following:

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

John M. (Marty) Zupancic III
Marcus & Millichap Real Estate
Investment Services of North Carolina, Inc.
7200 Wisconsin Ave.
Suite 1101
Bethesda, MD 20614

                                                    /s/ Ruiqiao Wen
                                                    Ruiqiao Wen