Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | )<br>)<br>) Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*,[1] | ) Chapter 11<br>) Jointly Administered |
| Debtors. | )<br>) |

**VERIFIED STATEMENT OF JOHN M. (MARTY) ZUPANCIC III
IN SUPPORT OF CHAPTER 11 TRUSTEE'S APPLICATION TO AUTHORIZE
<u>RETENTION OF REALTORS PURSUANT TO 11 U.S.C. § 327</u>**

Marcus & Millichap Real Estate Investment Services of North Carolina, Inc.

("M&M"), as proposed realtors for Marc E. Albert, chapter 11 Trustee for the jointly

administered chapter 11 cases of 1416 Eastern Ave NE LLC, *et al.* ("Debtors"), by and

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/192144112.1

through John M. (Marty) Zupancic III, a real estate agent with M&M, and pursuant to Bankruptcy Rule 2014(a), respectfully represent as follows:

1. I have made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in this and other cases and believe that neither I nor M&M have any disqualifying conflicts of interest.

2. Other than stated herein, neither I nor M&M have any connection with the Debtors, the Trustee, any creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the offices of the United States Trustee.

3. M&M has never represented Ali "Sam" Razjooyan, an entity controlled by Ali "Sam" Razjooyan, Eimon Razjooyan, Houri Razjooyan, Yousef Scott, or Richard Balles in any transaction.

6. Ali "Sam" Razjooyan, or entities controlled by Ali "Sam" Razjooyan (collectively, "Razjooyan"), haven been under contract to purchase two properties that M&M has worked on to sell: (a) 3800-3812 South Capitol Street SE, Washington, DC 20032 (under contract since March 31, 2023); and (b) 215-225 Newcomb Street SE, Washington, DC 20032 (under contract since September 21, 2022). It is not expected that Razjooyan will successfully close on those transactions.

7. M&M sold the property located at 945 Longfellow Street NW, Washington DC 20011 to Ali "Sam" Razjooyan in an off-market transaction.

8. M&M was involved in the closing of a transaction concerning a property located at 2530 Park Place SE, Washington, DC 20020, where Ali "Sam" Razjooyan was

the original contract purchaser. However, through the Tenant Opportunity to Purchase Act (TOPA) process, a different buyer was ultimately chosen by the tenants to close on this transaction.

9. M&M previously represented the Trustee, in his capacity as a chapter 11 or chapter 7 bankruptcy trustee, in the following cases involving properties that were purchased by Ali "Sam" Razjooyan:

- 5320 8th Street NW, Washington, DC 20011 (chapter 7 Bankruptcy Sale)
- 4559-4569 Benning Road SE, Washington, DC 20019 (chapter 11 Bankruptcy Sale)
- 5058 Astor Place SE, Washington, DC 20019 (chapter 7 Bankruptcy Sale)

10. M&M previously from time to time has served as Realtors to the Trustee in his capacity as a chapter 11 and chapter 7 bankruptcy trustee in cases before this court and others.

I, John M. (Marty) Zupancic III, declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2024

DocuSigned by:

John M. (Marty) Zupancic III