UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
In re:                                   )
                                         )   Case No. 24-00180-ELG
1416 Eastern Ave NE LLC, *et al.*[1],    )   Chapter 11
                                         )   Jointly Administered
            Debtors.                     )
_____  )

**ORDER GRANTING CHAPTER 11 TRUSTEE'S APPLICATION TO
<u>AUTHORIZE RETENTION OF REALTORS</u>**

This matter came before the Court on the Application ("Application") of Marc E. Albert, Chapter 11 Trustee ("Trustee") for the jointly administered Chapter 11 cases of 1416 Eastern Ave NE LLC, *et al.* ("Debtors") to retain Marcus & Millichap Real Estate Investment Services of North Carolina, Inc. ("Realtors") pursuant to 11 U.S.C. § 327 as real estate broker for the jointly administered Chapter 11 estates.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

The Court being satisfied that Realtors represent no interest adverse to the Trustee, the Debtors, or the bankruptcy estates, that the Realtors are disinterested persons, and that such employment is necessary and is in the best interests of the estates, it is hereby:

**ORDERED**, that the Application be, and the same hereby is **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED**, pursuant to 11 U.S.C. § 327(a), that the Trustee be, and he hereby is, authorized to employ the Realtors as real estate broker for the purposes identified in the Trustee's Application; and it is

**FURTHER ORDERED** that Realtors may be paid their commission, calculated as 4% of the gross value of any sale from the proceeds of any sale procured by Realtors to a third party at the closing of that sale after approval of such sale by the Court.

### END OF ORDER

**WE ASK FOR THIS:**

/s/ Ruiqiao Wen
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

Copies of this Order to:

ECF recipients; and:

John M. (Marty) Zupancic III
Marcus & Millichap Real Estate
Investment Services of North Carolina, Inc.
7200 Wisconsin Ave.
Suite 1101
Bethesda, MD 20614