| | Noble Realty Advisors | | | | |
|---|---|---|---|---|---|
| | 1416 Eastern Ave, NE | | | | |
| | Cash Collateral Budget | | | | |
| | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| **Income** | | | | | |
| | | | | | |
| *Rental Income\** | | | | | |
| Rent Income\* | $7,700 | $7,700 | $7,700 | $7,700 | $30,800 |
| Housing Assist Payments\* | $0 | $0 | $0 | $0 | $0 |
| *Total Rent Income\** | *$7,700* | *$7,700* | *$7,700* | *$7,700* | *$30,800* |
| | | | | | |
| *Vacancy* | | | | | |
| Vacancies -Rent Charges | -$2,566 | -$2,566 | -$2,566 | -$2,566 | -$10,264 |
| *Total Vacancy Loss* | *-$2,566* | *-$2,566* | *-$2,566* | *-$2,566* | *-$10,264* |
| | | | | | |
| *Other Income* | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| *Total Other Income* | *$0* | *$0* | *$0* | *$0* | *$0* |
| | | | | | |
| *Total Property Income* | *$5,134* | *$5,134* | *$5,134* | *$5,134* | *$20,536* |
| **Expenses** | | | | | |
| | | | | | |
| *Administrative Expenses* | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $1,000 | $1,000 | $1,000 | $1,000 | $4,000 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| *Total Administrative Expenses* | *$1,030* | *$2,030* | *$1,030* | *$1,280* | *$5,370* |
| | | | | | |
| *Utilities Expense* | | | | | |
| Electricity | $65 | $65 | $65 | $65 | $260 |
| DC Water | $1,100 | $1,100 | $1,100 | $1,100 | $4,400 |
| Gas | $100 | $100 | $100 | $100 | $400 |
| *Total Utilities Expense* | *$1,265* | *$1,265* | *$1,265* | *$1,265* | *$5,060* |
| | | | | | |
| *Repair & Maintenance Expenses* | | | | | |
| Supplies | $25 | $25 | $25 | $25 | $100 |
| Maintenance Contracts | $500 | $500 | $500 | $500 | $2,000 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $150 | $600 |
| Pest Control Management | $40 | $40 | $40 | $40 | $160 |
| Landscape Maintenance | $30 | $0 | $0 | $0 | $30 |
| Garbage and Trash Removal | $200 | $200 | $200 | $200 | $800 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |
| Unit Turnover-Vacant | $0 | $0 | $500 | $0 | $500 |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| | | Noble Realty Advisors | | | |
| | | 1416 Eastern Ave, NE | | | |
| | | Cash Collateral Budget | | | |
| Painting & Decorating- Occupied | $0 | $75 | $0 | $0 | $75 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $0 | $100 | $0 | $0 | $100 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $400 |
| *Total Repair & Maintenance Expenses* | *$1,395* | *$1,290* | *$1,615* | *$1,365* | *$5,665* |
| | | | | | |
| *Taxes & Insurance Expenses* | | | | | |
| Real Estate Taxes | $529 | $529 | $529 | $529 | $2,115 |
| Property & Liability Ins | $125 | $125 | $125 | $125 | $500 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| *Total Taxes/Insurance Exp* | *$654* | *$654* | *$654* | *$654* | *$2,615* |
| | | | | | |
| *Total Cost Of Operations* | *$4,344* | *$5,239* | *$4,564* | *$4,564* | *$18,710* |
| | | | | | |
| *Net Operating Income* | *$790* | *-$105* | *$570* | *$570* | *$1,826* |
| | | | | | |
| *Bankr. Administrative Expenses* | | | | | |
| Trustee Commission | $1,243 | $841 | $765 | $765 | $3,614 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| *Total Bankr. Adminsrative Expenses* | *$4,327* | *$3,925* | *$3,849* | *$3,849* | *$15,950* |
| | | | | | |
| *Debt Service* | | | | | |
| *Total Debt Services* | *$0* | *$0* | *$0* | *$0* | *$0* |
| | | | | | |
| *Cash Flow Profit (Loss)* | *-$3,537* | *-$4,030* | *-$3,279* | *-$3,279* | *-$14,124* |
| | | | | | |
| *Replacement Reserve Item Expense* | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | $0 |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| *Total Capital Improvements* | *$0* | *$0* | *$0* | *$0* | *$0* |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **945 Longfellow St., NW** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Income** | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income* | $30,999 | $30,999 | $30,999 | $30,999 | $123,996 |
| Housing Assist Payments* | $0 | $0 | $0 | $0 | $0 |
| **Total Rent Income** | **$30,999** | **$30,999** | **$30,999** | **$30,999** | **$123,996** |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | -$10,335 | -$10,335 | -$10,335 | -$10,335 | -$41,340 |
| **Total Vacancy Loss** | **-$10,335** | **-$10,335** | **-$10,335** | **-$10,335** | **-$41,340** |
| ***Other Income*** | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| **Total Other Income** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Total Property Income*** | **$20,664** | **$20,664** | **$20,664** | **$20,664** | **$82,656** |
| **Expenses** | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $0 | $1,000 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| **Total Administrative Expenses** | **$2,530** | **$2,530** | **$3,530** | **$2,780** | **$11,370** |
| ***Utilities Expense*** | | | | | |
| Electricity | $75 | $75 | $75 | $75 | $300 |
| DC Water | $2,400 | $2,400 | $2,400 | $2,400 | $9,600 |
| Gas | $300 | $300 | $300 | $300 | $1,200 |
| **Total Utilities Expense** | **$2,775** | **$2,775** | **$2,775** | **$2,775** | **$11,100** |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | $25 | $25 | $25 | $25 | $100 |
| Maintenance Contracts | $1,200 | $1,200 | $1,200 | $1,200 | $4,800 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $150 | $600 |
| Pest Control Management | $75 | $75 | $75 | $75 | $300 |
| Landscape Maintenance | $30 | $0 | $0 | $0 | $30 |
| Garbage and Trash Removal | $400 | $400 | $400 | $400 | $1,600 |

| Noble Realty Advisors |||||
|---|---|---|---|---|
| **945 Longfellow St., NW** |||||
| **Cash Collateral Budget** |||||

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| Security Contract | *$0* | *$0* | *$0* | *$0* | $0 |
| Electrical Repairs | *$0* | *$50* | *$0* | *$0* | $50 |
| HVAC Repairs and Maint | *$250* | *$0* | *$0* | *$250* | $500 |
| Snow Removal | *$0* | *$0* | *$0* | *$0* | $0 |
| Plumbing Repairs | *$100* | *$100* | *$100* | *$100* | $400 |
| Unit Turnover-Vacant | *$0* | *$500* | *$0* | *$0* | $500 |
| Painting & Decorating- Occupied | *$20* | *$20* | *$20* | *$20* | $80 |
| Enviornmental Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$150* | *$0* | *$0* | *$150* | $300 |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | *$0* | $0 |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | *$100* | $400 |
| ***Total Repair & Maintenance Expenses*** | ***$2,500*** | ***$2,620*** | ***$2,070*** | ***$2,470*** | ***$9,660*** |
| | | | | | |
| ***Taxes & Insurance Expenses*** | | | | | |
| Real Estate Taxes | *$1,540* | *$1,540* | *$1,540* | *$1,540* | $6,159 |
| Property & Liability Ins | *$209* | *$209* | *$209* | *$209* | $836 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Taxes/Insurance Exp*** | ***$1,749*** | ***$1,749*** | ***$1,749*** | ***$1,749*** | ***$6,995*** |
| | | | | | |
| ***Total Cost Of Operations*** | ***$9,554*** | ***$9,674*** | ***$10,124*** | ***$9,774*** | ***$39,125*** |
| | | | | | |
| ***Net Operating Income*** | ***$11,110*** | ***$10,990*** | ***$10,540*** | ***$10,890*** | ***$43,531*** |
| | | | | | |
| ***Bankr. Administrative Expenses*** | | | | | |
| Trustee Commission | $1,764 | $1,275 | $1,320 | $1,285 | $5,644 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| ***Total Bankr. Administrative Expenses*** | ***$4,848*** | ***$4,359*** | ***$4,404*** | ***$4,369*** | ***$17,980*** |
| | | | | | |
| ***Debt Service*** | | | | | |
| ***Total Debt Services*** | *$0* | *$0* | *$0* | *$0* | $0 |
| | | | | | |
| ***Cash Flow Profit (Loss)*** | ***$6,262*** | ***$6,631*** | ***$6,136*** | ***$6,521*** | ***$25,551*** |
| | | | | | |
| ***Replacement Reserve Item Expense*** | | | | | |
| Appliance Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | *$0* | **$0** |
| | | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 2501 Naylor, SE | | | | | |
| Cash Collateral Budget | | | | | |
| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
| **Income** | | | | | |
| *Rental Income* | | | | | |
| Rent Income | $17,628 | $17,628 | $17,628 | $17,628 | $70,512 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| *Total Rent Income* | **$17,628** | **$17,628** | **$17,628** | **$17,628** | **$70,512** |
| *Vacancy* | | | | | |
| Vacancies -Rent Charges | -$8,814 | -$8,814 | -$8,814 | -$8,814 | -$35,256 |
| *Total Vacancy Loss* | **-$8,814** | **-$8,814** | **-$8,814** | **-$8,814** | **-$35,256** |
| *Other Income* | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| *Total Other Income* | **$0** | **$0** | **$0** | **$0** | **$0** |
| *Total Property Income* | **$8,814** | **$8,814** | **$8,814** | **$8,814** | **$35,256** |
| **Expenses** | | | | | |
| *Administrative Expenses* | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $1,333 | $1,333 | $1,333 | $1,333 | $5,332 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| *Total Administrative Expenses* | **$1,363** | **$2,363** | **$1,363** | **$1,613** | **$6,702** |
| *Utilities Expense* | | | | | |
| Electricity | $80 | $80 | $80 | $80 | $320 |
| DC Water | $1,350 | $1,350 | $1,350 | $1,350 | $5,400 |
| Gas | $300 | $300 | $300 | $300 | $1,200 |
| *Total Utilities Expense* | **$1,730** | **$1,730** | **$1,730** | **$1,730** | **$6,920** |
| *Repair & Maintenance Expenses* | | | | | |
| Supplies | $0 | $0 | $0 | $0 | $0 |
| Maintenance Contracts | $1,600 | $1,600 | $1,600 | $1,600 | $6,400 |
| Janitor & Cleaning Contract | $250 | $250 | $250 | $250 | $1,000 |
| Pest Control Management | $50 | $50 | $50 | $50 | $200 |
| Landscape Maintenance | $30 | $0 | $0 | $0 | $30 |
| Garbage and Trash Removal | $400 | $400 | $400 | $400 | $1,600 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $50 | $50 | $50 | $50 | $200 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $100 | $0 | $0 | $100 | $200 |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **2501 Naylor, SE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $400 |
| ***Total Repair & Maintenance Expenses*** | *$2,930* | *$2,550* | *$2,550* | *$2,900* | *$10,930* |
| | | | | | |
| ***Taxes & Insurance Expenses*** | | | | | |
| Real Estate Taxes | $612 | $612 | $612 | $612 | $2,449 |
| Property & Liability Ins | $1,667 | $1,667 | $1,667 | $1,667 | $6,668 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| ***Total Taxes/Insurance Exp*** | *$2,279* | *$2,279* | *$2,279* | *$2,279* | *$9,117* |
| | | | | | |
| ***Total Cost Of Operations*** | *$8,302* | *$8,922* | *$7,922* | *$8,522* | *$33,669* |
| | | | | | |
| ***Net Operating Income*** | *$512* | *-$108* | *$892* | *$292* | *$1,587* |
| | | | | | |
| ***Bankr. Administrative Expenses*** | | | | | |
| Trustee Commission | $1,637 | $1,200 | $1,100 | $1,160 | $5,097 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| ***Total Bankr. Administrative Expenses*** | *$4,721* | *$4,284* | *$4,184* | *$4,244* | *$17,433* |
| | | | | | |
| *Debt Service* | | | | | |
| ***Total Debt Services*** | *$0* | *$0* | *$0* | *$0* | *$0* |
| | | | | | |
| ***Cash Flow Profit (Loss)*** | *-$4,209* | *-$4,392* | *-$3,292* | *-$3,952* | *-$15,846* |
| | | | | | |
| ***Replacement Reserve Item Expense*** | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | **$0** |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | **$0** |
| Capital Improvements | $0 | $0 | $0 | $0 | **$0** |
| | | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$0** | **$0** | **$0** |

| | Noble Realty Advisors | | | | |
|---|---|---|---|---|---|
| | **4301-4313 Wheeler Road, SE** | | | | |
| | **Cash Collateral Budget** | | | | |
| | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| **Income** | | | | | |
| | | | | | |
| *Rental Income* | | | | | |
| Rent Income | *$76,807* | *$76,807* | *$76,807* | *$76,807* | $307,228 |
| Housing Assist Payments | *$0* | *$0* | *$0* | *$0* | $0 |
| *Total Rent Income* | ***$76,807*** | ***$76,807*** | ***$76,807*** | ***$76,807*** | **$307,228** |
| | | | | | |
| *Vacancy* | | | | | |
| Vacancies -Rent Charges | *-$34,484* | *-$34,484* | *-$34,484* | *-$34,484* | -$137,936 |
| *Total Vacancy Loss* | ***-$34,484*** | ***-$34,484*** | ***-$34,484*** | ***-$34,484*** | **-$137,936** |
| | | | | | |
| *Other Income* | | | | | |
| Late Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Application Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Damages/Misc. | *$0* | *$0* | *$0* | *$0* | $0 |
| *Total Other Income* | ***$0*** | ***$0*** | ***$0*** | ***$0*** | **$0** |
| | | | | | |
| *Total Property Income* | ***$42,323*** | ***$42,323*** | ***$42,323*** | ***$42,323*** | **$169,292** |
| **Expenses** | | | | | |
| | | | | | |
| *Administrative Expenses* | | | | | |
| Bank Fees | *$35* | *$35* | *$35* | *$35* | $140 |
| Advertising /Marketing | *$50* | *$50* | *$50* | *$50* | $200 |
| Office/Telephone Expense | *$125* | *$125* | *$125* | *$125* | $500 |
| Management Fee | *$9,800* | *$9,800* | *$9,800* | *$9,800* | $39,200 |
| Legal Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Leasing Commission | *$1,000* | *$1,000* | *$1,000* | *$1,000* | $4,000 |
| Audit Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Software/Technical Support | *$0* | *$0* | *$0* | *$650* | $650 |
| Bad Debts | *$0* | *$0* | *$0* | *$0* | $0 |
| *Total Administrative Expenses* | ***$11,010*** | ***$11,010*** | ***$11,010*** | ***$11,660*** | **$44,690** |
| | | | | | |
| *Utilities Expense* | | | | | |
| Electricity | *$295* | *$295* | *$295* | *$295* | $1,180 |
| DC Water | *$3,400* | *$3,400* | *$3,400* | *$3,400* | $13,600 |
| Gas | *$950* | *$950* | *$950* | *$950* | $3,800 |
| *Total Utilities Expense* | ***$4,645*** | ***$4,645*** | ***$4,645*** | ***$4,645*** | **$18,580** |
| | | | | | |
| *Repair & Maintenance Expenses* | | | | | |
| Supplies | *$350* | *$350* | *$350* | *$350* | $1,400 |
| Maintenance Contracts | *$6,200* | *$6,200* | *$6,200* | *$6,200* | $24,800 |
| Janitor & Cleaning Contract | *$750* | *$750* | *$750* | *$750* | $3,000 |
| Pest Control Management | *$750* | *$750* | *$750* | *$750* | $3,000 |
| Landscape Maintenance | *$500* | *$0* | *$0* | *$0* | $500 |
| Garbage and Trash Removal | *$675* | *$675* | *$675* | *$675* | $2,700 |
| Security Contract | *$0* | *$0* | *$0* | *$0* | $0 |
| Alarm/Security Systems & Repairs | *$175* | *$175* | *$175* | *$175* | $700 |
| Electrical Repairs | *$425* | *$425* | *$425* | *$425* | $1,700 |
| HVAC Repairs and Maint | *$375* | *$375* | *$375* | *$375* | $1,500 |
| Snow Removal | *$0* | *$0* | *$0* | *$0* | $0 |
| Plumbing Repairs | *$650* | *$650* | *$650* | *$650* | $2,600 |
| Unit Turnover-Vacant | *$1,200* | *$600* | *$600* | *$600* | $3,000 |
| Painting & Decorating- Occupied | *$475* | *$475* | *$475* | *$475* | $1,900 |
| Enviornmental Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$200* | *$200* | *$200* | *$200* | $800 |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | *$0* | $0 |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| **4301-4313 Wheeler Road, SE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| Misc. Oper/Main Expense | *$400* | *$400* | *$400* | *$400* | *$1,600* |
| ***Total Repair & Maintenance Expenses*** | ***$13,125*** | ***$12,025*** | ***$12,025*** | ***$12,025*** | ***$49,200*** |
| | | | | | |
| ***Taxes & Insurance Expenses*** | | | | | |
| Real Estate Taxes | *$4,666* | *$4,666* | *$4,666* | *$4,666* | $18,665 |
| Property & Liability Ins | *$646* | *$646* | *$646* | *$646* | $2,584 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Taxes/Insurance Exp*** | ***$5,312*** | ***$5,312*** | ***$5,312*** | ***$5,312*** | ***$21,249*** |
| | | | | | |
| ***Total Cost Of Operations*** | ***$34,092*** | ***$32,992*** | ***$32,992*** | ***$33,642*** | ***$133,719*** |
| | | | | | |
| ***Net Operating Income*** | ***$8,231*** | ***$9,331*** | ***$9,331*** | ***$8,681*** | ***$35,573*** |
| | | | | | |
| ***Bankr. Administrative Expenses*** | | | | | |
| Trustee Commission | $3,218 | $2,137 | $1,804 | $1,836 | $8,995 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $153 | $153 | $153 | $543 |
| ***Total Bankr. Administrative Expenses*** | ***$6,302*** | ***$5,290*** | ***$4,957*** | ***$4,989*** | ***$21,538*** |
| | | | | | |
| ***Debt Service*** | | | | | |
| ***Total Debt Services*** | *$0* | *$0* | *$0* | *$0* | *$0* |
| | | | | | |
| ***Cash Flow Profit (Loss)*** | ***$1,929*** | ***$4,041*** | ***$4,374*** | ***$3,691*** | ***$14,034*** |
| | | | | | |
| ***Replacement Reserve Item Expense*** | | | | | |
| Appliance Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | *$0* | **$0** |
| | | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **4263-67 6th Street, SE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Income** | | | | | |
| | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income | $8,358 | $8,358 | $8,358 | $8,358 | $33,432 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| ***Total Rent Income*** | ***$8,358*** | ***$8,358*** | ***$8,358*** | ***$8,358*** | **$33,432** |
| | | | | | |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | -$4,179 | -$4,179 | -$4,179 | -$4,179 | -$16,716 |
| **Total Vacancy Loss** | **-$4,179** | **-$4,179** | **-$4,179** | **-$4,179** | **-$16,716** |
| | | | | | |
| ***Other Income*** | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| ***Total Other Income*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | **$0** |
| | | | | | |
| ***Total Property Income*** | ***$4,179*** | ***$4,179*** | ***$4,179*** | ***$4,179*** | **$16,716** |
| **Expenses** | | | | | |
| | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $1,000 | $1,000 | $1,000 | $1,000 | $4,000 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| ***Total Administrative Expenses*** | ***$1,030*** | ***$2,030*** | ***$1,030*** | ***$1,280*** | **$5,370** |
| | | | | | |
| ***Utilities Expense*** | | | | | |
| Electricity | $65 | $65 | $65 | $65 | $260 |
| DC Water | $1,350 | $1,350 | $1,350 | $1,350 | $5,400 |
| Gas | $250 | $250 | $250 | $250 | $1,000 |
| ***Total Utilities Expense*** | ***$1,665*** | ***$1,665*** | ***$1,665*** | ***$1,665*** | **$6,660** |
| | | | | | |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | $25 | $25 | $25 | $25 | $100 |
| Maintenance Contracts | $1,100 | $1,100 | $1,100 | $1,100 | $4,400 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $150 | $600 |
| Pest Control Management | $75 | $0 | $0 | $75 | $150 |
| Landscape Maintenance | $30 | $0 | $0 | $0 | $30 |
| Garbage and Trash Removal | $275 | $275 | $275 | $275 | $1,100 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 4263-67 6th Street, SE | | | | | |
| Cash Collateral Budget | | | | | |
| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |
| Unit Turnover-Vacant | $0 | $0 | $0 | $600 | $600 |
| Painting & Decorating- Occupied | $25 | $25 | $25 | $25 | $100 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $100 | $0 | $0 | $100 | $200 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $400 |
| *Total Repair & Maintenance Expenses* | **$2,230** | **$1,775** | **$1,775** | **$2,800** | **$8,580** |
| | | | | | |
| *Taxes & Insurance Expenses* | | | | | |
| Real Estate Taxes | $308 | $308 | $308 | $308 | $1,230 |
| Property & Liability Ins | $125 | $125 | $125 | $125 | $500 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| *Total Taxes/Insurance Exp* | **$433** | **$433** | **$433** | **$433** | **$1,730** |
| | | | | | |
| *Total Cost Of Operations* | **$5,358** | **$5,903** | **$4,903** | **$6,178** | **$22,340** |
| | | | | | |
| *Net Operating Income* | **-$1,179** | **-$1,724** | **-$724** | **-$1,999** | **-$5,624** |
| | | | | | |
| *Bankr. Administrative Expenses* | | | | | |
| Trustee Commission | $1,345 | $899 | $799 | $926 | $3,968 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| *Total Bankr. Administrative Expenses* | **$4,429** | **$3,983** | **$3,883** | **$4,010** | **$16,304** |
| | | | | | |
| *Debt Service* | | | | | |
| *Total Debt Services* | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| *Cash Flow Profit (Loss)* | **-$5,608** | **-$5,706** | **-$4,606** | **-$6,009** | **-$21,929** |
| | | | | | |
| *Replacement Reserve Item Expense* | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | $0 |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| *Total Capital Improvements* | **$0** | **$0** | **$0** | **$0** | **$0** |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| **4935 Nannie Helen Burroughs Ave, NE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| **Income** | | | | | |
| | | | | | |
| *Rental Income* | | | | | |
| Rent Income | *$10,150* | *$10,150* | *$10,150* | *$10,150* | $40,600 |
| Housing Assist Payments | *$0* | *$0* | *$0* | *$0* | $0 |
| **Total Rent Income** | **$10,150** | **$10,150** | **$10,150** | **$10,150** | **$40,600** |
| | | | | | |
| *Vacancy* | | | | | |
| Vacancies -Rent Charges | *-$3,650* | *-$3,650* | *-$3,650* | *-$3,650* | -$14,600 |
| **Total Vacancy Loss** | **-$3,650** | **-$3,650** | **-$3,650** | **-$3,650** | **-$14,600** |
| | | | | | |
| *Other Income* | | | | | |
| Late Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Application Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Damages/Misc. | *$0* | *$0* | *$0* | *$0* | $0 |
| **Total Other Income** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | **$0** |
| | | | | | |
| ***Total Property Income*** | ***$6,500*** | ***$6,500*** | ***$6,500*** | ***$6,500*** | ***$26,000*** |
| **Expenses** | | | | | |
| | | | | | |
| *Administrative Expenses* | | | | | |
| Bank Fees | *$15* | *$15* | *$15* | *$15* | $60 |
| Advertising /Marketing | *$0* | *$0* | *$0* | *$0* | $0 |
| Office/Telephone Expense | *$15* | *$15* | *$15* | *$15* | $60 |
| Management Fee | *$1,000* | *$1,000* | *$1,000* | *$1,000* | $4,000 |
| Legal Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Leasing Commission | *$0* | *$1,000* | *$0* | *$0* | $1,000 |
| Audit Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Software/Technical Support | *$0* | *$0* | *$0* | *$250* | $250 |
| Bad Debts | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Administrative Expenses*** | ***$1,030*** | ***$2,030*** | ***$1,030*** | ***$1,280*** | ***$5,370*** |
| | | | | | |
| *Utilities Expense* | | | | | |
| Electricity | *$65* | *$65* | *$65* | *$65* | $260 |
| DC Water | *$1,300* | *$1,300* | *$1,300* | *$1,300* | $5,200 |
| Gas | *$175* | *$175* | *$175* | *$175* | $700 |
| ***Total Utilities Expense*** | ***$1,540*** | ***$1,540*** | ***$1,540*** | ***$1,540*** | ***$6,160*** |
| | | | | | |
| *Repair & Maintenance Expenses* | | | | | |
| Supplies | *$25* | *$25* | *$25* | *$25* | $100 |
| Maintenance Contracts | *$1,100* | *$1,100* | *$1,100* | *$1,100* | $4,400 |
| Janitor & Cleaning Contract | *$150* | *$150* | *$150* | *$150* | $600 |
| Pest Control Management | *$65* | *$65* | *$65* | *$65* | $260 |
| Landscape Maintenance | *$30* | *$0* | *$0* | *$0* | $30 |
| Garbage and Trash Removal | *$400* | *$400* | *$400* | *$400* | $1,600 |
| Security Contract | *$0* | *$0* | *$0* | *$0* | $0 |
| Electrical Repairs | *$0* | *$0* | *$0* | *$0* | $0 |
| HVAC Repairs and Maint | *$250* | *$0* | *$0* | *$250* | $500 |

**Noble Realty Advisors**
**4935 Nannie Helen Burroughs Ave, NE**
**Cash Collateral Budget**

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |
| Unit Turnover-Vacant | $600 | $0 | $0 | $0 | $600 |
| Painting & Decorating- Occupied | $25 | $25 | $25 | $25 | $100 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $100 | $0 | $0 | $100 | $200 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $400 |
| **Total Repair & Maintenance Expenses** | **$2,945** | **$1,965** | **$1,965** | **$2,315** | **$9,190** |
| | | | | | |
| *Taxes & Insurance Expenses* | | | | | |
| Real Estate Taxes | $797 | $797 | $797 | $797 | $3,187 |
| Property & Liability Ins | $125 | $125 | $125 | $125 | $500 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$922** | **$922** | **$922** | **$922** | **$3,687** |
| | | | | | |
| **Total Cost Of Operations** | **$6,437** | **$6,457** | **$5,457** | **$6,057** | **$24,407** |
| | | | | | |
| **Net Operating Income** | **$63** | **$43** | **$1,043** | **$443** | **$1,593** |
| | | | | | |
| *Bankr. Administrative Expenses* | | | | | |
| Trustee Commission | $1,452 | $954 | $854 | $914 | $4,174 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| **Total Bankr. Administrative Expenses** | **$4,536** | **$4,038** | **$3,938** | **$3,998** | **$16,510** |
| | | | | | |
| *Debt Service* | | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| **Cash Flow Profit (Loss)** | **-$4,473** | **-$3,995** | **-$2,895** | **-$3,555** | **-$14,917** |
| | | | | | |
| *Replacement Reserve Item Expense* | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | $0 |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| **Total Capital Improvements** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **3968 Martin Luther King Jr. Ave, SW** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Income** | | | | | |
| | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income | $10,358 | $10,358 | $10,358 | $10,358 | $41,432 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| ***Total Rent Income*** | **$10,358** | **$10,358** | **$10,358** | **$10,358** | **$41,432** |
| | | | | | |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | -$3,452 | -$3,452 | -$3,452 | -$3,452 | -$13,808 |
| ***Total Vacancy Loss*** | **-$3,452** | **-$3,452** | **-$3,452** | **-$3,452** | **-$13,808** |
| | | | | | |
| ***Other Income*** | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| ***Total Other Income*** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| **Total Property Income** | **$6,906** | **$6,906** | **$6,906** | **$6,906** | **$27,624** |
| **Expenses** | | | | | |
| | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $1,000 | $1,000 | $1,000 | $1,000 | $4,000 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| ***Total Administrative Expenses*** | **$1,030** | **$2,030** | **$1,030** | **$1,280** | **$5,370** |
| | | | | | |
| ***Utilities Expense*** | | | | | |
| Electricity | $60 | $60 | $60 | $60 | $240 |
| DC Water | $1,493 | $1,493 | $1,493 | $1,493 | $5,972 |
| Gas | $250 | $250 | $250 | $250 | $1,000 |
| ***Total Utilities Expense*** | **$1,803** | **$1,803** | **$1,803** | **$1,803** | **$7,212** |
| | | | | | |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | $25 | $25 | $25 | $25 | $100 |
| Maintenance Contracts | $1,000 | $1,000 | $1,000 | $1,000 | $4,000 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $150 | $600 |
| Pest Control Management | $25 | $25 | $25 | $25 | $100 |
| Landscape Maintenance | $30 | $0 | $0 | $0 | $30 |
| Garbage and Trash Removal | $250 | $250 | $250 | $250 | $1,000 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |

**Noble Realty Advisors**
**3968 Martin Luther King Jr. Ave, SW**
**Cash Collateral Budget**

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $50 | $0 | $0 | $50 | $100 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $0 | $0 | $0 | $0 | $0 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $400 |
| **Total Repair & Maintenance Expenses** | **$1,980** | **$1,650** | **$1,650** | **$1,950** | **$7,230** |
| | | | | | |
| **Taxes & Insurance Expenses** | | | | | |
| Real Estate Taxes | $435 | $435 | $435 | $435 | $1,741 |
| Property & Liability Ins | $125 | $125 | $125 | $125 | $500 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$560** | **$560** | **$560** | **$560** | **$2,241** |
| | | | | | |
| **Total Cost Of Operations** | **$5,373** | **$6,043** | **$5,043** | **$5,593** | **$22,053** |
| | | | | | |
| **Net Operating Income** | **$1,533** | **$863** | **$1,863** | **$1,313** | **$5,571** |
| | | | | | |
| **Bankr. Administrative Expenses** | | | | | |
| Trustee Commission | $1,311 | $878 | $778 | $833 | $3,800 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| **Total Bankr. Administrative Expenses** | **$4,395** | **$3,962** | **$3,862** | **$3,917** | **$16,136** |
| | | | | | |
| **Debt Service** | | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| **Cash Flow Profit (Loss)** | **-$2,862** | **-$3,099** | **-$1,999** | **-$2,604** | **-$10,565** |
| | | | | | |
| **Replacement Reserve Item Expense** | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | $0 |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| **Total Capital Improvements** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **4010 9th St, SE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Income** | | | | | |
| | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income | $20,502 | $20,502 | $20,502 | $20,502 | $82,008 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| ***Total Rent Income*** | **$20,502** | **$20,502** | **$20,502** | **$20,502** | **$82,008** |
| | | | | | |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | -$2,928 | -$2,928 | -$2,928 | -$2,928 | -$11,712 |
| ***Total Vacancy Loss*** | **-$2,928** | **-$2,928** | **-$2,928** | **-$2,928** | **-$11,712** |
| | | | | | |
| ***Other Income*** | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| ***Total Other Income*** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| ***Total Property Income*** | **$17,574** | **$17,574** | **$17,574** | **$17,574** | **$70,296** |
| **Expenses** | | | | | |
| | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| ***Total Administrative Expenses*** | **$2,363** | **$3,363** | **$2,363** | **$2,613** | **$3,703** |
| | | | | | |
| ***Utilities Expense*** | | | | | |
| Electricity | $80 | $80 | $80 | $80 | $320 |
| DC Water | $2,545 | $2,545 | $2,545 | $2,545 | $10,180 |
| Gas | $350 | $350 | $350 | $350 | $1,400 |
| ***Total Utilities Expense*** | **$2,975** | **$2,975** | **$2,975** | **$2,975** | **$11,900** |
| | | | | | |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | $75 | $75 | $75 | $75 | $300 |
| Maintenance Contracts | $1,900 | $1,900 | $1,900 | $1,900 | $7,600 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $150 | $600 |
| Pest Control Management | $75 | $75 | $75 | $75 | $300 |
| Landscape Maintenance | $60 | $0 | $0 | $0 | $60 |
| Garbage and Trash Removal | $275 | $275 | $275 | $275 | $1,100 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 4010 9th St, SE | | | | | |
| Cash Collateral Budget | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| Snow Removal | *$0* | *$0* | *$0* | *$0* | $0 |
| Plumbing Repairs | *$100* | *$100* | *$100* | *$100* | $400 |
| Unit Turnover-Vacant | *$0* | *$0* | *$0* | *$0* | $0 |
| Painting & Decorating- Occupied | *$0* | *$0* | *$0* | *$0* | $0 |
| Enviornmental Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$0* | *$0* | *$0* | *$0* | $0 |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | *$0* | $0 |
| Misc. Oper/Main Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Repair & Maintenance Expenses*** | ***$2,885*** | ***$2,575*** | ***$2,575*** | ***$2,825*** | **$10,860** |
| | | | | | |
| ***Taxes & Insurance Expenses*** | | | | | |
| Real Estate Taxes | *$783* | *$783* | *$783* | *$783* | $3,133 |
| Property & Liability Ins | *$209* | *$209* | *$209* | *$209* | $836 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Taxes/Insurance Exp*** | ***$992*** | ***$992*** | ***$992*** | ***$992*** | **$3,969** |
| | | | | | |
| ***Total Cost Of Operations*** | ***$9,215*** | ***$9,905*** | ***$8,905*** | ***$9,405*** | **$30,432** |
| | | | | | |
| ***Net Operating Income*** | ***$8,359*** | ***$7,669*** | ***$8,669*** | ***$8,169*** | **$39,864** |
| | | | | | |
| ***Bankr. Administrative Expenses*** | | | | | |
| Trustee Commission | $1,709 | $1,299 | $1,199 | $1,249 | $5,456 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| ***Total Bankr. Administrative Expenses*** | ***$4,793*** | ***$4,383*** | ***$4,283*** | ***$4,333*** | **$17,792** |
| | | | | | |
| *Debt Service* | | | | | |
| ***Total Debt Services*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | **$0** |
| | | | | | |
| ***Cash Flow Profit (Loss)*** | | ***$3,286*** | ***$4,386*** | ***$3,836*** | **$22,072** |
| | | | | | |
| ***Replacement Reserve Item Expense*** | | | | | |
| Appliance Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | *$0* | **$0** |
| | | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$0** | **$0** | **$0** |

CORE/3516991.0007/192333828.1

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 2440 S Street, SE | | | | | |
| Cash Collateral Budget | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| **Income** | | | | | |
| *Rental Income* | | | | | |
| Rent Income | $19,806 | $19,806 | $19,806 | $19,806 | $79,224 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| *Total Rent Income* | **$19,806** | **$19,806** | **$19,806** | **$19,806** | **$79,224** |
| *Vacancy* | | | | | |
| Vacancies -Rent Charges | -$4,244 | -$4,244 | -$4,244 | -$4,244 | -$16,976 |
| *Total Vacancy Loss* | **-$4,244** | **-$4,244** | **-$4,244** | **-$4,244** | **-$16,976** |
| *Other Income* | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| *Total Other Income* | **$0** | **$0** | **$0** | **$0** | **$0** |
| *Total Property Income* | **$15,562** | **$15,562** | **$15,562** | **$15,562** | **$62,248** |
| **Expenses** | | | | | |
| *Administrative Expenses* | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $2,333 | $2,333 | $2,333 | $2,333 | $9,332 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| *Total Administrative Expenses* | **$2,363** | **$3,363** | **$2,363** | **$2,613** | **$10,702** |
| *Utilities Expense* | | | | | |
| Electricity | $75 | $75 | $75 | $75 | $300 |
| DC Water | $2,333 | $2,333 | $2,333 | $2,333 | $9,332 |
| Gas | $300 | $300 | $300 | $300 | $1,200 |
| *Total Utilities Expense* | **$2,708** | **$2,708** | **$2,708** | **$2,708** | **$10,832** |
| *Repair & Maintenance Expenses* | | | | | |
| Supplies | $75 | $75 | $75 | $75 | $300 |
| Maintenance Contracts | $1,800 | $1,800 | $1,800 | $1,800 | $7,200 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $150 | $600 |
| Pest Control Management | $75 | $0 | $0 | $75 | $150 |
| Landscape Maintenance | $60 | $0 | $0 | $0 | $60 |
| Garbage and Trash Removal | $350 | $350 | $350 | $350 | $1,400 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |
| Unit Turnover-Vacant | $500 | $0 | $0 | $0 | $500 |
| Painting & Decorating- Occupied | $75 | $75 | $75 | $75 | $300 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $100 | $0 | $0 | $100 | $200 |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 2440 S Street, SE | | | | | |
| Cash Collateral Budget | | | | | |
| | | | | | |
| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $400 |
| **Total Repair & Maintenance Expenses** | **$3,635** | **$2,650** | **$2,650** | **$3,075** | **$12,010** |
| | | | | | |
| *Taxes & Insurance Expenses* | | | | | |
| Real Estate Taxes | $744 | $744 | $744 | $744 | $2,977 |
| Property & Liability Ins | $209 | $209 | $209 | $209 | $836 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$953** | **$953** | **$953** | **$953** | **$3,813** |
| | | | | | |
| **Total Cost Of Operations** | **$9,659** | **$9,674** | **$8,674** | **$9,349** | **$37,357** |
| | | | | | |
| **Net Operating Income** | **$5,903** | **$5,888** | **$6,888** | **$6,213** | **$24,891** |
| | | | | | |
| *Bankr. Administrative Expenses* | | | | | |
| Trustee Comission | $1,774 | $1,006 | $1,176 | $1,243 | $5,199 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| **Total Bankr. Administrative Expenses** | **$4,858** | **$4,090** | **$4,260** | **$4,327** | **$17,535** |
| | | | | | |
| *Debt Service* | | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| **Cash Flow Profit (Loss)** | **$1,045** | **$1,798** | **$2,628** | **$1,886** | **$7,356** |
| | | | | | |
| *Replacement Reserve Item Expense* | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | **$0** |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | **$0** |
| Capital Improvements | $0 | $0 | $0 | $0 | **$0** |
| | | | | | |
| **Total Capital Improvements** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Noble Realty Advisors |||||
|---|---|---|---|---|
| 4400 Hunt Place, NE |||||
| Cash Collateral Budget |||||
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| **Income** | | | | | |
| | | | | | |
| *Rental Income* | | | | | |
| Rent Income | *$21,960* | *$21,960* | *$21,960* | *$21,960* | *$87,840* |
| Housing Assist Payments | *$0* | *$0* | *$0* | *$0* | *$0* |
| ***Total Rent Income*** | ***$21,960*** | ***$21,960*** | ***$21,960*** | ***$21,960*** | ***$87,840*** |
| | | | | | |
| *Vacancy* | | | | | |
| Vacancies -Rent Charges | *-$1,464* | *-$1,464* | *-$1,464* | *-$1,464* | *-$5,856* |
| ***Total Vacancy Loss*** | ***-$1,464*** | ***-$1,464*** | ***-$1,464*** | ***-$1,464*** | ***-$5,856*** |
| | | | | | |
| *Other Income* | | | | | |
| Late Fees | *$0* | *$0* | *$0* | *$0* | *$0* |
| Application Fees | *$0* | *$0* | *$0* | *$0* | *$0* |
| Damages/Misc. | *$0* | *$0* | *$0* | *$0* | *$0* |
| ***Total Other Income*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** |
| | | | | | |
| ***Total Property Income*** | ***$20,496*** | ***$20,496*** | ***$20,496*** | ***$20,496*** | ***$81,984*** |
| **Expenses** | | | | | |
| | | | | | |
| *Administrative Expenses* | | | | | |
| Bank Fees | *$15* | *$15* | *$15* | *$15* | *$60* |
| Advertising /Marketing | *$0* | *$0* | *$0* | *$0* | *$0* |
| Office/Telephone Expense | *$15* | *$15* | *$15* | *$15* | *$60* |
| Management Fee | *$2,500* | *$2,500* | *$2,500* | *$2,500* | *$10,000* |
| Legal Expense | *$0* | *$0* | *$0* | *$0* | *$0* |
| Leasing Commission | *$0* | *$1,000* | *$0* | *$0* | *$1,000* |
| Audit Expense | *$0* | *$0* | *$0* | *$0* | *$0* |
| Software/Technical Support | *$0* | *$0* | *$0* | *$250* | *$250* |
| Bad Debts | *$0* | *$0* | *$0* | *$0* | *$0* |
| ***Total Administrative Expenses*** | ***$2,530*** | ***$3,530*** | ***$2,530*** | ***$2,780*** | ***$11,370*** |
| | | | | | |
| *Utilities Expense* | | | | | |
| Electricity | *$85* | *$85* | *$85* | *$85* | *$340* |
| DC Water | *$2,333* | *$2,333* | *$2,333* | *$2,333* | *$9,332* |
| Gas | *$200* | *$200* | *$200* | *$200* | *$800* |
| ***Total Utilities Expense*** | ***$2,618*** | ***$2,618*** | ***$2,618*** | ***$2,618*** | ***$10,472*** |
| | | | | | |
| *Repair & Maintenance Expenses* | | | | | |
| Supplies | *$50* | *$50* | *$50* | *$50* | *$200* |
| Maintenance Contracts | *$1,800* | *$1,800* | *$1,800* | *$1,800* | *$7,200* |
| Janitor & Cleaning Contract | *$200* | *$200* | *$200* | *$200* | *$800* |
| Pest Control Management | *$65* | *$65* | *$65* | *$65* | *$260* |
| Landscape Maintenance | *$60* | *$0* | *$0* | *$0* | *$60* |
| Garbage and Trash Removal | *$400* | *$400* | *$400* | *$400* | *$1,600* |
| Security Contract | *$0* | *$0* | *$0* | *$0* | *$0* |
| Electrical Repairs | *$0* | *$0* | *$0* | *$0* | *$0* |
| HVAC Repairs and Maint | *$250* | *$0* | *$0* | *$250* | *$500* |
| Snow Removal | *$0* | *$0* | *$0* | *$0* | *$0* |
| Plumbing Repairs | *$100* | *$100* | *$100* | *$100* | *$400* |
| Unit Turnover-Vacant | *$0* | *$600* | *$0* | *$0* | *$600* |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 4400 Hunt Place, NE | | | | | |
| Cash Collateral Budget | | | | | |
| | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| Painting & Decorating- Occupied | *$75* | *$75* | *$75* | *$75* | $300 |
| Enviornmental Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$100* | *$0* | *$0* | *$100* | $200 |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | *$0* | $0 |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | *$100* | $400 |
| *Total Repair & Maintenance Expense* | *$3,200* | *$3,390* | *$2,790* | *$3,140* | *$12,520* |
| | | | | | |
| *Taxes & Insurance Expenses* | | | | | |
| Real Estate Taxes | *$739* | *$739* | *$739* | *$739* | $2,956 |
| Property & Liability Ins | *$250* | *$250* | *$250* | *$250* | $1,000 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* | $0 |
| *Total Taxes/Insurance Exp* | *$989* | *$989* | *$989* | *$989* | *$3,956* |
| | | | | | |
| *Total Cost Of Operations* | *$9,337* | *$10,527* | *$8,927* | *$9,527* | *$38,318* |
| | | | | | |
| *Net Operating Income* | *$11,159* | *$9,969* | *$11,569* | *$10,969* | *$43,666* |
| | | | | | |
| *Bankr. Administrative Expenses* | | | | | |
| Trustee Commission | $1,742 | $1,361 | $1,201 | $1,261 | $5,565 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| *Total Bankr. Administrative Expens* | *$4,826* | *$4,445* | *$4,285* | *$4,345* | *$17,901* |
| | | | | | |
| *Debt Service* | | | | | |
| *Total Debt Services* | *$0* | *$0* | *$0* | *$0* | *$0* |
| | | | | | |
| *Cash Flow Profit (Loss)* | *$6,333* | *$5,524* | *$7,284* | *$6,624* | *$25,764* |
| | | | | | |
| *Replacement Reserve Item Expense* | | | | | |
| Appliance Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | *$0* | **$0** |
| | | | | | |
| *Total Capital Improvements* | **$0** | **$0** | **$0** | **$0** | **$0** |