William C. Johnson, Jr., Esq.
Fed. Bar No. 470314
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
William@JohnsonLG.Law
Counsel for Dispossessed Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| 1416 EASTERN AVE NE LLC | ) | Case No. 24-180-ELG |
| 945 LONGFELLOW ST NW LLC | ) | Case No. 24-181-ELG |
| 2501 NAYLOR RD SE LLC | ) | Case No. 24-182-ELG |
| 4303-13 WHEELER RD SE LLC | ) | Case No. 24-183-ELG |
| 4263 6TH ST SE APARTMENTS LLC | ) | Case No. 24-184-ELG |
| 4935 NHB AVE NE LLC | ) | Case No. 24-185-ELG |
| 3968 MLK LLC | ) | Case No. 24-186-ELG |
| 4010 9TH ST SE LLC | ) | Case No. 24-187-ELG |
| 2440 S ST SE LLC | ) | Case No. 24-188-ELG |
| 4400 HUNT PL NE LLC | ) | Case No. 24-189-ELG |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | **(NOT JOINTLY** |
| | ) | **ADMINISTERED)** |

## OMNIBUS SUPPLEMENT TO VERIFIED STATEMENT OF WILLIAM C. JOHNSON, JR. IN SUPPORT OF APPLICATION OF DEBTOR TO AUTHORIZE EMPLOYMENT OF COUNSEL

I, William C. Johnson, Jr., respectfully certify and declare that the following statements are true and correct to the best of my knowledge, information, and belief:

1. I, William C. Johnson, Jr., am an attorney duly admitted to the practice of law in the State of Maryland and in the District of Columbia.

2. The ten (10) debtors' former counsel provides this Omnibus Supplement to Verified Statement of William C. Johnson, Jr. In Support of Application of Debtor To Authorize Employment of Counsel.

3. To the best of my knowledge, except as disclosed herein, I have no connection with the debtors during the relevant period of June 27, 2024, through July 18, 2024, with any creditors or other parties in interest, or with their respective attorneys or accountants; and I have no connection with the Office of the United States Trustee or anyone employed therein, or with their respective counsel or accountants.

4. Maurice Verstandig, Esq., the ten (10) Debtors' prior counsel, wire transferred $23,907.50 to debtor's former counsel on behalf of the ten (10) debtors. This amount had previously been disclosed, however, needs to be clarified to prevent erroneous conclusions as to the status of these funds. The $23,907.50, or other amount determined by the Court, represent the total sum of the Attorney's Fees held in trust for the ten (10) debtors.

5. On or about July 18, 2024, the Court entered an Order appointing Marc Albert as the Chapter 11 Trustee.

6. Due to the appointment of the Chapter 11 Trustee Marc Albert in the DC matter, the ten (10) debtors' funds held in Trust were transferred to the Trustee's Account. Thus, no funds are being held by the debtors' former counsel.

7. Other than those disclosed herein, I do not have connections with the ten (10) debtors.

8. I am NOT employed by the debtors in possession. The debtor's former counsel will not file any further disclosures as he does not represent the debtors in this matter.

9. Prior to the execution of the retainer agreements, I did not have connections with the ten (10) debtors, or the latter filed related debtor Woodfield Rd., LLC.

10. On or about July 28, 2024, in a wholly unrelated non-bankruptcy matter, after the Court appointed Marc Albert as Chapter 11 Trustee, I represented Richard Balles in the District of Columbia Superior Court.

11. The representation of Richard Balles, who is known to Sam Razjooyan, commenced after the appointment of the Chapter 11 Trustee in the instant bankruptcy case.

12. On or about September 4, 2024, after the relevant period June 27, 2024, through July 18, 2024, I represented Sam Razjooyan, individually, as an interested party until the debtor Woodfield, LLC obtained counsel in the United States Bankruptcy Court for the District of Maryland.

13. To the best of my knowledge, except as disclosed herein, I have no connection during the relevant period of June 27, 2024, through July 18, 2024, with any creditors or other parties in interest, or with their respective attorneys or accountants; and I have no connection with the Office of the

3

United States Trustee or anyone employed therein, or with their respective counsel or accountants.

14. To the best of my knowledge, all engagements after the relevant period June 27, 2024, and July 18, 2024, comport to the rules of my general practice.

15. I do not hold or represent any interest that is adverse to the estate, and I believe and assert that I am disinterested person within the meaning of 11 U.S.C. 101(14).

16. I declare under the penalty of perjury that the contents of the foregoing verified statement are true and correct.

Executed this 21st day of October 2024.

October 21, 2024   */s/ William C. Johnson, Jr.*
William C. Johnson, Jr., Esq.
Fed Bar No. 470314
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
(202) 525-2958
Fax (301) 477-4813
William@JohnsonLG.Law

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day of October 21, 2024, a copy of the foregoing was sent via first class mail, postage pre-paid to the following:

Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

4

All creditors on Mailing Matrix

October 21, 2024                                              */s/ **William C. Johnson, Jr.***
                                                              William C. Johnson, Jr., Esq.