```
Label Matrix for local noticing          1416 EASTERN AVE NE LLC              (p)CHILD SUPPORT SERVICES DIVISION
0090-1                                   700 51st Street NE#102B              ATTN LEGAL SERVICES SECTION
Case 24-00180-ELG                        Washington, DC 20019-5549            400 SIXTH ST NW
United States Bankruptcy Court for the Distri                                 SUITE 8300
Washington, D.C.                                                              WASHINGTON DC 20001-0189
Thu Jun 27 20:59:02 EDT 2024

TD Bank, N.A.                            Washington, D.C.                     DC Office of Tax and Revenue
c/o Michael D. Nord                      E. Barrett Prettyman U. S. Courthouse 1101 4th St., SW #270
Gebhardt & Smith LLP                     333 Constitution Ave, NW #1225       Washington, DC 20024-4457
One South Street                         Washington, DC 20001-2802
Suite 2200
Baltimore, MD 21202-3343

District of Columbia Water and Sewer Aut Donnell Ray                          Fontavia Griffin
1385 Canal Street, SE                    1416 Eastern Avenue, NE Unit 102     1416 Eastern Avenue, NE Unit B2
Washington, DC 20003-5015                Washington, DC 20019-8136            Washington, DC 20019-8136

Internal Revenue Service                 Lena Carter                          Massey Property Investors LLC
PO Box 7346                              1416 Eastern Ave., NE Unit B1        12320 Quilt Patch Ln.
Philadelphia, PA 19101-7346              Washington, DC 20019-8136            Bowie, MD 20720-4359

Michael D. Nord, Esq.                    Michelle Christian                   Pepco
Gebhardt & Smith LLP                     1416 Eastern Avenue, NE Unit 201     P.O. Box 13608
One South Street Suite 2200              Washington, DC 20019-8136            Philadelphia, PA 19101-3608
Baltimore, MD 21202-3343

Pro Painting & Remodeling Inc.           TD Bank, N.A.                        Tyesha Goode
15105 Jennings Ln.                       5900 N. Andrews Ave. Suite 200       1416 Eastern Avenue, NE Unit 101
Bowie, MD 20721-7208                     Fort Lauderdale, FL 33309-2371       Washington, DC 20019-8136

U. S. Trustee for Region Four            US Realty LLC                        Washington Gas and Light Company
U. S. Trustee's Office                   2300 N ST NW STE 300-RLK             1000 Maine Ave SW 7th Floor
1725 Duke Street                         Washington, DC 20037-1122            Washington, DC 20024-3496
Suite 650
Alexandria, VA 22314-3489
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Office of the Attorney General for the Distr
400 6th Street, N.W.
Washington, DC 20001
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21