William C. Johnson, Jr., Esq.
Fed. Bar No. 470314
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
William@JohnsonLG.Law
Counsel for Dispossessed Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | |
| **1416 EASTERN AVE NE LLC** | ) | **Case No. 24-180-ELG** |
| **945 LONGFELLOW ST NW LLC** | ) | **Case No. 24-181-ELG** |
| **2501 NAYLOR RD SE LLC** | ) | **Case No. 24-182-ELG** |
| **4303-13 WHEELER RD SE LLC** | ) | **Case No. 24-183-ELG** |
| **4263 6TH ST SE APARTMENTS LLC** | ) | **Case No. 24-184-ELG** |
| **4935 NHB AVE NE LLC** | ) | **Case No. 24-185-ELG** |
| **3968 MLK LLC** | ) | **Case No. 24-186-ELG** |
| **4010 9TH ST SE LLC** | ) | **Case No. 24-187-ELG** |
| **2440 S ST SE LLC** | ) | **Case No. 24-188-ELG** |
| **4400 HUNT PL NE LLC** | ) | **Case No. 24-189-ELG** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |
| | ) | **(JOINTLY** |
| | ) | **ADMINISTERED)** |
| | ) | |

## **REQUEST TO WITHDRAW DOCUMENT**

The Clerk of the honorable Court is requested to withdraw document number 106.

October 21, 2024                             */s/ William C. Johnson, Jr.*
                                             William C. Johnson, Jr., Esq.
                                             Fed Bar No. 470314
                                             6305 Ivy Lane
                                             Suite 630
                                             Greenbelt, Maryland 20770
                                             (301) 477-3450
                                             (202) 525-2958
                                             Fax (301) 477-4813
                                             William@JohnsonLG.Law

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day of October 21, 2024, a copy of the foregoing was sent via first class mail, postage pre-paid to the following:

Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

All creditors on Mailing Matrix

October 21, 2024                             */s/ William C. Johnson, Jr.*
                                                         William C. Johnson, Jr., Esq.