```
Label Matrix for local noticing         945 LONGFELLOW ST NW, LLC              TD Bank, N.A.
0090-1                                  945 LONGFELLOW ST NW #103              c/o Michael D. Nord
Case 24-00181-ELG                       Washington, DC 20011-8218              Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                  One South Street
Washington, D.C.                                                               Suite 2200
Thu Jun 27 21:00:14 EDT 2024                                                   Baltimore, MD 21202-3343

Washington, D.C.                        Anthon Thomas                          Ayesha Upshur
E. Barrett Prettyman U. S. Courthouse   945 Longfellow St., NW Unit 10         945 Longfellow St., NW
333 Constitution Ave, NW #1225          Washington, DC 20011-8240              Washington, DC 20011-8218
Washington, DC 20001-2802


Brenda Thompson                         DC GOV'T OFFICE OF TAX AND REVENUE     DC GOV'T OFFICE OF TAX AND REVENUE
945 Longfellow St., NW Unit 12          PO BOX 37559                           PO BOX 75520
Washington, DC 20011-8240               WASHINGTON DC 20013-7559               WASHINGTON DC 20013-0520


DC Office of Tax and Revenue            Department of Buildings                Ericka Williams
1101 4th St., SW #270                   1100 4th Street, SW                    945 Longfellow St., NW Unit 11
Washington, DC 20024-4457               Washington, DC 20024-4451              Washington, DC 20011-8240


Fatima Glasco                           Internal Revenue Service               Kalkidan Kumilachew
945 Longfellow St., NW Unit 6           PO Box 7346                            945 Longfellow St., NW Unit 4
Washington, DC 20011-8240               Philadelphia, PA 19101-7346            Washington, DC 20011-8240


Kevin Gilchrist                         MARINA QUINTANILLA-DOE                 Maria Hernandez
945 Longfellow St., NW Unit 13          945 Longfellow St., NW Unit 5          945 Longfellow St., NW Unit 9
Washington, DC 20011-8240               Washington, DC 20011-8240              Washington, DC 20011-8240


Markita Jordan                          Michael D. Nord, Esq.                  Shantel Bolks
945 Longfellow St., NW Unit 7           Gebhardt & Smith LLP                   945 Longfellow St., NW Unit 1
Washington, DC 20011-8240               One South Street Suite 2200            Washington, DC 20011-8239
                                        Baltimore, MD 21202-3343


TD Bank, N.A.                           U. S. Trustee for Region Four          US Realty LLC
5900 N. Andrews Ave. Suite 200          U. S. Trustee's Office                 2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371          1725 Duke Street                       Washington, DC 20037-1122
                                        Suite 650
                                        Alexandria, VA 22314-3489


Washington Gas and Light Company        District of Columbia Office of Att General
1000 Maine Ave SW 7th Floor             400 6th Street, N.W.
Washington, DC 20024-3496               Washington, DC 20001-0189
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26