| Noble Realty Advisors ||||||
|---|---|---|---|---|---|
| 1416 Eastern Ave, NE ||||||
| Cash Collateral Budget ||||||
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| **Income** | | | | | |
| | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income* | *$7,700* | *$7,700* | *$7,700* | *$7,700* | $30,800 |
| Housing Assist Payments* | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Rent Income*** | ***$7,700*** | ***$7,700*** | ***$7,700*** | ***$7,700*** | **$30,800** |
| | | | | | |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | -$2,566 | -$2,566 | -$2,566 | -$2,566 | -$10,264 |
| ***Total Vacancy Loss*** | **-$2,566** | **-$2,566** | **-$2,566** | **-$2,566** | **-$10,264** |
| | | | | | |
| ***Other Income*** | | | | | |
| Late Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Application Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Damages/Misc. | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Other Income*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | **$0** |
| | | | | | |
| ***Total Property Income*** | *$5,134* | *$5,134* | *$5,134* | *$5,134* | **$20,536** |
| **Expenses** | | | | | |
| | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | *$15* | *$15* | *$15* | *$15* | $60 |
| Advertising /Marketing | *$0* | *$0* | *$0* | *$0* | $0 |
| Office/Telephone Expense | *$15* | *$15* | *$15* | *$15* | $60 |
| Management Fee | *$1,000* | *$1,000* | *$1,000* | *$1,000* | $4,000 |
| Legal Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Leasing Commission | *$0* | *$1,000* | *$0* | *$0* | $1,000 |
| Audit Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Software/Technical Support | *$0* | *$0* | *$0* | *$250* | $250 |
| Bad Debts | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Administrative Expenses*** | ***$1,030*** | ***$2,030*** | ***$1,030*** | ***$1,280*** | **$5,370** |
| | | | | | |
| ***Utilities Expense*** | | | | | |
| Electricity | *$65* | *$65* | *$65* | *$65* | $260 |
| DC Water | *$1,100* | *$1,100* | *$1,100* | *$1,100* | $4,400 |
| Gas | *$100* | *$100* | *$100* | *$100* | $400 |
| ***Total Utilities Expense*** | ***$1,265*** | ***$1,265*** | ***$1,265*** | ***$1,265*** | **$5,060** |
| | | | | | |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | *$25* | *$25* | *$25* | *$25* | $100 |
| Maintenance Contracts | *$500* | *$500* | *$500* | *$500* | $2,000 |
| Janitor & Cleaning Contract | *$150* | *$150* | *$150* | *$150* | $600 |
| Pest Control Management | *$40* | *$40* | *$40* | *$40* | $160 |
| Landscape Maintenance | *$30* | *$0* | *$0* | *$0* | $30 |
| Garbage and Trash Removal | *$200* | *$200* | *$200* | *$200* | $800 |
| Security Contract | *$0* | *$0* | *$0* | *$0* | $0 |
| Electrical Repairs | *$0* | *$0* | *$0* | *$0* | $0 |
| HVAC Repairs and Maint | *$250* | *$0* | *$0* | *$250* | $500 |
| Snow Removal | *$0* | *$0* | *$0* | *$0* | $0 |
| Plumbing Repairs | *$100* | *$100* | *$100* | *$100* | $400 |
| Unit Turnover-Vacant | *$0* | *$0* | *$500* | *$0* | $500 |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 1416 Eastern Ave, NE | | | | | |
| Cash Collateral Budget | | | | | |
| | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| Painting & Decorating- Occupied | *$0* | *$75* | *$0* | *$0* | $75 |
| Enviornmental Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$0* | *$100* | *$0* | *$0* | $100 |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | *$0* | $0 |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | *$100* | $400 |
| ***Total Repair & Maintenance Expenses*** | ***$1,395*** | ***$1,290*** | ***$1,615*** | ***$1,365*** | ***$5,665*** |
| | | | | | |
| ***Taxes & Insurance Expenses*** | | | | | |
| Real Estate Taxes | *$529* | *$529* | *$529* | *$529* | $2,115 |
| Property & Liability Ins | *$125* | *$125* | *$125* | *$125* | $500 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Taxes/Insurance Exp*** | ***$654*** | ***$654*** | ***$654*** | ***$654*** | ***$2,615*** |
| | | | | | |
| ***Total Cost Of Operations*** | ***$4,344*** | ***$5,239*** | ***$4,564*** | ***$4,564*** | ***$18,710*** |
| | | | | | |
| ***Net Operating Income*** | ***$790*** | ***-$105*** | ***$570*** | ***$570*** | ***$1,826*** |
| | | | | | |
| ***Bankr. Administrative Expenses*** | | | | | |
| Trustee Commission | $1,243 | $841 | $765 | $765 | $3,614 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| ***Total Bankr. Adminsrative Expenses*** | ***$4,327*** | ***$3,925*** | ***$3,849*** | ***$3,849*** | ***$15,950*** |
| | | | | | |
| ***Debt Service*** | | | | | |
| ***Total Debt Services*** | *$0* | *$0* | *$0* | *$0* | $0 |
| | | | | | |
| ***Cash Flow Profit (Loss)*** | ***-$3,537*** | ***-$4,030*** | ***-$3,279*** | ***-$3,279*** | ***-$14,124*** |
| | | | | | |
| ***Replacement Reserve Item Expense*** | | | | | |
| Appliance Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | *$0* | **$0** |
| | | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **945 Longfellow St., NW** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Income** | | | | | |
| | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income* | $30,999 | $30,999 | $30,999 | $30,999 | $123,996 |
| Housing Assist Payments* | $0 | $0 | $0 | $0 | $0 |
| **Total Rent Income** | **$30,999** | **$30,999** | **$30,999** | **$30,999** | **$123,996** |
| | | | | | |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | -$10,335 | -$10,335 | -$10,335 | -$10,335 | -$41,340 |
| **Total Vacancy Loss** | **-$10,335** | **-$10,335** | **-$10,335** | **-$10,335** | **-$41,340** |
| | | | | | |
| ***Other Income*** | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| **Total Other Income** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| **Total Property Income*** | **$20,664** | **$20,664** | **$20,664** | **$20,664** | **$82,656** |
| | | | | | |
| **Expenses** | | | | | |
| | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $0 | $1,000 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| **Total Administrative Expenses** | **$2,530** | **$2,530** | **$3,530** | **$2,780** | **$11,370** |
| | | | | | |
| ***Utilities Expense*** | | | | | |
| Electricity | $75 | $75 | $75 | $75 | $300 |
| DC Water | $2,400 | $2,400 | $2,400 | $2,400 | $9,600 |
| Gas | $300 | $300 | $300 | $300 | $1,200 |
| **Total Utilities Expense** | **$2,775** | **$2,775** | **$2,775** | **$2,775** | **$11,100** |
| | | | | | |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | $25 | $25 | $25 | $25 | $100 |
| Maintenance Contracts | $1,200 | $1,200 | $1,200 | $1,200 | $4,800 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $150 | $600 |
| Pest Control Management | $75 | $75 | $75 | $75 | $300 |
| Landscape Maintenance | $30 | $0 | $0 | $0 | $30 |
| Garbage and Trash Removal | $400 | $400 | $400 | $400 | $1,600 |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **945 Longfellow St., NW** | | | | | |
| **Cash Collateral Budget** | | | | | |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $50 | $0 | $0 | $50 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |
| Unit Turnover-Vacant | $0 | $500 | $0 | $0 | $500 |
| Painting & Decorating- Occupied | $20 | $20 | $20 | $20 | $80 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $150 | $0 | $0 | $150 | $300 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $400 |
| ***Total Repair & Maintenance Expenses*** | ***$2,500*** | ***$2,620*** | ***$2,070*** | ***$2,470*** | ***$9,660*** |
| | | | | | |
| ***Taxes & Insurance Expenses*** | | | | | |
| Real Estate Taxes | $1,540 | $1,540 | $1,540 | $1,540 | $6,159 |
| Property & Liability Ins | $209 | $209 | $209 | $209 | $836 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| ***Total Taxes/Insurance Exp*** | ***$1,749*** | ***$1,749*** | ***$1,749*** | ***$1,749*** | ***$6,995*** |
| | | | | | |
| ***Total Cost Of Operations*** | ***$9,554*** | ***$9,674*** | ***$10,124*** | ***$9,774*** | ***$39,125*** |
| | | | | | |
| ***Net Operating Income*** | ***$11,110*** | ***$10,990*** | ***$10,540*** | ***$10,890*** | ***$43,531*** |
| | | | | | |
| ***Bankr. Administrative Expenses*** | | | | | |
| Trustee Commission | $1,764 | $1,275 | $1,320 | $1,285 | $5,644 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| ***Total Bankr. Administrative Expenses*** | ***$4,848*** | ***$4,359*** | ***$4,404*** | ***$4,369*** | ***$17,980*** |
| | | | | | |
| ***Debt Service*** | | | | | |
| ***Total Debt Services*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** |
| | | | | | |
| ***Cash Flow Profit (Loss)*** | ***$6,262*** | ***$6,631*** | ***$6,136*** | ***$6,521*** | ***$25,551*** |
| | | | | | |
| ***Replacement Reserve Item Expense*** | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | **$0** |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | **$0** |
| Capital Improvements | $0 | $0 | $0 | $0 | **$0** |
| | | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Noble Realty Advisors |||||| 
|---|---|---|---|---|---|
| 2501 Naylor, SE |||||| 
| Cash Collateral Budget |||||| 
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| **Income** | | | | | |
| | | | | | |
| *Rental Income* | | | | | |
| Rent Income | *$17,628* | *$17,628* | *$17,628* | *$17,628* | $70,512 |
| Housing Assist Payments | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Rent Income*** | ***$17,628*** | ***$17,628*** | ***$17,628*** | ***$17,628*** | **$70,512** |
| | | | | | |
| *Vacancy* | | | | | |
| Vacancies -Rent Charges | *-$8,814* | *-$8,814* | *-$8,814* | *-$8,814* | -$35,256 |
| ***Total Vacancy Loss*** | ***-$8,814*** | ***-$8,814*** | ***-$8,814*** | ***-$8,814*** | **-$35,256** |
| | | | | | |
| *Other Income* | | | | | |
| Late Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Application Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Damages/Misc. | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Other Income*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | **$0** |
| | | | | | |
| ***Total Property Income*** | ***$8,814*** | ***$8,814*** | ***$8,814*** | ***$8,814*** | **$35,256** |
| **Expenses** | | | | | |
| | | | | | |
| *Administrative Expenses* | | | | | |
| Bank Fees | *$15* | *$15* | *$15* | *$15* | $60 |
| Advertising /Marketing | *$0* | *$0* | *$0* | *$0* | $0 |
| Office/Telephone Expense | *$15* | *$15* | *$15* | *$15* | $60 |
| Management Fee | *$1,333* | *$1,333* | *$1,333* | *$1,333* | $5,332 |
| Legal Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Leasing Commission | *$0* | *$1,000* | *$0* | *$0* | $1,000 |
| Audit Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Software/Technical Support | *$0* | *$0* | *$0* | *$250* | $250 |
| Bad Debts | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Administrative Expenses*** | ***$1,363*** | ***$2,363*** | ***$1,363*** | ***$1,613*** | **$6,702** |
| | | | | | |
| *Utilities Expense* | | | | | |
| Electricity | *$80* | *$80* | *$80* | *$80* | $320 |
| DC Water | *$1,350* | *$1,350* | *$1,350* | *$1,350* | $5,400 |
| Gas | *$300* | *$300* | *$300* | *$300* | $1,200 |
| ***Total Utilities Expense*** | ***$1,730*** | ***$1,730*** | ***$1,730*** | ***$1,730*** | **$6,920** |
| | | | | | |
| *Repair & Maintenance Expenses* | | | | | |
| Supplies | *$0* | *$0* | *$0* | *$0* | $0 |
| Maintenance Contracts | *$1,600* | *$1,600* | *$1,600* | *$1,600* | $6,400 |
| Janitor & Cleaning Contract | *$250* | *$250* | *$250* | *$250* | $1,000 |
| Pest Control Management | *$50* | *$50* | *$50* | *$50* | $200 |
| Landscape Maintenance | *$30* | *$0* | *$0* | *$0* | $30 |
| Garbage and Trash Removal | *$400* | *$400* | *$400* | *$400* | $1,600 |
| Security Contract | *$0* | *$0* | *$0* | *$0* | $0 |
| Electrical Repairs | *$0* | *$0* | *$0* | *$0* | $0 |
| HVAC Repairs and Maint | *$250* | *$0* | *$0* | *$250* | $500 |
| Snow Removal | *$0* | *$0* | *$0* | *$0* | $0 |
| Plumbing Repairs | *$100* | *$100* | *$100* | *$100* | $400 |
| Unit Turnover-Vacant | *$0* | *$0* | *$0* | *$0* | $0 |
| Painting & Decorating- Occupied | *$50* | *$50* | *$50* | *$50* | $200 |
| Enviornmental Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$100* | *$0* | *$0* | *$100* | $200 |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| 2501 Naylor, SE | | | | | |
| Cash Collateral Budget | | | | | |
| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | *$0* | $0 |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | *$100* | $400 |
| **Total Repair & Maintenance Expenses** | **$2,930** | **$2,550** | **$2,550** | **$2,900** | **$10,930** |
| | | | | | |
| **_Taxes & Insurance Expenses_** | | | | | |
| Real Estate Taxes | *$612* | *$612* | *$612* | *$612* | $2,449 |
| Property & Liability Ins | *$1,667* | *$1,667* | *$1,667* | *$1,667* | $6,668 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* | $0 |
| **Total Taxes/Insurance Exp** | **$2,279** | **$2,279** | **$2,279** | **$2,279** | **$9,117** |
| | | | | | |
| **Total Cost Of Operations** | **$8,302** | **$8,922** | **$7,922** | **$8,522** | **$33,669** |
| | | | | | |
| **Net Operating Income** | **$512** | **-$108** | **$892** | **$292** | **$1,587** |
| | | | | | |
| **_Bankr. Administrative Expenses_** | | | | | |
| Trustee Commission | $1,637 | $1,200 | $1,100 | $1,160 | $5,097 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| **Total Bankr. Administrative Expenses** | **$4,721** | **$4,284** | **$4,184** | **$4,244** | **$17,433** |
| | | | | | |
| _Debt Service_ | | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| **Cash Flow Profit (Loss)** | **-$4,209** | **-$4,392** | **-$3,292** | **-$3,952** | **-$15,846** |
| | | | | | |
| **_Replacement Reserve Item Expense_** | | | | | |
| Appliance Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | *$0* | **$0** |
| | | | | | |
| **Total Capital Improvements** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **4301-4313 Wheeler Road, SE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Income** | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income | $76,807 | $76,807 | $76,807 | $76,807 | $307,228 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| ***Total Rent Income*** | **$76,807** | **$76,807** | **$76,807** | **$76,807** | **$307,228** |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | -$34,484 | -$34,484 | -$34,484 | -$34,484 | -$137,936 |
| ***Total Vacancy Loss*** | **-$34,484** | **-$34,484** | **-$34,484** | **-$34,484** | **-$137,936** |
| ***Other Income*** | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| ***Total Other Income*** | **$0** | **$0** | **$0** | **$0** | **$0** |
| ***Total Property Income*** | **$42,323** | **$42,323** | **$42,323** | **$42,323** | **$169,292** |
| **Expenses** | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | $35 | $35 | $35 | $35 | $140 |
| Advertising /Marketing | $50 | $50 | $50 | $50 | $200 |
| Office/Telephone Expense | $125 | $125 | $125 | $125 | $500 |
| Management Fee | $9,800 | $9,800 | $9,800 | $9,800 | $39,200 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $1,000 | $1,000 | $1,000 | $1,000 | $4,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $650 | $650 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| ***Total Administrative Expenses*** | **$11,010** | **$11,010** | **$11,010** | **$11,660** | **$44,690** |
| ***Utilities Expense*** | | | | | |
| Electricity | $295 | $295 | $295 | $295 | $1,180 |
| DC Water | $3,400 | $3,400 | $3,400 | $3,400 | $13,600 |
| Gas | $950 | $950 | $950 | $950 | $3,800 |
| ***Total Utilities Expense*** | **$4,645** | **$4,645** | **$4,645** | **$4,645** | **$18,580** |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | $350 | $350 | $350 | $350 | $1,400 |
| Maintenance Contracts | $6,200 | $6,200 | $6,200 | $6,200 | $24,800 |
| Janitor & Cleaning Contract | $750 | $750 | $750 | $750 | $3,000 |
| Pest Control Management | $750 | $750 | $750 | $750 | $3,000 |
| Landscape Maintenance | $500 | $0 | $0 | $0 | $500 |
| Garbage and Trash Removal | $675 | $675 | $675 | $675 | $2,700 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Alarm/Security Systems & Repairs | $175 | $175 | $175 | $175 | $700 |
| Electrical Repairs | $425 | $425 | $425 | $425 | $1,700 |
| HVAC Repairs and Maint | $375 | $375 | $375 | $375 | $1,500 |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $650 | $650 | $650 | $650 | $2,600 |
| Unit Turnover-Vacant | $1,200 | $600 | $600 | $600 | $3,000 |
| Painting & Decorating- Occupied | $475 | $475 | $475 | $475 | $1,900 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $200 | $200 | $200 | $200 | $800 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |

| Noble Realty Advisors | | | | | |
|---|---|---|---|---|---|
| **4301-4313 Wheeler Road, SE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| Misc. Oper/Main Expense | *$400* | *$400* | *$400* | *$400* | $1,600 |
| ***Total Repair & Maintenance Expenses*** | ***$13,125*** | ***$12,025*** | ***$12,025*** | ***$12,025*** | ***$49,200*** |
| | | | | | |
| ***Taxes & Insurance Expenses*** | | | | | |
| Real Estate Taxes | *$4,666* | *$4,666* | *$4,666* | *$4,666* | $18,665 |
| Property & Liability Ins | *$646* | *$646* | *$646* | *$646* | $2,584 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Taxes/Insurance Exp*** | ***$5,312*** | ***$5,312*** | ***$5,312*** | ***$5,312*** | ***$21,249*** |
| | | | | | |
| ***Total Cost Of Operations*** | ***$34,092*** | ***$32,992*** | ***$32,992*** | ***$33,642*** | ***$133,719*** |
| | | | | | |
| ***Net Operating Income*** | ***$8,231*** | ***$9,331*** | ***$9,331*** | ***$8,681*** | ***$35,573*** |
| | | | | | |
| ***Bankr. Administrative Expenses*** | | | | | |
| Trustee Commission | $3,218 | $2,137 | $1,804 | $1,836 | $8,995 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $153 | $153 | $153 | $543 |
| ***Total Bankr. Administrative Expenses*** | ***$6,302*** | ***$5,290*** | ***$4,957*** | ***$4,989*** | ***$21,538*** |
| | | | | | |
| ***Debt Service*** | | | | | |
| ***Total Debt Services*** | *$0* | *$0* | *$0* | *$0* | *$0* |
| | | | | | |
| ***Cash Flow Profit (Loss)*** | ***$1,929*** | ***$4,041*** | ***$4,374*** | ***$3,691*** | ***$14,034*** |
| | | | | | |
| ***Replacement Reserve Item Expense*** | | | | | |
| Appliance Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | *$0* | **$0** |
| | | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **4263-67 6th Street, SE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Income** | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income | $8,358 | $8,358 | $8,358 | $8,358 | $33,432 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| ***Total Rent Income*** | ***$8,358*** | ***$8,358*** | ***$8,358*** | ***$8,358*** | ***$33,432*** |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | -$4,179 | -$4,179 | -$4,179 | -$4,179 | -$16,716 |
| ***Total Vacancy Loss*** | ***-$4,179*** | ***-$4,179*** | ***-$4,179*** | ***-$4,179*** | ***-$16,716*** |
| ***Other Income*** | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| ***Total Other Income*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** |
| ***Total Property Income*** | ***$4,179*** | ***$4,179*** | ***$4,179*** | ***$4,179*** | ***$16,716*** |
| **Expenses** | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $1,000 | $1,000 | $1,000 | $1,000 | $4,000 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| ***Total Administrative Expenses*** | ***$1,030*** | ***$2,030*** | ***$1,030*** | ***$1,280*** | ***$5,370*** |
| ***Utilities Expense*** | | | | | |
| Electricity | $65 | $65 | $65 | $65 | $260 |
| DC Water | $1,350 | $1,350 | $1,350 | $1,350 | $5,400 |
| Gas | $250 | $250 | $250 | $250 | $1,000 |
| ***Total Utilities Expense*** | ***$1,665*** | ***$1,665*** | ***$1,665*** | ***$1,665*** | ***$6,660*** |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | $25 | $25 | $25 | $25 | $100 |
| Maintenance Contracts | $1,100 | $1,100 | $1,100 | $1,100 | $4,400 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $150 | $600 |
| Pest Control Management | $75 | $0 | $0 | $75 | $150 |
| Landscape Maintenance | $30 | $0 | $0 | $0 | $30 |
| Garbage and Trash Removal | $275 | $275 | $275 | $275 | $1,100 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **4263-67 6th Street, SE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| Snow Removal | *$0* | *$0* | *$0* | *$0* | $0 |
| Plumbing Repairs | *$100* | *$100* | *$100* | *$100* | $400 |
| Unit Turnover-Vacant | *$0* | *$0* | *$0* | *$600* | $600 |
| Painting & Decorating- Occupied | *$25* | *$25* | *$25* | *$25* | $100 |
| Enviornmental Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$100* | *$0* | *$0* | *$100* | $200 |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | *$0* | $0 |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | *$100* | $400 |
| ***Total Repair & Maintenance Expenses*** | ***$2,230*** | ***$1,775*** | ***$1,775*** | ***$2,800*** | ***$8,580*** |
| | | | | | |
| ***Taxes & Insurance Expenses*** | | | | | |
| Real Estate Taxes | *$308* | *$308* | *$308* | *$308* | $1,230 |
| Property & Liability Ins | *$125* | *$125* | *$125* | *$125* | $500 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Taxes/Insurance Exp*** | ***$433*** | ***$433*** | ***$433*** | ***$433*** | ***$1,730*** |
| | | | | | |
| ***Total Cost Of Operations*** | ***$5,358*** | ***$5,903*** | ***$4,903*** | ***$6,178*** | ***$22,340*** |
| | | | | | |
| ***Net Operating Income*** | ***-$1,179*** | ***-$1,724*** | ***-$724*** | ***-$1,999*** | ***-$5,624*** |
| | | | | | |
| ***Bankr. Administrative Expenses*** | | | | | |
| Trustee Commission | $1,345 | $899 | $799 | $926 | $3,968 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| ***Total Bankr. Administrative Expenses*** | ***$4,429*** | ***$3,983*** | ***$3,883*** | ***$4,010*** | ***$16,304*** |
| | | | | | |
| *Debt Service* | | | | | |
| ***Total Debt Services*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** |
| | | | | | |
| ***Cash Flow Profit (Loss)*** | ***-$5,608*** | ***-$5,706*** | ***-$4,606*** | ***-$6,009*** | ***-$21,929*** |
| | | | | | |
| ***Replacement Reserve Item Expense*** | | | | | |
| Appliance Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | *$0* | **$0** |
| | | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$0** | **$0** | **$0** |

CORE/3516991.0007/192334061.1

| | Noble Realty Advisors | | | | |
|---|---|---|---|---|---|
| | **4935 Nannie Helen Burroughs Ave, NE** | | | | |
| | **Cash Collateral Budget** | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| **Income** | | | | | |
| | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income | *$10,150* | *$10,150* | *$10,150* | *$10,150* | $40,600 |
| Housing Assist Payments | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Rent Income*** | **$10,150** | **$10,150** | **$10,150** | **$10,150** | **$40,600** |
| | | | | | |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | *-$3,650* | *-$3,650* | *-$3,650* | *-$3,650* | -$14,600 |
| ***Total Vacancy Loss*** | **-$3,650** | **-$3,650** | **-$3,650** | **-$3,650** | **-$14,600** |
| | | | | | |
| ***Other Income*** | | | | | |
| Late Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Application Fees | *$0* | *$0* | *$0* | *$0* | $0 |
| Damages/Misc. | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Other Income*** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| ***Total Property Income*** | **$6,500** | **$6,500** | **$6,500** | **$6,500** | **$26,000** |
| **Expenses** | | | | | |
| | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | *$15* | *$15* | *$15* | *$15* | $60 |
| Advertising /Marketing | *$0* | *$0* | *$0* | *$0* | $0 |
| Office/Telephone Expense | *$15* | *$15* | *$15* | *$15* | $60 |
| Management Fee | *$1,000* | *$1,000* | *$1,000* | *$1,000* | $4,000 |
| Legal Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Leasing Commission | *$0* | *$1,000* | *$0* | *$0* | $1,000 |
| Audit Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Software/Technical Support | *$0* | *$0* | *$0* | *$250* | $250 |
| Bad Debts | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Administrative Expenses*** | **$1,030** | **$2,030** | **$1,030** | **$1,280** | **$5,370** |
| | | | | | |
| ***Utilities Expense*** | | | | | |
| Electricity | *$65* | *$65* | *$65* | *$65* | $260 |
| DC Water | *$1,300* | *$1,300* | *$1,300* | *$1,300* | $5,200 |
| Gas | *$175* | *$175* | *$175* | *$175* | $700 |
| ***Total Utilities Expense*** | **$1,540** | **$1,540** | **$1,540** | **$1,540** | **$6,160** |
| | | | | | |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | *$25* | *$25* | *$25* | *$25* | $100 |
| Maintenance Contracts | *$1,100* | *$1,100* | *$1,100* | *$1,100* | $4,400 |
| Janitor & Cleaning Contract | *$150* | *$150* | *$150* | *$150* | $600 |
| Pest Control Management | *$65* | *$65* | *$65* | *$65* | $260 |
| Landscape Maintenance | *$30* | *$0* | *$0* | *$0* | $30 |
| Garbage and Trash Removal | *$400* | *$400* | *$400* | *$400* | $1,600 |
| Security Contract | *$0* | *$0* | *$0* | *$0* | $0 |
| Electrical Repairs | *$0* | *$0* | *$0* | *$0* | $0 |
| HVAC Repairs and Maint | *$250* | *$0* | *$0* | *$250* | $500 |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **4935 Nannie Helen Burroughs Ave, NE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |
| Unit Turnover-Vacant | $600 | $0 | $0 | $0 | $600 |
| Painting & Decorating- Occupied | $25 | $25 | $25 | $25 | $100 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $100 | $0 | $0 | $100 | $200 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $400 |
| *Total Repair & Maintenance Expenses* | **$2,945** | **$1,965** | **$1,965** | **$2,315** | **$9,190** |
| | | | | | |
| *Taxes & Insurance Expenses* | | | | | |
| Real Estate Taxes | $797 | $797 | $797 | $797 | $3,187 |
| Property & Liability Ins | $125 | $125 | $125 | $125 | $500 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| *Total Taxes/Insurance Exp* | **$922** | **$922** | **$922** | **$922** | **$3,687** |
| | | | | | |
| *Total Cost Of Operations* | **$6,437** | **$6,457** | **$5,457** | **$6,057** | **$24,407** |
| | | | | | |
| *Net Operating Income* | **$63** | **$43** | **$1,043** | **$443** | **$1,593** |
| | | | | | |
| *Bankr. Administrative Expenses* | | | | | |
| Trustee Commission | $1,452 | $954 | $854 | $914 | $4,174 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| *Total Bankr. Administrative Expenses* | **$4,536** | **$4,038** | **$3,938** | **$3,998** | **$16,510** |
| | | | | | |
| *Debt Service* | | | | | |
| *Total Debt Services* | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| *Cash Flow Profit (Loss)* | **-$4,473** | **-$3,995** | **-$2,895** | **-$3,555** | **-$14,917** |
| | | | | | |
| *Replacement Reserve Item Expense* | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | $0 |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| *Total Capital Improvements* | **$0** | **$0** | **$0** | **$0** | **$0** |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **3968 Martin Luther King Jr. Ave, SW** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Income** | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income | $10,358 | $10,358 | $10,358 | $10,358 | $41,432 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| **Total Rent Income** | **$10,358** | **$10,358** | **$10,358** | **$10,358** | **$41,432** |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | -$3,452 | -$3,452 | -$3,452 | -$3,452 | -$13,808 |
| **Total Vacancy Loss** | **-$3,452** | **-$3,452** | **-$3,452** | **-$3,452** | **-$13,808** |
| ***Other Income*** | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| **Total Other Income** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Total Property Income** | **$6,906** | **$6,906** | **$6,906** | **$6,906** | **$27,624** |
| **Expenses** | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $1,000 | $1,000 | $1,000 | $1,000 | $4,000 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| **Total Administrative Expenses** | **$1,030** | **$2,030** | **$1,030** | **$1,280** | **$5,370** |
| ***Utilities Expense*** | | | | | |
| Electricity | $60 | $60 | $60 | $60 | $240 |
| DC Water | $1,493 | $1,493 | $1,493 | $1,493 | $5,972 |
| Gas | $250 | $250 | $250 | $250 | $1,000 |
| **Total Utilities Expense** | **$1,803** | **$1,803** | **$1,803** | **$1,803** | **$7,212** |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | $25 | $25 | $25 | $25 | $100 |
| Maintenance Contracts | $1,000 | $1,000 | $1,000 | $1,000 | $4,000 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $150 | $600 |
| Pest Control Management | $25 | $25 | $25 | $25 | $100 |
| Landscape Maintenance | $30 | $0 | $0 | $0 | $30 |
| Garbage and Trash Removal | $250 | $250 | $250 | $250 | $1,000 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |

| | | | | | |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **3968 Martin Luther King Jr. Ave, SW** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Account Name** | **Sep '24** | **Oct '24** | **Nov '24** | **Dec '24** | **Total** |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $50 | $0 | $0 | $50 | $100 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $0 | $0 | $0 | $0 | $0 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $400 |
| **Total Repair & Maintenance Expenses** | **$1,980** | **$1,650** | **$1,650** | **$1,950** | **$7,230** |
| | | | | | |
| **Taxes & Insurance Expenses** | | | | | |
| Real Estate Taxes | $435 | $435 | $435 | $435 | $1,741 |
| Property & Liability Ins | $125 | $125 | $125 | $125 | $500 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$560** | **$560** | **$560** | **$560** | **$2,241** |
| | | | | | |
| **Total Cost Of Operations** | **$5,373** | **$6,043** | **$5,043** | **$5,593** | **$22,053** |
| | | | | | |
| **Net Operating Income** | **$1,533** | **$863** | **$1,863** | **$1,313** | **$5,571** |
| | | | | | |
| **Bankr. Administrative Expenses** | | | | | |
| Trustee Commission | $1,311 | $878 | $778 | $833 | $3,800 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| **Total Bankr. Administrative Expenses** | **$4,395** | **$3,962** | **$3,862** | **$3,917** | **$16,136** |
| | | | | | |
| **Debt Service** | | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| **Cash Flow Profit (Loss)** | **-$2,862** | **-$3,099** | **-$1,999** | **-$2,604** | **-$10,565** |
| | | | | | |
| **Replacement Reserve Item Expense** | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | $0 |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| **Total Capital Improvements** | **$0** | **$0** | **$0** | **$0** | **$0** |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **4010 9th St, SE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Income** | | | | | |
| | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income | $20,502 | $20,502 | $20,502 | $20,502 | $82,008 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| ***Total Rent Income*** | **$20,502** | **$20,502** | **$20,502** | **$20,502** | **$82,008** |
| | | | | | |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | -$2,928 | -$2,928 | -$2,928 | -$2,928 | -$11,712 |
| ***Total Vacancy Loss*** | **-$2,928** | **-$2,928** | **-$2,928** | **-$2,928** | **-$11,712** |
| | | | | | |
| ***Other Income*** | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| ***Total Other Income*** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | |
| ***Total Property Income*** | **$17,574** | **$17,574** | **$17,574** | **$17,574** | **$70,296** |
| **Expenses** | | | | | |
| | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| ***Total Administrative Expenses*** | **$2,363** | **$3,363** | **$2,363** | **$2,613** | **$3,703** |
| | | | | | |
| ***Utilities Expense*** | | | | | |
| Electricity | $80 | $80 | $80 | $80 | $320 |
| DC Water | $2,545 | $2,545 | $2,545 | $2,545 | $10,180 |
| Gas | $350 | $350 | $350 | $350 | $1,400 |
| ***Total Utilities Expense*** | **$2,975** | **$2,975** | **$2,975** | **$2,975** | **$11,900** |
| | | | | | |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | $75 | $75 | $75 | $75 | $300 |
| Maintenance Contracts | $1,900 | $1,900 | $1,900 | $1,900 | $7,600 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $150 | $600 |
| Pest Control Management | $75 | $75 | $75 | $75 | $300 |
| Landscape Maintenance | $60 | $0 | $0 | $0 | $60 |
| Garbage and Trash Removal | $275 | $275 | $275 | $275 | $1,100 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| | Noble Realty Advisors | | | | |
| | 4010 9th St, SE | | | | |
| | Cash Collateral Budget | | | | |
| Snow Removal | *$0* | *$0* | *$0* | *$0* | $0 |
| Plumbing Repairs | *$100* | *$100* | *$100* | *$100* | $400 |
| Unit Turnover-Vacant | *$0* | *$0* | *$0* | *$0* | $0 |
| Painting & Decorating- Occupied | *$0* | *$0* | *$0* | *$0* | $0 |
| Enviornmental Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$0* | *$0* | *$0* | *$0* | $0 |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | *$0* | $0 |
| Misc. Oper/Main Expense | *$0* | *$0* | *$0* | *$0* | $0 |
| **Total Repair & Maintenance Expenses** | **$2,885** | **$2,575** | **$2,575** | **$2,825** | **$10,860** |
| | | | | | |
| ***Taxes & Insurance Expenses*** | | | | | |
| Real Estate Taxes | *$783* | *$783* | *$783* | *$783* | $3,133 |
| Property & Liability Ins | *$209* | *$209* | *$209* | *$209* | $836 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* | $0 |
| ***Total Taxes/Insurance Exp*** | ***$992*** | ***$992*** | ***$992*** | ***$992*** | ***$3,969*** |
| | | | | | |
| ***Total Cost Of Operations*** | ***$9,215*** | ***$9,905*** | ***$8,905*** | ***$9,405*** | ***$30,432*** |
| | | | | | |
| ***Net Operating Income*** | ***$8,359*** | ***$7,669*** | ***$8,669*** | ***$8,169*** | ***$39,864*** |
| | | | | | |
| ***Bankr. Administrative Expenses*** | | | | | |
| Trustee Commission | $1,709 | $1,299 | $1,199 | $1,249 | $5,456 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| ***Total Bankr. Administrative Expenses*** | ***$4,793*** | ***$4,383*** | ***$4,283*** | ***$4,333*** | ***$17,792*** |
| | | | | | |
| *Debt Service* | | | | | |
| ***Total Debt Services*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** |
| | | | | | |
| ***Cash Flow Profit (Loss)*** | | ***$3,286*** | ***$4,386*** | ***$3,836*** | ***$22,072*** |
| | | | | | |
| ***Replacement Reserve Item Expense*** | | | | | |
| Appliance Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | *$0* | **$0** |
| | | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$0** | **$0** | **$0** |

CORE/3516991.0007/192333828.1

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **2440 S Street, SE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Income** | | | | | |
| ***Rental Income*** | | | | | |
| Rent Income | $19,806 | $19,806 | $19,806 | $19,806 | $79,224 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| ***Total Rent Income*** | **$19,806** | **$19,806** | **$19,806** | **$19,806** | **$79,224** |
| ***Vacancy*** | | | | | |
| Vacancies -Rent Charges | -$4,244 | -$4,244 | -$4,244 | -$4,244 | -$16,976 |
| ***Total Vacancy Loss*** | **-$4,244** | **-$4,244** | **-$4,244** | **-$4,244** | **-$16,976** |
| ***Other Income*** | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| ***Total Other Income*** | **$0** | **$0** | **$0** | **$0** | **$0** |
| ***Total Property Income*** | **$15,562** | **$15,562** | **$15,562** | **$15,562** | **$62,248** |
| **Expenses** | | | | | |
| ***Administrative Expenses*** | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $2,333 | $2,333 | $2,333 | $2,333 | $9,332 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| ***Total Administrative Expenses*** | **$2,363** | **$3,363** | **$2,363** | **$2,613** | **$10,702** |
| ***Utilities Expense*** | | | | | |
| Electricity | $75 | $75 | $75 | $75 | $300 |
| DC Water | $2,333 | $2,333 | $2,333 | $2,333 | $9,332 |
| Gas | $300 | $300 | $300 | $300 | $1,200 |
| ***Total Utilities Expense*** | **$2,708** | **$2,708** | **$2,708** | **$2,708** | **$10,832** |
| ***Repair & Maintenance Expenses*** | | | | | |
| Supplies | $75 | $75 | $75 | $75 | $300 |
| Maintenance Contracts | $1,800 | $1,800 | $1,800 | $1,800 | $7,200 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $150 | $600 |
| Pest Control Management | $75 | $0 | $0 | $75 | $150 |
| Landscape Maintenance | $60 | $0 | $0 | $0 | $60 |
| Garbage and Trash Removal | $350 | $350 | $350 | $350 | $1,400 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |
| Unit Turnover-Vacant | $500 | $0 | $0 | $0 | $500 |
| Painting & Decorating- Occupied | $75 | $75 | $75 | $75 | $300 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $100 | $0 | $0 | $100 | $200 |

| | Noble Realty Advisors | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2440 S Street, SE | | | | |
| | Cash Collateral Budget | | | | |
| | | | | | |
| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | *$0* | $0 |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | *$100* | $400 |
| *Total Repair & Maintenance Expenses* | *$3,635* | *$2,650* | *$2,650* | *$3,075* | *$12,010* |
| | | | | | |
| *Taxes & Insurance Expenses* | | | | | |
| Real Estate Taxes | *$744* | *$744* | *$744* | *$744* | $2,977 |
| Property & Liability Ins | *$209* | *$209* | *$209* | *$209* | $836 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* | $0 |
| *Total Taxes/Insurance Exp* | *$953* | *$953* | *$953* | *$953* | *$3,813* |
| | | | | | |
| *Total Cost Of Operations* | *$9,659* | *$9,674* | *$8,674* | *$9,349* | *$37,357* |
| | | | | | |
| *Net Operating Income* | *$5,903* | *$5,888* | *$6,888* | *$6,213* | *$24,891* |
| | | | | | |
| *Bankr. Administrative Expenses* | | | | | |
| Trustee Comission | $1,774 | $1,006 | $1,176 | $1,243 | $5,199 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| *Total Bankr. Administrative Expenses* | *$4,858* | *$4,090* | *$4,260* | *$4,327* | *$17,535* |
| | | | | | |
| *Debt Service* | | | | | |
| *Total Debt Services* | *$0* | *$0* | *$0* | *$0* | *$0* |
| | | | | | |
| *Cash Flow Profit (Loss)* | **$1,045** | **$1,798** | **$2,628** | **$1,886** | **$7,356** |
| | | | | | |
| *Replacement Reserve Item Expense* | | | | | |
| Appliance Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | *$0* | **$0** |
| | | | | | |
| *Total Capital Improvements* | **$0** | **$0** | **$0** | **$0** | **$0** |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **4400 Hunt Place, NE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| **Income** | | | | | |
| *Rental Income* | | | | | |
| Rent Income | $21,960 | $21,960 | $21,960 | $21,960 | $87,840 |
| Housing Assist Payments | $0 | $0 | $0 | $0 | $0 |
| **Total Rent Income** | **$21,960** | **$21,960** | **$21,960** | **$21,960** | **$87,840** |
| *Vacancy* | | | | | |
| Vacancies -Rent Charges | -$1,464 | -$1,464 | -$1,464 | -$1,464 | -$5,856 |
| **Total Vacancy Loss** | **-$1,464** | **-$1,464** | **-$1,464** | **-$1,464** | **-$5,856** |
| *Other Income* | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 |
| **Total Other Income** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Total Property Income** | **$20,496** | **$20,496** | **$20,496** | **$20,496** | **$81,984** |
| **Expenses** | | | | | |
| *Administrative Expenses* | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $60 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $60 |
| Management Fee | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Legal Expense | $0 | $0 | $0 | $0 | $0 |
| Leasing Commission | $0 | $1,000 | $0 | $0 | $1,000 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $250 | $250 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 |
| **Total Administrative Expenses** | **$2,530** | **$3,530** | **$2,530** | **$2,780** | **$11,370** |
| *Utilities Expense* | | | | | |
| Electricity | $85 | $85 | $85 | $85 | $340 |
| DC Water | $2,333 | $2,333 | $2,333 | $2,333 | $9,332 |
| Gas | $200 | $200 | $200 | $200 | $800 |
| **Total Utilities Expense** | **$2,618** | **$2,618** | **$2,618** | **$2,618** | **$10,472** |
| *Repair & Maintenance Expenses* | | | | | |
| Supplies | $50 | $50 | $50 | $50 | $200 |
| Maintenance Contracts | $1,800 | $1,800 | $1,800 | $1,800 | $7,200 |
| Janitor & Cleaning Contract | $200 | $200 | $200 | $200 | $800 |
| Pest Control Management | $65 | $65 | $65 | $65 | $260 |
| Landscape Maintenance | $60 | $0 | $0 | $0 | $60 |
| Garbage and Trash Removal | $400 | $400 | $400 | $400 | $1,600 |
| Security Contract | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $500 |
| Snow Removal | $0 | $0 | $0 | $0 | $0 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $400 |
| Unit Turnover-Vacant | $0 | $600 | $0 | $0 | $600 |

| Account Name | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Total |
|---|---|---|---|---|---|
| **Noble Realty Advisors** | | | | | |
| **4400 Hunt Place, NE** | | | | | |
| **Cash Collateral Budget** | | | | | |
| Painting & Decorating- Occupied | $75 | $75 | $75 | $75 | $300 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $100 | $0 | $0 | $100 | $200 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $400 |
| *Total Repair & Maintenance Expense* | *$3,200* | *$3,390* | *$2,790* | *$3,140* | *$12,520* |
| | | | | | |
| *Taxes & Insurance Expenses* | | | | | |
| Real Estate Taxes | $739 | $739 | $739 | $739 | $2,956 |
| Property & Liability Ins | $250 | $250 | $250 | $250 | $1,000 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 |
| *Total Taxes/Insurance Exp* | *$989* | *$989* | *$989* | *$989* | *$3,956* |
| | | | | | |
| *Total Cost Of Operations* | *$9,337* | *$10,527* | *$8,927* | *$9,527* | *$38,318* |
| | | | | | |
| *Net Operating Income* | *$11,159* | *$9,969* | *$11,569* | *$10,969* | *$43,666* |
| | | | | | |
| *Bankr. Administrative Expenses* | | | | | |
| Trustee Commission | $1,742 | $1,361 | $1,201 | $1,261 | $5,565 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $2,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $336 |
| *Total Bankr. Administrative Expens* | *$4,826* | *$4,445* | *$4,285* | *$4,345* | *$17,901* |
| | | | | | |
| *Debt Service* | | | | | |
| *Total Debt Services* | *$0* | *$0* | *$0* | *$0* | *$0* |
| | | | | | |
| *Cash Flow Profit (Loss)* | *$6,333* | *$5,524* | *$7,284* | *$6,624* | *$25,764* |
| | | | | | |
| *Replacement Reserve Item Expense* | | | | | |
| Appliance Replacement | $0 | $0 | $0 | $0 | $0 |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| *Total Capital Improvements* | *$0* | *$0* | *$0* | *$0* | *$0* |