The order below is hereby signed.

Signed: November 18 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors. | ) |

### ORDER GRANTING APPLICATION TO AUTHORIZE RETENTION OF ACCOUNTANT ARTHUR LANDER AND ARTHUR LANDER, C.P.A., P.C. FOR THE ESTATES

This matter came before the Court on the Application to Retain Arthur Lander and accounting firm Arthur Lander, C.P.A., P.C. (collectively, the "Accountants") as accountants for Marc E. Albert ("Trustee"), trustee of the Chapter 11 bankruptcy estates of 1416 Eastern NE LLC, *et al.* pursuant to 11 U.S.C. § 327. The Application discloses that Accountants represent a

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/192002834.1

former client of Stinson LLP unrelated to this case; Accountants periodically do work as employed accountants for the Trustee, in his role as chapter 7 and chapter 11 trustee in other cases before this court and others; and Accountants prepare Marc Albert's 1040 tax returns at standard arm's length rates, based on the required forms, with fees listed on their website. The Court being satisfied that the Accountants represent no interest adverse to the Trustee, or the bankruptcy estates, that the Accountants are disinterested persons, and that such employment is necessary and is in the best interests of the estates, it is hereby:

**ORDERED**, that the Application be, and the same hereby is **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED,** pursuant to 11 U.S.C. § 327(a), that Marc E. Albert, the duly appointed and qualified Trustee of the Chapter 11 bankruptcy estates of 1416 Eastern NE LLC, *et al.*, be, and he hereby is, authorized to employ Arthur Lander and the accounting firm Arthur Lander, C.P.A., P.C. as accountants for the purposes identified in the Trustee's Application; and it is

**FURTHER ORDERED**, that the compensation of the Accountants shall be subject to further order of this Court, after notice and an opportunity for a hearing.

**END OF ORDER**

**WE ASK FOR THIS:**

/s/ Ruiqiao Wen
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

**SEEN:**

/s/ Kristen Eustis, Esq.
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
703-557-7227
Email: Kristen.S.Eustis@usdoj.gov
*Counsel for the Office of the United States
Trustee*

Copies of this Order to:

Recipients of ECF Notice

and

Arthur Lander, C.P.A., PC
300 N. Washington Street, Suite 104
Alexandria, VA 22314

United States Bankruptcy Court
District of Columbia

In re:  Case No. 24-00180-ELG
1416 EASTERN AVE NE LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Nov 18, 2024      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

**Recip ID**      **Recipient Name and Address**
dbpos      + 1416 EASTERN AVE NE LLC, 700 51st Street NE#102B, Washington, DC 20019-5549

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:

**Name**      **Email Address**

Elizabeth Drayden Peters
     on behalf of Creditor TD Bank N.A. epeters@gebsmith.com

Emil Hirsch
     on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com
     ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com

Joshua W. Cox
     on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com porsche.barnes@stinson.com

Kristen S. Eustis
     on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Laura C. Beckerman
     on behalf of Creditor Office of the Attorney General for the District of Columbia laura.beckerman@dc.gov mina.kasama@dc.gov

Marc E. Albert

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2024 | Form ID: pdf001 | Total Noticed: 1 |

on behalf of Trustee Marc E. Albert marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Marc E. Albert

marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Maurice Belmont VerStandig

on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael D. Nord

on behalf of Creditor TD Bank  N.A. mnord@gebsmith.com

Nancy L. Alper

on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Ruiqiao Wen

on behalf of Trustee Marc E. Albert ruiqiao.wen@stinson.com

Stephon Woods

on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov

Tracey Michelle Ohm

on behalf of Trustee Marc E. Albert tracey.ohm@stinson.com  porsche.barnes@stinson.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

William C. Johnson, Jr.

on behalf of Debtor In Possession 1416 EASTERN AVE NE LLC William@JohnsonLG.Law wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

TOTAL: 15