US Trustee Form 11 - Monthly Operating Report
1416 Eastern Ave NE LLC
Case No. 24-00180
Lead Case No. 24-00180

Period ending 10/31/2024

Explanations:

Part 1. The Trustee obtained liability insurance for the property and made the monthly insurance premium of $143.95 for October 2024.  The Trustee also paid United States Trustee fees totaling $500 in October 2024.  Those payments were made from retainer funds for the jointly-administered cases.  Those disbursements are reflected in Part 1.c. and Part 1.f.  The Trustee is holding the retainer funds in a trustee account at Axos bank.  A Form 2 report showing the receipt of the retainer and the payments of the monthly insurance premium and the United States Trustee fees is attached to the report filed in this main case.

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e.  Expenses include the United States Trustee fees and the monthly insurance premium disclosed in Part 1 totaling $643.95.  We did not include those expenses made from the Trustee-held Axos Bank account in previous monthly operating reports.

Additionally, the Trustee has reached out to Citizens Bank in regards to the DIP Account established for the Debtor. According to Citizens Bank, the account is in good standing with a balance of $7.00. A statement of account has not yet been received and therefore is not reflected in the August -October 2024 Monthly Operating Reports.

Information on the above items will be reflected in a future reporting periods as information is obtained.

# 1416 Eastern Ave NE LLC

## MONTHLY OPERATIONAL SUMMARY REPORT

## OCTOBER 2024

**Prepared for:**

Mark Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

**Prepared by:**
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







# Mark Albert Chapter 11 Trustee
## 1416 Eastern Ave NE LLC
### October 2024 Monthly Operational Summary

Below is a summary of the property management activity during the month of October 2024.

**Income:** During the month $3,104.00 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $5,912.00.**
See attached aged Delinquency Report for the month of October 2024.

**Vacancies – 1 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $3.00 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of October 31, 2024, the outstanding payables totaled $1,500.00. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $00.00 (see attached check summary).

**Banking:**

1. Operating Account (TD Bank) – As of October 31, 2024, the account statement balance was $26,379.13. The available and reconciled cash balance as of October 31, 2024, was $26,379.13.

**1416 Eastern Ave NE LLC**
**Deposit Register**
**Deposit Date = 10/01/2024 - 10/31/2024**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(easter) - 1  10/01/2024** | | | | | | | |
| Goode,Tyesha | 1416 | 101 | t0008193 | 10-2024 | 10/1/2024 | 1,552.00 | 100124516 |
| Griffin,Fontavia | 1416 | B02 | t0008197 | 10-2024 | 10/1/2024 | 1,552.00 | 100124516 |
| **Total (easter) - 1  10/01/2024** | | | | | | **3,104.00** | |
| **Grand Total** | | | | | | **3,104.00** | |

**1416 Eastern Ave NE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending October 31, 2024**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---:|---:|
| | **Rental Income** | | |
| 5121 | Housing Assist Payments | 3,104.00 | 6,208.00 |
| | **Total Rental Income** | 3,104.00 | 6,208.00 |
| | **Miscellaneous Income** | | |
| | Total Miscellaneous Income | - | - |
| | **TOTAL INCOME** | $ 3,104.00 | $ 6,208.00 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| 6102 | Bank Fees | 3.00 | 6.00 |
| | **Total Administrative Expenses** | 3.00 | 6.00 |
| | **Utilities** | | |
| | Total Utilities | - | - |
| | **Operating & Maintenance Expense** | | |
| | Total Operating & Maintenance Expense | - | - |
| | **Insurance & Taxes** | | |
| | Total Insurance & Taxes | - | - |
| | **TOTAL OPERATING EXPENSE** | $ 3.00 | $ 6.00 |
| | **NET OPERATING INCOME/(LOSS)** | $ 3,101.00 | $ 6,202.00 |
| | **Financial Expenses** | | |
| | Total Financial Expenses | - | - |
| | **NET INCOME (LOSS)** | $ 3,101.00 | $ 6,202.00 |
| | **Replacement Reserve Item Expense** | | |
| | Total Replacement Reserve Item Expense | - | - |
| | **Other Cash Flow Items** | | |
| | Total Other Cash Flow Items | - | - |
| | **TOTAL CASH FLOW** | $ 3,101.00 | $ 6,202.00 |

**1416 Eastern Ave NE LLC**
**General Ledger (Cash)**
Month = Oct 2024

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **6102** | | | **Bank Fees** | | | | | 3.00 | **= Beginning Balance =** |
| 1416 | 10/31/2024 | 10-2024 | TD Bank (1626) | J-71714 | | 3.00 | 0.00 | 6.00 | 10/24 Bank Service Charge |
| | | | **Net Change=3.00** | | | | | 6.00 | **= Ending Balance =** |
| | | | **Grand Total** | | | 3.00 | 0.00 | | |

Page 4

## 1416 Eastern Ave NE LLC
### Trial Balance (Cash)
Month = Oct 2024

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---:|---:|---:|---:|
| 1010 | Operating Cash | 23,278.13 | 3,101.00 | 0.00 | 26,379.13 |
| 2090 | Other Current Liabilities | (20,177.13) | 0.00 | 0.00 | (20,177.13) |
| 3800 | Retained Earnings | 0.00 | 0.00 | 0.00 | 0.00 |
| 5121 | Housing Assist Payments | (3,104.00) | 0.00 | 3,104.00 | (6,208.00) |
| 6102 | Bank Fees | 3.00 | 3.00 | 0.00 | 6.00 |
| | **Account Total** | **0.00** | **3,104.00** | **3,104.00** | **0.00** |

**1416 Eastern Ave NE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Oct 2024**

| Account | Oct 2024 |
|---|---:|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 26,379.13 |
| **TOTAL CASH** | $ 26,379.13 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| Total Fixed Assets | $ - |
| **TOTAL ASSETS** | **$ 26,379.13** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 20,177.13 |
| **TOTAL CURRENT LIABILITIES** | $ 20,177.13 |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 6,202.00 |
| **TOTAL OWNER'S EQUITY** | $ 6,202.00 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$ 26,379.13** |

## 1416 Eastern Ave NE LLC (1416)
### Residential Rent Roll
### As of Date 10/31/2024

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 101 | 2 | 0 | t0008193 | Tyesha Goode | 1,552.00 | 1,552.00 | 0.00 | 0.00 | 10/16/2023 | 9/30/2024 | | 0.00 |
| 102 | 2 | 0 | t0008194 | Donnell Ray | 1,250.00 | 1,250.00 | 0.00 | 0.00 | 10/3/2020 | 8/31/2021 | | 2,500.00 |
| 201 | 2 | 0 | t0008195 | Michelle Christian | 950.00 | 950.00 | 0.00 | 0.00 | 9/1/2024 | 8/31/2025 | | 1,900.00 |
| 202 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| B01 | 2 | 0 | t0008196 | Lena Carter | 756.00 | 756.00 | 0.00 | 0.00 | 9/1/2024 | 8/31/2025 | | 1,512.00 |
| B02 | 2 | 0 | t0008197 | Fontavia Griffin | 1,552.00 | 1,552.00 | 0.00 | 0.00 | 4/28/2022 | 5/1/2023 | | 0.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|---|---|---|---|---|---|---|---|
| Current/Notice Res. | | | 6,060.00 | 0.00 | 0.00 | | | 5,912.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 6,060.00 | | | | 5 | 83.33% | |
| Vacant Units | 0 | 0.00 | | | | 1 | 16.67% | |
| Totals: | 0 | 6,060.00 | 6,060.00 | 0.00 | 0 | 6 | 100.00% | 5,912.00 |

# Aging Summary

1416 Eastern Ave NE LLC (1416)
Trans through: 10/24
Age As of: 10/31/2024

Page 7

| Unit | Resident Code/Status | Name | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Less Prepayments | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **1416 - 1416 Eastern Ave NE LLC** | | | | | | | | | |
| 102 | t0008194 Current | Donnell Ray | 2,500.00 | 1,250.00 | 1,250.00 | 0.00 | 0.00 | 0.00 | 2,500.00 |
| 201 | t0008195 Current | Michelle Christian | 1,900.00 | 950.00 | 950.00 | 0.00 | 0.00 | 0.00 | 1,900.00 |
| B01 | t0008196 Current | Lena Carter | 1,512.00 | 756.00 | 756.00 | 0.00 | 0.00 | 0.00 | 1,512.00 |
| **Total 1416 - 1416 Eastern Ave NE LLC** | | | **5,912.00** | **2,956.00** | **2,956.00** | **0.00** | **0.00** | **0.00** | **5,912.00** |
| **Grand Total** | | | **5,912.00** | **2,956.00** | **2,956.00** | **0.00** | **0.00** | **0.00** | **5,912.00** |

## 1416 Eastern Ave NE LLC
### Payable - Aging Summary
### Age as of =10/31/2024

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---:|---:|---:|---:|---:|
| **1416 Eastern Ave NE LLC** | | | | | |
| noble - Noble Realty Advisors LLC | 1,500.00 | 1,000.00 | 500.00 | 0.00 | 0.00 |
| **Total**<br>**1416 Eastern Ave NE LLC** | **1,500.00** | **1,000.00** | **500.00** | **0.00** | **0.00** |
| **Grand Total** | **1,500.00** | **1,000.00** | **500.00** | **0.00** | **0.00** |

# 1416 Eastern Ave NE LLC
## Payment Summary
**Payment Date = 10/01/2024 - 10/31/2024**

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|---|---|---|---|---|---|---|
| **Grand Total** | | | | | **0.00** | |

# TD Bank - Cash Receipts

## Bank Reconciliation Report
### 10/31/2024

███████1626

| | |
|---|---:|
| **Balance Per Bank Statement as of 10/31/2024** | 26,379.13 |
| **Reconciled Bank Balance** | **26,379.13** |
| | |
| **Balance per GL as of 10/31/2024** | 26,379.13 |
| **Reconciled Balance Per G/L** | **26,379.13** |
| | |
| **Difference** (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**STATEMENT OF ACCOUNT**

1416 EASTERN AVE NE LLC
MARC ALBERT CHAPTER 11 TRUSTEE
1775 PENNSYLVANIA AVENUE N.W. SUITE 800
WASHINGTON DC  20006

Page: 1 of 2
Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: 1626-717-T-###
Primary Account #: 1626

## TD Business Convenience Plus

1416 EASTERN AVE NE LLC
MARC ALBERT CHAPTER 11 TRUSTEE

Account # 1626

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 23,278.13 | Average Collected Balance | 26,081.74 |
| Electronic Deposits | 3,104.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Service Charges | 3.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 26,379.13 | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/04 | CCD DEPOSIT, GREATER WASHINGT RENTAL PAY V0010590 | 3,104.00 |
| | Subtotal: | 3,104.00 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31 | PAPER STATEMENT FEE | 3.00 |
| | Subtotal: | 3.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 23,278.13 | 10/31 | 26,379.13 |
| 10/04 | 26,382.13 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 24-00180
Case Name: 1416 EASTERN AVE NE LLC
Taxpayer ID No: XX-XXX6373
For Period Ending: 11/12/2024

Trustee Name: Marc E. Albert DC Ch 11
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0521
Checking
Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/24 | | Stinson LLP<br>1201 Walnut Street<br>Suite 2900<br>Kansas City, MO 64106-2150 | Refund of Retainer<br>Funds held in trust for the Debtor<br>(Refund of retainer of William Johnson) | 0000-00 | $23,907.50 | | $23,907.50 |
| 08/07/24 | | Michael Seidel<br>East Insurance Group<br>6511 Pebble Brook Rd<br>Baltimore, MD 21209 | Down Payment of 35% of the Annual Premium | 0000-000 | | $9,187.50 | $14,720.00 |
| 09/03/24 | | Michael Seidel<br>East Insurance Group<br>6511 Pebble Brook Rd<br>Baltimore, MD 21209 | Monthly Insurance Premium<br>Insurance Premium Payment for September 2024 re 1416 Eastern Avenue NE LLC (10 properties) | 0000-000 | | $1,570.58 | $13,149.42 |
| 10/02/24 | | MICHAEL SEIDEL | Wire transfer Debit<br>EAST INSURANCE GROUP | 0000-000 | | $2,520.20 | $10,629.22 |
| 10/02/24 | 2001 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400180<br>US Trustee Fees re 1416 Eastern Ave NE LLC<br>9002400180 | 0000-000 | | $250.00 | $10,379.22 |
| 10/02/24 | 2002 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400181<br>US Trustee Fees re 945 Longfellow St NW LLC<br>9002400181 | 0000-000 | | $250.00 | $10,129.22 |
| 10/02/24 | 2003 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400182<br>US Trustee Fees re 2501 Naylor Rd SE LLC<br>9002400182 | 0000-000 | | $250.00 | $9,879.22 |
| 10/02/24 | 2004 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400183<br>US Trustee Fees re 4303-13 Wheeler Rd SE LLC<br>9002400183 | 0000-000 | | $250.00 | $9,629.22 |
| 10/02/24 | 2005 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400184<br>US Trustee Fees re 4263 6th St SE Apartments LLC<br>9002400184 | 0000-000 | | $250.00 | $9,379.22 |

Page Subtotals: $23,907.50   $14,528.28

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 24-00180 | Trustee Name: Marc E. Albert DC Ch 11 |
| Case Name: 1416 EASTERN AVE NE LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0521 |
| | Checking |
| Taxpayer ID No: XX-XXX6373 | Blanket Bond (per case limit): |
| For Period Ending: 11/12/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/24 | 2006 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400185<br>US Trustee Fees re 4935 NHB Ave NE LLC<br>9002400185 | 0000-000 | | $250.00 | $9,129.22 |
| 10/02/24 | 2007 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400186<br>US Trustee Fees re 3968 MLK LLC<br>9002400186 | 0000-000 | | $250.00 | $8,879.22 |
| 10/02/24 | 2008 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400187<br>US Trustee Fees re 4010 9th St SE LLC<br>9002400187 | 0000-000 | | $250.00 | $8,629.22 |
| 10/02/24 | 2009 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400188<br>US Trustee Fees re 2440 S St SE LLC<br>9002400188 | 0000-000 | | $250.00 | $8,379.22 |
| 10/02/24 | 2010 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400189<br>US Trustee Fees re 4400 Hunt Pl NE LLC<br>9002400189 | 0000-000 | | $250.00 | $8,129.22 |
| 10/31/24 | 2011 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400180<br>Q3 US Trustee Fees re 1416 Eastern Ave NE LLC<br>9002400180 | 0000-000 | | $250.00 | $7,879.22 |
| 10/31/24 | 2012 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400181<br>Q3 US Trustee Fees re 945 Longfellow St NW LLC<br>9002400181 | 0000-000 | | $250.00 | $7,629.22 |
| 10/31/24 | 2013 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400182<br>Q3 US Trustee Fees re 2501 Naylor Rd SE LLC<br>9002400182 | 0000-000 | | $250.00 | $7,379.22 |
| 10/31/24 | 2014 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400183<br>Q3 US Trustee Fees re 4303-13 Wheeler Rd SE LLC<br>9002400183 | 0000-000 | | $250.00 | $7,129.22 |

Page Subtotals:   $0.00   $2,250.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 24-00180 | Trustee Name: | Marc E. Albert DC Ch 11 |
| Case Name: 1416 EASTERN AVE NE LLC | Bank Name: | Axos Bank |
| | Account Number/CD#: | XXXXXX0521 |
| | | Checking |
| Taxpayer ID No: XX-XXX6373 | Blanket Bond (per case limit): | |
| For Period Ending: 11/12/2024 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/24 | 2015 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400184<br>Q3 US Trustee Fees re 4263 6th St SE Apartments LLC<br>9002400184 | 0000-000 | | $250.00 | $6,879.22 |
| 10/31/24 | 2016 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400185<br>Q3 US Trustee Fees re 4935 NHB Ave NE LLC<br>9002400185 | 0000-000 | | $250.00 | $6,629.22 |
| 10/31/24 | 2017 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400186<br>Q3 US Trustee Fees re 3968 MLK LLC<br>9002400186 | 0000-000 | | $250.00 | $6,379.22 |
| 10/31/24 | 2018 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400187<br>Q3 US Trustee Fees re 4010 9th St SE LLC<br>9002400187 | 0000-000 | | $250.00 | $6,129.22 |
| 10/31/24 | 2019 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400188<br>Q3 US Trustee Fees re 2440 S St SE LLC<br>9002400188 | 0000-000 | | $250.00 | $5,879.22 |
| 10/31/24 | 2020 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400189<br>Q3 US Trustee Fees re 4400 Hunt Pl NE LLC<br>9002400189 | 0000-000 | | $250.00 | $5,629.22 |
| 11/05/24 | | MICHAEL SEIDEL | EAST INSURANCE GROUP<br>ORG: MARC E ALBERT, TRUSTEE<br>REF: EAST INSURANCE GROUP<br>20241105MMQFMP9N001123<br>20241105B6B7HU1R013297<br>11051434FT03 | 0000-000 | | $1,570.58 | $4,058.64 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $3,070.58 |

Net    $0.00    $0.00

Page Subtotals:    $0.00    $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0521 - Checking | $0.00 | $0.00 | $4,058.64 |
|  | $0.00 | $0.00 | $4,058.64 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:    /s/ Marc E. Albert DC Ch 11    Date: 11/12/2024

Marc E. Albert DC Ch 11
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100

Page Subtotals:    $0.00    $0.00