**EXHIBIT A**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Total |
|---|---|---|---|---|
| **Noble Realty Advisors** | | | | |
| **1416 Eastern Ave, NE** | | | | |
| **Cash Collateral Budget** | | | | |
| | | | | |
| **Income** | | | | |
| | | | | |
| *Rental Income* | | | | |
| Rent Income | *$0* | *$0* | *$0* | $0 |
| Housing Assist Payments | *$3,104* | *$3,104* | *$3,104* | $9,312 |
| *Total Rent Income* | ***$3,104*** | ***$3,104*** | ***$3,104*** | **$9,312** |
| | | | | |
| *Other Income* | | | | |
| Late Fees | *$0* | *$0* | *$0* | $0 |
| Application Fees | *$0* | *$0* | *$0* | $0 |
| Damages/Misc. | *$0* | *$0* | *$0* | $0 |
| *Total Other Income* | ***$0*** | ***$0*** | ***$0*** | **$0** |
| | | | | |
| *Total Property Income* | ***$3,104*** | ***$3,104*** | ***$3,104*** | **$9,312** |
| **Expenses** | | | | |
| | | | | |
| *Administrative Expenses* | | | | |
| Bank Fees | *$15* | *$15* | *$15* | $45 |
| Advertising /Marketing | *$0* | *$0* | *$0* | $0 |
| Office/Telephone Expense | *$15* | *$15* | *$15* | $45 |
| Management Fee | *$1,000* | *$1,000* | *$1,000* | $3,000 |
| Manager Salary | *$231* | *$231* | *$231* | $693 |
| Leasing Commission | *$0* | *$0* | *$0* | $0 |
| Audit Expense | *$0* | *$0* | *$0* | $0 |
| Software/Technical Support | *$0* | *$0* | *$0* | $0 |
| Bad Debts | *$0* | *$0* | *$0* | $0 |
| *Total Administrative Expenses* | ***$1,261*** | ***$1,261*** | ***$1,261*** | **$3,783** |
| | | | | |
| *Utilities Expense* | | | | |
| Electricity | *$65* | *$65* | *$65* | $195 |
| Water/Sewer | *$1,100* | *$1,100* | *$1,100* | $3,300 |
| Gas | *$100* | *$100* | *$100* | $300 |
| *Total Utilities Expense* | ***$1,265*** | ***$1,265*** | ***$1,265*** | **$3,795** |
| | | | | |
| *Repair & Maintenance Expenses* | | | | |
| Maintenance Salary | $195 | $195 | $195 | $585 |
| Supplies | $25 | $25 | $25 | $75 |
| Maintenance Contracts | $500 | $500 | $500 | $1,500 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $450 |
| Pest Control Management | $40 | $40 | $40 | $120 |
| Landscape Maintenance | $950 | $0 | $0 | $950 |
| Garbage and Trash Removal | $200 | $200 | $200 | $600 |
| Security Contract | *$0* | *$0* | *$0* | $0 |
| Electrical Repairs | *$0* | *$0* | *$0* | $0 |

| | | | | |
|---|---:|---:|---:|---:|
| HVAC Repairs and Maint | *$250* | *$0* | *$0* | $250 |
| Snow Removal | *$230* | *$230* | *$0* | $460 |
| Plumbing Repairs | *$100* | *$100* | *$100* | $300 |
| Unit Turnover-Vacant | *$0* | *$0* | *$0* | $0 |
| Painting & Decorating- Occupied | *$0* | *$75* | *$0* | $75 |
| Enviornmental Expense | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$0* | *$100* | *$0* | $100 |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | $0 |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | $300 |
| ***Total Repair & Maintenance Expenses*** | **$2,545** | **$1,520** | **$1,115** | **$5,180** |
| | | | | |
| ***Taxes & Insurance Expenses*** | | | | |
| Real Estate Taxes | *$529* | *$529* | *$529* | $1,586 |
| Property & Liability Ins | *$107* | *$107* | *$107* | $321 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | $0 |
| ***Total Taxes/Insurance Exp*** | **$636** | **$636** | **$636** | **$1,907** |
| | | | | |
| ***Total Cost Of Operations*** | **$5,707** | **$4,682** | **$4,277** | **$14,665** |
| | | | | |
| ***Net Operating Income*** | **-$2,603** | **-$1,578** | **-$1,173** | **-$5,353** |
| | | | | |
| ***Bankr. Administrative Expenses*** | | | | |
| Trustee Commission | $879 | $777 | $811 | $2,467 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $7,500 |
| Trustee Accounting fees | $500 | $500 | $500 | $1,500 |
| U.S. Trustee Fees | $84 | $84 | $84 | $252 |
| ***Total Bankr. Adminsrative Expenses*** | **$3,963** | **$3,861** | **$3,895** | **$11,719** |
| | | | | |
| ***Debt Service*** | | | | |
| ***Total Debt Services*** | *$0* | *$0* | *$0* | $0 |
| | | | | |
| ***Cash Flow Profit (Loss)*** | **-$6,566** | **-$5,438** | **-$5,068** | **-$17,072** |
| | | | | |
| ***Replacement Reserve Item Expense*** | | | | |
| Appliance Replacement | *$0* | *$0* | *$750* | **$750** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | **$0** |
| | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$750** | **$750** |

| **Noble Realty Advisors** | | | | |
| --- | --- | --- | --- | --- |
| **945 Longfellow St., NW** | | | | |
| **Cash Collateral Budget** | | | | |
| | | | | |
| **Account Name** | **Jan '25** | **Feb '25** | **Mar '25** | **Total** |
| **Income** | | | | |
| | | | | |
| *Rental Income* | | | | |
| Rent Income | *$0* | *$0* | *$0* | $0 |
| Housing Assist Payments | *$10,428* | *$10,428* | *$10,428* | $31,284 |
| **Total Rent Income** | **$10,428** | **$10,428** | **$10,428** | **$31,284** |
| | | | | |
| *Other Income* | | | | |
| Late Fees | *$0* | *$0* | *$0* | $0 |
| Application Fees | *$0* | *$0* | *$0* | $0 |
| Damages/Misc. | *$0* | *$0* | *$0* | $0 |
| **Total Other Income** | **$0** | **$0** | **$0** | **$0** |
| | | | | |
| **Total Property Income** | **$10,428** | **$10,428** | **$10,428** | **$31,284** |
| | | | | |
| **Expenses** | | | | |
| | | | | |
| *Administrative Expenses* | | | | |
| Bank Fees | *$15* | *$15* | *$15* | $45 |
| Advertising /Marketing | *$0* | *$0* | *$0* | $0 |
| Office/Telephone Expense | *$15* | *$15* | *$15* | $45 |
| Management Fee | *$2,500* | *$2,500* | *$2,500* | $7,500 |
| Manager Salary | *$526* | *$526* | *$526* | $1,578 |
| Leasing Commission | *$0* | *$0* | *$0* | $0 |
| Audit Expense | *$0* | *$0* | *$0* | $0 |
| Software/Technical Support | *$0* | *$0* | *$0* | $0 |
| Bad Debts | *$0* | *$0* | *$0* | $0 |
| **Total Administrative Expenses** | **$3,056** | **$3,056** | **$3,056** | **$9,168** |
| | | | | |
| *Utilities Expense* | | | | |
| Electricity | *$75* | *$75* | *$75* | $225 |
| Water/Sewer | *$2,400* | *$2,400* | *$2,400* | $7,200 |
| Gas | *$300* | *$300* | *$300* | $900 |
| **Total Utilities Expense** | **$2,775** | **$2,775** | **$2,775** | **$8,325** |
| | | | | |
| *Repair & Maintenance Expenses* | | | | |
| Maintenance Payroll | *$488* | *$488* | *$488* | $1,464 |
| Supplies | *$25* | *$25* | *$25* | $75 |
| Maintenance Contracts | *$1,000* | *$1,000* | *$1,000* | $3,000 |
| Janitor & Cleaning Contract | *$150* | *$150* | *$150* | $450 |
| Pest Control Management | *$175* | *$175* | *$175* | $525 |
| Landscape Maintenance | *$535* | *$0* | *$0* | $535 |
| Garbage and Trash Removal | *$400* | *$400* | *$400* | $1,200 |

| | | | | |
|---|---|---|---|---|
| Security Contract | *$0* | *$0* | *$0* | $0 |
| Electrical Repairs | *$0* | *$50* | *$0* | $50 |
| HVAC Repairs and Maint | *$250* | *$0* | *$0* | $250 |
| Snow Removal | *$400* | *$400* | *$0* | $800 |
| Plumbing Repairs | *$100* | *$100* | *$100* | $300 |
| Unit Turnover-Vacant | *$0* | *$0* | *$0* | $0 |
| Painting & Decorating- Occupied | *$20* | *$20* | *$20* | $60 |
| Enviornmental Expense | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$50* | *$50* | *$50* | $150 |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | $0 |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | $300 |
| ***Total Repair & Maintenance Expenses*** | ***$3,205*** | ***$2,470*** | ***$2,020*** | ***$7,695*** |
| | | | | |
| ***Taxes & Insurance Expenses*** | | | | |
| Real Estate Taxes | *$1,540* | *$1,540* | *$1,540* | $4,619 |
| Property & Liability Ins | *$268* | *$268* | *$268* | $804 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | $0 |
| ***Total Taxes/Insurance Exp*** | ***$1,808*** | ***$1,808*** | ***$1,808*** | ***$5,423*** |
| | | | | |
| ***Total Cost Of Operations*** | ***$10,844*** | ***$10,109*** | ***$9,659*** | ***$30,611*** |
| | | | | |
| ***Net Operating Income*** | ***-$416*** | ***$319*** | ***$769*** | ***$673*** |
| | | | | |
| ***Bankr. Administrative Expenses*** | | | | |
| Trustee Commission | $1,393 | $1,319 | $1,349 | $4,061 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $7,500 |
| Trustee Accounting Fees | $500 | $500 | $500 | $1,500 |
| U.S. Trustee Fees | $84 | $84 | $84 | $252 |
| ***Total Bankr. Administrative Expenses*** | ***$4,477*** | ***$4,403*** | ***$4,433*** | ***$13,313*** |
| | | | | |
| ***Debt Service*** | | | | |
| ***Total Debt Services*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** |
| | | | | |
| ***Cash Flow Profit (Loss)*** | ***-$4,892*** | ***-$4,084*** | ***-$3,664*** | ***-$12,640*** |
| | | | | |
| ***Replacement Reserve Item Expense*** | | | | |
| Appliance Replacement | *$0* | *$0* | *$750* | **$750** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | **$0** |
| | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$750** | **$750** |

| Account Name | Jan '25 | Feb '25 | Mar '25 | Total |
|---|---|---|---|---|
| **Noble Realty Advisors** | | | | |
| **2501 Naylor, SE** | | | | |
| **Cash Collateral Budget** | | | | |
| | | | | |
| **Income** | | | | |
| | | | | |
| ***Rental Income*** | | | | |
| Rent Income | *$0* | *$0* | *$0* | *$0* |
| Housing Assist Payments | *$10,870* | *$10,870* | *$10,870* | *$32,610* |
| ***Total Rent Income*** | ***$10,870*** | ***$10,870*** | ***$10,870*** | ***$32,610*** |
| | | | | |
| ***Other Income*** | | | | |
| Late Fees | *$0* | *$0* | *$0* | *$0* |
| Application Fees | *$0* | *$0* | *$0* | *$0* |
| Damages/Misc. | *$0* | *$0* | *$0* | *$0* |
| ***Total Other Income*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** |
| | | | | |
| ***Total Property Income*** | ***$10,870*** | ***$10,870*** | ***$10,870*** | ***$32,610*** |
| | | | | |
| **Expenses** | | | | |
| | | | | |
| ***Administrative Expenses*** | | | | |
| Bank Fees | *$15* | *$15* | *$15* | *$45* |
| Advertising /Marketing | *$0* | *$0* | *$0* | *$0* |
| Office/Telephone Expense | *$15* | *$15* | *$15* | *$45* |
| Management Fee | *$1,333* | *$1,333* | *$1,333* | *$3,999* |
| Manager Salary | *$307* | *$307* | *$307* | *$921* |
| Leasing Commission | *$0* | *$0* | *$0* | *$0* |
| Audit Expense | *$0* | *$0* | *$0* | *$0* |
| Software/Technical Support | *$0* | *$0* | *$0* | *$0* |
| Bad Debts | *$0* | *$0* | *$0* | *$0* |
| ***Total Administrative Expenses*** | ***$1,670*** | ***$1,670*** | ***$1,670*** | ***$5,010*** |
| | | | | |
| ***Utilities Expense*** | | | | |
| Electricity | *$80* | *$80* | *$80* | *$240* |
| Water/Sewer | *$1,350* | *$1,350* | *$1,350* | *$4,050* |
| Gas | *$300* | *$300* | *$300* | *$900* |
| ***Total Utilities Expense*** | ***$1,730*** | ***$1,730*** | ***$1,730*** | ***$5,190*** |
| | | | | |
| ***Repair & Maintenance Expenses*** | | | | |
| Maintenance Salary | *$260* | *$260* | *$260* | *$780* |
| Maintenance Contracts | *$1,340* | *$1,340* | *$1,340* | *$4,020* |
| Janitor & Cleaning Contract | *$250* | *$250* | *$250* | *$750* |
| Pest Control Management | *$50* | *$50* | *$50* | *$150* |
| Landscape Maintenance | *$850* | *$0* | *$0* | *$850* |
| Garbage and Trash Removal | *$400* | *$400* | *$400* | *$1,200* |
| Security Contract | *$0* | *$0* | *$0* | *$0* |

| | | | | |
|---|---|---|---|---|
| Electrical Repairs | *$0* | *$0* | *$0* | *$0* |
| HVAC Repairs and Maint | *$0* | *$250* | *$250* | *$500* |
| Snow Removal | *$400* | *$400* | *$0* | *$800* |
| Plumbing Repairs | *$100* | *$100* | *$100* | *$300* |
| Unit Turnover-Vacant | *$0* | *$0* | *$0* | *$0* |
| Painting & Decorating- Occupied | *$50* | *$50* | *$50* | *$150* |
| Enviornmental Expense | *$0* | *$0* | *$0* | *$0* |
| Fire Alarm Maintenance | *$0* | *$100* | *$100* | *$200* |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | *$0* |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | *$300* |
| ***Total Repair & Maintenance Expenses*** | ***$3,800*** | ***$3,300*** | ***$2,900*** | ***$10,000*** |
| | | | | |
| ***Taxes & Insurance Expenses*** | | | | |
| Real Estate Taxes | *$612* | *$612* | *$612* | *$1,837* |
| Property & Liability Ins | *$143* | *$143* | *$143* | *$429* |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* |
| ***Total Taxes/Insurance Exp*** | ***$755*** | ***$755*** | ***$755*** | ***$2,266*** |
| | | | | |
| ***Total Cost Of Operations*** | ***$7,955*** | ***$7,455*** | ***$7,055*** | ***$22,466*** |
| | | | | |
| ***Net Operating Income*** | ***$2,915*** | ***$3,415*** | ***$3,815*** | ***$10,144*** |
| | | | | |
| ***Bankr. Administrative Expenses*** | | | | |
| Trustee Commission | $1,104 | $1,054 | $1,089 | *$3,247* |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | *$7,500* |
| Trustee Accounting Fees | $500 | $500 | $500 | *$1,500* |
| U.S. Trustee Fees | $84 | $84 | $84 | *$252* |
| ***Total Bankr. Administrative Expenses*** | *$4,188* | *$4,138* | *$4,173* | *$12,499* |
| | | | | |
| *Debt Service* | | | | |
| ***Total Debt Services*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** |
| | | | | |
| ***Cash Flow Profit (Loss)*** | ***-$1,273*** | ***-$723*** | ***-$358*** | ***-$2,355*** |
| | | | | |
| ***Replacement Reserve Item Expense*** | | | | |
| Appliance Replacement | *$0* | *$0* | *$750* | *$750* |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | *$0* |
| Capital Improvements | *$0* | *$0* | *$0* | *$0* |
| | | | | |
| ***Total Capital Improvements*** | ***$0*** | ***$0*** | ***$750*** | ***$750*** |

| Noble Realty Advisors | | | | |
|---|---|---|---|---|
| **4301-4313 Wheeler Road, SE** | | | | |
| **Cash Collateral Budget** | | | | |
| **Account Name** | **Jan '25** | **Feb '25** | **Mar '25** | **Total** |
| **Income** | | | | |
| *Rental Income* | | | | |
| Rent Income | *$0* | *$0* | *$0* | $0 |
| Housing Assist Payments | *$11,969* | *$11,969* | *$11,969* | $35,907 |
| ***Total Rent Income*** | ***$11,969*** | ***$11,969*** | ***$11,969*** | ***$35,907*** |
| | | | | |
| *Other Income* | | | | |
| Late Fees | *$0* | *$0* | *$0* | $0 |
| Application Fees | *$0* | *$0* | *$0* | $0 |
| Damages/Misc. | *$0* | *$0* | *$0* | $0 |
| ***Total Other Income*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** |
| | | | | |
| ***Total Property Income*** | ***$11,969*** | ***$11,969*** | ***$11,969*** | ***$35,907*** |
| **Expenses** | | | | |
| | | | | |
| *Administrative Expenses* | | | | |
| Bank Fees | *$35* | *$35* | *$35* | $105 |
| Advertising /Marketing | *$0* | *$0* | *$0* | $0 |
| Office/Telephone Expense | *$15* | *$15* | *$15* | $45 |
| Management Fee | *$9,800* | *$9,800* | *$9,800* | $29,400 |
| Manager Salary | *$1,882* | *$1,882* | *$1,882* | $5,646 |
| Leasing Commission | *$0* | *$0* | *$0* | $0 |
| Audit Expense | *$0* | *$0* | *$0* | $0 |
| Software/Technical Support | *$0* | *$0* | *$0* | $0 |
| Bad Debts | *$0* | *$0* | *$0* | $0 |
| ***Total Administrative Expenses*** | ***$11,732*** | ***$11,732*** | ***$11,732*** | ***$35,196*** |
| | | | | |
| *Utilities Expense* | | | | |
| Electricity | *$295* | *$295* | *$295* | $885 |
| Water/Sewer | *$3,400* | *$3,400* | *$3,400* | $10,200 |
| Gas | *$950* | *$950* | *$950* | $2,850 |
| ***Total Utilities Expense*** | ***$4,645*** | ***$4,645*** | ***$4,645*** | ***$13,935*** |
| | | | | |
| *Repair & Maintenance Expenses* | | | | |
| Maintenance Salary | *$1,593* | *$1,593* | *$1,593* | $4,779 |
| Supplies | *$350* | *$350* | *$350* | $1,050 |
| Maintenance Contracts | *$4,640* | *$4,640* | *$4,640* | $13,920 |
| Janitor & Cleaning Contract | *$750* | *$750* | *$750* | $2,250 |
| Pest Control Management | *$570* | *$570* | *$570* | $1,710 |
| Landscape Maintenance | *$3,800* | *$0* | *$0* | $3,800 |
| Garbage and Trash Removal | *$675* | *$675* | *$675* | $2,025 |
| Security Contract | *$0* | *$0* | *$0* | $0 |
| Alarm/Security Systems & Repairs | *$175* | *$175* | *$175* | $525 |
| Electrical Repairs | *$425* | *$425* | *$425* | $1,275 |
| HVAC Repairs and Maint | *$375* | *$375* | *$375* | $1,125 |

| | | | | |
|---|---:|---:|---:|---:|
| Snow Removal | $1,800 | $1,800 | $0 | $3,600 |
| Plumbing Repairs | $650 | $650 | $650 | $1,950 |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $475 | $475 | $475 | $1,425 |
| Enviornmental Expense | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $200 | $200 | $200 | $600 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $400 | $400 | $400 | $1,200 |
| **Total Repair & Maintenance Expenses** | **$15,285** | **$11,485** | **$9,685** | **$36,455** |
| | | | | |
| ***Taxes & Insurance Expenses*** | | | | |
| Real Estate Taxes | $4,666 | $4,666 | $4,666 | $13,999 |
| Property & Liability Ins | $876 | $876 | $876 | $2,628 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$5,542** | **$5,542** | **$5,542** | **$16,627** |
| | | | | |
| **Total Cost Of Operations** | **$37,204** | **$33,404** | **$31,604** | **$102,213** |
| | | | | |
| **Net Operating Income** | **-$25,235** | **-$21,435** | **-$19,635** | **-$66,306** |
| | | | | |
| ***Bankr. Administrative Expenses*** | | | | |
| Trustee Commission | $4,029 | $3,656 | $3,626 | $11,310 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $7,500 |
| Trustee Accounting Fees | $500 | $500 | $500 | $1,500 |
| U.S. Trustee Fees | $84 | $153 | $153 | $390 |
| **Total Bankr. Administrative Expenses** | **$7,113** | **$6,809** | **$6,779** | **$20,700** |
| | | | | |
| *Debt Service* | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** |
| | | | | |
| **Cash Flow Profit (Loss)** | **-$32,348** | **-$28,244** | **-$26,414** | **-$87,006** |
| | | | | |
| ***Replacement Reserve Item Expense*** | | | | |
| Appliance Replacement | $0 | $0 | $1,500 | **$1,500** |
| Carpet/Floor Replacement | $0 | $0 | $0 | **$0** |
| Capital Improvements | $0 | $0 | $0 | **$0** |
| | | | | |
| **Total Capital Improvements** | **$0** | **$0** | **$1,500** | **$1,500** |

| Account Name | Jan '25 | Feb '25 | Mar '25 | Total |
|---|---|---|---|---|
| **Noble Realty Advisors** | | | | |
| **4263-67 6th Street, SE** | | | | |
| **Cash Collateral Budget** | | | | |
| **Income** | | | | |
| *Rental Income* | | | | |
| Rent Income | $0 | $0 | $0 | $0 |
| Housing Assist Payments | $2,063 | $2,063 | $2,063 | $6,189 |
| *Total Rent Income* | **$2,063** | **$2,063** | **$2,063** | **$6,189** |
| *Other Income* | | | | |
| Late Fees | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 |
| *Total Other Income* | **$0** | **$0** | **$0** | **$0** |
| *Total Property Income* | **$2,063** | **$2,063** | **$2,063** | **$6,189** |
| **Expenses** | | | | |
| *Administrative Expenses* | | | | |
| Bank Fees | $15 | $15 | $15 | $45 |
| Advertising /Marketing | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $45 |
| Management Fee | $1,000 | $1,000 | $1,000 | $3,000 |
| Manager Salary | $231 | $231 | $231 | $693 |
| Leasing Commission | $0 | $0 | $0 | $0 |
| Audit Expense | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $0 |
| Bad Debts | $0 | $0 | $0 | $0 |
| *Total Administrative Expenses* | **$1,261** | **$1,261** | **$1,261** | **$3,783** |
| *Utilities Expense* | | | | |
| Electricity | $65 | $65 | $65 | $195 |
| Water/Sewer | $1,350 | $1,350 | $1,350 | $4,050 |
| Gas | $250 | $250 | $250 | $750 |
| *Total Utilities Expense* | **$1,665** | **$1,665** | **$1,665** | **$4,995** |
| *Repair & Maintenance Expenses* | | | | |
| Maintenance Salary | $195 | $195 | $195 | $585 |
| Supplies | $25 | $25 | $25 | $75 |
| Maintenance Contracts | $905 | $905 | $905 | $2,715 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $450 |
| Pest Control Management | $75 | $75 | $75 | $225 |
| Landscape Maintenance | $350 | $0 | $0 | $350 |
| Garbage and Trash Removal | $275 | $275 | $275 | $825 |
| Security Contract | $0 | $0 | $0 | $0 |

| | | | | |
|---|---:|---:|---:|---:|
| Electrical Repairs | *$0* | *$0* | *$0* | $0 |
| HVAC Repairs and Maint | *$250* | *$0* | *$0* | $250 |
| Snow Removal | *$230* | *$230* | *$0* | $460 |
| Plumbing Repairs | *$100* | *$100* | *$100* | $300 |
| Unit Turnover-Vacant | *$0* | *$0* | *$0* | $0 |
| Painting & Decorating- Occupied | *$25* | *$25* | *$25* | $75 |
| Enviornmental Expense | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$100* | *$0* | *$0* | $100 |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | $0 |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | $300 |
| **Total Repair & Maintenance Expenses** | **$2,585** | **$1,885** | **$1,655** | **$6,125** |
| | | | | |
| **_Taxes & Insurance Expenses_** | | | | |
| Real Estate Taxes | *$308* | *$308* | *$308* | $923 |
| Property & Liability Ins | *$108* | *$108* | *$108* | $324 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | $0 |
| **Total Taxes/Insurance Exp** | **$416** | **$416** | **$416** | **$1,247** |
| | | | | |
| **Total Cost Of Operations** | **$5,927** | **$5,227** | **$4,997** | **$16,150** |
| | | | | |
| **Net Operating Income** | **-$3,864** | **-$3,164** | **-$2,934** | **-$9,961** |
| | | | | |
| **_Bankr. Administrative Expenses_** | | | | |
| Trustee Commission | $901 | $831 | $883 | $2,615 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $7,500 |
| Trustee Accounting Fees | $500 | $500 | $500 | $1,500 |
| U.S. Trustee Fees | $84 | $84 | $84 | $252 |
| **Total Bankr. Administrative Expenses** | **$3,985** | **$3,915** | **$3,967** | **$11,867** |
| | | | | |
| _Debt Service_ | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** |
| | | | | |
| **Cash Flow Profit (Loss)** | **-$7,849** | **-$7,079** | **-$6,901** | **-$21,828** |
| | | | | |
| **_Replacement Reserve Item Expense_** | | | | |
| Appliance Replacement | *$0* | *$0* | *$750* | **$750** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | **$0** |
| | | | | |
| **Total Capital Improvements** | **$0** | **$0** | **$750** | **$750** |

| Noble Realty Advisors | | | | |
|---|---|---|---|---|
| **4935 Nannie Helen Burroughs Ave, NE** | | | | |
| **Cash Collateral Budget** | | | | |
| | | | | |
| **Account Name** | **Jan '25** | **Feb '25** | **Mar '25** | **Total** |
| **Income** | | | | |
| | | | | |
| ***Rental Income*** | | | | |
| Rent Income | *$800* | *$800* | *$800* | $2,400 |
| Housing Assist Payments | *$4,060* | *$4,060* | *$4,060* | $12,180 |
| ***Total Rent Income*** | ***$4,860*** | ***$4,860*** | ***$4,860*** | **$14,580** |
| | | | | |
| ***Other Income*** | | | | |
| Late Fees | *$0* | *$0* | *$0* | $0 |
| Application Fees | *$0* | *$0* | *$0* | $0 |
| Damages/Misc. | *$0* | *$0* | *$0* | $0 |
| ***Total Other Income*** | ***$0*** | ***$0*** | ***$0*** | **$0** |
| | | | | |
| ***Total Property Income*** | ***$4,860*** | ***$4,860*** | ***$4,860*** | ***$14,580*** |
| | | | | |
| **Expenses** | | | | |
| | | | | |
| ***Administrative Expenses*** | | | | |
| Bank Fees | *$15* | *$15* | *$15* | $45 |
| Advertising /Marketing | *$0* | *$0* | *$0* | $0 |
| Office/Telephone Expense | *$15* | *$15* | *$15* | $45 |
| Management Fee | *$1,000* | *$1,000* | *$1,000* | $3,000 |
| Manager Salary | *$231* | *$231* | *$231* | $693 |
| Leasing Commission | *$0* | *$0* | *$0* | $0 |
| Audit Expense | *$0* | *$0* | *$0* | $0 |
| Software/Technical Support | *$0* | *$0* | *$0* | $0 |
| Bad Debts | *$0* | *$0* | *$0* | $0 |
| ***Total Administrative Expenses*** | ***$1,261*** | ***$1,261*** | ***$1,261*** | ***$3,783*** |
| | | | | |
| ***Utilities Expense*** | | | | |
| Electricity | *$65* | *$65* | *$65* | $195 |
| Water/Sewer | *$1,300* | *$1,300* | *$1,300* | $3,900 |
| Gas | *$175* | *$175* | *$175* | $525 |
| ***Total Utilities Expense*** | ***$1,540*** | ***$1,540*** | ***$1,540*** | ***$4,620*** |
| | | | | |
| ***Repair & Maintenance Expenses*** | | | | |
| Maintenance Salary | *$195* | *$195* | *$195* | $585 |
| Supplies | *$25* | *$25* | *$25* | $75 |
| Maintenance Contracts | *$905* | *$905* | *$905* | $2,715 |
| Janitor & Cleaning Contract | *$150* | *$150* | *$150* | $450 |
| Pest Control Management | *$65* | *$65* | *$65* | $195 |
| Landscape Maintenance | *$485* | *$0* | *$0* | $485 |
| Garbage and Trash Removal | *$400* | *$400* | *$400* | $1,200 |

| | | | | |
|---|---|---|---|---|
| Security Contract | *$0* | *$0* | *$0* | *$0* |
| Electrical Repairs | *$0* | *$0* | *$0* | *$0* |
| HVAC Repairs and Maint | *$250* | *$0* | *$0* | *$250* |
| Snow Removal | *$335* | *$335* | *$0* | *$670* |
| Plumbing Repairs | *$100* | *$100* | *$100* | *$300* |
| Unit Turnover-Vacant | *$0* | *$0* | *$0* | *$0* |
| Painting & Decorating- Occupied | *$25* | *$25* | *$25* | *$75* |
| Enviornmental Expense | *$0* | *$0* | *$0* | *$0* |
| Fire Alarm Maintenance | *$100* | *$0* | *$0* | *$100* |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | *$0* |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | *$300* |
| ***Total Repair & Maintenance Expenses*** | ***$2,940*** | ***$2,105*** | ***$1,770*** | ***$6,815*** |
| | | | | |
| ***Taxes & Insurance Expenses*** | | | | |
| Real Estate Taxes | *$797* | *$797* | *$797* | *$2,390* |
| Property & Liability Ins | *$107* | *$107* | *$107* | *$321* |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* |
| ***Total Taxes/Insurance Exp*** | ***$904*** | ***$904*** | ***$904*** | ***$2,711*** |
| | | | | |
| ***Total Cost Of Operations*** | ***$6,645*** | ***$5,810*** | ***$5,475*** | ***$17,929*** |
| | | | | |
| ***Net Operating Income*** | ***-$1,785*** | ***-$950*** | ***-$615*** | ***-$3,349*** |
| | | | | |
| ***Bankr. Administrative Expenses*** | | | | |
| Trustee Commission | $973 | $889 | $856 | $2,718 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $7,500 |
| Trustee Accounting Fees | $500 | $500 | $500 | $1,500 |
| U.S. Trustee Fees | $84 | $84 | $84 | $252 |
| ***Total Bankr. Administrative Expenses*** | ***$4,057*** | ***$3,973*** | ***$3,940*** | ***$11,970*** |
| | | | | |
| | | | | |
| ***Debt Service*** | | | | |
| ***Total Debt Services*** | ***$0*** | ***$0*** | ***$0*** | ***$0*** |
| | | | | |
| ***Cash Flow Profit (Loss)*** | ***-$5,842*** | ***-$4,923*** | ***-$4,555*** | ***-$15,319*** |
| | | | | |
| ***Replacement Reserve Item Expense*** | | | | |
| Appliance Replacement | *$0* | *$0* | *$750* | **$750** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | **$0** |
| | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$750** | **$750** |

| Account Name | Jan '25 | Feb '25 | Mar '25 | Total |
|---|---|---|---|---|
| **Noble Realty Advisors** | | | | |
| **3968 Martin Luther King Jr. Ave, SW** | | | | |
| **Cash Collateral Budget** | | | | |
| **Income** | | | | |
| ***Rental Income*** | | | | |
| Rent Income | *$0* | *$0* | *$0* | $0 |
| Housing Assist Payments | *$5,680* | *$5,680* | *$5,680* | $17,040 |
| ***Total Rent Income*** | ***$5,680*** | ***$5,680*** | ***$5,680*** | **$17,040** |
| ***Other Income*** | | | | |
| Late Fees | *$0* | *$0* | *$0* | $0 |
| Application Fees | *$0* | *$0* | *$0* | $0 |
| Damages/Misc. | *$0* | *$0* | *$0* | $0 |
| ***Total Other Income*** | ***$0*** | ***$0*** | ***$0*** | **$0** |
| ***Total Property Income*** | ***$5,680*** | ***$5,680*** | ***$5,680*** | **$17,040** |
| **Expenses** | | | | |
| ***Administrative Expenses*** | | | | |
| Bank Fees | *$15* | *$15* | *$15* | $45 |
| Advertising /Marketing | *$0* | *$0* | *$0* | $0 |
| Office/Telephone Expense | *$15* | *$15* | *$15* | $45 |
| Management Fee | *$1,000* | *$1,000* | *$1,000* | $3,000 |
| Manager Salary | *$307* | *$307* | *$307* | $305 |
| Leasing Commission | *$0* | *$0* | *$0* | $0 |
| Audit Expense | *$0* | *$0* | *$0* | $0 |
| Software/Technical Support | *$0* | *$0* | *$0* | $0 |
| Bad Debts | *$0* | *$0* | *$0* | $0 |
| ***Total Administrative Expenses*** | ***$1,337*** | ***$1,337*** | ***$1,337*** | **$3,395** |
| ***Utilities Expense*** | | | | |
| Electricity | *$60* | *$60* | *$60* | $180 |
| DC Water | *$1,493* | *$1,493* | *$1,493* | $4,479 |
| Gas | *$250* | *$250* | *$250* | $750 |
| ***Total Utilities Expense*** | ***$1,803*** | ***$1,803*** | ***$1,803*** | **$5,409** |
| ***Repair & Maintenance Expenses*** | | | | |
| Maintenance Salary | *$260* | *$260* | *$260* | $780 |
| Supplies | *$25* | *$25* | *$25* | $75 |
| Maintenance Contracts | *$740* | *$740* | *$740* | $2,220 |
| Janitor & Cleaning Contract | *$150* | *$150* | *$150* | $450 |
| Pest Control Management | *$25* | *$25* | *$25* | $75 |
| Landscape Maintenance | *$485* | *$0* | *$0* | $485 |
| Garbage and Trash Removal | *$250* | *$250* | *$250* | $750 |
| Security Contract | *$0* | *$0* | *$0* | $0 |

| | | | | |
|---|---|---|---|---|
| Electrical Repairs | *$0* | *$0* | *$0* | $0 |
| HVAC Repairs and Maint | *$250* | *$0* | *$0* | $250 |
| Snow Removal | *$335* | *$335* | *$0* | $670 |
| Plumbing Repairs | *$100* | *$100* | *$100* | $300 |
| Unit Turnover-Vacant | *$0* | *$0* | *$0* | $0 |
| Painting & Decorating- Occupied | *$50* | *$0* | *$0* | $50 |
| Enviornmental Expense | *$0* | *$0* | *$0* | $0 |
| Fire Alarm Maintenance | *$0* | *$0* | *$0* | $0 |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | $0 |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | $300 |
| **Total Repair & Maintenance Expenses** | **$2,510** | **$1,725** | **$1,390** | **$5,625** |
| | | | | |
| ***Taxes & Insurance Expenses*** | | | | |
| Real Estate Taxes | *$435* | *$435* | *$435* | $1,306 |
| Property & Liability Ins | *$143* | *$143* | *$143* | $429 |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | $0 |
| **Total Taxes/Insurance Exp** | **$578** | **$578** | **$578** | **$1,735** |
| | | | | |
| ***Total Cost Of Operations*** | ***$6,228*** | ***$5,443*** | ***$5,108*** | **$16,164** |
| | | | | |
| ***Net Operating Income*** | ***-$548*** | ***$237*** | ***$572*** | **$876** |
| | | | | |
| ***Bankr. Administrative Expenses*** | | | | |
| Trustee Commission | $931 | $853 | $894 | $2,678 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $7,500 |
| Trustee Accounting Fees | $500 | $500 | $500 | $1,500 |
| U.S. Trustee Fees | $84 | $84 | $84 | $252 |
| ***Total Bankr. Administrative Expenses*** | ***$4,015*** | ***$3,937*** | ***$3,978*** | **$11,930** |
| | | | | |
| *Debt Service* | | | | |
| **Total Debt Services** | *$0* | *$0* | *$0* | $0 |
| | | | | |
| ***Cash Flow Profit (Loss)*** | ***-$4,564*** | ***-$3,700*** | ***-$3,407*** | **-$11,054** |
| | | | | |
| ***Replacement Reserve Item Expense*** | | | | |
| Appliance Replacement | *$0* | *$0* | *$750* | **$750** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | **$0** |
| | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$750** | **$750** |

| Account Name | Jan '25 | Feb '25 | Mar '25 | Total |
|---|---|---|---|---|
| **Noble Realty Advisors** | | | | |
| **4010 9th St, SE** | | | | |
| **Cash Collateral Budget** | | | | |
| **Income** | | | | |
| *Rental Income* | | | | |
| Rent Income | $945 | $945 | $945 | $2,835 |
| Housing Assist Payments | $7,575 | $7,575 | $7,575 | $22,725 |
| *Total Rent Income* | *$8,520* | *$8,520* | *$8,520* | *$25,560* |
| *Other Income* | | | | |
| Late Fees | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 |
| *Total Other Income* | *$0* | *$0* | *$0* | *$0* |
| *Total Property Income* | *$8,520* | *$8,520* | *$8,520* | *$25,560* |
| **Expenses** | | | | |
| *Administrative Expenses* | | | | |
| Bank Fees | $15 | $15 | $15 | $45 |
| Advertising /Marketing | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $45 |
| Management Fee | $2,333 | $2,333 | $2,333 | $2,333 |
| Manager Salary | $538 | $538 | $538 | $1,614 |
| Leasing Commission | $0 | $0 | $0 | $0 |
| Audit Expense | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $0 |
| Bad Debts | $0 | $0 | $0 | $0 |
| *Total Administrative Expenses* | *$2,901* | *$2,901* | *$2,901* | *$4,037* |
| *Utilities Expense* | | | | |
| Electricity | $80 | $80 | $80 | $240 |
| DC Water | $2,545 | $2,545 | $2,545 | $7,635 |
| Gas | $350 | $350 | $350 | $1,050 |
| *Total Utilities Expense* | *$2,975* | *$2,975* | *$2,975* | *$8,925* |
| *Repair & Maintenance Expenses* | | | | |
| Maintenance Salary | $455 | $455 | $455 | $1,365 |
| Maintenance Contracts | $1,445 | $1,445 | $1,445 | $4,335 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $450 |
| Pest Control Management | $75 | $75 | $75 | $225 |
| Landscape Maintenance | $2,400 | $0 | $0 | $2,400 |
| Garbage and Trash Removal | $275 | $275 | $275 | $825 |
| Security Contract | $0 | $0 | $0 | $0 |

| | | | | |
|---|---|---|---|---|
| Electrical Repairs | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 |
| Snow Removal | $480 | $480 | $0 | $960 |
| Plumbing Repairs | $100 | $100 | $100 | $300 |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $0 | $0 | $0 | $0 |
| Enviornmental Expense | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $0 | $0 | $0 | $0 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $0 | $0 | $0 | $0 |
| **Total Repair & Maintenance Expenses** | **$5,630** | **$2,980** | **$2,500** | **$11,110** |
| | | | | |
| *Taxes & Insurance Expenses* | | | | |
| Real Estate Taxes | $783 | $783 | $783 | $2,350 |
| Property & Liability Ins | $250 | $250 | $250 | $750 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$1,033** | **$1,033** | **$1,033** | **$3,100** |
| | | | | |
| **Total Cost Of Operations** | **$12,539** | **$9,889** | **$9,409** | **$27,172** |
| | | | | |
| **Net Operating Income** | **-$4,019** | **-$1,369** | **-$889** | **-$1,612** |
| | | | | |
| *Bankr. Administrative Expenses* | | | | |
| Trustee Commission | $1,562 | $1,297 | $1,324 | $4,184 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $7,500 |
| Trustee Accounting Fees | $500 | $500 | $500 | $1,500 |
| U.S. Trustee Fees | $84 | $84 | $84 | $252 |
| **Total Bankr. Administrative Expenses** | **$4,646** | **$4,381** | **$4,408** | **$13,436** |
| | | | | |
| *Debt Service* | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** |
| | | | | |
| **Cash Flow Profit (Loss)** | **-$8,666** | **-$5,751** | **-$5,298** | **-$15,048** |
| | | | | |
| *Replacement Reserve Item Expense* | | | | |
| Appliance Replacement | $0 | $0 | $750 | **$750** |
| Carpet/Floor Replacement | $0 | $0 | $0 | **$0** |
| Capital Improvements | $0 | $0 | $0 | **$0** |
| | | | | |
| **Total Capital Improvements** | **$0** | **$0** | **$750** | **$750** |

| Account Name | Jan '25 | Feb '25 | Mar '25 | Total |
|---|---|---|---|---|
| **Noble Realty Advisors** | | | | |
| **2440 S Street, SE** | | | | |
| **Cash Collateral Budget** | | | | |
| **_Income_** | | | | |
| **_Rental Income_** | | | | |
| Rent Income | $0 | $0 | $0 | $0 |
| Housing Assist Payments | $16,638 | $16,638 | $16,638 | $49,914 |
| **_Total Rent Income_** | **$16,638** | **$16,638** | **$16,638** | **$49,914** |
| **_Other Income_** | | | | |
| Late Fees | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 |
| **_Total Other Income_** | **$0** | **$0** | **$0** | **$0** |
| **_Total Property Income_** | **$16,638** | **$16,638** | **$16,638** | **$49,914** |
| **_Expenses_** | | | | |
| **_Administrative Expenses_** | | | | |
| Bank Fees | $15 | $15 | $15 | $45 |
| Advertising /Marketing | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $45 |
| Management Fee | $2,333 | $2,333 | $2,333 | $6,999 |
| Manager Salary | $538 | $538 | $538 | $1,614 |
| Leasing Commission | $0 | $0 | $0 | $0 |
| Audit Expense | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $0 |
| Bad Debts | $0 | $0 | $0 | $0 |
| **_Total Administrative Expenses_** | **$2,901** | **$2,901** | **$2,901** | **$8,703** |
| **_Utilities Expense_** | | | | |
| Electricity | $75 | $75 | $75 | $225 |
| Water/Sewer | $2,333 | $2,333 | $2,333 | $6,999 |
| Gas | $300 | $300 | $300 | $900 |
| **_Total Utilities Expense_** | **$2,708** | **$2,708** | **$2,708** | **$8,124** |
| **_Repair & Maintenance Expenses_** | | | | |
| Maintenance Contracts | $455 | $455 | $455 | $1,365 |
| Supplies | $75 | $75 | $75 | $225 |
| Maintenance Contracts | $1,345 | $1,345 | $1,345 | $4,035 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $450 |
| Pest Control Management | $75 | $0 | $0 | $75 |
| Landscape Maintenance | $1,200 | $0 | $0 | $1,200 |
| Garbage and Trash Removal | $350 | $350 | $350 | $1,050 |
| Security Contract | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 |
| Snow Removal | $670 | $670 | $0 | $1,340 |

| | | | | |
|---|---:|---:|---:|---:|
| Plumbing Repairs | *$100* | *$100* | *$100* | *$300* |
| Unit Turnover-Vacant | *$500* | *$0* | *$0* | *$500* |
| Painting & Decorating- Occupied | *$75* | *$75* | *$75* | *$225* |
| Enviornmental Expense | *$0* | *$0* | *$0* | *$0* |
| Fire Alarm Maintenance | *$100* | *$0* | *$0* | *$100* |
| Sprinkler Maintenance | *$0* | *$0* | *$0* | *$0* |
| Misc. Oper/Main Expense | *$100* | *$100* | *$100* | *$300* |
| ***Total Repair & Maintenance Expenses*** | ***$4,990*** | ***$2,865*** | ***$2,195*** | ***$10,050*** |
| | | | | |
| ***Taxes & Insurance Expenses*** | | | | |
| Real Estate Taxes | *$744* | *$744* | *$744* | *$2,232* |
| Property & Liability Ins | *$250* | *$250* | *$250* | *$750* |
| Misc. Taxes, Lic, Permits | *$0* | *$0* | *$0* | *$0* |
| ***Total Taxes/Insurance Exp*** | ***$994*** | ***$994*** | ***$994*** | ***$2,982*** |
| | | | | |
| ***Total Cost Of Operations*** | ***$11,593*** | ***$9,468*** | ***$8,798*** | ***$29,859*** |
| | | | | |
| ***Net Operating Income*** | ***$5,045*** | ***$7,170*** | ***$7,840*** | ***$20,055*** |
| | | | | |
| ***Bankr. Administrative Expenses*** | | | | |
| Trustee Comission | $1,468 | $1,255 | $1,263 | $3,986 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $7,500 |
| Trustee Accounting Fees | $500 | $500 | $500 | $1,500 |
| U.S. Trustee Fees | $84 | $84 | $84 | $252 |
| ***Total Bankr. Administrative Expenses*** | ***$4,552*** | ***$4,339*** | ***$4,347*** | ***$13,238*** |
| | | | | |
| *Debt Service* | | | | |
| ***Total Debt Services*** | *$0* | *$0* | *$0* | *$0* |
| | | | | |
| ***Cash Flow Profit (Loss)*** | ***$493*** | ***$2,831*** | ***$3,493*** | ***$6,816*** |
| | | | | |
| ***Replacement Reserve Item Expense*** | | | | |
| Appliance Replacement | *$0* | *$0* | *$750* | **$750** |
| Carpet/Floor Replacement | *$0* | *$0* | *$0* | **$0** |
| Capital Improvements | *$0* | *$0* | *$0* | **$0** |
| | | | | |
| ***Total Capital Improvements*** | **$0** | **$0** | **$750** | **$750** |

| Noble Realty Advisors | | | | |
|---|---|---|---|---|
| 4400 Hunt Place, NE | | | | |
| Cash Collateral Budget | | | | |
| | | | | |
| **Account Name** | **Jan '25** | **Feb '25** | **Mar '25** | **Total** |
| **Income** | | | | |
| | | | | |
| ***Rental Income*** | | | | |
| Rent Income | *$1,078* | *$1,078* | *$1,978* | $4,134 |
| Housing Assist Payments | *$15,017* | *$15,017* | *$15,017* | $45,051 |
| ***Total Rent Income*** | ***$16,095*** | ***$16,095*** | ***$16,995*** | **$49,185** |
| | | | | |
| ***Other Income*** | | | | |
| Water Fees | *$30* | *$30* | *$30* | $90 |
| Late Fees | *$0* | *$0* | *$0* | $0 |
| Application Fees | *$0* | *$0* | *$0* | $0 |
| Damages/Misc. | *$0* | *$0* | *$0* | $0 |
| ***Total Other Income*** | ***$30*** | ***$30*** | ***$30*** | **$90** |
| | | | | |
| ***Total Property Income*** | ***$16,125*** | ***$16,125*** | ***$17,025*** | **$49,275** |
| | | | | |
| **Expenses** | | | | |
| | | | | |
| ***Administrative Expenses*** | | | | |
| Bank Fees | *$15* | *$15* | *$15* | $45 |
| Advertising /Marketing | *$0* | *$0* | *$0* | $0 |
| Office/Telephone Expense | *$15* | *$15* | *$15* | $45 |
| Management Fee | *$2,500* | *$2,500* | *$2,500* | $7,500 |
| Manager Salary | *$576* | *$576* | *$576* | $1,728 |
| Leasing Commission | *$0* | *$0* | *$0* | $0 |
| Audit Expense | *$0* | *$0* | *$0* | $0 |
| Software/Technical Support | *$0* | *$0* | *$0* | $0 |
| Bad Debts | *$0* | *$0* | *$0* | $0 |
| ***Total Administrative Expenses*** | ***$3,106*** | ***$3,106*** | ***$3,106*** | **$9,318** |
| | | | | |
| ***Utilities Expense*** | | | | |
| Electricity | *$85* | *$85* | *$85* | $255 |
| Water/Sewer | *$2,333* | *$2,333* | *$2,333* | $6,999 |
| Gas | *$200* | *$200* | *$200* | $600 |
| ***Total Utilities Expense*** | ***$2,618*** | ***$2,618*** | ***$2,618*** | **$7,854** |
| | | | | |
| ***Repair & Maintenance Expenses*** | | | | |
| Maintenance Salary | *$490* | *$490* | *$490* | $1,470 |
| Supplies | *$50* | *$50* | *$50* | $150 |
| Maintenance Contracts | *$1,310* | *$1,310* | *$1,310* | $3,930 |
| Janitor & Cleaning Contract | *$200* | *$200* | *$200* | $600 |
| Pest Control Management | *$175* | *$175* | *$175* | $525 |
| Landscape Maintenance | *$450* | *$0* | *$0* | $450 |

| | | | | |
|---|---:|---:|---:|---:|
| Garbage and Trash Removal | $400 | $400 | $400 | $1,200 |
| Security Contract | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 |
| Snow Removal | $250 | $250 | $0 | $500 |
| Plumbing Repairs | $100 | $100 | $100 | $300 |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $75 | $75 | $75 | $225 |
| Enviornmental Expense | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $100 | $0 | $0 | $100 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $300 |
| *Total Repair & Maintenance Expense* | *$3,460* | *$2,660* | *$2,410* | *$8,530* |
| | | | | |
| *Taxes & Insurance Expenses* | | | | |
| Real Estate Taxes | $739 | $739 | $739 | $2,217 |
| Property & Liability Ins | $268 | $268 | $268 | $804 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 |
| *Total Taxes/Insurance Exp* | *$1,007* | *$1,007* | *$1,007* | *$3,021* |
| | | | | |
| *Total Cost Of Operations* | *$10,191* | *$9,391* | *$9,141* | *$28,723* |
| | | | | |
| *Net Operating Income* | *$5,934* | *$6,734* | *$7,884* | *$20,552* |
| | | | | |
| *Bankr. Administrative Expenses* | | | | |
| Trustee Commission | $1,328 | $1,248 | $1,298 | $3,873 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $7,500 |
| Trustee Accounting Fees | $500 | $500 | $500 | $1,500 |
| U.S. Trustee Fees | $84 | $84 | $84 | $252 |
| *Total Bankr. Administrative Expens* | *$4,412* | *$4,332* | *$4,382* | *$13,125* |
| | | | | |
| *Debt Service* | | | | |
| *Total Debt Services* | *$0* | *$0* | *$0* | *$0* |
| | | | | |
| *Cash Flow Profit (Loss)* | *$1,522* | *$2,402* | *$3,502* | *$7,427* |
| | | | | |
| *Replacement Reserve Item Expense* | | | | |
| Appliance Replacement | $0 | $0 | $750 | **$750** |
| Carpet/Floor Replacement | $0 | $0 | $0 | **$0** |
| Capital Improvements | $0 | $0 | $0 | **$0** |
| | | | | |
| *Total Capital Improvements* | **$0** | **$0** | **$750** | **$750** |