Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

1416 Eastern Ave NE LLC, *et al.*[1],

Debtors.

Case No. 24-00180-ELG
Chapter 11
Jointly Administered

**SUPPLEMENTAL NOTICE OF OPPORTUNITY TO OBJECT TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE'S CONSOLIDATION AND USE OF CASH ASSETS BETWEEN JOINTLY ADMINISTERED CASES**

Marc E. Albert, Chapter 11 Trustee for 1416 Eastern Ave. NE LLC, *et al.*, has filed a motion seeking authorization, if necessary, to transfer funds between the Trustee's accounts for each of these ten jointly administered cases in the event monthly income and existing cash on hand in one of the cases is not sufficient to pay the operational expenses for that Property pursuant to the approved Cash Collateral Budgets and any additional approved emergency expense.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then:

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

on or before **February 25, 2025**, you or your attorney must file with the Court a written objection to the application. The objection must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Bradley D. Jones, Esq.
Joshua W. Cox, Esq.
Stinson LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the application and may enter an order approving the application. The Court may approve the application without a hearing if the objection filed states inadequate grounds for denial of the application. Parties in interest with questions may contact the undersigned.

Dated: February 11, 2025

Respectfully submitted,

/s/ Joshua W. Cox
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

CORE/3516991.0007/196239080.1

## CERTIFICATE OF SERVICE

      I hereby certify that, on February 11, 2025, I did serve a copy of the foregoing Supplemental Notice, along with a copy of the *Chapter 11 Trustee's Motion for Order Authorizing Trustee's Consolidation and Use of Cash Assets Between Jointly Administered Cases* originally filed on January 28, 2025 at ECF Dkt. No. 126, by first class mail, postage prepaid, upon the following:

Geneva Holding Co LLC
115 Bytham Ridge Lane
Potomac, MD 20854

Ali Razjooyan
115 Bytham Ridge Lane
Potomac, MD 20854

Houri Azam Razjooyan
117 Bytham Ridge Lane
Potomac, MD 20854

Eimon Razjooyan
117 Bytham Ridge Lane
Potomac, MD 20854

Yusef Scott
14801 Lynnville Terrace
Upper Marlboro, MD 20774

Sadegh Jafari
2339 Rosedown Drive
Reston, VA 20191

Mitra Dadashzadeh
2339 Rosedown Drive
Reston, VA 20191

                                      /s/ Joshua W. Cox
                                      Joshua W. Cox

CORE/3516991.0007/196239080.1