The order below is hereby signed.

Signed: March 3 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: <br><br> 1416 Eastern Ave NE LLC, *et al.*<sup>1</sup>, <br><br> Debtors. | ) <br> ) <br> ) Case No. 24-00180-ELG <br> ) Chapter 11 <br> ) Jointly Administered <br> ) <br> ) |

**ORDER AUTHORIZING TRUSTEE'S CONSOLIDATION AND USE OF CASH
ASSETS BETWEEN JOINTLY ADMINISTERED CASES**

This matter came before the court on the Chapter 11 Trustee's Motion for Order Authorizing Trustee's Consolidation and Use of Cash Assets Between Jointly Administered Cases (the "Motion"). This case involves ten (10) jointly administered cases, each a single asset real estate business owning a multi-family apartment building in the District of Columbia and subject the security interests of TD Bank, N.A (the "Secured Creditor"). In the Motion, the Trustee requests the authority, only if later necessary, to transfer cash assets fully representing the cash collateral of the Secured Creditor, from one case to another in the event the operational

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/196670760.1

funds present for use at a Property are insufficient to pay for that Property's ongoing operational costs, including payments necessary to address potential emergency life-safety issues that may arise. This Court having considered the Motion and any opposition thereto finds that notice of the Motion is adequate as given, that good cause exists to grant the relief requested and that it is hereby:

**ORDERED ADJUDGED AND DECREED** that the Motion is **GRANTED IN IS ENTIRETY**; and it is

**FURTHER ORDERED** that the Trustee, if and only to the extent necessary, is authorized to transfer cash assets from one jointly administered case to the bank accounts maintained by the Trustee for a different jointly administered case, provided that the expense(s) necessitating the transfer are in compliance with the Trustee's approved Cash Collateral Budgets established for each Property, or otherwise comply with the established procedures to approve expenses outside of the established Cash Collateral Budgets set forth in the Court's October 30, 2025 *Order Authorizing Trustee's Final Use of Cash Collateral*; and it is

**FURTHER ORDERED** that any inter-case transfer of funds be conducted only between the Trustee's accounts he is maintaining for these cases with Axos Bank, and not between the property management accounts maintained by Noble Realty Advisors, LLC. Subsequent delivery of funds from the Trustee to the account maintained by Noble for the same property, however, is authorized.

CORE/3516991.0007/196670760.1

**WE ASK FOR THIS:**

/s/ Joshua W. Cox
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

**SEEN:**

/s/ Kristen Eustis, Esq.
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
703-557-7227
Email: Kristen.S.Eustis@usdoj.gov
*Counsel for the Office of the United States*
*Trustee*

Copies of this Order to:

Recipients of ECF Notice