1416 Eastern Ave NE LLC (Case No. 24-00180-ELG)

| Creditor Name | Name/ Address for Notices | Name/ Address for Payment | Proof of Claim Number | Date filed | Class | Total amount claimed | Priority amount claimed | Secured claimed amount | Unsecured claim amount |
|---|---|---|---|---|---|---|---|---|---|
| TD Bank, N.A | Michael D. Nord, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore MD 21202 | Felipe J. Lozano, 5900 N. Andrews Ave, Suite 200, Ft. Lauderdale, FL 33309 | 1 | 10/4/2024 | A.2/A.3 | $933,865.33 | $0.00 | $933,865.33 | $0.00 |
| DC Gov't Office of Tax and Revenue | P.O. Box 37559, Washinton DC, 20013 | P.O. Box 75520, Washington, DC 20013 | 2 | 10/8/2024 | A.1 | $2,947.41 | $0.00 | $2,947.41 | $0.00 |
| Lena Carter-Camara | 1416 Eastern Ave., NE Unit B1, Washington, DC 20019 | Lena Carter-Camara, 1416 Eastern Ave. NE, Apt B1, Washington, DC 20019 | 3 | 10/7/2024 | A.3 | $110,064.00 | $0.00 | $0.00 | $110,064.00 |

| Creditor Name | Name/ Address for Notices | Name/ Address for Payment | Proof of Claim Number | Date filed | Class | Total amount claimed | Priority amount claimed | Secured claimed amount | Unsecured claim amount |
|---|---|---|---|---|---|---|---|---|---|
| DC Gov't Office of Tax and Revenue | DC Gov't Office of Tax and Revenue, PO Box 37559, Washington, DC 20013 | DC Gov't Office of Tax and Revenue, PO Box 75520, Washington, DC 20013 | 1 | 6/3/2024 | B.1 | $10,238.77 | $0.00 | $10,238.77 | $0.00 |
| Internal Revenue Service | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101 | Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201 | 2 | 6/13/2024 | B.3 | $1,500.00 | $0.00 | $0.00 | $1,500.00 |
| DC Water and Sewer Authority | DC Water, 1385 Canal Street SE, Washington, DC 20003 | DC Water, 1385 Canal Street SE, 3rd Floor, Attn: A/R, Washington, DC 20003 | 3 | 7/24/2024 | B.1 | $37,245.99 | $37,245.99 | $37,245.99 | $0.00 |
| Pepco | Pepco, Attn: Credit Department, 701 9th St. NW, Washington, DC 20001 | Pepco, PO Box 13608, Philadelphia, PA 19101 | 4 | 8/6/2024 | B.3 | $2,339.74 | $0.00 | $0.00 | $2,339.74 |
| Washington Gas | Washington Gas: BNKY, 6801 Industrial Rd., 117B, Springfield, VA 22151 | Washington Gas: BNKY, 6801 Industrial Rd., 117B, Springfield, VA 22151 | 5 | 8/12/2024 | B.3 | $9,207.70 | $0.00 | $0.00 | $9,207.70 |
| Washington Gas | Washington Gas: BNKY, 6801 Industrial Rd., 117B, Springfield, VA 22151 | Washington Gas: BNKY, 6801 Industrial Rd., 117B, Springfield, VA 22151 | 6 | 8/12/2024 | B.3 | $1,668.71 | $0.00 | $0.00 | $1,668.71 |
| District of Columbia Office of Attorney General | DC OAG, 400 Sixth Street NW, Washington, DC 20001 | DC OAG, 400 Sixth Street NW, Washington, DC 20001 | 7 | 10/4/2024 | B.3 | $125,000.00 | $0.00 | $0.00 | $125,000.00 |
| TD Bank, N.A. | Michael D. Nord, Gebhardt & Smith, LLP, One South Street, Suite 2200, Baltimore, MD 21202 | Felipe J. Lozano, 5900 N. Andrews Ave., Suite 200, Ft. Lauderdale, FL 33309 | 8 | 10/4/2024 | B.2/B.3 | $4,396,755.53 | $0.00 | $4,396,755.53 | $0.00 |

| Creditor Name | Name/ Address for Notices | Name/ Address for Payment | Proof of Claim Number | Date filed | Class | Total amount claimed | Priority amount claimed | Secured claimed amount | Unsecured claim amount |
|---|---|---|---|---|---|---|---|---|---|
| DC Gov't Office of Tax and Revenue | DC Gov't Office of Tax and Revenue, PO Box 37559, Washington, DC 20013 | DC Gov't Office of Tax and Revenue, PO Box 75520, Washington, DC 20013 | 1 | 6/4/2024 | C.1 | $39,955.57 | $0.00 | $39,955.57 | $0.00 |
| Internal Revenue Service | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101 | Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201 | 2 | 6/13/2024 | C.3 | $1,500.00 | $0.00 | $0.00 | $1,500.00 |
| District of Columbia Water and Sewer Authority | DC Water, 1385 Canal Street SE, Washington, DC 20003 | DC Water, 1385 Canal Street SE, 3rd Floor, Attn: A/R, Washington, DC 20003 | 3 | 7/24/2024 | C.1 | $33,335.59 | $33,335.59 | $33,335.59 | $0.00 |
| District of Columbia Office of Attorney General | DC OAG, 400 Sixth Street NW, Washington, DC 20001 | DC OAG, 400 Sixth Street NW, Washington, DC 20001 | 4 | 10/4/2024 | C.3 | $45,000.00 | $0.00 | $0.00 | $45,000.00 |
| TD Bank, N.A. | Michael D. Nord, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202 | Felipe J. Lozano, 5900 N. Andrews Ave., Suite 200, Ft. Lauderdale, FL 33309 | 5 | 10/4/2024 | C.2/C.3 | $2,114,884.23 | $0.00 | $2,114,884.23 | $0.00 |

| Creditor Name | Name/ Address for Notices | Name/ Address for Payment | Proof of Claim Number | Date filed | Class | Total amount claimed | Priority amount claimed | Secured claimed amount | Unsecured claim amount |
|---|---|---|---|---|---|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101 | Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201 | 1 | 6/13/2024 | D.3 | $1,500.00 | $0.00 | $0.00 | $1,500.00 |
| Pepco | Pepco, Attn: Credit Department, 701 9th Street NW, Washington, DC 20001 | Pepco, PO Box 13608, Philadelphia, PA 19101 | 2 | 7/1/2024 | D.3 | $68,179.79 | $0.00 | $0.00 | $68,179.79 |
| Pepco | Pepco, Attn: Credit Department, 701 9th Street NW, Washington, DC 20001 | Pepco, PO Box 13608, Philadelphia, PA 19101 | 3 | 7/1/2024 | D.3 | $7,981.42 | $0.00 | $0.00 | $7,981.42 |
| District of Columbia Water and Sewer Authority | DC Water, 1385 Canal Street SE, Washington, DC 20003 | DC Water, 1385 Canal Street SE, 3rd Floor, Attn: A/R, Washington, DC 20003 | 4 | 7/24/2024 | D.1 | $89,441.79 | $89,441.79 | $89,441.79 | $0.00 |
| District of Columbia Office of Attorney General | DC OAG, 400 Sixth Street NW, Washington, DC 20001 | DC OAG, 400 Sixth Street NW, Washington, DC 20001 | 5 | 10/4/2024 | D.3 | $5,000.00 | $0.00 | $0.00 | $5,000.00 |
| TD Bank, N.A. | Michael D. Nord, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202 | Felipe J. Lozano, 5900 N. Andrews Ave., Suite 200, Ft. Lauderdale, FL 33309 | 6 | 10/4/2024 | D.2/D.3 | $10,802,222.26 | $0.00 | $10,802,222.26 | $0.00 |
| Rodecia Mason | Ms. Rodecia Mason, PO Box 151614, Alexandria, VA 22315 | Ms. Rodecia Mason, PO Box 151614, Alexandria, VA 22315 | 7 | 10/7/2024 | D.3 | $54,996.87 | $0.00 | $0.00 | $54,996.87 |
| Jacia Garris | Jacia Garris, 618 12th St. NE, Apt. 302, Washington, DC 20002 | Jacia Garris, 618 12th St. NE, Apt. 302, Washington, DC 20002 | 8 | 10/7/2024 | D.3 | $93,440.00 | $0.00 | $0.00 | $93,440.00 |
| Tevin Jackson | Tevin Jackson, 830 Xenia St SE, Washington, DC 20032 | Tevin Jackson, 830 Xenia St SE, Washington, DC 20032 | 9 | 10/4/2024 | D.3 | $54,000.00 | $0.00 | $0.00 | $54,000.00 |
| Shanique Swan | Shanique Swan, 2408 Kent Village Place, Landover, MD 20785 | Shanique Swan, 2408 Kent Village Place, Landover, MD 20785 | 10 | 10/4/2024 | D.3 | $39,156.00 | $0.00 | $0.00 | $39,156.00 |
| DC Office of Tax and Revenue | DC Gov't Office of Tax and Revenue, PO Box 37559, Washington, DC 20013 | DC Gov't Office of Tax and Revenue, PO Box 75520, Washington, DC 20013 | 11 | 10/24/2024 | D.1 | $123,743.66 | $0.00 | $123,743.66 | $0.00 |

| Creditor Name | Name/ Address for Notices | Name/ Address for Payment | Proof of Claim Number | Date filed | Class | Total amount claimed | Priority amount claimed | Secured claimed amount | Unsecured claim amount |
|---|---|---|---|---|---|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101 | Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201 | 1 | 6/13/2024 | E.3 | $2,000.00 | $0.00 | $0.00 | $2,000.00 |
| Pepco | Pepco, Attn: Credit Department, 701 9th Street NW, Washington, DC 20001 | Pepco, PO Box 13608, Philadelphia, PA 19101 | 2 | 7/1/2024 | E.3 | $1,829.76 | $0.00 | $0.00 | $1,829.76 |
| District of Columbia Water and Sewer Authority | DC Water, 1385 Canal Street SE, Washington, DC 20003 | DC Water, 1385 Canal Street SE, 3rd Floor, Attn: A/R, Washington, DC 20003 | 3 | 7/24/2024 | E.1 | $50,866.46 | $50,866.46 | $50,866.46 | $0.00 |
| DC Gov't Office of Tax and Revenue | DC Gov't Office of Tax and Revenue, PO Box 37559, Washington, DC 20013 | DC Gov't Office of Tax and Revenue, PO Box 75520, Washington, DC 20013 | 4 | 8/22/2024 | E.1 | $1,917.65 | $0.00 | $1,917.65 | $0.00 |
| TD Bank, N.A. | Michael D. Nord, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202 | Felipe J. Lozano, 5900 N. Andrews Ave., Suite 200, Ft. Lauderdale, FL 33309 | 5 | 10/4/2024 | E.2/E.3 | $993,886.54 | $0.00 | $993,886.54 | $0.00 |

| Creditor Name | Name/ Address for Notices | Name/ Address for Payment | Proof of Claim Number | Date filed | Class | Total amount claimed | Priority amount claimed | Secured claimed amount | Unsecured claim amount |
|---|---|---|---|---|---|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101 | Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201 | 1 | 6/13/2024 | F.3 | $2,000.00 | $0.00 | $0.00 | $2,000.00 |
| Pepco | Pepco, Attn: Credit Department, 701 9th Street NW, Washington, DC 20001 | Pepco, PO Box 13608, Philadelphia, PA 19101 | 2 | 7/1/2024 | F.3 | $1,829.76 | $0.00 | $0.00 | $1,829.76 |
| District of Columbia Water and Sewer Authority | DC Water, 1385 Canal Street SE, Washington, DC 20003 | DC Water, 1385 Canal Street SE, 3rd Floor, Attn: A/R, Washington, DC 20003 | 3 | 7/24/2024 | F.1 | $36,111.40 | $36,111.40 | $36,111.40 | $0.00 |
| DC Gov't Office of Tax and Revenue | DC Gov't Office of Tax and Revenue, PO Box 37559, Washington, DC 20013 | DC Gov't Office of Tax and Revenue, PO Box 75520, Washington, DC 20013 | 4 | 8/22/2024 | F.1 | $36,189.12 | $0.00 | $36,189.12 | $0.00 |
| TD Bank, N.A. | Michael D. Nord, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202 | Felipe J. Lozano, 5900 N. Andrews Ave. Suite 200, Ft. Lauderdale, FL 33309 | 5 | 10/3/2024 | F.2/F.3 | $1,043,609.63 | $0.00 | $1,043,609.63 | $0.00 |

3968 MLK LLC (Case No. 24-00186-ELG)

| Creditor Name | Name/ Address for Notices | Name/ Address for Payment | Proof of Claim Number | Date filed | Class | Total amount claimed | Priority amount claimed | Secured claimed amount | Unsecured claim amount |
|---|---|---|---|---|---|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101 | Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201 | 1 | 6/6/2024 | Unclassified in part, G.3 in part | $20,000.00 | $15,000.00 | $0.00 | $5,000.00 |
| DC Gov't Office of Tax and Revenue | DC Gov't Office of Tax and Revenue, PO Box 37559, Washington, DC 20013 | DC Gov't Office of Tax and Revenue, PO Box 75520, Washington, DC 20013 | 2 | 8/22/2024 | G.1 | $41,961.70 | N/A | $41,961.70 | $0.00 |
| TD Bank, N.A. | Michael D. Nord, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202 | Felipe J. Lozano, 5900 N. Andrews Ave., Suite 200, Ft. Lauderdale, FL 33309 | 3 | 10/3/2024 | G.2/G.3 | $1,028,373.98 | N/A | $1,028,373.98 | $0.00 |

| Creditor Name | Name/ Address for Notices | Name/ Address for Payment | Proof of Claim Number | Date filed | Class | Total amount claimed | Priority amount claimed | Secured claimed amount | Unsecured claim amount |
|---|---|---|---|---|---|---|---|---|---|
| DC Gov't Office of Tax and Revenue | DC Gov't Office of Tax and Revenue, PO Box 37559, Washington, DC 20013 | DC Gov't Office of Tax and Revenue, PO Box 75520, Washington, DC 20013 | 1 | 6/3/2024 | H.1 | $137,579.72 | $0.00 | $137,579.72 | $0.00 |
| Internal Revenue Service | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101 | Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201 | 2 | 6/13/2024 | H.3 | $1,500.00 | $0.00 | $0.00 | $1,500.00 |
| Pepco | Pepco, Attn: Credit Department, 701 9th Street NW, Washington, DC 20001 | Pepco, PO Box 13608, Philadelphia, PA 19101 | 3 | 7/1/2024 | H.3 | $2,120.93 | $0.00 | $0.00 | $2,120.93 |
| District of Columbia Water and Sewer Authority | DC Water, 1385 Canal Street SE, Washington, DC 20003 | DC Water, 1385 Canal Street SE, 3rd Floor, Attn: A/R, Washington, DC 20003 | 4 | 7/24/2024 | H.1 | $139,106.53 | $139,106.53 | $139,106.53 | $0.00 |
| TD Bank, N.A. | Michael D. Nord, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202 | Felipe J. Lozano, 5900 N. Andrews Ave., Suite 200, Ft. Lauderdale, FL 33309 | 5 | 10/3/2024 | H.2/H.3 | $2,550,681.71 | $0.00 | $2,550,681.07 | $0.00 |
| Washington Gas | Washington Gas: BNKY, 6801 Industrial Rd. 117B, Springfield, VA 22151 | Washington Gas: BNKY, 6801 Industrial Rd. 117B, Springfield, VA 22151 | 6 | 10/7/2024 | H.3 | $12,585.47 | $0.00 | $0.00 | $12,585.47 |

| Creditor Name | Name/ Address for Notices | Name/ Address for Payment | Proof of Claim Number | Date filed | Class | Total amount claimed | Priority amount claimed | Secured claimed amount | Unsecured claim amount |
|---|---|---|---|---|---|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101 | Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201 | 1 | 6/14/2024 | I.3 | $1,965.21 | $0.00 | $0.00 | $1,965.21 |
| Pepco | Pepco, Attn: Credit Dept, 701 9th Street NW, Washington, DC 20001 | Pepco, PO Box 13608, Philadelphia, PA 19101 | 2 | 7/1/2024 | I.3 | $6,468.89 | $0.00 | $0.00 | $6,468.89 |
| District of Columbia Water and Sewer Authority | DC Water, 1385 Canal Street SE, Washington, DC 20003 | DC Water, 1385 Canal Street SE, 3rd Floor, Attn: A/R, Washington, DC 20003 | 3 | 7/24/2024 | I.1 | $45,516.09 | $45,516.09 | $45,516.09 | $0.00 |
| TD Bank, N.A. | Michael D. Nord, Gebhardt & Smith, LLP, One South Street, Suite 2200, Baltimore, MD 21202 | Felipe J. Lozano, 5900 N. Andrews Ave., Suite 200, Ft. Lauderdale, FL 33309 | 4 | 10/3/2024 | I.2/I.3 | $3,001,545.79 | $0.00 | $3,001,545.79 | $0.00 |
| DC Gov't Office of Tax and Revenue | DC Gov't Office of Tax and Revenue, PO Box 37559, Washington, DC 20013 | DC Gov't Office of Tax and Revenue, PO Box 75520, Washington, DC 20013 | 5 | 10/4/2024 | I.1 | $4,948.49 | $0.00 | $4,948.49 | $0.00 |
| DC Gov't Office of Tax and Revenue | DC Gov't Office of Tax and Revenue, PO Box 37559, Washington, DC 20013 | DC Gov't Office of Tax and Revenue, PO Box 75520, Washington, DC 20013 | 6 | 10/4/2024 | I.1 | $4,148.55 | $0.00 | $4,148.55 | $0.00 |

| Creditor Name | Name/ Address for Notices | Name/ Address for Payment | Proof of Claim Number | Date filed | Class | Total amount claimed | Priority amount claimed | Secured claimed amount | Unsecured claim amount |
|---|---|---|---|---|---|---|---|---|---|
| DC Gov't Office of Tax and Revenue | DC Gov't Office of Tax and Revenue, PO Box 37559, Washington, DC 20013 | DC Gov't Office of Tax and Revenue, PO Box 75520, Washington, DC 20013 | 1 | 6/6/2024 | J.1 | $9,830.10 | $0.00 | $9,830.10 | $0.00 |
| District of Columbia Water and Sewer Authority | DC Water, 1385 Canal Street SE, Washington, DC 20003 | DC Water, 1385 Canal Street SE, 3rd Floor, Attn: A/R, Washington, DC 20003 | 2 | 7/24/2024 | J.1 | $61,711.17 | $61,711.17 | $61,711.17 | $0.00 |
| Internal Revenue Service | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101 | Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201 | 3 | 9/26/2024 | J.3 | $2,000.00 | $0.00 | $0.00 | $2,000.00 |
| District of Columbia Office of Attorney General | DC OAG, 400 Sixth Street NW, Washington, DC 20001 | DC OAG, 400 Sixth Street NW, Washington, DC 20001 | 4 | 10/4/2024 | J.3 | $25,000.00 | $0.00 | $0.00 | $25,000.00 |
| TD Bank, N.A. | Michael D. Nord, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202 | Felipe J. Lozano, 5900 N. Andrews Ave., Suite 200, Ft. Lauderdale, FL 33309 | 5 | 10/4/2024 | J.2/J.3 | $3,904,661.00 | $0.00 | $3,904,661.00 | $0.00 |
| Donnice Tyler | Donnice Tyler, 4400 Unt Pl. NE, Apt. 103, Washington, DC 20019 | Donnice Tyler, 4400 Unt Pl. NE, Apt. 103, Washington, DC 20019 | 6 | 10/7/2024 | J.3 | $98,280.00 | $0.00 | $0.00 | $98,280.00 |