UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*[1],<br><br>      Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>(Jointly Administered) |

**[PROPOSED] ORDER COMBINING HEARING ON PLAN AND DISCLOSURE STATEMENT SETTING HEARING DATE AND FIXING DEADLINES FOR FILING OBJECTIONS, ACCEPTANCE OR REJECTING THE PLAN**

**To the debtors, their creditors, and other parties in interest:**

A disclosure statement and a plan under chapter 11 of the Bankruptcy Code having been filed by Marc E. Albert, Chapter 11 Trustee for the bankruptcy estates of 1416 Eastern Ave NE LLC, et al. on March 21, 2025, and the Trustee's Expedited Motion to Combine Hearing on Plan and Disclosure Statement and to Hold Hearing on Expedited Basis (the "Motion") having been filed on March 21, 2025, and following a hearing on the Motion held on March 26, 2025,

IT IS ORDERED and notice is hereby given, that:

    A. The hearing to consider final approval of the Disclosure Statement, and, if approved, confirmation of the Plan shall be held on [         ] at [   ] a.m. EST,

    B. [    ], **2025**, is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P 3017(a) written objections to the Disclosure Statement, and for filing and serving in accordance with Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the Plan.

    C. [     ], **2025**, is fixed as the last day for providing written acceptances or rejections of the Plan referred to above. Parties provided with a Ballot for Accepting or Rejecting the Plan of Reorganization are directed to mail or email their ballot to:

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

| | | |
|---|---|---|
| Marc E. Albert, Trustee<br>Stinson, LLP<br>1775 Pennsylvania Ave. NW, Ste. 800<br>Washington, DC 20006<br>marc.albert@stinson.com | OR | Joshua W. Cox<br>Stinson, LLP<br>1775 Pennsylvania Ave. NW, Ste. 800<br>Washington, DC 20006<br>joshua.cox@stinson.com |

Parties mailing their ballot should send their ballot so that it is **received** by the Trustee prior to expiration of the deadline set above. Parties are not required to file their ballot with the Court.

Requests for copies of the Disclosure Statement and the Plan shall be requested from the Trustee at either of the addresses listed above.

D. The Trustee shall file with the Court a summary of the ballots received on or before **[        ], 2025.**

E. On or before **[        ], 2025**, the Trustee shall cause a copy of this Order, the Disclosure Statement, the Plan, the Motion, and, if appropriate, a ballot conforming to *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) to be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d).

**WE ASK FOR THIS:**

/s/ Joshua W. Cox
Joshua W. Cox, Esq.
Bar No. 1033283
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
joshua.cox@stinson.com
*Counsel for Marc E. Albert, Trustee*

CORE/3516991.0007/197187119.1