Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*[1],<br><br>Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>(Jointly Administered) |

**TRUSTEE'S MOTION TO EXPEDITE HEARING ON MOTION FOR ORDER (I) COMBINING HEARING ON APPROVAL OF PLAN AND DISCLOSURE STATEMENT AND (II) SCHEDULING CONFIRMATION HEARING AND RELATED DEADLINES, SHORTENING NOTICE PERIODS, AND WAIVING NEED FOR WRITTEN OBJECTIONS**

Marc E. Albert, the chapter 11 trustee ("Trustee") of the bankruptcy estates of 1416 Eastern NE LLC, et al. ("Debtors"), by and through his undersigned attorneys, Stinson LLP, and pursuant to Bankruptcy Rule 9006(c)(1) and D.C. LBR 9013-2, hereby files this Motion to Expedite Hearing and Waiving Need for Written Objections (the "Motion for Expedited Hearing"). Along with his plan and Disclosure Statement, the Trustee has contemporaneously

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

filed his *Expedited Motion for Order (I) Combining Hearing on Approval of Disclosure Statement and (II) Scheduling Confirmation Hearing and Related Deadlines on an Expedited Basis* (the "Expedited Confirmation Motion"). The Expedited Confirmation Motion itself seeks to both combine the hearings on consideration of approval of the Disclosure Statement and Confirmation of the Trustee's Plan pursuant to Section 105(d)(2)(B)(vi) of the Bankruptcy Code, and to hold such hearing on an expedited timeline. This Motion for Expedited Hearing, therefore seeks to hold a hearing on the relief sought in Expedited Confirmation Motion. In support of this Motion for Expedited hearing, the Trustee states as follows:

**Relief Requested**

1.   The Trustee requests that the Court hold a hearing on the Expedited Confirmation Motion as soon as is practical.

2.   The Trustee, prior to the filing both the Expedited Confirmation Motion and this Motion for Expedited Hearing, conferred with the Court's Chambers, and has secured a tentative hearing date of **Wednesday, March 26, 2025 at 10:00 am**.

3.   Given the nature of the relief sought in the Expedited Confirmation Motion, the Trustee agrees and asks that the need for any party to file a written objection or other response to the Expedited Confirmation Motion, be waived and allow parties to appear and present any arguments against or in support of the Expedited Confirmation Motion orally at the expedited hearing, and that the related notices periods be shortened to accommodate this hearing.

**The Need for Shortened Time**

4.   Rule 9006(c)(1) of the Bankruptcy Rules allows the Court to shorten notice periods. Specifically, Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of

CORE/3516991.0007/197298809.1

court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

5.   Cause exists to reduce the notice period and time to hold a hearing pursuant to Rule 9006(c)(1). As detailed in Expedited Confirmation Motion, there is a need to condense and expedite the relevant periods associated with approval of the Trustee's recently filed Disclosure Statement and Chapter 11 Plan to allow for the expeditious consideration over approval of sale of the Debtor Properties through the Trustee's plan. Selling the Debtor Properties is both critical to preserving the value of the bankruptcy estates as well as serves to protect the health, life, and safety of the tenants residing at those properties by transferring ownership of those properties to a buyer better able to manage and address the conditions present at those Properties. In order to allow for that expedited timetable to be achieved after the consideration of the Court, it is therefore also necessary to hold a hearing on the Expedited Confirmation Motion in as fast of a time as the Court will allow.

WHEREFORE, the Trustee requests that the Court grant this Motion for Expedited Hearing, hold a hearing on the Expedited Confirmation Motion as soon as is practical, that the Court order that the need for written objections or responses to the Expedited Confirmation Motion be waived, and that the Court order such other relief as it deems appropriate and proper.

Dated:  March 21, 2025                              Respectfully submitted,

      /s/ Joshua W. Cox
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

## **CERTIFICATE OF SERVICE**

I certify that on March 21, 2025, a copy of the foregoing was served by CM/ECF, to all parties receiving notice thereby, with a copy sent via email to all parties providing one on any filed Proof of Claim, including:

- TD Bank: felipe.lozano@td.com
- DC Government Office of Tax and Revenue: angela.coleman@dc.gov
- Lena Carter-Camara: lcamara_64@yahoo.com
- DC Water and Sewer Authority: custserv@dcwater.com
- Pepco: pepcocredit@exeloncorp.com
- Washington Gas: angela.brown@washgas.com
- Jacia Garris: misswashington73@gmail.com
- Tevin Jackson: jaquanna469@gmail.com
- Shanique Swan: sdswan77@gmail.com

      /s/ Joshua W. Cox
Joshua W. Cox