The order below is hereby signed.

Signed: March 24 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | ) |
|  | ) Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) Chapter 11 |
|  | ) (Jointly Administered) |
| Debtors. | ) |

**ORDER GRANTING TRUSTEE'S MOTION TO EXPEDITE HEARING ON MOTION FOR ORDER (I) COMBINING HEARING ON APPROVAL OF PLAN AND DISCLOSURE STATEMENT AND (II) SCHEDULING CONFIRMATION HEARING AND RELATED DEADLINES, SHORTENING NOTICE PERIODS, AND WAIVING <u>NEED FOR WRITTEN OBJECTIONS</u>**

Upon consideration of the Motion for Expedited Hearing filed by Marc E. Albert, the ,

the chapter 11 trustee ("Trustee") of the bankruptcy estates of 1416 Eastern NE LLC, et al.

("Debtors"), and the Court finding that (a) it has jurisdiction over the matters raised in the

Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/197298809.1

to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to Expedite was given under the circumstances and that no other or further notice is necessary; and the Court finding that the relief requested in the Motion to Expedite is in the best interests of the Debtors, their estates, creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Expedite is granted.

2. An expedited hearing to consider approval of the relief sought in the *Trustee's Expedited Motion for Order (I) Combining Hearing on Approval of Disclosure Statement and (II) Scheduling Confirmation Hearing and Related Deadlines on an Expedited Basis* will be held on **March 26, 2025 at 10:00 am**, both in person at the United States Bankruptcy Court for the District of Columbia in Courtroom 1, 333 Constitution Avenue, N.W., Washington, D.C. 20001, and by Zoom, pursuant to protocols to be established by the Court. Parties wishing to attend by Zoom may contact the Court Clerk at Gunn_Hearings@dcb.uscourts.gov to obtain the meeting code.

3. The need for parties to file written objections or other responses to the relief sought in the *Trustee's Expedited Motion for Order (I) Combining Hearing on Approval of Disclosure Statement and (II) Scheduling Confirmation Hearing and Related Deadlines on an Expedited Basis* are hereby waived and parties may appear and present any objections to the Motion orally at the hearing.

4. The Trustee shall serve this order by e-mail on (a) the U.S. Trustee, (b) T.D. Bank, (c) the District of Columbia, (d) Counsel for the Debtors, and (e) any party that has supplied an email address on any filed Proof of Claim.

**END OF ORDER**

**WE ASK FOR THIS:**

/s/Joshua W. Cox
Joshua W. Cox, No. 1033283
Bradley D. Jones, No. VA68
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
joshua.cox@stinson.com
brad.jones@stinson.com
*Attorneys for Marc E. Albert, Trustee*

Copies to: All parties receiving notice via CM/ ECF