# EX. A - ASSUMPTION AND CURE SCHEDULE

1416 Eastern Ave NE LLC (Case No. 24-00180-ELG)

| Name of Tenants | Address | Cure Amount |
|---|---|---|
| Lena Carter | 1416 Eastern Avenue NE Unit #B01 Washington, DC 20019 | $0.00 |
| Michelle Christian | 1416 Eastern Avenue NE Unit #201 Washington, DC 20019 | $0.00 |
| Tyesha Goode | 1416 Eastern Avenue NE Unit #101 Washington, DC 20019 | $0.00 |
| Fontavia Griffin | 1416 Eastern Avenue NE Unit #B02 Washington, DC 20019 | $0.00 |
| Donnell Ray | 1416 Eastern Avenue NE Unit #102 Washington, DC 20019 | $0.00 |
| * Any person(s) subject to a valid residential lease at the Property not otherwise listed | | $0.00 |

945 Longfellow St NW LLC (Case No. 2400181-ELG)

| Name of Tenants | Address | Cure Amount |
|---|---|---|
| Fatima Glasco | 945 Longfellow Street Northwest Unit #06 Washington, DC 20011 | $0.00 |
| Kevin Gilchrist | 945 Longfellow Street Northwest Unit #15 Washington, DC 20011 | $0.00 |
| Maria Vigil Hernandez | 945 Longfellow Street Northwest Unit #09 Washington, DC 20011 | $0.00 |

| Markita Jordan | 945 Longfellow Street Northwest Unit #07 Washington, DC 20011 | $0.00 |
| --- | --- | --- |
| Kalkidan Kumilachew | 945 Longfellow Street Northwest Unit #04 Washington, DC 20011 | $0.00 |
| Shaquanda Perry | 945 Longfellow Street Northwest Unit #01 Washington, DC 20011 | $0.00 |
| Marina Quintanilla-Doe | 945 Longfellow Street Northwest Unit #05 Washington, DC 20011 | $0.00 |
| Brenda Thompson | 945 Longfellow Street Northwest Unit #14 Washington, DC 20011 | $0.00 |
| Ayesha Upshur | 945 Longfellow Street Northwest Unit #02 Washington, DC 20011 | $0.00 |
| * Any person(s) subject to a valid residential lease at the Property not otherwise listed | | $0.00 |

2501 Naylor Rd SE LLC (Case No. 24-00182-ELG)

| Name of Tenants | Address | Cure Amount |
| --- | --- | --- |
| Layetta Howard | 2501 Naylor Road Southeast Unit #B2 Washington, DC 20020 | $0.00 |
| April Nickens | 2501 Naylor Road Southeast Unit #04 Washington, DC 20020 | $0.00 |
| Jessica Phillips | 2501 Naylor Road Southeast Unit #B1 Washington, DC 20020 | $0.00 |

| | | |
|---|---|---|
| Diamond Stewart | 2501 Naylor Road Southeast Unit #03 Washington, DC 20020 | $0.00 |
| * Any person(s) subject to a valid residential lease at the Property not otherwise listed | | $0.00 |

4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG)

| Name of Tenants | Address | Cure Amount |
|---|---|---|
| Daeshana Anderson | 4305 Wheeler Road Southeast Unit #202 Washington, DC 20032 | $0.00 |
| Shamona Anderson | 4301 Wheeler Road Southeast Unit #101 Washington, DC 20032 | $0.00 |
| Avaye Armstrong | 4313 Wheeler Road Southeast Unit #101 Washington, DC 20032 | $0.00 |
| Shakira Bell | 4313 Wheeler Road Southeast Unit #201 Washington, DC 20032 | $0.00 |
| Kierra Bell | 4301 Wheeler Road Southeast Unit #201 Washington, DC 20032 | $0.00 |
| Regina February | 4313 Wheeler Road Southeast Unit #104 Washington, DC 20032 | $0.00 |
| Jacia Garris | 4301 Wheeler Road Southeast Unit #202 Washington, DC 20032 | $0.00 |
| Talanda Garrett | 4305 Wheeler Road Southeast Unit #204 Washington, DC 20032 | $0.00 |

| | | |
|---|---|---|
| Dasiah Gordon | 4301 Wheeler Road Southeast Unit #103 Washington, DC 20032 | $0.00 |
| Diana Gottschalk Miller | 4301 Wheeler Road Southeast Unit #104 Washington, DC 20032 | $0.00 |
| Sherod Harvey | 4305 Wheeler Road Southeast Unit #302 Washington, DC 20032 | $0.00 |
| Brittany Hunt | 4301 Wheeler Road Southeast Unit #203 Washington, DC 20032 | $0.00 |
| Tiffany Hunt-Davis | 4313 Wheeler Road Southeast Unit #202 Washington, DC 20032 | $0.00 |
| Tevin Jackson | 4313 Wheeler Road Southeast, Unit #203, Washington, DC 20032 | $0.00 |
| Ronesha Jones | 4313 Wheeler Road Southeast Unit #302 Washington, DC 20032 | $0.00 |
| Vernon Jones | 4305 Wheeler Road Southeast Unit #201 Washington, DC 20032 | $0.00 |
| Ranita Jordan | 4301 Wheeler Road Southeast Unit #102 Washington, DC 20032 | $0.00 |
| Charlene Lindsey | 4305 Wheeler Road Southeast Unit #103 Washington, DC 20032 | $0.00 |
| Rodecia Mason | 4309 Wheeler Road Southeast Unit #104 Washington, DC 20032 | $0.00 |
| John Oldham | 4305 Wheeler Road Southeast Unit #102 | $0.00 |

| | Washington, DC 20032 | |
|---|---|---|
| Richelle Pearson | 4313 Wheeler Road Southeast Unit #103 Washington, DC 20032 | $0.00 |
| Paris Reese | 4313 Wheeler Road Southeast Unit #303 Washington, DC 20032 | $0.00 |
| Kysha Rosario | 4313 Wheeler Road Southeast Unit #102 Washington, DC 20032 | $0.00 |
| Jasmine Sockwell | 4305 Wheeler Road Southeast Unit #203 Washington, DC 20032 | $0.00 |
| Kendria Sidbury | 4313 Wheeler Road Southeast Unit #204 Washington, DC 20032 | $0.00 |
| Ebonie Smith | 4313 Wheeler Road Southeast Unit #301 Washington, DC 20032 | $0.00 |
| Shanique Swan | 4301 Wheeler Road Southeast Unit #204 Washington, DC 20032 | $0.00 |
| * Any person(s) subject to a valid residential lease at the Property not otherwise listed | | $0.00 |

4263 6th St SE Apartments LLC (Case No. 24-00184-ELG)

| Name of Tenants | Address | Cure Amount |
|---|---|---|
| Chanel Jackson | 4263 6th Street Southeast Unit #2 Washington, DC 20032 | $0.00 |
| Kris Kieh | 4267 6th Street Southeast Unit #2 Washington, DC 20032 | $0.00 |

| Jennifer Patrick | 4265 6th Street Southeast Unit #1 Washington, DC 20032 | $0.00 |
|---|---|---|
| * Any person(s) subject to a valid residential lease at the Property not otherwise listed | | $0.00 |

4935 NHB Ave NE LLC (Case No. 24-00185-ELG)

| Name of Tenants | Address | Cure Amount |
|---|---|---|
| Alicia Hurst | 4935 Nannie Helen Burroughs Avenue Northeast Unit #02 Washington, DC 20019 | $0.00 |
| Dijonia Hines | 4935 Nannie Helen Burroughs Avenue Northeast Unit #04 Washington, DC 20019 | $0.00 |
| Latoia Harris | 4935 Nannie Helen Burroughs Avenue Northeast Unit #01 Washington, DC 20019 | $0.00 |
| Rodger Otey | 4935 Nannie Helen Burroughs Avenue Northeast Unit #05 Washington, DC 20019 | $0.00 |
| Ashleigh Palmer | 4935 Nannie Helen Burroughs Avenue Northeast Unit #03 Washington, DC 20019 | $0.00 |
| * Any person(s) subject to a valid residential lease at the Property not otherwise listed | | $0.00 |

3968 MLK LLC (Case No. 24-00186-ELG)

| Name of Tenants | Address | Cure Amount |
|---|---|---|
| Towanda Chew | 3968 Martin Luther King Junior Avenue SE Unit #B2 Washington, DC 20032 | $0.00 |
| Brittany Daniels | 3968 Martin Luther King Junior Avenue SE Unit #02 Washington, DC 20032 | $0.00 |

| Precious Moore | 3968 Martin Luther King Junior Avenue SE Unit #03 Washington, DC 20032 | $0.00 |
|---|---|---|
| Jasmine Tamaklo | 3968 Martin Luther King Junior Avenue SE Unit #04 Washington, DC 20032 | $0.00 |
| * Any person(s) subject to a valid residential lease at the Property not otherwise listed | | $0.00 |

4010 9th St SE LLC (Case No. 24-00187-ELG)

| Name of Tenants | Address | Cure Amount |
|---|---|---|
| John Amanor | 4010 9th Street Southeast Unit #302 Washington, DC 20032 | $0.00 |
| Aunette Banks | 4010 9th Street Southeast Unit #201 Washington, DC 20032 | $0.00 |
| Delonya Boyd | 4010 9th Street Southeast Unit #101 Washington, DC 20032 | $0.00 |
| Lavia Clark | 4010 9th Street Southeast Unit #301 Washington, DC 20032 | $0.00 |
| Tracy Davis | 4010 9th Street Southeast Unit #303 Washington, DC 20032 | $0.00 |
| Ronnell Dawson | 4010 9th Street Southeast Unit #102 Washington, DC 20032 | $0.00 |
| Takita Johnson | 4010 9th Street Southeast Unit #203 Washington, DC 20032 | $0.00 |

| William Reed | 4010 9th Street Southeast Unit #204 Washington, DC 20032 | $0.00 |
|---|---|---|
| Sharon Risper | 4010 9th Street Southeast Unit #202 Washington, DC 20032 | $0.00 |
| Natasha Sprattley | 4010 9th Street Southeast Unit #104 Washington, DC 20032 | $0.00 |
| Charles Stroud | 4010 9th Street Southeast Unit #103 Washington, DC 20032 | $0.00 |
| Lyrics Watkins | 4010 9th Street Southeast Unit #304 Washington, DC 20032 | $0.00 |
| * Any person(s) subject to a valid residential lease at the Property not otherwise listed | | $0.00 |

2440 S St SE LLC (Case No. 24-00188-ELG)

| Name of Tenants | Address | Cure Amount |
|---|---|---|
| Summer Arrington | 2440 S. Street Southeast Unit #01 Washington, DC 20020 | $0.00 |
| Shevonne Edmunds | 2440 S. Street Southeast Unit #05 Washington, DC 20020 | $0.00 |
| Juanita Hall | 2440 S. Street Southeast Unit #11 Washington, DC 20020 | $0.00 |
| Ronetta Higgins | 2440 S. Street Southeast Unit #06 Washington, DC 20020 | $0.00 |

| | | |
|---|---|---|
| Charmayne McNair | 2440 S. Street Southeast Unit #07 Washington, DC 20020 | $0.00 |
| Demyria Myles | 2440 S. Street Southeast Unit #09 Washington, DC 20020 | $0.00 |
| Kamesha Nelson | 2440 S. Street Southeast Unit #04 Washington, DC 20020 | $0.00 |
| Emonie Thompson | 2440 S. Street Southeast Unit #03 Washington, DC 20020 | $0.00 |
| Sarina Washington | 2440 S. Street Southeast Unit #08 Washington, DC 20020 | $0.00 |
| Shanta A. Williams | 2440 S. Street Southeast Unit #02 Washington, DC 20020 | $0.00 |
| * Any person(s) subject to a valid residential lease at the Property not otherwise listed | | $0.00 |

4400 Hunt Pl NE LLC (Case No. 24-00189-ELG)

| Name of Tenants | Address | Cure Amount |
|---|---|---|
| Alicea Boots | 4400 Hunt Place Northeast Unit #104 Washington, DC 20019 | $0.00 |
| Chris Brown | 4400 Hunt Place Northeast Unit #100 Washington, DC 20019 | $0.00 |
| Jamar Bush | 4400 Hunt Place Northeast Unit #203 Washington, DC 20019 | $0.00 |

| | | |
|---|---|---|
| Janae Ceasar | 4400 Hunt Place Northeast Unit #303, Washington, DC 20019 | $0.00 |
| Richard Fulton | 4400 Hunt Place Northeast Unit #302 Washington, DC 20019 | $0.00 |
| Jacqueline Newby | 4400 Hunt Place Northeast Unit #202 Washington, DC 20019 | $0.00 |
| Efrem Perkins | 4400 Hunt Place Northeast Unit #300 Washington, DC 20019 | $0.00 |
| Delonta Richardson | 4400 Hunt Place Northeast Unit #204 Washington, DC 20019 | $0.00 |
| Sebrina Riggins | 4400 Hunt Place Northeast Unit #101 Washington, DC 20019 | $0.00 |
| Asia Taylor | 4400 Hunt Place Northeast Unit #200 Washington, DC 20019 | $0.00 |
| Edward Taylor | 4400 Hunt Place Northeast Unit #102 Washington, DC 20019 | $0.00 |
| Donnice Tyler | 4400 Hunt Place Northeast Unit #103 Washington, DC 20019 | $0.00 |
| Vanecia Walker | 4400 Hunt Place Northeast Unit #201 Washington, DC 20019 | $0.00 |
| Lisa Warren | 4400 Hunt Place Northeast Unit #301 Washington, DC 20019 | $0.00 |
| Ahmad Yancy | 4400 Hunt Place Northeast Unit #304 | $0.00 |

|  | Washington, DC 20019 |  |
|---|---|---|
| * Any person(s) subject to a valid residential lease at the Property not otherwise listed | $0.00 |  |