The order below is hereby signed.

Signed: March 24 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                    )
                                          )
                                          )    Case No. 24-00180-ELG
1416 Eastern Ave NE LLC, *et al.*[1],     )    Chapter 11
                                          )    (Jointly Administered)
    Debtors.                              )
                                          )

**ORDER GRANTING TRUSTEE'S MOTION TO EXPEDITE HEARING ON MOTION
FOR ORDER (I) COMBINING HEARING ON APPROVAL OF PLAN AND
DISCLOSURE STATEMENT AND (II) SCHEDULING CONFIRMATION HEARING
AND RELATED DEADLINES, SHORTENING NOTICE PERIODS, AND WAIVING
<u>NEED FOR WRITTEN OBJECTIONS</u>**

Upon consideration of the Motion for Expedited Hearing filed by Marc E. Albert, the ,

the chapter 11 trustee ("Trustee") of the bankruptcy estates of 1416 Eastern NE LLC, et al.

("Debtors"), and the Court finding that (a) it has jurisdiction over the matters raised in the

Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/197298809.1

to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to Expedite was given under the circumstances and that no other or further notice is necessary; and the Court finding that the relief requested in the Motion to Expedite is in the best interests of the Debtors, their estates, creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Expedite is granted.

2. An expedited hearing to consider approval of the relief sought in the *Trustee's Expedited Motion for Order (I) Combining Hearing on Approval of Disclosure Statement and (II) Scheduling Confirmation Hearing and Related Deadlines on an Expedited Basis* will be held on **March 26, 2025 at 10:00 am**, both in person at the United States Bankruptcy Court for the District of Columbia in Courtroom 1, 333 Constitution Avenue, N.W., Washington, D.C. 20001, and by Zoom, pursuant to protocols to be established by the Court. Parties wishing to attend by Zoom may contact the Court Clerk at Gunn_Hearings@dcb.uscourts.gov to obtain the meeting code.

3. The need for parties to file written objections or other responses to the relief sought in the *Trustee's Expedited Motion for Order (I) Combining Hearing on Approval of Disclosure Statement and (II) Scheduling Confirmation Hearing and Related Deadlines on an Expedited Basis* are hereby waived and parties may appear and present any objections to the Motion orally at the hearing.

4. The Trustee shall serve this order by e-mail on (a) the U.S. Trustee, (b) T.D. Bank, (c) the District of Columbia, (d) Counsel for the Debtors, and (e) any party that has supplied an email address on any filed Proof of Claim.

**END OF ORDER**

**WE ASK FOR THIS:**

/s/Joshua W. Cox
Joshua W. Cox, No. 1033283
Bradley D. Jones, No. VA68
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
joshua.cox@stinson.com
brad.jones@stinson.com
*Attorneys for Marc E. Albert, Trustee*

Copies to: All parties receiving notice via CM/ ECF

3

United States Bankruptcy Court

District of Columbia

In re:  Case No. 24-00180-ELG

1416 EASTERN AVE NE LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2

Date Rcvd: Mar 24, 2025      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**

**Recip ID      Recipient Name and Address**
dbpos      + 1416 EASTERN AVE NE LLC, 700 51st Street NE#102B, Washington, DC 20019-5549

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:**

**Name      Email Address**

Elizabeth Drayden Peters
     on behalf of Creditor TD Bank  N.A. epeters@gebsmith.com

Emil Hirsch
     on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com
     ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com

Joshua W. Cox
     on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com  porsche.barnes@stinson.com

Kristen S. Eustis
     on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Laura C. Beckerman
     on behalf of Creditor Office of the Attorney General for the District of Columbia laura.beckerman@dc.gov  mina.kasama@dc.gov

Marc E. Albert

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 24, 2025 | Form ID: pdf001 | Total Noticed: 1 |

Marc E. Albert
    marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com
    on behalf of Trustee Marc E. Albert marc.albert@stinson.com
    porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Maurice Belmont VerStandig
    on behalf of Attorney Maurice VerStandig mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael D. Nord
    on behalf of Creditor TD Bank  N.A. mnord@gebsmith.com

Michael T. Freeman
    on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

Nancy L. Alper
    on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Ruiqiao Wen
    on behalf of Trustee Marc E. Albert ruiqiao.wen@stinson.com

Stephon Woods
    on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov

Tracey Michelle Ohm
    on behalf of Trustee Marc E. Albert tracey.ohm@stinson.com porsche.barnes@stinson.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

William C. Johnson, Jr.
    on behalf of Debtor In Possession 1416 EASTERN AVE NE LLC William@JohnsonLG.Law
    wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

TOTAL: 16