The order below is hereby signed.

Signed: March 27 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

1416 Eastern Ave NE LLC, *et al.*[1],

Debtors.

)
)
)
)
)
)
)
)
)
)
)

Case No. 24-00180-ELG
Chapter 11
(Jointly Administered)

**Confirmation Hearing Date:**
**April 29, 2025 at 10:00 a.m. EST**

### ORDER AND NOTICE COMBINING HEARING ON PLAN AND DISCLOSURE STATEMENT SETTING HEARING DATE AND FIXING DEADLINES FOR FILING OBJECTIONS, ACCEPTANCE OR REJECTING THE PLAN

**To the debtors, their creditors, and other parties in interest:**

A disclosure statement ("Disclosure Statement") and a plan ("Plan") under chapter 11 of the Bankruptcy Code having been filed by Marc E. Albert, Chapter 11 Trustee for the bankruptcy estates of 1416 Eastern Ave NE LLC, et al. on March 21, 2025, and the *Trustee's Expedited Motion to Combine Hearing on Plan and Disclosure Statement and to Hold Hearing on Expedited Basis*

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

1

(the "Motion") having been filed on March 21, 2025, and following a hearing on the Motion held on March 26, 2025,

**IT IS ORDERED** and notice is hereby given, that:

A. For good cause shown, the Motion seeking to combine the hearing on approval of the Disclosure Statement with the hearing on confirmation of the Plan is hereby **GRANTED**, and the notice periods for consideration of approval of the Disclosure Statement and confirmation of the Plan are hereby shortened to the periods provided for in this Order.

B. The $250,000.00 "Break Up Fee" as provided for in the Plan and attached Purchase Agreement is hereby **APPROVED** and shall be considered in evaluating potential higher and better offers for sale of the Properties. Parties wishing to submit competing offers for sale of the Properties may do so by submitting the offer to the Trustee at or before the Confirmation Hearing.

C. The hearing to consider final approval of the Disclosure Statement, and, if approved, confirmation of the Plan shall be held on **April 29, 2025** at **10:00 a.m. EST**, Pursuant to General Order 2024-03 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or who wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at Gunn_Hearings@dcb.uscourts.gov for Zoom login instructions. Parties intending to present substantial evidence or witness testimony may need to attend in-person.

D. **April 22, 2025**, is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P 3017(a) written objections to the Disclosure Statement, and for filing and serving in accordance with Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the Plan.

E. **April 22, 2025**, is fixed as the last day for providing written acceptances or rejections of the Plan referred to above. Parties provided with a Ballot for Accepting or Rejecting the Plan of Reorganization are directed to mail or email their ballot to:

| | | |
|---|---|---|
| Marc E. Albert, Trustee<br>Stinson, LLP<br>1775 Pennsylvania Ave. NW, Ste. 800<br>Washington, DC 20006<br>marc.albert@stinson.com | OR | Bradley D. Jones<br>Joshua W. Cox<br>Stinson, LLP<br>1775 Pennsylvania Ave. NW, Ste. 800<br>Washington, DC 20006<br>brad.jones@stinson.com<br>joshua.cox@stinson.com |

2

    Parties mailing their ballot should send their ballot so that it is **received** by the Trustee prior to expiration of the deadline set above. Parties are not required to file their ballot with the Court.

F. The Trustee shall file with the Court a summary of the ballots received on or before **April 25, 2025.**

G. On or before **March 28, 2025**, the Trustee shall cause a copy of this Order, the Disclosure Statement, the Plan, and, if appropriate, a ballot conforming to *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) to be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d). Within five (5) days after service is completed, the Trustee shall file a certificate of service on the docket for this case evidencing compliance with Rule 3017(d).

**WE ASK FOR THIS:**

/s/ Bradley D. Jones
Bradley D. Jones, No. VA68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Trustee*

United States Bankruptcy Court

District of Columbia

In re:  
1416 EASTERN AVE NE LLC  
    Debtor

Case No. 24-00180-ELG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2  
Date Rcvd: Mar 27, 2025     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | 1416 EASTERN AVE NE LLC, 700 51st Street NE#102B, Washington, DC 20019-5549 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Elizabeth Drayden Peters  
    on behalf of Creditor TD Bank  N.A. epeters@gebsmith.com

Emil Hirsch  
    on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com  
    ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com

Joshua W. Cox  
    on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com  porsche.barnes@stinson.com

Kristen S. Eustis  
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Laura C. Beckerman  
    on behalf of Creditor Office of the Attorney General for the District of Columbia laura.beckerman@dc.gov  mina.kasama@dc.gov

Marc E. Albert

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 27, 2025 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| | marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Marc E. Albert | |
| | on behalf of Trustee Marc E. Albert marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Maurice Belmont VerStandig | |
| | on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael D. Nord | |
| | on behalf of Creditor TD Bank N.A. mnord@gebsmith.com |
| Michael T. Freeman | |
| | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Nancy L. Alper | |
| | on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov |
| Ruiqiao Wen | |
| | on behalf of Trustee Marc E. Albert ruiqiao.wen@stinson.com |
| Stephon Woods | |
| | on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov |
| Tracey Michelle Ohm | |
| | on behalf of Trustee Marc E. Albert tracey.ohm@stinson.com porsche.barnes@stinson.com |
| U. S. Trustee for Region Four | |
| | USTPRegion04.DC.ECF@USDOJ.GOV |
| William C. Johnson, Jr. | |
| | on behalf of Debtor In Possession 1416 EASTERN AVE NE LLC William@JohnsonLG.Law wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com |

TOTAL: 16