Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: <br><br> 1416 Eastern Ave NE LLC, *et al.*[1], <br><br> Debtors. | Case No. 24-00180-ELG <br> Chapter 11 <br> Jointly Administered |

## NOTICE OF SUBSEQUENT CASH COLLATERAL BUDGET

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Marc E. Albert, the chapter 11 trustee ("Trustee") of the bankruptcy estates of 1416 Eastern NE LLC, *et al.* ("Debtors"), by and through his undersigned attorneys, Stinson LLP, files this MP PPH LLC, has filed a *Trustee's Subsequent Cash Collateral Budget* with the Court.

The Debtors filed their voluntary Chapter 11 petitions on May 29, 2024 (the "Petition Date"). The Debtors' cases are jointly administered, with the case of 1416 Eastern Ave NE

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

1

LLC, 24-00180-ELG serving as the main case. *See Order Directing Joint Administration*, [Dkt. 64]. On July 24, 2024, this Court entered an order approving appointment of Marc E. Albert as Chapter 11 trustee of the Debtors' estates. [Dkt. No. 71]. Marc E. Albert serves as the duly appointed and qualified chapter 11 trustee for the Debtors' estates.

On October 30, 2024, the Court issued its *Order Authorizing Trustee's Final Use of Cash Collateral and Granting Adequate Protection* (Dkt. 111) (the "Order"), which allowed the Trustee to continue to use cash collateral in the form of existing cash and rents ("Cash Collateral") generated from the ten (10) multifamily apartment complexes associated with each of the corresponding Debtor entities (together, the "Properties"), subject to the conditions in the Order.

Paragraph 9 of the Order provides that "subject to Paragraph 10, the use of Cash Collateral authorized herein shall terminate on December 31, 2024, at 12:00 p.m. midnight (prevailing Eastern Time), subject to the Trustee's right to seek further order of the Court authorizing use of Cash Collateral." Dkt. 111, ¶ 9. Paragraph 10 of the Order states that, following the Trustee's provision of a subsequent detailed 90-day operating budget (each, a "Subsequent Budget") to Secured Lender for its review and approval, and the provision of the Subsequent Budgets to the Office of the United States Trustee, the Trustee shall file the "resulting, agreed-upon budget with the Court," and, upon that filing, "the Trustee and Debtor estates shall be deemed authorized to use cash collateral pursuant to that budget, through the expiration of the period set forth in that budget[.]" Dkt. 111, ¶ 10.

Pursuant to the procedure set forth in the Order, the Trustee submitted proposed Subsequent Budgets for each of the Properties to the Secured Lender, and has received approval of the same. These Subsequent Budgets also have been provided to the Office of the United

2

States Trustee as outlined in the Order. Copies of each agreed-upon Subsequent Budget are attached hereto as **Exhibit A**.

Dated: March 31, 2025    **RESPECTFULLY SUBMITTED**,

/s/ Joshua W. Cox
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby.

*/s/ Joshua W. Cox*
Joshua W. Cox

3