UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*,[1]<br><br>Debtors. | )<br>)<br>) Case No. 24-00180-ELG<br>) Chapter 11<br>) Jointly Administered<br>)<br>) |

# **CERTIFICATE OF SERVICE**

     I hereby certify that on March 28, 2025, I caused a copy of (1) *Trustee's Joint Plan of Liquidation* [Dkt. No. 132]; (2) *Disclosure Statement* [Dkt. No. 133]; (3) *Order and Notice Combining Hearing on Plan and Disclosure Statement Setting Hearing Date and Fixing Deadlines for Filing Objections, Acceptance or Rejecting the Plan* [Dkt. No. 140]; and (4) if such party is entitled to vote, a ballot conforming to *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) to be mailed via first class mail, postage pre-paid, to the parties listed on the service list attached hereto as **Exhibit A**, comprising the governmental entities specified in Bankruptcy Rule 2002(j), the United States Trustee, creditors, equity security holders, and other parties in interest as provided in Rule 3017(d).

Dated:  April 2, 2025

Respectfully submitted,

/s/ Joshua W. Cox
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert, Ch. 11 Trustee*

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/197571458.1

# Ex. A - SERVICE LIST
*In re 1416 Eastern Ave NE LLC, et al.*, Leading Case No. 24-00180

| | |
|---|---|
| 1416 EASTERN AVE NE LLC<br>700 51st Street NE #102B<br>Washington, DC 20019-5549 | DC Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Child Support Services Division<br>Attn: Legal Services Section<br>400 Sixth St NW<br>Suite 8300<br>Washington, DC 20001-0189 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| DC Gov't Office of Tax and Revenue<br>P.O. Box 37559<br>Washington, DC 20013-7559 | DC Office of Tax and Revenue<br>1101 4th St.<br>SW #270<br>Washington, DC 20024-4457 |
| Donnell Ray<br>1416 Eastern Avenue, NE<br>Unit 102<br>Washington, DC 20019-8136 | Fontavia Griffin<br>1416 Eastern Avenue, NE<br>Unit B2<br>Washington, DC 20019-8136 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Lena Carter-Camara<br>1416 Eastern Ave., NE<br>Unit B1<br>Washington, DC 20019-8136 |
| Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Michelle Christian<br>1416 Eastern Avenue, NE<br>Unit 201<br>Washington, DC 20019-8136 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave.<br>Suite 200<br>Fort Lauderdale, FL 33309-2371 |

1

| | |
|---|---|
| Tyesha Goode<br>1416 Eastern Avenue, NE<br>Unit 101<br>Washington, DC 20019-8136 | U. S. Trustee for Region Four<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| US Realty LLC<br>2300 N ST NW<br>STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW<br>7th Floor<br>Washington, DC 20024-3496 |
| William C. Johnson Jr.<br>The Johnson Law Group, LLC<br>6305 Ivy Lane<br>Suite 630<br>Greenbelt, MD 20770-1465 | Office of the Attorney General for the District of Columbia<br>400 6th Street, N.W.<br>9th Floor<br>Washington, DC 20001-0189 |
| 945 LONGFELLOW ST NW LLC<br>945 Longfellow St NW #103<br>Washington, DC 20011-8218 | Anthon Thomas<br>945 Longfellow St., NW<br>Unit 10<br>Washington, DC 20011-8240 |
| Ayesha Upshur<br>945 Longfellow St., NW<br>Unit #02<br>Washington, DC 20011-8218 | Brenda Thompson<br>945 Longfellow St., NW<br>Unit 12<br>Washington, DC 20011-8240 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 75520<br>Washington, DC 20013-7559 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | Ericka Williams<br>945 Longfellow St., NW<br>Unit 11<br>Washington, DC 20011-8240 |
| Fatima Glasco<br>945 Longfellow St., NW<br>Unit 6<br>Washington, DC 20011-8240 | Kalkidan Kumilachew<br>945 Longfellow St., NW<br>Unit 4<br>Washington, DC 20011-8240 |
| Kevin Gilchrist<br>945 Longfellow St., NW<br>Unit 13<br>Washington, DC 20011-8240 | MARINA QUINTANILLA-DOE<br>945 Longfellow St., NW<br>Unit 5<br>Washington, DC 20011-8240 |

2

| | |
|---|---|
| Maria Hernandez<br>945 Longfellow St., NW<br>Unit 9<br>Washington, DC 20011-8240 | Markita Jordan<br>945 Longfellow St., NW<br>Unit 7<br>Washington, DC 20011-8240 |
| Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 | Pepco<br>Attn: Credit Department<br>701 9th St. NW<br>Washington, DC 20001-4572 |
| Shantel Bolks<br>945 Longfellow St., NW<br>Unit 1<br>Washington, DC 20011-8239 | Washington Gas<br>6801 Industrial Rd<br>117B<br>Springfield, VA 22151-4205 |
| 2501 NAYLOR RD SE LLC<br>2501 Naylor Road, SE #103<br>Washington, DC 20020-4026 | DC WATER<br>ATTN COLLECTIONS DEPARTMENT<br>1385 Canal Street SE<br>Washington, DC 20003-5015 |
| Diamond Stewart<br>2501 Naylor Road, SE<br>Unit 3<br>Washington, DC 20020-4026 | Dominique Jones<br>2501 Naylor Road, SE<br>Unit 5<br>Washington, DC 20020-4026 |
| Jessica Phillips<br>2501 Naylor Road, SE<br>Unit B1<br>Washington, DC 20020-4026 | Layetta Howard<br>2501 Naylor Road, SE<br>Unit B2<br>Washington, DC 20020-4026 |
| Tiffany Epps<br>2501 Naylor Road, SE<br>Unit 2<br>Washington, DC 20020-4026 | 4303-13 WHEELER RD SE LLC<br>4313 Wheeler Rd SE #103<br>Washington, DC 20032-6041 |
| Antuan Bookens<br>4309 Wheeler Road, SE<br>Unit 202<br>Washington, DC 20032-6040 | Avaye Armstrong<br>4313 Wheeler Road, SE<br>Unit 101<br>Washington, DC 20032-6041 |
| Brittany Hunt<br>4301 Wheeler Road, SE<br>Unit 203<br>Washington, DC 20032-6037 | Charlene Lindsey<br>4305 Wheeler Road, SE<br>Unit 103<br>Washington, DC 20032-6039 |

| | |
|---|---|
| Daeshana Anderson<br>4305 Wheeler Road, SE<br>Unit 202<br>Washington, DC 20032-6039 | Dasiah Gordon<br>4301 Wheeler Road, SE<br>Unit 103<br>Washington, DC 20032-6037 |
| Diana Gottschalk Miller<br>4301 Wheeler Road, SE<br>Unit 104<br>Washington, DC 20032-6037 | Ebonie Smith<br>4313 Wheeler Road, SE<br>Unit 301<br>Washington, DC 20032-6025 |
| Finiya Johnson<br>4309 Wheeler Road, SE<br>Unit 203<br>Washington, DC 20032-6040 | Jacia Garris<br>618 12th St NE<br>Apt. 302<br>Washington, DC 20002-5354 |
| Jasmine Sockwell<br>4305 Wheeler Road, SE<br>Unit 203<br>Washington, DC 20032-6039 | John Oldham<br>4305 Wheeler Road, SE<br>Unit 102<br>Washington, DC 20032-6039 |
| Kendria Sidbury<br>4313 Wheeler Road, SE<br>Unit 204<br>Washington, DC 20032-6025 | Kierra Bell<br>4301 Wheeler Road, SE<br>Unit 201<br>Washington, DC 20032-6037 |
| Kysha Rosario<br>4313 Wheeler Road, SE<br>Unit 102<br>Washington, DC 20032-6041 | Nattonnia Ross<br>4309 Wheeler Road, SE<br>Unit 204<br>Washington, DC 20032-6040 |
| Paris Reese<br>4313 Wheeler Road, SE<br>Unit 303<br>Washington, DC 20032-6025 | Pepco: Credit Department<br>701 9th Street NW<br>Washington, DC 20001-4572 |
| Ranita Jordan<br>4301 Wheeler Rd., SE<br>Unit 102<br>Washington, DC 20032-6037 | Regina February<br>4313 Wheeler Road, SE<br>Unit 104<br>Washington, DC 20032-6041 |
| Richelle Pearson<br>4313 Wheeler Road, SE<br>Unit 103<br>Washington, DC 20032-6041 | Rodecia Mason<br>PO Box 151614<br>Alexandria, VA 22315-1614 |
| | |

| | |
|---|---|
| Ronesha Jones<br>4313 Wheeler Road, SE<br>Unit 302<br>Washington, DC 20032-6025 | Shakira Bell<br>4313 Wheeler Road, SE<br>Unit 201<br>Washington, DC 20032-6041 |
| Shamona Anderson<br>4301 Wheeler Rd., SE<br>Unit 101<br>Washington, DC 20032-6037 | Shanique Swan<br>2408 Kent Village Place<br>Landover, MD 20785-3470 |
| Sherod Harvery<br>4305 Wheeler Road, SE<br>Unit 302<br>Washington, DC 20032-6039 | Talanda Garrett<br>4305 Wheeler Road, SE<br>Unit 204<br>Washington, DC 20032-6039 |
| Tevin Jackson<br>830 Xenia St., SE<br>Washington, DC 20032-3970 | Tiffany Hunt-Davis<br>4313 Wheeler Road, SE<br>Unit 202<br>Washington, DC 20032-6041 |
| Vernon Jones<br>4305 Wheeler Road, SE<br>Unit 201<br>Washington, DC 20032-6039 | 4263 6th ST SE Apartments LLC<br>4263 6th St SE #103<br>Washington, DC 20032-3626 |
| Chanel Jackson<br>4263 6th Street, SE<br>Unit 1<br>Washington, DC 20032-3626 | Jennifer Patrick<br>4265 6th Street, SE<br>Unit 2<br>Washington, DC 20032-3613 |
| Kris Kieh<br>4263 6th Street, SE<br>Unit 2<br>Washington, DC 20032-3626 | 4935 NHB AVE NE LLC<br>4935 Nannie Helen Burroughs Ave, NE#103<br>Washington, DC 20019 |
| Alicia Hurst<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 2<br>Washington, DC 20019-3676 | Allen Reeves<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 6<br>Washington, DC 20019-5400 |
| Ashleigh Palmer<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 3<br>Washington, DC 20019-3677 | Department of Consumer and Regulatory Affairs<br>1100 4th St SW<br>Washington, DC 20024-4451 |
| | |

| | |
|---|---|
| Dijonia Hines<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 4<br>Washington, DC 20019-3678 | Latoia Harris<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 1<br>Washington, DC 20019-3679 |
| Rodger Otey<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 5<br>Washington, DC 20019-3676 | 3968 MLK LLC<br>1613 17th PL SE#103<br>Washington, DC 20020-5514 |
| Brittany Daniel<br>3968 Martin Luther King Jr. Avenue, SW<br>Unit 2<br>Washington, DC 20032-1435 | DC Department of Health<br>899 North Capitol Street, NE<br>1st Floor<br>Washington, DC 20002-5686 |
| Jasmine Tamaklo<br>3968 Martin Luther King Jr. Avenue, SW<br>Unit 4<br>Washington, DC 20032-1435 | Precious Moore<br>3968 Martin Luther King Jr. Avenue, SW<br>Unit 3<br>Washington, DC 20032-1435 |
| Towanda Chew<br>3968 Martin Luther King Jr. Avenue, SW<br>Unit B2<br>Washington, DC 20032-1435 | 4010 9th St SE LLC<br>4010 9th St SE #B3<br>Washington, DC 20032-6052 |
| Aunette Banks<br>4010 9th Street, SE<br>Unit 201<br>Washington, DC 20032-6052 | Delonya Boyd<br>4010 9th Street, SE<br>Unit 101<br>Washington, DC 20032-6052 |
| John Amanor<br>4010 9th Street, SE<br>Unit 203<br>Washington, DC 20032-6052 | Lavia Clark<br>4010 9th Street, SE<br>Unit 301<br>Washington, DC 20032-6052 |
| Lyrics Watkins<br>4010 9th Street, SE<br>Unit 304<br>Washington, DC 20032-6052 | Natasha Sprattley<br>4010 9th Street, SE<br>Unit 104<br>Washington, DC 20032-6052 |
| Ronnell Dawson<br>4010 9th Street, SE<br>Unit 102<br>Washington, DC 20032-6052 | Sharon Risper<br>4010 9th Street, SE<br>Unit 202<br>Washington, DC 20032-6052 |
| | |

| | |
|---|---|
| Takita Johnson<br>4010 9th Street, SE<br>Unit 203<br>Washington, DC 20032-6052 | Tracy Davis<br>4010 9th Street, SE<br>Unit 303<br>Washington, DC 20032-6052 |
| William Reed<br>4010 9th Street, SE<br>Unit 204<br>Washington, DC 20032-6052 | 2440 S ST SE LLC<br>2440 S ST SE #B1<br>Washington, DC 20020-4554 |
| Charmayne Mcnair<br>2440 S St., SE<br>Unit 7<br>Washington, DC 20020-4587 | Demyria Myles<br>2440 S St., SE<br>Unit 9<br>Washington, DC 20020-4586 |
| Emonie Thompson<br>2440 S St., SE<br>Unit 3<br>Washington, DC 20020-4586 | Juanita Hall<br>2440 S St., SE<br>Unit 11<br>Washington, DC 20020-4586 |
| Kemesha Nelson<br>2440 S St., SE<br>Unit 4<br>Washington, DC 20020-4587 | Ronetta Higgins<br>2440 S St., SE<br>Unit 6<br>Washington, DC 20020-4587 |
| Sarina Washington<br>2440 S St., SE<br>Unit #08<br>Washington, DC 20020-4554 | Shanta A. Williams<br>2440 S St., SE<br>Unit #02<br>Washington, DC 20020-4586 |
| Shevonne Edmunds<br>2440 S St., SE<br>Unit 5<br>Washington, DC 20020-4587 | Summer Arrington<br>2440 S St., SE<br>Unit 1<br>Washington, DC 20020-4586 |
| Tiara Moses<br>2440 S St., SE<br>Unit 10<br>Washington, DC 20020-4586 | 4400 Hunt PL NE LLC<br>400 Hunt PL NE #B1<br>Washington, DC 20019-3663 |
| Alicea Boots<br>4400 Hunt Place, NE<br>Unit 104<br>Washington, DC 20019-3603 | Asia Taylor<br>4400 Hunt Place, NE<br>Unit 200<br>Washington, DC 20019-3623 |
| | |

| | |
|---|---|
| Delonta Richardson<br>4400 Hunt Place, NE<br>Unit 204<br>Washington, DC 20019-3629 | Donnice Tyler<br>4400 Hunt Place, NE<br>Apt. 103<br>Washington, DC 20019-3603 |
| Edward Taylor<br>4400 Hunt Place, NE<br>Unit 102<br>Washington, DC 20019-3603 | Efrem Perkins<br>4400 Hunt Place, NE<br>Unit 300<br>Washington, DC 20019-3632 |
| Jamar Bush<br>4400 Hunt Place, NE<br>Unit 203<br>Washington, DC 20019-3629 | Janae Caesar<br>4400 Hunt Place, NE<br>Unit 303<br>Washington, DC 20019-3632 |
| Lisa Warren<br>4400 Hunt Place, NE<br>Unit 301<br>Washington, DC 20019-3632 | Richard Fulton<br>4400 Hunt Place, NE<br>Unit 302<br>Washington, DC 20019-3632 |
| Sebrina Riggins<br>4400 Hunt Place, NE<br>Unit 101<br>Washington, DC 20019 | Vanecia Walker<br>4400 Hunt Place, NE<br>Unit 201<br>Washington, DC 20019-3623 |
| Geneva Holding Co LLC<br>115 Bytham Ridge Lane<br>Potomac, MD 20854 | Yusef Scott<br>14801 Lynnville Terrace<br>Upper Marlboro, MD 20774 |
| Ali Razjooyan<br>115 Bytham Ridge Lane<br>Potomac, MD 20854 | Sadegh Jafari<br>2339 Rosedown Drive<br>Reston, VA 20191 |
| Houri Azam Razjooyan<br>117 Bytham Ridge Lane<br>Potomac, MD 20854 | Mitra Dadashzadeh<br>2339 Rosedown Drive<br>Reston, VA 20191 |
| Eimon Razjooyan<br>117 Bytham Ridge Lane<br>Potomac, MD 20854 | Kevin Gilchrist<br>945 Longfellow Street Northwest<br>Unit #15<br>Washington, DC 20011 |
| Shaquanda Perry<br>945 Longfellow Street Northwest<br>Unit #01<br>Washington, DC 20011 | Brenda Thompson<br>945 Longfellow St., NW<br>Unit 14<br>Washington, DC 20011-8240 |

8

| | |
|---|---|
| April Nickens<br>2501 Naylor Road Southeast<br>Unit #04<br>Washington, DC 20020 | Tevin Jackson<br>4313 Wheeler Road Southeast<br>Unit #203<br>Washington, DC 20032 |
| Rodecia Mason<br>4309 Wheeler Road Southeast<br>Unit #104<br>Washington, DC 20032 | Shanique Swan<br>4301 Wheeler Road Southeast<br>Unit #204<br>Washington, DC 20032 |
| Chanel Jackson<br>4263 6th Street Southeast<br>Unit #2<br>Washington, DC 20032 | Kris Kieh<br>4267 6th Street Southeast<br>Unit #2<br>Washington, DC 20032 |
| Jennifer Patrick<br>4265 6th Street Southeast<br>Unit #1<br>Washington, DC 20032 | Towanda Chew<br>3968 Martin Luther King Junior Avenue SE<br>Unit #B2<br>Washington, DC 20032 |
| Brittany Daniels<br>3968 Martin Luther King Jr. Avenue, SE<br>Unit #02<br>Washington, DC 20032-1435 | Precious Moore<br>3968 Martin Luther King Jr. Avenue, SE<br>Unit #03<br>Washington, DC 20032-1435 |
| Jasmine Tamaklo<br>3968 Martin Luther King Jr. Avenue, SE<br>Unit #04<br>Washington, DC 20032-1435 | John Amanor<br>4010 9th Street Southeast<br>Unit #302<br>Washington, DC 20032 |
| Charles Stroud<br>4010 9th Street Southeast<br>Unit #103<br>Washington, DC 20032 | Chris Brown<br>4400 Hunt Place, NE<br>Unit #100<br>Washington, DC 20019-3603 |
| Janae Ceasar<br>4400 Hunt Place, NE<br>Unit #303<br>Washington, DC 20019 | Jacueline Newby<br>4400 Hunt Place, NE<br>Unit #202<br>Washington, DC 20019-3603 |
| Ahmad Yancy<br>4400 Hunt Place, NE<br>Unit #304<br>Washington, DC 20019-3603 | Securities & Exchange Commission<br>Attn: Secretary of the Treasury<br>100 F St. NE<br>Washington DC 20549 |
| | |

9

| | |
|---|---|
| Security & Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Road NW, Suite 1000<br>Atlanta, GA 30326 | Matthew M. Graves (the US Attorney for the District of Columbia)<br>United States Attorney's Office<br>601 D Street, NW<br>Washington, DC 20579 |
| Brian L. Schwalb (the D.C. Attorney General)<br>400 6th Street NW<br>Washington, D.C. 20001 | Muriel Bowser (Mayor of D.C.)<br>John A. Wilson Building<br>1350 Pennsylvania Avenue, NW,<br>Washington, DC 20004 |
| Merrick Garland (United States Attorney General)<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | District of Columbia Housing Authority (DCHA)<br>1133 North Capitol Street, N.E.<br>3rd Floor<br>Washington, DC 20002 |
| U.S. Department of Housing and Urban Development<br>451 7th Street S.W.<br>Washington, DC 20410 | Department of Housing and Community Development<br>1909 Martin Luther King Jr. Avenue SE,<br>Washington, DC 20020 |
| Greater Washington Urban League<br>2901 14th St NW<br>Washington, DC 20009 | District of Columbia Housing Authority<br>300 7th Street SW<br>Washington, DC 20024 |
| Nancy L. Alper<br>Senior Assistant Attorney General<br>400 6th Street, N.W.<br>Washington, DC 20001 | MED Solar 2, LLC<br>c/o HESP Solar LLC<br>Attn: Susan Brodie<br>1 Paragon Dr.<br>Suite 255<br>Montvale NJ, 07645 |
| Capital Venture Trust, LLC<br>267 Kentlands Blvd<br>Suite 3024<br>Gaithersburg, Maryland 20878 | Washington Gas & Light Company<br>c/o Nagle & Zaller, P.C.<br>7226 Lee DeForest Drive<br>Suite 102<br>Columbia, Maryland 21046 |
| DC Health<br>2201 Shannon PL SE<br>2nd Floor<br>Washington, DC 20020 | U.S. Small Business Administration<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 |
| | |

| | |
|---|---|
| DC Department of Health<br>899 North Capitol Street NE<br>1st Floor<br>Washington, DC 20002 | Washington Gas & Light Company<br>c/o Nagle & Zaller, P.C.<br>Attn: Erin K. Voss<br>8840 Standford Boulevard<br>Suite 1800<br>Columbia, Maryland 21045 |
| Logan Tax Services, LLC<br>3723 Old Court Road<br>Suite 204<br>Baltimore MD 21208 | ATCF II DC<br>150 S Pine Island Rd.<br>Suite 417<br>Plantation, Florida 33324 |
| Emil Hirsch, Esq.<br>CARLTON FIELDS, P.A.<br>1025 Thomas Jefferson St. NW, Suite 400W<br>Washington, D.C. 20007 | Stephon D. Woods<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 6TH Street, N.W., 9TH Floor<br>Washington, DC 20001 |
| Elizabeth Drayden Peters<br>Gebhardt & Smith LLP<br>One South Street, Suite 2200<br>Baltimore, MD 21202 | Laura C. Beckerman<br>Senior Trial Counsel, Public Advocacy Division<br>Office of the Attorney General for the District of Columbia<br>400 6th Street, N.W., 10th Floor<br>Washington, D.C. 20001 |
| David Lynn, Esq.<br>15245 Shady Grove Road<br>Suite 465 N<br>Rockville, MD 20850 | Craig London<br>10411 Motor City Dr.<br>Suite 750<br>Bethesda, MD 20817 |

11