FILED

APR - 8 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re: 1416 Eastern Ave

Debtor.

Case No. 24-00180

Chapter _____

_____, Plaintiff,

v.

_____, Defendant.

A.P. No. _____

## MOTION

_____ (name) hereby moves the Court for the following relief:

Hey My name Diamond Stewart I object this Motion because I need more time to read over this I also, need a Bankruptcy attorney to read over this because everyone just recieved our court papers thursday after. Please and Thank You!

Date: 4/8/

Signature: [signed]

Name (Printed): Diamond Stewart

Address: 2501 Naylor rd SE Apt #3 Washington DC 20020

Phone Number: (202) 455 1325

Email: Santana.Diamond08@yahoo.com

P.S. They always owe us paperwork at the last minutes. Just so happened I started reading over it over the weekend by myself and court the date on there which was April 8, 2025 the last they to file a Motion I never been ~~through~~ threw this and I went threw hell the last 5 years living under them with my kids.