## CERTIFICATE OF SERVICE

I hereby certify, that on _April 8, 2025_ a copy of the _Objection_

was served by first class mail, postage prepaid to:

Joshua W. Cox
Stinson LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006

Date: _____

Signature: _Diamond Stewart_

Name (Printed): _Diamond Stewart_

Address: _2501 Naylor rd SE_
_Apt #3 Washington DC 20020_

Phone Number: _(202) 455 1325_

Email: _Santana.Diamond08@yahoo.com_