UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | |
| | ) | Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that, in addition to the service effected on March 28, 2025, of (1) *Trustee's Joint Plan of Liquidation* [Dkt. No. 132]; (2) *Disclosure Statement* [Dkt. No. 133]; (3) *Order and Notice Combining Hearing on Plan and Disclosure Statement Setting Hearing Date and Fixing Deadlines for Filing Objections, Acceptance or Rejecting the Plan* [Dkt. No. 140]; and (4) where applicable, a ballot conforming to *Ballot for Accepting or Rejecting Plan of Reorganization* (Official form 314), further service has been made as set forth below.

Upon review of the title reports for the Debtors' properties, the Trustee identified Edwards Financial, LLC as an additional potential lien holder. Accordingly, on April 16, 2025, I caused a copy of (1) *Trustee's Joint Plan of Liquidation* [Dkt. No. 132]; (2) *Disclosure Statement* [Dkt. No. 133]; and (3) *Order and Notice Combining Hearing on Plan and Disclosure Statement Setting Hearing Date and Fixing Deadlines for Filing Objections, Acceptance or Rejecting the Plan* [Dkt. No. 140] to be mailed via first class mail, postage pre-paid, to Edwards Financial, LLC at the following mailing addresses:

Edwards Financial, LLC
3907 Greenway
Baltimore, MD 21218

Edwards Financial, LLC
c/o James Edwards (Resident Agent)
4405 Greenway
Baltimore, MD 21218

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

Dated:  April 16, 2025                 Respectfully submitted,

/s/ Ruiqiao Wen
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert, Ch. 11 Trustee*