UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | )<br>) |
| 1416 Eastern Ave NE LLC, *et al.*,[1] | ) Case No. 24-00180-ELG<br>) Chapter 11<br>) Jointly Administered |
| Debtors. | )<br>) |

### AFFIDAVIT OF SERVICE

I, the undersigned Savion Rosales, do hereby swear and affirm that the following is true and correct to the best of my personal knowledge and ability.

1. I am over the age of 18 and mentally competent to make this declaration. The statements set forth below are true to the best of my personal knowledge and ability.

2. On April 8, 2025, I personally hand delivered a paper copy of the *Trustee's Omnibus Motion for Entry of an Order (I) Authorizing Assumption and Assignment of Residential Leases in Connection with Sale of Real Property Pursuant to 11 U.S.C. § 365, (II) Fixing Cure Amounts, and (III) Granting Related Relief* filed by the Trustee of March 25, 2025 [ECF Dkt. 137] (the "Motion") to door for each known occupied unit within the multi-family properties located at the following addresses:

    a. 1416 Eastern Avenue NE, Washington, DC 20019;

    b. 4935 Nannie Helen Burroughs Avenue NE, Washington, DC 20019;

    c. 4400 Hunt Place NE, Washington, DC 20019;

---

[1] Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG) (collectively, "Debtors").

    d. 2501 Naylor Road SE, Washington, DC 20020;

    e. 2440 S Street SE, Washington, DC 20020;

    f. ~~3968 Martin Luther King Junior Avenue SW, Washington, DC 20032;~~

    g. 4263 6th Street SE, Washington, DC 20032;

    h. 4010 9th Street SE, Washington, DC 20032;

    i. 4303-4313 Wheeler Road SE, Washington, DC 20032; and

    j. 945 Longfellow Street NW, Washington, DC 20011.

3. For each property, I was provided a list of the occupied units by Noble Realty Advisors ("Noble"), the Trustee's employed property management company for the properties, generated from Noble's rent roll records.

4. For each listed occupied unit, I first knocked on the door to alert the resident of my presence. If a resident answered the door, I hand delivered a copy of the Motion to the occupant that answered the door. I estimate that a person opened the door upon my knocking approximately 50% of the time.

5. Approximately four tenants declined to accept the Motion upon answering the door after knocking. In those instances, I left a copy of the Motion near the residents' door in the same manner as described below.

6. For those units in which no person answered after knocking, I left a copy of the Motion at the unit by either sliding copy under the unit door, or if unable to do so, by rolling a copy of the Motion and inserting it in the door handle for the unit, or otherwise attempting to secure the Motion within the unit door frame in a visible location.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4-17, 2025.

_____
Savion Rosales

DISTRICT OF COLUMBIA: ss

Subscribed and sworn to before the undersigned on the 17th day of April, 2025.

_____
Name: LASHON D. HILL
NOTARY PUBLIC

My appointment expires: June 22, 2027

LASHON D HILL
Notary Public - State of Maryland
Prince George's County
My Commission Expires Jun 22, 2027

3