# EXHIBIT A

CORE/3516991.0007/197238389.1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:  )
  )
  ) Case No. 24-00180-ELG
1416 Eastern Ave NE LLC, *et al.,*  ) Chapter 11
  ) Jointly Administered
Debtors.  )
  )

**SUMMARY SHEET REGARDING ITEMIZATION OF SERVICES RENDERED BY STINSON LLP FOR FIRST INTERIM APPLICATION FOR APPROVAL OF COMPENSATION FOR TRUSTEE'S COUNSEL**

Stinson LLP provides the following Summary Sheet in support of its first interim application for allowance and payment of its fees and expenses as counsel for Marc E. Albert, Chapter 11 trustee for the bankruptcy estates of 1416 Eastern NE LLC, *et al.*:

**NAME OF APPLICANT:**             Stinson LLP

**ROLE IN CASE:**                  Counsel to Chapter 11 Trustee

**FEES PREVIOUSLY REQUESTED:**     $0.00

**FEES PREVIOUSLY AWARDED:**       $0.00

**EXPENSES PREVIOUSLY REQUESTED:** $0.00

**EXPENSES PREVIOUSLY AWARDED:**   $0.00

**RETAINER(S) PAID:**              $0.00

**FEES REQUESTED HEREIN:**         $302,391.00

**EXPENSES REQUESTED HEREIN:**     $2,606.59

1

CORE/3516991.0007/197238389.1

**FEE APPLICATION – SUMMARY OF TIME SPENT**

| TITLE | NAMES OF PROFESSIONALS | HOURS BILLED | RATE | TOTAL FEES |
|---|---|---|---|---|
| Partner | Brad Jones<br>Year of First Bar Admission: 2012 | 104.0<br>83.1 | $575.00<br>$520.00 | $59,800.00<br>$43,212.00 |
| Of Counsel | Tracey Ohm<br>Year of First Bar Admission: 2007 | 52.5 | $515.00 | $27,037.50 |
| Of Counsel | Joshua Cox<br>Year of First Bar Admission: 2014 | 140.3<br>90.4 | $530.00<br>$485.00 | $74,359.00<br>$43,844.00 |
| Associate | Ruiqiao Wen<br>Year of First Bar Admission: 2021 | 28.1<br>50.7 | $475.00<br>$415.00 | $13,347.50<br>$21,040.50 |
| Associate | Clarissa Brady<br>Year of First Bar Admission: 2020 | 9.3 | $400.00 | $3,720.00 |
| Associate | Austin Diehl<br>Year of First Bar Admission: 2023 | 30.4<br>5.6 | $385.00<br>$340.00 | $11,704.00<br>$1,904.00 |
| Associate | Miranda Swift<br>Year of First Bar Admission: 2023 | 5.1 | $385.00 | $1,963.50 |
| Paralegal | Cheryl Duren | 1.7 | $270.00 | $459.00 |
| | **Total:** | **601.20** | | **$302,391.00** |
| | **Average Hourly Rate:** | | **$502.98** | |

2

**SUMMARY BY CATEGORY –** On its invoices, Stinson has designated a task code for each time entry based on the nature of the work performed. A summary of the time spent in each category is as follows:

| Category/Task Code | Task | Hours | Fees |
|---|---|---|---|
| B110 | General/Case Administration | 291.7 | $142,073.50 |
| B120 | Asset Analysis and Recovery | 1.0 | $530.00 |
| B130 | Asset Disposition | 2.7 | $1,309.50 |
| B150 | Meetings of and Communication with Creditors | 0.5 | $265.00 |
| B160 | Fee/Employment Applications | 8.2 | $3,449.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 6.5 | $3,445.00 |
| B190 | Other Contested Matters (excluding assumption/ rejection motions) | 13.5 | $6,853.00 |
| B210 | Business Operations | 77.5 | $41,278.00 |
| B230 | Financing/Cash Collections | 5.6 | $2,912.00 |
| B250 | Real Estate | 96.2 | $53,084.00 |
| B310 | Claims Administration and Objections | 0.8 | $414.50 |
| B320 | Plan and Disclosure Statement | 97.0 | $46,777.50 |
| **TOTAL** | | **601.2** | **$302,391.00** |

Dated: April 21, 2025

Respectfully submitted,

/s/ Joshua W. Cox
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert, Chapter 11 Trustee*

3