Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 80
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*,[1]<br><br>Debtors. | )<br>)<br>)  Case No. 24-00180-ELG<br>)  Chapter 11<br>)  Jointly Administered<br>)<br>) |

**NOTICE OF OPPORTUNITY TO OBJECT TO FIRST INTERIM APPLICATION
FOR APPROVAL OF COMPENSATION FOR CHAPTER 11 TRUSTEE'S COUNSEL
FOR THE PERIOD FROM JULY 22, 2024 THROUGH MARCH 31, 2025**

**PLEASE TAKE NOTICE** that the Chapter 11 Trustee's counsel, Stinson LLP ("Stinson"), has filed an Application for Compensation. The Application seeks fees for Stinson of **$302,391.00** and expenses of **$2,606.59** to be paid from funds of the bankruptcy estate, but certain to certain agreed limitations as described in the Application and provided for in the Trustee's Chapter 11 Plan. This is the first interim application for compensation of the Stinson as counsel for the Chapter 11 Trustee and covers the period from July 22, 2024 through March 31, 2025.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

If you do not want the Court to approve the fees sought by Attorneys in the Application, or if you want the Court to consider your views on the matter, then on or before **May 12, 2025**, you or your attorney must:

File with the Court a written objection or other response to the Motion stating with particularity the grounds with which you base your objection or otherwise explaining you position, at:

> Clerk, U.S. Bankruptcy Court
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:
> Joshua W. Cox
> Stinson LLP
> 1775 Pennsylvania Ave, NW, Suite 800
> Washington, D.C. 20006

If you or your attorney do not take these steps, the court may decide that you do not oppose the approval of the fees sought in the Application by Stinson and may enter an order approving the fees and expenses sought therein to be paid by the bankruptcy estate.

Parties in interest with questions may contact the undersigned.


Dated:  April 21, 2025                              /s/ Joshua W. Cox
                                                    Marc E. Albert, No. 345181
                                                    Bradley D. Jones, No. VA 68
                                                    Joshua W. Cox, No. 1033283
                                                    STINSON LLP
                                                    1775 Pennsylvania Ave., NW
                                                    Suite 800
                                                    Washington, DC 20006
                                                    Tel: 202-785-9100
                                                    Fax: 202-572-9943
                                                    marc.albert@stinson.com
                                                    brad.jones@stinson.com
                                                    joshua.cox@stinson.com
                                                    *Attorneys for Marc E. Albert,*
                                                    *Chapter 11 Trustee*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, upon all parties in interest entitled to notice under applicable Federal Rules of Bankruptcy Procedure.

Dated: April 21, 2025            /s/ Joshua W. Cox
                                                  Joshua W. Cox

CORE/3516991.0007/197240283.1