UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*[1],<br><br>Debtors. | )<br>)<br>) Case No. 24-00180-ELG<br>) Chapter 11<br>) Jointly Administered<br>)<br>) |

**ORDER GRANTING TRUSTEE'S FIRST APPLICATION
FOR INTERIM ALLOWANCE OF COMPENSATION**

Marc E. Albert, the Chapter 11 Trustee ("Trustee") for the bankruptcy estates of 1416 Eastern NE LLC, *et al.* (the "Debtors"), having filed his First Application for Interim Allowance of Compensation, and notice and opportunity for hearing having been given to all creditors and other parties in interest, and upon consideration of any objections filed, it is

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/198016364.1

**ORDERED** that reasonable compensation for actual and necessary expenses incurred is hereby awarded or allowed to the Trustee pursuant to 11 U.S.C. § § 326(a), 330(a), 503(b)(2) or 503(b)(4), as follows:

| **Debtor** | **Case #** | **§ 326(a) Commission (7/24/2024 – 2/28/2025)** |
|---|---|---|
| 1416 EASTERN AVE NE LLC | 24-00180 | $1,452.00 |
| 945 LONGFELLOW ST NW LLC | 24-00181 | $2,859.90 |
| 2501 NAYLOR RD SE LLC | 24-00182 | $1,905.70 |
| 4303-13 WHEELER RD SE LLC | 24-00183 | $7,597.10 |
| 4263 6TH ST SE APARTMENTS LLC | 24-00184 | $1,915.80 |
| 4935 NHB AVE NE LLC | 24-00185 | $1,674.00 |
| 3968 MLK LLC | 24-00186 | $1,848.60 |
| 4010 9TH ST SE LLC | 24-00187 | $3,278.00 |
| 2440 S ST SE LLC | 24-00188 | $2,138.20 |
| 4400 HUNT PL NE LLC | 24-00189 | $2,260.10 |
|  | **TOTAL:** | **$26,929.40** |

and it is

**FURTHER ORDERED,** that payment towards the Trustee's commission approved herein shall be subject to and limited by the agreed carve out ("Carve Out") between the Trustee and TD Bank, N.A. as provided for in Section VI.D of the Trustee's Chapter 11 Plan [ECF Dkt. 132]; and it is

**FURTHER ORDERED**, that the Trustee is authorized to pay himself the fees and expenses awarded herein, subject to the limits provided for in the Carve Out.

2

**WE ASK FOR THIS:**

/s/ Joshua W. Cox
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

Copies to:

ECF Recipients

3