Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 80
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: <br><br> 1416 Eastern Ave NE LLC, *et al.*[1], <br><br> Debtors. | Case No. 24-00180-ELG <br> Chapter 11 <br> Jointly Administered |

**NOTICE OF OPPORTUNITY TO OBJECT TO TRUSTEE'S FIRST APPLICATION
FOR INTERIM ALLOWANCE OF COMPENSATION**

**PLEASE TAKE NOTICE** that Marc E. Albert, the Chapter 11 Trustee ("Trustee") for the bankruptcy estates of 1416 Eastern NE LLC, *et al.* (the "Debtors"), has filed an Application for Compensation. The Application seeks fees for the Trustee of **$26,929.40**, calculated based on the formula for the Trustee's commission found in Section § 326(a) of the Bankruptcy Code based on disbursement made from the Debtor estates during the period of July 24, 2024 through and including February 28, 2025. This is the first interim application for compensation on behalf of the Chapter 11 Trustee.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/198016568.1

If you do not want the Court to approve the fees sought by Attorneys in the Application, or if you want the Court to consider your views on the matter, then on or before **May 12, 2025**, you or your attorney must:

File with the Court a written objection or other response to the Motion stating with particularity the grounds with which you base your objection or otherwise explaining you position, at:

> Clerk, U.S. Bankruptcy Court
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:
> Joshua W. Cox
> Stinson LLP
> 1775 Pennsylvania Ave, NW, Suite 800
> Washington, D.C. 20006

If you or your attorney do not take these steps, the court may decide that you do not oppose the approval of the fees sought in the Application by Stinson and may enter an order approving the fees and expenses sought therein to be paid by the bankruptcy estate.

Parties in interest with questions may contact the undersigned.

Dated: April 21, 2025

/s/ Joshua W. Cox
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, upon all parties in interest entitled to notice under applicable Federal Rules of Bankruptcy Procedure.

Dated:  April 21, 2025            /s/ Joshua W. Cox
                                               Joshua W. Cox

CORE/3516991.0007/198016568.1