| OWNER | VIOLATION ADDRESS | UNIT | CAP ID | CREATED DATE | FLOOR | LOCATION | VIOLATION | ORIGINAL FINE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 945 LONGFELLOW LLC | 945 LONGFELLOW ST NW | | 20ENF-HOUS-02106 | 1/29/2020 | Basement to 1st Floor | Laundry room/area | 12-G DCMR § 304.18.3 \|Failure to provide a rented dwelling unit that has basement hatchways that provide access to a dwelling unit, with  a device that secures the units from unauthorized entry and/or prevents entrance of rodents, rain, or surface drainage\|524\|30 | $524.00 |
| 945 LONGFELLOW LLC | 945 LONGFELLOW ST NW | | 20ENF-HOUS-02106 | 1/29/2020 | Basement to 1st Floor | Laundry room/area | 12-G DCMR § 305.3  \|Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions\|524\|30 | $524.00 |
| 945 LONGFELLOW LLC | 945 LONGFELLOW ST NW | | 20ENF-HOUS-02106 | 1/29/2020 | Basement to 1st Floor | Laundry room/area | IPMC § 301.2 \|Failure to maintain premises in safe and sanitary condition or in compliance with this chapter of the Property Maintenance Code\|1047\|1 | $1,047.00 |
| 945 LONGFELLOW LLC | 945 LONGFELLOW ST NW | | 20ENF-HOUS-02106 | 1/29/2020 | Basement to 1st Floor | Laundry room/area | IPMC § 504.1 \|Failure to keep plumbing fixture free from obstructions and  capable of performing the function for which it was designed.\|524\|1 | $524.00 |
| 945 LONGFELLOW LLC | 945 LONGFELLOW ST NW | | 20ENF-HOUS-02106 | 1/29/2020 | Basement to 1st Floor | Laundry room/area | IPMC § 506.2 \|Failure to keep every plumbing stack, vent, waste and sewer line free from obstructions, leaks, or defect.  \|1047\|1 | $1,047.00 |
| 945 LONGFELLOW LLC | 945 LONGFELLOW ST NW | | 20ENF-HOUS-02106 | | Exterior | Apartment Entrance Door | IPMC § 601.2 \|Failure by owner to provide or maintain the required mechanical and electrical facilities\|1047\|1 | $1,047.00 |
| 945 LONGFELLOW LLC | 945 LONGFELLOW ST NW | | 21ENF-HOUS-07524 | 9/30/2021 | 2 | Common hallway | 12-G DCMR § 305.3  \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 530 \| 30 | $530.00 |
| 945 LONGFELLOW LLC | 945 LONGFELLOW ST NW | | 21ENF-HOUS-07524 | 9/30/2021 | 2 | Common hallway | 12-G DCMR § 704.1.3  \| Failure to keep all required portable fire extinguishers maintained in an efficient and safe operating condition \| 2118 \| 1 | $2,118.00 |
| 945 LONGFELLOW LLC | 945 LONGFELLOW ST NW | | 21ENF-HOUS-07524 | 9/30/2021 | Exterior | Entire Building | 12-G DCMR § 308.1  \| Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage \| 530 \| 30 | $530.00 |
| 945 LONGFELLOW LLC | 945 LONGFELLOW ST NW | | 21ENF-HOUS-07524 | 9/30/2021 | Exterior | Entire Building | IPMC § 302.3  \| Failure to maintain sidewalk, walkway, driveway, stairs or similar area free of hazardous conditions  \| 530 \| 30 | $530.00 |
| 945 LONGFELLOW LLC | 945 LONGFELLOW ST NW | | 21ENF-HOUS-07524 | 9/30/2021 | Exterior | Rear of building | 12-G DCMR § 302.4  \| Failure to maintain premises or exterior property free from noxious weeds or prohibited vegetative growth, as defined in 12-G DCMR § 302.4.1 \| 530 \| 30 | $530.00 |
| 945 LONGFELLOW LLC | 945 LONGFELLOW ST NW | | 21ENF-HOUS-07524 | 9/30/2021 | Exterior | Rear of building | IPMC § 304.1.1 (7) \| Permitting an unsafe exterior structural condition to exist on premises wherein exterior walls that are not anchored to supporting and supported elements or are not plumb and free from holes, cracks or breaks and loose or rotting materials, are not properly anchored or are not capable of supporting all nominal loads and resisting all load effects  \| 1059 \| 1 | $1,059.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | | 23NOIR-INS-05238 | 8/31/2023 | Exterior | Rear of building | 12-G DCMR ? 308.1  \| Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage \| 590 \| 30 | $590.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | | 24NOIE-INS-00388 | 10/25/2023 | Basement | Basement | IPMC ? 605.1  \| Failure to install electrical equipment, wiring, or appliances in a safe and approved manner \| 590 \| 1 | $590.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | | 24NOIR-INS-00590 | 10/25/2023 | Basement | Basement | 12-G DCMR ? 305.3  \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 590 \| 30 | $590.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | | 24NOIR-INS-00590 | 10/25/2023 | Exterior | Entire Yard | 12-G DCMR ? 308.1  \| Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage \| 590 \| 10 | $590.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 1 | 25NOIE-INS-02920 | 4/9/2025 | Interior | Entire Unit | 12-G DCMR ? 602.2  \| Failure to provide heating facilities for residential occupancies  which are capable of maintaining a room temperature of 68?F20?C in all habitable rooms, bathrooms and toilet rooms.   \| 2499 \| 1 | $2,499.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 1 | 25NOIR-INS-03881 | 4/9/2025 | Interior | Entire Unit | IPMC ? 505.4  \| Failure to provide water heating facilities which provide water at a minimum temperature of 110?F 43? C . .  \| 1249 \| 30 | $1,249.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 3 | 22ENF-HOUS-01716 | 12/20/2021 | Interior | Entire Unit | 12-G DCMR § 305.3  \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 530 \| 30 | $530.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 3 | 22ENF-HOUS-01716 | 12/20/2021 | Interior | Entire Unit | 12-G DCMR § 305.3.1  \| Failure to properly eliminate peeling, flaking, chipping and defective paint in a pre-1978 structure in accordance with the regulations promulgated by the District's Dept. of the Environment or the Federal EPA and in conformance with all pertinent lead abatement requirements in D.C. Official Code 8-231.01 et seq. 2012 Supp. \| 2118 \| 30 | $2,118.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 3 | 22ENF-HOUS-01716 | 12/20/2021 | Interior | Entire Unit | IPMC § 506.2  \| Failure to keep every plumbing stack, vent, waste and sewer line free from obstructions, leaks, or defect.   \| 1059 \| 1 | $1,059.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 3 | 22ENF-HOUS-01716 | 12/20/2021 | Interior | Hallway | 12-G DCMR § 310.2  \| Failure to install an approved carbon monoxide alarm in the immediate vicinity of the bedrooms in dwelling units located in a building containing a fuel-burning appliance or a building which has an attached garage \| 2118 \| 1 | $2,118.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 3 | 22ENF-HOUS-01716 | 12/20/2021 | Interior | Hallway | 12-G DCMR § 704.2  \| Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies,  regardless of occupant load on the ceiling or wall outside of each separate sleeping area in the immediate vicinity of bedrooms  \| 2118 \| 1 | $2,118.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 3 | 22ENF-HOUS-01716 | 12/20/2021 | Interior | Sleeping Room | 12-G DCMR § 704.2  \| Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies,  regardless of occupant load in each room used for sleeping purposes \| 2118 \| 1 | $2,118.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 4 | 25NOIE-INS-01534 | 1/22/2025 | 1 | Entire Unit | 12-G DCMR ? 602.2  \| Failure to provide heating facilities for residential occupancies  which are capable of maintaining a room temperature of 68?F20?C in all habitable rooms, bathrooms and toilet rooms.   \| 2499 \| 1 | $2,499.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 4 | 25NOIR-INS-02087 | 1/22/2025 | 1 | Bathroom | 12-G DCMR ? 305.3  \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 625 \| 30 | $625.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 4 | 25NOIR-INS-02087 | 1/22/2025 | 1 | Living room | 12-G DCMR ? 309.1  \| Failure of the owner to keep structure free from rodent infestation \| 625 \| 30 | $625.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 5 | 23NOIE-INS-06790 | 9/28/2023 | Interior | Hallway | 12-G DCMR ? 704.2  \| Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies,  regardless of occupant load on the ceiling or wall outside of each separate sleeping area in the immediate vicinity of bedrooms  \| 2358 \| 1 | $2,358.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 5 | 23NOIE-INS-06790 | 9/28/2023 | Interior | Hallway | 12-G DCMR ?? 310.1, 310.2, 310.3, 310.4, 310.5, 310.6  \| Failure to install approved or properly maintain carbon monoxide detection system in compliance with the code and NFPA 720. \| 2358 \| 1 | $2,358.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 5 | 24NOIR-INS-00689 | 10/30/2023 | | Location: | IPMC ? 304.13  \| Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight \| 590 \| 30 | $590.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 5 | 24NOIR-INS-00689 | 10/30/2023 | Exterior | Rear of building | 12-G DCMR ? 308.1  \| Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage \| 590 \| 10 | $590.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 5 | 24NOIR-INS-00689 | 10/30/2023 | Interior | Bathroom | 12-G DCMR ? 305.3  \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 590 \| 30 | $590.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 5 | 24NOIR-INS-00689 | 10/30/2023 | Interior | Common hallway | 12-G DCMR ? 305.3  \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 590 \| 30 | $590.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 5 | 24NOIR-INS-00689 | 10/30/2023 | Interior | Common hallway | 12-G DCMR ? 308.1  \| Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage \| 590 \| 10 | $590.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 5 | 24NOIR-INS-00689 | 10/30/2023 | Interior | Kitchen | 12-G DCMR ? 305.3  \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 590 \| 30 | $590.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 5 | 24NOIR-INS-00689 | 10/30/2023 | Interior | Living room | 12-G DCMR ? 309.1  \| Failure to promptly exterminate structures in which insects are found by approved processes \| 1179 \| 30 | $1,179.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 5 | 24NOIR-INS-00689 | 10/30/2023 | Interior | Living room | IPMC ? 305.6  \| Failure to maintain interior doors that are securely attached to jambs, headers or tracks as intended by the manufacturer of the attachment hardware \| 118 \| 30 | $118.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 5 | 24NOIR-INS-02642 | 1/29/2024 | Interior | Bathroom | 12-G DCMR ? 305.3  \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 609 \| 30 | $609.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 6 | 24ENF-HOUS-04308 | 3/21/2024 | 2 | Kitchen | IPMC § 305.1  \| Failure to maintain interior of structure and equipment therein in good repair, structurally sound and in sanitary condition \| 1218 \| 30 | $1,218.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 6 | 24ENF-HOUS-04308 | 3/21/2024 | 2 | Living room | IPMC § 601.2  \| Owner occupying or permitting another person to occupy  the structure or premise where the required electrical and/or mechanical facilities are not properly maintained.   \| 1218 \| 1 | $1,218.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 7 | 24NOIR-INS-06184 | 8/8/2024 | Interior | Entire Unit | 12-G DCMR ? 608.1  \| Failure of the owner or operator of a housing business who provides air conditioning  to maintain each such unit in safe and good working condition so that it can provide from May 15 to September 15,  an inside temperature in the rooms it is serves equal to the greater of: a 78 ?F 26 ?C; or b at least 15 ?F 9 ?C less than the outside temperature  \| 609 \| 30 | $609.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 10 | 25NOIE-INS-00788 | 12/3/2024 | Interior | Entire Unit | 12-G DCMR ?? 108.1.1 and 108.1.1.3  \| Structure is unfit for human occupancy because it is unsafe; unlawful; or due to the degree of disrepair or lack of maintenance, is unsanitary or vermin or rat infested, contains filth and contamination, or lacks ventilation, illumination, sanitary or heating facilities or other essential equipment required by the Property Maintenance Code; or the code official found the location of the structure constitutes a hazard to the occupants of the structure or to the public. \| 2436 \| 1 | $2,436.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 10 | 25NOIE-INS-00788 | 12/3/2024 | Interior | Hallway | 12-G DCMR ? 310.2  \| Failure to install an approved carbon monoxide alarm in the immediate vicinity of the bedrooms in dwelling units located in a building containing a fuel-burning appliance or a building which has an attached garage \| 2436 \| 1 | $2,436.00 |

| Owner | Property | Unit | Notice | Date | Location | Area | Violation | Amount |
|---|---|---|---|---|---|---|---|---|
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 10 | 25NOIE-INS-00788 | 12/3/2024 | Interior | Hallway | 12-G DCMR ? 704.4.4  | Tampered with, removed, destroyed, disconnected, or removed the batteries from any installed smoke alarm, outside the course of an authorized inspection, maintenance or replacement of the alarm | 2436 | 1 | $2,436.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 10 | 25NOIE-INS-00788 | 12/3/2024 | Interior | Sleeping Room | 12-G DCMR ? 704.4.4  | Tampered with, removed, destroyed, disconnected, or removed the batteries from any installed smoke alarm, outside the course of an authorized inspection, maintenance or replacement of the alarm | 2436 | 1 | $2,436.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 10 | 25NOIR-INS-01162 | 12/3/2024 | Interior | Entire Unit | 12-G DCMR 305.3  | Failure to repair, remove or cover peeling, chipping, flaking or abraded paint | 609 | 30 | $609.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 10 | 25NOIR-INS-01162 | 12/3/2024 | Interior | Entire Unit | 12-G DCMR ? 309.1  | Failure of the owner to keep structure free from rodent infestation | 609 | 30 | $609.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 10 | 25NOIR-INS-01162 | 12/3/2024 | Interior | Living room | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 10 | 25NOIR-INS-01162 | 12/3/2024 | Interior/Exterior | Apartment Entrance Door | IPMC ? 304.15  | Failure to maintain exterior doors, door assemblies, operator systems, if provided, and/or hardware in good condition. | 609 | 30 | $609.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 11 | 23NOIE-INS-06597 | 9/18/2023 | Interior | Kitchen | 12-G DCMR ? 109.1  | Building poses  imminent danger to building occupants or those in close proximity due to explosives, explosive fumes or vapors, toxic fumes, gases, or materials; or other hazardous or toxic conditions | 2358 | 1 | $2,358.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 11 | 23NOIE-INS-06782 | 9/28/2023 | Exterior | Sleeping Room | 12-G DCMR ? 702.4  | Having bars, grilles, grates or similar devices over emergency escape and rescue openings that are not releasable or removable from the inside without the use of a key, tool or force greater than that which is required for normal operation of the escape and rescue opening | 2358 | 1 | $2,358.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 11 | 23NOIE-INS-06782 | 9/28/2023 | Interior | Hallway | 12-G DCMR ?? 310.1, 310.2, 310.3, 310.4, 310.5, 310.6  | Failure to install approved or properly maintain carbon monoxide detection system in compliance with the code and NFPA 720. | 2358 | 1 | $2,358.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 11 | 23NOIE-INS-06782 | 9/28/2023 | Interior | Sleeping Room | 12-G DCMR ? 704.2  | Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies,  regardless of occupant load in each room used for sleeping purposes | 2358 | 1 | $2,358.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | 11 | 23NOIR-INS-05821 | 9/28/2023 | Interior | Living room | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 590 | 30 | $590.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | COMMON | 23NOIR-INS-05793 | 9/27/2023 | 1 | Common hallway | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 590 | 30 | $590.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | COMMON | 25NOIE-INS-01165 | 12/26/2024 | 1 | Closet | IPMC  ? 703.1  | (Failure to maintain the required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, and/or partitions and floors | 2436 | 1 | $2,436.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | COMMON | 25NOIE-INS-01165 | 12/26/2024 | Basement | Basement Areaway | IPMC  ? 703.1  | (Failure to maintain the required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, and/or partitions and floors | 2436 | 1 | $2,436.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | COMMON | 25NOIE-INS-01165 | 12/26/2024 | Exterior | Rear of building | IPMC ? 304.1  | Failure to maintain exterior of structure in good repair, structurally sound and sanitary so as not to pose a threat to the public health, safety or welfare | 1218 | 1 | $1,218.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | COMMON | 25NOIS-INS-01343 | 12/26/2024 | Exterior | Entire Building | 12-G DCMR ? 308.1  | Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage | 609 | 10 | $609.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | COMMON | 25NOIS-INS-01343 | 12/26/2024 | Exterior | Rear of building | 12-G DCMR ? 302.1  | Failure of the owner to maintain exterior property and premises in clean, safe and sanitary condition | 609 | 10 | $609.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | COMMON/EXT | 25NOIE-INS-01198 | 12/30/2024 | 2 | Common hallway | 12-G DCMR ? 704.3.2  | Failure to install an approved permanent sign adjacent to each manual fire alarm box that reads: ?WHEN ALARM SOUNDS CALL FIRE DEPARTMENT,? where fire alarm systems are not monitored by a supervising station | 1218 | 1 | $1,218.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | COMMON/EXT | 25NOIE-INS-01198 | 12/30/2024 | Basement | Common hallway | IPMC ? 701.2  | Failure of owner of the premises to provide and maintain code compliant fire safety facilities and equipment | 2436 | 1 | $2,436.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | COMMON/EXT | 25NOIR-INS-01666 | 12/30/2024 | 1 | Common hallway | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | COMMON/EXT | 25NOIR-INS-01666 | 12/30/2024 | Basement | Common hallway | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | COMMON/EXT | 25NOIR-INS-01666 | 12/30/2024 | Exterior | Entrance door | IPMC ? 304.15  | Failure to maintain exterior doors, door assemblies, operator systems, if provided, and/or hardware in good condition. | 609 | 30 | $609.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | COMMON/EXT | 25NOIR-INS-01666 | 12/30/2024 | Exterior | Front of building | IPMC ? 304.2  | Failure to eliminate and repaint surfaces with peeling, flaking or chipped paint | 609 | 30 | $609.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | COMMON/EXT | 25NOIR-INS-01666 | 12/30/2024 | Exterior | Rear of building | IPMC ? 302.5  | Failure to maintain structures and exterior property free from rodent harborage and infestation | 609 | 30 | $609.00 |
| 945 LONGFELLOW ST NW LLC | 945 LONGFELLOW ST NW | COMMON/EXT | 25NOIR-INS-01666 | 12/30/2024 | Interior | Common hallway | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| | 945 LONGFELLOW ST NW | COMMON | 25NOIR-INS-01607 | 12/26/2024 | 1 | Closet | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| | 945 LONGFELLOW ST NW | COMMON | 25NOIR-INS-01607 | 12/26/2024 | 1 | Common hallway | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| | 945 LONGFELLOW ST NW | COMMON | 25NOIR-INS-01607 | 12/26/2024 | 1 | Common hallway | IPMC ? 305.1  | Failure to maintain interior of structure and equipment therein in good repair, structurally sound and in sanitary condition | 1218 | 30 | $1,218.00 |
| | 945 LONGFELLOW ST NW | COMMON | 25NOIR-INS-01607 | 12/26/2024 | Basement | Common hallway | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| | 945 LONGFELLOW ST NW | COMMON | 25NOIR-INS-01607 | 12/26/2024 | Basement | Laundry room/area | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| | 945 LONGFELLOW ST NW | COMMON | 25NOIR-INS-01607 | 12/26/2024 | Basement | Laundry room/area | IPMC ? 402.3  | Failure to provide sufficient illumination for the maintenance of sanitary conditions, safe occupancy, and/or safe utilization of the space, appliances, equipment, and fixtures | 609 | 30 | $609.00 |
| | 945 LONGFELLOW ST NW | COMMON | 25NOIR-INS-01607 | 12/26/2024 | Exterior | Entire Building | IPMC ? 302.3  | Failure to maintain sidewalk, walkway, driveway, stairs or similar area in proper state of repair | 609 | 30 | $609.00 |
| | 945 LONGFELLOW ST NW | COMMON | 25NOIR-INS-01607 | 12/26/2024 | Exterior | Entire Building | IPMC ? 302.5  | Failure to maintain structures and exterior property free from rodent harborage and infestation | 609 | 30 | $609.00 |
| | 945 LONGFELLOW ST NW | COMMON | 25NOIR-INS-01607 | 12/26/2024 | Exterior | Exit door | IPMC ? 304.6  | Failure to maintain exterior walls free from holes, breaks, or loose or rotting materials | 609 | 30 | $609.00 |
| | 945 LONGFELLOW ST NW | COMMON | 25NOIR-INS-01607 | 12/26/2024 | Exterior | Exterior Entrance Door | IPMC ? 304.15  | Failure to maintain exterior doors, door assemblies, operator systems, if provided, and/or hardware in good condition. | 609 | 30 | $609.00 |
| | 945 LONGFELLOW ST NW | COMMON | 25NOIR-INS-01607 | 12/26/2024 | Interior | Common hallway | IPMC ? 302.9  | Failure to restore exterior surface of a structure or building to approved state of maintenance and repair after it was damaged, mutilated or defaced by markings, carvings or graffiti | 609 | 30 | $609.00 |
| | 945 LONGFELLOW ST NW | COMMON | 25NOIR-INS-01607 | 12/26/2024 | Interior/Exterior | Front of building | IPMC ? 304.15  | Failure to maintain exterior doors, door assemblies, operator systems, if provided, and/or hardware in good condition. | 609 | 30 | $609.00 |

**EXHIBIT 1**