| OWNER | VIOLATION ADDRESS | UNIT | CAP ID | CREATED DATE | FLOOR | LOCATION | VIOLATION | ORIGINAL FINE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | | 21ENF-HOUS-00064 | 10/2/2020 | 1 | Cooking room | 12-G DCMR § 704.1.3  | Failure keep all required portable fire extinguishers visible and readily accessible | 2093 | 1 | $2,093.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | | 21ENF-HOUS-00064 | 10/2/2020 | 1 | Living room | 12-G DCMR § 704.2  | Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies, regardless of occupant load in each room used for sleeping purposes | 2093 | 1 | $2,093.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | | 21ENF-HOUS-00064 | 10/2/2020 | 1 | Sleeping room 1 | 12-G DCMR § 704.2  | Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies, regardless of occupant load in each room used for sleeping purposes | 2093 | 1 | $2,093.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 1 | 21ENF-HOUS-03324 | 3/8/2021 | Interior | Closet door | IPMC § 305.6  | Failure to maintain interior doors that are securely attached to jambs, headers or tracks as intended by the manufacturer of the attachment hardware | 106 | 30 | $106.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 1 | 21ENF-HOUS-03324 | 3/8/2021 | Interior | Entire Unit | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 530 | 30 | $530.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 1 | 21ENF-HOUS-03324 | 3/8/2021 | Interior | Living room | 12-G DCMR § 102.5  | Failure to make repairs, maintenance work, alterations or installations caused directly or indirectly by the enforcement of the Property Maintenance Code in a workmanlike manner | 1059 | 30 | $1,059.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 1 | 21ENF-HOUS-03324 | 3/8/2021 | Interior | Living room | IPMC § 302.3  | Failure to maintain sidewalk, walkway, driveway, stairs or similar area free of hazardous conditions  | 530 | 30 | $530.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 2 | 21ENF-HOUS-02417 | 1/28/2021 | Interior | Entire Unit | 12-G DCMR § 602.2  | Failure to provide heating facilities for residential occupancies  which are capable of maintaining a room temperature of 68°F20°C in all habitable rooms, bathrooms and toilet rooms.  | 2118 | 1 | $2,118.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 2 | 21ENF-HOUS-02417 | 1/28/2021 | Interior | Entire Unit | 12-G DCMR § 704.2  | Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings  including basements and cellars but not including crawl spaces and uninhabitable attics | 2118 | 1 | $2,118.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 2 | 21ENF-HOUS-02417 | 1/28/2021 | Interior | Kitchen | IPMC § 502.1  | Failure to maintain bathtub, shower, lavatory, water closet or kitchen sink in a sanitary, safe working condition  | 530 | 30 | $530.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 2 | 21ENF-HOUS-02417 | 1/28/2021 | Interior | Sleeping room 2 | 12-G DCMR § 704.2  | Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies, regardless of occupant load in each room used for sleeping purposes | 2118 | 1 | $2,118.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 2 | 21ENF-HOUS-03817 | 3/23/2021 | Interior | Center Sleeping Room | 12-G DCMR § 304.7  | Failure to maintain roof and flashing sound and tight or without defects that admit rain | 530 | 30 | $530.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 2 | 21ENF-HOUS-03817 | 3/23/2021 | Interior | Center Sleeping Room | 12-G DCMR § 704.2  | Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies, regardless of occupant load in each room used for sleeping purposes | 2118 | 1 | $2,118.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 2 | 21ENF-HOUS-03817 | 3/23/2021 | Interior | Entire Unit | 12-G DCMR § 305.3  | Failure to maintain interior surfaces in good, clean, and sanitary condition and good repair | 530 | 30 | $530.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 2 | 21ENF-HOUS-03817 | 3/23/2021 | Interior | Entire Unit | 12-G DCMR § 309.1  | Failure to promptly exterminate structures in which insects are found by approved processes | 1059 | 30 | $1,059.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 2 | 21ENF-HOUS-03817 | 3/23/2021 | Interior | Entire Unit | IPMC § 601.2  | Failure by owner to provide or maintain the required mechanical and electrical facilities | 1059 | 1 | $1,059.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 2 | 21ENF-HOUS-03817 | 3/23/2021 | Interior | Left Sleeping Room | 12-G DCMR § 704.2  | Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies, regardless of occupant load in each room used for sleeping purposes | 2118 | 1 | $2,118.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 2 | 21ENF-HOUS-03817 | 3/23/2021 | Interior | Right Sleeping Room | 12-G DCMR § 704.2  | Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies, regardless of occupant load in each room used for sleeping purposes | 2118 | 1 | $2,118.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 3 | 21ENF-HOUS-01692 | 12/15/2020 | Interior | Stairwell | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 524 | 30 | $524.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 3 | 21ENF-HOUS-01692 | 12/15/2020 | 1st to 2nd Floor | Stairwell | IPMC § 302.3  | Failure to maintain sidewalk, walkway, driveway, stairs or similar area in proper state of repair | 524 | 30 | $524.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 3 | 21ENF-HOUS-01692 | 12/15/2020 | Exterior | Side of building | 12-G DCMR § 308.1  | Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage | 524 | 30 | $524.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 3 | 21ENF-HOUS-01692 | 12/15/2020 | Interior | Bathroom | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 524 | 30 | $524.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 3 | 21ENF-HOUS-01692 | 12/15/2020 | Interior | Cooking room | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 524 | 30 | $524.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 3 | 21ENF-HOUS-01692 | 12/15/2020 | Interior | Living room | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 524 | 30 | $524.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 3 | 21ENF-HOUS-01692 | 12/15/2020 | Interior | Sleeping room 1 | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 524 | 30 | $524.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 3 | 21ENF-HOUS-01692 | 12/15/2020 | Interior | Sleeping room 2 | IPMC § 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 524 | 30 | $524.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 3 | 21ENF-HOUS-03816 | 3/23/2021 | Interior | Apartment Entrance Door | IPMC § 304.18.1  | Failure to install and/or maintain in good working order, a deadbolt lock according to the manufacturer's specifications. For the purpose of this section, a sliding bolt shall not be considered an acceptable deadbolt lock | 1059 | 30 | $1,059.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 3 | 21ENF-HOUS-03816 | 3/23/2021 | Interior | Bathroom | IPMC § 403.4  | Failure to provide proper exhaust system to remove injurious, toxic, irritating or noxious fumes, gases, dusts or mists | 1059 | 1 | $1,059.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 3 | 21ENF-HOUS-03816 | 3/23/2021 | Interior | Center Sleeping Room | IPMC § 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 530 | 30 | $530.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 3 | 21ENF-HOUS-03816 | 3/23/2021 | Interior | Entire Unit | IPMC § 605.1  | Failure to install electrical equipment, wiring, or appliances in a safe and approved manner | 530 | 1 | $530.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 3 | 21ENF-HOUS-03816 | 3/23/2021 | Interior | Kitchen | 12-G DCMR § 304.7  | Failure to maintain roof and flashing sound and tight or without defects that admit rain | 530 | 30 | $530.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 3 | 21ENF-HOUS-03816 | 3/23/2021 | Interior | Left Sleeping Room | 12-G DCMR § 304.7  | Failure to maintain roof and flashing sound and tight or without defects that admit rain | 530 | 30 | $530.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 4 | 20ENF-HOUS-02007 | 1/23/2020 | 1 | Living room | IPMC § 601.2 |Failure by owner to provide or maintain the required mechanical and electrical facilities|1047|1 | $1,047.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 4 | 20ENF-HOUS-02007 | 1/23/2020 | 1 | Sleeping room 1 | IPMC § 601.2 |Failure by owner to provide or maintain the required mechanical and electrical facilities|1047|1 | $1,047.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 4 | 20ENF-HOUS-02007 | 1/23/2020 | 1 | Sleeping room 2 | IPMC § 601.2 |Failure by owner to provide or maintain the required mechanical and electrical facilities|1047|1 | $1,047.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 4 | 21ENF-HOUS-01619 | 12/10/2020 | Interior | Kitchen | 12-G DCMR 305.3  | Failure to repair, remove or cover peeling, chipping, flaking or abraded paint | 524 | 30 | $524.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 6 | 21ENF-HOUS-02071 | 1/8/2021 | Interior | Apartment Entrance Door | IPMC § 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 530 | 30 | $530.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 6 | 21ENF-HOUS-02071 | 1/8/2021 | Interior | Entire Unit | 12-G DCMR § 305.4  | Failure to maintain stairs and/or other walking surfaces in sound condition, good repair and free from hazardous conditions | 1059 | 30 | $1,059.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 6 | 21ENF-HOUS-02071 | 1/8/2021 | Interior | Entire Unit | IPMC § 601.2  | Failure by owner to provide or maintain the required mechanical and electrical facilities | 1059 | 1 | $1,059.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 6 | 21ENF-HOUS-03815 | 3/23/2021 | Interior | Entire Unit | 12-G DCMR §§ 108.1.1 and 108.1.1.3  | Structure is unfit for human occupancy because it is unsafe; unlawful; or due to the degree of disrepair or lack of maintenance, is unsanitary or vermin or rat infested, contains filth and contamination, or lacks ventilation, illumination, sanitary or heating facilities or other essential equipment required by the Property Maintenance Code; or the code official found the location of the structure constitutes a hazard to the occupants of the structure or to the public. | 2118 | 1 | $2,118.00 |
| 4935 NHB AVE NE LLC | 4935 NANNIE HELEN BURROUGHS AVE NE | 6 | 21ENF-HOUS-03815 | 3/23/2021 | Interior | Entire Unit | IPMC § 603.1  | Failure to properly install and maintain mechanical appliances, fireplaces, solid fuel-burning appliances, cooking appliances, and water heating appliances in a safe working condition capable of performing the intended function | 1059 | 1 | $1,059.00 |

**EXHIBIT 2**