| OWNER | VIOLATION ADDRESS | UNIT | CAP ID | CREATED DATE | FLOOR | LOCATION | VIOLATION | ORIGINAL FINE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-02905 | 2/7/2022 | | Location: | IPMC § 601.2  | Failure by owner to provide or maintain the required mechanical and electrical facilities | 1107 | 1 | $1,107.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-02905 | 2/7/2022 | Exterior | Side of building | 12-G DCMR § 308.1  | Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage | 554 | 30 | $554.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | | Location: | 12-G DCMR § 704.2  | Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies, regardless of occupant load in each room used for sleeping purposes | 2214 | 1 | $2,214.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | 1 | Common hallway | 12-G DCMR § 704.1.3  | Failure to keep all required portable fire extinguishers maintained in an efficient and safe operating condition | 2214 | 1 | $2,214.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | 1 | Common hallway | IPMC § 605.1  | Failure to install electrical equipment, wiring, or appliances in a safe and approved manner | 554 | 1 | $554.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | 1st to 2nd Floor | Common hallway | IPMC § 605.1  | Failure to install electrical equipment, wiring, or appliances in a safe and approved manner | 554 | 1 | $554.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | 2 | Common hallway | 12-G DCMR § 704.1.3  | Failure to keep all required portable fire extinguishers maintained in an efficient and safe operating condition | 2214 | 1 | $2,214.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | Basement | Common hallway | 12-G DCMR § 704.1.3  | Failure to keep all required portable fire extinguishers maintained in an efficient and safe operating condition | 2214 | 1 | $2,214.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | Basement | Common hallway | IPMC § 605.1  | Failure to install electrical equipment, wiring, or appliances in a safe and approved manner | 554 | 1 | $554.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | Exterior | Apartment Rear Entrance Door | 12-G DCMR § 304.3  | Failure to display street number of premises in conformance with the requirements of 12-A DCMR § 118 | 111 | 30 | $111.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | Exterior | Rear of building | 12-G DCMR § 308.1  | Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage | 554 | 30 | $554.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | Interior | Bathroom | IPMC § 502.1  | Failure to maintain bathtub, shower, lavatory, water closet or kitchen sink in a sanitary, safe working condition  | 554 | 30 | $554.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | Interior | Cooking room | 12-G DCMR § 305.4  | Failure to maintain stairs and/or other walking surfaces in sound condition, good repair and free from hazardous conditions | 1107 | 30 | $1,107.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | Interior | Cooking room | IPMC § 504.1  | Failure to keep plumbing fixture free from obstructions and  capable of performing the function for which it was designed. | 554 | 1 | $554.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | Interior | Front Sleeping Room | 12-G DCMR § 305.4  | Failure to maintain stairs and/or other walking surfaces in sound condition, good repair and free from hazardous conditions | 1107 | 30 | $1,107.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | Interior | Hallway | 12-G DCMR § 305.4  | Failure to maintain stairs and/or other walking surfaces in sound condition, good repair and free from hazardous conditions | 1107 | 30 | $1,107.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | Interior | Living room | 12-G DCMR § 305.4  | Failure to maintain stairs and/or other walking surfaces in sound condition, good repair and free from hazardous conditions | 1107 | 30 | $1,107.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | Interior | Sleeping room 2 | IPMC § 305.6  | Failure to maintain interior doors capable of being opened and closed properly | 111 | 30 | $111.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | Interior | Sleeping room 3 | IPMC § 305.6  | Failure to maintain interior doors capable of being opened and closed properly | 111 | 30 | $111.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | Interior | Sleeping room 4 | 12-G DCMR § 305.4  | Failure to maintain stairs and/or other walking surfaces in sound condition, good repair and free from hazardous conditions | 1107 | 30 | $1,107.00 |
| 2440 S ST SE LLC | 2440 S ST SE | | 22ENF-HOUS-06037 | 6/7/2022 | Interior | Sleeping room 4 | IPMC § 304.13.2  | Failure to maintain every window, other than a fixed window, in an easily openable manner and/or capable of being held in position by window hardware | 554 | 30 | $554.00 |
| 2440 S ST SE LLC | 2440 S ST SE | 1 | 22NOIE-INS-01556 | 7/22/2022 | Basement | Apartment Entrance Door | 12-G DCMR ? 702.4  | Failure to have the required emergency escape and rescue openings  operational from the inside of the room without the use of keys or tools | 2214 | 1 | $2,214.00 |
| 2440 S ST SE LLC | 2440 S ST SE | 1 | 22NOIE-INS-01556 | 7/22/2022 | Basement | Common hallway | 12-G DCMR ? 704.1.3  | Failure to keep all required portable fire extinguishers maintained in an efficient and safe operating condition | 2214 | 1 | $2,214.00 |
| 2440 S ST SE LLC | 2440 S ST SE | 1 | 22NOIE-INS-01556 | 7/22/2022 | Basement | Common hallway | IPMC ? 601.2  | Failure by owner to provide or maintain the required mechanical and electrical facilities | 1107 | 1 | $1,107.00 |
| 2440 S ST SE LLC | 2440 S ST SE | 1 | 22NOIE-INS-01556 | 7/22/2022 | Basement | Cooking room | IPMC ? 601.2  | Failure by owner to provide or maintain the required mechanical and electrical facilities | 1107 | 1 | $1,107.00 |
| 2440 S ST SE LLC | 2440 S ST SE | 1 | 22NOIE-INS-01556 | 7/22/2022 | Basement | Laundry room/area | IPMC ? 505.1  | Failure to provide kitchen sinks, lavatories, laundry facilities, bathtubs and showers that are supplied with hot or tempered and cold running water. | 1107 | 1 | $1,107.00 |
| 2440 S ST SE LLC | 2440 S ST SE | 2 | 25NOIE-INS-02744 | 3/31/2025 | Interior | Sleeping room 2 | 12-G DCMR ? 704.2  | Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies,  regardless of occupant load in each room used for sleeping purposes | 2499 | 1 | $2,499.00 |
| 2440 S ST SE LLC | 2440 S ST SE | 2 | 25NOIR-INS-03670 | 3/31/2025 | Interior | Bathroom | IPMC ? 305.1  | Failure to maintain interior of structure and equipment therein in good repair, structurally sound and in sanitary condition | 1249 | 30 | $1,249.00 |
| 2440 S ST SE LLC | 2440 S ST SE | 2 | 25NOIR-INS-03670 | 3/31/2025 | Interior | Bathroom | IPMC ? 504.1  | Failure to  properly install and maintain a plumbing fixture in working order | 625 | 30 | $625.00 |
| 2440 S ST SE LLC | 2440 S ST SE | 2 | 25NOIR-INS-03670 | 3/31/2025 | Interior | Entire Unit | 12-G DCMR ? 309.1  | failure of owner to take proper precautions to prevent rodent re-infestation after rodent extermination | 1249 | 30 | $1,249.00 |
| 2440 S ST SE LLC | 2440 S ST SE | 2 | 25NOIR-INS-03670 | 3/31/2025 | Interior | Sleeping room 1 | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 625 | 30 | $625.00 |
| SOLO REALTY LLC | 2440 S ST SE | 8 | 19ENF-HOUS-00269 | 10/10/2018 | | Location: Common Hallway 2nd and 3rd Floor  Cracks in the Floor  (Repair or Replace all cracks) | 12-G DCMR § 305.3  |Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions|509|30 | $509.00 |

**EXHIBIT 3**