| OWNER | VIOLATION ADDRESS | UNIT | CAP ID | CREATED DATE | FLOOR | LOCATION | VIOLATION | ORIGINAL FINE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | | 21ENF-HOUS-03048 | 2/24/2021 | Exterior | Front of building | IPMC § 304.13.1  | Failure to maintain glazing materials free from cracks and holes | 106 | 30 | $106.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | | 22ENF-HOUS-00076 | 10/4/2021 | 2 | Common hallway | 12-G DCMR  § 702.6  | Failure to maintain all "Exit" signs visible | 1059 | 1 | $1,059.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | | 22ENF-HOUS-00076 | 10/4/2021 | 2 | Entire Building | IPMC § 704.1  | Failure to maintain in operable condition all systems, devices and equipment to detect a fire, actuate an alarm, or suppress or control a fire or any combination thereof in accordance with the Fire Code | 2118 | 1 | $2,118.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | | 22ENF-HOUS-00076 | 10/4/2021 | Basement to 1st Floor | Basement | IPMC § 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 530 | 30 | $530.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | | 22ENF-HOUS-00076 | 10/4/2021 | Basement to 1st Floor | Common hallway | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 530 | 30 | $530.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | | 22ENF-HOUS-02907 | 2/7/2022 | Exterior | Rear of building | 12-G DCMR § 308.1  | Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage | 554 | 30 | $554.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | | 22ENF-HOUS-02907 | 2/7/2022 | Exterior | Side of building | IPMC § 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 554 | 30 | $554.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | 2 | 22NOIE-INS-01037 | 6/24/2022 | Interior | Apartment Entrance Door | IPMC ? 702.3  | Failure to make all means of egress doors readily openable from the side from which egress is to be made without the need for keys, special knowledge or effort | 2214 | 1 | $2,214.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | 2 | 22NOIR-INS-00894 | 6/24/2022 | Interior | Living room | IPMC ? 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 554 | 30 | $554.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | 3 | 21ENF-HOUS-01783 | 12/18/2020 | Exterior | Exterior Entrance Door | IPMC § 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 524 | 30 | $524.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | 3 | 21ENF-HOUS-01783 | 12/18/2020 | Interior | Apartment Entrance Door | IPMC § 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 524 | 30 | $524.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | 3 | 21ENF-HOUS-01783 | 12/18/2020 | Interior | Bathroom | IPMC § 505.1  | Failure to provide kitchen sinks, lavatories, laundry facilities, bathtubs and showers that are supplied with hot or tempered and cold running water.  | 1047 | 1 | $1,047.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | 3 | 21ENF-HOUS-01783 | 12/18/2020 | Interior | Entire Unit | IPMC § 601.2  | Failure by owner to provide or maintain the required mechanical and electrical facilities | 1047 | 1 | $1,047.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | 3 | 21ENF-HOUS-01783 | 12/18/2020 | Interior | Sleeping Room | 12-G DCMR § 305.3  | Failure to maintain interior surfaces in good, clean, and sanitary condition and good repair | 524 | 30 | $524.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | 5 | 21ENF-HOUS-02157 | 1/13/2021 | Interior | Bathroom | 12-G DCMR § 305.4  | Failure to maintain stairs and/or other walking surfaces in sound condition, good repair and free from hazardous conditions | 1059 | 30 | $1,059.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | 5 | 21ENF-HOUS-02157 | 1/13/2021 | Interior | Common hallway | IPMC § 701.2  | Failure of owner of the premises to provide and maintain code compliant fire safety facilities and equipment | 2118 | 1 | $2,118.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | 5 | 21ENF-HOUS-02157 | 1/13/2021 | Interior | Cooking room | IPMC § 701.2  | Failure of owner of the premises to provide and maintain code compliant fire safety facilities and equipment | 2118 | 1 | $2,118.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | 5 | 21ENF-HOUS-02157 | 1/13/2021 | Interior | Living room | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 530 | 30 | $530.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | 5 | 21ENF-HOUS-02157 | 1/13/2021 | Interior | Living room | 12-G DCMR § 305.4  | Failure to maintain stairs and/or other walking surfaces in sound condition, good repair and free from hazardous conditions | 1059 | 30 | $1,059.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | 5 | 22NOIR-INS-02025 | 8/5/2022 | Interior | Cooking room | IPMC ? 605.2  | Failure to have receptacle outlets with the appropriate faceplate covers for the location | 554 | 30 | $554.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | 5 | 22NOIR-INS-02025 | 8/5/2022 | Interior | Entire Unit | 12-G DCMR ? 305.4  | Failure to maintain stairs and/or other walking surfaces in sound condition, good repair and free from hazardous conditions | 1107 | 30 | $1,107.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | B1 | 24NOIR-INS-01031 | 11/15/2023 | Exterior | Side of building | IPMC ? 304.6  | Failure to maintain exterior walls free from holes, breaks, or loose or rotting materials | 590 | 30 | $590.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | B1 | 24NOIR-INS-01031 | 11/15/2023 | Interior | Bathroom | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 590 | 30 | $590.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | B1 | 24NOIR-INS-01031 | 11/15/2023 | Interior | Entire Unit | 12-G DCMR ? 309.1  | Failure of the owner to keep structure free from rodent infestation | 1179 | 30 | $1,179.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | B1 | 24NOIR-INS-01031 | 11/15/2023 | Interior | Hallway | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 590 | 30 | $590.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | B1 | 24NOIR-INS-01031 | 11/15/2023 | Interior | Living room | 12-G DCMR ? 305.4  | Failure to maintain stairs and/or other walking surfaces in sound condition, good repair and free from hazardous conditions | 1179 | 30 | $1,179.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | B1 | 24NOIR-INS-01031 | 11/15/2023 | Interior | Living room | IPMC ? 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 590 | 30 | $590.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | B1 | 24NOIR-INS-01031 | 11/15/2023 | Interior | Sleeping room 1 | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 590 | 30 | $590.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | B1 | 24NOIR-INS-01031 | 11/15/2023 | Interior | Sleeping room 1 | IPMC ? 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 590 | 30 | $590.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | B1 | 24NOIR-INS-01031 | 11/15/2023 | Interior | Sleeping room 2 | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 590 | 30 | $590.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | COMMON | 25NOIR-INS-02155 | 1/24/2025 | | Display rental business license | D.C. Official Code ? 47-2851.02(a)|(engaging in business [apartment house] without a housing: residential license endorsement) |2499|0 | $2,499.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | COMMON | 25NOIR-INS-02155 | 1/24/2025 | 1 | Entrance door | IPMC ? 304.15  | Failure to maintain exterior doors, door assemblies, operator systems, if provided, and/or hardware in good condition. | 625 | 30 | $625.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | COMMON | 25NOIR-INS-02155 | 1/24/2025 | 1 | Exterior Rear Entrance Door | IPMC ? 304.15  | Failure to maintain exterior doors, door assemblies, operator systems, if provided, and/or hardware in good condition. | 625 | 30 | $625.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | COMMON | 25NOIR-INS-02155 | 1/24/2025 | Basement | Exterior Rear Entrance Door | IPMC ? 304.15  | Failure to maintain exterior doors, door assemblies, operator systems, if provided, and/or hardware in good condition. | 625 | 30 | $625.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | COMMON | 25NOIR-INS-02155 | 1/24/2025 | Exterior | Rear of building | IPMC ? 302.7  | Failure to maintain all accessory structures, including detached garages, fences and walls  structurally sound and in good repair | 625 | 30 | $625.00 |
| 2501 NAYLOR RD SE LLC | 2501 NAYLOR RD SE | COMMON | 25NOIR-INS-02155 | 1/24/2025 | Interior | Common hallway | 12-G DCMR ? 305.3  | Failure to maintain interior surfaces in good, clean, and sanitary condition and good repair | 625 | 30 | $625.00 |
| | 2501 NAYLOR RD SE | COMMON | 25NOIE-INS-01584 | 1/24/2025 | Entire Building | Common hallway | 12-G DCMR ? 704.1.3  | Failure to keep all required portable fire extinguishers maintained in an efficient and safe operating condition | 2499 | 1 | $2,499.00 |
| | 2501 NAYLOR RD SE | COMMON | 25NOIE-INS-01584 | 1/24/2025 | Entire Building | Common hallway | IPMC ? 701.2  | Failure of owner of the premises to provide and maintain code compliant fire safety facilities and equipment | 2499 | 1 | $2,499.00 |

EXHIBIT 4