| OWNER | VIOLATION ADDRESS | UNIT | CAP ID | CREATED DATE | FLOOR | LOCATION | VIOLATION | ORIGINAL FINE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3968 MLK LLC | 3968 MARTIN LUTHER KING JR AVE SW | 2 | 21ENF-HOUS-00659 | 10/29/2020 | Interior | Apartment Entrance Door | IPMC § 702.3 | Failure to make all means of egress doors readily openable from the side from which egress is to be made without the need for keys, special knowledge or effort | 2093 | 1 | $2,093.00 |
| 3968 MLK LLC | 3968 MARTIN LUTHER KING JR AVE SW | 2 | 25NOIE-INS-00831 | 12/5/2024 | Interior | Entire Unit | 12-G DCMR ? 602.2 | Failure to provide heating facilities for residential occupancies which are capable of maintaining a room temperature of 68?F20?C in all habitable rooms, bathrooms and toilet rooms. | 2436 | 1 | $2,436.00 |
| 3968 MLK LLC | 3968 MARTIN LUTHER KING JR AVE SW | 2 | 25NOIR-INS-01215 | 12/5/2024 | Interior | Cooking room | 12-G DCMR ? 305.3 | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| 3968 MLK LLC | 3968 MARTIN LUTHER KING JR AVE SW | 2 | 25NOIR-INS-01215 | 12/5/2024 | Interior | Living room | 12-G DCMR ? 305.3 | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| 3968 MLK LLC | 3968 MARTIN LUTHER KING JR AVE SW | 2 | 25NOIR-INS-01215 | 12/5/2024 | Interior | Sleeping room 3 | 12-G DCMR ? 305.3 | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| 3968 MLK LLC | 3968 MARTIN LUTHER KING JR AVE SW | 2 | 25NOIR-INS-01215 | 12/5/2024 | Interior | Sleeping room 3 | IPMC ? 304.13 | Failure to maintain windows, skylights, door or frame in sound condition, good repair and weather tight | 609 | 30 | $609.00 |
| 3968 MLK LLC | 3968 MARTIN LUTHER KING JR AVE SW | 4 | 25NOIR-INS-01032 | 11/25/2024 | Interior | Entire Unit | 12-G DCMR ? 309.1 | Failure of the owner to keep structure free from rodent infestation | 609 | 30 | $609.00 |
| 3968 MLK LLC | 3968 MARTIN LUTHER KING JR AVE SW | 4 | 25NOIR-INS-01032 | 11/25/2024 | Interior | Living room | 12-G DCMR ? 305.3 | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| 3968 MLK LLC | 3968 MARTIN LUTHER KING JR AVE SW | 4 | 25NOIR-INS-01032 | 11/25/2024 | Interior | Living room | 12-G DCMR ? 305.4 | Failure to maintain stairs and/or other walking surfaces in sound condition, good repair and free from hazardous conditions | 1218 | 30 | $1,218.00 |
| 3968 MLK LLC | 3968 MARTIN LUTHER KING JR AVE SW | 4 | 25NOIR-INS-01032 | 11/25/2024 | Interior | Sleeping Room | 12-G DCMR ? 305.3 | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| 3968 MLK LLC | 3968 MARTIN LUTHER KING JR AVE SW | COMMON | 25NOIS-INS-01282 | 12/5/2024 | Exterior | Rear of building | 12-G DCMR ? 308.1 | Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage | 609 | 10 | $609.00 |
| 3968 MLK LLC | 3968 MARTIN LUTHER KING JR AVE SW | Exterior | 22ENF-HOUS-04528 | 4/12/2022 | Exterior | Rear of building | IPMC § 301.2 | Failure to maintain premises in safe and sanitary condition or in compliance with this chapter of the Property Maintenance Code | 1107 | 1 | $1,107.00 |
| 3968 MLK LLC | 3968 MARTIN LUTHER KING JR AVE SW | Exterior | 22ENF-HOUS-04528 | 4/12/2022 | Exterior | Rear of building | IPMC § 302.5 | Failure to maintain structures and exterior property free from rodent harborage and infestation | 554 | 30 | $554.00 |
| MASTER PIECE MANAGEMENT | 3968 MARTIN LUTHER KING JR AVE SW | 4 | 21ENF-HOUS-04930 | 5/20/2021 | 2 | Bathroom | IPMC § 502.1 | Failure to maintain bathtub, shower, lavatory, water closet or kitchen sink in a sanitary, safe working condition | 530 | 30 | $530.00 |
| MASTER PIECE MANAGEMENT | 3968 MARTIN LUTHER KING JR AVE SW | 4 | 21ENF-HOUS-04930 | 5/20/2021 | 2 | Common hallway | IPMC § 304.2 | Failure to maintain all siding and masonry joints, or those between the building envelope and the perimeter of windows, doors and skylights, weather resistant and water tight | 530 | 30 | $530.00 |
| MASTER PIECE MANAGEMENT | 3968 MARTIN LUTHER KING JR AVE SW | 4 | 21ENF-HOUS-04930 | 5/20/2021 | 2 | Cooking room | IPMC § 305.1 | Failure to maintain interior of structure and equipment therein in good repair, structurally sound and in sanitary condition | 1059 | 30 | $1,059.00 |
| MASTER PIECE MANAGEMENT | 3968 MARTIN LUTHER KING JR AVE SW | 4 | 21ENF-HOUS-04930 | 5/20/2021 | 2 | Cooking room | IPMC § 502.1 | Failure to maintain bathtub, shower, lavatory, water closet or kitchen sink in a sanitary, safe working condition | 530 | 30 | $530.00 |
| MASTER PIECE MANAGEMENT | 3968 MARTIN LUTHER KING JR AVE SW | 4 | 21ENF-HOUS-04930 | 5/20/2021 | 2 | Entire Unit | 12-G DCMR § 309.1 | Failure of the owner to keep structure free from rodent infestation | 1059 | 30 | $1,059.00 |
| MASTER PIECE MANAGEMENT | 3968 MARTIN LUTHER KING JR AVE SW | 4 | 21ENF-HOUS-04930 | 5/20/2021 | 2 | Living room | 12-G DCMR § 305.3 | Failure to maintain interior surfaces in good, clean, and sanitary condition and good repair | 530 | 30 | $530.00 |
| MASTER PIECE MANAGEMENT | 3968 MARTIN LUTHER KING JR AVE SW | 4 | 21ENF-HOUS-04930 | 5/20/2021 | Exterior | Entire Yard | 12-G DCMR § 302.4 | Failure to maintain premises or exterior property free from weeds or plant growth in excess of 8 inches | 530 | 30 | $530.00 |
| MASTER PIECE MANAGEMENT | 3968 MARTIN LUTHER KING JR AVE SW | 4 | 21ENF-HOUS-04930 | 5/20/2021 | Exterior | Entire Yard | 12-G DCMR § 308.1 | Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage | 530 | 30 | $530.00 |

**EXHIBIT 5**