| OWNER | VIOLATION ADDRESS | UNIT | CAP ID | CREATED DATE | FLOOR | LOCATION | VIOLATION | ORIGINAL FINE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4400 HUNT PLACE LLC | 4400 HUNT PL NE | 302 | 21ENF-HOUS-01135 | 11/18/2020 | 3 | Bathroom | 12-G DCMR § 305.3  \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 524 \| 30 | $524.00 |
| 4400 HUNT PLACE LLC | 4400 HUNT PL NE | 302 | 21ENF-HOUS-01135 | 11/18/2020 | 3 | Living room | 12-G DCMR § 305.3  \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 524 \| 30 | $524.00 |
| 4400 HUNT PLACE LLC | 4400 HUNT PL NE | 302 | 21ENF-HOUS-01135 | 11/18/2020 | 3 | Utility Access Service Closet | 12-G DCMR § 305.3  \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 524 \| 30 | $524.00 |
| 4400 HUNT PLACE LLC | 4400 HUNT PL NE | 302 | 21ENF-HOUS-01135 | 11/18/2020 | 3 | Utility Access Service Closet | IPMC § 504.1  \| Failure to maintain all plumbing fixtures in a safe, sanitary, and functional condition.  \| 524 \| 30 | $524.00 |
| 4400 HUNT PL NE LLC | 4400 HUNT PL NE | | 24NOIE-INS-04354 | 8/13/2024 | 1 | Entrance door | 12-G DCMR ? 704.5  \| Failure of the owner of a high-rise building to prepare and maintain a fire safety and evacuation plan for the building \| 1218 \| 1 | $1,218.00 |
| 4400 HUNT PL NE LLC | 4400 HUNT PL NE | | 24NOIE-INS-04354 | 8/13/2024 | Exterior | Exterior Rear Entrance Door | IPMC ? 605.1  \| Failure to install electrical equipment, wiring, or appliances in a safe and approved manner \| 609 \| 1 | $609.00 |
| 4400 HUNT PL NE LLC | 4400 HUNT PL NE | | 24NOIE-INS-04354 | 8/13/2024 | Interior | Entire Building | 12-G DCMR ? 704.1.3  \| Failure keep all required portable fire extinguishers visible and readily accessible \| 2436 \| 1 | $2,436.00 |
| 4400 HUNT PL NE LLC | 4400 HUNT PL NE | | 24NOIE-INS-06239 | 8/13/2024 | Exterior | Apartment Entrance Door | 12-G DCMR ? 102.2  \| Failure to maintain in good working order equipment, systems, devices or safeguards required by the Property Maintenance Code or previous regulation or code under which the structure or premises was constructed, altered or repaired \| 2436 \| 30 | $2,436.00 |
| 4400 HUNT PL NE LLC | 4400 HUNT PL NE | | 24NOIE-INS-06239 | 8/13/2024 | Interior | Entire Building | IPMC ? 704.1.1  \| (Failure to inspect, test and maintain automatic sprinkler systems in accordance with NFPA 25 \| 2436 \| 30 | $2,436.00 |
| 4400 HUNT PL NE LLC | 4400 HUNT PL NE | | 24NOIS-INS-00811 | 8/13/2024 | Exterior | Entire Yard | 12-G DCMR ? 308.1  \| Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage \| 609 \| 10 | $609.00 |
| 4400 HUNT PL NE LLC | 4400 HUNT PL NE | 102 | 25NOIR-INS-00419 | 10/23/2024 | Interior | Closet | 12-G DCMR ? 305.3  \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 609 \| 30 | $609.00 |
| 4400 HUNT PL NE LLC | 4400 HUNT PL NE | 102 | 25NOIE-INS-01370 | 12/12/2024 | Interior | Living room | 12-G DCMR ? 305.3  \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 609 \| 30 | $609.00 |
| 4400 HUNT PL NE LLC | 4400 HUNT PL NE | 104 | 25NOIE-INS-01396 | 1/14/2025 | Interior | Entire Unit | 12-G DCMR ? 602.3  \| Failure by owner or operator of any building who rents, leases, or lets one or more dwelling units, rooming units, dormitory or guestrooms on terms, either express or implied,  to supply heat during a period starting no later than October 15 and ending no earlier than May 15 to maintain a temperature of not less than 68 ?F20?C  in all habitable rooms, bathrooms and toilet rooms.  \| 2499 \| 1 | $2,499.00 |
| 4400 HUNT PL NE LLC | 4400 HUNT PL NE | 104 | 25NOIE-INS-01396 | 1/14/2025 | Interior | Hallway | 12-G DCMR ? 704.2  \| Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies,  regardless of occupant load on the ceiling or wall outside of each separate sleeping area in the immediate vicinity of bedrooms \| 2499 \| 1 | $2,499.00 |
| 4400 HUNT PL NE LLC | 4400 HUNT PL NE | 201 | 24NOIE-INS-02934 | 4/18/2024 | Interior | Cooking room | IPMC ? 603.1  \| Failure to properly install and maintain mechanical appliances, fireplaces, solid fuel-burning appliances, cooking appliances, and water heating appliances in a safe working condition capable of performing the intended function \| 1218 \| 1 | $1,218.00 |
| 4400 HUNT PL NE LLC | 4400 HUNT PL NE | 201 | 24NOIE-INS-02934 | 4/18/2024 | Interior | Laundry room/area | IPMC  ? 403.5  \| Failure to provide proper and independent exhaust system for clothes dryer \| 1218 \| 1 | $1,218.00 |
| 4400 HUNT PL NE LLC | 4400 HUNT PL NE | 201 | 24NOIR-INS-04213 | 4/18/2024 | Interior | Cooking room | IPMC ? 305.1  \| Failure to maintain interior of structure and equipment therein in good repair, structurally sound and in sanitary condition \| 1218 \| 30 | $1,218.00 |
| 4400 HUNT PL NE LLC | 4400 HUNT PL NE | 201 | 24NOIR-INS-04213 | 4/18/2024 | Interior | Entire Unit | 12-G DCMR ? 305.3  \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 609 \| 30 | $609.00 |

**EXHIBIT 6**