| OWNER | VIOLATION ADDRESS | UNIT | CAP ID | CREATED DATE | FLOOR | LOCATION | VIOLATION | ORIGINAL FINE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | | 22ENF-HOUS-00059 | 10/4/2021 | 1 | Common hallway | 12-G DCMR § 704.1.3  | Failure keep all required portable fire extinguishers visible and readily accessible | 2118 | 1 | $2,118.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | | 22ENF-HOUS-00059 | 10/4/2021 | 2 | Common hallway | 12-G DCMR § 704.1.3  | Failure keep all required portable fire extinguishers visible and readily accessible | 2118 | 1 | $2,118.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | | 22ENF-HOUS-00059 | 10/4/2021 | 3 | Common hallway | 12-G DCMR § 704.1.3  | Failure keep all required portable fire extinguishers visible and readily accessible | 2118 | 1 | $2,118.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | | 22ENF-HOUS-00059 | 10/4/2021 | Exterior | Side of building | 12-G DCMR § 308.2.1  | Failure of an owner of an occupied premise to remove or provide for the removal of rubbish that is stored in approved covered containers | 530 | 30 | $530.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | | 22ENF-HOUS-00059 | 10/4/2021 | Exterior | Side of building | IPMC § 304.12  | failure to maintain handrails and guards in a firmly fastened manner, good condition  and/ or capable of supporting normally imposed loads | 1059 | 30 | $1,059.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | | 22ENF-HOUS-00059 | 10/4/2021 | Interior | Common hallway | IPMC § 304.13.1  | Failure to maintain glazing materials free from cracks and holes | 106 | 30 | $106.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | | 22ENF-HOUS-00059 | 10/4/2021 | Interior | Entire Building | 12-G DCMR § 305.4  | Failure to maintain stairs and/other walking surfaces in sound condition, good repair and free from hazardous conditions | 1059 | 30 | $1,059.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | | 22ENF-HOUS-01429 | 12/8/2021 | Exterior | Rear of building | 12-G DCMR § 308.1  | Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage | 530 | 30 | $530.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | | 22ENF-HOUS-01429 | 12/8/2021 | Exterior | Rear of building | 12-G DCMR § 308.2.1  | Failure of an owner of an occupied premise to maintain proper rubbish storage facilities in approved covered containers that are readily accessible to all occupants at all times through common space | 530 | 30 | $530.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | | 22ENF-HOUS-01429 | 12/8/2021 | Exterior | Side of building | 12-G DCMR § 308.1  | Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage | 530 | 30 | $530.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | | 22ENF-HOUS-04180 | 3/30/2022 | Exterior | Entrance door | IPMC § 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 554 | 30 | $554.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 101 | 23NOIE-INS-03676 | 12/7/2022 | 1st to 2nd Floor | Common hallway | IPMC ?305.1.1  | Permitting to exist on premises  unsafe stairs, landings, balconies, and all similar walking surfaces, including guards and handrails, that are not structurally sound, not properly anchored or are anchored with connections not capable of supporting all nominal loads and resisting all load effects | 1107 | 1 | $1,107.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 101 | 23NOIE-INS-03676 | 12/7/2022 | Interior | Entire Unit | IPMC ? 604.3  | Failure to correct electrical system that constitutes a hazard to the occupants or the structure | 1107 | 1 | $1,107.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 102 | 21ENF-HOUS-00007 | 10/1/2020 | Interior | Bathroom | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 524 | 30 | $524.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 102 | 21ENF-HOUS-00007 | 10/1/2020 | Interior | Entire Unit | IPMC § 601.2  | Failure by owner to provide or maintain the required mechanical and electrical facilities | 1047 | 1 | $1,047.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 102 | 21ENF-HOUS-00007 | 10/1/2020 | Interior | Kitchen | 12-G DCMR § 102.5  | Failure to make repairs, maintenance work, alterations or installations caused directly or indirectly by the enforcement of the Property Maintenance Code in a workmanlike manner | 1047 | 30 | $1,047.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 102 | 21ENF-HOUS-00007 | 10/1/2020 | Interior | Living room/sleeping room | 12-G DCMR § 102.5  | Failure to make repairs, maintenance work, alterations or installations caused directly or indirectly by the enforcement of the Property Maintenance Code in a workmanlike manner | 1047 | 30 | $1,047.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 102 | 24NOIR-INS-02840 | 2/7/2024 | Interior | Common hallway | IPMC ? 304.13.1  | Failure to maintain glazing materials free from cracks and holes | 122 | 30 | $122.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 102 | 25NOEIG-INS-00657 | 11/21/2024 | | Hallway | IPMC  ? 703.1  | (Failure to maintain the required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, and/or partitions and floors | 2436 | 1 | $2,436.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 104 | 21ENF-HOUS-02532 | 2/2/2021 | Interior | Bathroom | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 530 | 30 | $530.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 104 | 21ENF-HOUS-02532 | 2/2/2021 | Interior | Cooking room | IPMC § 305.1  | Failure to maintain interior of structure and equipment therein in good repair, structurally sound and in sanitary condition | 1059 | 30 | $1,059.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 104 | 21ENF-HOUS-02532 | 2/2/2021 | Interior | Entire Unit | IPMC § 302.5  | Failure to exterminate rodent harborage or infestation by approved processes which are not injurious to human health | 530 | 30 | $530.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 104 | 21ENF-HOUS-02532 | 2/2/2021 | Interior | Entire Unit | IPMC § 605.1  | Failure to install electrical equipment, wiring, or appliances in a safe and approved manner | 530 | 1 | $530.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 104 | 21ENF-HOUS-02532 | 2/2/2021 | Interior | Living room | 12-G DCMR § 704.2  | Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies,  regardless of occupant load on the ceiling or wall outside of each separate sleeping area in the immediate vicinity of bedrooms | 2118 | 1 | $2,118.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 104 | 23NOIR-INS-05352 | 9/7/2023 | 1 | Apartment Entrance Door | IPMC ? 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 590 | 30 | $590.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 104 | 23NOIR-INS-05352 | 9/7/2023 | 1 | Sleeping room 3 | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 590 | 30 | $590.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 201 | 21ENF-HOUS-02593 | 2/4/2021 | Interior | Entire Building | 12-G DCMR § 102.2  | Failure to maintain in good working order equipment, systems, devices or safeguards required by the Property Maintenance Code or previous regulation or code under which the structure or premises was constructed, altered or repaired | 2118 | 1 | $2,118.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 201 | 21ENF-HOUS-02593 | 2/4/2021 | Interior | Entire Building | IPMC § 604.1  | Failure to provide occupied buildings with an electrical system in compliance with the requirements of Section 604 and Section 605 of the Property Maintenance Code | 1059 | 1 | $1,059.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 201 | 23NOIE-INS-04639 | 2/28/2023 | 1st to 2nd Floor | Common hallway | IPMC ?305.1.1  | Permitting to exist on premises  unsafe stairs, landings, balconies, and all similar walking surfaces, including guards and handrails, that are not structurally sound, not properly anchored or are anchored with connections not capable of supporting all nominal loads and resisting all load effects | 1179 | 1 | $1,179.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 201 | 23NOIR-INS-02312 | 2/28/2023 | Exterior | Rear Parking Lot | 12-G DCMR § 308.1  | Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage | 590 | 30 | $590.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 201 | 23NOIR-INS-02312 | 2/28/2023 | Exterior | Side of building | IPMC ? 302.7  | Failure to maintain all accessory structures, including detached garages, fences and walls  structurally sound and in good repair | 590 | 30 | $590.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 201 | 23NOIR-INS-02312 | 2/28/2023 | Interior | Bathroom | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 590 | 30 | $590.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 201 | 23NOIR-INS-02312 | 2/28/2023 | Interior | Bathroom | 12-G DCMR § 305.3  | Failure to maintain interior surfaces in good, clean, and sanitary condition and good repair | 590 | 30 | $590.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 201 | 23NOIR-INS-02312 | 2/28/2023 | Interior | Kitchen | 12-G DCMR § 305.3  | Failure to maintain interior surfaces in good, clean, and sanitary condition and good repair | 590 | 30 | $590.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 201 | 23NOIR-INS-02312 | 2/28/2023 | Interior | Living room | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 590 | 30 | $590.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 201 | 24NOIR-INS-04606 | 5/14/2024 | Interior | Bathroom | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 202 | 22ENF-HOUS-01466 | 12/9/2021 | Interior | Bathroom | IPMC § 501.2  | Failure by owner to provide required plumbing facilities and plumbing fixtures in a dwelling unit. | 1059 | 1 | $1,059.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 202 | 22ENF-HOUS-01466 | 12/9/2021 | Interior | Entire Unit | 12-G DCMR § 309.1  | Failure to promptly exterminate structures in which rodents are found by approved processes | 1059 | 30 | $1,059.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 202 | 22ENF-HOUS-01466 | 12/9/2021 | Interior | Kitchen | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 530 | 30 | $530.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 202 | 22ENF-HOUS-01466 | 12/9/2021 | Interior | Kitchen | IPMC § 603.1  | Failure to properly install and maintain mechanical appliances, fireplaces, solid fuel-burning appliances, cooking appliances, and water heating appliances in a safe working condition capable of performing the intended function | 1059 | 1 | $1,059.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 202 | 22ENF-HOUS-01466 | 12/9/2021 | Interior | Living room | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 530 | 30 | $530.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 202 | 25NOIR-INS-01038 | 11/25/2024 | Interior | Apartment Entrance Door | IPMC ? 304.15  | Failure to maintain interior doors, door assemblies, operator systems, if provided, and/or hardware in good condition. | 609 | 30 | $609.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 202 | 25NOIR-INS-01038 | 11/25/2024 | Interior | Cooking room | 12-G DCMR § 404.7.1  | Owner furnished facilities located outside of sleeping or dwelling unit for cooking, storage or refrigeration of food are not maintained by the owner in a safe and sanitary condition and in good working order.  | 609 | 30 | $609.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 202 | 25NOIR-INS-01038 | 11/25/2024 | Interior | Cooking room | IPMC ? 305.1  | Failure to maintain interior of structure and equipment therein in good repair, structurally sound and in sanitary condition | 1218 | 30 | $1,218.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 202 | 25NOIR-INS-01038 | 11/25/2024 | Interior | Living room | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 202 | 25NOIR-INS-01038 | 11/25/2024 | Interior | Living room | IPMC ? 305.4  | Failure to maintain stairs and/or other walking surfaces in sound condition, good repair and free from hazardous conditions | 1218 | 30 | $1,218.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 202 | 25NOIR-INS-01038 | 11/25/2024 | Interior | Living room | IPMC ? 305.6  | Failure to maintain interior doors capable of being opened and closed properly | 122 | 30 | $122.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 202 | 25NOIS-INS-01250 | 11/25/2024 | Interior | Rear yard | 12-G DCMR § 308.1  | Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage | 609 | 10 | $609.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 301 | 23NOIR-INS-05227 | 8/31/2023 | Exterior | Balcony | IPMC ? 305.5  | Failure to maintain handrails and guards firmly fastened, in sound condition, good repair | 1179 | 30 | $1,179.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 301 | 23NOIR-INS-05227 | 8/31/2023 | Interior | Bathroom | 12-G DCMR § 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 590 | 30 | $590.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 301 | 23NOIR-INS-05227 | 8/31/2023 | Interior | Cooking room | IPMC § 305.1  | Failure to maintain interior of structure and equipment therein in good repair, structurally sound and in sanitary condition | 1179 | 30 | $1,179.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 301 | 23NOIR-INS-05227 | 8/31/2023 | Interior | Sleeping room 1 | IPMC ? 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 590 | 30 | $590.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 304 | 24NOIE-INS-04156 | 7/30/2024 | 1 | Entrance foyer | 12-G DCMR § 704.3.2  | Failure to install an approved permanent sign adjacent to each manual fire alarm box that reads: ?WHEN ALARM SOUNDS CALL FIRE DEPARTMENT,? where fire alarm systems are not monitored by a supervising station | 1218 | 1 | $1,218.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 304 | 24NOIE-INS-04156 | 7/30/2024 | 3 | Sleeping room 1 | 12-G DCMR § 704.2  | Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies,  regardless of occupant load in each room used for sleeping purposes | 2436 | 1 | $2,436.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 304 | 24NOIE-INS-04156 | 7/30/2024 | 3 | Sleeping room 2 | 12-G DCMR § 704.2  | Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies,  regardless of occupant load in each room used for sleeping purposes | 2436 | 1 | $2,436.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 304 | 24NOIE-INS-04156 | 7/30/2024 | 3 | Sleeping room 3 | 12-G DCMR § 704.2  | Failure to install or maintain single- or multiple-station smoke alarms in Group I-1 and R occupancies, and dwellings not regulated as Group R occupancies,  regardless of occupant load in each room used for sleeping purposes | 2436 | 1 | $2,436.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 304 | 24NOIE-INS-04156 | 7/30/2024 | 3 | Utility Closet | IPMC ? 601.2  | Failure by owner to provide or maintain the required mechanical and electrical facilities | 1218 | 1 | $1,218.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 304 | 24NOIE-INS-04156 | 7/30/2024 | 3 | Utility Closet | IPMC ? 604.3  | Failure to correct electrical system that constitutes a hazard to the occupants or the structure | 1218 | 1 | $1,218.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 304 | 24NOIE-INS-04156 | 7/30/2024 | Interior | Entire Building | 12-G DCMR § 704.1.3  | Failure maintain fire extinguishers in accordance with NFPA 10 as referenced in the Fire Code | 2436 | 1 | $2,436.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 304 | 24NOIR-INS-05934 | 7/30/2024 | 2nd to 3rd Floor | Stairwell | IPMC ? 305.5  | Failure to maintain handrails and guards firmly fastened, in sound condition, good repair | 1218 | 30 | $1,218.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 304 | 24NOIR-INS-05934 | 7/30/2024 | 3 | Apartment Entrance Door | IPMC ? 305.6  | Failure to maintain interior doors capable of being opened and closed properly | 122 | 30 | $122.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 304 | 24NOIR-INS-05934 | 7/30/2024 | 3 | Cooking room | IPMC ? 305.1  | Failure to maintain interior of structure and equipment therein in good repair, structurally sound and in sanitary condition | 1218 | 30 | $1,218.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 304 | 24NOIR-INS-05934 | 7/30/2024 | Exterior | Rear of building | IPMC ? 304.9  | Failure to maintain overhang extensions  including, but not limited to, canopies, marquees, signs, metal awnings, fire escapes, standpipes and exhaust ducts  in good repair with proper anchorage and in a safe condition; or when required, failure to protect all exposed surfaces of metal or wood from the elements and against decay or rust by periodic application of weather-coating materials, such as  paint or similar surface treatment. | 609 | 30 | $609.00 |

**EXHIBIT 7**

| Owner | Address | Unit | Inspection # | Date | Location | Area | Violation | Fine |
|---|---|---|---|---|---|---|---|---|
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 304 | 24NOIR-INS-05934 | 7/30/2024 | Interior/Exterior | Entrance foyer | IPMC ? 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 609 | 30 | $609.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | 304 | 24NOIS-INS-00725 | 7/30/2024 | Exterior | Entire Yard | 12-G DCMR ? 302.1  | Failure of the owner to maintain exterior property and premises in clean, safe and sanitary condition | 609 | 10 | $609.00 |
| 4010 9TH STREET SE LLC | 4010 9TH ST SE | EXTERIOR | 25NOIR-INS-03177 | 3/10/2025 | Exterior | Apartment Entrance Door | IPMC ? 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 625 | 30 | $625.00 |
| | 4010 9TH ST SE | | 24NOIE-INS-04478 | 8/21/2024 | Interior | Common hallway | 12-G DCMR ? 704.3.2  | Failure to install an approved permanent sign adjacent to each manual fire alarm box that reads: ?WHEN ALARM SOUNDS CALL FIRE DEPARTMENT,? where fire alarm systems are not monitored by a supervising station | 1218 | 1 | $1,218.00 |
| | 4010 9TH ST SE | | 24NOIE-INS-06433 | 8/21/2024 | Exterior | Front of building | IPMC ? 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 609 | 30 | $609.00 |
| | 4010 9TH ST SE | 304 | 24NOIE-INS-04037 | 7/22/2024 | Interior | Common hallway | 12-G DCMR ? 704.1.3  | Failure to keep all required portable fire extinguishers maintained in an efficient and safe operating condition | 2436 | 1 | $2,436.00 |
| | 4010 9TH ST SE | 304 | 24NOIE-INS-04037 | 7/22/2024 | Interior | Common hallway | 12-G DCMR ? 704.3.2  | Failure to install an approved permanent sign adjacent to each manual fire alarm box that reads: ?WHEN ALARM SOUNDS CALL FIRE DEPARTMENT,? where fire alarm systems are not monitored by a supervising station | 1218 | 1 | $1,218.00 |
| | 4010 9TH ST SE | 304 | 24NOIR-INS-05794 | 7/22/2024 | Exterior | Entrance door | IPMC ? 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 609 | 30 | $609.00 |
| | 4010 9TH ST SE | 304 | 24NOIR-INS-05794 | 7/22/2024 | Interior | Common hallway | IPMC ? 304.12  | failure to maintain handrails and guards in a firmly fastened manner, good condition  and/ or capable of supporting normally imposed loads | 1218 | 30 | $1,218.00 |
| | 4010 9TH ST SE | 304 | 24NOIR-INS-05794 | 7/22/2024 | Interior | Common hallway | IPMC ? 304.13  | Failure to maintain windows, skylights,  door or frame in sound condition, good repair and weather tight | 609 | 30 | $609.00 |