| OWNER | VIOLATION ADDRESS | UNIT | CAP ID | CREATED DATE | FLOOR | LOCATION | VIOLATION | ORIGINAL FINE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 102 | 25NOIE-INS-01222 | 12/31/2024 | 1 | Bathroom | IPMC ? 506.2  | Failure to keep every plumbing stack, vent, waste and sewer line free from obstructions, leaks, or defect.  | 1218 | 1 | $1,218.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 102 | 25NOIE-INS-01222 | 12/31/2024 | 1 | Cooking room | IPMC ? 604.3  | Failure to correct electrical system that constitutes a hazard to the occupants or the structure | 1218 | 1 | $1,218.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 102 | 25NOIE-INS-01222 | 12/31/2024 | 1 | Entire Unit | 12-G DCMR ?? 108.1.1 and 108.1.1.3  | Structure is unfit for human occupancy because it is unsafe; unlawful; or due to the degree of disrepair or lack of maintenance, is unsanitary or vermin or rat infested, contains filth and contamination, or lacks ventilation, illumination, sanitary or heating facilities or other essential equipment required by the Property Maintenance Code; or the code official found the location of the structure constitutes a hazard to the occupants of the structure or to the public. | 2436 | 1 | $2,436.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 102 | 25NOIR-INS-01687 | 12/31/2024 | 1 | Bathroom | IPMC ? 502.1  | Failure to maintain bathtub, shower, lavatory, water closet or kitchen sink in a sanitary, safe working condition  | 609 | 30 | $609.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 102 | 25NOIR-INS-01687 | 12/31/2024 | 1 | Cooking room | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 102 | 25NOIR-INS-01687 | 12/31/2024 | 1 | Cooking room | IPMC ? 305.1  | Failure to maintain interior of structure and equipment therein in good repair, structurally sound and in sanitary condition | 1218 | 30 | $1,218.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 102 | 25NOIR-INS-01687 | 12/31/2024 | 1 | Entire Unit | 12-G DCMR ? 305.4  | Failure to maintain stairs and/or other walking surfaces in sound condition, good repair and free from hazardous conditions | 1218 | 30 | $1,218.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 102 | 25NOIR-INS-01687 | 12/31/2024 | 1 | Sleeping room 1 | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 102 | 25NOIR-INS-01687 | 12/31/2024 | 1 | Sleeping room 2 | IPMC ? 305.6  | Failure to maintain interior doors that are securely attached to jambs, headers or tracks as intended by the manufacturer of the attachment hardware | 122 | 30 | $122.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 102 | 25NOIR-INS-01687 | 12/31/2024 | 1 | Sleeping room 2 | IPMC ? 605.2  | Failure to have receptacle outlets with the appropriate faceplate covers for the location | 609 | 30 | $609.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 102 | 25NOIR-INS-01687 | 12/31/2024 | 1 | Sleeping room 3 | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 609 | 30 | $609.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 102 | 25NOIR-INS-01687 | 12/31/2024 | 1 | Sleeping room 3 | IPMC ? 305.6  | Failure to maintain interior doors that are securely attached to jambs, headers or tracks as intended by the manufacturer of the attachment hardware | 122 | 30 | $122.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 102 | 25NOIR-INS-01687 | 12/31/2024 | 1 | Sleeping room 3 | IPMC ? 605.2  | Failure to have receptacle outlets with the appropriate faceplate covers for the location | 609 | 30 | $609.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 102 | 25NOIR-INS-01687 | 12/31/2024 | Exterior | Rear Parking Lot | IPMC ? 302.8  | Failure to prevent inoperative or unlicensed motor vehicle from being parked, kept or stored on premises | 609 | 30 | $609.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 103 | 22NOIR-INS-02279 | 8/12/2022 | Exterior | Rear of building | IPMC ? 308.1  | Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage | 554 | 30 | $554.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 103 | 22NOIR-INS-02279 | 8/12/2022 | Exterior | Rear of building | IPMC ? 302.3  | Failure to maintain sidewalk, walkway, driveway, stairs or similar area in proper state of repair | 554 | 30 | $554.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 103 | 22NOIR-INS-02279 | 8/12/2022 | Interior | Stairwell | IPMC ? 302.3  | Failure to maintain sidewalk, walkway, driveway, stairs or similar area in proper state of repair | 554 | 30 | $554.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 202 | 23NOIR-INS-04523 | 2/17/2023 | Interior | Common hallway | 12-G DCMR ? 704.1.3  | Failure to keep all required portable fire extinguishers maintained in an efficient and safe operating condition | 2358 | 1 | $2,358.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 202 | 23NOIR-INS-04523 | 2/17/2023 | Interior | Common hallway | 12-G DCMR ? 704.5  | Failure to continuously maintain fire alarm systems in accordance with applicable NFPA requirements or as otherwise directed by the code official | 2358 | 1 | $2,358.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 202 | 23NOIR-INS-04523 | 2/17/2023 | Interior | Hallway | IPMC ? 601.2  | Failure by owner to provide or maintain the required mechanical and electrical facilities | 1179 | 1 | $1,179.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 202 | 23NOIR-INS-04523 | 2/17/2023 | Interior | Living room | IPMC ? 601.2  | Failure by owner to provide or maintain the required mechanical and electrical facilities | 1179 | 1 | $1,179.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 202 | 23NOIR-INS-02174 | 2/17/2023 | Exterior | Basement | IPMC ? 304.13.1  | Failure to maintain glazing materials free from cracks and holes | 118 | 30 | $118.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 202 | 23NOIR-INS-02174 | 2/17/2023 | Exterior | Entire Building | IPMC ? 308.1  | Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage | 590 | 30 | $590.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 202 | 23NOIR-INS-02174 | 2/17/2023 | Interior | Bathroom | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 590 | 30 | $590.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 202 | 23NOIR-INS-02174 | 2/17/2023 | Interior | Common hallway | IPMC ? 308.1  | Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage | 590 | 30 | $590.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 202 | 23NOIR-INS-02174 | 2/17/2023 | Interior | Entire Unit | 12-G DCMR ? 309.1  | failure of owner to take proper precautions to prevent rodent re-infestation after rodent extermination | 1179 | 30 | $1,179.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 202 | 23NOIR-INS-02174 | 2/17/2023 | Interior | Sleeping room 1 | 12-G DCMR ? 305.3  | Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions | 590 | 30 | $590.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 203 | 25NOIE-INS-02398 | 3/11/2025 | Interior | Entire Unit | 12-G DCMR ?? 108.1.1 and 108.1.1.1  | A structure or attachment to a structure is unsafe or dangerous to the life, health, property or safety of the public or the occupants of the structure because it contains unsafe equipment | 2499 | 1 | $2,499.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 302 | 23NOIR-INS-01514 | 12/30/2022 | Exterior | Front of building | 12-G DCMR ? 302.1  | Failure of the owner to maintain exterior property and premises in clean, safe and sanitary condition | 554 | 30 | $554.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 302 | 23NOIR-INS-01514 | 12/30/2022 | Interior | Bathroom | IPMC ? 305.1  | Failure to maintain interior of structure and equipment therein in good repair, structurally sound and in sanitary condition | 1107 | 30 | $1,107.00 |
| 4303-4313 WHEELER RD SE LLC | 4313 WHEELER RD SE | 302 | 23NOIR-INS-01514 | 12/30/2022 | Interior | Common hallway | 12-G DCMR ? 305.3  | Failure to maintain interior surfaces in good, clean, and sanitary condition and good repair | 554 | 30 | $554.00 |

**EXHIBIT 8**