# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:                                     *
                                           *
1416 EASTERN AVE NE LLC,                   *     Case No.: 23-00180-ELG
       Debtor.                             *     Chapter 11
                                           *
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned counsel enters his appearance in this case on behalf of Washington Gas Light Company. The request is made that the documents filed in this case and identified below be served on the undersigned counsel through the ECF notification system or via U.S. mail to Nagle & Zaller, P.C., 8840 Stanford Boulevard, Suite 1800, Columbia, Maryland 21045.

          Respectfully submitted,

          */s/ John E. Tsikerdanos*
          John E. Tsikerdanos, Bar No. 426201
          Nagle & Zaller, P.C.
          8840 Stanford Boulevard, Suite 1800
          Columbia, Maryland 21045
          P: 410-740-8100
          E-Mail: john@naglezaller.com
          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of April, 2025, I served a copy of this pleading via the ECF system, on:

William C. Johnson, Jr., Esquire
The Johnson Law Group, LLC
6305 Ivy Lane, Suite 630
Greenbelt, Maryland 20770
william@johnsonlg.law
Counsel to Debtor

Marc E. Albert, Trustee
Stinson LLP
1775 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
malbert@stinson.com

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov

*/s/ John E. Tsikerdanos*
John E. Tsikerdanos, Bar No. 426201

**2**