Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*,[1]<br><br>Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>(Jointly Administered)<br><br>**Confirmation Hearing Date:**<br>**April 29, 2025 at 10:00 a.m. EST** |

**REPORT OF BALLOTS**

Marc E. Albert, the Chapter 11 Trustee ("Trustee") for the bankruptcy estates of 1416 Eastern NE LLC, et al. (the "Debtors"), by counsel, hereby submits this Report of Ballots in connection with the Trustee's pending Chapter 11 Plan of Liquidation and, in support thereof, states as follows:

2. The Trustee filed both his Disclosure Statement [Dkt. 133] and Trustee's Chapter 11 Plan of Liquidation [Dkt. 132] on March 21, 2025. On that same date, the Trustee also filed his *Expedited Motion for Order (I) Combining Hearing on Approval of Disclosure Statement and (II)*

---

[1] Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG) (collectively, "Debtors").

1

*Scheduling Confirmation Hearing and Related Deadlines on an Expedited Basis* (the "Motion to Combine") [Dkt. 134].

3. Following a hearing held on March 26, 2025, on March 27, 2025 the Court entered an Order approving the Motion to Combine, setting April 29, 2025 at 10:00 a.m. as the date for the hearing to consider both final approval of the Disclosure Statement and confirmation of the Trustee's Plan, and setting forth other deadlines with respect confirmation (the "Confirmation Hearing Order') [Dkt. 140].

4. The Confirmation Hearing Order fixed April 22, 2025 as the last day for submitting written acceptances or rejections of the Trustee's Plan, and further providing that the Trustee submit a summary of the ballots received to the Court on or before April 25, 2025.

5. Counsel for the Trustee certifies that the results of the voting by Holders of Allowed Claims is set forth in the attached **Exhibit A**, which represents a summary of the completed ballots. This summary is a true and correct copy of the final tabulation of timely cast votes by Holders of Allowed Claims and Claims allowed for voting purposes. The summary sets forth an accurate and complete tabulation of all ballots received by the proponent as to rejection and acceptance of Plan, by class of creditors and interests with the number and total amount of claims or interests in each category.

6. Counsel for the Debtor further certifies that **Exhibit B** includes true and correct copies of all ballots timely received by the Trustee.

Dated:  April 25, 2025                                        Respectfully submitted,

/s/ Joshua W. Cox
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby.

/s/ *Joshua W. Cox*
Joshua W. Cox