**Ex A - Summary of Class Voting**

| Class | Claim Classification | Vote to Accept Plan | Vote to Reject Plan | Percentage Accepting | Claim Dollar Amount Accepting | Claim Dollar Amount Rejecting | Class Result |
|---|---|---|---|---|---|---|---|
| **1416 Eastern Ave NE LLC (Case No. 24-00180)** | | | | | | | |
| **Class A.1** - Secured Claims of Taxing Authorities and Utility Lienholders that Prime TD Bank's Secured Claims | Unimpaired - Deemed to Accept | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class A.2** - Secured Claim of TD Bank | Impaired - Entitled to Vote | 1 | 0 | 100% | $ 884,800.14 | $0.00 | **ACCEPTS PLAN** |
| **Class A.3** - General Unsecured Claims | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class A.4** - Interests | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **945 Longfellow St NW LLC (Case No. 24-00181)** | | | | | | | |
| **Class B.1** - Secured Claims of Taxing Authorities and Utility Lienholders that Prime TD Bank's Secured Claims | Unimpaired - Deemed to Accept | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class B.2** - Secured Claim of TD Bank | Impaired - Entitled to Vote | 1 | 0 | 100% | $ 3,961,955.01 | $0.00 | **ACCEPTS PLAN** |
| **Class B.3** - General Unsecured Claims | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class B.4** - Interests | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **2501 Naylor Rd SE LLC (Case No. 24-00182)** | | | | | | | |
| **Class C.1** - Secured Claims of Taxing Authorities and Utility Lienholders that Prime TD Bank's Secured Claims | Unimpaired - Deemed to Accept | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class C.2** - Secured Claim of TD Bank | Impaired - Entitled to Vote | 1 | 0 | 100% | $ 1,616,647.83 | $0.00 | **ACCEPTS PLAN** |
| **Class C.3** - General Unsecured Claims | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class C.4** - Interests | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **4303-13 Wheeler Rd SE LLC (Case No. 24-00183)** | | | | | | | |
| **Class D.1** - Secured Claims of Taxing Authorities and Utility Lienholders that Prime TD Bank's Secured Claims | Unimpaired - Deemed to Accept | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class D.2** - Secured Claim of TD Bank | **Impaired - Entitled to Vote** | 1 | 0 | 100% | $ 9,690,010.75 | $0.00 | **ACCEPTS PLAN** |
| **Class D.3** - General Unsecured Claims | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class D.4** - Interests | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **4263 6th St SE Apartments LLC (Case No. 24-00184)** | | | | | | | |
| **Class E.1** - Secured Claims of Taxing Authorities and Utility Lienholders that Prime TD Bank's Secured Claims | Unimpaired - Deemed to Accept | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class E.2** - Secured Claim of TD Bank | Impaired - Entitled to Vote | 1 | 0 | 100% | $ 917,844.33 | $0.00 | **ACCEPTS PLAN** |
| **Class E.3** - General Unsecured Claims | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class E.4** - Interests | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **4935 NHB Ave NE LLC (Case No. 24-00185)** | | | | | | | |
| **Class F.1** - Secured Claims of Taxing Authorities and Utility Lienholders that Prime TD Bank's Secured Claims | Unimpaired - Deemed to Accept | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class F.2** - Secured Claim of TD Bank | Impaired - Entitled to Vote | 1 | 0 | 100% | $ 795,974.26 | $0.00 | **ACCEPTS PLAN** |
| **Class F.3** - General Unsecured Claims | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class F.4** - Interests | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **3968 MLK LLC (Case No. 24-00186)** | | | | | | | |
| **Class G.1** - Secured Claims of Taxing Authorities and Utility Lienholders that Prime TD Bank's Secured Claims | Unimpaired - Deemed to Accept | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class G.2** - Secured Claim of TD Bank | Impaired - Entitled to Vote | 1 | 0 | 100% | $ 951,028.85 | $0.00 | **ACCEPTS PLAN** |
| **Class G.3** - General Unsecured Claims | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class G.4** - Interests | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **4010 9th St SE LLC (Case No. 24-00187)** | | | | | | | |

| Class | Status | Accept # | Reject # | % | $ Accept | $ Reject | Result |
|---|---|---|---|---|---|---|---|
| **Class H.1** - Secured Claims of Taxing Authorities and Utility Lienholders that Prime TD Bank's Secured Claims | Unimpaired - Deemed to Accept | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class H.2 - Secured Claim of TD Bank** | **Impaired - Entitled to Vote** | **1** | **0** | **100%** | **$ 2,373,881.70** | **$0.00** | **ACCEPTS PLAN** |
| **Class H.3** - General Unsecured Claims | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class H.4** - Interests | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **2440 S St SE LLC (Case No. 24-00188)** | | | | | | | |
| **Class I.1** - Secured Claims of Taxing Authorities and Utility Lienholders that Prime TD Bank's Secured Claims | Unimpaired - Deemed to Accept | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class I.2 - Secured Claim of TD Bank** | **Impaired - Entitled to Vote** | **1** | **0** | **100%** | **$ 2,771,446.25** | **$0.00** | **ACCEPTS PLAN** |
| **Class I.3** - General Unsecured Claims | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class I.4** - Interests | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **4400 Hunt Pl NE LLC (Case No. 24-00189)** | | | | | | | |
| **Class J.1** - Secured Claims of Taxing Authorities and Utility Lienholders that Prime TD Bank's Secured Claims | Unimpaired - Deemed to Accept | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class J.2 - Secured Claim of TD Bank** | **Impaired - Entitled to Vote** | **1** | **0** | **100%** | **$ 4,593,872.48** | **$0.00** | **ACCEPTS PLAN** |
| **Class J.3** - General Unsecured Claims | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class J.4** - Interests | Impaired - Deemed to Reject | n/a | n/a | n/a | n/a | n/a | n/a |