**Acceptance or Rejection of the Plan**
In re 1416 Eastern Ave NE LLC, *et al.*, Case No. 24-00180-ELG
1416 Eastern Ave NE LLC (Case No. 24-00180-ELG)

The undersigned, the holder of a **Class A.2** claim against the Debtor in the unpaid amount of _____ dollars ($ 884,800.14* ) (check one box only):
See attached addendum.

| ☑ **ACCEPTS** the Plan | ☐ **REJECTS** the Plan |
|---|---|

TO BE COMPLETED BY CLAIMANT:

Dated: April 17, 2025
Print or type name: Felipe Lozano (VP & Workout Officer, TD Bank, N.A.)
Signature: *Felipe Lozano*
Address: 5900 N. Andrews Ave, Suite 200
Ft. Lauderdale, Florida 33309

**Return this ballot to:**

STINSON LLP
ATTN: 1416 Eastern Ave. NE LLC, et al. BALLOT
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
brad.jones@stinson.com
joshua.cox@stinson.com

CORE/3516991.0007/197468405.1

3

In re 1416 Eastern Ave NE LLC
Case No. 24-00180-ELG,
United States Bankruptcy Court for the District of Columbia
Chapter 11

**ADDENDUM TO CLASS A.2 BALLOT**

    The amount set forth in the ballot is the principal balance owed as of April 17, 2025. The Proof of Claim sets forth the amounts owed to Claimant, TD Bank, N.A. (the "Lender"). The Lender reserves the right to periodically supplement and/or amend the Proof of Claim and to assert additional claims (including interest and attorneys' fees). The Lender reserves the right to amend and/or supplement the Proof of Claim in all other respects.

**Acceptance or Rejection of the Plan**
In re 1416 Eastern Ave NE LLC, *et al.*, Case No. 24-00180-ELG
945 Longfellow St NW LLC (Case No. 24-00181-ELG)

The undersigned, the holder of a **Class B.2** claim against the Debtor in the unpaid amount of _____ dollars ($ 3,961,955.01* ) (check one box only):
See attached addendum.

| ☒ **ACCEPTS** the Plan | ☐ **REJECTS** the Plan |
|---|---|

TO BE COMPLETED BY CLAIMANT:

Dated: April 17, 2025
Print or type name: Felipe Lozano (VP & Workout Officer, TD Bank, N.A.)
Signature: *Felipe Lozano*
Address: 5900 N. Andrews Ave, Suite 200
Ft. Lauderdale, Florida 33309

**Return this ballot to:**

STINSON LLP
ATTN: 1416 Eastern Ave. NE LLC, et al. BALLOT
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
brad.jones@stinson.com
joshua.cox@stinson.com

3

In re 945 Longfellow St NW LLC
Case No. 24-00181-ELG,
United States Bankruptcy Court for the District of Columbia
Chapter 11

**<u>ADDENDUM TO CLASS B.2 BALLOT</u>**

The amount set forth in the ballot is the principal balance owed as of April 17, 2025.  The Proof of Claim sets forth the amounts owed to Claimant, TD Bank, N.A. (the "Lender").  The Lender reserves the right to periodically supplement and/or amend the Proof of Claim and to assert additional claims (including interest and attorneys' fees).  The Lender reserves the right to amend and/or supplement the Proof of Claim in all other respects.

**Acceptance or Rejection of the Plan**
In re 1416 Eastern Ave NE LLC, *et al.*, Case No. 24-00180-ELG
2501 Naylor Rd SE LLC (Case No. 24-00182-ELG)

The undersigned, the holder of a **Class C.2** claim against the Debtor in the unpaid amount of _____ dollars ($ 1,616,647.83*) (check one box only):
See attached addendum.

| ☒ **ACCEPTS** the Plan | ☐ **REJECTS** the Plan |

TO BE COMPLETED BY CLAIMANT:

Dated: April 17, 2025
Print or type name: Felipe Lozano (VP & Workout Officer, TD Bank, N.A.)
Signature: *Felipe Lozano*
Address: 5900 N. Andrews Ave, Suite 200
Ft. Lauderdale, Florida 33309

**Return this ballot to:**

STINSON LLP
ATTN: 1416 Eastern Ave. NE LLC, et al. BALLOT
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
brad.jones@stinson.com
joshua.cox@stinson.com

3

In re 2501 Naylor Rd SE LLC
Case No. 24-00182-ELG,
United States Bankruptcy Court for the District of Columbia
Chapter 11

**ADDENDUM TO CLASS C.2 BALLOT**

The amount set forth in the ballot is the principal balance owed as of April 17, 2025. The Proof of Claim sets forth the amounts owed to Claimant, TD Bank, N.A. (the "Lender"). The Lender reserves the right to periodically supplement and/or amend the Proof of Claim and to assert additional claims (including interest and attorneys' fees). The Lender reserves the right to amend and/or supplement the Proof of Claim in all other respects.

**Acceptance or Rejection of the Plan**
In re 1416 Eastern Ave NE LLC, *et al.*, Case No. 24-00180-ELG
4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG)

The undersigned, the holder of a **Class D.2** claim against the Debtor in the unpaid amount of _____ dollars ($ 9,690,010.75* ) (check one box only):
See attached addendum.

| ☑ **ACCEPTS** the Plan | ☐ **REJECTS** the Plan |

TO BE COMPLETED BY CLAIMANT:

Dated: April 17, 2025
Print or type name: Felipe Lozano (VP & Workout Officer, TD Bank, N.A.)
Signature: *Felipe Lozano*
Address: 5900 N. Andrews Ave, Suite 200
Ft. Lauderdale, Florida 33309

**Return this ballot to:**

STINSON LLP
ATTN: 1416 Eastern Ave. NE LLC, et al. BALLOT
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
brad.jones@stinson.com
joshua.cox@stinson.com

3

In re 4303-13 Wheeler Rd SE LLC
Case No. 24-00183-ELG,
United States Bankruptcy Court for the District of Columbia
Chapter 11

**<u>ADDENDUM TO CLASS D.2 BALLOT</u>**

    The amount set forth in the ballot is the principal balance owed as of April 17, 2025. The Proof of Claim sets forth the amounts owed to Claimant, TD Bank, N.A. (the "Lender"). The Lender reserves the right to periodically supplement and/or amend the Proof of Claim and to assert additional claims (including interest and attorneys' fees). The Lender reserves the right to amend and/or supplement the Proof of Claim in all other respects.

**Acceptance or Rejection of the Plan**
In re 1416 Eastern Ave NE LLC, *et al.*, Case No. 24-00180-ELG
4263 6th St SE Apartments LLC (Case No. 24-00184- ELG)

The undersigned, the holder of a **Class E.2** claim against the Debtor in the unpaid amount of _____ dollars ($ 917,844.33* ) (check one box only):
See attached addendum.

| ☑ **ACCEPTS** the Plan | ☐ **REJECTS** the Plan |

TO BE COMPLETED BY CLAIMANT:

Dated: April 17, 2025
Print or type name: Felipe Lozano (VP & Workout Officer, TD Bank, N.A.)
Signature: *Felipe Lozano*
Address: 5900 N. Andrews Ave, Suite 200
Ft. Lauderdale, Florida 33309

**Return this ballot to:**

STINSON LLP
ATTN: 1416 Eastern Ave. NE LLC, et al. BALLOT
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
brad.jones@stinson.com
joshua.cox@stinson.com

3

In re 4263 6th St SE Apartments LLC
Case No. 24-00184-ELG,
United States Bankruptcy Court for the District of Columbia
Chapter 11

**ADDENDUM TO CLASS E.2 BALLOT**

    The amount set forth in the ballot is the principal balance owed as of April 17, 2025. The Proof of Claim sets forth the amounts owed to Claimant, TD Bank, N.A. (the "Lender"). The Lender reserves the right to periodically supplement and/or amend the Proof of Claim and to assert additional claims (including interest and attorneys' fees). The Lender reserves the right to amend and/or supplement the Proof of Claim in all other respects.

**Acceptance or Rejection of the Plan**
In re 1416 Eastern Ave NE LLC, *et al.*, Case No. 24-00180-ELG
4935 NHB Ave NE LLC (Case No. 24-00185-ELG)

The undersigned, the holder of a **Class F.2** claim against the Debtor in the unpaid amount of _____ dollars ($ 795,974.26*  ) (check one box only):
    See attached addendum.

| ☑ **ACCEPTS** the Plan | ☐ **REJECTS** the Plan |
|---|---|

TO BE COMPLETED BY CLAIMANT:

Dated: April 17, 2025

Print or type name: Felipe Lozano (VP & Workout Officer, TD Bank, N.A.)

Signature: *Felipe Lozano*

Address: 5900 N. Andrews Ave, Suite 200
Ft. Lauderdale, Florida 33309

**Return this ballot to:**

STINSON LLP
ATTN: 1416 Eastern Ave. NE LLC, et al. BALLOT
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
brad.jones@stinson.com
joshua.cox@stinson.com

3

In re 4935 NHB Ave NE LLC
Case No. 24-00185-ELG,
United States Bankruptcy Court for the District of Columbia
Chapter 11

**ADDENDUM TO CLASS F.2 BALLOT**

The amount set forth in the ballot is the principal balance owed as of April 17, 2025. The Proof of Claim sets forth the amounts owed to Claimant, TD Bank, N.A. (the "Lender"). The Lender reserves the right to periodically supplement and/or amend the Proof of Claim and to assert additional claims (including interest and attorneys' fees). The Lender reserves the right to amend and/or supplement the Proof of Claim in all other respects.

**Acceptance or Rejection of the Plan**
In re 1416 Eastern Ave NE LLC, *et al.*, Case No. 24-00180-ELG
3968 MLK LLC (Case No. 24-00186-ELG)

The undersigned, the holder of a **Class G.2** claim against the Debtor in the unpaid amount of _____ dollars ($ 951,028.85* ) (check one box only):
See attached addendum.

| ☑ **ACCEPTS** the Plan | ☐ **REJECTS** the Plan |
|---|---|

TO BE COMPLETED BY CLAIMANT:

Dated:                April 17, 2025
Print or type name:   Felipe Lozano (VP & Workout Officer, TD Bank, N.A.)
Signature:            *Felipe Lozano*
Address:              5900 N. Andrews Ave., Suite 200
                      Ft. Lauderdale, Florida 33309

**Return this ballot to:**

STINSON LLP
ATTN: 1416 Eastern Ave. NE LLC, et al. BALLOT
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
brad.jones@stinson.com
joshua.cox@stinson.com

3

In re 3968 MLK LLC
Case No. 24-00186-ELG,
United States Bankruptcy Court for the District of Columbia
Chapter 11

**ADDENDUM TO CLASS G.2 BALLOT**

  The amount set forth in the ballot is the principal balance owed as of April 17, 2025. The Proof of Claim sets forth the amounts owed to Claimant, TD Bank, N.A. (the "Lender"). The Lender reserves the right to periodically supplement and/or amend the Proof of Claim and to assert additional claims (including interest and attorneys' fees). The Lender reserves the right to amend and/or supplement the Proof of Claim in all other respects.

**Acceptance or Rejection of the Plan**
In re 1416 Eastern Ave NE LLC, *et al.*, Case No. 24-00180-ELG
4010 9th St SE LLC (Case No. 24-00187-ELG)

The undersigned, the holder of a **Class H.2** claim against the Debtor in the unpaid amount of _____ dollars ($ 2,373,881.70* ) (check one box only):
  See attached addendum.

| ☑ **ACCEPTS** the Plan | ☐ **REJECTS** the Plan |
|---|---|

TO BE COMPLETED BY CLAIMANT:

Dated: April 17, 2025
Print or type name: Felipe Lozano (VP & Workout Officer, TD Bank, N.A.)
Signature: *Felipe Lozano*
Address: 5900 N. Andrews Ave, Suite 200
Ft. Lauderdale, Florida 33309

**Return this ballot to:**

STINSON LLP
ATTN: 1416 Eastern Ave. NE LLC, et al. BALLOT
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
brad.jones@stinson.com
joshua.cox@stinson.com

3

In re 4010 9th St SE LLC
Case No. 24-00187-ELG,
United States Bankruptcy Court for the District of Columbia
Chapter 11

**ADDENDUM TO CLASS H.2 BALLOT**

    The amount set forth in the ballot is the principal balance owed as of April 17, 2025. The Proof of Claim sets forth the amounts owed to Claimant, TD Bank, N.A. (the "Lender"). The Lender reserves the right to periodically supplement and/or amend the Proof of Claim and to assert additional claims (including interest and attorneys' fees). The Lender reserves the right to amend and/or supplement the Proof of Claim in all other respects.

**Acceptance or Rejection of the Plan**
In re 1416 Eastern Ave NE LLC, *et al.*, Case No. 24-00180-ELG
2440 S St SE LLC (Case No. 24-00188-ELG)

The undersigned, the holder of a **Class I.2** claim against the Debtor in the unpaid amount of _____ dollars ($ 2,771,446.25* ) (check one box only):
See attached addendum.

| ☑ **ACCEPTS** the Plan | ☐ **REJECTS** the Plan |
|---|---|

TO BE COMPLETED BY CLAIMANT:

Dated: April 17, 2025
Print or type name: Felipe Lozano (VP & Workout Officer, TD Bank, N.A.)
Signature: *Felipe Lozano*
Address: 5900 N. Andrews Ave, Suite 200
Ft. Lauderdale, Florida 33309

**Return this ballot to:**

STINSON LLP
ATTN: 1416 Eastern Ave. NE LLC, et al. BALLOT
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
brad.jones@stinson.com
joshua.cox@stinson.com

3

In re 2440 S St SE LLC
Case No. 24-00188-ELG,
United States Bankruptcy Court for the District of Columbia
Chapter 11

**ADDENDUM TO CLASS I.2 BALLOT**

      The amount set forth in the ballot is the principal balance owed as of April 17, 2025.  The Proof of Claim sets forth the amounts owed to Claimant, TD Bank, N.A. (the "Lender").  The Lender reserves the right to periodically supplement and/or amend the Proof of Claim and to assert additional claims (including interest and attorneys' fees).  The Lender reserves the right to amend and/or supplement the Proof of Claim in all other respects.

**Acceptance or Rejection of the Plan**
In re 1416 Eastern Ave NE LLC, *et al.*, Case No. 24-00180-ELG
4400 Hunt Pl NE LLC (Case No. 24-00189-ELG)

The undersigned, the holder of a **Class J.2** claim against the Debtor in the unpaid amount of _____ dollars ($ 4,593,872.48* ) (check one box only):
See attached addendum.

| ☑ **ACCEPTS** the Plan | ☐ **REJECTS** the Plan |
|---|---|

TO BE COMPLETED BY CLAIMANT:

Dated: April 17, 2025
Print or type name: Felipe Lozano (VP & Workout Officer, TD Bank, N.A.)
Signature: *Felipe Lozano*
Address: 5900 N. Andrews Ave, Suite 200
Ft. Lauderdale, Florida 33309

**Return this ballot to:**

STINSON LLP
ATTN: 1416 Eastern Ave. NE LLC, et al. BALLOT
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
brad.jones@stinson.com
joshua.cox@stinson.com

3

In re 4400 Hunt Pl NE LLC
Case No. 24-00189-ELG,
United States Bankruptcy Court for the District of Columbia
Chapter 11

**ADDENDUM TO CLASS J.2 BALLOT**

　　The amount set forth in the ballot is the principal balance owed as of April 17, 2025. The Proof of Claim sets forth the amounts owed to Claimant, TD Bank, N.A. (the "Lender"). The Lender reserves the right to periodically supplement and/or amend the Proof of Claim and to assert additional claims (including interest and attorneys' fees). The Lender reserves the right to amend and/or supplement the Proof of Claim in all other respects.