Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert, Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*,[1] ) | Chapter 11 |
| ) | (Jointly Administered) |
| Debtors. ) | |

**TRUSTEE'S NOTICE OF COMPETING BID FOR PURCHASE OF REAL PROPERTIES**

Marc E. Albert ("Trustee"), the Chapter 11 Trustee for the bankruptcy estates of 1416

Eastern NE LLC, et al. ("Debtors"), by and through his undersigned counsel, Stinson LLP,

provides notice to the Court and parties-in-interest that the Trustee has received a competing bid

for the purchase of the real properties (the "Properties") proposed to be sold pursuant to the

Trustee's Joint Plan of Liquidation (the "Plan"). [Dkt. No. 132]. The competing bid was

submitted by Carlos Saenz and Richard Balles (or an entity under their control). The proposed

purchase price is $7,300,000.00. A copy of the competing bid is attached as **Exhibit A**.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

1

Pursuant to Article VI.C of the proposed Plan, all persons interested in purchasing one or more of the Properties should be prepared to present their highest and best offer at the Confirmation Hearing, which is scheduled for April 29, 2025 at 10:00 a.m. in Courtroom 1 of the United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, DC  20001.

To the extent deposit funds have not previously been placed on deposit with a title company, interested purchasers should bring to the hearing in the form of a cashier's check or other guaranty of payment any proposed deposit being provided in support of their bid to purchase one or more of the Properties.

The Trustee reserves his right to select the highest and best offer in his sole business judgment.

Dated:  April 28, 2025

Respectfully submitted,

/s/ *Bradley D. Jones*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

CORE/3516991.0007/198670816.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 28, 2025, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby.

/s/ *Bradley D. Jones*
Bradley D. Jones