**The Zupancic Group of Marcus & Millichap**
**7200 Wisconsin Avenue (Suite 1101)**
**Bethesda, MD 20814**
**Phone: (202) 536-3780**
**Fax: (202) 536-3710**

Date:

# NON-BINDING LETTER OF INTENT

**Re:**    **Chapter 11 Bankruptcy Sale of the Properties Located at:**

**See Exhibit A**

This Letter of Intent will serve to outline the general terms and conditions under which we propose to submit a Purchase Agreement for the properties described in Exhibit A

**1. Purchaser:**            **Carlos Saenz and Richard Balles or** an entity under Purchaser's control

2. **Purchase Price:**        **$7,300,000**

**3. Property:**            The "Property" is defined as the properties described in Exhibit A

**4. Deposit:**            $450,000 which shall be deposited within three (3) business days of contract ratification. The earnest money deposit shall become non-refundable immediately after being deposited with the Title Company upon contract ratification.

**5. Financing Contingency:**    None

**6. Due Diligence/Inspection:**    None. Non-contingent offer.

**7. Property Condition:**    **PURCHASER ACKNOWLEDGES THAT HE OR SHE IS PURCHASING THE PROPERTY "AS IS" "WHERE-IS"**

**8. Closing:**            Closing shall be held no later than 30 calendar days following the date on which the Bankruptcy Court submits an order approving the sale of the Property.

**9. Broker:**            Seller and Purchaser recognize that Marcus & Millichap Real Estate Investment Services is the exclusive real estate broker in this transaction and will be paid a commission paid for by Seller from the proceeds of the sale at Closing.

**10. Other Terms:**   Seller and Purchaser agree to proceed diligently to execute a formal Purchase Agreement within 7 business days following the execution of this non-binding offer by all parties reflecting, but not limited to, the terms and conditions herein.

**11. Bankruptcy Sale:**   Seller and Purchaser agree and acknowledge that this sale is subject to approval by the United States Bankruptcy Court for the District of Columbia (the "Bankruptcy Court"). Seller may choose to transfer the Property pursuant to a plan confirmed under Section 1129 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Seller may also, in Seller's sole discretion, chose to transfer the Property pursuant to a sale under Section 363 of the Bankruptcy Code without confirming a bankruptcy plan. Notwithstanding anything to the contrary herein or in any other document or agreement: (i) the sale is subject to notice and hearing requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the local rules of the Bankruptcy Court, and any requirements established by the Bankruptcy Court; (ii) the sale is subject to approval by the Bankruptcy Court, and as part of the court approval process, this LOI and the Purchase Agreement are, and will remain, subject to higher and better offers; (iii) the sale may be a necessary component to the consummation of Seller's anticipated bankruptcy plan, and in such a case, no transfer and/or recordation taxes shall be imposed on the transfer of the Property pursuant to Bankruptcy Section 1146(a) and in such a sale, the transfer and/or recordation tax savings will be assigned to the exclusive benefit of the Seller; (iv) the Property will be sold in its "as-is, where-is" condition as of the date of the closing of the sale; (v) any liability of Seller is and will be limited to the return of any deposit paid; and (vii) the Property coveys as tenanted, with no guaranty with regards to the assignment of existing leases, with the tenants having no TOPA rights to a sale in bankruptcy.

If the terms outlined above are acceptable, please sign below and return this document within seven calendar days from the date hereof. We look forward to working with you.

Sincerely,

*Richard Balles*
_____
Purchaser's Name:

Richard Balles

*Carlos Saenz*
Purchaser's Entity:

To Be Determined

**Agreed and Accepted**:

**SELLER:**

_____ Date: _____
By: Marc Albert, Chapter 11 Trustee

**AGENT: The Zupancic Group of Marcus & Millichap**

_____ Date: _____
John Slowinski, Associate

**Exhibit A**

| Legal Address | APN |
| --- | --- |
| 1416 Eastern Avenue NE Washington, DC 20019 (6 Units) | 5171-0000-0063 |
| 4935 Nannie Helen Burroughs Avenue NE Washington, DC 20019 (4 Units) | 5180-0000-0807 |
| 4400 Hunt Place NE Washington, DC 20019 (15 Units) | 5127-0000-0114 |
| 2501 Naylor Road SE Washington, DC 20020 (8 Units) | 5627-0000-0812 |
| 2440 S Street SE Washington, DC 20020 (11 Units) | 5624-0000-0814 |
| 3968 Martin Luther King Jr Avenue SW Washington, DC 20032 (4 Units) | 6150-0000-0002 |
| 4263 6th Street SE Washington, DC 20032 (2 Units) | 6207-0000-0046 |
| 4010 9th Street SE Washington, DC 20032 (12 Units) | 5924-0000-0090 |
| 4303-13 Wheeler Road SE Washington, DC 20032 (42 Units) | 5924-0000-0083 |
| 945 Longfellow Street NW Washington, DC 20011 (13 Units) | 2991-0000-0033 |