Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) Case No. 24-00180-ELG |
| | ) Chapter 11 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Confirmation Hearing Date:** |
| | ) **April 29, 2025 at 10:00 a.m. EST** |
| | ) |

## TRUSTEE'S WITNESS AND EXHIBIT LIST

Marc E. Albert ("Trustee"), the Chapter 11 Trustee for the bankruptcy estates of 1416 Eastern NE LLC, *et al.* ("Debtors"), by and through his undersigned counsel, Stinson LLP, submits the following as his Witness and Exhibit list for the hearing to consider final approval of the Disclosure Statement and confirmation of the Trustee's Chapter 11 Plan:

## WITNESS LIST

Trustee expects to call the following witnesses to testify at trial:

1. John "Marty" Zupancic, III

2. Mario Lloyde

---

[1] Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG) (collectively, "Debtors").

CORE/3516991.0007/198701773.1

The Trustee may call the following witness to testify at trial or at a continued hearing:

3.  Marc Albert, Chapter 11 Trustee

4.  Any witness offered by any other party

## **EXHIBIT LIST**

Trustee expects to introduce the following exhibits at trial:

A.  March 5, 2025 Purchase Agreement between Marc Albert, Chapter 11 Trustee and Craig London or as assigned to One (1) or more special purpose entities [ECF Dkt. No. 132, Ex. B];

B.  Marcus & Millichap Final Marketing Report [ECF Dkt. No. 152, Ex. B at p 8-11];

C.  March 31, 2025 Subsequent Cash Collateral Budgets [ECF Dkt. No. 143, Ex. A];

D.  Trustee's Joint Chapter 11 Plan of Liquidation [ECF Dkt. No. 132]; and

E.  Disclosure Statement [ECF Dkt. No. 133].

The Trustee reserves the right to supplement this list or offer additional exhibits for impeachment and other purposes.

Dated:  April 28, 2025                                    Respectfully submitted,


/s/ *Joshua W. Cox*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 28, 2025, notice of the Trustee's Exhibit and Witness List along with copies of the listed exhibits were served on all counsel of record via electronic notification through the Court's CM/ECF system.

*/s/ Joshua W. Cox*
Joshua W. Cox