








# BOUTIQUE MULTIFAMILY BANKRUPTCY PORTFOLIO

FINAL MARKETING REPORT
APRIL 24TH, 2025

**Marcus & Millichap**
**THE ZUPANCIC GROUP**

**PREPARED FOR:**

Marc Albert,
Chapter 11 Trustee

# ACTIVITY METRICS SUMMARY

**174** TOTAL

Executed Confidentiality Agreements



**36,853** SENT EMAILS (EBLASTS)

**9,611** VIEWED EMAILS (EBLASTS)

**2,585** SOCIAL MEDIA IMPRESSIONS

**9.084** COSTAR/LOOPNET/CREXI VIEWS

**1,815** AGENT CALLS

**174** EXECUTED CAS

**26** TOURS CONDUCTED

**10** OFFERING PARTIES

## BUYER STATUS BREAKDOWN



4%

96%

Passing

Interested

# TOURS

| **0** TOTAL | **26** TOTAL |
|---|---|
| Tours Scheduled | Tours Conducted |

## TOURS SCHEDULED

| # | NAME (COMPANY) | DATE |
|---|---|---|
| | | |

## TOURS CONDUCTED

| # | NAME (COMPANY) | DATE |
|---|---|---|
| 1 | Victor Chopra (Private Client) | 10/30/2024 |
| 2 | Prasun Desai (Private Client) | 10/30/2024 |
| 3 | Russ Brown (Realty ONE) | 10/30/2024 |
| 4 | Amit Vora (Square & Lot) | 10/30/2024 |
| 5 | Keith Carr (Thos. D Walsh) | 10/30/2024 |
| 6 | Kranthi Dudam (D Capital) | 10/30/2024 |
| 7 | Jay Forte (Elcorp Holdings LLC) | 10/30/2024 |
| 8 | Craig London (CLPC) | 11/8/2024 |
| 9 | Jake Dickstein (Vesta Partners) | 11/8/2024 |
| 10 | Tom Strand (Vesta Partners) | 11/8/2024 |
| 11 | Siem Abebe (Solo Investment Group) | 11/8/2024 |
| 12 | Gary Evans (Delwin Realy) | 11/8/2024 |
| 13 | Gauhar Naseem (AG Capital) | 11/8/2024 |
| 14 | Ethan Arnheim (Private Client) | 11/8/2024 |
| 15 | Genevieve Hanson (H & H Realty Group) | 11/8/2024 |
| 16 | Navid Rahimi (Private Client) | 11/8/2024 |
| 17 | Michael Goss (Coldwell Banker) | 11/8/2024 |
| 18 | Alvin Gross (Alvin E Gross Realty) | 11/15/2024 |
| 19 | Danny Gill (Private Client) | 11/15/2024 |
| 20 | Richard Balles (CRDV) | 11/22/2024 |
| 21 | Gordon Davis on behalf of Christian Basant (Curry Brooks) | 11/22/2024 |
| 22 | William Bethune (Private Client) | 11/22/2024 |
| 23 | Freddy Llorena (Woodmont Properties) | 11/22/2024 |
| 24 | Nicholas Bralove (Private Client) | 11/29/2024 |
| 25 | Craig London (CLPC) | 2/18/2025 |
| 26 | Bruce Finland (MED Developers) | 2/28/2025 |

# MULTIFAMILY CONTACTS

**JOHN SLOWINSKI**

Associate
O (202) 536-3780  |  M (301) 792-6760
John.Slowinski@MarcusMillichap.com

**RYAN MURRAY**

Associate
O (202) 536-3777  |  M (301) 404-7965
Ryan.Murray@MarcusMillichap.com

**ANDREW PACIOUS**

Associate
O (202) 536-3725  |  M (703) 310-8504
Andrew.Pacious@MarcusMillichap.com

**MARTY ZUPANCIC**

Senior Vice President Investments
O (202) 536-3788  |  M (202) 379-8383
Marty.Zupancic@MarcusMillichap.com

# CAPITAL MARKETS

**JARED CASSIDY**

Senior Director, Capital Markets Originations
O (202) 536-3739
Jared.Cassidy@MarcusMillichap.com

# OPERATIONS

**SUSIE ASHLEY**

Marketing & Operations Manager
O (202) 536-3785
Susan.Ashley@MarcusMillichap.com

**AUSTIN PARKER**

Multifamily Analyst
O (202) 536-3787
Austin.Parker@MarcusMillichap.com



Marcus & Millichap
THE ZUPANCIC GROUP