**Noble Realty Advisors**
**1416 Eastern Ave, NE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| **Rental Income** | | | | | | | |
| Rent Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Housing Assist Payments | $3,104 | $3,104 | $3,104 | $3,104 | $3,104 | $3,104 | $18,624 |
| **Total Rent Income** | **$3,104** | **$3,104** | **$3,104** | **$3,104** | **$3,104** | **$3,104** | **$18,624** |
| **Other Income** | | | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Other Income** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Total Property Income** | **$3,104** | **$3,104** | **$3,104** | **$3,104** | **$3,104** | **$3,104** | **$18,624** |
| **Expenses** | | | | | | | |
| **Administrative Expenses** | | | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Management Fee | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $6,000 |
| Manager Salary | $231 | $231 | $231 | $231 | $231 | $231 | $1,386 |
| Leasing Commission | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Administrative Expenses** | **$1,261** | **$1,261** | **$1,261** | **$1,261** | **$1,261** | **$1,261** | **$7,566** |
| **Utilities Expense** | | | | | | | |
| Electricity | $65 | $65 | $65 | $65 | $65 | $65 | $390 |
| Water/Sewer | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $6,600 |
| Gas | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| **Total Utilities Expense** | **$1,265** | **$1,265** | **$1,265** | **$1,265** | **$1,265** | **$1,265** | **$7,590** |
| **Repair & Maintenance Expenses** | | | | | | | |
| Maintenance Salary | $195 | $195 | $195 | $195 | $195 | $195 | $1,170 |
| Supplies | $25 | $25 | $25 | $25 | $25 | $25 | $150 |
| Maintenance Contracts | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $520 | $520 | $520 | $2,010 |
| Pest Control Management | $40 | $40 | $40 | $175 | $175 | $175 | $645 |
| Landscape Maintenance | $950 | $0 | $0 | $350 | $350 | $350 | $2,000 |
| Garbage and Trash Removal | $200 | $200 | $200 | $200 | $200 | $200 | $1,200 |
| Security Contract | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $0 | $0 | $500 |
| Snow Removal | $230 | $230 | $0 | $0 | $0 | $0 | $460 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $0 | $75 | $0 | $0 | $75 | $0 | $150 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $0 | $100 | $0 | $0 | $100 | $0 | $200 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| **Total Repair & Maintenance Expenses** | **$2,740** | **$1,715** | **$1,310** | **$2,415** | **$2,340** | **$2,165** | **$12,685** |
| **Taxes & Insurance Expenses** | | | | | | | |
| Real Estate Taxes | $529 | $529 | $529 | $529 | $529 | $529 | $3,172 |
| Property & Liability Ins | $107 | $107 | $107 | $107 | $107 | $107 | $642 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$636** | **$636** | **$636** | **$636** | **$636** | **$636** | **$3,814** |
| **Total Cost Of Operations** | **$5,902** | **$4,877** | **$4,472** | **$5,577** | **$5,502** | **$5,327** | **$31,655** |
| **Net Operating Income** | **-$2,798** | **-$1,773** | **-$1,368** | **-$2,473** | **-$2,398** | **-$2,223** | **-$13,031** |

**Noble Realty Advisors**
**1416 Eastern Ave, NE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| **Bankr. Administrative Expenses** | | | | | | | |
| Trustee Commission | $899 | $796 | $831 | $866 | $859 | $916 | $5,166 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $15,000 |
| Trustee Accounting fees | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $84 | $84 | $504 |
| **Total Bankr. Adminsrative Expenses** | **$3,983** | **$3,880** | **$3,915** | **$3,950** | **$3,943** | **$4,000** | **$23,670** |
| Debt Service | | | | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Cash Flow Profit (Loss)** | **-$6,780** | **-$5,653** | **-$5,282** | **-$6,423** | **-$6,340** | **-$6,223** | **-$36,701** |
| **Replacement Reserve Item Expense** | | | | | | | |
| Appliance Replacement | $0 | $0 | $750 | $0 | $0 | $750 | **$1,500** |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| **Total Capital Improvements** | **$0** | **$0** | **$750** | **$0** | **$0** | **$750** | **$1,500** |

**Noble Realty Advisors**
**945 Longfellow St., NW**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| ***Rental Income*** | | | | | | | |
| Rent Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Housing Assist Payments | $10,428 | $10,428 | $10,428 | $9,635 | $9,635 | $9,635 | $60,189 |
| ***Total Rent Income*** | **$10,428** | **$10,428** | **$10,428** | **$9,635** | **$9,635** | **$9,635** | **$60,189** |
| ***Other Income*** | | | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| ***Total Other Income*** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| ***Total Property Income*** | **$10,428** | **$10,428** | **$10,428** | **$9,635** | **$9,635** | **$9,635** | **$60,189** |
| **Expenses** | | | | | | | |
| ***Administrative Expenses*** | | | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Management Fee | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $15,000 |
| Manager Salary | $526 | $526 | $526 | $526 | $526 | $526 | $3,156 |
| Leasing Commission | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $45 | $15 | $15 | $75 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| ***Total Administrative Expenses*** | **$3,056** | **$3,056** | **$3,056** | **$3,101** | **$3,071** | **$3,071** | **$18,411** |
| ***Utilities Expense*** | | | | | | | |
| Electricity | $75 | $75 | $75 | $75 | $75 | $75 | $450 |
| Water/Sewer | $2,400 | $2,400 | $2,400 | $2,400 | $2,400 | $2,400 | $14,400 |
| Gas | $300 | $300 | $300 | $300 | $300 | $300 | $1,800 |
| ***Total Utilities Expense*** | **$2,775** | **$2,775** | **$2,775** | **$2,775** | **$2,775** | **$2,775** | **$16,650** |
| ***Repair & Maintenance Expenses*** | | | | | | | |
| Maintenance Payroll | $488 | $488 | $488 | $488 | $488 | $488 | $2,928 |
| Supplies | $25 | $25 | $25 | $25 | $25 | $25 | $150 |
| Maintenance Contracts | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $6,000 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $972 | $972 | $972 | $3,366 |
| Pest Control Management | $175 | $175 | $175 | $175 | $175 | $175 | $1,050 |
| Landscape Maintenance | $535 | $0 | $0 | $600 | $600 | $600 | $2,335 |
| Garbage and Trash Removal | $400 | $400 | $400 | $400 | $400 | $400 | $2,400 |
| Security Contract | $0 | $0 | $0 | $3,000 | $1,500 | $1,500 | $6,000 |
| Electrical Repairs | $0 | $50 | $0 | $0 | $0 | $0 | $50 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $0 | $0 | $500 |
| Snow Removal | $400 | $400 | $0 | $0 | $0 | $0 | $800 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $20 | $20 | $20 | $20 | $20 | $20 | $120 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $50 | $50 | $50 | $50 | $50 | $50 | $300 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| ***Total Repair & Maintenance Expenses*** | **$3,693** | **$2,958** | **$2,508** | **$7,180** | **$5,430** | **$5,430** | **$27,199** |
| ***Taxes & Insurance Expenses*** | | | | | | | |
| Real Estate Taxes | $1,540 | $1,540 | $1,540 | $1,540 | $1,540 | $1,540 | $9,238 |
| Property & Liability Ins | $268 | $268 | $268 | $268 | $268 | $268 | $1,608 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

**Noble Realty Advisors**
**945 Longfellow St., NW**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| *Total Taxes/Insurance Exp* | $1,808 | $1,808 | $1,808 | $1,808 | $1,808 | $1,808 | $10,846 |
| *Total Cost Of Operations* | $11,332 | $10,597 | $10,147 | $14,864 | $13,084 | $13,084 | $73,106 |
| *Net Operating Income* | -$904 | -$169 | $281 | -$5,229 | -$3,449 | -$3,449 | -$12,917 |
| *Bankr. Administrative Expenses* | | | | | | | |
| Trustee Commission | $1,442 | $1,368 | $1,398 | $1,795 | $1,617 | $1,692 | $9,311 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $15,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $84 | $84 | $504 |
| *Total Bankr. Administrative Expenses* | $4,526 | $4,452 | $4,482 | $4,879 | $4,701 | $4,776 | $27,815 |
| *Debt Service* | | | | | | | |
| *Total Debt Services* | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| *Cash Flow Profit (Loss)* | -$5,429 | -$4,621 | -$4,201 | -$10,107 | -$8,149 | -$8,224 | -$40,732 |
| *Replacement Reserve Item Expense* | | | | | | | |
| Appliance Replacement | $0 | $0 | $750 | $0 | $0 | $750 | **$1,500** |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| *Total Capital Improvements* | **$0** | **$0** | **$750** | **$0** | **$0** | **$750** | **$1,500** |

**Noble Realty Advisors**
**2501 Naylor Rd, SE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | | |
| **Rental Income** | | | | | | | |
| Rent Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Housing Assist Payments | $10,870 | $10,870 | $10,870 | $10,870 | $10,870 | $10,870 | $65,220 |
| **Total Rent Income** | **$10,870** | **$10,870** | **$10,870** | **$10,870** | **$10,870** | **$10,870** | **$65,220** |
| **Other Income** | | | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Other Income** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Total Property Income** | **$10,870** | **$10,870** | **$10,870** | **$10,870** | **$10,870** | **$10,870** | **$65,220** |
| **Expenses** | | | | | | | |
| **Administrative Expenses** | | | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Management Fee | $1,333 | $1,333 | $1,333 | $1,333 | $1,333 | $1,333 | $7,998 |
| Manager Salary | $307 | $307 | $307 | $307 | $307 | $307 | $1,842 |
| Leasing Commission | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Administrative Expenses** | **$1,670** | **$1,670** | **$1,670** | **$1,670** | **$1,670** | **$1,670** | **$10,020** |
| **Utilities Expense** | | | | | | | |
| Electricity | $80 | $80 | $80 | $80 | $80 | $80 | $480 |
| Water/Sewer | $1,350 | $1,350 | $1,350 | $1,350 | $1,350 | $1,350 | $8,100 |
| Gas | $300 | $300 | $300 | $300 | $300 | $300 | $1,800 |
| **Total Utilities Expense** | **$1,730** | **$1,730** | **$1,730** | **$1,730** | **$1,730** | **$1,730** | **$10,380** |
| **Repair & Maintenance Expenses** | | | | | | | |
| Maintenance Salary | $260 | $260 | $260 | $260 | $260 | $260 | $1,560 |
| Maintenance Contracts | $1,340 | $1,340 | $1,340 | $1,340 | $1,340 | $1,340 | $8,040 |
| Janitor & Cleaning Contract | $250 | $250 | $250 | $250 | $250 | $250 | $1,500 |
| Pest Control Management | $50 | $50 | $50 | $175 | $175 | $175 | $675 |
| Landscape Maintenance | $850 | $0 | $0 | $500 | $500 | $500 | $2,350 |
| Garbage and Trash Removal | $400 | $400 | $400 | $585 | $585 | $585 | $2,955 |
| Security Contract | $0 | $0 | $0 | $11,800 | $9,800 | $9,800 | $31,400 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $0 | $250 | $250 | $0 | $250 | $250 | $1,000 |
| Snow Removal | $400 | $400 | $0 | $0 | $0 | $0 | $800 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $50 | $50 | $50 | $50 | $50 | $50 | $300 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $0 | $100 | $100 | $0 | $100 | $100 | $400 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| **Total Repair & Maintenance Expenses** | **$3,800** | **$3,300** | **$2,900** | **$15,160** | **$13,510** | **$13,510** | **$52,180** |
| **Taxes & Insurance Expenses** | | | | | | | |
| Real Estate Taxes | $612 | $612 | $612 | $612 | $612 | $612 | $3,674 |
| Property & Liability Ins | $143 | $143 | $143 | $143 | $143 | $143 | $858 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$755** | **$755** | **$755** | **$755** | **$755** | **$755** | **$4,532** |
| **Total Cost Of Operations** | **$7,955** | **$7,455** | **$7,055** | **$19,315** | **$17,665** | **$17,665** | **$77,112** |
| **Net Operating Income** | **$2,915** | **$3,415** | **$3,815** | **-$8,445** | **-$6,795** | **-$6,795** | **-$11,892** |

**Noble Realty Advisors**
**2501 Naylor Rd, SE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| **Bankr. Administrative Expenses** | | | | | | | |
| Trustee Commission | $1,104 | $1,054 | $1,089 | $2,240 | $2,075 | $2,150 | $9,712 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $15,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $84 | $84 | $504 |
| **Total Bankr. Administrative Expenses** | **$4,188** | **$4,138** | **$4,173** | **$5,324** | **$5,159** | **$5,234** | **$28,216** |
| **Debt Service** | | | | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Cash Flow Profit (Loss)** | **-$1,273** | **-$723** | **-$358** | **-$13,769** | **-$11,954** | **-$12,029** | **-$40,108** |
| **Replacement Reserve Item Expense** | | | | | | | |
| Appliance Replacement | $0 | $0 | $750 | $0 | $0 | $750 | $1,500 |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Capital Improvements** | **$0** | **$0** | **$750** | **$0** | **$0** | **$750** | **$1,500** |
| **Cash Flow Profit (Loss)** | **-$1,273** | **-$723** | **-$1,108** | **-$13,769** | **-$11,954** | **-$12,779** | **-$41,608** |

**Noble Realty Advisors**
**4301-4313 Wheeler Road, SE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| **Rental Income** | | | | | | | |
| Rent Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Housing Assist Payments | $11,969 | $11,969 | $11,969 | $14,600 | $14,600 | $14,600 | $79,707 |
| **Total Rent Income** | **$11,969** | **$11,969** | **$11,969** | **$14,600** | **$14,600** | **$14,600** | **$79,707** |
| **Other Income** | | | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Other Income** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Total Property Income** | **$11,969** | **$11,969** | **$11,969** | **$14,600** | **$14,600** | **$14,600** | **$79,707** |
| **Expenses** | | | | | | | |
| **Administrative Expenses** | | | | | | | |
| Bank Fees | $35 | $35 | $35 | $35 | $35 | $35 | $210 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Management Fee | $9,800 | $9,800 | $9,800 | $9,800 | $9,800 | $9,800 | $58,800 |
| Manager Salary | $1,882 | $1,882 | $1,882 | $1,882 | $1,882 | $1,882 | $11,292 |
| Leasing Commission | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Administrative Expenses** | **$11,732** | **$11,732** | **$11,732** | **$11,732** | **$11,732** | **$11,732** | **$70,392** |
| **Utilities Expense** | | | | | | | **$0** |
| Electricity | $295 | $295 | $295 | $295 | $295 | $295 | $1,770 |
| Water/Sewer | $3,400 | $3,400 | $3,400 | $3,400 | $3,400 | $3,400 | $20,400 |
| Gas | $950 | $950 | $950 | $950 | $950 | $950 | $5,700 |
| **Total Utilities Expense** | **$4,645** | **$4,645** | **$4,645** | **$4,645** | **$4,645** | **$4,645** | **$27,870** |
| **Repair & Maintenance Expenses** | | | | | | | |
| Maintenance Salary | $1,593 | $1,593 | $1,593 | $1,593 | $1,593 | $1,593 | $9,558 |
| Supplies | $350 | $350 | $350 | $350 | $350 | $350 | $2,100 |
| Maintenance Contracts | $4,640 | $4,640 | $4,640 | $4,640 | $4,640 | $4,640 | $27,840 |
| Janitor & Cleaning Contract | $750 | $750 | $750 | $750 | $750 | $750 | $4,500 |
| Pest Control Management | $570 | $570 | $570 | $570 | $570 | $570 | $3,420 |
| Landscape Maintenance | $3,800 | $0 | $0 | $600 | $600 | $600 | $5,600 |
| Garbage and Trash Removal | $675 | $675 | $675 | $675 | $675 | $675 | $4,050 |
| Security Contract | $0 | $0 | $0 | $21,600 | $18,600 | $18,600 | $58,800 |
| Alarm/Security Systems & Repairs | $175 | $175 | $175 | $175 | $175 | $175 | $1,050 |
| Electrical Repairs | $425 | $425 | $425 | $425 | $425 | $425 | $2,550 |
| HVAC Repairs and Maint | $375 | $375 | $375 | $375 | $375 | $375 | $2,250 |
| Snow Removal | $1,800 | $1,800 | $0 | $0 | $0 | $0 | $3,600 |
| Plumbing Repairs | $650 | $650 | $650 | $650 | $650 | $650 | $3,900 |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $475 | $475 | $475 | $475 | $475 | $475 | $2,850 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $200 | $200 | $200 | $200 | $200 | $200 | $1,200 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $400 | $400 | $400 | $400 | $400 | $400 | $2,400 |
| **Total Repair & Maintenance Expenses** | **$16,878** | **$13,078** | **$11,278** | **$33,478** | **$30,478** | **$30,478** | **$135,668** |
| **Taxes & Insurance Expenses** | | | | | | | |
| Real Estate Taxes | $4,666 | $4,666 | $4,666 | $4,666 | $4,666 | $4,666 | $27,998 |
| Property & Liability Ins | $876 | $876 | $876 | $876 | $876 | $876 | $5,256 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$5,542** | **$5,542** | **$5,542** | **$5,542** | **$5,542** | **$5,542** | **$33,254** |
| **Total Cost Of Operations** | **$38,797** | **$34,997** | **$33,197** | **$55,397** | **$52,397** | **$52,397** | **$267,184** |
| **Net Operating Income** | **-$26,828** | **-$23,028** | **-$21,228** | **-$40,797** | **-$37,797** | **-$37,797** | **-$187,477** |
| **Bankr. Administrative Expenses** | | | | | | | |
| Trustee Commission | $4,188 | $3,815 | $3,785 | $5,848 | $5,555 | $5,705 | $28,896 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $15,000 |

**Noble Realty Advisors**
**4301-4313 Wheeler Road, SE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| U.S. Trustee Fees | $84 | $153 | $153 | $84 | $153 | $153 | $780 |
| **Total Bankr. Administrative Expenses** | **$7,272** | **$6,968** | **$6,938** | **$8,932** | **$8,708** | **$8,858** | **$47,676** |
| Debt Service | | | | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Cash Flow Profit (Loss)** | -$34,100 | -$29,996 | -$28,166 | -$49,729 | -$46,505 | -$46,655 | -$235,154 |
| **Replacement Reserve Item Expense** | | | | | | | |
| Appliance Replacement | $0 | $0 | $1,500 | $0 | $0 | $1,500 | **$3,000** |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| **Total Capital Improvements** | **$0** | **$0** | **$1,500** | **$0** | **$0** | **$1,500** | **$3,000** |

**Noble Realty Advisors**
**4263-67 6th Street, SE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| **Rental Income** | | | | | | | |
| Rent Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Housing Assist Payments | $2,063 | $2,063 | $2,063 | $2,063 | $2,063 | $2,063 | $12,378 |
| **Total Rent Income** | **$2,063** | **$2,063** | **$2,063** | **$2,063** | **$2,063** | **$2,063** | **$12,378** |
| **Other Income** | | | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Other Income** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Total Property Income** | **$2,063** | **$2,063** | **$2,063** | **$2,063** | **$2,063** | **$2,063** | **$12,378** |
| **Expenses** | | | | | | | |
| **Administrative Expenses** | | | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Management Fee | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $6,000 |
| Manager Salary | $231 | $231 | $231 | $231 | $231 | $231 | $1,386 |
| Leasing Commission | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Administrative Expenses** | **$1,261** | **$1,261** | **$1,261** | **$1,261** | **$1,261** | **$1,261** | **$7,566** |
| **Utilities Expense** | | | | | | | |
| Electricity | $65 | $65 | $65 | $65 | $65 | $65 | $390 |
| Water/Sewer | $1,350 | $1,350 | $1,350 | $1,350 | $1,350 | $1,350 | $8,100 |
| Gas | $250 | $250 | $250 | $250 | $250 | $250 | $1,500 |
| **Total Utilities Expense** | **$1,665** | **$1,665** | **$1,665** | **$1,665** | **$1,665** | **$1,665** | **$9,990** |
| **Repair & Maintenance Expenses** | | | | | | | |
| Maintenance Salary | $195 | $195 | $195 | $195 | $195 | $195 | $1,170 |
| Supplies | $25 | $25 | $25 | $25 | $25 | $25 | $150 |
| Maintenance Contracts | $905 | $905 | $905 | $905 | $905 | $905 | $5,430 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $520 | $520 | $520 | $2,010 |
| Pest Control Management | $75 | $75 | $75 | $175 | $175 | $175 | $750 |
| Landscape Maintenance | $350 | $0 | $0 | $350 | $350 | $350 | $1,400 |
| Garbage and Trash Removal | $275 | $275 | $275 | $275 | $275 | $275 | $1,650 |
| Security Contract | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $0 | $0 | $500 |
| Snow Removal | $230 | $230 | $0 | $0 | $0 | $0 | $460 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $25 | $25 | $25 | $25 | $25 | $25 | $150 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $100 | $0 | $0 | $100 | $0 | $0 | $200 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| **Total Repair & Maintenance Expenses** | **$2,780** | **$2,080** | **$1,850** | **$3,020** | **$2,670** | **$2,670** | **$15,070** |
| **Taxes & Insurance Expenses** | | | | | | | |
| Real Estate Taxes | $308 | $308 | $308 | $308 | $308 | $308 | $1,846 |
| Property & Liability Ins | $108 | $108 | $108 | $108 | $108 | $108 | $648 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

**Noble Realty Advisors**
**4263-67 6th Street, SE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| **Total Taxes/Insurance Exp** | $416 | $416 | $416 | $416 | $416 | $416 | $2,494 |
| | | | | | | | |
| **Total Cost Of Operations** | $6,122 | $5,422 | $5,192 | $6,362 | $6,012 | $6,012 | $35,120 |
| | | | | | | | |
| **Net Operating Income** | -$4,059 | -$3,359 | -$3,129 | -$4,299 | -$3,949 | -$3,949 | -$22,742 |
| | | | | | | | |
| **Bankr. Administrative Expenses** | | | | | | | |
| Trustee Commission | $921 | $851 | $903 | $945 | $910 | $985 | $5,512 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $15,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $84 | $84 | $504 |
| **Total Bankr. Administrative Expenses** | $4,005 | $3,935 | $3,987 | $4,029 | $3,994 | $4,069 | $24,016 |
| | | | | | | | |
| Debt Service | | | | | | | |
| **Total Debt Services** | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | |
| **Cash Flow Profit (Loss)** | -$8,063 | -$7,293 | -$7,115 | -$8,327 | -$7,942 | -$8,017 | -$46,758 |
| | | | | | | | |
| **Replacement Reserve Item Expense** | | | | | | | |
| Appliance Replacement | $0 | $0 | $750 | $0 | $0 | $750 | $1,500 |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Capital Improvements** | $0 | $0 | $750 | $0 | $0 | $750 | $1,500 |

**Noble Realty Advisors**
**4935 Nannie Helen Burroughs Ave, NE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| **Rental Income** | | | | | | | |
| Rent Income | $800 | $800 | $800 | $800 | $800 | $800 | $4,800 |
| Housing Assist Payments | $4,060 | $4,060 | $4,060 | $4,060 | $4,060 | $4,060 | $24,360 |
| **Total Rent Income** | **$4,860** | **$4,860** | **$4,860** | **$4,860** | **$4,860** | **$4,860** | **$29,160** |
| **Other Income** | | | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Other Income** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Total Property Income** | **$4,860** | **$4,860** | **$4,860** | **$4,860** | **$4,860** | **$4,860** | **$29,160** |
| **Expenses** | | | | | | | |
| **Administrative Expenses** | | | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Management Fee | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $6,000 |
| Manager Salary | $231 | $231 | $231 | $231 | $231 | $231 | $1,386 |
| Leasing Commission | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Administrative Expenses** | **$1,261** | **$1,261** | **$1,261** | **$1,261** | **$1,261** | **$1,261** | **$7,566** |
| **Utilities Expense** | | | | | | | |
| Electricity | $65 | $65 | $65 | $65 | $65 | $65 | $390 |
| Water/Sewer | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $7,800 |
| Gas | $175 | $175 | $175 | $175 | $175 | $175 | $1,050 |
| **Total Utilities Expense** | **$1,540** | **$1,540** | **$1,540** | **$1,540** | **$1,540** | **$1,540** | **$9,240** |
| **Repair & Maintenance Expenses** | | | | | | | |
| Maintenance Salary | $195 | $195 | $195 | $195 | $195 | $195 | $1,170 |
| Supplies | $25 | $25 | $25 | $25 | $25 | $25 | $150 |
| Maintenance Contracts | $905 | $905 | $905 | $905 | $905 | $905 | $5,430 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $520 | $520 | $520 | $2,010 |
| Pest Control Management | $65 | $65 | $65 | $175 | $175 | $175 | $720 |
| Landscape Maintenance | $485 | $0 | $0 | $400 | $400 | $400 | $1,685 |
| Garbage and Trash Removal | $400 | $400 | $400 | $500 | $500 | $500 | $2,700 |
| Security Contract | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $0 | $0 | $500 |
| Snow Removal | $335 | $335 | $0 | $0 | $0 | $0 | $670 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $25 | $25 | $25 | $25 | $25 | $25 | $150 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $100 | $0 | $0 | $100 | $0 | $0 | $200 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| **Total Repair & Maintenance Expenses** | **$3,135** | **$2,300** | **$1,965** | **$3,295** | **$2,945** | **$2,945** | **$16,585** |
| **Taxes & Insurance Expenses** | | | | | | | |
| Real Estate Taxes | $797 | $797 | $797 | $797 | $797 | $797 | $4,780 |
| Property & Liability Ins | $107 | $107 | $107 | $107 | $107 | $107 | $642 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$904** | **$904** | **$904** | **$904** | **$904** | **$904** | **$5,422** |

**Noble Realty Advisors**
**4935 Nannie Helen Burroughs Ave, NE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| **Total Cost Of Operations** | $6,840 | $6,005 | $5,670 | $7,000 | $6,650 | $6,650 | $38,813 |
| **Net Operating Income** | -$1,980 | -$1,145 | -$810 | -$2,140 | -$1,790 | -$1,790 | -$9,653 |
| **Bankr. Administrative Expenses** | | | | | | | |
| Trustee Commission | $992 | $909 | $875 | $1,008 | $973 | $973 | $5,732 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $15,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $84 | $84 | $504 |
| **Total Bankr. Administrative Expenses** | $4,076 | $3,993 | $3,959 | $4,092 | $4,057 | $4,057 | $24,236 |

**Noble Realty Advisors**
**3968 Martin Luther King Jr. Ave, SW**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| **Rental Income** | | | | | | | |
| Rent Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Housing Assist Payments | $5,680 | $5,680 | $5,680 | $5,680 | $5,680 | $5,680 | $34,080 |
| **Total Rent Income** | **$5,680** | **$5,680** | **$5,680** | **$5,680** | **$5,680** | **$5,680** | **$34,080** |
| **Other Income** | | | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Other Income** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Total Property Income** | **$5,680** | **$5,680** | **$5,680** | **$5,680** | **$5,680** | **$5,680** | **$34,080** |
| **Expenses** | | | | | | | |
| **Administrative Expenses** | | | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Management Fee | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $6,000 |
| Manager Salary | $307 | $307 | $307 | $307 | $307 | $307 | $1,842 |
| Leasing Commission | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Administrative Expenses** | **$1,337** | **$1,337** | **$1,337** | **$1,337** | **$1,337** | **$1,337** | **$8,022** |
| **Utilities Expense** | | | | | | | |
| Electricity | $60 | $60 | $60 | $60 | $60 | $60 | $360 |
| DC Water | $1,493 | $1,493 | $1,493 | $1,493 | $1,493 | $1,493 | $8,958 |
| Gas | $250 | $250 | $250 | $250 | $250 | $250 | $1,500 |
| **Total Utilities Expense** | **$1,803** | **$1,803** | **$1,803** | **$1,803** | **$1,803** | **$1,803** | **$10,818** |
| **Repair & Maintenance Expenses** | | | | | | | |
| Maintenance Salary | $260 | $260 | $260 | $260 | $260 | $260 | $1,560 |
| Supplies | $25 | $25 | $25 | $25 | $25 | $25 | $150 |
| Maintenance Contracts | $740 | $740 | $740 | $740 | $740 | $740 | $4,440 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $520 | $520 | $520 | $2,010 |
| Pest Control Management | $25 | $25 | $25 | $175 | $175 | $175 | $600 |
| Landscape Maintenance | $485 | $0 | $0 | $400 | $400 | $400 | $1,685 |
| Garbage and Trash Removal | $250 | $250 | $250 | $250 | $250 | $250 | $1,500 |
| Security Contract | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $0 | $0 | $500 |
| Snow Removal | $335 | $335 | $0 | $0 | $0 | $0 | $670 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $50 | $0 | $0 | $50 | $0 | $0 | $100 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| **Total Repair & Maintenance Expenses** | **$2,770** | **$1,985** | **$1,650** | **$2,870** | **$2,570** | **$2,570** | **$14,415** |
| **Taxes & Insurance Expenses** | | | | | | | |
| Real Estate Taxes | $435 | $435 | $435 | $435 | $435 | $435 | $2,612 |
| Property & Liability Ins | $143 | $143 | $143 | $143 | $143 | $143 | $858 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$578** | **$578** | **$578** | **$578** | **$578** | **$578** | **$3,470** |

**Noble Realty Advisors**
**3968 Martin Luther King Jr. Ave, SW**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| **Total Cost Of Operations** | $6,488 | $5,703 | $5,368 | $6,588 | $6,288 | $6,288 | $36,725 |
| **Net Operating Income** | -$808 | -$23 | $312 | -$908 | -$608 | -$608 | -$2,645 |
| **Bankr. Administrative Expenses** | | | | | | | |
| Trustee Commission | $957 | $879 | $920 | $967 | $937 | $1,012 | $5,673 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $15,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $84 | $84 | $504 |
| **Total Bankr. Administrative Expenses** | $4,041 | $3,963 | $4,004 | $4,051 | $4,021 | $4,096 | $24,177 |
| Debt Service | | | | | | | |
| **Total Debt Services** | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Cash Flow Profit (Loss)** | $2,447 | $1,741 | $1,364 | $2,537 | $2,267 | $2,192 | $12,548 |
| **Replacement Reserve Item Expense** | | | | | | | |
| Appliance Replacement | $0 | $0 | $750 | $0 | $0 | $750 | **$1,500** |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| **Total Capital Improvements** | $0 | $0 | $750 | $0 | $0 | $750 | $1,500 |

**Noble Realty Advisors**
**4010 9th St, SE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| **Rental Income** | | | | | | | |
| Rent Income | $945 | $945 | $945 | $945 | $945 | $945 | $5,670 |
| Housing Assist Payments | $7,575 | $7,575 | $7,575 | $7,575 | $7,575 | $7,575 | $45,450 |
| **Total Rent Income** | **$8,520** | **$8,520** | **$8,520** | **$8,520** | **$8,520** | **$8,520** | **$51,120** |
| **Other Income** | | | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Other Income** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Total Property Income** | **$8,520** | **$8,520** | **$8,520** | **$8,520** | **$8,520** | **$8,520** | **$51,120** |
| **Expenses** | | | | | | | |
| **Administrative Expenses** | | | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Management Fee | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 | $13,998 |
| Manager Salary | $538 | $538 | $538 | $538 | $538 | $538 | $3,228 |
| Leasing Commission | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Administrative Expenses** | **$2,901** | **$2,901** | **$2,901** | **$2,901** | **$2,901** | **$2,901** | **$17,406** |
| **Utilities Expense** | | | | | | | |
| Electricity | $80 | $80 | $80 | $80 | $80 | $80 | $480 |
| DC Water | $2,545 | $2,545 | $2,545 | $2,545 | $2,545 | $2,545 | $15,270 |
| Gas | $350 | $350 | $350 | $350 | $350 | $350 | $2,100 |
| **Total Utilities Expense** | **$2,975** | **$2,975** | **$2,975** | **$2,975** | **$2,975** | **$2,975** | **$17,850** |
| **Repair & Maintenance Expenses** | | | | | | | |
| Maintenance Salary | $455 | $455 | $455 | $455 | $455 | $455 | $2,730 |
| Maintenance Contracts | $1,445 | $1,445 | $1,445 | $1,445 | $1,445 | $1,445 | $8,670 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $972 | $972 | $972 | $3,366 |
| Pest Control Management | $75 | $75 | $75 | $175 | $175 | $175 | $750 |
| Landscape Maintenance | $2,400 | $0 | $0 | $400 | $400 | $400 | $3,600 |
| Garbage and Trash Removal | $275 | $275 | $275 | $685 | $685 | $685 | $2,880 |
| Security Contract | $0 | $0 | $0 | $10,800 | $9,300 | $9,300 | $29,400 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $0 | $0 | $500 |
| Snow Removal | $480 | $480 | $0 | $0 | $0 | $0 | $960 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Repair & Maintenance Expenses** | **$5,630** | **$2,980** | **$2,500** | **$15,282** | **$13,532** | **$13,532** | **$53,456** |
| **Taxes & Insurance Expenses** | | | | | | | |
| Real Estate Taxes | $783 | $783 | $783 | $783 | $783 | $783 | $4,700 |
| Property & Liability Ins | $250 | $250 | $250 | $250 | $250 | $250 | $1,500 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$1,033** | **$1,033** | **$1,033** | **$1,033** | **$1,033** | **$1,033** | **$6,200** |

**Noble Realty Advisors**
**4010 9th St, SE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| **Total Cost Of Operations** | **$12,539** | **$9,889** | **$9,409** | **$22,191** | **$20,441** | **$20,441** | **$94,912** |
| **Net Operating Income** | **-$4,019** | **-$1,369** | **-$889** | **-$13,671** | **-$11,921** | **-$11,921** | **-$43,792** |
| **Bankr. Administrative Expenses** | | | | | | | |
| Trustee Commission | $1,562 | $1,297 | $1,324 | $2,528 | $2,353 | $2,428 | $11,492 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $15,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $84 | $84 | $504 |
| **Total Bankr. Administrative Expenses** | **$4,646** | **$4,381** | **$4,408** | **$5,612** | **$5,437** | **$5,512** | **$29,996** |
| Debt Service | | | | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Cash Flow Profit (Loss)** | **-$8,666** | **-$5,751** | **-$5,298** | **-$19,283** | **-$17,358** | **-$17,433** | **-$73,787** |
| **Replacement Reserve Item Expense** | | | | | | | |
| Appliance Replacement | $0 | $0 | $750 | $0 | $0 | $750 | **$1,500** |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| **Total Capital Improvements** | **$0** | **$0** | **$750** | **$0** | **$0** | **$750** | **$1,500** |

**Noble Realty Advisors**
**2440 S Street, SE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | | |
| **Rental Income** | | | | | | | |
| Rent Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Housing Assist Payments | $16,638 | $16,638 | $16,638 | $16,638 | $16,638 | $16,638 | $99,828 |
| **Total Rent Income** | **$16,638** | **$16,638** | **$16,638** | **$16,638** | **$16,638** | **$16,638** | **$99,828** |
| **Other Income** | | | | | | | |
| Late Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Other Income** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Total Property Income** | **$16,638** | **$16,638** | **$16,638** | **$16,638** | **$16,638** | **$16,638** | **$99,828** |
| **Expenses** | | | | | | | |
| **Administrative Expenses** | | | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Management Fee | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 | $13,998 |
| Manager Salary | $538 | $538 | $538 | $538 | $538 | $538 | $3,228 |
| Leasing Commission | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Administrative Expenses** | **$2,901** | **$2,901** | **$2,901** | **$2,901** | **$2,901** | **$2,901** | **$17,406** |
| **Utilities Expense** | | | | | | | |
| Electricity | $75 | $75 | $75 | $75 | $75 | $75 | $450 |
| Water/Sewer | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 | $13,998 |
| Gas | $300 | $300 | $300 | $300 | $300 | $300 | $1,800 |
| **Total Utilities Expense** | **$2,708** | **$2,708** | **$2,708** | **$2,708** | **$2,708** | **$2,708** | **$16,248** |
| **Repair & Maintenance Expenses** | | | | | | | |
| Maintenance Contracts | $455 | $455 | $455 | $455 | $455 | $455 | $2,730 |
| Supplies | $75 | $75 | $75 | $75 | $75 | $75 | $450 |
| Maintenance Contracts | $1,345 | $1,345 | $1,345 | $1,345 | $1,345 | $1,345 | $8,070 |
| Janitor & Cleaning Contract | $150 | $150 | $150 | $972 | $972 | $972 | $3,366 |
| Pest Control Management | $75 | $0 | $0 | $350 | $350 | $350 | $1,125 |
| Landscape Maintenance | $1,200 | $0 | $0 | $500 | $500 | $500 | $2,700 |
| Garbage and Trash Removal | $350 | $350 | $350 | $350 | $350 | $350 | $2,100 |
| Security Contract | $0 | $0 | $0 | $7,800 | $7,800 | $7,800 | $23,400 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $0 | $0 | $500 |
| Snow Removal | $670 | $670 | $0 | $0 | $0 | $0 | $1,340 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| Unit Turnover-Vacant | $500 | $0 | $0 | $0 | $0 | $0 | $500 |
| Painting & Decorating- Occupied | $75 | $75 | $75 | $75 | $75 | $75 | $450 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $100 | $0 | $0 | $100 | $0 | $0 | $200 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| **Total Repair & Maintenance Expenses** | **$5,445** | **$3,320** | **$2,650** | **$12,472** | **$12,122** | **$12,122** | **$48,131** |
| **Taxes & Insurance Expenses** | | | | | | | |
| Real Estate Taxes | $744 | $744 | $744 | $744 | $744 | $744 | $4,465 |
| Property & Liability Ins | $250 | $250 | $250 | $250 | $250 | $250 | $1,500 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$994** | **$994** | **$994** | **$994** | **$994** | **$994** | **$5,965** |
| **Total Cost Of Operations** | **$12,048** | **$9,923** | **$9,253** | **$19,075** | **$18,725** | **$18,725** | **$87,750** |
| **Net Operating Income** | **$4,590** | **$6,715** | **$7,385** | **-$2,437** | **-$2,087** | **-$2,087** | **$12,078** |
| **Bankr. Administrative Expenses** | | | | | | | |
| Trustee Comission | $1,513 | $1,301 | $1,309 | $2,216 | $2,181 | $2,256 | $10,775 |

CORE/3516991.0007/192330637.1

Page 1 of 2

**Noble Realty Advisors**
**2440 S Street, SE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $15,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $84 | $84 | $504 |
| **Total Bankr. Administrative Expenses** | **$4,597** | **$4,385** | **$4,393** | **$5,300** | **$5,265** | **$5,340** | **$29,279** |
| Debt Service | | | | | | | |
| **Total Debt Services** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Cash Flow Profit (Loss)** | **-$7** | **$2,330** | **$2,992** | **-$7,737** | **-$7,352** | **-$7,427** | **-$17,201** |
| **Replacement Reserve Item Expense** | | | | | | | |
| Appliance Replacement | $0 | $0 | $750 | $0 | $0 | $750 | **$1,500** |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| **Total Capital Improvements** | **$0** | **$0** | **$750** | **$0** | **$0** | **$750** | **$1,500** |

**Noble Realty Advisors**
**4400 Hunt Place, NE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| **Rental Income** | | | | | | | |
| Rent Income | $1,078 | $1,078 | $1,078 | $1,078 | $1,078 | $1,078 | $6,468 |
| Housing Assist Payments | $15,017 | $15,017 | $15,017 | $15,017 | $15,017 | $15,017 | $90,102 |
| **Total Rent Income** | **$16,095** | **$16,095** | **$16,095** | **$16,095** | **$16,095** | **$16,095** | **$96,570** |
| **Other Income** | | | | | | | |
| Water Fees | $30 | $30 | $30 | $30 | $30 | $30 | $180 |
| Late Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Application Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Damages/Misc. | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Other Income** | **$30** | **$30** | **$30** | **$30** | **$30** | **$30** | **$180** |
| **Total Property Income** | **$16,125** | **$16,125** | **$16,125** | **$16,125** | **$16,125** | **$16,125** | **$96,750** |
| **Expenses** | | | | | | | |
| **Administrative Expenses** | | | | | | | |
| Bank Fees | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Advertising /Marketing | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Office/Telephone Expense | $15 | $15 | $15 | $15 | $15 | $15 | $90 |
| Management Fee | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $15,000 |
| Manager Salary | $576 | $576 | $576 | $576 | $576 | $576 | $3,456 |
| Leasing Commission | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Audit Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Software/Technical Support | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Bad Debts | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Administrative Expenses** | **$3,106** | **$3,106** | **$3,106** | **$3,106** | **$3,106** | **$3,106** | **$18,636** |
| **Utilities Expense** | | | | | | | |
| Electricity | $85 | $85 | $85 | $85 | $85 | $85 | $510 |
| Water/Sewer | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 | $13,998 |
| Gas | $200 | $200 | $200 | $200 | $200 | $200 | $1,200 |
| **Total Utilities Expense** | **$2,618** | **$2,618** | **$2,618** | **$2,618** | **$2,618** | **$2,618** | **$15,708** |
| **Repair & Maintenance Expenses** | | | | | | | |
| Maintenance Salary | $490 | $490 | $490 | $490 | $490 | $490 | $2,940 |
| Supplies | $50 | $50 | $50 | $50 | $50 | $50 | $300 |
| Maintenance Contracts | $1,310 | $1,310 | $1,310 | $1,310 | $1,310 | $1,310 | $7,860 |
| Janitor & Cleaning Contract | $200 | $200 | $200 | $972 | $972 | $972 | $3,516 |
| Pest Control Management | $175 | $175 | $175 | $175 | $175 | $175 | $1,050 |
| Landscape Maintenance | $450 | $0 | $0 | $600 | $600 | $600 | $2,250 |
| Garbage and Trash Removal | $400 | $400 | $400 | $400 | $400 | $400 | $2,400 |
| Security Contract | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Electrical Repairs | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| HVAC Repairs and Maint | $250 | $0 | $0 | $250 | $0 | $0 | $500 |
| Snow Removal | $250 | $250 | $0 | $0 | $0 | $0 | $500 |
| Plumbing Repairs | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| Unit Turnover-Vacant | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Painting & Decorating- Occupied | $75 | $75 | $75 | $75 | $75 | $75 | $450 |
| Enviornmental Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fire Alarm Maintenance | $100 | $0 | $0 | $100 | $0 | $0 | $200 |
| Sprinkler Maintenance | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Misc. Oper/Main Expense | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| **Total Repair & Maintenance Expenses** | **$3,950** | **$3,150** | **$2,900** | **$4,622** | **$4,272** | **$4,272** | **$23,166** |
| **Taxes & Insurance Expenses** | | | | | | | |
| Real Estate Taxes | $739 | $739 | $739 | $739 | $739 | $739 | $4,435 |
| Property & Liability Ins | $268 | $268 | $268 | $268 | $268 | $268 | $1,608 |
| Misc. Taxes, Lic, Permits | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes/Insurance Exp** | **$1,007** | **$1,007** | **$1,007** | **$1,007** | **$1,007** | **$1,007** | **$6,043** |
| **Total Cost Of Operations** | **$10,681** | **$9,881** | **$9,631** | **$11,353** | **$11,003** | **$11,003** | **$63,553** |

**Noble Realty Advisors**
**4400 Hunt Place, NE**
**Cash Collateral Budget**

| Account Name | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Total |
|---|---|---|---|---|---|---|---|
| **Net Operating Income** | $5,444 | $6,244 | $6,494 | $4,772 | $5,122 | $5,122 | $33,197 |
| **Bankr. Administrative Expenses** | | | | | | | |
| Trustee Commission | $1,377 | $1,297 | $1,347 | $1,444 | $1,409 | $1,484 | $8,356 |
| Trustee Attorney Fees | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $15,000 |
| Trustee Accounting Fees | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| U.S. Trustee Fees | $84 | $84 | $84 | $84 | $84 | $84 | $504 |
| **Total Bankr. Administrative Expense** | $4,461 | $4,381 | $4,431 | $4,528 | $4,493 | $4,568 | $26,860 |
| Debt Service | | | | | | | |
| **Total Debt Services** | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Cash Flow Profit (Loss)** | $983 | $1,863 | $2,063 | $244 | $629 | $554 | $6,338 |
| **Replacement Reserve Item Expense** | | | | | | | |
| Appliance Replacement | $0 | $0 | $750 | $0 | $0 | $750 | **$1,500** |
| Carpet/Floor Replacement | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Capital Improvements | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| **Total Capital Improvements** | $0 | $0 | $750 | $0 | $0 | $750 | $1,500 |