# Notice Recipients

District/Off: 0090–1           User: admin                          Date Created: 5/14/2025
Case: 24–00180–ELG             Form ID: pdf001                      Total: 1

**Recipients of Notice of Electronic Filing:**
ust        U. S. Trustee for Region Four        USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 1