Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) | Case No. 24-00180-ELG |
| | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**TRUSTEE'S MOTION FOR AUTHORITY TO
EXECUTE AND RECORD CONFIRMATORY DEED**

Marc E. Albert, the chapter 11 trustee ("Trustee") of the bankruptcy estates of 1416 Eastern

Ave NE LLC, *et al.* ("Debtors"), by and through his undersigned attorneys, Stinson LLP,

respectfully moves the Court pursuant to 11 U.S.C. §§ 105(a) and 1142(b) for entry of an order

authorizing the Trustee to execute and record a confirmatory deed (the "Confirmatory Deed") to

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

correct a clerical defect in a recorded deed for the real estate property located at 4303-13 Wheeler

Road, SE, Washington, DC 20032, and in support thereof, states as follows:

## Jurisdiction

1.      This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334.

This is a core proceeding pursuant to 11 U.S.C § 157(b).  Venue of this case in this district is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The relief sought by this Motion is based upon sections 105(a) and 1142(b) of title

11 of the United States Code (the "Bankruptcy Code").

## Background

3.      The Debtors filed their voluntary chapter 11 petitions on May 29, 2024 (the

"Petition Date").  The Debtors' cases are jointly administrated, with the case of 1416 Eastern Ave

NE LLC, 24-00180-ELG serving as the main case.  *See Order Directing Joint Administration*,

[ECF Dkt. No. 64].

4.      On July 24, 2024, this Court entered an order approving appointment of Marc E.

Albert as chapter 11 trustee of the Debtors' estates. [ECF Dkt. No. 71].  Marc E. Albert serves as

the duly appointed and qualified chapter 11 trustee for the Debtors' estates.

5.      On April 30, 2021, by deed recorded as Instrument No. 2021061186 with the

Recorder of Deeds for the District of Columbia (the "April 2021 Deed"), 4301 Wheeler RD SE

LLC intended to convey the property known as 4303-13 Wheeler Road, S.E., Washington, DC

(the "Property") to 4303-4313 Wheeler Road SE L.L.C.

6.      At that time, however, due to administrative error or mistake, 4303-4313 Wheeler

Road SE L.L.C. was not formed on April 30, 2021.

7.      4303-4313 Wheeler Road SE L.L.C. was later duly formed under the law of the District of Columbia on February 11, 2022.

8.      Consequently, the April 2021 Deed contains a clerical error related to the entity that received the conveyance.  A confirmatory deed is necessary to clarify the state of title for the Property.

9.      The debtor 4303-4313 Wheeler Road SE L.L.C. listed the Property on its bankruptcy schedules.  Therefore, the Property is an asset of the bankruptcy estate of the debtor 4303-4313 Wheeler Road SE L.L.C.

10.     On March 21, 2025, the Trustee filed the Trustee's Joint Chapter 11 Plan of Liquidation [ECF Dkt. No. 132] (the "Plan") and the Disclosure Statement (the "Disclosure Statement") [ECF Dkt. No. 133].

11.     On May 8, 2025, the Court entered the Order Approving Disclosure Statement with Respect to Trustee's Plan of Liquidation and Confirming Trustee's Plan of Liquidation [ECF Dkt. No. 161] (the "Confirmation Order").  The Confirmation Order approved the sale of the Property to Michael Taylor (the "Purchaser").  The Confirmation Oder also authorized the Trustee to execute the sale agreement and all other documents contemplated thereby to consummate the sale of the Property.

12.     To effectuate the transfer of the Property and correct the inadvertent clerical error in the April 2021 Deed, the Trustee now proposes to execute a confirmatory deed that expressly conveys the Property from 4303-4313 Wheeler Road SE L.L.C.'s bankruptcy estate (as Grantor) to 4303-4313 Wheeler Road SE L.L.C. (as Grantee).  A copy of the proposed form of the Confirmatory Deed is attached as Exhibit A hereto.

## Relief Requested

13.     The Trustee requests an order authorizing him to execute and record the Confirmatory Deed on behalf of the bankruptcy estate of debtor 4303-4313 Wheeler Road SE L.L.C.

14.     No substantive rights of any party will be prejudiced by this ministerial action. The Confirmatory Deed will simply implement the court-approved sale of the Property by curing a clerical glitch and closing the gap in the chain of title of the Property.

## Legal Authority and Argument

15.     Courts have broad equitable authority to issue orders necessary to implement a confirmed plan and effectuate the transfer of estate property.  In particular, 11 U.S.C. § 105(a) empowers the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."  11 U.S.C. § 105(a).

16.     Section 1142(b) of the Bankruptcy Code further provides that the Court "may direct the debtor and any other necessary party to execute or deliver …any instrument required to effect a transfer to property dealt with by a confirmed plan".  11 U.S.C. § 1142(b).

17.     Here, the confirmed Plan expressly deals with the transfer of the Property, so § 1142(b) authorizes this Court to order the Trustee to execute the necessary deed instruments.  The Court's power under § 105(a) works in concert with § 1142(b): together they grant authority to correct this purely clerical defect and carry out the Plan's intent.

18.     Authorizing the Confirmatory Deed poses no harm.  The sale has been approved by the Court and consummated; the Confirmatory Deed will not change the identity of the grantee or modify the sale price or terms, but merely restate that title passes to 4303-4313 Wheeler Road SE

L.L.C.  In sum, the requested remedy simply formalizes and reflects what has already occurred in substance and is well within the Court's power.

19.     For all of the foregoing reasons, the Trustee submits that entry of the proposed order is justified to implement the confirmed Plan, clarify title, and avoid needless complications. Pursuant to 11 U.S.C. §§ 105(a) and 1142(b), the Court should authorize Trustee to execute and record the Confirmatory Deed as requested.

## Conclusion

20.     WHEREFORE, the Trustee requests that the Court (a) enter an Order authorizing the Trustee to execute and record the proposed Confirmatory Deed, substantially in the form attached as Exhibit A herewith, granting the relief requested in this Motion; and (b) grant such other and further relief as is just and appropriate under the circumstances.

Dated: June 2, 2025                                    Respectfully submitted,

                                                      /s/ Bradley D. Jones
                                                      Marc E. Albert, No. 345181
                                                      Bradley D. Jones, No. VA 68
                                                      Joshua W. Cox, No. 1033283
                                                      Tracey M. Ohm, No. 982727
                                                      Ruiqiao Wen, No. 1743500
                                                      STINSON LLP
                                                      1775 Pennsylvania Ave., NW
                                                      Suite 800
                                                      Washington, DC 20006
                                                      Tel: 202-785-9100
                                                      Fax: 202-572-9943
                                                      marc.albert@stinson.com
                                                      brad.jones@stinson.com
                                                      joshua.cox@stinson.com
                                                      tracey.ohm@stinson.com
                                                      ruiqiao.wen@stinson.com
                                                      *Attorneys for*
                                                      *Marc E. Albert, Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that I did serve a copy of the foregoing on June 2, 2025, electronically via the Court's ECF system, and by first class mail, postage prepaid, upon the following:

William C. Johnson, Jr.
The Johnson Law Group, LLC
6305 Ivy Lane,
Suite 630
Greenbelt, MD 20770

Nancy L. Alper
Office of Attorney General For D.C.
400 6th Street, NW
9th Floor
Washington, DC 20001

Stephon Woods
Office of the Attorney General for the District
of Columbia
400 6th St NW
Suite 9100
Washington, DC 20001

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854

Emil Hirsch
Carlton Fields Jorden Burt, P.A.
1025 Thomas Jefferson Street, NW
Ste 400 West
Washington, DC 20007

Laura C. Beckerman
D.C. Office of the Attorney General
400 6th Street, NW
Ste 10th Floor
Washington, DC 20001

Michael D. Nord
Elizabeth Drayden Peters
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202

John Ernest Tsikerdanos
Nagle & Zaller, P.C.
8840 Stanford Boulevard
Suite 1800
Columbia, MD 21045

Elizabeth Drayden Peters
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202

*/s/ Bradley D. Jones*
Bradley D. Jones