AFTER RECORDING, PLEASE RETURN TO:
**Pinnacle Title & Escrow, Inc.**
**51 Monroe Street**
**Suite 1505**
**Rockville, MD 20850**

File Number:  25-73199MBK
Real Estate Tax ID Number:  Square 5924, Lot 0083
Title Insurer:  NO TITLE INSURANCE

# CONFIRMATORY DEED

**THIS CONFIRMATORY DEED** made this ____ day of _____, 2025, by and between the **bankruptcy estate of 4303-4313 WHEELER RD SE L.L.C.**, GRANTOR, and **4303-4313 WHEELER RD SE L.L.C.**, a District of Columbia limited liability company and the debtor in possession in the bankruptcy case (Case No. 24-00183-ELG) pending in the United States Bankruptcy Court for the District of Columbia, GRANTEE.

## - Witnesseth that –

**Whereas**, on April 30, 2021, by deed recorded as Instrument No. 2021061186, 4301 Wheeler RD SE LLC intended to convey to the Grantee the property known as 4303-13 Wheeler Road SE, Washington, DC, more fully described below (the "Property"); and

**Whereas**, at that time, however, due to administrative error or mistake, the Grantee was not formed on April 30, 2021; and

**Whereas**, on February 11, 2022, the Grantee was formed under the law of the District of Columbia; and

**Whereas**, on May 29, 2024, the Grantee filed Case No. 24-00183-ELG (the "Case") for a voluntary chapter 11 petition in the United States Bankruptcy Court for the District of Columbia (the "Court"), and Marc E. Albert was appointed as the Trustee of the bankruptcy estate of the Grantee in the Case; and

**Whereas**, the Grantee listed the Property on its bankruptcy schedules.  Therefore, the Property is an asset of the bankruptcy estate of the Grantee; and

**Whereas**, on March 21, 2025, the Trustee filed the Trustee's Joint Chapter 11 Plan of Liquidation (the "Plan") and the Disclosure Statement; and

**Whereas**, on May 8, 2025, the Court entered the Order Approving Disclosure Statement with Respect to Trustee's Plan of Liquidation and Confirming Trustee's Plan of Liquidation (the "Confirmation Order").  The Confirmation Order approved the sale of the Property.  The

Confirmation Oder also authorized the Trustee to execute the sale agreement and all other documents contemplated thereby to consummate the sale of the Property.

**Whereas**, the within Confirmatory Deed is being executed to correct the clerical error in the April 30, 2021 Deed.

### -Now therefore-

**In consideration** of the sum of NO MONETARY CONSIDERATION, but other good and valuable consideration, receipt whereof is hereby acknowledged, the said Grantor does grant and convey, without conditions as to its delivery, to the said Grantee, in fee simple, all that lot of ground situate in the District of Columbia and described as follows:

> Lot numbered Eighty-Three (83) in Square numbered Fifty-nine Hundred Twenty-four (5924) in a subdivision made by Louis Richman and Harry Ziggles as per plat recorded in Liber 128 at folio 138 in the Office of the Surveyor for the District of Columbia.
>
> NOTE:  At the date hereof, the above-described property is known for purposes of assessment and taxation as Square 5924, Lot 0083.
>
> BEING the same property intended to be conveyed by Deed dated April 30, 2021, and recorded on May 4, 2021, as Instrument No. 2021051186, among the Land Records of the District of Columbia, and further having a street address of 4303-13 Wheeler Road, SE, Washington, DC 20032.

**Together** with the buildings and improvements thereon erected, made or being; and all and every right, alley, way, privilege, appurtenance and advantage thereto belonging, or in anywise appertaining.

**Subject To** all covenants, easements, restrictions and rights of ways as contained in deeds and instruments forming the chain of title to the subject property.

**To Have and To Hold** the said land and premises above described or mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining, unto and to the proper use and benefit of the said Grantee, in fee simple.

**And** the Grantor hereby covenants that it has not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that it will warrant specially the property hereby granted; and that it will execute such further assurances of the same as may be requisite.

**As Witness** the hands and seals of said Grantor, the day and year first above written.

Bankruptcy Estate of 4303-4313 Wheeler Road SE L.L.C.

By:_____
    Marc E. Albert, Trustee of the Bankruptcy Estate of 4303-4313 Wheeler Road SE L.L.C.

STATE OF _____, COUNTY OF _____:

    I hereby certify that on this _____ day of _____, 2025, before me, the undersigned officer, personally appeared Marc E. Albert, Trustee of the bankruptcy estate of 4303-4313 Wheeler Road SE L.L.C., known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained as her act.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal.

    _____
    Notary Public
    My commission expires _____