UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*,[1]<br><br>Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>Jointly Administered |

# ORDER GRANTING MOTION TO EXPEDITE HEARING ON AND SHORTEN TIME TO OBJECT TO TRUSTEE'S MOTION FOR AUTHORITY TO EXEUCTE AND <u>RECORD CONFIRMATORY DEED</u>

Upon consideration of *Motion to Expedite Hearing on and Shorten Time to Object to Trustee's Motion for Authority to Execute and Record Confirmatory Deed* (the "Motion to Expedite") filed by Marc E. Albert, the , the chapter 11 trustee ("Trustee") of the bankruptcy estates of 1416 Eastern Ave NE LLC, et al. ("Debtors"), and the Court finding that (a) it has jurisdiction over the matters raised in the Motion to Expedite pursuant to 28 U.S.C. §§ 157 and

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to Expedite was given under the circumstances and that no other or further notice is necessary; and the Court finding that the relief requested in the Motion to Expedite is in the best interests of the Debtors, their estates, creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Expedite is granted.

2. An expedited hearing to consider approval of the relief sought in the *Trustee's Motion for Authority to Execute and Record Confirmatory Deed* (the "Motion") will be held on **June 5, 2025 at 10:00 a.m.**, both in person at the United States Bankruptcy Court for the District of Columbia in Courtroom 1, 333 Constitution Avenue, N.W., Washington, D.C. 20001, and by Zoom, pursuant to protocols to be established by the Court. Parties wishing to attend by Zoom may contact the Court Clerk at Gunn_Hearings@dcb.uscourts.gov to obtain the meeting code.

3. The need for parties to file written objections or other responses to the relief sought in the Motion are hereby waived and parties may appear and present any objections to the Motion orally at the hearing.

4. The Trustee shall serve this order by e-mail on (a) the U.S. Trustee, (b) T.D. Bank, (c) the District of Columbia, (d) Counsel for the Debtors, and (e) any party that has supplied an email address on any filed Proof of Claim.

**END OF ORDER**

**WE ASK FOR THIS:**

/s/Bradley D. Jones
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*


Copies to: All parties receiving notice via CM/ ECF

3