The order below is hereby signed.

Signed: June 5 2025



*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

1416 Eastern Ave NE LLC, *et al.*[1],

        Debtors.

Case No. 24-00180-ELG
Chapter 11
Jointly Administered

**ORDER AUTHORIZING TRUSTEE'S MOTION FOR AUTHORITY TO EXECUTE AND RECORD CONFIRMATORY DEED**

This matter came before the court on the *Trustee's Motion for Authority to Execute and Record Confirmatory Deed*[2] (the "Motion") filed by Marc E. Albert, chapter 11 trustee ("Trustee") of the bankruptcy estates of 1416 Eastern Ave NE LLC, *et al.* ("Debtors"). In the Motion, the Trustee requests the authority to execute and record a confirmatory deed to correct a clerical error made in a deed dated April 30, 2021 concerning the property known as 4303-13 Wheeler Road,

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

[2] All capitalized terms not otherwise defined herein shall the meanings assigned to them in the Motion.

CORE/3516991.0007/199569416.1

S.E., Washington, DC (the "Property"). This Court having considered the Motion and any opposition thereto finds that the notice of the Motion is adequate as given, that good cause exists to grant the relief requested and that it is hereby:

**ORDERED ADJUDGED AND DECREED** that the Motion is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that the title of the Property is vested in the debtor 4303-4313 Wheeler Road SE L.L.C.; and it is

**FURTHER ORDERED** that the Trustee is authorized the execute and record a confirmatory deed, as corrective deed, on behalf of the bankruptcy estate of 4303-4313 Wheeler Road SE L.L.C. in connection with the title of the Property; and it is

**FURTHER ORDERED** that the Trustee is authorized to work with the title company Pinnacle Title & Escrow, Inc. in finalizing the form and content of the confirmatory deed as may be necessary to cure any title defects and facilitate the closing of the sale of the Property.

<div style="text-align:center">**END OF ORDER**</div>

**WE ASK FOR THIS:**

/s/ Bradley D. Jones
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

Copies of this Order to: ECF Recipients, and

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

CORE/3516991.0007/199569416.1