| Bankruptcy Case Number | Bankruptcy Filer | Property Address | SSL | DOB Liens | Lien Filed Date | DOB Case Number | DOB Case Type |
|---|---|---|---|---|---|---|---|
| 24-180 | 1416 Eastern Ave NE LLC | 1416 Eastern Ave NE | 5171-0063 | | | MULTIPLE NOIs | |
| 24-181 | 945 Longfellow St NW LLC | 945 Longfellow ST NW | 2991-0033 | | | MULTIPLE NOIs/CCU NOIs Listed Below | |
| | | | | **2023030233** | 4.12.2023 | 22ENF-IC-01851 | Fine |
| | | | | UNSECURED | | 22ENF-HOUS-02772 | Fine |
| | | | | UNSECURED | | **A2501146** | **Special Assessment** |
| | | | | UNSECURED | | 20ENF-HOUS-02106 | Fine |
| | | | | UNSECURED | | 22ENF-HOUS-02946 | Fine |
| | | | | UNSECURED | | 22ENF-HOUS-01716 | Fine |
| | | | | UNSECURED | | 21ENF-HOUS-07524 | Fine |
| 24-182 | 2501 Naylor Rd SE LLC | 2501 Naylor ST SE | 5627-0812 | | | MULTIPLE NOIs/CCU NOIs Listed Below | |
| | | | | **2023024492** | 3.23.2023 | 22ENF-HOUS-04175 | Fine |
| | | | | **2023024090** | 3.22.2023 | 22ENF-HOUS-01953 | Fine |
| | | | | UNSECURED | | 22NOIR-INS-02025 | Fine |
| | | | | UNSECURED | | 22ENF-HOUS-00076 | Fine |
| | | | | UNSECURED | | 21ENF-HOUS-02157 | Fine |
| | | | | UNSECURED | | 21ENF-HOUS-01783 | Fine |
| | | | | UNSECURED | | 21ENF-HOUS-01214 | Fine |
| 24-183 | 4303-13 Wheeler Rd SE LLC | 4305 Wheeler RD SE | 5924-0083 | | | MULTIPLE NOIs/CCU NOIs Listed Below | |
| | | | | UNSECURED | | 23NOIR-INS-01514 | Fine |
| | | | | UNSECURED | | 22NOIR-INS-02279 | Fine |
| | | | | UNSECURED | | 22ENF-HOUS-05274 | Fine |
| | | | | UNSECURED | | 19ENF-HOUS-05827 | Fine |
| 24-184 | 4263 6th St SE Apartments LLC | 4263 6th ST SE | 6207-0046 | | | MULTIPLE NOIs | |
| | | | | UNSECURED | | 23ENF-IC-02570 | Fine |
| | | | | UNSECURED | | 22ENF-HOUS-02996 | Fine |
| 24-185 | 4935 NHB Ave NE LLC | 4935 Nannie Helen Burroughs AVE NE | 5180-0807 | | | MULTIPLE NOIs/CCU NOIs Listed Below | |
| | | | | **2024037578** | 4.23.2024 | 21ENF-HOUS-03817 | Fine |
| | | | | **2021024466** | 2.24.2021 | 20ENF-HOUS-02007 | Fine |
| | | | | UNSECURED | | 21ENF-HOUS-03816 | Fine |
| | | | | UNSECURED | | 21ENF-HOUS-03324 | Fine |
| | | | | UNSECURED | | 21ENF-HOUS-02071 | Fine |
| | | | | UNSECURED | | 21ENF-HOUS-01692 | Fine |
| | | | | UNSECURED | | 21ENF-HOUS-01619 | Fine |
| | | | | UNSECURED | | 21ENF-HOUS-00064 | Fine |
| 24-186 | 3968 MLK LLC | 3968 Martin Luther King Jr AVE SW | 6150-0002 | | | MULTIPLE NOIs/CCU NOIs Listed Below | |
| | | | | **2023024524** | 3.23.2023 | 22ENF-HOUS-04528 | Fine |
| | | | | **2021022107** | 12.8.2021 | 19ENF-IC-03914 | Fine |
| | | | | UNSECURED | | 22NOIR-INS-01922 | Fine |
| | | | | UNSECURED | | 21ENF-HOUS-03205 | Fine |
| | | | | UNSECURED | | 21ENF-HOUS-00659 | Fine |
| 24-187 | 4010 9th St SE LLC | 4010 9th ST SE | 5924-0090 | | | MULTIPLE NOIs/CCU NOIs Listed Below | |
| | | | | **2023021874** | 3.15.2023 | 22ENF-HOUS-04180 | Fine |
| | | | | UNSECURED | | 22ENF-HOUS-01429 | Fine |
| | | | | UNSECURED | | 22ENF-HOUS-00059 | Fine |
| | | | | UNSECURED | | 21ENF-HOUS-02593 | Fine |
| 24-188 | 2440 S St SE LLC | 2440 S ST SE | 5624-0814 | | | MULTIPLE NOIs/CCU NOIs Listed Below | |
| | | | | **2023022176** | 3.16.2023 | 22ENF-HOUS-02905 | Fine |
| | | | | UNSECURED | | 22ENF-HOUS-06037 | Fine |
| | | | | UNSECURED | | 22ENF-HOUS-05167 | Fine |
| 24-189 | 4400 Hunt Pl NE LLC | 4400 Hunt PL NE | 5127-0114 | | | MULTIPLE NOIs | |