UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*,[1] ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**ORDER GRANTING TRUSTEE'S EMERGENCY MOTION
TO COMPEL PINNACLE TITLE & ESCROW, INC. TO CLOSE PROPERTY
SALE AND TO AUTHORIZE THE TRUSTEE TO HOLD FUNDS IN ESCROW**

The matter before the Court is the *Emergency Motion to Compel Pinnacle Title & Escrow, Inc. To Close Property Sale And To Authorize The Trustee To Hold Funds In Escrow* (the "Motion") filed by Marc E. Albert, the , the chapter 11 trustee ("Trustee") of the jointly bankruptcy

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

1

estates under the lead case of 1416 Eastern Ave NE LLC, *et al.* (the "Debtors"). The Court having considered the matter and good cause having been shown,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Expedite is GRANTED.

2. The Trustee is authorized to escrow the funds shown on the Exhibit A attached to the Motion, which are shown as owed to the D.C. Government and Washington Gas, and are subject to a priority dispute with the senior secured lender, T.D. Bank (the "Disputed Funds").

3. At the closing of the sales of the Properties, Pinnacle Title & Escrow, Inc., in addition to transmitting to the Trustee the funds due to Seller, is required to also transmit the Disputed Funds to the Trustee, in the amounts as highlighted on Exhibit A of the Motion and identified by the Trustee as in dispute.

4. Pinnacle Title & Escrow, Inc. and Michael Taylor shall proceed to close on the sale of the Properties in accordance with this Order. To the extent Pinnacle Title & Escrow, Inc. complies with this Order, no party may seek to hold Pinnacle Title & Escrow liable on account of payments made pursuant to this Order not being made to that claimant. The Bankruptcy Court reserves jurisdiction to resolve any and all disputes with respect to the disposition, payment, and priority of the Disputed Funds.

5. The Trustee is required to hold the Disputed Funds in his fiduciary account in escrow. The escrowed funds will be held pending further order of the Court or until a written agreement of the D.C. Government and/or Washington Gas is reached with respect to the escrowed funds at issue.

6. All parties' interest in the Disputed Funds are preserved. The parties' liens will attach to the Disputed Funds as proceeds of the sale. The liens will attach in the same priority as

that the liens are entitled to in accordance with applicable non-bankruptcy law. All parties' rights in the Disputed Funds are expressly reserved.

7.     Nothing in this Order will change or alter the ability of the Trustee to make distributions to T.D. Bank of the proceeds of sale received by the Trustee in excess of the Disputed Funds. The Trustee may use proceeds of the sale that are not held in escrow as Disputed Funds in accordance with the Plan, including the use of the carve out funds to pay United States Trustee Fees and approved professional fees.

END OF ORDER

**WE ASK FOR THIS:**

/s/Bradley D. Jones
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

Copies to: All parties receiving notice via CM/ECF

CORE/3516991.0007/200086709.1