Signed: June 13, 2025

**SO ORDERED**



_____
LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE
SITTING BY DESIGNATION

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*,[1] | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

**ORDER GRANTING TRUSTEE'S EMERGENCY MOTION
TO COMPEL PINNACLE TITLE & ESCROW, INC. TO CLOSE PROPERTY
SALE AND TO AUTHORIZE THE TRUSTEE TO HOLD FUNDS IN ESCROW**

The matter before the Court is the *Emergency Motion to Compel Pinnacle Title & Escrow, Inc. To Close Property Sale And To Authorize The Trustee To Hold Funds In Escrow* (the "Motion") filed by Marc E. Albert, the chapter 11 trustee ("Trustee") of the jointly administered bankruptcy estates under the lead case of 1416 Eastern Ave NE LLC, *et al.* (the "Debtors"). Prior

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

1

to the hearing on this matter, the Trustee spoke with counsel for the District of Columbia and Washington Gas. Counsel for Washington Gas and counsel for the District of Columbia represented that they do not oppose the escrow of funds at Closing as requested by the Trustee for determination later, so long as any and all interest Washington Gas and the District of Columbia may have in those funds is preserved. Counsel for the District of Columbia has reviewed and authorized its endorsement on this Order.

The Court having considered the matter and good cause having been shown,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Expedite is GRANTED.

2. The Trustee is authorized and directed to escrow funds in the amount of $1,200,000.00 to reserve for sums potentially owed to the D.C. Government and Washington Gas, and subject to a priority dispute with the senior secured lender, T.D. Bank (the "Disputed Funds").

3. At the closing of the sales of the Properties, Pinnacle Title & Escrow, Inc.—in addition to transmitting to the Trustee the funds shown on the settlement statements as due to the Bankruptcy Estate (as Seller)—is required also to transmit the amounts highlighted on the Exhibit A attached to the Motion and identified by the Trustee as in dispute.

4. Pinnacle Title & Escrow, Inc. and Michael Taylor shall proceed to close on the sale of the Properties in accordance with this Order. To the extent Pinnacle Title & Escrow, Inc. complies with this Order, no party may seek to hold Pinnacle Title & Escrow liable on account of payments made pursuant to this Order not being made to that claimant. The Bankruptcy Court reserves jurisdiction to resolve any and all disputes with respect to the disposition, payment, and priority of the Disputed Funds.

5. The Trustee is required to hold the Disputed Funds in his fiduciary account in escrow. The escrowed funds will be held pending further order of the Court or until agreement among the parties claiming the Disputed Funds is reached.

6. All parties' interest in the Disputed Funds are preserved. The parties' liens will attach to the Disputed Funds as proceeds of the sale. The liens will attach in the same priority as that the liens are entitled to in accordance with applicable non-bankruptcy law. All parties' rights in the Disputed Funds are expressly reserved.

7. Nothing in this Order will change or alter the ability of the Trustee to make distributions to T.D. Bank of the proceeds of sale received by the Trustee in excess of the Disputed Funds. The Trustee may use proceeds of the sale that are not held in escrow as Disputed Funds in accordance with the Plan, including the use of the carve out funds to pay United States Trustee Fees and approved professional fees.

8. Upon entry of this Order, the hearing scheduled to be held on June 13, 2025 at 3:30 p.m. and set pursuant to the order entered at Docket Number 176 will be taken off calendar and no appearances at that hearing will be required.

END OF ORDER

...
...
...

**WE ASK FOR THIS:**

*/s/Bradley D. Jones*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

**Seen and no Objection:**

*/s/ Nancy L. Alper*
Nancy L. Alper
Senior Assistant Attorney General
Stephon D. Woods
Assistant Attorney General
Commercial Division, Land Acquisition & Bankruptcy Section
Office of the Attorney General for the District of Columbia
400 6th St. NW
Washington, D.C. 20001
Tel:    (202) 724-8122
        (202) 442-9882
Emails:  Stephon.Woods@dc.gov
         Nancy.Alper@dc.gov
*Counsel for the District of Columbia*

Copies to: All parties receiving notice via CM/ ECF

CORE/3516991.0007/200106396.1