US Trustee Form 11 - Monthly Operating Report

1416 Eastern Ave NE LLC

Case No. 24-00180

Lead Case No. 24-00180

Period ending 05/31/2025

Explanations:

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include payments made from the Trustee-held bank account for property operations.

# 1416 Eastern Ave NE LLC

## MONTHLY OPERATIONAL SUMMARY REPORT

### MAY 2025

### Prepared for:

Marc E. Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

### Prepared by:
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







**Marc E. Albert, Chapter 11 Trustee**
**1416 Eastern Ave NE LLC**
**May 2025 Monthly Operational Summary**

Below is a summary of the property management activity during the month of May 2025.

**Income:**  During the month $3,104.00 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $26,604.00.**
See attached aged Delinquency Report for the month of May 2025.

**Vacancies – 1 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $3,939.91 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of May 31, 2025, the outstanding payable totaled $10,008.41. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $3,916.91 (see attached check summary).

**Banking:**

1.  Operating Account (TD Bank) – As of May 31, 2025, the account statement balance was $977.00. The available and reconciled cash balance as of May 31, 2025, was $1,327.00.

2.  Disbursement Account (Axos Bank) – As of May 31, 2025, the account statement balance was $1,259.57.  The available and reconciled cash balance as of May 31, 2025, was $68.98.

3.  Owner's Account (Axos Bank) – As of May 31, 2025, the ledger balance was $17,133.12.

    The available and reconciled cash balance as May 31, 2025, was $17,133.12.

**1416 Eastern Ave NE LLC**
**Deposit Register**
**Deposit Date = 05/01/2025 - 05/31/2025**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|------|----------|------|--------|--------|--------------|--------|---------|
| **(easter) - 10  05/08/2025** | | | | | | | |
| Goode,Tyesha | 1416 | 101 | t0008193 | 05-2025 | 5/8/2025 | 1,552.00 | 572500504 |
| Griffin,Fontavia | 1416 | B02 | t0008197 | 05-2025 | 5/8/2025 | 1,552.00 | 572500504 |
| **Total (easter) - 10  05/08/2025** | | | | | | **3,104.00** | |
| **Grand Total** | | | | | | **3,104.00** | |

**1416 Eastern Ave NE LLC**
**Budget Comparison Cash Flow**
**Books = Cash**
**For the period ending May 31, 2025**

| | Account Description | MTD Actual | MTD Budget | $ Variance | YTD Actual | YTD Budget | $ Variance | Annual Remaining | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|
| | **Rental Income** | | | | | | | | |
| 5121 | Housing Assist Payments | 3,104.00 | 3,104.00 | 0.00 | 15,520.00 | 15,520.00 | 0.00 | 3,104.00 | 18,624.00 |
| | **Total Rental Income** | 3,104.00 | 3,104.00 | - | 15,520.00 | 15,520.00 | - | 3,104.00 | 18,624.00 |
| | **Miscellaneous Income** | | | | | | | | |
| 5301 | Late Fees | - | - | - | 155.20 | - | 155.20 | (155.20) | - |
| 5990 | Miscellaneous Income | - | - | - | 9,362.00 | - | 9,362.00 | (9,362.00) | - |
| | **Total Miscellaneous Income** | - | - | - | 9,517.20 | - | 9,517.20 | (9,517.20) | - |
| | **TOTAL INCOME** | $ 3,104.00 | $ 3,104.00 | $ - | $ 25,037.20 | $ 15,520.00 | $ 9,517.20 | $ (6,413.20) | $ 18,624.00 |
| | **EXPENSES** | | | | | | | | |
| | **Administrative Expenses** | | | | | | | | |
| 6102 | Bank Fees | 23.00 | 15.00 | 8.00 | 135.00 | 75.00 | 60.00 | (45.00) | 90.00 |
| 6301 | Legal Services | - | 3,359.00 | (3,359.00) | 16,751.00 | (16,751.00) | 20,167.00 | 20,167.00 | |
| 6310 | Office Salaries | 56.98 | - | 56.98 | 795.94 | - | 795.94 | (795.94) | - |
| 6311 | Office/Telephone Expense | - | 15.00 | (15.00) | 654.47 | 75.00 | 579.47 | (564.47) | 90.00 |
| 6320 | Management Fee | 1,000.00 | 1,000.00 | - | 5,000.00 | 5,000.00 | - | 1,000.00 | 6,000.00 |
| 6330 | Manager Salary | 108.78 | 231.00 | (122.22) | 297.64 | 1,155.00 | (857.36) | 1,088.36 | 1,386.00 |
| 6351 | Accounting/Computer Fee | - | 500.00 | (500.00) | - | 2,500.00 | (2,500.00) | 3,000.00 | 3,000.00 |
| 6390 | Misc/Admin Expense | 250.68 | 84.00 | 166.68 | 5,847.68 | 420.00 | 5,427.68 | (5,343.68) | 504.00 |
| | **Total Administrative Expenses** | 1,439.44 | 5,204.00 | (3,764.56) | 12,730.73 | 25,976.00 | (13,245.27) | 18,506.27 | 31,237.00 |
| | **Utilities** | | | | | | | | |
| 6450 | Electricity | - | 65.00 | (65.00) | - | 325.00 | (325.00) | 390.00 | 390.00 |
| 6451 | Water/Sewer | 334.07 | 1,100.00 | (765.93) | 3,387.70 | 5,500.00 | (2,112.30) | 3,212.30 | 6,600.00 |
| 6452 | Gas | - | 100.00 | (100.00) | - | 500.00 | (500.00) | 600.00 | 600.00 |
| | **Total Utilities** | 334.07 | 1,265.00 | (930.93) | 3,387.70 | 6,325.00 | (2,937.30) | 4,202.30 | 7,590.00 |
| | **Operating & Maintenance Expense** | | | | | | | | |
| 6510 | Maintenance/Cleaning Payroll | 142.08 | 195.00 | (52.92) | 261.55 | 975.00 | (713.45) | 908.45 | 1,170.00 |
| 6515 | Supplies | - | 25.00 | (25.00) | 601.57 | 125.00 | 476.57 | (451.57) | 150.00 |
| 6520 | Maintenance Contracts | 56.52 | 500.00 | (443.48) | 758.47 | 2,500.00 | (1,741.53) | 2,241.53 | 3,000.00 |
| 6521 | Janitor & Cleaning Contract | 518.40 | 520.00 | (1.60) | 3,110.40 | 1,490.00 | 1,620.40 | (1,100.40) | 2,010.00 |
| 6522 | Pest Control Management | - | 175.00 | (175.00) | - | 470.00 | (470.00) | 645.00 | 645.00 |
| 6523 | Landscape Maintenance | - | 350.00 | (350.00) | - | 1,650.00 | (1,650.00) | 2,000.00 | 2,000.00 |
| 6525 | Garbage and Trash Removal | 800.00 | 200.00 | 600.00 | 3,888.48 | 1,000.00 | 2,888.48 | (2,688.48) | 1,200.00 |
| 6546 | HVAC Repairs and Maint | - | - | - | - | 500.00 | (500.00) | 500.00 | 500.00 |
| 6548 | Snow Removal | - | - | - | 2,980.00 | 460.00 | 2,520.00 | (2,520.00) | 460.00 |
| 6551 | Plumbing Repairs | - | 100.00 | (100.00) | - | 500.00 | (500.00) | 600.00 | 600.00 |
| 6565 | Painting & Decorating - Occupied | - | 75.00 | (75.00) | - | 150.00 | (150.00) | 150.00 | 150.00 |
| 6576 | Fire Alarm Maintenance | - | 100.00 | (100.00) | - | 200.00 | (200.00) | 200.00 | 200.00 |
| 6590 | Misc Oper/Main Expense | - | 100.00 | (100.00) | - | 500.00 | (500.00) | 600.00 | 600.00 |

**1416 Eastern Ave NE LLC**
**Budget Comparison Cash Flow**
**Books = Cash**
**For the period ending May 31, 2025**

| | Account Description | MTD Actual | MTD Budget | $ Variance | YTD Actual | YTD Budget | $ Variance | Annual Remaining | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|
| | **Total Operating & Maintenance Expense** | 1,517.00 | 2,340.00 | (823.00) | 11,600.47 | 10,520.00 | 1,080.47 | 1,084.53 | 12,685.00 |
| | **Insurance & Taxes** | | | | | | | | |
| 6710 | Real Estate Taxes | - | 529.00 | (529.00) | 2,646.05 | 2,645.00 | 1.05 | 527.95 | 3,174.00 |
| 6711 | Payroll Taxes | 35.52 | - | 35.52 | 84.25 | - | 84.25 | (84.25) | - |
| 6712 | Payroll Expenses (Properties) | 8.21 | - | 8.21 | 22.30 | - | 22.30 | (22.30) | - |
| 6720 | Property & Liability Ins | - | 107.00 | (107.00) | 67.79 | 535.00 | (467.21) | 574.21 | 642.00 |
| 6722 | Worker's Compensation | 5.67 | - | 5.67 | 14.22 | - | 14.22 | (14.22) | - |
| 6723 | Health Ins/Other Emp Bene | - | - | - | 16.29 | - | 16.29 | (16.29) | - |
| 6790 | Misc Taxes, Lic, Permits | 600.00 | - | 600.00 | 706.00 | - | 706.00 | (706.00) | - |
| | **Total Insurance & Taxes** | 649.40 | 636.00 | 13.40 | 3,556.90 | 3,180.00 | 376.90 | 259.10 | 3,816.00 |
| | **TOTAL OPERATING EXPENSE** | $ 3,939.91 | $ 9,445.00 | $ (5,505.00) | $ 31,275.80 | $ 46,001.00 | $ (14,725.20) | $ 24,052.20 | $ 55,328.00 |
| | **NET OPERATING INCOME/(LOSS)** | $ (835.91) | $ (6,341.00) | $ 5,505.09 | $ (6,238.60) | $ (30,481.00) | $ 24,242.40 | $ (30,465.40) | $ (36,704.00) |
| | **Financial Expenses** | | | | | | | | |
| | **Total Financial Expenses** | - | - | - | - | - | - | - | - |
| | **NET INCOME (LOSS)** | $ (835.91) | $ (6,341.00) | $ 5,505.09 | $ (6,238.60) | $ (30,481.00) | $ 24,242.40 | $ (30,465.40) | $ (36,704.00) |
| | **Replacement Reserve Item Expense** | | | | | | | | |
| 7010 | Appliance Replacements | - | - | - | - | 750.00 | (750.00) | 1,500.00 | 1,500.00 |
| | **Total Replacement Reserve Item Expense** | - | - | - | - | 750.00 | (750.00) | 1,500.00 | 1,500.00 |
| | **Other Cash Flow Items** | | | | | | | | |
| 5490 | Interest Income - Other | - | - | - | 3.78 | - | 3.78 | (3.78) | - |
| | **Total Other Cash Flow Items** | - | - | - | 3.78 | - | 3.78 | (3.78) | - |
| | **TOTAL CASH FLOW** | $ (835.91) | $ (6,341.00) | $ 5,505.09 | $ (6,234.82) | $ (31,231.00) | $ 24,996.18 | $ (31,969.18) | $ (38,204.00) |

**1416 Eastern Ave NE LLC**
**General Ledger (Cash)**
Month = May 2025

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **6102** | | | **Bank Fees** | | | | | **112.00 = Beginning Balance =** | |
| 1416 | 5/31/2025 | 05-2025 | TD Bank (1616) | J-74547 | | 23.00 | 0.00 | 135.00 | Bank Service Charge |
| | | | **Net Change=23.00** | | | | | **135.00 = Ending Balance =** | |
| **6310** | | | **Office Salaries** | | | | | **738.96 = Beginning Balance =** | |
| 1416 | 5/22/2025 | 05-2025 | Noble Realty Advisors LLC (noble) | K-158760 | 119 | 56.98 | 0.00 | 795.94 | PR 023825 1416 |
| | | | **Net Change=56.98** | | | | | **795.94 = Ending Balance =** | |
| **6311** | | | **Office/Telephone Expense** | | | | | **654.47 = Beginning Balance =** | |
| | | | **Net Change=0.00** | | | | | **654.47 = Ending Balance =** | |
| **6320** | | | **Management Fee** | | | | | **4,000.00 = Beginning Balance =** | |
| 1416 | 5/22/2025 | 05-2025 | Noble Realty Advisors LLC (noble) | K-158760 | 119 | 1,000.00 | 0.00 | 5,000.00 | Monthly Mgt Fee |
| | | | **Net Change=1,000.00** | | | | | **5,000.00 = Ending Balance =** | |
| **6330** | | | **Manager Salary** | | | | | **188.86 = Beginning Balance =** | |
| 1416 | 5/22/2025 | 05-2025 | Noble Realty Advisors LLC (noble) | K-158760 | 119 | 108.78 | 0.00 | 297.64 | PR 023825 1416 |
| | | | **Net Change=108.78** | | | | | **297.64 = Ending Balance =** | |
| **6390** | | | **Misc/Admin Expense** | | | | | **5,597.00 = Beginning Balance =** | |
| 1416 | 5/13/2025 | 05-2025 | Office of US Trustee (ustrust) | K-159285 | 2013 | 250.68 | 0.00 | 5,847.68 | Case #: 900-24-00180 US Trustee Fees re 1416 |
| | | | **Net Change=250.68** | | | | | **5,847.68 = Ending Balance =** | |
| **6451** | | | **Water/Sewer** | | | | | **3,053.63 = Beginning Balance =** | |
| 1416 | 5/30/2025 | 05-2025 | DC Water and Sewer Authority (dc) | K-159039 | 530253 | 334.07 | 0.00 | 3,387.70 | Acct#2024364-8 1416 Eastern Ave NE Meter#72 |
| | | | **Net Change=334.07** | | | | | **3,387.70 = Ending Balance =** | |
| **6510** | | | **Maintenance/Cleaning Payroll** | | | | | **119.47 = Beginning Balance =** | |
| 1416 | 5/22/2025 | 05-2025 | Noble Realty Advisors LLC (noble) | K-158760 | 119 | 142.08 | 0.00 | 261.55 | PR 023825 1416 |
| | | | **Net Change=142.08** | | | | | **261.55 = Ending Balance =** | |
| **6515** | | | **Supplies** | | | | | **601.57 = Beginning Balance =** | |
| | | | **Net Change=0.00** | | | | | **601.57 = Ending Balance =** | |
| **6520** | | | **Maintenance Contracts** | | | | | **701.95 = Beginning Balance =** | |
| 1416 | 5/29/2025 | 05-2025 | Jack Martinez (jmartinez) | K-159006 | 121 | 56.52 | 0.00 | 758.47 | Supply Allocation: Eastern 12/2024 to 3/2025 |
| | | | **Net Change=56.52** | | | | | **758.47 = Ending Balance =** | |
| **6521** | | | **Janitor & Cleaning Contract** | | | | | **2,592.00 = Beginning Balance =** | |
| 1416 | 5/22/2025 | 05-2025 | White Glove Commercial Cleaning (whiteglove) | K-158761 | 120 | 518.40 | 0.00 | 3,110.40 | Monthly contract cleaning |
| | | | **Net Change=518.40** | | | | | **3,110.40 = Ending Balance =** | |
| **6525** | | | **Garbage and Trash Removal** | | | | | **3,088.48 = Beginning Balance =** | |
| 1416 | 5/22/2025 | 05-2025 | D&K Trash Removal (dktrash) | K-158759 | 118 | 800.00 | 0.00 | 3,888.48 | Trash service 2x's per week |
| | | | **Net Change=800.00** | | | | | **3,888.48 = Ending Balance =** | |

**1416 Eastern Ave NE LLC**
**General Ledger (Cash)**
Month = May 2025

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|----------|------|--------|-------------|---------|-----------|-------|--------|---------|---------|
| 6548 | | | Snow Removal | | | | | 2,980.00 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 2,980.00 | = Ending Balance = |
| 6710 | | | Real Estate Taxes | | | | | 2,646.05 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 2,646.05 | = Ending Balance = |
| 6711 | | | Payroll Taxes | | | | | 48.73 | = Beginning Balance = |
| 1416 | 5/22/2025 | 05-2025 | Noble Realty Advisors LLC (noble) | K-158760 | 119 | 35.52 | 0.00 | 84.25 | PR 023825 1416 |
| | | | Net Change=35.52 | | | | | 84.25 | = Ending Balance = |
| 6712 | | | Payroll Expenses (Properties) | | | | | 14.09 | = Beginning Balance = |
| 1416 | 5/22/2025 | 05-2025 | Noble Realty Advisors LLC (noble) | K-158760 | 119 | 8.21 | 0.00 | 22.30 | PR 023825 1416 |
| | | | Net Change=8.21 | | | | | 22.30 | = Ending Balance = |
| 6720 | | | Property & Liability Ins | | | | | 67.79 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 67.79 | = Ending Balance = |
| 6722 | | | Worker's Compensation | | | | | 8.55 | = Beginning Balance = |
| 1416 | 5/22/2025 | 05-2025 | Noble Realty Advisors LLC (noble) | K-158760 | 119 | 5.67 | 0.00 | 14.22 | PR 023825 1416 |
| | | | Net Change=5.67 | | | | | 14.22 | = Ending Balance = |
| 6723 | | | Health Ins/Other Emp Bene | | | | | 16.29 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 16.29 | = Ending Balance = |
| 6790 | | | Misc Taxes, Lic, Permits | | | | | 106.00 | = Beginning Balance = |
| 1416 | 5/23/2025 | 05-2025 | International Sureties, Ltd. (intsur) | K-159286 | 2018 | 600.00 | 0.00 | 706.00 | Bond #612419716 Term: 07/23/25 to 07/23/26 Ca |
| | | | Net Change=600.00 | | | | | 706.00 | = Ending Balance = |
| | | | Grand Total | | | 3,939.91 | 0.00 | | |

**1416 Eastern Ave NE LLC**
**Trial Balance (Cash)**
Month = May 2025

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|
| 1010 | Operating Cash | 16,786.00 | 0.00 | 15,459.00 | 1,327.00 |
| 1016 | Owner's Account | 7,579.01 | 9,554.11 | 0.00 | 17,133.12 |
| 1020 | Cash-Surplus | (244.56) | 0.00 | 0.00 | (244.56) |
| 1021 | Operating Reserve | 5,000.00 | 5,000.00 | 0.00 | 10,000.00 |
| 1038 | Operating Account - 2 | 0.00 | 68.98 | 0.00 | 68.98 |
| 2090 | Other Current Liabilities | (20,177.13) | 0.00 | 0.00 | (20,177.13) |
| 3800 | Retained Earnings | (14,342.23) | 0.00 | 0.00 | (14,342.23) |
| 5121 | Housing Assist Payments | (12,416.00) | 0.00 | 3,104.00 | (15,520.00) |
| 5301 | Late Fees | (155.20) | 0.00 | 0.00 | (155.20) |
| 5490 | Interest Income - Other | (3.78) | 0.00 | 0.00 | (3.78) |
| 5990 | Miscellaneous Income | (9,362.00) | 0.00 | 0.00 | (9,362.00) |
| 5991 | Owner Advance | 0.00 | 0.00 | 0.00 | 0.00 |
| 6102 | Bank Fees | 112.00 | 23.00 | 0.00 | 135.00 |
| 6310 | Office Salaries | 738.96 | 56.98 | 0.00 | 795.94 |
| 6311 | Office/Telephone Expense | 654.47 | 0.00 | 0.00 | 654.47 |
| 6320 | Management Fee | 4,000.00 | 1,000.00 | 0.00 | 5,000.00 |
| 6330 | Manager Salary | 188.86 | 108.78 | 0.00 | 297.64 |
| 6390 | Misc/Admin Expense | 5,597.00 | 250.68 | 0.00 | 5,847.68 |
| 6451 | Water/Sewer | 3,053.63 | 334.07 | 0.00 | 3,387.70 |
| 6510 | Maintenance/Cleaning Payroll | 119.47 | 142.08 | 0.00 | 261.55 |
| 6515 | Supplies | 601.57 | 0.00 | 0.00 | 601.57 |
| 6520 | Maintenance Contracts | 701.95 | 56.52 | 0.00 | 758.47 |
| 6521 | Janitor & Cleaning Contract | 2,592.00 | 518.40 | 0.00 | 3,110.40 |
| 6525 | Garbage and Trash Removal | 3,088.48 | 800.00 | 0.00 | 3,888.48 |
| 6548 | Snow Removal | 2,980.00 | 0.00 | 0.00 | 2,980.00 |
| 6710 | Real Estate Taxes | 2,646.05 | 0.00 | 0.00 | 2,646.05 |
| 6711 | Payroll Taxes | 48.73 | 35.52 | 0.00 | 84.25 |
| 6712 | Payroll Expenses (Properties) | 14.09 | 8.21 | 0.00 | 22.30 |
| 6720 | Property & Liability Ins | 67.79 | 0.00 | 0.00 | 67.79 |
| 6722 | Worker's Compensation | 8.55 | 5.67 | 0.00 | 14.22 |
| 6723 | Health Ins/Other Emp Bene | 16.29 | 0.00 | 0.00 | 16.29 |
| 6790 | Misc Taxes, Lic, Permits | 106.00 | 600.00 | 0.00 | 706.00 |
| | **Grand Total** | **0.00** | **18,563.00** | **18,563.00** | **0.00** |

**1416 Eastern Ave NE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period May 2025**

| Account | May 2025 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 1,327.00 |
| Owner's Account | 17,133.12 |
| Cash-Surplus | (244.56) |
| Operating Reserve | 10,000.00 |
| Operating Account - 2 | 68.98 |
| **TOTAL CASH** | $ 28,284.54 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $ - |
| **TOTAL ASSETS** | **$ 28,284.54** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 20,177.13 |
| **TOTAL CURRENT LIABILITIES** | $ 20,177.13 |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 8,107.41 |
| **TOTAL OWNER'S EQUITY** | $ 8,107.41 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$ 28,284.54** |

**1415 Eastern Ave NE LLC**
**Residential Rent Roll**
As of Date 05/31/2025

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|------|-----------|-----------|----------|------|-------------|--------|------------------|---------------|---------|-----------|----------|---------|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 101 | 2 | 0 | t0008193 | Tyesha Goode | 1,552.00 | 1,552.00 | 0.00 | 0.00 | 10/16/2023 | | | 0.00 |
| 102 | 1-br | 0 | t0008194 | Donnell Ray | 1,250.00 | 1,250.00 | 0.00 | 0.00 | 10/3/2020 | | | 11,250.00 |
| 201 | 1-br | 0 | t0008195 | Michelle Christian | 950.00 | 950.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,550.00 |
| 202 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| B01 | 1-br | 0 | t0008196 | Lena Carter | 756.00 | 756.00 | 0.00 | 0.00 | 9/1/2024 | | | 6,804.00 |
| B02 | 2 | 0 | t0008197 | Fontavia Griffin | 1,552.00 | 1,552.00 | 0.00 | 0.00 | 4/28/2022 | | | 0.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|---------------|-------------|---------------|------------------|---------------|------------|-----------|---------|
| Current/Notice Res. | | | 6,060.00 | 0.00 | 0.00 | | | 26,604.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 6,060.00 | | | | 5 | 83.33% | |
| Vacant Units | 0 | 0.00 | | | | 1 | 16.67% | |
| Totals: | 0 | 6,060.00 | 6,060.00 | 0.00 | 0.00 | 6 | 100.00% | 26,604.00 |

**Aged Receivables Report**

Detail by Resident
Property:  1416 Eastern Ave NE LLC (1416)
Trans through :5/2025

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|---------------------|-------------|--------------|--------------|--------------|-------------|---------|
| **1416** | **- 1416 Eastern Ave NE LLC** | | | | | | | | |
| 102 | t0008194 | Donnell Ray | 11,250.00 | 1,250.00 | 1,250.00 | 0.00 | 8,750.00 | 0.00 | 11,250.00 |
| 201 | t0008195 | Michelle Christian | 8,550.00 | 950.00 | 950.00 | 0.00 | 6,650.00 | 0.00 | 8,550.00 |
| B01 | t0008196 | Lena Carter | 6,804.00 | 756.00 | 756.00 | 0.00 | 5,292.00 | 0.00 | 6,804.00 |
| **Total 1416** | | | **26,604.00** | **2,956.00** | **2,956.00** | **0.00** | **20,692.00** | **0.00** | **26,604.00** |
| **Total** | | | **26,604.00** | **2,956.00** | **2,956.00** | **0.00** | **20,692.00** | **0.00** | **26,604.00** |

**1416 Eastern Ave NE LLC**
**Payable - Aging Summary**
**Age as of =05/31/2025**

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---|---|---|---|---|
| **945 -** | | | | | |
| 4400 - 4400 Hunt Place NE LLC | 271.16 | 67.79 | 67.79 | 67.79 | 67.79 |
| dc - DC Water and Sewer Authority | 324.02 | 324.02 | 0.00 | 0.00 | 0.00 |
| joma - JOMA Lawn Care & Tree Experts | 163.00 | 163.00 | 0.00 | 0.00 | 0.00 |
| noble - Noble Realty Advisors LLC | 3,489.13 | 1,228.30 | 1,607.84 | 384.25 | 268.74 |
| pepc - Pepco | 5,266.56 | 0.00 | 392.53 | 556.46 | 4,317.57 |
| vision - Vision Realty Management LLC | 274.94 | 274.94 | 0.00 | 0.00 | 0.00 |
| wheeler - 4301-4313 Wheeler RD SE LLC | 50.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| williamb - William Braxton Trash Services, Inc. | 169.60 | 169.60 | 0.00 | 0.00 | 0.00 |
| **Total**<br>**1416 Eastern Ave NE LLC** | **10,008.41** | **2,227.65** | **2,118.16** | **1,008.50** | **4,654.10** |
| **Grand Total** | **10,008.41** | **2,227.65** | **2,118.16** | **1,008.50** | **4,654.10** |

**1416 Eastern Ave NE LLC**
**Payment Summary**
**Payment Date = 05/01/2025 - 05/31/2025**

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|------|--------|--------|------------|------------|--------------|-----------------|
| easte1 - Marc E Albert - Axos Bank | 2013 | ustrust - Office of US Trustee | 5/13/2025 | 05-2025 | 250.68 | 5/31/2025 |
| easte1 - Marc E Albert - Axos Bank | 2018 | intsur - International Sureties, Ltd. | 5/23/2025 | 05-2025 | 600.00 | 5/31/2025 |
| easte2 - 1416 Eastern Disbursement | 118 | dktrash - D&K Trash Removal | 5/22/2025 | 05-2025 | 800.00 | |
| easte2 - 1416 Eastern Disbursement | 119 | noble - Noble Realty Advisors LLC | 5/22/2025 | 05-2025 | 1,357.24 | 5/31/2025 |
| easte2 - 1416 Eastern Disbursement | 120 | whiteglove - White Glove Commercial Cleaning | 5/22/2025 | 05-2025 | 518.40 | 5/31/2025 |
| easte2 - 1416 Eastern Disbursement | 121 | jmartinez - Jack Martinez | 5/29/2025 | 05-2025 | 56.52 | |
| easte2 - 1416 Eastern Disbursement | 530253 | dc - DC Water and Sewer Authority | 5/30/2025 | 05-2025 | 334.07 | |

| **Grand Total** | | | | | **3,916.91** | |

**TD Bank - Cash Receipts**

**Bank Reconciliation Report**

**5/31/2025**

████1626

| | | |
|---|---|---:|
| **Balance Per Bank Statement as of 5/31/2025** | | **977.00** |

**Outstanding Deposits**

| Deposit Date | Deposit Number | Amount |
|---|:---:|---:|
| 12/18/2024 | 5 | 350.00 |
| **Plus:** | **Outstanding Deposits** | **350.00** |
| | **Reconciled Bank Balance** | **1,327.00** |

| | | |
|---|---|---:|
| **Balance per GL as of 5/31/2025** | | **1,327.00** |
| | **Reconciled Balance Per G/L** | **1,327.00** |

| | | |
|---|---|---:|
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |



**TD Bank**

America's Most Convenient Bank®

T   **STATEMENT OF ACCOUNT**

1416 EASTERN AVE NE LLC
MARC ALBERT CHAPTER 11 TRUSTEE
1775 PENNSYLVANIA AVENUE N.W. SUITE 800
WASHINGTON DC  20006

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | May 01 2025-May 31 2025 |
| Cust Ref #: | ███1626-717-T-### |
| Primary Account #: | ████1626 |

## TD Business Convenience Plus

1416 EASTERN AVE NE LLC
MARC ALBERT CHAPTER 11 TRUSTEE

Account # ████1626

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,436.00 | Average Collected Balance | 9,270.06 |
| Electronic Deposits | 3,104.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 18,540.00 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 23.00 | Days in Period | 31 |
| Ending Balance | 977.00 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/08 | CCD DEPOSIT, GREATER WASHINGT FRSP RENTA V0010590 | 3,104.00 |
| | Subtotal: | 3,104.00 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/16 | 240 | 18,540.00 |
| | Subtotal: | 18,540.00 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/30 | MAINTENANCE FEE | 20.00 |
| 05/30 | PAPER STATEMENT FEE | 3.00 |
| | Subtotal: | 23.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 16,436.00 | 05/16 | 1,000.00 |
| 05/08 | 19,540.00 | 05/30 | 977.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

Page:    2 of 3

**Begin by adjusting your account register as follows:**

· Subtract any services charges shown on this statement.

· Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

· Add any interest earned if you have an interest-bearing account.

· Add any automatic deposit or overdraft line of credit.

· Review all withdrawals shown on this statement and check them off in your account register.

· Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ | Ending Balance | | 977.00 |
| ❷ | Total Deposits | + | |
| ❸ | Sub Total | | |
| ❹ | Total Withdrawals | - | |
| ❺ | Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY    IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

· Your name and account number.
· A description of the error or transaction you are unsure about.
· The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY    BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

· Your name and account number.
· The dollar amount of the suspected error.
· Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

1416 EASTERN AVE NE LLC
MARC ALBERT CHAPTER 11 TRUSTEE

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | May 01 2025-May 31 2025 |
| Cust Ref #: | 1626-717-T-### |
| Primary Account #: | 1626 |

---

Important        Notice        About        Your        Account

We understand everything we do impacts your business. We continually review and adjust our business checking account features and fees to best support your business and deliver a legendary experience.

Reminder that as of **May 1, 2025** the below changes were made to your TD Business Convenience Checking Plus[1] account.

| Monthly Maintenance Fee[2] | **Decreased from $25 to $20** per month |
|---|---|
| Minimum Daily Balance Required to Waive Monthly Fee | The minimum daily balance to waive the monthly maintenance fee **increased from $1,500 to $2,500.**<br><br>As a reminder, this balance can be a combination of your business and one personal checking account, making it easier to reach[3]. |

**We're here for you 24/7.**

If you have any questions about these changes, or to ensure you have the right TD Business Checking account for your needs, call us anytime at **1-800-493-7562** Monday - Friday 7 a.m. - 9 p.m. and Saturday - Sunday 8 a.m. - 8 p.m., or visit your nearest TD Bank.

[1] Please refer to the Business Deposit Account Agreement for details. https://www.tdbank.com/bdaa
[2] Non-profit customers are eligible for waiver of the monthly maintenance fee.
[3] TD Business Convenience Checking Plus combined balances includes balances from the TD Business Convenience Checking Plus account and one TD personal checking product. The following personal checking products are excluded: Health Savings Accounts and TD Simply Free Checking.

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

**1416 Eastern Disbursement**

**Bank Reconciliation Report**

**5/31/2025**

████2760

| | | | |
|---|---|---|---|
| **Balance Per Bank Statement as of 5/31/2025** | | | **1,259.57** |
| **Outstanding Checks** | | | |

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 5/22/2025 | 118 | dktrash - D&K Trash Removal | 800.00 |
| 5/29/2025 | 121 | jmartinez - Jack Martinez | 56.52 |
| 5/30/2025 | 530253 | dc - DC Water and Sewer Authority | 334.07 |
| **Less:** | **Outstanding Checks** | | **1,190.59** |
| | **Reconciled Bank Balance** | | **68.98** |

| | | |
|---|---|---|
| **Balance per GL as of 5/31/2025** | | **68.98** |
| **Reconciled Balance Per G/L** | | **68.98** |

| | | |
|---|---|---|
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |



Date  5/30/25          Page      1
Primary Account              ▮▮▮2760

1416 EASTERN AVE NE LLC
1416 Eastern Ave NE LLC, Debtor CASE NO.
  24-00180-ELG CHPT 11
11000 BROKEN LAND PARKWAY STE. 410
COLUMBIA MD 21044

Account Title:          1416 EASTERN AVE NE LLC
                        1416 Eastern Ave NE LLC, Debtor CASE NO.
                        24-00180-ELG CHPT 11

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 3 |
| Account Number          ▮▮▮2760 | Statement Dates   5/01/25 thru  6/01/25 | |
| Previous Balance        3,103.63 | Days in the statement period | 32 |
|   2 Deposits/Credits     3,135.21 | Avg Daily Ledger | 909.10 |
|   4 Checks/Debits        4,979.27 | Avg Daily Collected | 909.10 |
| Maintenance Fee               .00 | | |
| Interest Paid                 .00 | | |
| Ending Balance           1,259.57 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/20 | MyDeposit | 2,801.14 |
| 5/29 | MyDeposit | 334.07 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 5/01 | COM-WATER  DC WATER<br>WEB 021000027130965<br>. 1416 EASTERN AVE NE<br>9559393 | 3,053.63- |



Date   5/30/25          Page      2
Primary Account          ██████2760

Commercial Checking          ██████2760   (Continued)

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 5/05 | 117* | 50.00 | 5/29 | 120 | 518.40 |
| 5/28 | 119* | 1,357.24 | | | |

\* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 50.00 | 5/20 | 2,801.14 | 5/29 | 1,259.57 |
| 5/05 | .00 | 5/28 | 1,443.90 | | |

***  END OF STATEMENT  ***



**1416 Eastern Ave NE LLC, Debtor**
Case No. 24-00180-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122

117

\*\*\*\* FIFTY AND 00/100 DOLLARS

04/24/2025    $50.00\*\*\*\*\*\*

TO THE
ORDER OF

Savion Rosales

16608 Peach Street
Bowie, MD   20716

VOID AFTER 90 DAYS

⑈000117⑈ ⑆122287251⑆ ▓▓▓▓▓ 2760⑈

Check  117   Date: 05/05   Amount: $50.00

**1416 Eastern Ave NE LLC, Debtor**
Case No. 24-00180-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122

119

\*\*\*\* ONE THOUSAND THREE HUNDRED FIFTY SEVEN AND 24/100 DOLLARS

05/22/2025    $1,357.24\*\*\*

TO THE
ORDER OF

Noble Realty Advisors

11000 Broken Land Parkway
Suite 410
Baltimore, MD   21044

VOID AFTER 90 DAYS

⑈000119⑈ ⑆122287251⑆ ▓▓▓▓▓ 2760⑈

Check  119   Date: 05/28   Amount: $1,357.24

**1416 Eastern Ave NE LLC, Debtor**
Case No. 24-00180-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122

120

\*\*\*\* FIVE HUNDRED EIGHTEEN AND 40/100 DOLLARS

05/22/2025    $518.40\*\*\*\*\*

TO THE
ORDER OF

White Glove Commercial Cleaning

13804 Pine Needle Ct.
Upper Marlboro, MD   20774

VOID AFTER 90 DAYS

⑈000120⑈ ⑆122287251⑆ ▓▓▓▓▓ 2760⑈

Check  120   Date: 05/29   Amount: $518.40

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805  Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER

**Marc E Albert - Axos Bank**

**Bank Reconciliation Report**

**5/31/2025**

**XXXX 0638**

| | |
|---|---:|
| **Balance Per Bank Statement as of 5/31/2025** | 17,133.12 |
| **Reconciled Bank Balance** | 17,133.12 |
| | |
| **Balance per GL as of 5/31/2025** | 17,133.12 |
| **Reconciled Balance Per G/L** | 17,133.12 |
| | |
| **Difference**   (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**FORM 2.**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 24-N0180-Notes | Trustee Name: Marc E. Albert DC Ch 11 |
|---|---|
| Case Name: 1416 EASTERN AVE NE LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0638 |
| | Checking |
| Taxpayer ID No: XX-XXX6373 | Blanket Bond (per case limit): |
| For Period Ending: 06/06/2025 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/19/24 | | 1416 Eastern Ave NE LLC c/o Marc Albert, Trustee 1775 Pennsylvania Ave NW Ste 800 Washington, DC 20006 | Trustee Account Sweep from TD Bank Account | 1290-000 | $28,483.13 | | $28,483.13 |
| 11/25/24 | 2001 | International Sureties, LTD 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond #612419716 Case No. 24-00180 Chapter 11 Bond re 1416 Eastern Ave, LLC | 2300-000 | | $122.00 | $28,361.13 |
| 11/26/24 | 2002 | 1416 Eastern Ave NE LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway, Ste 410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 6950-000 | | $3,060.00 | $25,301.13 |
| 12/10/24 | | 1416 Eastern Ave NE LLC 1416 Eastern Ave NE Washington, DC 20019 | Account Sweep | 1290-000 | $3,076.00 | | $28,377.13 |
| 12/13/24 | 2003 | 1416 Eastern Ave NE LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway, Ste 410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 6950-000 | | $350.00 | $28,027.13 |
| 01/13/25 | 2004 | Noble Realty Advisors, LLC 11000 Broken Land Parkway Suite #410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 3991-000 | | $1,979.38 | $26,047.75 |
| 01/14/25 | | 1416 Eastern Ave NE LLC c/o Marc Albert Trustee 1775 Pennsylvania Ave NW Ste. 800 Washington, DC 20006 | Account Sweep | 1290-000 | $3,076.00 | | $29,123.75 |
| 01/28/25 | 2005 | International Sureties, LTD 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond #612419716 Case No. 24-00180 Chapter 11 Bond re 1416 Eastern Ave NE, LLC | 2300-000 | | $26.00 | $29,097.75 |

Page Subtotals: $34,635.13   $5,537.38

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  24-N0180-Notes

Case Name:  1416 EASTERN AVE NE LLC

Taxpayer ID No:  XX-XXX6373

For Period Ending:  06/06/2025

Trustee Name:  Marc E. Albert DC Ch 11

Bank Name:  Axos Bank

Account Number/CD#:  XXXXXX0638

Checking

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/25 | 2006 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400180<br>Q4 US Trustee Fees re 1416<br>Eastern Ave NE LLC -<br>9002400180 | 2950-000 | | $250.00 | $28,847.75 |
| 02/18/25 | | 1416 Eastern Ave NE LLC<br>c/o Marc Albert, Trustee<br>1775 Pennsylvania Ave NW, Ste. 800<br>Washington, DC 20006 | Trustee Account Sweep - Feb<br>2025 | 1290-000 | $3,231.20 | | $32,078.95 |
| 02/19/25 | 2007 | 1416 Eastern Ave NE LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property<br>Management for Operational<br>Costs | 6950-000 | | $1,410.00 | $30,668.95 |
| 03/26/25 | 2008 | DC Treasurer<br>Office of Tax and Revenue<br>DC Government Real Property Taxes<br>PO Box 718095<br>Philadelphia, PA 19171-8095 | SQL 5171-0063<br>Real Property Tax re 1416<br>EASTERN AVE NE LLC | 4700-000 | | $2,646.05 | $28,022.90 |
| 04/09/25 | 2009 | 1416 Eastern Ave NE LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property<br>Management for Operational<br>Costs | 6950-000 | | $12,314.04 | $15,708.86 |
| 04/17/25 | 2010 | International Sureties, LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond #612419716<br>Term: 07/23/24 to 07/23/25<br>Case No. 24-00180<br>Chapter 11 Bond re 1416<br>Eastern Ave NE, LLC | 2300-000 | | $80.00 | $15,628.86 |
| 04/23/25 | 2011 | Noble Realty Advisors, LLC<br>11000 Broken Land Parkway<br>Suite #410<br>Columbia, MD 21044 | Funding to Property<br>Management for Operational<br>Costs | 3991-000 | | $3,053.63 | $12,575.23 |
| 04/23/25 | 2012 | Marc E. Albert, Chapter 11 Trustee<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC  20006 | Transfer to Reserve Account | 6950-000 | | $5,000.00 | $7,575.23 |

Page Subtotals:                                                                $3,231.20        $24,753.72

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No:  24-N0180-Notes | | | | Trustee Name:  Marc E. Albert DC Ch 11 | | |
| Case Name:  1416 EASTERN AVE NE LLC | | | | Bank Name:  Axos Bank | | |
| | | | | Account Number/CD#:  XXXXXX0638 | | |
| | | | | Checking | | |
| Taxpayer ID No:  XX-XXX6373 | | | | Blanket Bond (per case limit): | | |
| For Period Ending:  06/06/2025 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/25 | INT | Axos Bank | Interest Rate 0.015 | 1270-000 | $3.78 | | $7,579.01 |
| 05/13/25 | | 1416 EASTERN AVE NE LLC 1416 Eastern Ave NE Washington, DC 20019 | Account Sweep TD Bank Account Sweep May 2025 | 1290-000 | $18,540.00 | | $26,119.01 |
| 05/13/25 | 2013 | United States Trustee United States Trustee Payment Center P.O. Box 6200-19 Portland, OR 97228-6200 | Case #: 900-24-00180 US Trustee Fees re 1416 EASTERN AVE NE LLC | 2950-000 | | $250.68 | $25,868.33 |
| 05/13/25 | 2014 | Noble Realty Advisors, LLC 11000 Broken Land Parkway Suite #410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 3991-000 | | $2,801.14 | $23,067.19 |
| 05/14/25 | 2015 | DC WASA 1385 Canal Street, SE Washington, DC 20003 | DC WASA Payment Reversal Incorrect Payee Entered - Should be Noble and not DC WASA. | 6950-000 | | ($334.07) | $23,401.26 |
| 05/14/25 | 2015 | DC WASA 1385 Canal Street, SE Washington, DC 20003 | DC WASA Payment 1416 EASTERN AVE NE LLC | 6950-000 | | $334.07 | $23,067.19 |
| 05/14/25 | 2016 | Noble Realty Advisors, LLC 11000 Broken Land Parkway Suite #410 Columbia, MD 21044 | DC WASA Payment 1416 EASTERN AVE NE LLC | 6950-000 | | $334.07 | $22,733.12 |
| 05/16/25 | 2017 | Marc E. Albert, Chapter 11 Trustee 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC  20006 | Transfer to Reserve Account | 6950-000 | | $5,000.00 | $17,733.12 |
| 05/23/25 | 2018 | International Sureties, LTD 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond #612419716 Term: 07/23/25 to 07/23/26 Case No. 24-00180 Chapter 11 Bond re 1416 Eastern Ave NE, LLC | 2300-000 | | $600.00 | $17,133.12 |
| 06/01/25 | INT | Axos Bank | Interest Rate 0.015 | 1270-000 | $18.45 | | $17,151.57 |
| | | | Page Subtotals: | | $18,562.23 | $8,985.89 | |

| | | |
|---|---|---|
| COLUMN TOTALS | $56,428.56 | $39,276.99 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $56,428.56 | $39,276.99 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $56,428.56 | $39,276.99 |

Page Subtotals:                $0.00                $0.00

### TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0638 - Checking | $56,428.56 | $39,276.99 | $17,151.57 |
|  | $56,428.56 | $39,276.99 | $17,151.57 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $56,428.56 |
| Total Gross Receipts: | $56,428.56 |

Trustee Signature:    /s/ Marc E. Albert DC Ch 11    Date: 06/06/2025

Marc E. Albert DC Ch 11
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|