Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ ) | | |
| In re: | ) | |
| | ) | Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*,[1] | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ ) | | |

**REPORT OF SALE**

Marc E. Albert, the chapter 11 trustee ("Trustee") of the bankruptcy estates of 1416 Eastern

Ave NE LLC, *et al.* ("Debtors"), by and through his undersigned attorneys, Stinson LLP, pursuant

to Section VI.C of the *Trustee's Joint Plan of Liquidation* dated March 21, 2025 (the "Plan") [Dkt.

No. 132], which was confirmed pursuant to this Court's May 8, 2025 *Order Approving Disclosure*

*Statement with Respect to Trustee's Plan of Liquidation and Confirming Trustee's Plan of*

*Liquidation* (the "Confirmation Order") [Dkt. No. 161], sold the above-captioned jointly

administered estates' interests in the following real property:

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

| Debtor Name | Case # | Property Address | Purchaser (Assigned SPE) |
|---|---|---|---|
| 1416 EASTERN AVE NE LLC | 24-00180 | 1416 Eastern Ave., NE Washington, DC 20019 | Eastern RE LLC |
| 945 LONGFELLOW ST NW LLC | 24-00181 | 945 Longfellow St., NW Washington, DC 20011 | Longfellow RE LLC |
| 2501 NAYLOR RD SE LLC | 24-00182 | 2501 Naylor Rd., SE Washington, DC 20020 | Naylor RE LLC |
| 4303-13 WHEELER RD SE LLC | 24-00183 | 4305 Wheeler Rd., SE Washington, DC 20032 | Wheeler RE LLC |
| 4263 6TH ST SE APARTMENTS LLC | 24-00184 | 4263-67 6th St, SE Washington, DC 20032 | 4263 6th Street RE LLC |
| 4935 NHB AVE NE LLC | 24-00185 | 4935 Nannie Helen Burroughs Ave. NE Washington, DC 20019 | Nannie Helen RE LLC |
| 3968 MLK LLC | 24-00186 | 3968 Martin Luther King Jr Ave., SE Washington, DC 20032 | MLK RE LLC |
| 4010 9TH ST SE LLC | 24-00187 | 4010 9th St., SE Washington, DC 20032 | 4010 9th Street RE LLC |
| 2440 S ST SE LLC | 24-00188 | 2440 S St., SE Washington, DC 20020 | 2440 S RE LLC |
| 4400 HUNT PL NE LLC | 24-00189 | 4400 Hunt Pl. NE Washington, DC 20019 | Hunt RE LLC |

(together, the "Properties").

The Sale process was conducted in accordance with the procedures set forth in the Confirmation Order. The Sale closed on June 24, 2025. As of June 27, 2025, the Trustee is awaiting confirmation from the title company that corresponding deeds transferring ownership of the Properties to the Purchaser have been accepted for recordation with the District of Columbia Recorder of Deeds. But the title company on June 27, 2025 represented that all files have been uploaded to the D.C. e-Recording system.

The successful purchaser of the Properties was Michael Taylor, (the "Purchaser") who took title to the Properties through various single purpose entity assignees, which are referenced in the above chart. The collective purchase price ("Purchaser Price") for the portfolio sale of the Properties was $7,550,000.00. Copies of the settlement statements prepared in connection with the Sale of the Properties are attached hereto as **Exhibit A**.

In accordance with the attached settlement statements, on June 24, 2025, the Trustee received a wire from the title company in the amount of $5,087,166.82. These funds were received into a fiduciary account maintained by the Trustee for the jointly-administered cases. In addition to this sum, the Trustee is holding $750,000.00 of funds, which were previously delivered to the Trustee by the Purchaser as the Purchaser Earnest Money Deposit. In total from the title company and the Purchaser Earnest Money Deposit, the Trustee received total proceeds from the Sale of the Properties of $5,837,166.82 (the "Sales Proceeds").

From the Sales Proceeds, the Trustee will escrow $1,200,000.00 as a reserve for disputed sums potentially owing to T.D. Bank, N.A. ("T.D. Bank"); the D.C. Government; and/or Washington Gas, as provided in the Court's June 13, 2025 Order. [Dkt. No. 177].

The Trustee will further retain $578,228.28 in funds as the Carve Out provided for in the Plan. Those funds will be used to pay professional fees, United States Trustee Fees due on account of the Sale, and other expenses as set forth in the Plan.

The Trustee will retain $22,938.54 in Sales Proceeds received due to adjustments to the rent proration, which were made on account of unanticipated delays in closing the Sale of the Properties. Those funds will be used to pay, in accordance with the approved cash collateral budget, the operating expenses incurred for the Properties. Any funds in the operating accounts for the Properties after payment of trade payables and property expenses will be remitted to T.D. Bank as the bank's cash collateral.

The Trustee will also remit to T.D. Bank, N.A. the sum of $4,036,000.00 on account of the portion of the bank's secured claim, which is not subject to the potential liens of other creditors.

Dated:  June 27, 2025                    Respectfully submitted,


                                         */s/ Bradley D. Jones*
                                         Marc E. Albert, No. 345181
                                         Bradley D. Jones, No. VA 68
                                         Joshua W. Cox, No. 1033283
                                         STINSON LLP
                                         1775 Pennsylvania Ave., NW, Suite 800
                                         Washington, DC 20006
                                         Tel: 202-785-9100
                                         Fax: 202-572-9943
                                         marc.albert@stinson.com
                                         brad.jones@stinson.com
                                         joshua.cox@stinson.com
                                         *Attorneys for Marc E. Albert,*
                                         *Chapter 11 Trustee*



### CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby.

                                         */s/ Bradley D. Jones*
                                         Bradley D. Jones