Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*,[1] ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |

**NOTICE OF EFFECTIVE DATE OF THE
TRUSTEE'S JOINT PLAN OF LIQUIDATION**

TO ALL PARTIES-IN-INTEREST AS DEFINED BY BANKRUPTCY RULE 2002:

1.  The Trustee's Joint Plan of Liquidation dated March 21, 2025 (the "Plan"), and confirmed through the May 8, 2025 *Order Approving Disclosure Statement with Respect to Trustee's Plan of Liquidation and Confirming Trustee's Plan of Liquidation* (the "Confirmation Order"), is effective as of June 25, 2025 (the "Effective Date").

2.  On June 24, 2025, the Trustee successfully closed on sale of the Properties to the Purchaser as outlined in the Plan and the Confirmation Order.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

1

3.    As set forth in the Plan, the following conditions have been satisfied allowing for the Plan to be deemed effective allowing for the Plan to be consummated and become binding on all relevant parties:

   a) The Confirmation Order has been entered by the Bankruptcy Court;

   b) The Confirmation Order is not stayed and fourteen (14) days have passed since the Confirmation Date;

   c) The Sale of the Debtors' Properties has successfully closed;

   d) The Trustee, though the filing of this notice, has filed a notice with the Bankruptcy Court that the Effective Date has occurred.

**PLEASE TAKE NOTICE** that the Effective Date[2] of the Plan shall be June 25, 2025, which is the first business day following the Closing of the Sale of the Debtors' Properties. All time deadlines under the Plan regarding the Effective Date shall be calculated as of June 25, 2025. Accordingly, the final Administrative Expense Claims Bar Date is Friday, July 25, 2025; the bar date for any Rejection Damage Claims is Friday, July 25, 2025; and the deadline for filing Final Fee Applications for Professional Fee Claims is Monday, August 25, 2025.

**WHEREFORE**, the Trustee respectfully submits the foregoing Notice pursuant to the Plan as confirmed by the Bankruptcy Court.

Dated: June 27, 2025                              Respectfully submitted,

*/s/ Joshua W. Cox*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

---

[2] Capitalized terms used but not otherwise defined shall have the meanings ascribed to them in the Plan

2

### CERTIFICATE OF SERVICE

   I hereby certify that on June 27, 2025, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby. A copy was also served by first class mail postage prepaid upon all known holders of Claims and Equity Interests. A list of the parties served by first class mail was filed with the Court as an attachment to this Notice.

                    /s/ *Joshua W. Cox*
                    Joshua W. Cox