July 3, 2025

*Mailing Address*:

Ms. Rodecia Mason
Post Office Box 151614
Alexandria VA, 22315

*Residential Address*:

Ms. Rodecia Mason
4309 Wheeler Road SE
Apt. No. 102
Washington DC 20032

*To*:

Elijah Barrett Prettyman United States Courthouse
United States Bankruptcy Court for the District of Columbia
Judge Elizabeth Gunn
333 Constitution Avenue NW
Room No. 2114
Washington DC 20001

        Member Case Number: 24-00183-ELG
        Case Number: 24-00180-ELG

FILED
JUL -7 2025
Clerk, U.S. District and Bankruptcy Courts

Dear Judge Elizabeth Gunn:

    I am sending you this letter to request an emergency hearing via this DC bankruptcy court. I, Ms. Rodecia Mason, am currently residing at 4309 Wheeler Road SE, Apt. No. 102, Washington, DC 20032; I have been a resident in this apartment unit (102) and this same building since I moved here on October 25, 2010. Employees from the District of Columbia's Department of Human Services' Permanent Supportive Housing Program chose this one bedroom apartment unit for me, then they moved me into it on October 25, 2010.

    Judge Elizabeth Gunn, it is urgent and necessary that I meet with you as soon as possible because Ms. Suzanne Moore, my property manager, Mr. Marc Albert, the court appointed trustee, and Mr. Mario Lloyed, who is employed with Noble Realty Advisors, have been and are still continuing to discriminate against me, a legally blind sixty two (62) year old Christian woman who was born and raised in Alexandria, VA. These three (3) individuals – Ms. Suzanne Moore, Mr. Marc Albert, and Mr. Mario Lloyde are discriminating against me by failing to make the following repairs in my one bedroom apartment unit:

1. To provide total Pepco electricity throughout my entire one bedroom apartment unit.

2. To provide me with a new current housing lease that contains the correct apartment unit number (102), not 104. I need this updated lease from Noble Realty Advisors to correct my Pepco billing address. Pepco is billing me for a two bedroom unit (104) but I do not, nor have I ever lived in that unit. I have only resided in apartment unit 102 from 10-25-2010 to the present.
3. Ms. Suzanne Moore and Mr. Mario Lloyde are not trying to make the repairs to my bedroom ceiling. Large parts of the bedroom ceiling have fallen down onto the floor in my bedroom. Ms. Suzanne Moore, the property manager, is aware that a water leak in the empty apartment unit directly above mine is causing this major problem in my bedroom. However, she and Mr. Mario Lloyde are refusing to facilitate the repair(s) to this bedroom ceiling in my unit.
4. Ms. Suzanne Moore and Mr. Mario Lloyde are also refusing to facilitate the removal of the mold that is in the bathroom, especially directly over the bathtub in the unfinished bathroom ceiling and they are also refusing to repair the wall that is directly above the tile, which is also located in the back part of my bathtub. The drywall from the unrepaired bathroom wall constantly falls in the bathtub.
5. The new garbage disposal that was installed by the maintenance man does not work properly because the electrical outlet that is used does not work; there is no electricity flowing through it which prevents it from working. The only appliance in the kitchen area of my one bedroom apartment unit that works completely and properly without an extension cord attached to it is the new oven/stove. The other electrical outlets do not work in this area. The maintenance man ran an extension cord from the living room and attached the cord which is connected to the refrigerator in order to cause the refrigerator to work. The outlet in the kitchen area that is for the refrigerator (the electrical socket for it) does not work, no electricity is operating/working on this outlet.
6. There is mold throughout the entire one bedroom unit. Most of the mold is in the bathroom, especially in the ceiling which is directly above the bathtub. There are holes in the bathroom ceiling which cause the water from an unknown source to drip down from the ceiling into the bathtub. The rain water drips down from the apartment above into my bathtub and onto the toilet seat. When it rains, there is also a water leak from the apartment above me into my bedroom. As a result of this consistent water leak, a large section of my bedroom ceiling has fallen down. Because of this unsafe health hazard, I have developed health problems – problems breathing, especially at night, sneezing, and at times uncontrollable coughing. There are many mornings when I wake up where I will begin to rub my eyes because they are itching me. In other words, I wake up with itchy eyes in the morning. The ceiling in my bedroom is very weak, and there is a great deal (a considerable amount) of water that is remaining in the ceiling of my bedroom. The water in the ceiling is spreading slowly across the remaining section of the bedroom ceiling; eventually, the entire bedroom ceiling will fall down due to the water leak from the apartment unit (the vacant apartment unit) located directly above mine.

Judge Gunn, the employees of Noble Realty Advisors: Ms. Suzanne Moore, Mr. Mario Lloyde, and members of this company's maintenance staff are and have been aware that these maintenance problems currently exist in this unit where I am currently residing. These employees have known about these persistent maintenance problems for almost one year. However, they refuse to make the necessary maintenance repairs to my unit.

Furthermore, I would like to inform you that on the morning of May 18, 2025, Ms. Suzanne Moore, the property manager, was outside of my apartment building conversing with the people/residents in my neighborhood. She spoke to me briefly as I took my trash to the trash can, however, she never mentioned nor provided me with a specific date nor time when she was going to provide me with a new corrected lease, which is needed in order for the Pepco employee(s) to change my utility account information over to the correct billing address which is 4309 Wheeler Road SE, Apt. No. 102, Washington, DC 20032. Ms. Suzanne Moore and Mr. Mario Lloyde are aware that I do not and have never resided at 4309 Wheeler Road SE, Apt. No. 104, Washington, DC 20032. The DC Department of Human Services' Permanent Supportive Housing program employees moved me into my current address which is a one bedroom apartment on October 25, 2010, and are also aware that I have never resided in Unit 104.

Ms. Suzanne Moore, Mr. Mario Lloyde, and Mr. Marc Albert are also aware that I am residing in this unit with mold throughout the unit, water leaks from the ceiling in my bedroom, and that sections of the bedroom ceiling have fallen down. They also have been informed about the water leaks from the ceiling in the bathroom in at least three (3) different places in the bathroom ceiling, and the mold in the bathroom can easily, visually be seen and smelled. In fact, Ms. Moore took pictures of the condition in this bathroom months ago. At the time Ms. Moore took these pictures, she also promised me that the repairs would be completed as soon as possible, and that she would provide me with a new lease that reflects my correct rental address.

In addition to these maintenance problems, Ms. Moore, Mr. Lloyde, and Mr. Marc Albert have failed to notify me in writing or by telephone/cell phone who is/are the prospective new owners of my residential building and have not notified me of the court dates that have occurred that pertain to the sale of the four (4) apartment buildings on Wheeler Road, SE Washington DC 20032. I, Ms. Rodecia Mason, would have attended the court hearing on April 29, 2025, if I had been notified/informed that one was being held concerning the sale of my building. To this date, I have not been notified by telephone (cell phone), nor via mail about upcoming court hearings, nor who is the new owner of this apartment building.

Based upon my phone and in person interactions with Ms. Suzanne Moore, I have concluded that she is discriminating against me by not providing me with the same residential services that she provides to the other residents that reside in the other buildings. By failing to make the necessary maintenance repairs inside of my unit, this is affecting my health to the point that I had to go to my doctor, Dr. Seema Sharma, who prescribed two (2) medications for me to take. Although it is going to be sold soon, the maintenance repairs still need to be made in my unit until I move back to the state where I was born and raised, which is Virginia. I plan to relocate back to Northern Virginia, but I am unable to use my housing voucher to relocate to Virginia for

at least three more months. It is unsafe and a health hazard for me to continue to live in an apartment in this condition during that time. The repairs need to be made to this apartment unit immediately, even if there is a new owner who has purchased the buildings.

Finally, I must inform you that Mr. Mario Lloyde, an employee of Noble Realty Advisors, assured me that he would correct my lease to reflect the correct residential address, fix the Pepco electric/utility problem that I have had, or that has been occurring for almost three (3) years. He has not done anything to resolve the maintenance problems in my unit, nor has he put forth any effort to correct my lease. For almost twelve years (12) years, I have been paying Pepco for utility usage (electricity) payments for an apartment unit, a two bedroom unit, that I have never lived in. Mr. Mario Lloyde is aware of this problem that was caused by the DC Department of Human Services' Permanent Supportive Housing Program employees. These employees put the wrong apartment unit number (104) on my only lease which is included with this letter. Mr. Mario Lloyde was provided this important information about the error in my lease and the Pepco utility problems for almost one year. After I was informed that Noble Realty Advisors, the current management company for this building, had control as the new management company, I contacted Mr. David Brocklebank and made numerous attempts to contact Mr. Mario Lloyde via telephone, but Mr. Mario Lloyde would not return my calls. This went on for almost one year. I finally received one phone call from Mr. Mario Lloyde this year, but it did not result in the repairs being made, the electrical billing problems being resolved, nor my receiving a corrected lease.

This conversation between myself and Mr. Mario Lloyde did not assist with resolving my lease and maintenance problems in my one bedroom unit because the promises that he made to resolve the problems were never fulfilled; the maintenance problems still exist and the Pepco billing problem still exists because Noble Realty Advisors and its employees, to this date have not provided the employees of Pepco with an updated lease that states the correct apartment unit number (102). So my name and my account number still remains with me as a resident of unit 104. Again, I have never lived in that unit.

Judge Elizabeth Gunn, I am going to end this letter to you as I reiterate my urgent need for a court hearing to assist me with the resolution of the maintenance problems that currently exist in my apartment unit. This emergency court hearing could also assist me with resolving the problem that I am having with my utility provider, Pepco. Last but not least, this court hearing will hold Mr. Marc Albert and the employees of Noble Realty Advisors accountable for making the maintenance repairs, correcting my rental lease to reflect my current and only residential address, and assist with resolving my Pepco billing and utility problems. Again, I would like to reiterate that the employees of Noble Realty Advisors and Mr. Marc Albert, the court appointed trustee for the building, are continuing to discriminate against me as a senior resident who is legally blind due to retinitis pigmentosa as they persistently refuse to make the necessary maintenance repairs inside of my unit.

To notify me concerning the date and the time of this emergency hearing, please contact me via my cell phone number, which is (301) 272-7503 and in writing. Send your response to my

request in writing via Post Office Box 151614, Alexandria, VA, 22315. Please send your response at least five business days prior to the scheduled hearing date. Thank you for responding to my urgent request and your assistance is greatly appreciated.


Sincerely,

*Ms. Rodecia Mason*

Ms. Rodecia Mason


P.S. Enclosed with this letter are copies of documents that you will need to assist you in determining the outcome of my court case.