**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Department of Energy and Environment

# DOEE Mold Inspection Report



**Inspection Address: 4309-Wheeler Rd SE Washington DC 20032**
**Inspection Conducted** September 22, 2023 – Time 12:15pm.
**DOEE Inspector: Van Johnson III**
**Tenant: Rodecia Mason**
**Property Manager: Teresa Fowler**

## INTRODUCTION- Prior to Inspection

This tenant has expressed their discomfort while living in their unit. There have been a lot of complications evolving this tenant unit. They have reached out to me and my team at DOEE on our site about them having some mold concerns and many other concerns like water, mildew smells and pest throughout their home. On the phone, I also explained to her that I can only address visible, but I point them to other programs in the city that can help. The tenant understands what I will be looking for visible mold, air quality and moisture once the inspections begin and also, I will be bringing my general tools and instruments to scale the unit properly. We both agreed on an in-person inspection on October Friday the 13th at 2:30pm.



1200 First Street NE, 5th Floor, Washington, DC 20002 | (202) 535-2600 | doee.dc.gov



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Department of Energy and Environment

During the in-person inspection, I observed the following:

- **Bathroom Cieling**
  The apartment unit bathroom has discoloration and visible mold on the bathroom ceiling. There is a high level of moisture in the ceiling, and you can see the mold over the painted ceiling is greater than ten square feet. With this photo (below) you can also see moisture spreading.

 

**Photo 1 Visible Mold & High Moisture (Discoloration forming from the wet bathroom ceiling right Picture)**

**Photo 2 Visible Mold& High Moisture (Discoloration forming from the wet bathroom ceiling left Picture)**




1200 First Street NE, 5th Floor, Washington, DC 20002 | (202) 535-2600 | doee.dc.gov

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Department of Energy and Environment



**Photo 5 – NO Visible Mold on the bedroom wall. ( High Moisture)**

I am available to respond to all questions and comments concerning this inspection.

Digitally signed by Van Johnson III
Date: 2024.02.23 08:19:33 -05'00'

**Van Johnson III**
Environmental Protection Specialist
Lead Safe and Healthy Housing Division
Licensing & Certification Branch
Department of Energy & Environment
Government of the District of Columbia
1200 First Street, NE, 5th Floor
Washington, DC 20002
Office: (202) 899-6197
**Cell: (202) 597-1039**



1200 First Street NE, 5th Floor, Washington, DC 20002 | (202) 535-2600 | doee.dc.gov

