Ms. Rou...
P.O. Box 151614
Alexandria, VA 22315

U.S. POSTAGE PAID
PM
ALEXANDRIA, VA 22315
JUL 05, 2025
**$10.50**
S2322P501499-35
20001
1 Lb 2.20 Oz
RDC 03

EXPECTED DELIVERY DAY: 07/07/25
USPS TRACKING #
9505 5147 0174 5186 5775 39

Elijah Barret Prettyman United States Courthouse
United States Bankruptcy Court for the District of Columbia
Judge Elizabeth Gunn
333 Constitution Avenue NW
Room No. 2114
Washington DC 20001

RECEIVED
Mailroom
JUL 07 2025

PRIORITY MAIL
TRACKED INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use
Label 107R, May 2014