**22NTCHRG**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

---

In Re:
1416 EASTERN AVE NE LLC

Case No.: 24−00180−ELG
Chapter 11
Judge: Elizabeth L. Gunn

---

Notice is hereby given that a hearing will be held on

Motion Requesting an Emergency Hearing Filed by Rodecia Mason (Docket Entry No. 181)

on 7/30/2025 at 9:30 AM in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

Angela D. Caesar
U.S. Bankruptcy Court
BY: am

Copies To:
Recipients of Electronic Notifications;
Debtor;
Appointed Trustee;
All Creditors.

United States Bankruptcy Court
District of Columbia

In re:  Case No. 24-00180-ELG
1416 EASTERN AVE NE LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Jul 09, 2025      Form ID: ntchrg      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Rodecia Mason, PO Box 151614, Alexandria, VA 22315-1614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Bradley David Jones
     on behalf of Trustee Marc E. Albert brad.jones@stinson.com brad.jones2020@ecf.pacerpro.com

Elizabeth Drayden Peters
     on behalf of Creditor TD Bank N.A. epeters@gebsmith.com

Emil Hirsch
     on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com wdcecf@cfdom.net;ewhittington@carltonfields.com;ACinca@carltonfields.com

John Ernest Tsikerdanos
     on behalf of Creditor Washington Gas Light Company john@naglezaller.com

Joshua W. Cox
     on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com porsche.barnes@stinson.com

Kristen S. Eustis
     on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 09, 2025 | Form ID: ntchrg | Total Noticed: 1 |

Laura C. Beckerman
    on behalf of Creditor Office of the Attorney General for the District of Columbia laura.beckerman@dc.gov  mina.kasama@dc.gov

Marc E. Albert
    marc.albert@stinson.com  porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Marc E. Albert
    on behalf of Trustee Marc E. Albert marc.albert@stinson.com
    porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Maurice Belmont VerStandig
    on behalf of Attorney Maurice VerStandig mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael D. Nord
    on behalf of Creditor TD Bank  N.A. mnord@gebsmith.com

Michael T. Freeman
    on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Nancy L. Alper
    on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Ruiqiao Wen
    on behalf of Trustee Marc E. Albert ruiqiao.wen@stinson.com

Stephon Woods
    on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov

Tracey Michelle Ohm
    on behalf of Trustee Marc E. Albert tracey.ohm@stinson.com  porsche.barnes@stinson.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

William C. Johnson, Jr.
    on behalf of Debtor In Possession 1416 EASTERN AVE NE LLC William@JohnsonLG.Law
    wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

TOTAL: 18