**From:** David Brocklebank
**Sent:** Tuesday, September 17, 2024 1:09 PM
**To:** Dara Canchester <daracanchester@housingetc.org>; Mario Lloyde <mario@noblerealtyadvisors.com>; Cynthia Browning <cbrowning@noblerealtyadvisors.com>
**Cc:** Anita Ballantyne <anitaballantyne@housingetc.org>; Caroline Hennessy <carolinehennessy@housingetc.org>
**Subject:** RE: Partial Electricity Outage - 4309 Wheeler Rd SE, Apt 102, WDC 20032

I spent some time talking with Ms. Mason last week and lined up Hawkins electric to visit today about 10am. I explained to that it's not a guaranteed time unless we could book it for 1st thing, and she agreed. Anyway, I was on site at 10am, electrician got held up at morning emergency and did make it until 12. I did call and communicate this with her several times. I had to leave for another appt and have been coordinating over the phone. She continued to talk over me and assert her control of this matter and demanding another electrician, began dropping discrimination slurs, threatening to sue, etc. She slowly became more angry to the point when the technician was finally there she locked the building door in his face. He stuck around and another resident let him in the building to look at the utility room.

Sergio, Hawkins tech, reported that the utility room is a mess and that wires have been crossed, cut and messed around illegally. Ms. Mason did inform me that she has been paying unit #104 electric bill for years. They cannot fix it today as the entire set up needs to be fixed properly. The tech is taking the info back to their office to provide a solution.

Ms. Mason is not answering my calls so I left her a message to inform her of our electricians findings.

Just wanted to keep you all in the loop of our attempt to address the electrical issue.



Dave Brocklebank
Noble Realty Advisors, LLC
11000 Broken Land Parkway, Suite 410
Columbia, MD 21044

2

(240) 972-2500 Extension 118
(240) 427-4699 Fax
Email – dbrocklebank@noblerealtyadvisors.com

---

**From:** Dara Canchester <daracanchester@housingetc.org>
**Sent:** Tuesday, September 10, 2024 4:14 PM
**To:** Mario Lloyde <mario@noblerealtyadvisors.com>; David Brocklebank <dbrocklebank@noblerealtyadvisors.com>; Cynthia Browning <cbrowning@noblerealtyadvisors.com>
**Cc:** Anita Ballantyne <anitaballantyne@housingetc.org>; Caroline Hennessy <carolinehennessy@housingetc.org>
**Subject:** Re: Partial Electricity Outage - 4309 Wheeler Rd SE, Apt 102, WDC 20032

Thank you! Let me know if I can assist.

**Dara Canchester**
**Tenant Services Specialist**

Direct Phone: 202-350-1721

Tenant Services Fax: 202-667-2135

Tenant Services Info Line: 202-900-9464

Housing Counseling Services, Inc.

2410 17th Street, NW, Suite 100

Adams Alley (*between Euclid and Kalorama Streets*)

Washington, DC 20009

HCS General Info Line:  202-667-7006

www.housingetc.org

---

**From:** Mario Lloyde <mario@noblerealtyadvisors.com>
**Sent:** Tuesday, September 10, 2024 4:02 PM
**To:** Dara Canchester <daracanchester@housingetc.org>; David Brocklebank <dbrocklebank@noblerealtyadvisors.com>; Cynthia Browning <cbrowning@noblerealtyadvisors.com>
**Cc:** Anita Ballantyne <anitaballantyne@housingetc.org>; Caroline Hennessy <carolinehennessy@housingetc.org>
**Subject:** RE: Partial Electricity Outage - 4309 Wheeler Rd SE, Apt 102, WDC 20032

Dara,

Thank you. We will work on this asap and keep you posted.



Mario Lloyde
Suite #410
11000 Broken Land Parkway
Columbia, Maryland 21044

Office: (240) 972-2500
Fax: (240) 427-4699
Email: mario@noblerealtyadvisors.com

**From:** Dara Canchester <daracanchester@housingetc.org>
**Sent:** Tuesday, September 10, 2024 3:10 PM
**To:** Mario Lloyde <mario@noblerealtyadvisors.com>; David Brocklebank <dbrocklebank@noblerealtyadvisors.com>; Cynthia Browning <cbrowning@noblerealtyadvisors.com>
**Cc:** Anita Ballantyne <anitaballantyne@housingetc.org>; Caroline Hennessy <carolinehennessy@housingetc.org>
**Subject:** Partial Electricity Outage - 4309 Wheeler Rd SE, Apt 102, WDC 20032

Hi Mario, David, and Cynthia:

I just talked with a tenant at 4309 Wheeler Rd SE, Apt 102, WDC 20032 and she has not had working electricity since July 2024. She only has one outlet that works in the dining room, all the other outlets don't work. She cannot use her stove, the AC doesn't work, the HVAC doesn't work, and none of the other outlets work. The lights flicker on and off. The tenant I spoke with, Ms. Mason, is disabled and visually impaired and her health and safety have been very impacted by this outage.

Can we touch base on how best to resolve this? If you want to talk directly with her, she can be reached at (301) 272-7503.

Let me know what you think about this emergency issue.

Best,
Dara


**Dara Canchester**
**Tenant Services Specialist**

Direct Phone: 202-350-1721

Tenant Services Fax: 202-667-2135

Tenant Services Info Line: 202-900-9464

Housing Counseling Services, Inc.

2410 17th Street, NW, Suite 100

Adams Alley (*between Euclid and Kalorama Streets*)

Washington, DC 20009

HCS General Info Line:  202-667-7006

www.housingetc.org

The information contained in this e-mail message may involve confidential and/or privileged material that is solely transmitted for the purposes of the intended recipient(s). If the reader of this message is not an intended recipient, or if this message has been inadvertently directed to your attention, you are hereby notified that you have received this message and any attached document(s) in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by return e-mail and delete and destroy all copies of the original message.

The information contained in this e-mail message may involve confidential and/or privileged material that is solely transmitted for the purposes of the intended recipient(s). If the reader of this message is not an intended recipient, or if this message has been inadvertently directed to your attention, you are hereby notified that you have received this message and any attached document(s) in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by return e-mail and delete and destroy all copies of the original message.

The information contained in this e-mail message may involve confidential and/or privileged material that is solely transmitted for the purposes of the intended recipient(s). If the reader of this message is not an intended recipient, or if this message has been inadvertently directed to your attention, you are hereby notified that you have received this message and any attached document(s) in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by return e-mail and delete and destroy all copies of the original message.