## Jones, Brad D.

| | |
|---|---|
| **From:** | Cox, Joshua W. |
| **Sent:** | Wednesday, April 2, 2025 4:59 PM |
| **To:** | Mario Lloyde; Albert, Marc; Jones, Brad D. |
| **Subject:** | RE: Mason |

Thanks, Mario.

Joshua W. Cox
Attorney
Washington
202.728.3023
x63023

---

**From:** Mario Lloyde <mario@noblerealtyadvisors.com>
**Sent:** Wednesday, April 2, 2025 4:46 PM
**To:** Cox, Joshua W. <joshua.cox@stinson.com>; Albert, Marc <marc.albert@stinson.com>; Jones, Brad D. <brad.jones@stinson.com>
**Subject:** RE: Mason

Josh,

This is good. I will add that the inspection she references on April 10th was scheduled by her with the property manager, Suzanne Moore, on our team. We are scheduled to perform some drywall work in her unit and attempt to reglaze her tub. However, she is only providing us access until 2 pm day.  We now believe she is affiliated with The Department of Human Services and payments are made on her behalf through DCHA.   Also, she has bee stating she is going to move back to Virginia since we have been involved in the property .



Mario Lloyde
Suite #410
11000 Broken Land Parkway
Columbia, Maryland 21044

Office: (240) 972-2500
Fax: (240) 427-4699
Email: mario@noblerealtyadvisors.com

1