## Jones, Brad D.

| | |
|---|---|
| **From:** | Barnes, Porsche R. |
| **Sent:** | Friday, January 31, 2025 1:11 PM |
| **To:** | Cox, Joshua W.; Albert, Marc; 'Mario Lloyde' |
| **Cc:** | Jones, Brad D. |
| **Subject:** | RE: 24-183 |

I have been on the phone with Ms. Mason for the last 20 minutes.

Porsche R. Barnes
Legal Administrative Assistant
Pronouns: She/Her
Washington
202.728.3021
x63021

---

**From:** Cox, Joshua W. <joshua.cox@stinson.com>
**Sent:** Friday, January 31, 2025 1:07 PM
**To:** Albert, Marc <marc.albert@stinson.com>; 'Mario Lloyde' <mario@noblerealtyadvisors.com>
**Cc:** Jones, Brad D. <brad.jones@stinson.com>; Barnes, Porsche R. <porsche.barnes@stinson.com>
**Subject:** RE: 24-183

Marc – I just heard from Mario who also patched in Rob who is on site. Ms. Mason is refusing entry into her unit by the property management team. Mario mentioned that Ms. Mason may have been speaking with Porsche at the time when management was asking if they could come in and her telling them that she was refusing access.

Mario mentioned that they could see in at some point and noticed a puddle in Ms. Mason's closet, but couldn't see more than that. Previously the next door unit, which is vacant, was boarded up and certain pipes were shut off after they burst. The team is accessing that unit to make sure it is still secured and that that water remains shut off. I told Mario and Rob to document everything with more detail than perhaps they normally would and send that documentation to us later once they have accessed the neighboring unit.


Joshua W. Cox
Attorney
Washington
202.728.3023
x63023