# STINSON

1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
1.800.846.1201

June 27, 2025

Albert, Marc E., Chapter 11 Trustee
1775 Pennsylvania Ave NW, Suite 800
Washington, DC 20006

Invoice No: 43643002
Marc Albert

Re:        1416 EASTERN AVE NE LLC
           File No:  3516991.0007

| Invoice Summary |
|---|

Professional services and disbursements rendered through May 31, 2025

| | |
|---|---:|
| Current Professional Services | ~~$143,262.00~~ |
| | $129,844.00 |
| Current Disbursements | $1,094.83 |
| **Total Current Invoice** | **~~$144,356.83~~** |
| | **$130,938.83** |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0007                                                      Page 2
Invoice No: 43643002

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Brad Jones | Partner | 575.00 | 82.20 | 47,265.00 |
| Joshua Cox | Of Counsel | 530.00 | ~~131.70~~ | ~~69,801.00~~ |
|  |  |  | 107.10 | 56,763.00 |
| Austin Diehl | Associate | 385.00 | 6.40 | 2,464.00 |
| Edward Jeong | Associate | 385.00 | 9.70 | 3,734.50 |
| Ruiqiao Wen | Associate | 475.00 | ~~42.10~~ | ~~19,997.50~~ |
|  |  |  | 41.30 | 19,617.50 |
| **Current Professional Services** |  |  | ~~**272.10**~~ | ~~**$143,262.00**~~ |
|  |  |  | **246.70** | **$129,844.00** |

## Professional Services

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/01/25 | Brad Jones | B250 | Phone call with Mr. Lloyde to discuss property condition and security requested by Buyer (0.2); phone call with Mr. Zupancic and Mr. Slowinski regarding sale issues (0.5). | 0.70 | 402.50 |
| 04/01/25 | Joshua Cox | B185 | Discuss hand delivery of lease assumption motion with Mr. Jones and Mr. Lloyde and coordinate printing and pickup of documents by Noble. | 0.30 | 159.00 |
| 04/01/25 | Joshua Cox | B210 | Review payable requests and compare to budgets for check preparation. | 0.80 | 424.00 |
| ~~04/01/25~~ | ~~Ruiqiao Wen~~ | ~~B110~~ | ~~Prepare the certificate of service regarding the service of plan, disclosure statement, ballot, and order.~~ | ~~0.80~~ | ~~380.00~~NB |
| 04/02/25 | Brad Jones | B250 | Discussion with Mr. Albert and Mr. Lloyde regarding property issues and pending tasks (0.2); meeting with DC OAG and Metropolitan Police Department to discuss comprehensive plan to provide building security (0.8); follow up call with Mr. Cox regarding steps needed to implement security plan and | 1.40 | 805.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0007                                                    *Page 3*
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | obtain TD Bank approval (0.2); review proposed security contract (0.2). | | |
| 04/02/25 | Joshua Cox | B210 | Attend Zoom meeting with Trustee, security company, Noble, OAG and MPD Commander Boteler regarding security issues at Wheeler and 9th (0.5); confer with Mr. Jones after call (0.2). | 0.70 | 371.00 |
| 04/02/25 | Joshua Cox | B110 | Discuss status of properties and action items with trustee and Noble. | 0.20 | 106.00 |
| 04/02/25 | Joshua Cox | B110 | Send email requesting bank returns and balances to TD Bank and work to establish online access for PNC accounts with Mr. Albert. | 0.50 | 265.00 |
| ~~04/02/25~~ | ~~Joshua Cox~~ | ~~B320~~ | ~~Review and revise certificate of service for plan and coordinate filing.~~ | ~~0.40~~ | ~~212.00~~NB |
| 04/02/25 | Joshua Cox | B210 | Review emails from court clerks regarding calls from Ms. Mason and confer with Noble regarding the same; draft response to Mr. Tabatkin and revise the same after receiving additional information from Noble. | 1.00 | 530.00 |
| 04/02/25 | Joshua Cox | B210 | Review bank information to determine if HAP payments have resumed and further review payables and budgets for Trustee approval of fund delivery to Noble. | 1.90 | 1,007.00 |
| ~~04/02/25~~ | ~~Joshua Cox~~ | ~~B110~~ | ~~Attend meeting with attorney group to discuss case action items.~~ | ~~0.40~~ | ~~212.00~~NB |
| 04/03/25 | Brad Jones | B210 | Compose e-mail to Mr. Cox regarding DC OAG Mediation Inquiry Letter. | 0.40 | 230.00 |

**Stinson LLP**                                                          **Invoice Detail**

File No. 3516991.0007                                                          Page 4
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/03/25 | Joshua Cox | B210 | Review and compare payables to budget for analysis to trustee and speak with trustee regarding the same; speak with Ms. Browning about preparing historical budgeting analysis. | 3.70 | 1,961.00 |
| 04/03/25 | Joshua Cox | B110 | Discuss status of properties with Mr. Lloyde and Mr. Albert. | 0.20 | 106.00 |
| 04/03/25 | Joshua Cox | B210 | Meet with Mr. Lloyde for pickup of lease motion for dropoff and discuss payable check disbursements. | 0.50 | 265.00 |
| 04/03/25 | Joshua Cox | B150 | Review mediation notice regarding Ms. Williams and leave message for DC OAG intern. | 0.30 | 159.00 |
| 04/03/25 | Joshua Cox | B210 | Assist Mr. Albert in coordinating wire for insurance payment. | 0.20 | 106.00 |
| 04/04/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 04/05/25 | Joshua Cox | B210 | Review draft budget to payable comparison prepared by Ms. Browning and leave message on revision locations. | 0.40 | 212.00 |
| 04/07/25 | Brad Jones | B320 | Discussion with Mr. Albert and Mr. Lloyde regarding real estate issues (0.2); provide instructions to assist in resolving UST Fee Issues (0.4); review items needed for continuance (1.1); review cash collateral issues (0.3). | 2.00 | 1,150.00 |
| ~~04/07/25~~ | ~~Joshua Cox~~ | ~~B210~~ | ~~Review budget comparisons from Ms. Browning for presentment to trustee on payable disbursements.~~ | ~~1.20~~ | ~~636.00~~NB |
| ~~04/07/25~~ | ~~Joshua Cox~~ | ~~B110~~ | ~~Discuss case status and action items with Mr. Jones by telephone.~~ | ~~0.60~~ | ~~318.00~~NB |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0007                                                    Page 5
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/07/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 04/07/25 | Joshua Cox | B150 | Attend telephone conference with Ms. Michalsky and supervisor from OAG to discuss letter on behalf of Ms. Williams at S Street property, bankruptcy status and repairs. | 0.20 | 106.00 |
| 04/08/25 | Brad Jones | B320 | Discussion with Mr. Albert regarding Plan issues (0.2); call with Ms. Eustis regarding UST comments on Plan and Quarterly Fee Issues (0.6). | 0.80 | 460.00 |
| 04/08/25 | Joshua Cox | B210 | Prepare addendum for security contract and meet with Mr. Albert for review and signature. | 1.80 | 954.00 |
| 04/08/25 | Joshua Cox | B210 | Work to review budgets analysis from Ms. Browning for Noble payables and discuss the same with the trustee. | 1.60 | 848.00 |
| 04/08/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 04/08/25 | Joshua Cox | B320 | Draft and send instruction email to Mr. Diehl regarding confirmation memorandum preparation. | 0.40 | 212.00 |
| 04/08/25 | Joshua Cox | B320 | Draft and send instruction email to Mr. Jeong regarding drafting of declaration for Mr. Zupancic regarding plan confirmation. | 0.70 | 371.00 |
| 04/08/25 | Joshua Cox | B210 | Send email to Ms. King to request balance screenshots to monitor for GWUL HAP ACH payments and review the same. | 0.40 | 212.00 |
| 04/08/25 | Joshua Cox | B120 | Review emailed information from GWUL regarding Mr. Scott and prior disbursement status. | 0.90 | 477.00 |

**Stinson LLP**                                                                 **Invoice Detail**

File No. 3516991.0007                                                                    Page 6
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/08/25 | Joshua Cox | B110 | Draft and send email to Mr. Albert describing previous meeting with OAG regarding Williams matter. | 0.20 | 106.00 |
| 04/08/25 | Joshua Cox | B110 | Draft and send email to TD Bank for cash Collateral approval of needed plumbing repair. | 0.20 | 106.00 |
| 04/08/25 | Austin Diehl | B320 | Confer with Mr. Cox in pursuit of drafting memorandum in support of confirmation. | 0.10 | 38.50 |
| 04/08/25 | Edward Jeong | B190 | Draft stipulation of UST quarterly fees and supporting monthly operating report with respect to 2501 Naylor Rd SE, LLC (Case No. 24-182). | 2.30 | 885.50 |
| 04/08/25 | Edward Jeong | B320 | Review plan and disclosure statement and draft declaration of realtor in support of the plan. | 1.00 | 385.00 |
| 04/08/25 | Ruiqiao Wen | B110 | Work to confirm Unique Owens's status to decide whether he should be listed on the service list as a tenant. | 0.40 | 190.00 |
| 04/09/25 | Brad Jones | B320 | Phone call with Mr. Lloyde and Mr. Albert regarding case issues (0.2); discussion with Mr. Cox regarding items needed for confirmation (0.6). | 0.80 | 460.00 |
| ~~04/09/25~~ | ~~Joshua Cox~~ | ~~B110~~ | ~~Receive balances in TD accounts and review for check sweep amounts; prepare Excel sheet for checks for drafting to Noble and coordinate drafting checks for trustee signature with Ms. Barnes.~~ | ~~3.50~~ | ~~1,855.00~~NB |
| 04/09/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 04/09/25 | Joshua Cox | B110 | Work with Ms. Barnes to coordinate check drafting and | 1.80 | 954.00 |

**Stinson LLP**                                                              **Invoice Detail**

File No. 3516991.0007                                                              *Page 7*
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | delivery to Mr. Albert for signature. | | |
| 04/09/25 | Joshua Cox | B320 | Send instruction email to Ms. Wen regarding revisions to confirmation order. | 0.20 | 106.00 |
| 04/09/25 | Edward Jeong | B320 | Review plan and disclosure statement and draft declaration of realtor in support of the plan. | 3.60 | 1,386.00 |
| 04/10/25 | Brad Jones | B210 | Meeting with Mr. Albert and Mr. Lloyde to discuss status and date for deployment of security company. | 0.20 | 115.00 |
| 04/10/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 04/10/25 | Joshua Cox | B210 | Review email security contract questions and speak with Mr. Lloyde and Nick from security company by telephone regarding the same. | 0.40 | 212.00 |
| 04/10/25 | Joshua Cox | B110 | Review and draft and send email to TD Bank regarding cash collateral approval for Dawgdoor installation for security. | 0.40 | 212.00 |
| 04/10/25 | Joshua Cox | B160 | Send email to Ms. Barnes for coordination and preparation of needed exhibits for fee application. | 0.20 | 106.00 |
| 04/11/25 | Joshua Cox | B185 | Speak with Mr. Jones regarding prepared notice and affidavit regarding hand delivery of Lease motion and potential revisions. | 0.20 | 106.00 |
| 04/11/25 | Austin Diehl | B320 | Correspond with Mr. Cox concerning memorandum in support of Plan Confirmation. | 0.10 | 38.50 |
| 04/14/25 | Brad Jones | B210 | Meeting with Mr. Albert and Mr. Lloyde to discuss budget issues (0.2); review and respond to | 0.80 | 460.00 |

**Stinson LLP**                                                      **Invoice Detail**

File No. 3516991.0007                                                      Page 8
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | request by DC Water for post-petition payment (0.6). | | |
| ~~04/14/25~~ | ~~Joshua Cox~~ | ~~B110~~ | ~~Attend morning meeting with trustee and Noble to review status and current action items.~~ | ~~0.20~~ | ~~106.00~~NB |
| 04/14/25 | Joshua Cox | B160 | Review time records for revisions to exhibit invoices and revisions to Stinson fee application (3.4); review disbursement amounts from monthly operating reports and work to make chart to calculate 326 commission for each case for trustee interim compensation application (3.3). | 6.70 | 3,551.00 |
| ~~04/14/25~~ | ~~Joshua Cox~~ | ~~B110~~ | ~~Pull Form 2's and send to Noble for use in MOR preparation.~~ | ~~0.30~~ | ~~159.00~~NB |
| 04/14/25 | Ruiqiao Wen | B110 | Coordinate with Noble to prepare for the monthly operating reports. | 0.40 | 190.00 |
| 04/15/25 | Brad Jones | B210 | Discussion with Mr. Lloyde regarding cash flow and budget issues (0.4); phone call with Mr. Hirsch regarding D.C. Water issues (0.5); provide update to Mr. Albert on conversation (0.1). | 1.00 | 575.00 |
| ~~04/15/25~~ | ~~Joshua Cox~~ | ~~B160~~ | ~~Work to draft interim trustee commission application.~~ | ~~3.20~~ | ~~1,696.00~~NB |
| 04/15/25 | Joshua Cox | B185 | Speak with Mr. Rosales by telephone regarding service affidavit (0.2); revise affidavit to add additional details (0.4). | 0.60 | 318.00 |
| 04/15/25 | Joshua Cox | B160 | Further work on Stinson fee application. | 1.20 | 636.00 |
| 04/15/25 | Ruiqiao Wen | B320 | Review the title reports to identify every lien and draft the confirmation order. | 5.20 | 2,470.00 |
| 04/15/25 | Ruiqiao Wen | B110 | Draft the supplemental certificate of service stating the date service | 0.60 | 285.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0007                                                        Page 9
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | was made to an additional creditor Edwards Financial LLC. | | |
| 04/16/25 | Brad Jones | B250 | Meeting with Mr. Albert and Mr. Lloyde regarding property issues and security status (0.2); review supplemental service list (0.2); discussion regarding lien and title issues (0.4). | 0.80 | 460.00 |
| 04/16/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 04/16/25 | Joshua Cox | B185 | Draft email to provide supplemental service affidavit to Mr. Lynn for potential comments before filing. | 0.10 | 53.00 |
| ~~04/16/25~~ | ~~Joshua Cox~~ | ~~B160~~ | ~~Work to coordinate needed revisions for fee application.~~ | ~~1.60~~ | ~~848.00~~NB |
| 04/16/25 | Joshua Cox | B320 | Respond to Mr. Nord providing deadline to receive ballots. | 0.10 | 53.00 |
| 04/16/25 | Joshua Cox | B110 | Discuss potentially filing lien adversary proceedings with Mr. Albert and with Mr. Jones and discuss further with Mr. Jones. | 0.40 | 212.00 |
| 04/16/25 | Joshua Cox | B160 | Work on completing draft of trustee interim commission application. | 1.80 | 954.00 |
| 04/16/25 | Joshua Cox | B320 | Review and respond to question of Mr. Diehl regarding question on Confirmation memo. | 0.20 | 106.00 |
| 04/16/25 | Austin Diehl | B320 | Draft trustee's memorandum in support of Chapter 11 Plan confirmation. | 2.60 | 1,001.00 |
| 04/16/25 | Ruiqiao Wen | B320 | Draft the confirmation order. | 1.80 | 855.00 |
| 04/16/25 | Ruiqiao Wen | B110 | Finalize and file the Supplemental Certificate of Service. | 0.20 | 95.00 |
| 04/17/25 | Brad Jones | B250 | Call with Mr. Zupancic and Mr. Slowinski regarding sale issues | 1.10 | 632.50 |

**Stinson LLP**                                                    **Invoice Detail**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | (0.7); update Mr. Albert regarding status of sale (0.4). | | |
| ~~04/17/25~~ | ~~Joshua Cox~~ | ~~B160~~ | ~~Work on drafting Stinson fee application and summary chart with updated numbers and conforming application to client codes.~~ | ~~3.50~~ | ~~1,855.00~~NB |
| 04/17/25 | Joshua Cox | B185 | Send affidavit for signature of Mr. Rosales; receive signed affidavit back and finalize supplemental certificate of service for filing. | 0.50 | 265.00 |
| 04/17/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 04/17/25 | Ruiqiao Wen | B320 | Draft the proposed confirmation order. | 4.60 | 2,185.00 |
| 04/18/25 | Brad Jones | B320 | Phone call with Mr. Albert to discuss sales process. | 0.30 | 172.50 |
| 04/18/25 | Brad Jones | B250 | Discussion with TD Bank regarding sales effort. | 0.60 | 345.00 |
| 04/18/25 | Joshua Cox | B185 | Notice of hearing for lease motion. | 0.80 | 424.00 |
| 04/18/25 | Joshua Cox | B320 | Review draft of confirmation order and forward to purchaser's counsel for comment. | 0.40 | 212.00 |
| ~~04/18/25~~ | ~~Joshua Cox~~ | ~~B160~~ | ~~Work to revise and finalize draft of Stinson fee application with supporting filing documents and provide to trustee for review.~~ | ~~7.20~~ | ~~3,816.00~~ |
| 04/18/25 | Joshua Cox | B120 | Review emailed correspondence from Ms. Browning to GWUL regarding HAP payment issues. | 0.30 | 159.00 |
| 04/18/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 04/18/25 | Joshua Cox | B320 | Review revised draft of confirmation order from Ms. | 0.40 | 212.00 |

**Stinson LLP**                                                        **Invoice Detail**

File No. 3516991.0007                                                        Page 11
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | Wen (0.3); send order draft to purchaser's counsel for review and comment (0.1). | | |
| 04/18/25 | Ruiqiao Wen | B320 | Draft and finalize the proposed confirmation order incorporating Mr. Jones comments. | 1.80 | 855.00 |
| 04/18/25 | Ruiqiao Wen | B320 | Revise the confirmation order to incorporate Mr. Jones edits. | 0.50 | 237.50 |
| 04/21/25 | Brad Jones | B320 | Meeting with Mr. Albert and Mr. Lloyde to discuss case (0.2); discussion with Mr. Lynne regarding Confirmation Order (0.3); email with Mr. Lynne regarding property access issue (0.8). | 1.30 | 747.50 |
| 04/21/25 | Joshua Cox | B320 | Review confirmation memo draft and work on same and related confirmation issues. | 1.80 | 954.00 |
| 04/21/25 | Joshua Cox | B110 | Attend meeting with trustee ad Noble to discuss status of properties and various case related information requests to Noble. | 0.20 | 106.00 |
| 04/21/25 | Joshua Cox | B250 | Attend meeting with Mr. Albert, trustee and Noble to discuss tenancy questions asked for by purchaser's counsel. | 0.20 | 106.00 |
| ~~04/21/25~~ | ~~Joshua Cox~~ | ~~B160~~ | ~~Work to finalize and review fee application flings for trustee and Stinson including drafting of certificates of mailing and coordinate filing and service.~~ | ~~1.60~~ | ~~848.00~~NB |
| 04/21/25 | Ruiqiao Wen | B110 | Prepare monthly operating reports. | 3.50 | 1,662.50 |
| 04/22/25 | Brad Jones | B320 | Phone call with Mr. Albert and Mr. Lloyde to discuss confirmation issues (0.2); emails to UST to resolve Confirmation Issues and prepare proposed language for Confirmation Order | 4.00 | 2,300.00 |

**Stinson LLP**                                                          **Invoice Detail**

File No. 3516991.0007                                                          Page 12
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | (1.1); emails regarding scheduling of call with the Title Company to resolve sale issues (0.6); review status of filing of monthly operating reports (0.5); discussion with Mr. Albert regarding title company correspondence (0.3); review proposed payments to D.C. Water and assist with reviewing budget issues (1.3). | | |
| 04/22/25 | Joshua Cox | B210 | Work to review status of account balances and payable amounts and prepare chart for evaluation of Mr. Albert as to availability of payments to DC WASA and discus the same with Mr. Jones (4.4); meet with Mr. Albert regarding the same to discuss (0.3). | 4.70 | 2,491.00 |
| 04/22/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 04/22/25 | Joshua Cox | B320 | Discuss Plan confirmation hearing preparation and progress with Mr. Jones. | 0.40 | 212.00 |
| 04/22/25 | Joshua Cox | B320 | Work to make notes and research issues for Plan confirmation memo (0.9); review drafted sections of memo from Mr. Diehl (0.5). | 1.40 | 742.00 |
| 04/22/25 | Ruiqiao Wen | B110 | Draft and finalize nine monthly reports (5.5); file the same. | 5.50 | 2,612.50 |
| 04/23/25 | Brad Jones | B320 | Discussion with Mr. Albert regarding plan and upcoming Confirmation Hearing (0.2); meeting with Mr. Albert, Purchaser's Title Company, and Purchaser to discuss sale issues (0.7); review supporting declarations and draft Confirmation Memorandum | 5.70 | 3,277.50 |

**Stinson LLP**                                                                 **Invoice Detail**

File No. 3516991.0007                                                                    Page 13
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | (3.4); prepare email to David Lynn in response unit access issue (0.8); draft email to DC OAG to alert DC Government of Purchaser's comments about the District's refusal to enter into a post-sale agreement (0.6). | | |
| 04/23/25 | Joshua Cox | B210 | Review and update previously prepared chart for payables and payments to DC WASA and send with email to Ms. Barnes to draft needed checks. | 1.50 | 795.00 |
| 04/23/25 | Joshua Cox | B320 | Send email to Mr. Jeong regarding preparation of declaration for trustee. | 0.30 | 159.00 |
| 04/23/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 04/23/25 | Austin Diehl | B320 | Confer with Mr. Jones concerning revisions to be made to Confirmation Order accompanying Plan and Memorandum in Support of Confirmation (0.4); pursue incorporate Mr. Jones's revisions to Memorandum in Support of Confirmation (2.0). | 2.40 | 924.00 |
| 04/24/25 | Brad Jones | B320 | Phone call with Mr. Albert to discuss issues and strategy for April 29 Confirmation Hearing (0.3); review and revise Confirmation Memorandum, including incorporating changes to the draft memorandum and supporting proposed Confirmation Order requested by the United States Trustee (6.1); multiple emails with Ms. Eustis of the United States Trustee regarding Confirmation Issues (0.7). | 7.10 | 4,082.50 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0007                                                    Page 14
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/24/25 | Joshua Cox | B320 | Work to research lien issues and review listed liens on proposed confirmation order and work to draft plan confirmation memo related to free and clear sales (3.2); review order draft and send email regarding needed revision; review drafts of declarations, order, and plan conformation sections (1.0). | 4.20 | 2,226.00 |
| 04/24/25 | Joshua Cox | B210 | Review emails from Ms. Jackson and draft and send detailed email inquiring about issues with HAP Payments and potential payments diverted by Mr. Scott (0.9); review received emails and other information from Ms. Scott and draft and send further detailed email on same issues (2.3). | 3.20 | 1,696.00 |
| 04/24/25 | Joshua Cox | B210 | Draft and send instruction email to noble regarding DC WASA payments. | 0.70 | 371.00 |
| 04/24/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 04/24/25 | Austin Diehl | B320 | Complete revisions to Memorandum in support of confirmation to incorporate Mr. Jones's edits and comments, make edits to proposed order to make consistent with changes to memorandum. | 1.20 | 462.00 |
| 04/24/25 | Edward Jeong | B320 | Draft declaration of trustee in support of sale of properties and confirmation of plan. | 2.60 | 1,001.00 |
| 04/24/25 | Ruiqiao Wen | B320 | Work on the confirmation order. | 0.20 | 95.00 |
| 04/25/25 | Brad Jones | B320 | Phone call with Mr. Albert and Mr. Lloyde regarding property status and access issues (0.2); review and revise draft Confirmation Memorandum | 1.70 | 977.50 |

**Stinson LLP**                                                                 **Invoice Detail**

File No. 3516991.0007                                                                    Page 15
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | (0.9); phone calls with Mr. Cox regarding changes to Confirmation Memorandum and filing of report of ballots (0.6). | | |
| 04/25/25 | Joshua Cox | B320 | Work on drafting of plan confirmation memo and confer with Mr. Jones and Mr. Albert regarding the same (10.4); review previously drafted sections and make revisions to the same; speak with Mr. Zupancic regarding declaration signature (0.2); finalize all documents for filing and coordinate filing of the same (1.2). | 11.80 | 6,254.00 |
| 04/25/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 04/25/25 | Joshua Cox | B320 | Draft Summary of ballots chart and accompanying filing notice; compile received ballots into exhibit and finalize the same for filing. | 2.50 | 1,325.00 |
| 04/25/25 | Edward Jeong | B320 | Revise trustee's declaration in support of plan confirmation. | 0.20 | 77.00 |
| 04/27/25 | Brad Jones | B320 | Prepare proposed Notice of Competing Bid. | 0.80 | 460.00 |
| 04/28/25 | Brad Jones | B320 | Phone call with Mr. Albert and Mr. Lloyde to discuss status of property access in response to proposed purchaser's comments (0.3); phone call with Broker Team regarding competing bids to discuss feedback and recommended approaches (0.6); prepare for Plan Confirmation including preparation of anticipated witness testimony, exhibits, and outlining opening and closing arguments (5.9); phones call with Mr. Nord and Mr. Albert to understand TD | 8.50 | 4,887.50 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0007                                                    Page 16
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | Bank's perspective on competing offers (0.7); phone call with Mr. Balles to explain the auction process and anticipated hearing format (0.3); preparation call with Mr. Zupancic regarding anticipated trial testimony (0.7). | | |
| 04/28/25 | Joshua Cox | B320 | Review and organize materials to prepare for confirmation and sale hearing. | 1.20 | 636.00 |
| 04/28/25 | Joshua Cox | B320 | Review emailed notes to confirmation order from Mr. London's title company and compare to draft of order and send notes regarding the same by email to Mr. Jones and Mr. Albert. | 1.80 | 954.00 |
| 04/28/25 | Joshua Cox | B320 | Speak with Mr. Jones and locate and send sale price allocation to Mr. Jones by email. | 0.20 | 106.00 |
| 04/28/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items and other issues for upcoming confirmation hearing. | 0.30 | 159.00 |
| 04/28/25 | Joshua Cox | B320 | Review proposed revisions to of proposed confirmation order from title company, discuss the same with Mr. Jones and send email to Mr. Albert. | 0.50 | 265.00 |
| 04/28/25 | Joshua Cox | B320 | Confer with Mr. Jones and draft witness and exhibit list and provide to Mr. Jones. | 1.10 | 583.00 |
| 04/28/25 | Joshua Cox | B250 | Attend meeting with trustee and Marcus & Millichap team to discuss recently received offers and debrief before confirmation hearing. | 0.30 | 159.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0007                                                    Page 17
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/28/25 | Joshua Cox | B320 | Revise witness and exhibit list; work to gather exhibits for confirmation hearing. | 0.90 | 477.00 |
| 04/29/25 | Brad Jones | B320 | Call with Mr. Albert and Mr. Lloyde to prepare for Confirmation Trial. | 0.30 | 172.50 |
| 04/29/25 | Brad Jones | B320 | Prepare for and attend trial on Contested Confirmation of Chapter 11 Plan, including extensive negotiations with competing buyers and the District of Columbia resulting in Court approval of the proposed Plan and proposed sale through an accepted higher and better offer. | 7.20 | 4,140.00 |
| 04/29/25 | Joshua Cox | B320 | Review exhibit and evidence binders and otherwise prepare for confirmation hearing (0.4); attend morning meeting and discuss upcoming hearing with Mr. Jones and Mr. Albert (0.2); travel to hearing (0.3); attend hearing of confirmation and sale auction (6.3); return travel to office (0.3); secure received deposit checks (0.1). | 7.30 | 3,869.00 |
| 04/30/25 | Brad Jones | B320 | Discussion with Mr. Albert regarding post-confirmation steps (0.2); email to DC Government regarding Confirmation Order (0.2). | 0.40 | 230.00 |
| 04/30/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 04/30/25 | Joshua Cox | B250 | Research information for Pinnacle Title and place calls to coordinate delivery of deposit checks and endorsement back to trustee (0.5); draft instruction letter to include with checks to pinnacle (0.5); place call again | 1.50 | 795.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0007                                                      Page 18
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | and speak with Doda and Mr. Maged regarding check status (0.2); interface with courier and meet for return check delivery and secure checks (0.3). | | |
| 04/30/25 | Joshua Cox | B320 | Confer with Mr. Jones on post confirmation issues and order revisions. | 0.30 | 159.00 |
| 04/30/25 | Joshua Cox | B110 | Draft email to Ms. Barnes regarding instructions for opening up new trustee to hold earnest money deposit. | 0.30 | 159.00 |
| 04/30/25 | Joshua Cox | B110 | Confer with Mr. Jones and review and send proof of water payments to Mr. Hirsch by email. | 0.30 | 159.00 |
| 05/01/25 | Brad Jones | B320 | Discussion with Mr. Albert and Mr. Lloyde regarding property issues (0.2); meeting with Mr. Albert to discuss closing and confirmation order issues (0.4); revise Confirmation Order in light of developments at Confirmation Hearing (2.1); email to Ms. Eustis to discuss potential concern raised by UST regarding paragraph conveying properties free of pre-Closing claims (0.8). | 3.50 | 2,012.50 |
| 05/01/25 | Joshua Cox | B110 | Prepare analysis of administrative fees and trustee commission and prepare related chart and send email to Mr. Albert providing analysis of comparison to Carve Out cap limits. | 2.00 | 1,060.00 |
| 05/01/25 | Joshua Cox | B250 | Locate correct wire information and send draft and send email providing the same to counsel for Mr. Taylor as successful high bidder at confirmation hearing. | 0.50 | 265.00 |

**Stinson LLP**                                                                                    **Invoice Detail**

File No. 3516991.0007                                                                                    Page 19
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 05/01/25 | Joshua Cox | B110 | Work with Ms. Barnes to coordinate opening of trustee account for holding purchaser EMD. | 0.30 | 159.00 |
| 05/01/25 | Joshua Cox | B110 | Place calls to title company and work to coordinate endorsement of deposit checks to trustee for deposit into trustee account. | 1.00 | 530.00 |
| 05/02/25 | Brad Jones | B320 | Discussion with Mr. Albert and Mr. Lloyde regarding property issues and Closing (0.2); revise Confirmation Order and incorporate parties' suggested red lines and edits (5.9). | 6.10 | 3,507.50 |
| 05/02/25 | Joshua Cox | B110 | Discuss post-confirmation issues with Mr. Jones. | 0.40 | 212.00 |
| 05/02/25 | Joshua Cox | B320 | Search recorder of deeds sight for question on blank spot on recorded interest and send email regarding the same to Mr. Jones and Ms. Wen for proper listing on confirmation order. | 0.40 | 212.00 |
| 05/02/25 | Joshua Cox | B250 | Work to monitor status of incoming wires from Mr. Taylor. | 0.30 | 159.00 |
| 05/02/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 05/02/25 | Joshua Cox | B110 | Prepare wire request form for insurance payment and send to Mr. Albert for completion of wire. | 0.30 | 159.00 |
| 05/02/25 | Joshua Cox | B320 | Review revised confirmation order language with Mr. Jones. | 0.50 | 265.00 |
| 05/02/25 | Ruiqiao Wen | B320 | Review the title report of 4935 Nannie Helen Burroughs Avenue, NE, Washington, DC 20019 to answer Mr. Jones's question regarding confirmation order. | 0.30 | 142.50 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0007                                                    Page 20
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 05/05/25 | Brad Jones | B320 | Discussion with Mr. Lloyde regarding sale issues (0.2); review proposed changes to Confirmation Order and incorporate edits from various parties (3.9). | 4.10 | 2,357.50 |
| 05/05/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 05/05/25 | Joshua Cox | B110 | Speak with Ms. Mason by telephone regarding property issues and complaints. | 0.70 | 371.00 |
| 05/06/25 | Brad Jones | B320 | Discussion with Mr. Albert and Mr. Lloyde regarding security issues (0.3); review and edit Confirmation Order and respond to parties' comments on Order (2.3). | 2.60 | 1,495.00 |
| 05/06/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 05/06/25 | Joshua Cox | B210 | Speak with Ms. Browning by telephone to inquire about portal status of GWUL HAP payments. | 0.10 | 53.00 |
| 05/08/25 | Brad Jones | B320 | Phone call with Mr. Albert and Mr. Lloyde regarding security issues (0.2); review entered Confirmation Order and update parties regarding requirements (1.2). | 1.40 | 805.00 |
| 05/08/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 05/08/25 | Joshua Cox | B110 | Gather various statements and reports and provide to Noble for MOR generation. | 0.90 | 477.00 |
| 05/09/25 | Brad Jones | B320 | Phone call with Mr. Albert and Mr. Lloyde regarding closing and transition issues (0.2); email to | 2.30 | 1,322.50 |

**Stinson LLP**                                                                                    **Invoice Detail**

File No. 3516991.0007                                                                                    Page 21
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | Mr. Lander to discuss late filed DC Tax Claim (2.1). | | |
| 05/09/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 05/09/25 | Joshua Cox | B110 | Obtain and send TD Bank statements to Noble for MOR generation. | 0.50 | 265.00 |
| 05/12/25 | Brad Jones | B320 | Phone call with Mr. Albert and Mr. Lloyde to discuss items required for Closing (0.2); multiple emails regarding quarterly fee report and fee issues (0.3); emails with Title Company regarding status of draft settlement sheet and requests by TD Bank (0.2); phone call with Mr. Lloyde regarding shooting at Wheeler and 9th Street and update Mr. Albert regarding security issues (0.8). | 1.50 | 862.50 |
| 05/12/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 05/12/25 | Joshua Cox | B110 | Review and prepare checks for trustee signature for TD Bank and PNC sweep checks to trustee accounts. | 1.30 | 689.00 |
| 05/12/25 | Joshua Cox | B110 | Review payables and funding requested by Noble and prepare email to Mr. Albert providing account balance information and recommendations for further DC WASA payments and sweeps to reserve account. | 2.90 | 1,537.00 |
| 05/13/25 | Brad Jones | B320 | Discussion with Mr. Lloyde regarding security for property (0.2); review email from Title Company regarding the sale (0.3); email to UST regarding fee order (0.7). | 1.20 | 690.00 |

**Stinson LLP**                                                                **Invoice Detail**

File No. 3516991.0007                                                                Page 22
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 05/14/25 | Brad Jones | B320 | Phone call with Mr. Albert and Mr. Lloyde to discuss post-petition payables (0.2); email to U.S. Trustee regarding security issues on Property and to provide an update regarding reported shooting (0.6); Phone call with Mr. Albert regarding status of operations and payment issues (0.7). | 1.50 | 862.50 |
| 05/14/25 | Ruiqiao Wen | B110 | Coordinate with Noble to prepare the ten monthly operating reports. | 0.40 | 190.00 |
| 05/15/25 | Brad Jones | B320 | Discussion with Mr. Albert and Mr. Lloyde regarding steps needed to close sale (0.2); email to Title Company to discuss closing issues (0.6); review closing requirements and create closing checklist (0.4); phone call with John Slowinski regarding status of sale (0.3); discussion with Buyer's counsel regarding timing and scheduling of closing (0.3). | 1.80 | 1,035.00 |
| 05/16/25 | Brad Jones | B250 | Discussion with Mr. Albert and Mr. Lloyde regarding rent collection and obtaining turnover of funds potentially sent to another party (0.2). | 0.20 | 115.00 |
| 05/19/25 | Brad Jones | B250 | Discussion with Mr. Albert and Mr. Lloyde regarding security issues (0.2); prepare Closing checklist for real estate sale and ensure compliance with Confirmation Order (1.7); review status of addressing issues raised by Ms. Mason regarding tenant conditions (0.2). | 2.10 | 1,207.50 |
| 05/19/25 | Ruiqiao Wen | B110 | Coordinate with Noble on the preparation of the ten monthly operating reports. | 0.20 | 95.00 |

**Stinson LLP**                                                      **Invoice Detail**

File No. 3516991.0007                                                        Page 23
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 05/20/25 | Brad Jones | B250 | Discussion with Mr. Albert and Mr. Lloyde regarding sale issues (0.2); review and respond to Title Company questions to assist with real estate sales (0.4). | 0.60 | 345.00 |
| ~~05/20/25~~ | ~~Joshua Cox~~ | ~~B110~~ | ~~Attend morning meeting with trustee and Noble to review status and current action items.~~ | ~~0.20~~ | ~~106.00~~NB |
| 05/20/25 | Ruiqiao Wen | B110 | Prepare the ten monthly operating reports with supporting documents. | 6.50 | 3,087.50 |
| 05/21/25 | Brad Jones | B320 | Discussion with Mr. Albert and Mr. Lloyde regarding discussions with Metropolitan Police Department and Ironwatch to improve security on the Property (0.2); review deed and title information and respond to questions of the title company regarding bankruptcy and the Confirmation Order (0.8); multiple emails with TD Bank and Title Company to resolve deed issues with respect to Wheeler Road (0.9). | 1.90 | 1,092.50 |
| 05/21/25 | Joshua Cox | B250 | Review draft of deed for property sales and confer with Mr. Jones regarding the same. | 0.50 | 265.00 |
| 05/21/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| ~~05/21/25~~ | ~~Joshua Cox~~ | ~~B110~~ | ~~Locate Wheeler Road EIN letter and provide to Mr. Jones.~~ | ~~0.30~~ | ~~159.00~~NB |
| 05/21/25 | Joshua Cox | B110 | Respond to Mr. Adhikari regarding mailing of UST payment checks. | 0.20 | 106.00 |
| 05/21/25 | Ruiqiao Wen | B110 | Finalize the ten monthly operating reports with supporting documents. | 0.70 | 332.50 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0007                                                    Page 24
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 05/22/25 | Brad Jones | B320 | Review potential title issue with Wheeler, provide additional information to the Title Company, and discuss approaches with Mr. Albert and Michael Nord to attempt to resolve issue. | 0.90 | 517.50 |
| ~~05/22/25~~ | ~~Joshua Cox~~ | ~~B110~~ | ~~Attend morning meeting with trustee and Noble to review status and current action items.~~ | ~~0.20~~ | ~~106.00~~NB |
| 05/22/25 | Joshua Cox | B250 | Review and update closing checklist. | 0.50 | 265.00 |
| 05/22/25 | Joshua Cox | B110 | Review and draft and send email to Ms. Barnes regarding drafting of bond checks. | 0.30 | 159.00 |
| 05/22/25 | Joshua Cox | B110 | Review carve out language and draft email regarding analysis of sale funds to be sent to Trustee upon sale. | 3.10 | 1,643.00 |
| 05/23/25 | Brad Jones | B250 | Phone call with Mr. Albert to discuss plan to resolve title issues (0.2); meeting with Mr. Albert, Michael Nord, and Felipe Lozano regarding approach (0.3); email to Title Company regarding TD Bank's loan file and information related to Wheeler transaction (0.2). | 0.70 | 402.50 |
| 05/23/25 | Joshua Cox | B110 | Review status of likely future admin claims and provide to Mr. Albert. | 0.50 | 265.00 |
| 05/23/25 | Joshua Cox | B250 | Review confirmation order and PSA and further update closing checklist and send to trustee and Mr. Jones. | 1.50 | 795.00 |
| 05/26/25 | Brad Jones | B210 | Review email from Mr. Lander regarding various tax issues. | 0.30 | 172.50 |
| 05/27/25 | Brad Jones | B320 | Phone call with Mr. Albert and Mr. Lloyde to discuss Closing issues (0.2); review issues | 0.90 | 517.50 |

**Stinson LLP**                                                      **Invoice Detail**

File No. 3516991.0007                                                      Page 25
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | regarding Closing (0.3); email to Felipe Loranzo at TD Bank regarding Wheeler Road and review proposed Confirmatory Deed for Wheeler to resolve potential title issue (0.4). | | |
| 05/27/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 05/27/25 | Joshua Cox | B250 | Review email from Mr. Jones and update holdback information by email. | 0.50 | 265.00 |
| 05/28/25 | Brad Jones | B250 | Meeting with Mr. Albert and Mr. Lloyde regarding sale and closing issues (0.2); review title issue for Wheeler Property raised by Title Company (0.3). | 0.50 | 287.50 |
| 05/28/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 05/28/25 | Ruiqiao Wen | B250 | Draft the motion for authority to execute and record the confirmatory deed and motion to expedite hearing. | 2.10 | 997.50 |
| 05/29/25 | Brad Jones | B320 | Discussion with Mr. Albert and Mr. Lloyde regarding Closing. | 0.20 | 115.00 |
| 05/29/25 | Ruiqiao Wen | B250 | Draft the motion for authority to execute and record the confirmatory deed and motion to expedite hearing. | 5.80 | 2,755.00 |
| 05/30/25 | Joshua Cox | B250 | Speak with Mr. Jones and review draft of emergency motion regarding confirmatory deed and forward to Ms. Krug with email. | 0.80 | 424.00 |
| ~~05/30/25~~ | ~~Joshua Cox~~ | ~~B110~~ | ~~Attend morning meeting with trustee and Noble to review status and current action items.~~ | ~~0.20~~ | ~~106.00~~NB |
| 05/30/25 | Ruiqiao Wen | B250 | Finalize the draft motion for authority to execute and record | 0.60 | 285.00 |

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3516991.0007                                                                    Page 26
Invoice No: 43643002

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | the confirmatory deed and motion to expedite hearing; send same to Mr. Jones for review. | | |
| **Current Professional Services** | | | | **272.10** | **$143,262.00** |
| | | | | **246.70** | **$129,844.00** |

| Task Code Summary | | | |
|---|---|---|---|
| **Task Code** | **Description** | **Hours** | **Amount** |
| B110 | Case Administration | 48.90 | 24,861.00 |
| | | 42.20 | 21,354 |
| B120 | Asset Analysis and Recovery | 1.20 | 636.00 |
| B150 | Meetings of and Communications with Creditors | 0.50 | 265.00 |
| B160 | Fee/Employment Applications | 27.00 | 14,310.00 |
| | | 9.90 | 5,247 |
| B185 | Assumption/Rejection of Leases and Contracts | 2.50 | 1,325.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 2.30 | 885.50 |
| B210 | Business Operations | 27.50 | 14,696.50 |
| | | 26.30 | 14,060.50 |
| B250 | Real Estate | 23.80 | 12,538.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 138.40 | 73,745.00 |
| | | 138.00 | 73,533.00 |
| | | | |
| | **Current Professional Services** | **272.10** | **$143,262.00** |
| | | **246.70** | **$129,844.00** |

| Disbursements | | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| | Postage | 959.83 |
| 04/30/25 | Delivery - Courier Services to Realcourier/D.C. Courier for Stinson, Leonard, Street-Washington, DC to Pinnacle Title-Rockville, MD on Invoice 16218 | 135.00 |

**Total Disbursements**                                                                    **$1,094.83**



1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
1.800.846.1201

July 9, 2025

Albert, Marc E., Chapter 11 Trustee                     Invoice No: 43644783
1775 Pennsylvania Ave NW, Suite 800                     Marc Albert
Washington, DC 20006

Re:      1416 EASTERN AVE NE LLC
         File No:  3516991.0007

## Invoice Summary

Professional services and disbursements rendered through July 16, 2025

| | |
|---|---|
| Current Professional Services | ~~$71,104.50~~ |
| | 66,354.50 |
| Current Disbursements | $572.26 |
| **Total Current Invoice** | **~~$71,676.76~~** |
| | **66,926.76** |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0007                                                        Page 2
Invoice No: 43644783

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Title** | **Rate** | **Hours** | **Amount** |
| Brad Jones | Partner | 575.00 | 85.00 | 48,875.00 |
| Joshua Cox | Of Counsel | 530.00 | 16.40 | 8,692.00 |
| Ruiqiao Wen | Associate | 475.00 | ~~28.50~~ | ~~13,537.50~~ |
| | | | 18.50 | 8,787.50 |
| **Current Professional Services** | | | ~~129.90~~ | ~~$71,104.50~~ |
| | | | 119.90 | 66,354.50 |

| Professional Services | | | | | |
|---|---|---|---|---|---|
| **Date** | **Timekeeper** | **Task** | **Description** | **Hours** | **Amount** |
| 06/02/25 | Brad Jones | B250 | Discussion with Mr. Lloyde regarding purchaser's request to communicate buyout offers to tenants (0.2); review email from Back-Up Bidder regarding closing date (0.2); discussion with Mr. Albert and Mr. Lloyde regarding Closing issues (0.2). | 0.60 | 345.00 |
| 06/02/25 | Ruiqiao Wen | B250 | Revise and finalize the Trustee's motion to execute and record confirmatory deed and motion to expedite hearing. | 1.00 | 475.00 |
| 06/02/25 | Ruiqiao Wen | B250 | Send finalized trustee's motion to execute and record confirmatory deed to title company. | 0.10 | 47.50 |
| 06/02/25 | Ruiqiao Wen | B250 | Coordinate with the Judge Gunn's chambers on the scheduling of hearing on trustee's motion to execute and record confirmatory deed. | 0.20 | 95.00 |
| 06/02/25 | Ruiqiao Wen | B250 | File and serve the trustee's motion to execute and record confirmatory deed with a motion to expedite hearing. | 0.60 | 285.00 |
| 06/02/25 | Ruiqiao Wen | B250 | Serve the order granting motion to expedite hearing on parties. | 0.20 | 95.00 |
| 06/03/25 | Brad Jones | B250 | Phone call with Mr. Albert to discuss settlement (0.3); review issues with Settlement | 2.40 | 1,380.00 |

**Stinson LLP**                                                                                    **Invoice Detail**

File No. 3516991.0007                                                                                    Page 3
Invoice No: 43644783

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | Statements and Confirmatory Deed issues (2.1). | | |
| 06/03/25 | Joshua Cox | B110 | Work to create wire request form for insurance payments ad send to trustee for signature and delivery to bank to process wire. | 0.40 | 212.00 |
| 06/03/25 | Ruiqiao Wen | B250 | Continued work on the motion to execute and record the confirmatory deed. | 1.20 | 570.00 |
| 06/03/25 | Ruiqiao Wen | B250 | Prepare for the emergency motion on the motion for authority to execute and record the confirmatory deed. | 0.40 | 190.00 |
| 06/05/25 | Brad Jones | B250 | Respond regarding various title issues (0.4). | 0.40 | 230.00 |
| 06/05/25 | Ruiqiao Wen | B250 | Prepare for and attend the court hearing on trustee's motion for authority to execute and record a confirmatory deed. | 2.00 | 950.00 |
| 06/05/25 | Ruiqiao Wen | B250 | Coordinate with the title company regarding the certified copy of the order granting trustee's motion to execute and record confirmatory deed. | 0.20 | 95.00 |
| 06/06/25 | Brad Jones | B250 | Call with Mr. Albert and Mr. Lloyde regarding case and sale issues (0.2); address title company issues, including potential emergency hearing to resolve title issue on 6th street and responses to multiple issues raised by title company and purchaser (5.3). | 5.50 | 3,162.50 |
| 06/06/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 06/06/25 | Joshua Cox | B110 | Send email to obtain balances in TD accounts and pull other similar information from PNC accounts and work to coordinate | 1.20 | 636.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0007                                                    Page 4
Invoice No: 43644783

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | generation of checks for monthly account sweeps and send update email to Mr. Albert regarding the same. | | |
| 06/06/25 | Joshua Cox | B110 | Speak with Mr. Jones on issues related to property closings. | 0.20 | 106.00 |
| 06/06/25 | Ruiqiao Wen | B250 | Work on the potential motion for authority to execute and record another confirmatory deed for the 6th street property. | 1.50 | 712.50 |
| 06/06/25 | Ruiqiao Wen | B250 | Coordinate with parties on delivery of the certified copy of the order granting trustee to execute and record the order to the title company. | 0.50 | 237.50 |
| 06/08/25 | Brad Jones | B320 | Review draft HUDs and closing documents. | 3.40 | 1,955.00 |
| 06/09/25 | Brad Jones | B320 | Review issues with HUD and DOB charges (3.7); phone call to Mr. Nord to discuss options for sale (0.3); phone call and Emil regarding DC Water issues (0.3); call with Mr. Collins regarding recordation & transfer tax issue (0.4); review email from Title Company regarding additional DOB liens filed post-petition (0.6). | 5.30 | 3,047.50 |
| 06/09/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 06/09/25 | Joshua Cox | B250 | Confer with Mr. Jones regarding DOB lien balances and other closing issues. | 0.20 | 106.00 |
| 06/09/25 | Joshua Cox | B110 | Review, create chart and send email providing current balances in trustee accounts to trustee and Noble. | 1.60 | 848.00 |

**Stinson LLP**                                                                                       **Invoice Detail**

File No. 3516991.0007                                                                                             Page 5
Invoice No: 43644783

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 06/09/25 | Joshua Cox | B250 | Review and send wire information to title company for eventual receipt of proceeds. | 0.30 | 159.00 |
| 06/10/25 | Brad Jones | B320 | Work on Closing issues including interfacing with the Title Company, reviewing multiple versions of proposed HUDs, and discussing issues with TD Bank's counsel. (8.7); begin draft of emergency motion to compel closing (1.4). | 10.10 | 5,807.50 |
| 06/10/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 06/10/25 | Joshua Cox | B210 | Confer with Mr. Jones and send email to Mr. Lloyde regarding account funds and payables. | 0.20 | 106.00 |
| 06/10/25 | Ruiqiao Wen | B250 | Coordinate with the title company regarding the certified copy of the order granting trustee's execution of a confirmatory deed. | 0.30 | 142.50 |
| 06/11/25 | Brad Jones | B320 | Discussion with Mr. Nord regarding potential emergency motion and Closing issues (0.3); provide update to Mr. Albert regarding Bank's position (0.3); review of liens and updated HUDs (1.1); phone calls with Ms. Alper (0.4); multiple phone calls with Title Agent (0.8); research DC priority and lien recordation status (3.4); email to Bank regarding priority issue (0.5); review multiple emails with DC OAG and DOB personnel and spreadsheet provided by District (1.1); review of further draft HUDs produced by title company (0.7). | 8.60 | 4,945.00 |

**Stinson LLP**                                                               **Invoice Detail**

File No. 3516991.0007                                                              Page 6
Invoice No: 43644783

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 06/11/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 06/11/25 | Joshua Cox | B110 | Review correspondence and calculations from Mr. Jones on amount of carve out and check values associated with the same to confirm correct numbers. | 0.30 | 159.00 |
| 06/11/25 | Joshua Cox | B110 | Create chart for professional sweep amounts and provide to Mr. Albert by email. | 0.60 | 318.00 |
| 06/12/25 | Brad Jones | B320 | Phone call with Mr. Fuller (0.4); review DOB lien issue, spreadsheet, database information and seek further updates from DC OAG (1.7); review closing documents circulated (2.4); meeting with Mr. Nord and Felipe Lozano regarding DC meeting (0.5); meeting with DC Government to attempt to resolve lien disputes (0.8); prepare Emergency Motion to Compel Closing and Escrow Funds (3.2). | 9.00 | 5,175.00 |
| 06/12/25 | Joshua Cox | B250 | Confer with Mr. Jones regarding potential need for emergency hearing regarding DOB payments for closing and place call to chambers to inquire about potential hearing options in light of absence of Judge Gunn and fill in from Judge Simpson; confer with Mr. Jones regarding the same. | 0.70 | 371.00 |
| 06/12/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 06/12/25 | Ruiqiao Wen | B110 | Coordinate with Noble on preparing the ten monthly operating reports. | 0.80 | 380.00 |

**Stinson LLP**                                                          **Invoice Detail**

File No. 3516991.0007                                                          Page 7
Invoice No: 43644783

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 06/13/25 | Brad Jones | B320 | Calls with Mr. Slowinski regarding sale (0.3); prepare updated orders and submit to Court (0.6); review email from Washington Gas (0.3); discussions with DC OAG counsel to resolve motion and emergency hearing (4.1); meeting with Mr. Albert and Title Agent to review and confirm Closing Documents (0.7); phone call with Purchaser's counsel regarding Closing (0.3); discussion with Property Management Company regarding resident power complaint and to determine carrying costs in the event of extended Closing (0.4). | 6.70 | 3,852.50 |
| 06/13/25 | Joshua Cox | B250 | Review pre-HUD to check for correct calculations and send email to Mr. Jones regarding the same. | 0.40 | 212.00 |
| 06/13/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 06/13/25 | Joshua Cox | B110 | Speak with Mr. Jones regarding closing issues and status. | 0.30 | 159.00 |
| 06/16/25 | Brad Jones | B320 | Review updated HUDs and send confirmatory email to Title Agent (0.9); review rent assignment document prepared by Purchaser (0.7); multiple emails to Mr. Lloyde and Ms. Browning to confirm rent assignment issues (0.9); emails with Title Agent and Purchaser's attorney regarding closing (0.4); review further revised Closing Documents (1.1); emails to Purchaser's counsel and Title Agent regarding Closing issues and credit (0.6). | 4.60 | 2,645.00 |

**Stinson LLP**                                                                 **Invoice Detail**

File No. 3516991.0007                                                                    Page 8
Invoice No: 43644783

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 06/16/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 06/17/25 | Brad Jones | B320 | Review Mr. Slowinski and Title Company updates on the status of Closing (0.3). | 0.30 | 172.50 |
| 06/17/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 06/17/25 | Joshua Cox | B250 | Confer with Mr. Jones and review sale closing numbers. | 0.80 | 424.00 |
| 06/18/25 | Brad Jones | B320 | Multiple phone calls with Title Company regarding status of closing (1.1); discussion with Mr. Albert regarding noticing default (0.3); email to T.D. Bank and Mr. Nord regarding potential need to default transaction and respond to Bank's questions regarding contract and timing issues (1.7); multiple phone calls to Mr. Collins regarding status of closing and funding (0.8); prepare and send confirmatory email to Title Company regarding agreement related to Closing (0.6); phone call with Mr. Albert and Title Company to confirm wire instructions (0.2); phone call with Marie Krug at Title Company and Mr. Albert regarding status of closing and funding (0.6). | 5.90 | 3,392.50 |
| 06/18/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 06/18/25 | Joshua Cox | B250 | Confer with Mr. Jones on closing issues and existing funds. | 0.50 | 265.00 |
| 06/18/25 | Joshua Cox | B210 | Attend meeting with Noble and discuss status of payables and closing. | 0.30 | 159.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0007                                                      Page 9
Invoice No: 43644783

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 06/19/25 | Brad Jones | B320 | Review further updated HUDs (0.6). | 0.60 | 345.00 |
| 06/20/25 | Brad Jones | B320 | Multiple emails to Marie Krug regarding status of closing (1.3); discussion with Mr. Albert regarding payment issues (0.6); email to TD Bank regarding status and plan with respect to disposition of sales proceeds (0.4). | 2.30 | 1,322.50 |
| 06/20/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 06/20/25 | Ruiqiao Wen | B110 | Coordinate with Noble on preparing the ten monthly operating reports. | 0.20 | 95.00 |
| 06/21/25 | Brad Jones | B320 | Email regarding Closing Status. | 0.20 | 115.00 |
| 06/22/25 | Ruiqiao Wen | B110 | Review financial documents sent from Noble and prepare the ten monthly operating reports. | 2.70 | 1,282.50 |
| 06/23/25 | Brad Jones | B320 | Correspondence with Mr. Slowinski regarding closing status (0.5); phone call with Mr. Albert regarding status and closing issues (0.4); multiple emails and phone with title company and purchaser regarding closing (1.1); phone call with Mr. Nord to discuss status (0.3). email to TD Bank recommending filing of a Notice of Default (0.4). | 2.70 | 1,552.50 |
| 06/23/25 | Joshua Cox | B110 | Review MORs and monitor filling status. | 0.30 | 159.00 |
| 06/23/25 | Ruiqiao Wen | B110 | Continue preparing the ten monthly operating reports. | 3.30 | 1,567.50 |
| 06/24/25 | Brad Jones | B320 | Review further updated HUDs (1.1); emails with Mr. Albert regarding closing (0.3); emails among Mr. Cox and Ms. | 4.40 | 2,530.00 |

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3516991.0007                                                                    Page 10
Invoice No: 43644783

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | Browning regarding estimated payables (0.8); multiple phone calls and emails regarding Closing (1.4); review email from title company regarding wire payment (0.5); email to TD Bank regarding closing status (0.3). | | |
| 06/24/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 06/24/25 | Joshua Cox | B110 | Confer with Mr. Jones and payable amounts owed and review current balance information and make Excel chart to track case account balances and provide to trustee. | 0.40 | 212.00 |
| 06/24/25 | Joshua Cox | B250 | Review Notice of Default and provide comments to Mr. Jones. | 0.30 | 159.00 |
| 06/25/25 | Brad Jones | B320 | Confirm receipt of wire (0.3); emails with Title Company to facilitate Closing (0.6); discussion with Mr. Albert regarding Closing Status (0.4); phone calls with Mr. Albert and Title Company regarding status of the sale going to record (0.3). | 1.60 | 920.00 |
| 06/25/25 | Joshua Cox | B250 | Draft report of sale for property closing. | 1.30 | 689.00 |
| 06/25/25 | Joshua Cox | B320 | Draft Notice of Effective Date of Plan. | 0.50 | 265.00 |
| 06/25/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 06/26/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 06/27/25 | Brad Jones | B320 | Phone call with Title Company regarding recordation status (0.4); prepare documents related to Closing and reporting of | 1.50 | 862.50 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0007                                                    Page 11
Invoice No: 43644783

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | anticipated disbursements (0.7); review calculation of carveout (0.4). | | |
| 06/27/25 | Joshua Cox | B110 | Review email from Mr. Albert and send response calculating relevant amounts for outstanding values of approved free applications. | 0.70 | 371.00 |
| 06/27/25 | Joshua Cox | B110 | Review email from Mr. Jones calculating various amounts associated with sale of the properties; respond to the same provide corrections and analysis. | 0.50 | 265.00 |
| 06/27/25 | Joshua Cox | B110 | Confer with Mr. Jones on status of filing Notice of Effective Date and Report of Sale; finalize Notice of Effective date and work to coordinate service. | 0.60 | 318.00 |
| 06/30/25 | Brad Jones | B320 | Call regarding David Lynn deposit (0.6); email to title company regarding deposit release (0.2). | 0.80 | 460.00 |
| 06/30/25 | Joshua Cox | B110 | Attend morning meeting with trustee and Noble to review status and current action items. | 0.20 | 106.00 |
| 06/30/25 | Joshua Cox | B150 | Place return call and speak with Ms. Mason to provide various case information. | 1.00 | 530.00 |
| 07/01/25 | Brad Jones | B250 | Phone call with Mr. Nord to discuss status of TD Bank wire (0.3); discussion with Mr. Albert regarding TD Bank call (0.4). | 0.70 | 402.50 |
| 07/03/25 | Brad Jones | B320 | Multiple emails with TD Bank regarding wire transfer (0.6). | 4.10 | 2,357.50 |
| 07/07/25 | Brad Jones | B320 | Review email from TD Bank regarding sale proceeds (0.5); Prepare response to TD Bank explaining amounts turned over (1.1). | 1.50 | 862.50 |

**Stinson LLP**                                                                 **Invoice Detail**

File No. 3516991.0007                                                                    Page 12
Invoice No: 43644783

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/09/25 | Ruiqiao Wen | B160 | Prepare Stinson's final fee application. | 0.40 | 190.00 |
| 07/10/25 | Ruiqiao Wen | B160 | Prepare Stinson's final fee application. | 2.90 | 1,377.50 |
| 07/10/25 | Brad Jones | B190 | Phone call with Michael Nord regarding TD Bank and escrow issues (0.3). | 0.30 | 172.50 |
| 07/11/25 | Brad Jones | B320 | Review potential payables, administrative claims, and status of cash collateral to pay necessary operations costs (0.7); phone call with Josh Cox to discuss cash collateral projections and expenses (0.6); email to Marc Albert to discuss budget estimate (0.2). | 1.50 | 862.50 |
| ~~07/14/25~~ | ~~Ruiqiao Wen~~ | ~~B160~~ | ~~Continue reviewing invoices and time entries and draft Stinson's final fee application.~~ | ~~3.50~~ | ~~1,662.50~~NB |
| ~~07/15/25~~ | ~~Ruiqiao Wen~~ | ~~B160~~ | ~~Work on Exhibit A Summary Sheet and Exhibit B Time Entries in support of Stinson's final fee application.~~ | ~~1.40~~ | ~~665.0~~NB |
| ~~07/15/25~~ | ~~Ruiqiao Wen~~ | ~~B110~~ | ~~Work on the ten monthly operating reports and potential post-confirmation report.~~ | ~~0.50~~ | ~~237.50~~NB |
| ~~07/15/25~~ | ~~Ruiqiao Wen~~ | ~~B160~~ | ~~Draft proposed order, notice of opportunity to object, and certificate of mailing in support of Stinson's final fee application.~~ | ~~0.60~~ | ~~285.00~~NB |
| ~~07/16/25~~ | ~~Ruiqiao Wen~~ | ~~B160~~ | ~~Continued work on Exhibit A Summary Sheet and Exhibit B Time Entries in support of Stinson's final fee application.~~ | ~~2.0~~ | ~~950.00~~NB |
| ~~07/16/25~~ | ~~Ruiqiao Wen~~ | ~~B160~~ | ~~Finalize the draft Stinson's final fee application documents.~~ | ~~2.0~~ | ~~950.00~~NB |

**Current Professional Services**                                    ~~129.90~~      ~~$71,104.50~~
                                                                                119.90          66,354.50

**Stinson LLP**                                            **Invoice Detail**

File No. 3516991.0007                                           Page 13
Invoice No: 43644783

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 17.40 | 8,809.50 |
| B150 | Meetings of and Communications with Creditors | 1.00 | 530.00 |
| B210 | Business Operations | 0.50 | 265.00 |
| B250 | Real Estate | 22.30 | 11,800.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 75.60 | 43,447.50 |
| B160 | Fee/Employment Applications | ~~12.80~~ | ~~6,080.00~~ |
|  |  | 2.80 | 1,330.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 0.30 | 172.50 |
|  | **Current Professional Services** | **~~129.90~~** | **~~$71,104.50~~** |
|  |  | **119.90** | **66,354.50** |

## Disbursements

| Date | Description | Amount |
|---|---|---|
|  | Postage | 140.07 |
| 05/05/25 | Transcript to Card Services for Estimated cost of transcript order. on Invoice 0625 2332 WDC Filings | 386.00 |
| 05/07/25 | Transcript to Card Services for Amount refunded from transcript order on Invoice 0625 2332 WDC Filings | (58.50) |
| 06/17/25 | Ship Date: 06/17/2025 Inv: # 890184775 Tracking No: 390099047824 To: Marc Albert 535 Commercial St, Unit 8 Provincetown, MA 02657 From: Porsche Barnes Stinson LLP 1775 Pennsylvania Ave NW Washington, DC 20006 | 53.80 |
| 06/19/25 | Ship Date: 06/19/2025 Inv: # 890802696 Tracking No: 797435957571 To: Porsche Barnes Stinson LLP 1775 Pennsylvania Ave NW Washington, DC 20006 From: Marc Albert 535 Commercial St, UNIT 8 Provincetown, MA 02657 | 39.71 |
| 06/30/25 | Professional Services Rendered to Epiq Global Business Transformation Solutions, LLC for MPL Jun 2025 office services overtime (mailing) on Invoice 90981901 | 11.18 |

**Total Disbursements**                                        **$572.26**