UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*[1],<br><br>Debtors. | ) <br> ) <br> ) Case No. 24-00180-ELG <br> ) Chapter 11 <br> ) Jointly Administered <br> ) <br> ) |

**ORDER GRANTING APPLICATION FOR APPROVAL OF COMPENSATION FOR CHAPTER 11 TRUSTEE'S COUNSEL**
<u>**FROM APRIL 1, 2025 THROUGH JULY 16, 2025**</u>

This case came before the Court on the application ("<u>Application</u>") for approval of compensation of Stinson LLP ("<u>Stinson</u>"). Stinson serves as counsel to Marc E. Albert ("<u>Trustee</u>"), Chapter 11 trustee for the bankruptcy estates of 1416 Eastern Ave NE LLC, *et al.* The Application seeks compensation for the period from April 1, 2025 through July 16, 2025. This is

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/200725814.1

the second interim application by Stinson. In the Application, compensation sought for fees totals $196,198.50 (voluntarily reduced from $214,366.50) and compensation for expenses totals $1,667.09.

Upon consideration of the Application and any opposition filed thereto, if any, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that the Application be, and the same hereby is, **GRANTED IN ITS ENTIRETY;** and it is

**FURTHER ORDERED,** that the compensation of Stinson LLP is hereby approved in the following amounts as an administrative claim of the Debtor estates: **Fees – $196,198.50**, and **Expenses - $1,667.09**; and it is

**FURTHER ORDERED,** that the Trustee is authorized to pay Stinson LLP the fees and expenses awarded herein subject to the payment limitations of the Carve Out fee arrangement agreed to by Stinson LLP as detailed in the Application and further described in the confirmed Trustee's Chapter 11 Plan.

**WE ASK FOR THIS:**

/s/ Joshua W. Cox
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

2

Copies to:

All parties registered to receive service through the Court's CM/ECF system

3

CORE/3516991.0007/200725814.1