Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*[1],<br><br>　　　　　Debtors. | )<br>)<br>)　Case No. 24-00180-ELG<br>)　Chapter 11<br>)　Jointly Administered<br>)<br>) |

### TRUSTEE'S SECOND APPLICATION FOR INTERIM
### ALLOWANCE OF COMPENSATION

Marc E. Albert, the Chapter 11 Trustee ("Trustee") for the bankruptcy estates of 1416 Eastern Ave NE LLC, *et al.* (the "Debtors"), by counsel, hereby makes his second interim application (the "Application"), for allowance of additional compensation based on the statutory commission schedule set forth in 11 U.S.C. § 326 in the amount of $257,735.43 (the "Interim Amount") for disbursements made during the period of July 24, 2024 through June 30, 2025. The Trustee was previously awarded commission in the amount of $26,929.40 for disbursements made during the period of July 24, 2024 through February 28, 2025.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

**I.      Introduction.**

This matter involves ten jointly-administered chapter 11 cases. Each of the ten jointly administered Debtors is a single asset real estate entity owning a 100 percent fee simple interest in a multi-unit apartment complex located in the District of Columbia engaged in the business of renting residential apartments at each corresponding property.

Since his appointment as chapter 11 trustee on behalf of the Debtor estates, the Trustee has been providing considerable services in connection with the administration of this case. Each of the Debtor properties and corresponding bankruptcy estates have been faced with significant financial and operational challenges, and the Trustee has worked diligently to preserve the condition of the properties as best as reasonably possible while seeking sale of the properties through a confirmed Chapter 11 plan. The *Trustee's Joint Chapter 11 Plan of Liquidation* [ECF No. 132] has been confirmed and the sale of the properties was closed on June 24, 2025. The Trustee previously filed the *Trustee's First Application for Interim Allowance of Compensation* [ECF No. 150] (the "First Interim Application"), seeking allowance of compensation in the amount of $26,929.40 for disbursements made during the period of July 24, 2024 through February 28, 2025. The Court entered an order granting the First Interim Application [ECF No. 166]. The Trustee is filing this second interim fee application for services provided to the Debtor estates from March 1, 2025 to June 30, 2025 (the "Application Period").

**II.     Background.**

The Debtors filed their voluntary Chapter 11 petitions on May 29, 2024 (the "Petition Date"). The Debtors' cases are jointly administered, with the case of 1416 Eastern Ave NE LLC, 24-00180-ELG serving as the main case. *See Order Directing Joint Administration*, [ECF No. 64].

CORE/3516991.0007/200776582.1                          2

Each of the Debtors is named for residential multi-family real property that it owns, and the business of each Debtor is multi-family rental housing. The locations of the residential multi-family real property buildings for the Debtors are as follows:

- 1416 Eastern Avenue Northeast, Washington, DC 20019
- 945 Longfellow Street Northwest, Washington, DC 20011
- 2501 Naylor Road Southeast, Washington, DC 20020
- 4301-4313 Wheeler Road Southeast, Washington, DC 20032
- 4263-67 6th Street Southeast, Washington, DC 20032
- 4935 Nannie Helen Burroughs Avenue Northeast, Washington, DC 20019
- 3968 Martin Luther King Junior Avenue SE, Washington, DC 20032
- 4010 9th Street Southeast, Washington, DC 20032
- 2440 S Street Southeast, Washington, DC 20020
- 4400 Hunt Place Northeast, Washington, DC 20019

(collectively, the "Properties").

On July 24, 2024, this Court entered an order approving appointment of Marc E. Albert as Chapter 11 trustee of the Debtors' estates. [ECF No. 71]. Marc E. Albert serves as the duly appointed and qualified chapter 11 trustee for each of the ten Debtors' estates. The Trustee has been operating the apartment rental businesses at each Property while evaluating and marketing the Properties for sale. The Trustee intends to sell the properties through a confirmed chapter 11 plan. On March 21, 2025, the Trustee filed the *Trustee's Joint Chapter 11 Plan of Liquidation* [ECF No. 132] (the "Plan") and the Disclosure Statement [ECF No. 133] (the "Disclosure Statement"). On May 8, 2025, the Court entered the *Order Approving Disclosure Statement With Respect To Trsutee's Plan of Liquidation and Confirming Trustee's Plan of Liquidation* [ECF No. 161] (the "Confirmation Order"). The sale of the Properties closed on June 24, 2025. The Trustee filed a *Report of Sale* on June 27, 2025 [ECF No. 179] (the "Report of Sale"). On June 27, 2025, the Trustee filed a *Notice of Effective Date of the Trustee's Joint Plan of Liquidation* [ECF No. 180]. The Plan went into effect on June 25, 2025.

By this Application, the Trustee requests entry of an order approving the additional interim compensation, under 11 U.S.C. § 326, 330, and 331, in the amount of $257,735.43 collectively across the ten jointly administered cases for disbursements made during the Application Period.

## III.    Calculation of Compensation.

Under section 326(a) of the Bankruptcy Code, the Trustee's compensation is calculated as a commission. Specifically, Section 326(a) provides:

> In a case under chapter 7 or 11, other than a case under subchapter V of chapter 11, the court may allow reasonable compensation under section 330 of this title of the trustee for the trustee's services, payable after the trustee renders such services, not to exceed 25 percent on the first $5,000 or less, 10 percent on any amount in excess of $5,000 but not in excess of $50,000, 5 percent on any amount in excess of $50,000 but not in excess of $1,000,000, and reasonable compensation not to exceed 3 percent of such moneys in excess of $1,000,000, upon all moneys disbursed or turned over in the case by the trustee to parties in interest, excluding the debtor, but including holders of secured claims."

Thus, in order to calculate the commission owing to the Trustee for disbursements made during the Application Period, the § 326(a) formula should be calculated separately for each of the jointly-administered Debtors. The total disbursements for each Debtor occurring during the period from July 24, 2024 through June 30, 2025 have been compiled from the monthly operating reports filed by the Trustee for the period from July 24, 2024 to June 30, 2025 and the sale proceeds number detailed in the Report of Sale.

To determine the Trustee's commission under § 326(a) for this second interim application, the Trustee calculated the total disbursements made during the period from July 24, 2024 through June 30, 2025 (the "Compensation Period"). This includes the operation disbursements previously reported in the Trustee's First Interim Application (covering July 24, 2024 through February 28, 2025) as well as the additional operation disbursements made between March 1, 2025 and June 30,2025. The Trustee was previously awarded $26,929.40 as commission in connection with the

First Interim Application. Accordingly, to determine the amount of additional compensation requested in this second interim application, the Trustee calculated the total commission based on all disbursements made during the full Compensation Period and then subtracted the amount previously awarded.

The Trustee's disbursements for each case, largely from the sale proceeds of the Properties, are reflected in the Report of Sale. The Trustee applies the same allocation percentage used to calculate the quarterly U.S. Trustee fees under Paragraph 19 of the Confirmation Order to allocate the disbursements for each case from the sales proceeds.[2] The Trustee's disbursements for each case for operation of the Properties under the Trustee's employed property management company, are reflected in the Monthly Operating Reports filed on behalf of the Trustee in each individual case. A summary spreadsheet detailing the Trustee's calculation of total disbursements for each of the ten Debtors for the period from July 24, 2024 through June 30, 2025 is attached hereto as Exhibit A.

Using the formula provided in Section § 326 results in the following commission amounts for which the Trustee seeks interim approval:

| **Debtor** | **Case #** | **Total § 326(a) Commission (7/24/2024 – 6/30/2025)** | **Previously Awarded Trustee Compensation** | **Additional Compensation Sought** |
|---|---|---|---|---|
| 1416 EASTERN AVE NE LLC | 24-00180 | $16,660.72 | $1,452.00 | $15,208.72 |
| 945 LONGFELLOW ST NW LLC | 24-00181 | $32,622.89 | $2,859.90 | $29,762.99 |
| 2501 NAYLOR RD SE LLC | 24-00182 | $21,894.96 | $1,905.70 | $19,989.26 |

---

[2] The total sale proceeds from the sale of the Properties is $5,837,166.82. The $1,200,000.00 escrow amount reserved for disputed sums potentially owing to T.D. Bank, N.A., the D.C. Government and/or Washington Gas is not included in the calculation of disbursements. The number of total sale proceeds the Trustee uses to calculate the disbursements is $4,637,166.82 ($5,837,166.82-$1,2000,000.00).

| | | | | |
|---|---|---|---|---|
| 4303-13 WHEELER RD SE LLC | 24-00183 | $81,173.64 | $7,597.10 | $73,576.54 |
| 4263 6TH ST SE APARTMENTS LLC | 24-00184 | $8,906.19 | $1,915.80 | $6,990.39 |
| 4935 NHB AVE NE LLC | 24-00185 | $12,917.33 | $1,674.00 | $11,243.33 |
| 3968 MLK LLC | 24-00186 | $13,359.53 | $1,848.60 | $11,510.93 |
| 4010 9TH ST SE LLC | 24-00187 | $31,666.49 | $3,278.00 | $28,388.49 |
| 2440 S ST SE LLC | 24-00188 | $29,287.90 | $2,138.20 | $27,149.70 |
| 4400 HUNT PL NE LLC | 24-00189 | $36,175.18 | $2,260.10 | $33,915.08 |
| | **TOTAL:** | **$284,664.83** | **$26,929.40** | **$257,735.43** |

A breakdown of the commission calculation for each case is as follows:

### A. 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG)

Total disbursements for §326 compensation calculation: **$268,214.43**
(*See* 24-00180-ELG; ECF Dkt. Nos. 150, 151, 166, 167, 178, 179 and 185)

Pursuant to 11 U.S.C. §326, compensation for the Trustee is computed as follows:
 (For cases filed after October 21, 1994)

| | | | | |
|---|---|---|---|---|
| Receipts | $ **268,214.43** | 25% of first 5,000 | $ | **1,250.00** |
| Less | -5,000.00 | ($1,250.00 Max) | | |
| Balance | $ **263,214.43** | 10% of next 45,000 | $ | **4,500.00** |
| Less | -45,000.00 | ($4,500.00 Max) | | |
| Balance | $ **218,214.43** | 5% of next 950,000 | $ | **10,910.72** |
| Less | -950,000.00 | ($47,500.00 Max) | | |
| Balance | $ -- | 3% of balance | $ | -- |
| **Total Compensation Requested** | | | $ | **16,660.72** |

### B. 945 Longfellow St NW LLC (Case No. 24-00181-ELG)

Total disbursements for §326 compensation calculation: **$587,457.76**
(*See* 24-00181-ELG; ECF Dkt. Nos. 83, 85, 86, and 87; *See* 24-00180-ELG; ECF Dkt. No. 150, 166, 179)

Pursuant to 11 U.S.C. §326, compensation for the Trustee is computed as follows:
 (For cases filed after October 21, 1994)

| | | | | |
|---|---|---|---|---|
| Receipts | $ **587,457.76** | 25% of first 5,000 | $ | **1,250.00** |
| Less | -5,000.00 | ($1,250.00 Max) | | |
| Balance | $ **582,457.76** | 10% of next 45,000 | $ | **4,500.00** |
| Less | -45,000.00 | ($4,500.00 Max) | | |

|  |  |  |  |  |
|---|---|---|---|---|
| Balance | $ 537,457.76 | 5% of next 950,000 | $ | **26,872.89** |
| Less | -950,000.00 | ($47,500.00 Max) | | |
| Balance | $ -- | 3% of balance | $ | |
| | | | | |
| Total Compensation Requested | | | $ | **32,622.89** |

### C. 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG)

Total disbursements for §326 compensation calculation: **$372,899.24**
(*See* 24-00182-ELG; ECF Dkt. Nos. 69, 70, 71, and 72; *See* 24-00180-ELG; ECF Dkt. No. 150, 166, 179)

Pursuant to 11 U.S.C. §326, compensation for the Trustee is computed as follows:
(For cases filed after October 21, 1994)

|  |  |  |  |  |
|---|---|---|---|---|
| Receipts | $ 372,899.24 | 25% of first 5,000 | $ | **1,250.00** |
| Less | -5,000.00 | ($1,250.00 Max) | | |
| Balance | $ 367,899.24 | 10% of next 45,000 | $ | **4,500.00** |
| Less | -45,000.00 | ($4,500.00 Max) | | |
| Balance | $ 322,899.24 | 5% of next 950,000 | $ | **16,144.96** |
| Less | -950,000.00 | ($47,500.00 Max) | | |
| Balance | $ -- | 3% of balance | $ | |
| | | | | |
| Total Compensation Requested | | | $ | **21,894.96** |

### D. 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG)

Total disbursements for §326 compensation calculation: **$1,930,787.99**
(*See* 24-00183-ELG; ECF Dkt. Nos. 78, 79, 80, and 81; *See* 24-00180-ELG; ECF Dkt. No. 150, 166, 179)

Pursuant to 11 U.S.C. §326, compensation for the Trustee is computed as follows:
(For cases filed after October 21, 1994)

|  |  |  |  |  |
|---|---|---|---|---|
| Receipts | $ 1,930,787.99 | 25% of first 5,000 | $ | **1,250.00** |
| Less | -5,000.00 | ($1,250.00 Max) | | |
| Balance | $ 1,925,787.99 | 10% of next 45,000 | $ | **4,500.00** |
| Less | -45,000.00 | ($4,500.00 Max) | | |
| Balance | $ 1,880,787.99 | 5% of next 950,000 | $ | **47,500.00** |
| Less | -950,000.00 | ($47,500.00 Max) | | |
| Balance | $ 930,787.99 | 3% of balance | $ | **27,923.64** |
| | | | | |
| Total Compensation Requested | | | $ | **81,173.64** |

### E. 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG)

Total disbursements for §326 compensation calculation: **$113,123.81**

CORE/3516991.0007/200776582.1                              7

(*See* 24-00184-ELG; ECF Dkt. Nos. 69, 70, 71, and 72; *See* 24-00180-ELG; ECF Dkt. No. 150, 166, 179)

Pursuant to 11 U.S.C. §326, compensation for the Trustee is computed as follows:
 (For cases filed after October 21, 1994)

| | | | | | |
|---|---|---|---|---|---|
| Receipts | $ | **113,123.81** | 25% of first 5,000 | $ | **1,250.00** |
| Less | | -5,000.00 | ($1,250.00 Max) | | |
| Balance | $ | **108,123.81** | 10% of next 45,000 | $ | **4,500.00** |
| Less | | -45,000.00 | ($4,500.00 Max) | | |
| Balance | $ | **63,123.81** | 5% of next 950,000 | $ | **3,156.19** |
| Less | | -950,000.00 | ($47,500.00 Max) | | |
| Balance | $ | -- | 3% of balance | $ | |
| | | | | | |
| Total Compensation Requested | | | | $ | **8,906.19** |

### F.  4935 NHB Ave NE LLC (Case No. 24-00185-ELG)

Total disbursements for §326 compensation calculation:    **$193,346.62**
(See 24-00185-ELG; ECF Dkt. Nos. 71, 72, 73 and 74; *See* 24-00180-ELG; ECF Dkt. No. 150, 166, 179)

Pursuant to 11 U.S.C. §326, compensation for the Trustee is computed as follows:
 (For cases filed after October 21, 1994)

| | | | | | |
|---|---|---|---|---|---|
| Receipts | $ | **193,346.62** | 25% of first 5,000 | $ | **1,250.00** |
| Less | | -5,000.00 | ($1,250.00 Max) | | |
| Balance | $ | **188,346.62** | 10% of next 45,000 | $ | **4,500.00** |
| Less | | -45,000.00 | ($4,500.00 Max) | | |
| Balance | $ | **143,346.62** | 5% of next 950,000 | $ | **7,167.33** |
| Less | | -950,000.00 | ($47,500.00 Max) | | |
| Balance | $ | -- | 3% of balance | $ | |
| | | | | | |
| Total Compensation Requested | | | | $ | **12,917.33** |

### G.  3968 MLK LLC (Case No. 24-00186-ELG)

Total disbursements for §326 compensation calculation:    **$202,190.62**
(*See* 24-00187-ELG; ECF Dkt. Nos. 70,71, 72, and 73; *See* 24-00180-ELG; ECF Dkt. No. 150, 166, 179)

Pursuant to 11 U.S.C. §326, compensation for the Trustee is computed as follows:
 (For cases filed after October 21, 1994)

| | | | | | |
|---|---|---|---|---|---|
| Receipts | $ | **202,190.62** | 25% of first 5,000 | $ | **1,250.00** |
| Less | | -5,000.00 | ($1,250.00 Max) | | |
| Balance | $ | **197,190.62** | 10% of next 45,000 | $ | **4,500.00** |
| Less | | -45,000.00 | ($4,500.00 Max) | | |

| | | | | |
|---|---|---|---|---|
| Balance | $ **152,190.62** | 5% of next 950,000 | $ | **7,609.53** |
| Less | -950,000.00 | ($47,500.00 Max) | | |
| Balance | $ -- | 3% of balance | $ | |
| | | | | |
| Total Compensation Requested | | | $ | **13,359.53** |

### H. 4010 9th St SE LLC (Case No. 24-00187-ELG)

Total disbursements for §326 compensation calculation: **$568,329.85**
(*See* 24-00187-ELG; ECF Dkt. Nos. 70, 72, 73 and 74; *See* 24-00180-ELG; ECF Dkt. No. 150, 166, 179)

Pursuant to 11 U.S.C. §326, compensation for the Trustee is computed as follows:
(For cases filed after October 21, 1994)

| | | | | |
|---|---|---|---|---|
| Receipts | $ **568,329.85** | 25% of first 5,000 | $ | **1,250.00** |
| Less | -5,000.00 | ($1,250.00 Max) | | |
| Balance | $ **563,329.85** | 10% of next 45,000 | $ | **4,500.00** |
| Less | -45,000.00 | ($4,500.00 Max) | | |
| Balance | $ **518,329.85** | 5% of next 950,000 | $ | **25,916.49** |
| Less | -950,000.00 | ($47,500.00 Max) | | |
| Balance | $ -- | 3% of balance | $ | |
| | | | | |
| Total Compensation Requested | | | $ | **31,666.49** |

### I. 2440 S St SE LLC (Case No. 24-00188-ELG)

Total disbursements for §326 compensation calculation: **$520,757.95**
(*See* 24-00188-ELG; ECF Dkt. Nos. 72, 73, 74, and 75; *See* 24-00180-ELG; ECF Dkt. No. 150, 166, 179)

Pursuant to 11 U.S.C. §326, compensation for the Trustee is computed as follows:
(For cases filed after October 21, 1994)

| | | | | |
|---|---|---|---|---|
| Receipts | $ **520,757.95** | 25% of first 5,000 | $ | **1,250.00** |
| Less | -5,000.00 | ($1,250.00 Max) | | |
| Balance | $ **515,757.95** | 10% of next 45,000 | $ | **4,500.00** |
| Less | -45,000.00 | ($4,500.00 Max) | | |
| Balance | $ **470,757.95** | 5% of next 950,000 | $ | **23,537.90** |
| Less | -950,000.00 | ($47,500.00 Max) | | |
| Balance | $ -- | 3% of balance | $ | |
| | | | | |
| Total Compensation Requested | | | $ | **29,287.90** |

**J.   4400 Hunt Pl NE LLC (Case No. 24-00189-ELG)**

Total disbursements for §326 compensation calculation:   **$658,503.57**
(*See* 24-00189-ELG; ECF Dkt. Nos. 74, 75, 76, and 77; *See* 24-00180-ELG; ECF Dkt. No. 150, 166, 179)

Pursuant to 11 U.S.C. §326, compensation for the Trustee is computed as follows:
(For cases filed after October 21, 1994)

| | | | | |
|---|---|---|---|---|
| Receipts | $ **658,503.57** | 25% of first 5,000 | $ | **1,250.00** |
| Less | -5,000.00 | ($1,250.00 Max) | | |
| Balance | $ **653,503.57** | 10% of next 45,000 | $ | **4,500.00** |
| Less | -45,000.00 | ($4,500.00 Max) | | |
| Balance | $ **608,503.57** | 5% of next 950,000 | $ | **30,425.18** |
| Less | -950,000.00 | ($47,500.00 Max) | | |
| Balance | $ -- | 3% of balance | $ | |
| | | | | |
| Total Compensation Requested | | | $ | **36,175.18** |

**IV.   Services Rendered During the Interim Period.**

During the Application Period, the Trustee continued to actively oversee the administration and operation of the jointly administered Debtors' estates and their Properties. The Trustee remained in regular contact with the property management company to monitor conditions at the Properties and to provide direction on ongoing operational and maintenance issues. He also coordinated with the District of Columbia, T.D. Bank, N.A., and his legal counsel concerning safety-related matters at the Properties.

Throughout this period, the Trustee devoted significant efforts to confirming his Chapter 11 Plan and completing the sale of the Properties. The Trustee reviewed and provided feedback on a number of key documents, including the Plan, the Disclosure Statement, the proposed form of confirmation order, monthly operating reports, title reports, and information concerning competing bids. He also reviewed the *Trustee's Memorandum of Law in Support of Confirmation* [ECF No. 155], and other materials submitted in support of confirmation. The Trustee evaluated various offers related to the Properties and ultimately executed the contract containing the best and highest

bid that served as the basis for the confirmed sale. He also reviewed and authorized the *Chapter 11 Ballot Summary* [ECF No. 154] and coordinated with counsel regarding preparation for the confirmation hearing, which he attended on April 29, 2025.

Following confirmation, the Trustee worked closely with his attorneys and other professionals to facilitate the closing and resolve title-related issues. This included reviewing and approving filings, such as the *Trustee's Motion for Authority to Execute and Record Confirmatory Deed* [ECF No. 168], and the related Motion to Expedite Hearing [ECF No. 169], as well as the *Trustee's Emergency Motion to Compel Pinnacle Title & Escrow, Inc. to Close Property Sale and Authorize the Trustee to Hold Funds in Escrow* [ECF No. 174], and accompanying motion to expedite [ECF No. 175]. After the successful closing of the sale on June 24, 2025, the Trustee reviewed and authorized the filing of the *Chapter 11 Trustee's Report of Sale* [ECF No. 179] and the *Notice of Effective Date of Trustee's Joint Plan of Liquidation* [ECF No. 180]. Copies of the records of the time entries made by the Trustee during this Application Period are attached hereto as Exhibit B.

The Trustee submits this second interim fee application in recognition of the substantial work performed during the application period, including efforts to safeguard estate assets, confirm the Plan, and consummate the sale. The Trustee may file an additional fee application after the $1,200,000.00 escrow reserve—held for disputed amounts potentially owed to T.D. Bank, N.A., the District of Columbia, and/or Washington Gas—is disbursed. This escrowed amount is not included in the current calculation of disbursements for purposes of this application. When the escrowed funds are disbursed and turned over to the creditors, the Trustee may seek a commission on those sums at that time.

**V.     Trustee's Agreed Fee Arrangement and Carve Out with TD Bank**

At the outset of the Trustee's involvement in these cases upon his appointment, it became clear to the Trustee that the likely sale price for the Properties would be significantly less than the secured debt owing to TD Bank. As a result, the Trustee sought agreement with TD Bank concerning the handling of administrative expenses associated with the bankruptcy cases, including the Trustee's professional fees for Stinson as his legal counsel and the Trustee's commission pursuant to 11 U.S.C. § 326. Following a period of negotiation, the Trustee and TD Bank reached agreement providing for a carve-out by TD Bank of its secured collateral for these expenses under certain restrictions (the "Carve Out"). This Carve Out has been presented in the Trustee's Plan. *See* Plan, Sec. VI.D [ECF Dkt.132]. Under the terms of the Carve Out, the Trustee and his counsel have agreed to cap the combined payment for the Trustee's commission and the legal fees and expenses of the Trustee's counsel up to a limit of $372,760.44 plus $2,500.00 for each Case and Property for each month in which the Trustee was operating the Properties to the sale closing date ($25,000 per month across all Debtors). Thus, while the Trustee is seeking approval of the full amount of the commission sought in this application as an administrative claim of the estate, payment towards any approved commission will be subject to the payment limitations provided for in the Carve Out.

WHEREFORE, the Trustee requests that this Court enter an order:

a.  approving interim compensation to the Trustee in the total amount of $257,735.43 as an administrative claim of the estate, the payment of which is subject to the terms and limitations set forth in the Trustee's agreed Carve Out with TD Bank; and

b.  granting such other and further relief as this Court may deem just, equitable and proper.

Dated: July 24, 2025                     Respectfully submitted,

/s/ Joshua W. Cox
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first class mail, postage prepaid upon all parties in interest entitled to notice under applicable Federal Rules of Bankruptcy Procedure.

Dated: July 24, 2025                               /s/ Joshua W. Cox
                                                   Joshua W. Cox