**Calculation of Operation Disbursements**

| Debtor | Case # | March Operation Disbursment | April Operation Disbursement | May Operation Disbursement | June Operation Disbursement | Previous Operation Disbursement | Total |
|---|---|---|---|---|---|---|---|
| 1416 EASTERN AVE NE LLC | 24-00180 | $3,248.00 | $16,226.00 | $3,917.00 | $0.00 | $7,020.00 | $30,411.00 |
| 945 LONGFELLOW ST NW LLC | 24-00181 | $16,469.00 | $17,795.00 | $16,341.00 | $513.00 | $21,099.00 | $72,217.00 |
| 2501 NAYLOR RD SE LLC | 24-00182 | $10,125.00 | $16,804.00 | $16,284.00 | $1,058.00 | $11,557.00 | $55,828.00 |
| 4303-13 WHEELER RD SE LLC | 24-00183 | $26,281.00 | $83,793.00 | $58,895.00 | $10,253.00 | $86,942.00 | $266,164.00 |
| 4263 6TH ST SE APARTMENTS LLC | 24-00184 | $3,739.00 | $12,981.00 | $5,478.00 | $0.00 | $11,658.00 | $33,856.00 |
| 4935 NHB AVE NE LLC | 24-00185 | $4,262.00 | $14,332.00 | $1,403.00 | $5,574.00 | $9,240.00 | $34,811.00 |
| 3968 MLK LLC | 24-00186 | $5,028.00 | $14,455.00 | $6,014.00 | $7,172.00 | $10,986.00 | $43,655.00 |
| 4010 9TH ST SE LLC | 24-00187 | $10,251.00 | $20,168.00 | $35,366.00 | $1,658.00 | $25,280.00 | $92,723.00 |
| 2440 S ST SE LLC | 24-00188 | $9,542.00 | $24,765.00 | $23,038.00 | $13,558.00 | $13,882.00 | $84,785.00 |
| 4400 HUNT PL NE LLC | 24-00189 | $11,286.00 | $15,375.00 | $17,650.00 | $4,583.00 | $15,101.00 | $63,995.00 |

**Calculation of Sale Proceeds Disbursements**

| Debtor | Case # | Sale Proceeds Disbursements | UST Fee Calculation Sale Price Allocation | Total Sale Price | Percentage Allocation | Total Sales Proceeds | Escrow Amount | Total Net Disbursements |
|---|---|---|---|---|---|---|---|---|
| 1416 EASTERN AVE NE LLC | 24-00180 | $237,803.43 | $387,179.49 | $7,550,000.00 | 5.13% | $5,837,166.82 | $1,200,000.00 | $4,637,166.82 |
| 945 LONGFELLOW ST NW LLC | 24-00181 | $515,240.76 | $838,888.89 | $7,550,000.00 | 11.11% | $5,837,166.82 | $1,200,000.00 | $4,637,166.82 |
| 2501 NAYLOR RD SE LLC | 24-00182 | $317,071.24 | $516,239.32 | $7,550,000.00 | 6.84% | $5,837,166.82 | $1,200,000.00 | $4,637,166.82 |
| 4303-13 WHEELER RD SE LLC | 24-00183 | $1,664,623.99 | $2,710,256.41 | $7,550,000.00 | 35.90% | $5,837,166.82 | $1,200,000.00 | $4,637,166.82 |
| 4263 6TH ST SE APARTMENTS LLC | 24-00184 | $79,267.81 | $129,059.83 | $7,550,000.00 | 1.71% | $5,837,166.82 | $1,200,000.00 | $4,637,166.82 |
| 4935 NHB AVE NE LLC | 24-00185 | $158,535.62 | $258,119.66 | $7,550,000.00 | 3.42% | $5,837,166.82 | $1,200,000.00 | $4,637,166.82 |
| 3968 MLK LLC | 24-00186 | $158,535.62 | $258,119.66 | $7,550,000.00 | 3.42% | $5,837,166.82 | $1,200,000.00 | $4,637,166.82 |
| 4010 9TH ST SE LLC | 24-00187 | $475,606.85 | $774,358.97 | $7,550,000.00 | 10.26% | $5,837,166.82 | $1,200,000.00 | $4,637,166.82 |
| 2440 S ST SE LLC | 24-00188 | $435,972.95 | $709,829.06 | $7,550,000.00 | 9.40% | $5,837,166.82 | $1,200,000.00 | $4,637,166.82 |
| 4400 HUNT PL NE LLC | 24-00189 | $594,508.57 | $967,948.72 | $7,550,000.00 | 12.82% | $5,837,166.82 | $1,200,000.00 | $4,637,166.82 |

**Calculation of Total Disbursements**

| Debtor | Case # | Sale Proceeds Disbursements | Opration Disbursements | TOTAL |
|---|---|---|---|---|
| 1416 EASTERN AVE NE LLC | 24-00180 | $237,803.43 | $30,411.00 | $268,214.43 |
| 945 LONGFELLOW ST NW LLC | 24-00181 | $515,240.76 | $72,217.00 | $587,457.76 |
| 2501 NAYLOR RD SE LLC | 24-00182 | $317,071.24 | $55,828.00 | $372,899.24 |
| 4303-13 WHEELER RD SE LLC | 24-00183 | $1,664,623.99 | $266,164.00 | $1,930,787.99 |
| 4263 6TH ST SE APARTMENTS LLC | 24-00184 | $79,267.81 | $33,856.00 | $113,123.81 |
| 4935 NHB AVE NE LLC | 24-00185 | $158,535.62 | $34,811.00 | $193,346.62 |
| 3968 MLK LLC | 24-00186 | $158,535.62 | $43,655.00 | $202,190.62 |
| 4010 9TH ST SE LLC | 24-00187 | $475,606.85 | $92,723.00 | $568,329.85 |
| 2440 S ST SE LLC | 24-00188 | $435,972.95 | $84,785.00 | $520,757.95 |
| 4400 HUNT PL NE LLC | 24-00189 | $594,508.57 | $63,995.00 | $658,503.57 |