**STINSON**

1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
1.800.846.1201

July 17, 2025

Albert, Marc E., Chapter 11 Trustee                          Invoice No: 43643004
1775 Pennsylvania Ave NW, Suite 800                          Marc Albert
Washington, DC 20006

Re:     1416 EASTERN AVE NE LLC (Trustee Time)
        File No:  3516991.0008

**Invoice Summary**

Professional services and disbursements rendered through July 16, 2025,

| | |
|---|---:|
| Current Professional Services | $127,858.50 |
| Current Disbursements | $0.00 |
| **Total Current Invoice** | **$127,858.50** |

Payment Terms: Net 30
Tax ID #44-0643135

**Stinson LLP**                      **Invoice Detail**

File No. 3516991.0008         Page 2
Invoice No: Draft

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Marc Albert | Partner | 945.00 | 135.30 | 127,858.50 |
| **Current Professional Services** | | | **135.30** | **$127,858.50** |

### Professional Services

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/25 | Marc Albert | Review email from broker regarding amending contract. | 0.50 | 472.50 |
| 03/03/25 | Marc Albert | Work on contract changes (1.0); meet with brokers regarding same (.7); meet with Mr. Jones regarding same (.5); review latest draft of contract (.4). | 2.60 | 2,457.00 |
| 03/04/25 | Marc Albert | Review revised contract (.8) conference with Mr. Jones regarding same (.7) meeting with bank and my team regarding sale (.7) review again the revised contract (.7). | 2.60 | 2,457.00 |
| 03/05/25 | Marc Albert | Review modification for contract and conference with Mr. Jones regarding same (.9) email to bank and broker regarding same (.3); review summary of taxes owing as of March 15 (.3); meeting with Mr. Lloyde, Mr. Cox and Mr. Jones regarding operations and fact we have contract (.3); teleconference with Mr. Lloyde regarding contract and items to be aware of (.3); teleconference with Mr. Zupancic regarding sale and make sure funds are put up by Monday (.3). | 2.40 | 2,268.00 |
| 03/06/25 | Marc Albert | Telephone conference with accountant regarding tax returns (.2); telephone conference with Mr. Lloyde regarding operations and particularly Mr. Weaver and inspection (.4); review email from appraiser and Mr. Lloyde response (.3); telephone conference with Mr. Nord regarding sale (.3); telephone conference with Mr. Zupancic regarding sale (.3); email from Mr. Nord regarding sale (.3); telephone conference with Mr. Jones regarding sale and email from Mr. Nord and telephone conference with banker (.3); review account balances (.4). | 2.50 | 2,362.50 |

**Stinson LLP** **Invoice Detail**

File No. 3516991.0008 Page 3
Invoice No: Draft

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/07/25 | Marc Albert | Review emails from lender and from purchaser (.7); discuss with Mr. Jones and brokers (.7); meet with Mr. Lloyde and Mr. Cox regarding work to be done and operations (.4). | 1.80 | 1,701.00 |
| 03/10/25 | Marc Albert | Telephone conference with Mr. Zupancic regarding sale and deposit (0.4); telephone conference with Mr. Jones regarding sale, deposit, and next steps (0.3); telephone conference Mr. Lloyde regarding operations (0.3). | 1.00 | 945.00 |
| 03/11/25 | Marc Albert | Review various emails from lender and purchaser and telephone conference with broker, Mr. Jones, and lender (2.0): telephone conference with Ms. Alper and Ms. Eustis regarding security on site (.3). | 2.30 | 2,173.50 |
| 03/12/25 | Marc Albert | Review with DC issues regarding property on 9th St, review email regarding same; teleconference Mr. Lloyde and Mr. Jones regarding same, consider next steps now that we are on contract; teleconference with Mr. Zupancic regarding next steps; teleconference with Mr. Jones regarding next steps, and teleconference with Mr. Lloyde regarding videos and photos regarding condition. | 3.60 | 3,402.00 |
| 03/13/25 | Marc Albert | Discuss with Mr. Lloyde conditions of property (.3) meeting with Mr. Lloyde and legal team regarding fee applications and operations (.3). | 0.60 | 567.00 |
| 03/14/25 | Marc Albert | Meeting with Mr. Jones and Mr. Lloyde regarding operations, budget, and sale. | 0.50 | 472.50 |
| 03/17/25 | Marc Albert | Telephone conference with Mr. Jones regarding meeting with the District (0.3); telephone conference with the brokers and the purchaser regarding meeting with the District (0.4); telephone conference with the District regarding meeting with the purchaser (0.4); review letter from bank and telephone conference with Mr. Jones regarding a response (0.5); meeting with the bank regarding accounts (1.0). | 2.60 | 2,457.00 |

**Stinson LLP**  **Invoice Detail**

File No. 3516991.0008  Page 4
Invoice No: Draft

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/18/25 | Marc Albert | Review email exchange regarding security (.3); review email from District of Columbia concerning meeting with purchaser and email Bank regarding same (.3); review request for inspections and reply concerning same (.3); meeting with Mr. Lloyde regarding operations (.4); meeting with legal team concerning plan and Motion for Security (.3); review email from broker regarding security and pass on to Mr. Jones and Bank (.2); review email concerning insurance issue and discuss with Mr. Lloyde (.3). | 2.10 | 1,984.50 |
| 03/19/25 | Marc Albert | Review email from broker, suggest response with Mr. Jones, and review Mr. Jones's response (0.3); review operations (0.4); review insurance company's response from Mr. Lloyde (0.5); review email exchange regarding security on property (0.3). | 1.50 | 1,417.50 |
| 03/19/25 | Marc Albert | Review email exchange regarding security on property. | 0.30 | 283.50 |
| 03/20/25 | Marc Albert | Review plan, disclosure statement and related motions. | 3.00 | 2,835.00 |
| 03/21/25 | Marc Albert | Review plan related documents; email exchanges regarding operations security and repairs. | 0.10 | 94.50 |
| 03/23/25 | Marc Albert | Review plan and disclosure statement (1.8); review comments regarding plan from Mr. Nord (.2); review budgets (.4). | 2.40 | 2,268.00 |
| 03/24/25 | Marc Albert | Eastern review plan and motions to assume and related documents; review reports regarding safety issues; review voice mail from Mr. Emil Hirsch; meet with Mr. Lloyde and his team and legal team regarding operations, and review operation reports. | 4.10 | 3,874.50 |
| 03/25/25 | Marc Albert | Meet with team regarding operations, repairs, and plan, review reports, consider various scenarios regarding plan, teleconference with Ms. Alper regarding sales, and consider taxes we need to pay. | 3.40 | 3,213.00 |

**Stinson LLP**                                                              **Invoice Detail**

File No. 3516991.0008                                                                                  Page 5
Invoice No: Draft

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/26/25 | Marc Albert | Court regarding disclosure statement and confirmation hearing (2.0); prepare for hearing (.5); telephone conference with Mr. Woods regarding purchaser and others interested in property (.3); telephone conferences with Mr. Nord regarding property sale and hearing (.3). | 3.10 | 2,929.50 |
| 03/27/25 | Marc Albert | Review cash collateral note to Mr. Nord and respond (.3); review operations with Mr. Lloyde, Mr. Jones and Mr. Cox (.3); review security proposal and approval (.4); review service list regarding assumption of leases and plan voting (.3); conference with team concerning fee applications (.2); review Court Order setting hearing on confirmation (.3). | 1.80 | 1,701.00 |
| 03/28/25 | Marc Albert | Telephone conference with Metropolitan Police regarding project; telephone conference with Mr. Lloyde and my team concerning operations (.3); email exchange regarding security review (.3); telephone conference with Commander Boteler concerning security situation (.5); telephone conference with Commander Boteler and Mr. Lloyde regarding same (.2); telephone conference with Mr. Jones concerning same (.1). | 1.70 | 1,606.50 |
| 03/31/25 | Marc Albert | Telephone conference with Mr. Lloyde regarding operations, security, and police (.4); telephone conference with AG office regarding security (.3); email exchange regarding security (.2); review payables and respond to email from Mr. Lloyde (.2); review contract regarding security (.4); telephone conference with Mr. Woods regarding meeting with District without Trustee (.2). | 1.70 | 1,606.50 |
| 04/01/25 | Marc Albert | Teleconference with Mr. Lloyde regarding security and meet with Police, review bills and give instructions, and confer with Mr. Cox and Mr. Jones regarding meeting with purchaser, and follow up teleconference call | 1.40 | 1,323.00 |

**Stinson LLP**  **Invoice Detail**

File No. 3516991.0008  Page 6
Invoice No: Draft

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | with Mr. Zupancic regarding sale and meeting with District. | | |
| 04/02/25 | Marc Albert | Teleconference with DC government and police force and management and legal team regarding security (.7) teleconference with Mr. Lloyde and Mr. Cox regarding operations (.3) teleconference with Mr. Lloyde, Mr. Cox and Mr. Jones regarding complaint by Ms. Mason and how Mr. Cox should respond to court (.4) review response to Court by Mr. Cox (.4) review with Mr. Lloyde, Mr. Cox and Mr. Jones budget issues (.4). | 2.20 | 2,079.00 |
| 04/03/25 | Marc Albert | Review operations items with Mr. Lloyde and Mr. Cox; review with Mr. Cox budget regarding Eastern, and review insurance request and coordinate through Axos. | 1.00 | 945.00 |
| 04/03/25 | Marc Albert | Telephone call Ms. Alper regarding meeting with buyer (.3); telephone call with broker regarding Samett (.2). | 0.50 | 472.50 |
| 04/08/25 | Marc Albert | Conference Mr. Lloyde regarding repairs and operations (.4); receive verification regarding insurance paid (.1); review opposition to motion to assume leases (.2); review email from District regarding complaint of tenant and email Mr. Jones and Mr. Cox regarding response (.1). | 0.80 | 756.00 |
| 04/09/25 | Marc Albert | Review report from Mr. Cox regarding checks for expenses and send email to bank regarding items needed out of budget. | 0.40 | 378.00 |
| 04/10/25 | Marc Albert | Telephone conference with Mr. Lloyde, Mr. Cox and Mr. Jones regarding operations (.5); review letter to Bank regarding repairs (.4); review fee applications (.8). | 0.10 | 94.50 |
| 04/11/25 | Marc Albert | Review with management team operations. | 0.50 | 472.50 |
| 04/14/25 | Marc Albert | Review various emails regarding condition of property, water, repairs and our steps to work on from Mr. Cox, District of Columbia Government and tenant group representatives. | 1.00 | 945.00 |

**Stinson LLP** **Invoice Detail**

File No. 3516991.0008 Page 7
Invoice No: Draft

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/16/25 | Marc Albert | Review UST report regarding fees (.5); meet with management and legal team regarding various issues (.5); review trustee fee application (.5). | 1.50 | 1,417.50 |
| 04/16/25 | Marc Albert | Review with Mr. Lloyde, Mr. Cox and Mr. Jones open issues (.5); review with Axos regarding interest in account (.3). | 0.80 | 756.00 |
| 04/17/25 | Marc Albert | Review email from Mr. Nord regarding ballots (0.2); review bond information from bonding company and U.S. Trustees (0.2). | 0.40 | 378.00 |
| 04/18/25 | Marc Albert | Review draft confirmation order (.4); telephone conference with Mr. Jones regarding status on sale and possible assignment (.2); review fee applicantion of counsel (.7); review email concerning issue on closing (.3). | 1.60 | 1,512.00 |
| 04/20/25 | Marc Albert | Review email from Mr. Lynn regarding occupancy. | 0.30 | 283.50 |
| 04/21/25 | Marc Albert | Telephone conference with Mr. Lloyde regarding reports, tenants, and access (.3); meet with Mr. Lloyde and his team and legal regarding reports, tenants and access (.3); review fee applications of trustee and counsel (.5); review draft monthly reports (.6). | 2.20 | 2,079.00 |
| 04/22/25 | Marc Albert | Review title reports (1.8); meet with purchaser and his counsel and title company and Mr. Jones (.7); review other monthly reports (.6). | 3.10 | 2,929.50 |
| 04/23/25 | Marc Albert | Email title company regarding closing and information and review response (.3); review monthly reports (1.4); email exchange with Mr. Cox and Mr. Jones concerning payment on water (.2); conference with Mr. Cox and Mr. Jones regarding payment on water; telephone conference with Tenant concerning confirmation hearing (.1). | 2.00 | 1,890.00 |
| 04/24/25 | Marc Albert | Work on sale and confirmation (1.4); telephone conference with Mr. Woods regarding same (.4); telephone conference with Mr. Jones regarding same (.4); review | 5.30 | 5,008.50 |

**Stinson LLP** **Invoice Detail**

File No. 3516991.0008 Page 8
Invoice No: Draft

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | Mr. Lynn letter and response by Mr. Jones (.4); review confirmation memo (.6); review confirmation order (.3); review information regarding competing buyers (.7); review emails regarding quarterly fee regarding Mr. Jones and Ms. Eustis (.4). | | |
| 04/25/25 | Marc Albert | Prepare for confirmation by way of following: review my affidavit (.8); review affidavit of Mr. Zupancic(.9); review confirmation order (.4); review memorandum in support of confirmation (.8); review email exchange with Bailees as additional purchaser (.3); telephone conference with Mr. Alper regarding sale (.2); telephone conference with Mr. Jones regarding sale (.2); telephone conference with Mr. Cox regarding lien and claim priorities (.3). | 3.80 | 3,591.00 |
| 04/28/25 | Marc Albert | Teleconference with interested buyer; emails from various interested buyers and review offers; review changes in confirmation order; teleconference with Mr. Woods regarding sale issues and confirmation issues; teleconference with Mr. Nord regarding sale and confirmation issues; prepare for confirmation; teleconference with Mr. Zupancic regarding confirmation issue and prepare for same; teleconference with Mr. Jones and Mr. Cox regarding confirmation issues. | 5.40 | 5,103.00 |
| 04/29/25 | Marc Albert | Prepare for Confirmation Hearing (1.0); attend Confirmation Hearing, including various breakout sessions to discuss issues regarding plan with participants (5.5); review various proposals regarding the purchase of property (0.7); telephone conference Ms. Alper regarding hearing (0.2); telephone conference Mr. Nord regarding hearing (0.2). | 7.60 | 7,182.00 |
| 04/30/25 | Marc Albert | Review topping contract and execute (1.2); telephone conference with Mr. Woods regarding contract (.3); telephone conference with Ms. Alper regarding sale (.2); telephone conference with Mr. Lloyde and team regarding operations (.5); review email | 3.00 | 2,835.00 |

**Stinson LLP**                                                        **Invoice Detail**

File No. 3516991.0008                  Page 9
Invoice No: Draft

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding WASA bills (.2); review emails from Bank and Mr. Jones regarding contract (.3); telephone conference Mr. Zupancic regarding sale (.3). | | |
| 05/01/25 | Marc Albert | Review email exchanges regarding proposed Confirmation Order. | 0.40 | 378.00 |
| 05/02/25 | Marc Albert | Telephone conference purchaser regarding earnest money check (0.3); telephone conference with Mr. Jones and Mr. Cox regarding Confirmation Order (0.2); telephone conference with Mr. Cox regarding insurance premium payment (0.2); review current payables (0.4). | 1.10 | 1,039.50 |
| 05/05/25 | Marc Albert | Review Consent Order regarding confirmation with changes (1.7); telephone conference with Mr. Jones regarding the same (0.3); review message from Ms. Mason (0.2); review call and no response (0.1); telephone conference Mr. Woods regarding the Order (0.2); review changes from Mr. Woods (0.3); review another message from Ms. Mason (0.2). | 3.20 | 3,024.00 |
| 05/07/25 | Marc Albert | Meeting with Mr. Lloyde regarding tenant issues. | 0.30 | 283.50 |
| 05/08/25 | Marc Albert | Meeting with operational and legal team to review open issues (0.3); review Consent Order of Confirmation (0.7); Review amended DC claim (0.7); Review issues regarding the same (0.5); telephone conference Mr. Cox regarding the same (0.3). | 2.50 | 2,362.50 |
| 05/12/25 | Marc Albert | Telephone conference Mr. Lloyde and Mr. Jones regarding confirmation issues and sale closing (0.4); review emails regarding quarterly reports (0.4); review email from TDBank and suggest next steps to Mr. Jones (0.4). | 1.20 | 1,134.00 |
| 05/13/25 | Marc Albert | Review regarding repairs regarding DawgDoors (.2); review emails concerning closing (.2). | 0.40 | 378.00 |

**Stinson LLP** **Invoice Detail**

File No. 3516991.0008 Page 10
Invoice No: Draft

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/14/25 | Marc Albert | Review with Mr. Jones settlement with US Trustee regarding fees (.3); review operations with Mr. Lloyde (.5); coordinate checks to be made (.3). | 1.40 | 1,323.00 |
| 05/16/25 | Marc Albert | Review various emails regarding closing deadlines and appraisals and sale from Mr. Jones and purchaser counsel (.7); review repair report and operations (.5). | 1.20 | 1,134.00 |
| 05/20/25 | Marc Albert | Review various monthly reports (1.4); conference management regarding operations and security (0.7). | 2.10 | 1,984.50 |
| 05/21/25 | Marc Albert | Review operations with Mr. Lloyde and his team (0.5); review various emails regarding sale and title (1.0). | 1.50 | 1,417.50 |
| 06/04/25 | Marc Albert | Work on closing and review various emails regarding the same (1.1); Review payable request (0.3); Coordinate insurance payments (0.3). | 1.70 | 1,606.50 |
| 06/06/25 | Marc Albert | Work on closing and various title issues (1.00); Conference with Mr. Lloyde and Mr. Cox regarding payables and closing books (.5); Review payables (.5). | 2.00 | 1,890.00 |
| 06/10/25 | Marc Albert | Work on closing; Telephone conference with Mr. Jones; Review various emails and documents. | 4.60 | 4,347.00 |
| 06/12/25 | Marc Albert | Conference with TD Bank regarding closing and District of Columbia (.5); Conference with Mr. Jones concerning closing and District of Columbia (.3); Telephone conference with Mr. Woods regarding District of Columbia consent (.3); Meeting with TD Bank folks, Mr. Jones and District of Columbia folks concerning closing (.7); Review Motion to Expedite hearing and Motion to Compel closing (1.00). | 2.80 | 2,646.00 |
| 06/20/25 | Marc Albert | Closing issues; various many telephone conferences, emails and texts with Mr. Jones and/or broker. | 4.70 | 4,441.50 |
| 06/25/25 | Marc Albert | Review emails regarding closing and going to record (.7); Review request for water | 1.80 | 1,701.00 |

**Stinson LLP**                                                                                          **Invoice Detail**

File No. 3516991.0008                                                                                         Page 11
Invoice No: Draft

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | abatement (.3); Telephone conference with Mr. Jones, Mr. Cox and management team concerning operations (.4); Telephone conference with Bank regarding interest on new deposits (.4). | | |
| 06/27/25 | Marc Albert | Work on closing and review report of sale and effective date notice and numbers regarding award. | 3.00 | 2,835.00 |
| 07/01/25 | Marc Albert | Review paying off bank with Mr. Jones and closing out case. | 0.50 | 472.50 |
| 07/07/25 | Marc Albert | Review email from TD Bank (.3); Telephone conference with Mr. Cox regarding same (.3). | 0.60 | 567.00 |
| 07/08/25 | Marc Albert | Telephone conference with Mr. Jones regarding hearing from TD Bank regarding closure (0.3); Telephone conference with management team regarding final invoices (0.2); Review TD Bank's response to Mr. Jones's email regarding pay off (0.3); Review further response by Mr. Jones to TD Bank (0.2); Telephone conference Mr. Jones regarding the same (0.3). | 1.30 | 1,228.50 |
| 07/14/25 | Marc Albert | Work on bond issues (.7); Discuss with Mr. Lloyde and Mr. Jones admin claims payments (.3); Discuss with Mr. Jones regarding Trustee Committee on post confirmation payments (.2). | 1.20 | 1,134.00 |
| 07/15/25 | Marc Albert | Telephone conference with management and legal team; Payment of administrative claims and final fees application for Stinson, and trustee application (0.5); Review email from Mr. Jones regarding taking on further work regarding determination of priorities between DC and lender; Review response from TDBank (0.5); Review email from Mr. Cox regarding proposed distribution and checks for me to sign (0.5). | 1.50 | 1,417.50 |
| 07/16/25 | Marc Albert | Review distribution and coordinate payment and transfers regarding account (0.8); Review proposal from Bank regarding proceeding and out response to discussion (0.4). | 1.20 | 1,134.00 |

**Stinson LLP** **Invoice Detail**

File No. 3516991.0008 Page 12
Invoice No: Draft

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| **Current Professional Services** | | | **135.30** | **$127,858.50** |

### Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 91.40 | 86,373.00 |
| B120 | Asset Analysis and Recovery | 2.10 | 1,984.50 |
| B210 | Business Operations | 4.10 | 3,874.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 3.00 | 2,835.00 |
| T100 | Trustee | 34.70 | 32,791.50 |
| | **Current Professional Services** | **135.30** | **$127,858.50** |