The order below is hereby signed.

Signed: July 31 2025



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: )<br>)<br>) | Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[1] )<br>) | Chapter 11 |
| ) | (Jointly Administered) |
| Debtors. )<br>) | |

### ORDER DENYING MOTION OF RODECIA MASON

This matter came before the Court is the *Motion of Rodecia Mason Requesting an Emergency Hearing* (the "Motion"). The Motion was entered on the docket at Dkt. Nos. 181, 184. The Trustee filed a response ("Response") to the Motion at Dkt. No. 186.

A hearing on this matter was conducted on July 30, 2025 at 9:30 a.m. (the "July 30 Hearing"). Ms. Mason appeared at the hearing on behalf of herself by Zoom.Gov, and Bradley D.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

Jones appeared on behalf of Marc Albert, the Chapter 11 Trustee by Zoom.Gov. In addition, the Chapter 11 Trustee and a representative of Noble Realty Advisor's LLC were present.

During the course of the July 30 Hearing, in response to certain statements made by Ms. Mason, the Court advised Ms. Mason that she was not permitted to personally record the hearing. The Court then asked Ms. Mason to confirm she was not making an unauthorized recording of the Court proceedings, at which point Ms. Mason disconnected from the hearing and did not return.

The Court considered the matter, the Motion of Ms. Mason, the Response of the Trustee stating the sale of the Properties at issue in this case has closed, the statements made on the record at the July 30 Hearing, and the entire record of this case.

To the extent that the Motion seeks any further relief beyond the holding of the July 30 Hearing, the Court finds that this matter is moot for the reasons stated by the Trustee in the Response. The Court further determines that for the reasons stated on the record and good cause having been shown, it is hereby:

**ORDERED** that the Motion is Denied.

END OF ORDER

**WE ASK FOR THIS:**

/s/ Bradley D. Jones
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

Copies of this Order to: ECF Recipients, and

Ms. Rodecia Mason
Post Office Box 151614
Alexandria, VA  22315

Ms. Rodecia Mason
4309 Wheeler Road SE
Apt. No. 102
Washington D.C.  20032

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

CORE/3516991.0007/230393418.1