The order below is hereby signed.

Signed: July 31 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.* [1] ) | Chapter 11 |
| ) | (Jointly Administered) |
| Debtors. ) | |

### ORDER DENYING MOTION OF RODECIA MASON

This matter came before the Court is the *Motion of Rodecia Mason Requesting an Emergency Hearing* (the "Motion"). The Motion was entered on the docket at Dkt. Nos. 181, 184. The Trustee filed a response ("Response") to the Motion at Dkt. No. 186.

A hearing on this matter was conducted on July 30, 2025 at 9:30 a.m. (the "July 30 Hearing"). Ms. Mason appeared at the hearing on behalf of herself by Zoom.Gov, and Bradley D.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

Jones appeared on behalf of Marc Albert, the Chapter 11 Trustee by Zoom.Gov. In addition, the Chapter 11 Trustee and a representative of Noble Realty Advisor's LLC were present.

During the course of the July 30 Hearing, in response to certain statements made by Ms. Mason, the Court advised Ms. Mason that she was not permitted to personally record the hearing. The Court then asked Ms. Mason to confirm she was not making an unauthorized recording of the Court proceedings, at which point Ms. Mason disconnected from the hearing and did not return.

The Court considered the matter, the Motion of Ms. Mason, the Response of the Trustee stating the sale of the Properties at issue in this case has closed, the statements made on the record at the July 30 Hearing, and the entire record of this case.

To the extent that the Motion seeks any further relief beyond the holding of the July 30 Hearing, the Court finds that this matter is moot for the reasons stated by the Trustee in the Response. The Court further determines that for the reasons stated on the record and good cause having been shown, it is hereby:

**ORDERED** that the Motion is Denied.

END OF ORDER

**WE ASK FOR THIS:**

/s/ Bradley D. Jones
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

Copies of this Order to: ECF Recipients, and

Ms. Rodecia Mason
Post Office Box 151614
Alexandria, VA  22315

Ms. Rodecia Mason
4309 Wheeler Road SE
Apt. No. 102
Washington D.C.  20032

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

CORE/3516991.0007/230393418.1

United States Bankruptcy Court
District of Columbia

In re:                                                                                                     Case No. 24-00180-ELG
1416 EASTERN AVE NE LLC                                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                           User: admin                                      Page 1 of 2
Date Rcvd: Jul 31, 2025                Form ID: pdf001                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Rodecia Mason, PO Box 151614, Alexandria, VA 22315-1614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2025                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2025 at the address(es) listed below:**

**Name**                                      **Email Address**

Bradley David Jones
    on behalf of Trustee Marc E. Albert brad.jones@stinson.com  brad.jones2020@ecf.pacerpro.com

Elizabeth Drayden Peters
    on behalf of Creditor TD Bank  N.A. epeters@gebsmith.com

Emil Hirsch
    on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com wdcecf@cfdom.net;ewhittington@carltonfields.com;ACinca@carltonfields.com

John Ernest Tsikerdanos
    on behalf of Creditor Washington Gas Light Company john@naglezaller.com

Joshua W. Cox
    on behalf of Attorney Stinson LLP Joshua.cox@stinson.com  porsche.barnes@stinson.com

Joshua W. Cox
    on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com  porsche.barnes@stinson.com

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 31, 2025 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Laura C. Beckerman | on behalf of Creditor Office of the Attorney General for the District of Columbia laura.beckerman@dc.gov mina.kasama@dc.gov |
| Marc E. Albert | marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Marc E. Albert | on behalf of Trustee Marc E. Albert marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Maurice Belmont VerStandig | on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael D. Nord | on behalf of Creditor TD Bank N.A. mnord@gebsmith.com |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Nancy L. Alper | on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov |
| Ruiqiao Wen | on behalf of Trustee Marc E. Albert ruiqiao.wen@stinson.com |
| Stephon Woods | on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov |
| Tracey Michelle Ohm | on behalf of Trustee Marc E. Albert tracey.ohm@stinson.com porsche.barnes@stinson.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| William C. Johnson, Jr. | on behalf of Debtor In Possession 1416 EASTERN AVE NE LLC William@JohnsonLG.Law wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com |

TOTAL: 19