The order below is hereby signed.

Signed: August 19 2025

/s/ Elizabeth L. Gunn
Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors. | ) |

**ORDER GRANTING APPLICATION FOR APPROVAL OF COMPENSATION FOR CHAPTER 11 TRUSTEE'S COUNSEL**
<u>**FROM APRIL 1, 2025 THROUGH JULY 16, 2025**</u>

This case came before the Court on the application ("Application") for approval of compensation of Stinson LLP ("Stinson"). Stinson serves as counsel to Marc E. Albert ("Trustee"), Chapter 11 trustee for the bankruptcy estates of 1416 Eastern Ave NE LLC, *et al.* The Application seeks compensation for the period from April 1, 2025 through July 16, 2025. This is

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/200725814.1

the second interim application by Stinson. In the Application, compensation sought for fees totals $196,198.50 (voluntarily reduced from $214,366.50) and compensation for expenses totals $1,667.09.

Upon consideration of the Application and any opposition filed thereto, if any, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that the Application be, and the same hereby is, **GRANTED IN ITS ENTIRETY;** and it is

**FURTHER ORDERED,** that the compensation of Stinson LLP is hereby approved in the following amounts as an administrative claim of the Debtor estates: **Fees – $196,198.50**, and **Expenses - $1,667.09**; and it is

**FURTHER ORDERED,** that the Trustee is authorized to pay Stinson LLP the fees and expenses awarded herein subject to the payment limitations of the Carve Out fee arrangement agreed to by Stinson LLP as detailed in the Application and further described in the confirmed Trustee's Chapter 11 Plan.

**END OF ORDER**

**WE ASK FOR THIS:**

*/s/ Joshua W. Cox*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*


**SEEN:**


*/s/ Kristen S. Eustis*
Kristen S. Eustis
Trial Attorney
Department of Justice
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Tel:    (703) 557-7227
Kristen.S.Eustis@usdoj.gov
*Counsel for the Acting United States Trustee*
*for Region 4*


Copies to:

All parties registered to receive service through the Court's CM/ECF system

United States Bankruptcy Court
District of Columbia

In re:   Case No. 24-00180-ELG
1416 EASTERN AVE NE LLC   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1   User: admin   Page 1 of 2
Date Rcvd: Aug 19, 2025   Form ID: pdf001   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + 1416 EASTERN AVE NE LLC, 700 51st Street NE#102B, Washington, DC 20019-5549 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:

**Name**                       **Email Address**

Bradley David Jones
    on behalf of Trustee Marc E. Albert brad.jones@stinson.com  brad.jones2020@ecf.pacerpro.com

Elizabeth Drayden Peters
    on behalf of Creditor TD Bank  N.A. epeters@gebsmith.com

Emil Hirsch
    on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com
    wdcecf@cfdom.net;ewhittington@carltonfields.com;ACinca@carltonfields.com

John Ernest Tsikerdanos
    on behalf of Creditor Washington Gas Light Company john@naglezaller.com

Joshua W. Cox
    on behalf of Attorney Stinson LLP Joshua.cox@stinson.com  porsche.barnes@stinson.com

Joshua W. Cox

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 19, 2025 | Form ID: pdf001 | Total Noticed: 1 |

on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com porsche.barnes@stinson.com

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Laura C. Beckerman

on behalf of Creditor Office of the Attorney General for the District of Columbia laura.beckerman@dc.gov mina.kasama@dc.gov

Marc E. Albert

marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Marc E. Albert

on behalf of Trustee Marc E. Albert marc.albert@stinson.com
porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Maurice Belmont VerStandig

on behalf of Attorney Maurice VerStandig mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael D. Nord

on behalf of Creditor TD Bank N.A. mnord@gebsmith.com

Michael T. Freeman

on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

Nancy L. Alper

on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Ruiqiao Wen

on behalf of Trustee Marc E. Albert ruiqiao.wen@stinson.com

Stephon Woods

on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov

Tracey Michelle Ohm

on behalf of Trustee Marc E. Albert tracey.ohm@stinson.com porsche.barnes@stinson.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

William C. Johnson, Jr.

on behalf of Debtor In Possession 1416 EASTERN AVE NE LLC William@JohnsonLG.Law
wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

TOTAL: 19