The order below is hereby signed.

Signed: August 19 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:    )
    )
    )    Case No. 24-00180-ELG
1416 Eastern Ave NE LLC, *et al.*[1],    )    Chapter 11
    )    Jointly Administered
Debtors.    )
    )

**ORDER GRANTING TRUSTEE'S SECOND APPLICATION**
**FOR INTERIM ALLOWANCE OF COMPENSATION**

Marc E. Albert, the Chapter 11 Trustee ("Trustee") for the bankruptcy estates of 1416 Eastern Ave NE LLC, *et al.* (the "Debtors"), having filed his Second Application for Interim Allowance of Compensation, and notice and opportunity for hearing having been given to all creditors and other parties in interest, and upon consideration of any objections filed, it is

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0007/200803186.1

**ORDERED** that reasonable compensation for actual and necessary expenses incurred is hereby awarded or allowed to the Trustee pursuant to 11 U.S.C. § § 326(a), 330(a), 503(b)(2) or 503(b)(4), as follows:

| **Debtor** | **Case #** | **Additional Compensation Granted for the Second Interim Application** |
|---|---|---|
| 1416 EASTERN AVE NE LLC | 24-00180 | $15,208.72 |
| 945 LONGFELLOW ST NW LLC | 24-00181 | $29,762.99 |
| 2501 NAYLOR RD SE LLC | 24-00182 | $19,989.26 |
| 4303-13 WHEELER RD SE LLC | 24-00183 | $73,576.54 |
| 4263 6TH ST SE APARTMENTS LLC | 24-00184 | $6,990.39 |
| 4935 NHB AVE NE LLC | 24-00185 | $11,243.33 |
| 3968 MLK LLC | 24-00186 | $11,510.93 |
| 4010 9TH ST SE LLC | 24-00187 | $28,388.49 |
| 2440 S ST SE LLC | 24-00188 | $27,149.70 |
| 4400 HUNT PL NE LLC | 24-00189 | $33,915.08 |
| | **TOTAL:** | **$257,735.43** |

and it is

**FURTHER ORDERED,** that payment towards the Trustee's commission approved herein shall be subject to and limited by the agreed carve out ("Carve Out") between the Trustee and TD Bank, N.A. as provided for in Section VI.D of the Trustee's Chapter 11 Plan [ECF Dkt. 132]; and it is

**FURTHER ORDERED**, that the Trustee is authorized to pay himself the fees and expenses awarded herein, subject to the limits provided for in the Carve Out.

**END OF ORDER**

CORE/3516991.0007/200803186.1

**WE ASK FOR THIS:**

*/s/ Joshua W. Cox*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*


**SEEN:**


*/s/ Kristen S. Eustis*
Kristen S. Eustis
Trial Attorney
Department of Justice
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Tel:    (703) 557-7227
Kristen.S.Eustis@usdoj.gov
*Counsel for the Acting United States Trustee*
*for Region 4*


Copies to:

ECF Recipients

3

United States Bankruptcy Court

District of Columbia

In re:  Case No. 24-00180-ELG

1416 EASTERN AVE NE LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Aug 19, 2025     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + 1416 EASTERN AVE NE LLC, 700 51st Street NE#102B, Washington, DC 20019-5549 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:

**Name**     **Email Address**

Bradley David Jones
    on behalf of Trustee Marc E. Albert brad.jones@stinson.com brad.jones2020@ecf.pacerpro.com

Elizabeth Drayden Peters
    on behalf of Creditor TD Bank N.A. epeters@gebsmith.com

Emil Hirsch
    on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com wdcecf@cfdom.net;ewhittington@carltonfields.com;ACinca@carltonfields.com

John Ernest Tsikerdanos
    on behalf of Creditor Washington Gas Light Company john@naglezaller.com

Joshua W. Cox
    on behalf of Attorney Stinson LLP Joshua.cox@stinson.com porsche.barnes@stinson.com

Joshua W. Cox

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 19, 2025 | Form ID: pdf001 | Total Noticed: 1 |

on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com  porsche.barnes@stinson.com

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Laura C. Beckerman

on behalf of Creditor Office of the Attorney General for the District of Columbia laura.beckerman@dc.gov  mina.kasama@dc.gov

Marc E. Albert

marc.albert@stinson.com  porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Marc E. Albert

on behalf of Trustee Marc E. Albert marc.albert@stinson.com
porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Maurice Belmont VerStandig

on behalf of Attorney Maurice VerStandig mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael D. Nord

on behalf of Creditor TD Bank  N.A. mnord@gebsmith.com

Michael T. Freeman

on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Nancy L. Alper

on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Ruiqiao Wen

on behalf of Trustee Marc E. Albert ruiqiao.wen@stinson.com

Stephon Woods

on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov

Tracey Michelle Ohm

on behalf of Trustee Marc E. Albert tracey.ohm@stinson.com  porsche.barnes@stinson.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

William C. Johnson, Jr.

on behalf of Debtor In Possession 1416 EASTERN AVE NE LLC William@JohnsonLG.Law
wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

TOTAL: 19