UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors. | ) |

MOTION FOR APPLICATION FOR COMPENSATION
AS ACCOUNTANT FOR THE TRUSTEE

Marc E. Albert, the Chapter 11 Trustee of the bankruptcy estates of 1416 Eastern Ave NE LLC, et al. ("Trustee"), hereby submits the motion for application for compensation as accountant for the trustee on behalf of Arthur Lander C.P.A., P.C. ("Applicant" or "Accountant"), and respectfully represents to the Court:

1.  <u>Employment as Certified Public Accountant.</u> Applicant applied to the Court and was appointed to act as Certified Public Accountant for the Trustee pursuant to an order of the Court dated November 18, 2024.

2.  <u>No previous Payments have been made.</u> The Accountant has neither sought or been awarded any prior payments and did not receive a retainer.

3.  <u>Summary of services performed during the period.</u> The precise dates, descriptions and hours of services are fully set forth in the statement of services attached hereto as an Exhibit. To summarize, the work was to prepare the tax return preparation for 2024 and 2025 and preparing related accounting records.

4.  <u>Requested Compensation.</u> Applicant has no agreement to share any compensation which may be awarded by this Court. The services performed herein were performed entirely by applicant. Applicant respectfully submits that the rate of $120 to $510 per hour is a fair rate of compensation for services of the type rendered by the applicant.

   Wherefore, the Trustee prays that the Court enter an Order authorizing and awarding fees to Arthur Lander C.P.A., P.C. for services rendered in the amount of $13,347.00.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).


Dated: October 17, 2025	Respectfully submitted,

*/s/ Marc E. Albert*
Marc E. Albert, No. 345181
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com
*Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Application for Final Compensation As Accountant for the Trustee, the Proposed Order, and Notice of the Motion was mailed postage prepaid October 17, 2025, to the U.S. Trustee, and parties listed on the Clerk's mailing matrix.

*/s/ Marc E. Albert*
Marc E. Albert