**EXHIBIT**

Arthur Lander, C.P.A., P.C.
300 N. Washington St.  #104
Alexandria VA 22314


Invoice submitted to:
1416 Eastern Ave. NE LLC
c/o Marc Albert
1775 Pennsylvania Ave.  NW  #800
Washington DC 20006


October 8, 2025

Invoice #14220

Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/17/25 SJ | Set up files and review correspondence for Eastern BK. Review of prior year Partnership returns for 2440 S St SE LLC to determine what tax documents still needed from client. | 1.70<br>120.00/hr | 204.00 |
| 1/18/25 SJ | Review of prior year Partnership returns for various entities to determine what tax documents still needed from client. Noticed some discrepancies in prior year returns. Documented discrepancies and noted questionability as to whether the entities are really partnerships | 3.50<br>120.00/hr | 420.00 |
| 1/19/25 SJ | Continued review of prior year Partnership returns for various entities, documenting discrepancies and missing items. | 4.00<br>120.00/hr | 480.00 |

1416 Eastern Ave. NE LLC                                                          Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/27/25 SJ | Prepared email from Art to Sam Razjooyan listing questions to be answered and information needed for the various entities in order to complete tax returns. | 1.50<br>120.00/hr | 180.00 |
| 2/19/25 SJ | Prepared spreadsheet for Art summarizing the discrepancies in tax returns between 2022 and 2023 and noting the question as to whether partnership filing seems to be the most appropriate for some of the entities. | 1.50<br>120.00/hr | 180.00 |
| 5/24/25 APL | Preparation of D-30  for 4263 6th St SE LLC for 2024  1.2; D-30 tax return for 4400 Hunt Pl NE LLC  1.2;   D-30 for 4935 NHB Ave NE LLC  2024 tax return 1.2; D-30 tax return  3968  MLK LLC  tax return 2024 1.2; and D-30 tax return  for 945 Longfellow St  LLC  tax return 2024 1.2; | 6.00<br>510.00/hr | 3,060.00 |
| 5/25/25 APL | Preparation of 1065  for 1416 Eastern LLC tax return for 2024 1.2;  D-30 tax return for 2501 Naylor Rd. Se LLC  1.2;   D-30 4303-4313 Wheeler Rd. SE LLC 2024 tax return D-30 1.2 ; D-30 tax return  for 4010  9th Street LLC  tax return 2024 1.2; D-30 tax return  for 2440 S St SE  LLC  tax return 2024 1.2;   preparation to letters of the single member LLCs .8; and  email to Trustee regarding tax returns and DC claim for 745 Longfellow .5. | 7.30<br>510.00/hr | 3,723.00 |

```
1416 Eastern Ave. NE LLC                                              Page    3

                                                    Hrs/Rate              Amount

10/8/25  APL  Estimated fee to complete               10.00             5,100.00
              December 21, 2025 accounting         510.00/hr
              and taxes for 10 entities.


              For professional services rendered      35.50           $13,347.00


              Balance due                                             $13,347.00
```

Payment can be made via PayPal at    arthurlander.com/paynow