UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[2], | ) Chapter 11 |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) |

ORDER ALLOWING COMPENSATION TO ACCOUNTANT FOR THE TRUSTEE

The motion for Application for final compensation to Arthur Lander C.P.A., P.C. in the amount of $13,347.00 is granted.

**END OF ORDER**

**WE ASK FOR THIS:**

*/s/ Marc E. Albert*
Marc E. Albert, No. 345181
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com

*Chapter 11 Trustee*

---

[2] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

Service of order: recipients of electronic notice

Copies to:

United States Trustee
1725 Duke St.
Alexandria, VA 22314

Marc Albert
Chapter 11 Trustee
1775 Pennsylvania Ave. NW Suite
Suite 800
Washington, DC 20006

Arthur Lander
300 N. Washington St. #104
Alexandria, VA 22314