UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[3], | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

NOTICE OF
MOTION FOR APPLICATION FOR FINAL COMPENSATION
AS ACCOUNTANT FOR THE TRUSTEE

    PLEASE TAKE NOTICE, pursuant to Rule 2002(a)(7) and 2002(c)(2) of the Federal Rules of Bankruptcy that Marc E, Albert, Chapter 11 Trustee, on behalf of Arthur Lander, C.P.A. P.C., has filed an Application for Payment of Accountant's Fees in the amount of $13,347.

    Any party in interest having an objection to the Application or to the Court's entry of an order approving the application must file a written objection on or before **November 7, 2025** (21 days notice), or such shorter time as this Court may order, with the Clerk of the United States Bankruptcy Court for the District of Columbia, Third and Constitution Avenue, N.W., Washington, D.C. 20001.

    Any such written objection must contain a complete specification of the factual and legal grounds upon which it is based. If such an objection is timely filed and served, a hearing will be scheduled thereon.

    If no such objection is filed, the Court may approve the Application and enter an order awarding Arthur Lander C.P.A., P.C. the compensation upon expiration of the notice period.

---

[3] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

Dated: October 17, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Marc E. Albert*
　　　　　　　　　　　　　　　　　　　Marc E. Albert, No. 345181
　　　　　　　　　　　　　　　　　　　STINSON LLP
　　　　　　　　　　　　　　　　　　　1775 Pennsylvania Ave., N.W., Suite 800
　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　Tel. (202) 785-9100
　　　　　　　　　　　　　　　　　　　Fax (202) 572-9943
　　　　　　　　　　　　　　　　　　　marc.albert@stinson.com
　　　　　　　　　　　　　　　　　　　*Chapter 11 Trustee*