| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00180-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Fri Oct 17 12:23:55 EDT 2025 | 1416 EASTERN AVE NE LLC<br>700 51st Street NE#102B<br>Washington, DC 20019-5549 | DC Water and Sewer Authority<br>1385 Canal Street<br>Washington, DC 20003-5015 |
| (p)CHILD SUPPORT SERVICES DIVISION<br>ATTN LEGAL SERVICES SECTION<br>400 SIXTH ST NW<br>SUITE 8300<br>WASHINGTON DC 20001-0189 | Stinson LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006-4760 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington Gas Light Company<br>c/o Nagle & Zaller, P.C.<br>8840 Stanford Boulevard, Suite 180<br>Columbia, MD 21045-5827 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | DC Gov't Office of Tax and Revenue<br>P.O. Box 37559<br>Washington DC 20013-7559 |
| DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | Diamond Stewart<br>2501 Naylor Rd., SE<br>Apt. 3<br>Washington, DC 20020-4026 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Donnell Ray<br>1416 Eastern Avenue, NE Unit 102<br>Washington, DC 20019-8136 | Fontavia Griffin<br>1416 Eastern Avenue, NE Unit B2<br>Washington, DC 20019-8136 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Lena Carter-Camara<br>1416 Eastern Ave., NE Unit B1<br>Washington, DC 20019-8136 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 |
| Michelle Christian<br>1416 Eastern Avenue, NE Unit 201<br>Washington, DC 20019-8136 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | TD Bank, N.A.<br>Michael D. Nord, Gebhardt & Smith LLP<br>One South Street, Ste 2200<br>Baltimore, MD 21202-3281 | Tyesha Goode<br>1416 Eastern Avenue, NE Unit 101<br>Washington, DC 20019-8136 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 |
| [redacted] | Rodecia Mason<br>PO Box 151614<br>Alexandria, VA 22315-1614 | William C. Johnson Jr.<br>The Johnson Law Group, LLC<br>6305 Ivy Lane,<br>Suite 630<br>20770<br>Greenbelt, MD 20770-1465 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Office of the Attorney General for the Distr
400 6th Street, N.W.
Washington, DC 20001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Diamond Stewart
2501 Naylor Rd SE
Apt 3
Washington, DC 20020-4026

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    29
Bypassed recipients     2
Total                  31