Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*[1],<br><br>　　　　　　　　　Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>Jointly Administered |

**NOTICE OF MOTION AND NOTICE OF HEARING ON CONSENT MOTION TO APPROVE COMPROMISE OF CONTROVERSY PURSUANT TO FED. R. BANKR. P. 9019 BETWEEN THE TRUSTEE, THE DISTRICT OF COLUMBIA GOVERNMENT, T.D. BANK, N.A., AND WASHINGTON GAS LIGHT COMPANY**

　　　**PLEASE TAKE NOTICE** that Marc E. Albert, the Chapter 11 Trustee (the "Trustee") of the bankruptcy estates of 1416 Eastern Ave NE LLC, et al. (the "Debtors"), by and through undersigned counsel, has filed a consent motion (the "Motion") to approve a proposed settlement agreement between the Trustee, the District of Columbia Office of the Attorney General (the "District"), T.D. Bank, N.A. ("T.D. Bank"), and Washington Gas Light Company ("Washington Gas", together, the "Parties") regarding the $1,200,000.00 (the "Escrow") held by the Trustee in escrow pursuant to the emergency order entered by the Court on June 13, 2025. The proposed settlement agreement ("Agreement") provides for the final distribution of the Escrow among the Parties in full and complete settlement of their respective claims thereto.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

Pursuant to the Agreement, the Parties have agreed to the following allocation of the Escrow: (i) the District shall receive $137,741.00 in full and final settlement of its claim against the Escrow; (ii) Washington Gas shall receive $18,195.47 in full and final settlement of its claim against the Escrow; and (iii) T.D. Bank shall receive $1,014,263.53 in full and final settlement of its claim against the Escrow. T.D. Bank further agrees, subject to Court approval of the Agreement, to increase the professional fee carve-out[2] by an additional $25,000.00 to compensate the Trustee and his counsel Stinson LLP for the additional work performed in connection with the negotiation and documentation of this Agreement. The Parties agree that the Trustee and his counsel shall be paid $25,000.00 from the Escrow once the Agreement is approved by this Court. In addition, the Parties also agree that the United States Trustee fees arising from the distribution of the Escrow, estimated in the amount of $4,800.00[3], shall also be paid by the Trustee. As a material term of the Agreement, the Parties have agreed that the distribution of the Escrow funds as set forth in the Agreement constitutes a full and final settlement and satisfaction of any and all claims, rights, interests, and causes of action that any Party has or may have against the Escrow or any proceeds derived from the sale of the Debtors' properties. Upon the distribution of the Escrow funds in accordance with the terms of the Agreement, each of the Parties — T.D. Bank, the District, Washington Gas, and the Trustee — shall be deemed to have irrevocably and unconditionally released, acquitted, and forever discharged each other, and each of their respective current and former officers, directors, employees, agents, representatives, attorneys, successors, and assigns, from any and all claims, demands, liabilities, obligations, actions, causes of action, suits, rights, or damages of any nature whatsoever, whether known or unknown, contingent or fixed, liquidated or unliquidated, matured or unmatured, that arise from, relate to, or are in any way connected with the Escrow, the proceeds of the sale of the Debtors' properties, or the disputes resolved by the Agreement. For the avoidance of doubt, the Parties expressly acknowledge and agree that, upon consummation of the distribution of the Escrow contemplated by the Agreement, (a) no Party shall have any further claim or entitlement to any portion of the Escrow or to any proceeds generated from the sale of the Debtors' properties, (b) no additional amounts shall be due or payable to any Party on account of the Escrow or the sale of the Debtors' properties, and (c) such distribution and releases shall be final, binding, and conclusive upon all Parties and their respective successors and assigns. The full terms of the Agreement are included in the Motion. The Agreement is contingent on Court approval pursuant to Bankruptcy Rule 9019. A copy of the Motion is available to any party upon request to the Trustee's counsel at the contact information below.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the Court to grant the Motions, or if you want the Court to consider your views on the Motions, then:**

---

[2] The Trustee and T.D. Bank's previous agreement presented in the Trustee's Plan set the total cap for the Trustee's commission and Trustee's counsel's legal fees at $647,760.44 ($372,760.44 based on the original transfer and tax savings estimate, plus $275,000 for 11 months of operating the ten properties at $2,500/month/property). *See Plan*, Sec. VI.D [Dkt. No. 132]

[3] The estimated United States Trustee fees are calculated based on 0.4% of the amounts disbursed in each case. The amount disbursed in each of the ten cases is below $999,999 although the total disbursement amount across the ten cases is $1,200,000. Therefore, the estimated total United States Trustee fees are $4,800 = 0.4%*$1,200,000.

2

☒ **On or before November 7, 2025,** file with the Court, at the address shown below, a written response with supporting memorandum as required by the local bankruptcy rules. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

>Clerk of the Bankruptcy Court
>E. Barrett Prettyman U.S. Courthouse
>333 Constitution Avenue, N.W.
>Washington, D.C. 20001

Any objection filed must be sent to:

>STINSON LLP
>Attn: Bradley D. Jones, Esq.
>1775 Pennsylvania Ave., N.W., Suite 800
>Washington, DC 20006

☒ **PLEASE TAKE NOTICE that a hearing will be held on November 12, 2025, at 10:00 a.m. regarding the Motion.** Pursuant to General Order 2024-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or who wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at Gunn_Hearings@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

3

Dated: October 17, 2025

Respectfully submitted,

*/s/ Bradley D. Jones*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2025, I served a copy of the foregoing notice, the motion, and the proposed order upon all parties in interest pursuant to applicable Federal Rules of Bankruptcy Procedure.

*/s/ Bradley D. Jones*
Bradley D. Jones