Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*,[1]<br><br>                Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>Jointly Administered |

## CERTIFICATE OF MAILING

      I hereby certify that on October 17, 2025, a copy of the Notice of Motion and Notice of Hearing on Consent Motion to Approve Compromise of Controversy Pursuant to Fed. R. Bankr. P. 9019 Between the Trustee, the District of Columbia Government, T.D. Bank, N.A. and Washington Gas Light Company was served by first class mail, postage prepaid, to the parties listed below and upon all parties included on the attached service list:

| | |
|---|---|
| Kristen S. Eustis<br>Office of the United States Trustee<br>1725 Duke Street<br>Ste 650<br>Alexandria, VA 22314 | Emil Hirsch<br>Carlton Fields, P.A.<br>1625 Eye Street NW<br>Suite 800<br>Washington, DC 20006 |

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

CORE/3516991.0009/232627424.1

Michael D. Nord
Elizabeth Drayden Peters
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202

Nancy L. Alper
Laura C. Beckerman
Stephon Woods
Office of Attorney General For D.C.
400 6th Street, NW
9th Floor
Washington, DC 20001

John Ernest Tsikerdanos
Nagle & Zaller, P.C.
8840 Stanford Boulevard
Suite 1800
Columbia, MD 21045

Dated: October 17, 2025

Respectfully submitted,

*/s/ Bradley D. Jones*
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert, Trustee*

2

# SERVICE LIST
*In re 1416 Eastern Ave NE LLC, et al.*, Leading Case No. 24-00180

| | |
|---|---|
| 1416 EASTERN AVE NE LLC<br>700 51st Street NE #102B<br>Washington, DC 20019-5549 | DC Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Child Support Services Division<br>Attn: Legal Services Section<br>400 Sixth St NW<br>Suite 8300<br>Washington, DC 20001-0189 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| DC Gov't Office of Tax and Revenue<br>P.O. Box 37559<br>Washington, DC 20013-7559 | DC Office of Tax and Revenue<br>1101 4th St.<br>SW #270<br>Washington, DC 20024-4457 |
| Donnell Ray<br>1416 Eastern Avenue, NE<br>Unit 102<br>Washington, DC 20019-8136 | Fontavia Griffin<br>1416 Eastern Avenue, NE<br>Unit B2<br>Washington, DC 20019-8136 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Lena Carter-Camara<br>1416 Eastern Ave., NE<br>Unit B1<br>Washington, DC 20019-8136 |
| Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Michelle Christian<br>1416 Eastern Avenue, NE<br>Unit 201<br>Washington, DC 20019-8136 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave.<br>Suite 200<br>Fort Lauderdale, FL 33309-2371 |

| | |
|---|---|
| Tyesha Goode<br>1416 Eastern Avenue, NE<br>Unit 101<br>Washington, DC 20019-8136 | U. S. Trustee for Region Four<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| US Realty LLC<br>2300 N ST NW<br>STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW<br>7th Floor<br>Washington, DC 20024-3496 |
| William C. Johnson Jr.<br>The Johnson Law Group, LLC<br>6305 Ivy Lane<br>Suite 630<br>Greenbelt, MD 20770-1465 | Office of the Attorney General for the District of Columbia<br>400 6th Street, N.W.<br>9th Floor<br>Washington, DC 20001-0189 |
| 945 LONGFELLOW ST NW LLC<br>945 Longfellow St NW #103<br>Washington, DC 20011-8218 | Anthon Thomas<br>945 Longfellow St., NW<br>Unit 10<br>Washington, DC 20011-8240 |
| Ayesha Upshur<br>945 Longfellow St., NW<br>Unit #02<br>Washington, DC 20011-8218 | Brenda Thompson<br>945 Longfellow St., NW<br>Unit 12<br>Washington, DC 20011-8240 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 75520<br>Washington, DC 20013-7559 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | Ericka Williams<br>945 Longfellow St., NW<br>Unit 11<br>Washington, DC 20011-8240 |
| Fatima Glasco<br>945 Longfellow St., NW<br>Unit 6<br>Washington, DC 20011-8240 | Kalkidan Kumilachew<br>945 Longfellow St., NW<br>Unit 4<br>Washington, DC 20011-8240 |
| Kevin Gilchrist<br>945 Longfellow St., NW<br>Unit 13<br>Washington, DC 20011-8240 | MARINA QUINTANILLA-DOE<br>945 Longfellow St., NW<br>Unit 5<br>Washington, DC 20011-8240 |

2

| | |
|---|---|
| Maria Hernandez<br>945 Longfellow St., NW<br>Unit 9<br>Washington, DC 20011-8240 | Markita Jordan<br>945 Longfellow St., NW<br>Unit 7<br>Washington, DC 20011-8240 |
| Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 | Pepco<br>Attn: Credit Department<br>701 9th St. NW<br>Washington, DC 20001-4572 |
| Shantel Bolks<br>945 Longfellow St., NW<br>Unit 1<br>Washington, DC 20011-8239 | Washington Gas<br>6801 Industrial Rd<br>117B<br>Springfield, VA 22151-4205 |
| 2501 NAYLOR RD SE LLC<br>2501 Naylor Road, SE #103<br>Washington, DC 20020-4026 | DC WATER<br>ATTN COLLECTIONS DEPARTMENT<br>1385 Canal Street SE<br>Washington, DC 20003-5015 |
| Diamond Stewart<br>2501 Naylor Road, SE<br>Unit 3<br>Washington, DC 20020-4026 | Dominique Jones<br>2501 Naylor Road, SE<br>Unit 5<br>Washington, DC 20020-4026 |
| Jessica Phillips<br>2501 Naylor Road, SE<br>Unit B1<br>Washington, DC 20020-4026 | Layetta Howard<br>2501 Naylor Road, SE<br>Unit B2<br>Washington, DC 20020-4026 |
| Tiffany Epps<br>2501 Naylor Road, SE<br>Unit 2<br>Washington, DC 20020-4026 | 4303-13 WHEELER RD SE LLC<br>4313 Wheeler Rd SE #103<br>Washington, DC 20032-6041 |
| Antuan Bookens<br>4309 Wheeler Road, SE<br>Unit 202<br>Washington, DC 20032-6040 | Avaye Armstrong<br>4313 Wheeler Road, SE<br>Unit 101<br>Washington, DC 20032-6041 |
| Brittany Hunt<br>4301 Wheeler Road, SE<br>Unit 203<br>Washington, DC 20032-6037 | Charlene Lindsey<br>4305 Wheeler Road, SE<br>Unit 103<br>Washington, DC 20032-6039 |

| | |
|---|---|
| Daeshana Anderson<br>4305 Wheeler Road, SE<br>Unit 202<br>Washington, DC 20032-6039 | Dasiah Gordon<br>4301 Wheeler Road, SE<br>Unit 103<br>Washington, DC 20032-6037 |
| Diana Gottschalk Miller<br>4301 Wheeler Road, SE<br>Unit 104<br>Washington, DC 20032-6037 | Ebonie Smith<br>4313 Wheeler Road, SE<br>Unit 301<br>Washington, DC 20032-6025 |
| Finiya Johnson<br>4309 Wheeler Road, SE<br>Unit 203<br>Washington, DC 20032-6040 | Jacia Garris<br>618 12th St NE<br>Apt. 302<br>Washington, DC 20002-5354 |
| Jasmine Sockwell<br>4305 Wheeler Road, SE<br>Unit 203<br>Washington, DC 20032-6039 | John Oldham<br>4305 Wheeler Road, SE<br>Unit 102<br>Washington, DC 20032-6039 |
| Kendria Sidbury<br>4313 Wheeler Road, SE<br>Unit 204<br>Washington, DC 20032-6025 | Kierra Bell<br>4301 Wheeler Road, SE<br>Unit 201<br>Washington, DC 20032-6037 |
| Kysha Rosario<br>4313 Wheeler Road, SE<br>Unit 102<br>Washington, DC 20032-6041 | Nattonnia Ross<br>4309 Wheeler Road, SE<br>Unit 204<br>Washington, DC 20032-6040 |
| Paris Reese<br>4313 Wheeler Road, SE<br>Unit 303<br>Washington, DC 20032-6025 | Pepco: Credit Department<br>701 9th Street NW<br>Washington, DC 20001-4572 |
| Ranita Jordan<br>4301 Wheeler Rd., SE<br>Unit 102<br>Washington, DC 20032-6037 | Regina February<br>4313 Wheeler Road, SE<br>Unit 104<br>Washington, DC 20032-6041 |
| Richelle Pearson<br>4313 Wheeler Road, SE<br>Unit 103<br>Washington, DC 20032-6041 | Rodecia Mason<br>PO Box 151614<br>Alexandria, VA 22315-1614 |
| | |

| | |
|---|---|
| Ronesha Jones<br>4313 Wheeler Road, SE<br>Unit 302<br>Washington, DC 20032-6025 | Shakira Bell<br>4313 Wheeler Road, SE<br>Unit 201<br>Washington, DC 20032-6041 |
| Shamona Anderson<br>4301 Wheeler Rd., SE<br>Unit 101<br>Washington, DC 20032-6037 | Shanique Swan<br>2408 Kent Village Place<br>Landover, MD 20785-3470 |
| Sherod Harvery<br>4305 Wheeler Road, SE<br>Unit 302<br>Washington, DC 20032-6039 | Talanda Garrett<br>4305 Wheeler Road, SE<br>Unit 204<br>Washington, DC 20032-6039 |
| Tevin Jackson<br>830 Xenia St., SE<br>Washington, DC 20032-3970 | Tiffany Hunt-Davis<br>4313 Wheeler Road, SE<br>Unit 202<br>Washington, DC 20032-6041 |
| Vernon Jones<br>4305 Wheeler Road, SE<br>Unit 201<br>Washington, DC 20032-6039 | 4263 6th ST SE Apartments LLC<br>4263 6th St SE #103<br>Washington, DC 20032-3626 |
| Chanel Jackson<br>4263 6th Street, SE<br>Unit 1<br>Washington, DC 20032-3626 | Jennifer Patrick<br>4265 6th Street, SE<br>Unit 2<br>Washington, DC 20032-3613 |
| Kris Kieh<br>4263 6th Street, SE<br>Unit 2<br>Washington, DC 20032-3626 | 4935 NHB AVE NE LLC<br>4935 Nannie Helen Burroughs Ave, NE#103<br>Washington, DC 20019 |
| Alicia Hurst<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 2<br>Washington, DC 20019-3676 | Allen Reeves<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 6<br>Washington, DC 20019-5400 |
| Ashleigh Palmer<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 3<br>Washington, DC 20019-3677 | Department of Consumer and Regulatory Affairs<br>1100 4th St SW<br>Washington, DC 20024-4451 |
| | |

| | |
|---|---|
| Dijonia Hines<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 4<br>Washington, DC 20019-3678 | Latoia Harris<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 1<br>Washington, DC 20019-3679 |
| Rodger Otey<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 5<br>Washington, DC 20019-3676 | 3968 MLK LLC<br>1613 17th PL SE#103<br>Washington, DC 20020-5514 |
| Brittany Daniel<br>3968 Martin Luther King Jr. Avenue, SW<br>Unit 2<br>Washington, DC 20032-1435 | DC Department of Health<br>899 North Capitol Street, NE<br>1st Floor<br>Washington, DC 20002-5686 |
| Jasmine Tamaklo<br>3968 Martin Luther King Jr. Avenue, SW<br>Unit 4<br>Washington, DC 20032-1435 | Precious Moore<br>3968 Martin Luther King Jr. Avenue, SW<br>Unit 3<br>Washington, DC 20032-1435 |
| Towanda Chew<br>3968 Martin Luther King Jr. Avenue, SW<br>Unit B2<br>Washington, DC 20032-1435 | 4010 9th St SE LLC<br>4010 9th St SE #B3<br>Washington, DC 20032-6052 |
| Aunette Banks<br>4010 9th Street, SE<br>Unit 201<br>Washington, DC 20032-6052 | Delonya Boyd<br>4010 9th Street, SE<br>Unit 101<br>Washington, DC 20032-6052 |
| John Amanor<br>4010 9th Street, SE<br>Unit 203<br>Washington, DC 20032-6052 | Lavia Clark<br>4010 9th Street, SE<br>Unit 301<br>Washington, DC 20032-6052 |
| Lyrics Watkins<br>4010 9th Street, SE<br>Unit 304<br>Washington, DC 20032-6052 | Natasha Sprattley<br>4010 9th Street, SE<br>Unit 104<br>Washington, DC 20032-6052 |
| Ronnell Dawson<br>4010 9th Street, SE<br>Unit 102<br>Washington, DC 20032-6052 | Sharon Risper<br>4010 9th Street, SE<br>Unit 202<br>Washington, DC 20032-6052 |

| | |
|---|---|
| Takita Johnson<br>4010 9th Street, SE<br>Unit 203<br>Washington, DC 20032-6052 | Tracy Davis<br>4010 9th Street, SE<br>Unit 303<br>Washington, DC 20032-6052 |
| William Reed<br>4010 9th Street, SE<br>Unit 204<br>Washington, DC 20032-6052 | 2440 S ST SE LLC<br>2440 S ST SE #B1<br>Washington, DC 20020-4554 |
| Charmayne Mcnair<br>2440 S St., SE<br>Unit 7<br>Washington, DC 20020-4587 | Demyria Myles<br>2440 S St., SE<br>Unit 9<br>Washington, DC 20020-4586 |
| Emonie Thompson<br>2440 S St., SE<br>Unit 3<br>Washington, DC 20020-4586 | Juanita Hall<br>2440 S St., SE<br>Unit 11<br>Washington, DC 20020-4586 |
| Kemesha Nelson<br>2440 S St., SE<br>Unit 4<br>Washington, DC 20020-4587 | Ronetta Higgins<br>2440 S St., SE<br>Unit 6<br>Washington, DC 20020-4587 |
| Sarina Washington<br>2440 S St., SE<br>Unit #08<br>Washington, DC 20020-4554 | Shanta A. Williams<br>2440 S St., SE<br>Unit #02<br>Washington, DC 20020-4586 |
| Shevonne Edmunds<br>2440 S St., SE<br>Unit 5<br>Washington, DC 20020-4587 | Summer Arrington<br>2440 S St., SE<br>Unit 1<br>Washington, DC 20020-4586 |
| Tiara Moses<br>2440 S St., SE<br>Unit 10<br>Washington, DC 20020-4586 | 4400 Hunt PL NE LLC<br>400 Hunt PL NE #B1<br>Washington, DC 20019-3663 |
| Alicea Boots<br>4400 Hunt Place, NE<br>Unit 104<br>Washington, DC 20019-3603 | Asia Taylor<br>4400 Hunt Place, NE<br>Unit 200<br>Washington, DC 20019-3623 |

| | |
|---|---|
| Delonta Richardson<br>4400 Hunt Place, NE<br>Unit 204<br>Washington, DC 20019-3629 | Donnice Tyler<br>4400 Hunt Place, NE<br>Apt. 103<br>Washington, DC 20019-3603 |
| Edward Taylor<br>4400 Hunt Place, NE<br>Unit 102<br>Washington, DC 20019-3603 | Efrem Perkins<br>4400 Hunt Place, NE<br>Unit 300<br>Washington, DC 20019-3632 |
| Jamar Bush<br>4400 Hunt Place, NE<br>Unit 203<br>Washington, DC 20019-3629 | Janae Caesar<br>4400 Hunt Place, NE<br>Unit 303<br>Washington, DC 20019-3632 |
| Lisa Warren<br>4400 Hunt Place, NE<br>Unit 301<br>Washington, DC 20019-3632 | Richard Fulton<br>4400 Hunt Place, NE<br>Unit 302<br>Washington, DC 20019-3632 |
| Sebrina Riggins<br>4400 Hunt Place, NE<br>Unit 101<br>Washington, DC 20019 | Vanecia Walker<br>4400 Hunt Place, NE<br>Unit 201<br>Washington, DC 20019-3623 |
| Geneva Holding Co LLC<br>115 Bytham Ridge Lane<br>Potomac, MD 20854 | Yusef Scott<br>14801 Lynnville Terrace<br>Upper Marlboro, MD 20774 |
| Ali Razjooyan<br>115 Bytham Ridge Lane<br>Potomac, MD 20854 | Sadegh Jafari<br>2339 Rosedown Drive<br>Reston, VA 20191 |
| Houri Azam Razjooyan<br>117 Bytham Ridge Lane<br>Potomac, MD 20854 | Mitra Dadashzadeh<br>2339 Rosedown Drive<br>Reston, VA 20191 |
| Eimon Razjooyan<br>117 Bytham Ridge Lane<br>Potomac, MD 20854 | Kevin Gilchrist<br>945 Longfellow Street Northwest<br>Unit #15<br>Washington, DC 20011 |
| Shaquanda Perry<br>945 Longfellow Street Northwest<br>Unit #01<br>Washington, DC 20011 | Brenda Thompson<br>945 Longfellow St., NW<br>Unit 14<br>Washington, DC 20011-8240 |

| | |
|---|---|
| April Nickens<br>2501 Naylor Road Southeast<br>Unit #04<br>Washington, DC 20020 | Tevin Jackson<br>4313 Wheeler Road Southeast<br>Unit #203<br>Washington, DC 20032 |
| Rodecia Mason<br>4309 Wheeler Road Southeast<br>Unit #104<br>Washington, DC 20032 | Shanique Swan<br>4301 Wheeler Road Southeast<br>Unit #204<br>Washington, DC 20032 |
| Chanel Jackson<br>4263 6th Street Southeast<br>Unit #2<br>Washington, DC 20032 | Kris Kieh<br>4267 6th Street Southeast<br>Unit #2<br>Washington, DC 20032 |
| Jennifer Patrick<br>4265 6th Street Southeast<br>Unit #1<br>Washington, DC 20032 | Towanda Chew<br>3968 Martin Luther King Junior Avenue SE<br>Unit #B2<br>Washington, DC 20032 |
| Brittany Daniels<br>3968 Martin Luther King Jr. Avenue, SE<br>Unit #02<br>Washington, DC 20032-1435 | Precious Moore<br>3968 Martin Luther King Jr. Avenue, SE<br>Unit #03<br>Washington, DC 20032-1435 |
| Jasmine Tamaklo<br>3968 Martin Luther King Jr. Avenue, SE<br>Unit #04<br>Washington, DC 20032-1435 | John Amanor<br>4010 9th Street Southeast<br>Unit #302<br>Washington, DC 20032 |
| Charles Stroud<br>4010 9th Street Southeast<br>Unit #103<br>Washington, DC 20032 | Chris Brown<br>4400 Hunt Place, NE<br>Unit #100<br>Washington, DC 20019-3603 |
| Janae Ceasar<br>4400 Hunt Place, NE<br>Unit #303<br>Washington, DC 20019 | Jacueline Newby<br>4400 Hunt Place, NE<br>Unit #202<br>Washington, DC 20019-3603 |
| Ahmad Yancy<br>4400 Hunt Place, NE<br>Unit #304<br>Washington, DC 20019-3603 | Securities & Exchange Commission<br>Attn: Secretary of the Treasury<br>100 F St. NE<br>Washington DC 20549 |
| | |

| | |
|---|---|
| Security & Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Road NW, Suite 1000<br>Atlanta, GA 30326 | Matthew M. Graves (the US Attorney for the District of Columbia)<br>United States Attorney's Office<br>601 D Street, NW<br>Washington, DC 20579 |
| Brian L. Schwalb (the D.C. Attorney General)<br>400 6th Street NW<br>Washington, D.C. 20001 | Muriel Bowser (Mayor of D.C.)<br>John A. Wilson Building<br>1350 Pennsylvania Avenue, NW,<br>Washington, DC 20004 |
| Merrick Garland (United States Attorney General)<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | District of Columbia Housing Authority (DCHA)<br>1133 North Capitol Street, N.E.<br>3rd Floor<br>Washington, DC 20002 |
| U.S. Department of Housing and Urban Development<br>451 7th Street S.W.<br>Washington, DC 20410 | Department of Housing and Community Development<br>1909 Martin Luther King Jr. Avenue SE,<br>Washington, DC 20020 |
| Greater Washington Urban League<br>2901 14th St NW<br>Washington, DC 20009 | District of Columbia Housing Authority<br>300 7th Street SW<br>Washington, DC 20024 |
| Nancy L. Alper<br>Senior Assistant Attorney General<br>400 6th Street, N.W.<br>Washington, DC 20001 | MED Solar 2, LLC<br>c/o HESP Solar LLC<br>Attn: Susan Brodie<br>1 Paragon Dr.<br>Suite 255<br>Montvale NJ, 07645 |
| Capital Venture Trust, LLC<br>267 Kentlands Blvd<br>Suite 3024<br>Gaithersburg, Maryland 20878 | Washington Gas & Light Company<br>c/o Nagle & Zaller, P.C.<br>7226 Lee DeForest Drive<br>Suite 102<br>Columbia, Maryland 21046 |
| DC Health<br>2201 Shannon PL SE<br>2nd Floor<br>Washington, DC 20020 | U.S. Small Business Administration<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 |
| | |

| | |
|---|---|
| DC Department of Health<br>899 North Capitol Street NE<br>1st Floor<br>Washington, DC 20002 | Washington Gas & Light Company<br>c/o Nagle & Zaller, P.C.<br>Attn: Erin K. Voss<br>8840 Standford Boulevard<br>Suite 1800<br>Columbia, Maryland 21045 |
| Logan Tax Services, LLC<br>3723 Old Court Road<br>Suite 204<br>Baltimore MD 21208 | ATCF II DC<br>150 S Pine Island Rd.<br>Suite 417<br>Plantation, Florida 33324 |
| Emil Hirsch, Esq.<br>CARLTON FIELDS, P.A.<br>1025 Thomas Jefferson St. NW, Suite 400W<br>Washington, D.C. 20007 | Stephon D. Woods<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 6TH Street, N.W., 9TH Floor<br>Washington, DC 20001 |
| Elizabeth Drayden Peters<br>Gebhardt & Smith LLP<br>One South Street, Suite 2200<br>Baltimore, MD 21202 | Laura C. Beckerman<br>Senior Trial Counsel, Public Advocacy Division<br>Office of the Attorney General for the District of Columbia<br>400 6th Street, N.W., 10th Floor<br>Washington, D.C. 20001 |
| David Lynn, Esq.<br>15245 Shady Grove Road<br>Suite 465 N<br>Rockville, MD 20850 | Craig London<br>10411 Motor City Dr.<br>Suite 750<br>Bethesda, MD 20817 |
| Edwards Financial, LLC<br>3907 Greenway<br>Baltimore, MD 21218 | Edwards Financial, LLC<br>c/o James Edwards (Resident Agent)<br>4405 Greenway<br>Baltimore, MD 21218 |
| All Season Painting, Inc.<br>12201 Daisy Lane<br>Glenn Dales, MD 20769 | Banish Pest LLC<br>8312 Montpeliar Drive<br>Laurel, MD 20708-0000 |
| D&K Waste Removal LLC<br>7529 Zoe Lane<br>Laurel, MD 20723 | Ernie's Lock Company<br>3201 New Coach Lane<br>Bowie, MD 20716 |

| | |
|---|---|
| E&S Plumbing<br>8012 Old Alexandria Ferry Road<br>Clinton, MD   20735 | First Priority Locksmith, LLC<br>8845 Walker Mill Rd.<br>Capitol Heights, MD  20743 |
| Hawkins Electric Service, Inc.<br>8667 Cherry Lane<br>Laurel, MD  20707 | Ironwatch Security, LLC<br>14100 Parke Long Ct.<br>Ste F<br>Chantilly, VA   20151 |
| J and J Mechanical Services<br>617 12th Street, NE<br>Washington, DC  20002 | JOMA Lawn Care & Tree Experts<br>13916 Mustang Hill Lane<br>North Potomac, MD  20878 |
| JRH Construction, Inc.<br>6400 Riggs Road<br>Hyattsville, MD  20783 | JW Right Electric<br>125 El Camino Way<br>Fort Washington, MD  20744 |
| Kwik Solutions LLC<br>7529 Zoe Ln.<br>Laurel, MD   20723 | Mecco LLC<br>PO Box 791887<br>Baltimore, MD  21297 |
| Mel & Son's Glass Co.<br>5554 Tuxedo Rd.<br>Hyattsville, MD  20781 | Pepco<br>PO Box 13608,<br>Philadelphia, PA  19101 |
| Raymond Smith DBA:<br>P.O Box 453<br>Upper Marlboro, MD   20772 | Washington Gas<br>P.O. Box 37747<br>Philadelphia, PA 19101-5047 |
| WB Waste Solutions<br>1701 Olive St<br>Capitol Heights, MD   20743 | White Glove Commercial Cleaning<br>13804 Pine Needle Ct.<br>Upper Marlboro, MD   20774 |
| William Braxton Trash Service, Inc.<br>13312 Octagon Lane<br>Silver Spring, MD   20904 | DAWGS Vacant Property Security<br>8770 W Bryn Mawr, Suite 1300<br>Chicago, IL 60631 |