# EXHIBIT 1

Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) <br> ) <br> ) <br> 1416 Eastern Ave NE LLC, *et al.*[1], ) <br> ) <br> Debtors. ) <br> ) | Case No. 24-00180-ELG <br> Chapter 11 <br> Jointly Administered |

**TRUSTEE'S FINAL ACCOUNT**
**FOR CHAPTER 11 CASES OF 1416 EASTERN AVE NE LLC, ET AL.**

  1416 Eastern Ave NE LLC, *et al.* (the "Joint Debtors") filed their voluntary petitions under Title 11, Chapter 11 in the United States Bankruptcy Court for the District of Columbia on May 29, 2024. Pursuant to the requirement of 11 U.S.C. § 1106(a)(7), the Trustee now files this final account:

  1. Administrative Expenses Paid or to be Paid Under the Plan:

    Trustee Compensation                    $214,083.29[2]

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184- ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

[2] The Trustee and T.D. Bank, N.A.'s agreement set the total cap for the Trustee's commission and Trustee's counsel's legal fees at $647,760.44 ($372,760.44 based on the original transfer and tax savings estimate, plus $275,000 for 11 months of operating the ten properties at $2,500/month/property). The Trustee's first application for compensation sought $26,929.40 in total. [Dkt. No. 150]. The Trustee's second application for compensation sought $257,735.43 in total. [Dkt. No. 188]. Both of the applications for compensation have been approved by the Court [Dkt. Nos. 166 and 196]. Therefore, the total approved compensation for the Trustee is $284,664.83. The pro rata share of Trustee's compensation for the fees paid under the Carve Out is $214,083.29.

1

| | |
|---|---:|
| Stinson LLP | $433,677.15[3] |
| Stinson LLP (to be paid) | $25,000.00[4] |
| Noble Realty Advisors, LLC | $193,771.00[5] |
| Marcus & Millichap | $302,000.00[6] |
| Arthur Lander CPA PC (Accountant) | $13,347.00[7] |
| Subtotal | **$1,181,878.44** |
| Post Confirmation United States Trustee Fees (Q2) | $9,497.00[8] |
| Total | **$1,191,375.44** |

2. Secured Creditors Paid or to be Paid under the Plan:

| | |
|---|---:|
| Payment to the District of Columbia Office of the Attorney General in settlement of its claim against the escrow funds of $1,200,000 (Class A.1.) | $137,741.00[9] |

---

[3] The Trustee and T.D. Bank, N.A.'s agreement set the total cap for the Trustee's commission and Trustee's counsel's legal fees at $647,760.44 ($372,760.44 based on the original transfer and tax savings estimate, plus $275,000 for 11 months of operating the ten properties at $2,500/month/property). Stinson LLP's first application for compensation sought $304,997.59 in total. [Dkt. No. 149]. Stinson LLP's second application for compensation sought $197,865.59 in total. [Dkt. No. 187]. Stinson LLP voluntarily decreased its fees sought in the first application for compensation by $15,000.00 and the Court granted $289,997.59 in total for its first application for compensation. [Dkt. No. 165]. The Court approved Stinson LLP's second application for compensation in the total amount of $197,865.59. [Dkt. No. 195]. Therefore, the total approved compensation for Stinson LLP is $487,863.18. The pro rata share of Stinson LLP's compensation for the fees allowable and paid under the carve out is $433,677.15.

[4] Per the *Order Granting Trustee' Emergency Motion to Compel Pinnacle Title & Escrow, Inc. to Close Property Sale and to Authorize the Trustee to Hold Funds in Escrow* [Dkt. No.177], the Trustee is authorized and directed to escrow funds in the amount of $1,200,000.00 to reserve for sums potentially owed to D.C. Government and Washington Gas Light Company, and subject to a priority dispute with the senior secured lender T.D. Bank, N.A. The parties have reached to a resolution and filed a *Consent Motion to Approve Compromise Under FRBP 9019 Between the Trustee, DC Government, TD Bank, N.A. and Washington Gas Light Company* [Dkt. No. 200] on October 17,2025. As explained in this consent motion, T.D. Bank, N.A. agrees to increase the professional fee carve-out by an additional $25,000.00 to compensate the Trustee and his counsel Stinson LLP for the additional work performed in connection with the negotiation and documentation of this agreement. This consent motion is currently pending.

[5] This number represents the total paid cumulative fees and expenses, as reported in the Post-Confirmation Report for the quarter ending June 30, 2025, across the ten cases.

[6] This number represents the total paid cumulative fees and expenses, as reported in the Post-Confirmation Report for the quarter ending June 30, 2025, across the ten cases.

[7] The accountant has filed a final fee application on October 17, 2025 [Dkt. No. 199].

[8] This number reflects the payment of $9,497.00 for Q2 2025.

[9] Per the *Order Granting Trustee' Emergency Motion to Compel Pinnacle Title & Escrow, Inc. to Close Property Sale and to Authorize the Trustee to Hold Funds in Escrow* [Dkt. No.177], the Trustee is authorized and directed to escrow funds in the amount of $1,200,000.00 to reserve for sums potentially owed to D.C. Government and Washington Gas Light Company, and subject to a priority dispute with the senior secured lender T.D. Bank, N.A. The parties have reached to a resolution and filed a *Consent Motion to Approve Compromise Under FRBP 9019 Between the Trustee, DC Government, TD Bank, N.A. and Washington Gas Light Company* [Dkt. No. 200] on October 17,2025. As explained in this consent motion, the District of Columbia agreed to receive $137,741.00 in full and final settlement of its claim against the escrow funds. This consent motion is currently pending.

| | | |
|---|---|---|
| Payment to Washington Gas in settlement of its claim against the escrow funds of $1,200,000 (Class A.1.) | $18,195.47[10] | |
| Payment to TD Bank in settlement of its claim against the escrow funds of $1,200,000 (Class A.2.) | $1,014,263.53[11] | |
| Secured Claim of TD Bank not Subject to the Potential Liens of Other Creditors (Class A.2.) | $4,036,000.00 | |
| Total | $5,206,200.00 | |

3. Unsecured Creditors Paid or to be Paid under the Plan:

   None.

   Total: $0.00

4. Amount paid or to be paid equity security holders:

   None.

   Total: $0.00

5. Other distributions (includes payments to, or to be paid to debtors):

   Property Sale Stalking Horse Break-Up Fee    $250,000.00

   Other Payments Held or Made by Title Company (Includes Payments for DC WASA, DC Real Estate taxes, and other sale settlement charges)    $1,270,308.18[12]

---

[10] Per the *Order Granting Trustee' Emergency Motion to Compel Pinnacle Title & Escrow, Inc. to Close Property Sale and to Authorize the Trustee to Hold Funds in Escrow* [Dkt. No.177], the Trustee is authorized and directed to escrow funds in the amount of $1,200,000.00 to reserve for sums potentially owed to D.C. Government and Washington Gas Light Company, and subject to a priority dispute with the senior secured lender T.D. Bank, N.A. The parties have reached to a resolution and filed a *Consent Motion to Approve Compromise Under FRBP 9019 Between the Trustee, DC Government, TD Bank, N.A. and Washington Gas Light Company* [Dkt. No. 200] on October 17,2025. As explained in this consent motion, Washington Gas and Light Company agreed to receive $18,195.47 in full and final settlement of its claim against the escrow funds. This consent motion is currently pending.

[11] Per the *Order Granting Trustee' Emergency Motion to Compel Pinnacle Title & Escrow, Inc. to Close Property Sale and to Authorize the Trustee to Hold Funds in Escrow* [Dkt. No.177], the Trustee is authorized and directed to escrow funds in the amount of $1,200,000.00 to reserve for sums potentially owed to D.C. Government and Washington Gas Light Company, and subject to a priority dispute with the senior secured lender T.D. Bank, N.A. The parties have reached to a resolution and filed a *Consent Motion to Approve Compromise Under FRBP 9019 Between the Trustee, DC Government, TD Bank, N.A. and Washington Gas Light Company* [Dkt. No. 200] on October 17,2025. As explained in this consent motion, T.D. Bank, N.A. agreed to receive $1,014,263.53 in full and final settlement of its claim against the escrow funds. This consent motion is currently pending.

[12] *See Report of Sale*, Ex. A [ECF Dkt. No. 189]. Some payments or amounts held in escrow may be subject to refund and/or return to the trustee. Refund amounts will be remitted to T.D. Bank as payment towards tis secured claim.

3

|  |  |
|---|---|
| Total: | $1,520,308.18 |
| 6. Total disbursements under the Plan: | **$7,917,883.62** |

Wherefore, the Trustee submits this final account in discharge of its obligations under 11 U.S.C. §§ 1106 and 1107 on this 21st day of October 2025.

Dated: October 21, 2025                Respectfully submitted,

*/s/ Bradley D. Jones*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a copy of the foregoing electronically via the Court's ECF system on all parties receiving service thereby. A copy was also mailed to all parties on the attached Service List.

                                          */s/ Bradley D. Jones*
                                          Bradley D. Jones

CORE/3516991.0007/232888463.1

5