Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*[1],<br><br>          Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>Jointly Administered |

**NOTICE OF MOTION AND NOTICE OF HEARING
ON TRUSTEE'S MOTION FOR ENTRY OF FINAL DECREE**

      Marc E. Albert, the chapter 11 trustee (the "Trustee"), by counsel, filed a Trustee's Final Report and Motion for Final Decree (the "Motion"). A copy of the Motion and a proposed order and Final Decree along with supporting papers are attached to this Notice.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      **If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then:**

⊠    On or before **November 4, 2025**, you or your attorney must file with the Court a written objection to the Motion, together with the proposed order required by Local Bankruptcy

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

> Bradley D. Jones
> STINSON LLP
> 1775 Pennsylvania Ave., N.W., Suite 800
> Washington, DC 20006

☒ **PLEASE TAKE NOTICE that a hearing will be held on November 12, 2025 at 10:00 a.m. regarding the Motion.** Pursuant to General Order 2024-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or who wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at Gunn_Hearings@dcb.uscourts.gov for Zoom login instructions.

Dated: October 21, 2025                                             Respectfully submitted,

/s/ *Bradley D. Jones*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

## C<span></span>ERTIFICATE O<span></span>F S<span></span>ERVICE

I hereby certify that on October 21, 2025, a copy of the foregoing was served electronically via the Court's ECF system on all parties receiving service thereby. A copy was also mailed to all parties on the attached Service List.

/s/ *Bradley D. Jones*
Bradley D. Jones

CORE/3516991.0007/231550191.1