UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) ) ) | Case No. 24-00180-ELG<br>Chapter 11<br>Jointly Administered |
| Debtors. | ) ) | |

## **FINAL DECREE**

The matter before the Court is the *Trustee's Final Report and Motion for Final Decree*.

Whereas, 1416 Eastern Ave NE LLC, *et al.*, the joint debtors, filed voluntary petitions under Title 11, Chapter 11, in the United States Bankruptcy Court for the District of Columbia on May 29, 2024; and

Whereas, Marc E. Albert was appointed as the Chapter 11 Trustee for the Bankruptcy Estates of the joint debtors; and

Whereas, the Trustee's Joint Chapter 11 Plan of Liquidation was proposed to the creditors and confirmed by Order of this Court on April 29, 2025; and

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

1

Whereas, the Trustee has reported to this court that the Trustee's Joint Chapter 11 Plan of Liquidation has been substantially consummated; and

Whereas, Fed. R. Bankr. P. 3022 provides for the entry of a Final Decree; it is therefore

**ORDERED** that the Motion for Final Decree be and hereby is, **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED** that the Final Report is **APPROVED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that the ten jointly administered cases of the joint debtors are **CLOSED**. The Clerk of Court is directed to close the ten cases in accordance with this order; and it is

**FURTHER ORDERED** that this Court shall retain jurisdiction to resolve any dispute or matter arising from, or in connection with, the claim priority dispute between the District of Columbia and T.D. Bank, N.A. and the distribution of the funds in escrow; and it is

**FURTHER ORDERED** that the Trustee is authorized to file any final tax returns that may be necessary for these estates, to collect and distribute any additional funds or pay any additional expenses that related to these estates in accordance with the confirmed chapter 11 plan, and to take any further action that may be required to close the estates or administer the plan.

**[End of Order]**

**I ask for this:**

*/s/ Bradley D. Jones*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served electronically via the Court's ECF system on all parties receiving service thereby. A copy was also mailed to all parties on the attached Service List.

                                                     /s/ Bradley D. Jones
                                                     Bradley D. Jones

CORE/3516991.0007/231550435.1