The order below is hereby signed.

Signed: November 19 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors. | ) |

### ORDER ALLOWING COMPENSATION TO ACCOUNTANT FOR THE TRUSTEE

This matter came before the Court on the application ("Fee Application") for approval of compensation of Arthur Lander C.P.A., P.C. (the "Accountant"). [Dkt. No. 199]. Arthur Lander C.P.A., P.C. serves as the Accountant for Marc E. Albert ("Trustee"), the chapter 11 trustee for the above-captioned bankruptcy estates (the "Bankruptcy Estates"), pursuant to § 327(a) of the Bankruptcy Code.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

1

This application was the first Fee Application for the Accountant for the Trustee and covers the period from January 17, 2025 through May 25, 2025 (the "Application Period"). The Fee Application also sought approval of fees for anticipated additional services expected to be performed following the Application Period related to the preparation of the final 2025 Tax Return for each of the ten Bankruptcy Estates.

Counsel for the Trustee has spoken with Counsel for the Office of the United States Trustee. After discussions with the United States Trustee, the Trustee agreed that this application should be granted on an interim basis, without prejudice to the Accountant filing a final fee application at a later time, which may seek approval of compensation for work performed after the Application Period. The $13,347.00 in compensation originally requested in the Fee Application will be reduced by the $5,100.00 requested for anticipated additional services, which are not approved by this application.

Upon consideration of the Fee Application and any opposition filed thereto, if any, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that the Fee Application is approved as set forth in this Order; and it is

**FURTHER ORDERED,** that the Fee Application is approved as an interim application and the amounts requested by the Accountant is hereby approved in the following amounts:

**Fees for services rendered
during the Application Period:**                              **$8,247.00**

**FURTHER ORDERED,** that Trustee is authorized to pay the interim fees and expenses awarded herein; and it is

**FURTHER ORDERED,** that no fees will be awarded at this time for services incurred after the Application Period or for services that are anticipated but not rendered yet. However, the

Trustee will retain the right to file additional applications or a supplemental application to seek approval for compensation earned or expenses incurred, with all parties-in-interest retaining their rights to review and object to any future applications.

**[END OF ORDER]**

**WE ASK FOR THIS:**

*/s/ Marc E. Albert*
Marc E. Albert, No. 345181
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com

*Chapter 11 Trustee*

**SEEN AND NO OBJECTION:**

*/s/ Kristen S. Eustis*
Kristen S. Eustis
Trial Attorney
Department of Justice
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Tel:    (703) 557-7227
Kristen.S.Eustis@usdoj.gov
*Counsel for the Acting United States Trustee*
*for Region 4*

Copies to:

United States Trustee
1725 Duke St.
Alexandria, VA 22314

Marc Albert
Chapter 11 Trustee
1775 Pennsylvania Ave. NW Suite
Suite 800
Washington, DC 20006

Arthur Lander
300 N. Washington St. #104
Alexandria, VA 22314

CORE/3516991.0007/233328490.1

4