The order below is hereby signed.

Signed: November 19 2025



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors. | ) |

### ORDER AUTHORIZING DISTRIBUTIONS AND CONTINUING HEARING ON TRUSTEE'S MOTION FOR ENTRY OF A FINAL DECREE

The matter before the Court is the *Trustee's Final Report and Motion for Final Decree* (the "Motion"). [Dkt. No. 201]. A hearing on the Motion was held on November 12, 2025. [Dkt. No. 207]. Following that hearing counsel for the Trustee and counsel for the United States Trustee discussed this matter and agreed that the Motion should be resolved at this time in accordance with the terms of this order.

WHEREAS, 1416 Eastern Ave NE LLC, *et al.*, the joint debtors, filed voluntary petitions under Title 11, Chapter 11, in the United States Bankruptcy Court for the District of Columbia on May 29, 2024; and

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

1

WHEREAS, Marc E. Albert was appointed as the Chapter 11 Trustee for the Bankruptcy Estates of the joint debtors; and

WHEREAS, the Trustee's Joint Chapter 11 Plan of Liquidation was proposed to the creditors and confirmed by Order of this Court on April 29, 2025; and

WHEREAS, the Trustee has reported to this court that the Trustee's Joint Chapter 11 Plan of Liquidation has been substantially consummated; and

WHEREAS, Fed. R. Bankr. P. 3022 provides for the entry of a Final Decree; and

it is therefore

**ORDERED** that the Trustee is authorized to complete the distributions contemplated by the *Stipulation and Consent Order Approving Consent Motion to Approve Compromise of Controversy Pursuant to Fed. R. Bankr. P. 9019 Between the Trustee, the District of Columbia Government, T.D. Bank, N.A., and Washington Gas Light Company*, [Dkt. No. 204], and any remaining disbursements to be made in accordance with the Joint Chapter 11 Plan of Liquidation; and it is

**FURTHER ORDERED** that a Final Decree will not be entered and the Trustee will not be discharged at this time. The Motion will be continued to January 28, 2026 at 10:00 a.m. at which time the Court will consider whether a Final Decree may be entered at that time or the hearing on the Motion continued further.

**[End of Order]**

**AGREED TO BY:**

*/s/ Bradley D. Jones*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

**SEEN AND AGREED:**

*/s/ Kristen S. Eustis*
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
703-557-7227
Email: Kristen.S.Eustis@usdoj.gov
*Counsel for the Acting United States
Trustee for Region 4*

Copies to:

All ECF recipients

CORE/3516991.0007/234348181.1