The order below is hereby signed.

Signed: November 19 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## <u>ORDER ALLOWING COMPENSATION TO ACCOUNTANT FOR THE TRUSTEE</u>

This matter came before the Court on the application ("Fee Application") for approval of

compensation of Arthur Lander C.P.A., P.C. (the "Accountant"). [Dkt. No. 199]. Arthur Lander

C.P.A., P.C. serves as the Accountant for Marc E. Albert ("Trustee"), the chapter 11 trustee for

the above-captioned bankruptcy estates (the "Bankruptcy Estates"), pursuant to § 327(a) of the

Bankruptcy Code.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

1

This application was the first Fee Application for the Accountant for the Trustee and covers the period from January 17, 2025 through May 25, 2025 (the "Application Period"). The Fee Application also sought approval of fees for anticipated additional services expected to be performed following the Application Period related to the preparation of the final 2025 Tax Return for each of the ten Bankruptcy Estates.

Counsel for the Trustee has spoken with Counsel for the Office of the United States Trustee. After discussions with the United States Trustee, the Trustee agreed that this application should be granted on an interim basis, without prejudice to the Accountant filing a final fee application at a later time, which may seek approval of compensation for work performed after the Application Period. The $13,347.00 in compensation originally requested in the Fee Application will be reduced by the $5,100.00 requested for anticipated additional services, which are not approved by this application.

Upon consideration of the Fee Application and any opposition filed thereto, if any, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that the Fee Application is approved as set forth in this Order; and it is

**FURTHER ORDERED,** that the Fee Application is approved as an interim application and the amounts requested by the Accountant is hereby approved in the following amounts:

> **Fees for services rendered
> during the Application Period:**          **$8,247.00**

**FURTHER ORDERED,** that Trustee is authorized to pay the interim fees and expenses awarded herein; and it is

**FURTHER ORDERED,** that no fees will be awarded at this time for services incurred after the Application Period or for services that are anticipated but not rendered yet. However, the

Trustee will retain the right to file additional applications or a supplemental application to seek

approval for compensation earned or expenses incurred, with all parties-in-interest retaining their

rights to review and object to any future applications.

**[END OF ORDER]**

**WE ASK FOR THIS:**

*/s/ Marc E. Albert*
Marc E. Albert, No. 345181
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com

*Chapter 11 Trustee*

**SEEN AND NO OBJECTION:**

*/s/ Kristen S. Eustis*
Kristen S. Eustis
Trial Attorney
Department of Justice
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Tel:    (703) 557-7227
Kristen.S.Eustis@usdoj.gov
*Counsel for the Acting United States Trustee*
*for Region 4*

3

Copies to:

United States Trustee
1725 Duke St.
Alexandria, VA 22314

Marc Albert
Chapter 11 Trustee
1775 Pennsylvania Ave. NW Suite
Suite 800
Washington, DC 20006

Arthur Lander
300 N. Washington St. #104
Alexandria, VA 22314

CORE/3516991.0007/233328490.1

United States Bankruptcy Court

District of Columbia

In re:                                                                                      Case No. 24-00180-ELG

1416 EASTERN AVE NE LLC                                                                      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + 1416 EASTERN AVE NE LLC, 700 51st Street NE#102B, Washington, DC 20019-5549 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley David Jones | on behalf of Trustee Marc E. Albert brad.jones@stinson.com  brad.jones2020@ecf.pacerpro.com |
| Elizabeth Drayden Peters | on behalf of Creditor TD Bank  N.A. epeters@gebsmith.com |
| Emil Hirsch | on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com wdcecf@cfdom.net;ewhittington@carltonfields.com;ACinca@carltonfields.com;lierardi@carltonfields.com |
| John Ernest Tsikerdanos | on behalf of Creditor Washington Gas Light Company john@naglezaller.com |
| Joshua W. Cox | on behalf of Attorney Stinson LLP Joshua.cox@stinson.com  porsche.barnes@stinson.com |
| Joshua W. Cox | |

on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com  porsche.barnes@stinson.com

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Laura C. Beckerman

on behalf of Creditor Office of the Attorney General for the District of Columbia laura.beckerman@dc.gov  mina.kasama@dc.gov

Marc E. Albert

marc.albert@stinson.com  porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Marc E. Albert

on behalf of Trustee Marc E. Albert marc.albert@stinson.com
porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Maurice Belmont VerStandig

on behalf of Attorney Maurice VerStandig mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael D. Nord

on behalf of Creditor TD Bank  N.A. mnord@gebsmith.com

Michael T. Freeman

on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Nancy L. Alper

on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Ruiqiao Wen

on behalf of Trustee Marc E. Albert ruiqiao.wen@stinson.com

Stephon Woods

on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov

Tracey Michelle Ohm

on behalf of Trustee Marc E. Albert tracey.ohm@stinson.com  porsche.barnes@stinson.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

William C. Johnson, Jr.

on behalf of Debtor In Possession 1416 EASTERN AVE NE LLC William@JohnsonLG.Law
wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

TOTAL: 19