```
                 UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF COLUMBIA
```

In Re:                                )
    1416 Eastern Ave NE LLC           )    Case No. 24-00180 ELG
                                                       )    Chapter 11
                 Debtor                  )

## MOTION FOR APPLICATION FOR COMPENSATION
## AS ACCOUNTANT FOR THE TRUSTEE

Arthur Lander C.P.A., P.C. respectfully represents to the Court:

1. <u>Employment as Certified Public Accountant</u>.  Applicant applied to the Court and was appointed to act as Certified Public Accountant for the Trustee pursuant to an order of the Court dated November 18, 2024.

2. <u>No previous Payments have been made</u>.  The Accountant was paid $8,247.00 per order dated November 19, 2025 docket no. 208.

3. <u>Summary of services performed during the period.</u> The precise dates, descriptions and hours of services are fully set forth in the statement of services attached hereto as an Exhibit.  To summarize, the work was to prepare the tax return preparation for 2025 and preparing related accounting records for 10 entities.

4. <u>Requested Compensation</u>. Applicant has no agreement to share any compensation which may be awarded by this Court.  The services performed herein were performed entirely by applicant. Applicant respectfully submits that the rate of $120 to $510 per hour is a fair rate of compensation for services of the type rendered by the applicant.

Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860

Wherefore, the applicant prays that the Court enter an Order authorizing and awarding fees to Arthur Lander C.P.A., P.C. for services rendered in the amount of $13,770.00.

                        Arthur Lander C.P.A., P.C.

                        /S/ Arthur Lander

                        President

/S/ Arthur Lander  
Arthur Lander, Esq.  
For Applicant Arthur Lander CPA PC  
300 N. Washington St. #104  
Alexandria, Va. 22314  
(703) 486-0700  
law@businesslegalservicesinc.com  
DC Bar No. 421860

I, Marc Albert, the Trustee, have reviewed this Motion and have no objection.

/s/ Marc Albert

_____

Marc Albert

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion for Application for final Compensation As Accountant for the Trustee, the Proposed Order, and Notice of the Motion was mailed postage prepaid January 2, 2026 to Marc Albert, Trustee, the U.S. Trustee, and parties listed on the Clerk's mailing matrix.

/S/ Arthur Lander

_____

Arthur Lander

```
             UNITED STATES BANKRUPTCY COURT
             FOR THE DISTRICT OF COLUMBIA
```

In Re:                                )
    1416 Eastern Ave NE LLC      )   Case No. 24-00180 ELG
                                  )   Chapter 11
        Debtor               )

ORDER ALLOWING COMPENSATION TO ACCOUNTANT FOR THE TRUSTEE

The motion for Application for final compensation to Arthur Lander C.P.A., P.C. in the amount of $13,770.00 is granted.

**END OF ORDER**

/S/ Arthur Lander
_____
Arthur Lander, Esq.
Counsel for Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
703-486-0700
DC Bar No. 421860
fax 703-527-7207
law@businesslegalservicesinc.com

Seen and Agreed to:

/s/ Marc Albert, Chapter 11 Trustee
_____
Marc Albert, Trustee
1776 Pennsylvania Ave  NW   # 800
Washington, DC   20006
202-659-2214
malbert@stinson.com


Seen:


_____
Kristen Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov



Service of order: recipients of electronic notice




Copies to:

United States Trustee
1725 Duke St.
Alexandria, VA  22314

Marc Albert
Chapter 11 Trustee
1775 Pennsylvania Ave. NW Suite
Suite 800
Washington, DC  20006

Arthur Lander
300 N.  Washington St. #104
Alexandria, VA  22314

```
                    UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF COLUMBIA
In Re:                           )
    1416 Eastern Ave NE LLC      )      Case No. 24-00180 ELG
                                 )      Chapter 11
             Debtor              )
```

## NOTICE OF
## MOTION FOR APPLICATION FOR FINAL COMPENSATION
## AS ACCOUNTANT FOR THE TRUSTEE

PLEASE TAKE NOTICE, pursuant to Rule 2002(a)(7) and 2002(c)(2) of the Federal Rules of Bankruptcy that Arthur Lander, C.P.A. P.C. has filed an Application for Payment of Accountant's Fees in the amount of $13,770.00.

Any party in interest having an objection to the Application or to the Court's entry of an order approving the application must file a written objection on or before January 23, 2026 (21 days notice), or such shorter time as this Court may order, with the Clerk of the United States Bankruptcy Court for the District of Columbia, Third and Constitution Avenue, N.W., Washington, D.C. 20001.

Any such written objection must contain a complete specification of the factual and legal grounds upon which it is based.  If such an objection is timely filed and served, a hearing will be scheduled thereon.

If no such objection is filed, the Court may approve the Application and enter an order awarding Arthur Lander C.P.A., P.C. the compensation upon expiration of the notice period.


/S/ Arthur Lander
_____
Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860

Arthur Lander, C.P.A., P.C.
300 N. Washington St. #104
Alexandria VA 22314


Invoice submitted to:
1416 Eastern Ave. NE LLC
c/o Marc Albert
1775 Pennsylvania Ave. NW #800
Washington DC 20006


December 31, 2025

Invoice #14229

    Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 12/10/25 APL | Summarizing activity form 2s to update excel spread sheet for: 4400 Hunt Pl 1.7; 2400 S St. .8; 4010 9th St. .7; and 3968 MLK .7 | 3.90<br>510.00/hr | 1,989.00 |
| 12/11/25 APL | Summarizing activity form 2s to update excel spread sheet for: 4935 NHB .8, 4263 6th St. .7; 4303 Wheeler Rd. .8; 2501 Naylor Rd. .7; 945 Longfellow .8; and 1416 Eastern 4 bank accounts 2.1. | 5.90<br>510.00/hr | 3,009.00 |
| 12/13/25 APL | Preparing expedited review letters for 10 entities. | 0.80<br>510.00/hr | 408.00 |
| 12/17/25 APL | Working on tax returns, calculation of gain/loss of sale of properties for 2025 for the following properties. 1416 Eastern LLC .8; 4400 Hunt LLC .8; 4303 Wheeler LLC .8; 4010 9th | 8.00<br>510.00/hr | 4,080.00 |

```
1416 Eastern Ave. NE LLC                                              Page    2

                                                    Hrs/Rate           Amount

              LLC .8,    2440 S St LLC .8;
              4263 6th St LLC .8; 4935 NHB
              Ave LLC  .8;  945 Longfellow
              LLC  .8;  .3968 MLK LLC
              .8;  and 2501 Naylor LLC .8.

12/19/25 APL  Zoom meeting to review with          0.50              255.00
              Trustee and Brad Jones filing      510.00/hr
              deadlines and activity.

12/26/25 APL  Up dating 2025  P & L for            7.10            3,621.00
              information from Noble rental     510.00/hr
              agent for:
              1416  Eastern LLC .8; 4400 Hunt
              LLC .7;  4303 Wheeler LLC .7;
              4010 9th LLC .7,    2440 S St
              LLC .7;  4263 6th St LLC .7;
              4935 NHB Ave LLC  .7;  945
              Longfellow LLC  .7;  .3968 MLK
              LLC .7;  and 2501 Naylor LLC .7.

12/30/25 APL  Working on D-30 tax returns for      0.80              408.00
              10 entities.                       510.00/hr


              For professional services rendered   27.00         $13,770.00


              Balance due                                        $13,770.00


Payment can be made via PayPal at     arthurlander.com/paynow
```

```
Label Matrix for local noticing          1416 EASTERN AVE NE LLC              DC Water and Sewer Authority
0090-1                                   700 51st Street NE#102B              1385 Canal Street
Case 24-00180-ELG                        Washington, DC 20019-5549            Washington, DC 20003-5015
United States Bankruptcy Court for the Distri
Washington, D.C
Wed Dec 31 14:51:19 EST 2025

(p)CHILD SUPPORT SERVICES DIVISION       Stinson LLP                          TD Bank, N.A.
ATTN LEGAL SERVICES SECTION              1775 Pennsylvania Avenue  NW         c/o Michael D Nord
400 SIXTH ST NW                          Suite 800                            Gebhardt & Smith LLP
SUITE 8300                               Washington, DC 20006-4760            One South Street
WASHINGTON DC 20001-0189                                                      Suite 2200
                                                                              Baltimore, MD 21202-3343

Washington Gas Light Company             Washington, D.C                      DC Gov't Office of Tax and Revenue
c/o Nagle & Zaller, P.C.                 E. Barrett Prettyman U.S. Courthouse P.O. Box 37559
8640 Stanford Boulevard  Suite 180       333 Constitution Ave. NW #1225       Washington DC 20013-7559
Columbia MD 21045-5827                   Washington, DC 20001-2802

DC Office of Tax and Revenue             Diamond Stewart                      District of Columbia Water and Sewer Aut
1101 4th St. SW #270                     2501 Naylor Rd., SE                  1385 Canal Street, SE
Washington, DC 20024-4467                Apt. 3                               Washington, DC 20003-5015
                                         Washington, DC 20020-4026

Donnell Ray                              Fontavia Griffin                     Internal Revenue Service
1416 Eastern Avenue, NE Unit 102         1416 Eastern Avenue  NE Unit B2      PO Box 7346
Washington, DC 20019-8136                Washington, DC 20019-8136            Philadelphia, PA 19101-7346

Lena Carter-Camara                       Massey Property Investors LLC        Michael D. Nord, Esq.
1416 Eastern Ave. NE Unit B1             12320 Quilt Patch Ln                 Gebhardt & Smith LLP
Washington, DC 20019-8136                Bowie, MD 20720-4359                 One South Street Suite 2200
                                                                              Baltimore, MD 21202-3343

Michelle Christian                       Pepco                                Pro Painting & Remodeling Inc.
1416 Eastern Avenue, NE Unit 201         P.O. Box 13608                       15105 Jennings Ln.
Washington, DC 20019-8136                Philadelphia, PA 19101-3608          Bowie, MD 20721-7208

TD Bank  N.A                             TD Bank, N.A.                        Tyesha Goode
5900 N. Andrews Ave. Suite 200           Michael D Nord, Gebhardt & Smith LLP 1416 Eastern Avenue, NE Unit 101
Fort Lauderdale, FL 33309-2371           One South Street, Ste 2200           Washington, DC 20019-8136
                                         Baltimore, MD 21202-3281

U. S. Trustee for Region Four            US Realty LLC                        Washington Gas and Light Company
U. S. Trustee s Office                   2300 N ST NW STE 300-RLK             1000 Maine Ave SW 7th Floor
1725 Duke Street                         Washington, DC 20037-1122            Washington, DC 20024-3496
Suite 650
Alexandria, VA 22314-3489

Maurice B Albert                         Rodecia Mason                        William C. Johnson Jr.
Stinson LLP                              PO Box 151614                        The Johnson Law Group, LLC
1775 Pennsylvania Avenue, NW             Alexandria, VA 22315-1614            6305 Ivy Lane,
Suite 800                                                                     Suite 630
Washington, DC 20006-4760                                                     20770
                                                                              Greenbelt, MD 20770-1465
```