```
                UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF COLUMBIA
In Re:                              )
     1416 Eastern Ave NE LLC        )    Case No. 24-00180 ELG
                                    )    Chapter 11
            Debtor                  )
```

<u>NOTICE OF</u>
<u>MOTION FOR APPLICATION FOR COMPENSATION</u>
<u>AS ACCOUNTANT FOR THE TRUSTEE</u>

    PLEASE TAKE NOTICE, pursuant to Rule 2002(a)(7) and 2002(c)(2) of the Federal Rules of Bankruptcy that Arthur Lander, C.P.A. P.C. has filed an Application for Payment of Accountant's Fees in the amount of $13,770.00.

    Any party in interest having an objection to the Application or to the Court's entry of an order approving the application must file a written objection on or before January 23, 2026 (21 days notice), or such shorter time as this Court may order, with the Clerk of the United States Bankruptcy Court for the District of Columbia, Third and Constitution Avenue, N.W., Washington, D.C. 20001.

    Any such written objection must contain a complete specification of the factual and legal grounds upon which it is based. If such an objection is timely filed and served, a hearing will be scheduled thereon.

    If no such objection is filed, the Court may approve the Application and enter an order awarding Arthur Lander C.P.A., P.C. the compensation upon expiration of the notice period.

/S/ Arthur Lander
_____
Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860