The order below is hereby signed.

Signed: January 27 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

```
              UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF COLUMBIA

In Re:                            )
     1416 Eastern Ave NE LLC      )    Case No. 24-00180 ELG
                                  )    Chapter 11
               Debtor             )
```

ORDER ALLOWING COMPENSATION TO ACCOUNTANT FOR THE TRUSTEE

The motion for Application for compensation to Arthur Lander C.P.A., P.C. in the amount of $13,770.00 is granted.

**END OF ORDER**

/S/ Arthur Lander
_____
Arthur Lander, Esq.
Counsel for Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
703-486-0700
DC Bar No.  421860
fax 703-527-7207
law@businesslegalservicesinc.com

Seen and Agreed to:

/s/ Marc Albert, Chapter 11 Trustee
_____
Marc Albert, Trustee
1776 Pennsylvania Ave  NW   # 800
Washington, DC   20006
202-659-2214
malbert@stinson.com

Seen:

/s/ Kristen Eustis
_____
Kristen Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

Service of order: recipients of electronic notice

Copies to:

United States Trustee
1725 Duke St.
Alexandria, VA  22314

Marc Albert
Chapter 11 Trustee
1775 Pennsylvania Ave. NW Suite
Suite 800
Washington, DC  20006

Arthur Lander
300 N.  Washington St. #104
Alexandria, VA  22314