The order below is hereby signed.

Signed: March 31 2026



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**FINAL DECREE**

The matter before the Court is the *Trustee's Final Report and Motion for Final Decree* (the "Motion"). [Dkt. No. 201].

This matter was continued pursuant to the Order entered on November 19, 2025 (the "Continuance Order"). [Dkt. No. 209]. Following the entry of the Continuance Order, the Trustee has made the distributions and filed the tax returns contemplated by that Order. The case is now ready for the entry of a Final Decree.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

WHEREAS, 1416 Eastern Ave NE LLC, *et al*., the joint debtors, filed voluntary petitions under Title 11, Chapter 11, in the United States Bankruptcy Court for the District of Columbia on May 29, 2024; and

WHEREAS, Marc E. Albert was appointed as the Chapter 11 Trustee for the Bankruptcy Estates of the joint debtors; and

WHEREAS, the Trustee's Joint Chapter 11 Plan of Liquidation was proposed to the creditors and confirmed by Order of this Court on April 29, 2025; and

WHEREAS, the Trustee has reported to this court that the Trustee's Joint Chapter 11 Plan of Liquidation has been substantially consummated; and

WHEREAS, Fed. R. Bankr. P. 3022 provides for the entry of a Final Decree; and it is therefore

**ORDERED** that the Motion for Final Decree be and hereby is, **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED** that the Trustee is authorized and directed to distribute all remaining property of the Estate in a manner consistent with the Joint Chapter 11 Plan of Liquidation confirmed in this case and to take any further actions that may be required to close the Estate and complete administration of the Plan; and it is

**FURTHER ORDERED** that the Court determines the Confirmed Plan has been substantially consummated, the Trustee is discharged, and the bankruptcy case of the Debtor is **CLOSED**. The Clerk of Court is directed to close this case in accordance with this order.

**[End of Order]**

**AGREED TO BY:**


*/s/ Bradley D. Jones*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*


**SEEN AND AGREED:**


*/s/ Kristen S. Eustis*
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
703-557-7227
Email: Kristen.S.Eustis@usdoj.gov
*Counsel for the Acting United States*
*Trustee for Region 4*


Copies to:

All ECF recipients


CORE/3516991.0007/236425540.1