The order below is hereby signed.

Signed: March 31 2026



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 24-00180-ELG |
| 1416 Eastern Ave NE LLC, *et al.*[1], | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

### FINAL DECREE

The matter before the Court is the *Trustee's Final Report and Motion for Final Decree* (the "Motion"). [Dkt. No. 201].

This matter was continued pursuant to the Order entered on November 19, 2025 (the "Continuance Order"). [Dkt. No. 209]. Following the entry of the Continuance Order, the Trustee has made the distributions and filed the tax returns contemplated by that Order. The case is now ready for the entry of a Final Decree.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

WHEREAS, 1416 Eastern Ave NE LLC, *et al.*, the joint debtors, filed voluntary petitions under Title 11, Chapter 11, in the United States Bankruptcy Court for the District of Columbia on May 29, 2024; and

WHEREAS, Marc E. Albert was appointed as the Chapter 11 Trustee for the Bankruptcy Estates of the joint debtors; and

WHEREAS, the Trustee's Joint Chapter 11 Plan of Liquidation was proposed to the creditors and confirmed by Order of this Court on April 29, 2025; and

WHEREAS, the Trustee has reported to this court that the Trustee's Joint Chapter 11 Plan of Liquidation has been substantially consummated; and

WHEREAS, Fed. R. Bankr. P. 3022 provides for the entry of a Final Decree; and it is therefore

**ORDERED** that the Motion for Final Decree be and hereby is, **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED** that the Trustee is authorized and directed to distribute all remaining property of the Estate in a manner consistent with the Joint Chapter 11 Plan of Liquidation confirmed in this case and to take any further actions that may be required to close the Estate and complete administration of the Plan; and it is

**FURTHER ORDERED** that the Court determines the Confirmed Plan has been substantially consummated, the Trustee is discharged, and the bankruptcy case of the Debtor is **CLOSED**. The Clerk of Court is directed to close this case in accordance with this order.

**[End of Order]**

**AGREED TO BY:**


*/s/ Bradley D. Jones*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*



**SEEN AND AGREED:**


*/s/ Kristen S. Eustis*
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
703-557-7227
Email: Kristen.S.Eustis@usdoj.gov
*Counsel for the Acting United States*
*Trustee for Region 4*


Copies to:

All ECF recipients



CORE/3516991.0007/236425540.1

3

United States Bankruptcy Court

District of Columbia

In re:                                                                              Case No. 24-00180-ELG

1416 EASTERN AVE NE LLC                                                              Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                          User: admin                           Page 1 of 3

Date Rcvd: Mar 31, 2026                       Form ID: pdf001                        Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | 1416 EASTERN AVE NE LLC, 700 51st Street NE#102B, Washington, DC 20019-5549 |
| aty | + | Stinson LLP, 1775 Pennsylvania Avenue, NW, Suite 800, Washington, DC 20006-4760 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| cr | + | DC Water and Sewer Authority, 1385 Canal Street, Washington, DC 20003-5015 |
| cr | + | Rodecia Mason, PO Box 151614, Alexandria, VA 22315-1614 |
| cr | + | TD Bank, N.A., Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3343 UNITED STATES 21202-3343 |
| cr | + | Washington Gas Light Company, c/o Nagle & Zaller, P.C., 8840 Stanford Boulevard, Suite 180, Columbia, MD 21045, UNITED STATES 21045-5827 |
| 789135 | + | Diamond Stewart, 2501 Naylor Rd., SE, Apt. 3, Washington, DC 20020-4026 |
| 778370 | + | District of Columbia Water and Sewer Aut, 1385 Canal Street, SE, Washington, DC 20003-5015 |
| 778371 | #+ | Donnell Ray, 1416 Eastern Avenue, NE Unit 102, Washington, DC 20019-8136 |
| 778372 | + | Fontavia Griffin, 1416 Eastern Avenue, NE Unit B2, Washington, DC 20019-8136 |
| 778374 | + | Lena Carter-Camara, 1416 Eastern Ave., NE Unit B1, Washington, DC 20019-8136 |
| 778376 | + | Michael D. Nord, Esq., Gebhardt & Smith LLP, One South Street Suite 2200, Baltimore, MD 21202-3343 |
| 778377 | + | Michelle Christian, 1416 Eastern Avenue, NE Unit 201, Washington, DC 20019-8136 |
| 778379 | + | Pro Painting & Remodeling Inc., 15105 Jennings Ln., Bowie, MD 20721-7208 |
| 781363 | + | TD Bank, N.A., Michael D. Nord, Gebhardt & Smith LLP, One South Street, Ste 2200, Baltimore, MD 21202-3281 |
| 778380 | + | TD Bank, N.A., 5900 N. Andrews Ave. Suite 200, Fort Lauderdale, FL 33309-2371 |
| 778381 | + | Tyesha Goode, 1416 Eastern Avenue, NE Unit 101, Washington, DC 20019-8136 |
| 778382 | + | US Realty LLC, 2300 N ST NW STE 300-RLK, Washington, DC 20037-1122 |
| 778383 | + | Washington Gas and Light Company, 1000 Maine Ave SW 7th Floor, Washington, DC 20024-3496 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Mar 31 2026 22:13:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Mar 31 2026 22:06:28 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Mar 31 2026 22:06:30 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Mar 31 2026 22:13:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA |

| | | | | | 30326-1382 |
|---|---|---|---|---|---|
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | | Mar 31 2026 22:13:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| cr | | Email/Text: Stephon.Woods@dc.gov | | Mar 31 2026 22:13:00 | Office of the Attorney General for the District of, 400 6th Street, N.W., Washington, DC 20001 |
| 781446 | ^ | MEBN | | Mar 31 2026 22:06:31 | DC Gov't Office of Tax and Revenue, P.O. Box 37559, Washington DC 20013-7559 |
| 778369 | + | Email/Text: angela.coleman@dc.gov | | Mar 31 2026 22:13:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 778373 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | Mar 31 2026 22:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 778378 | + | Email/Text: Bankruptcy_General@pepco.com | | Mar 31 2026 22:13:00 | Pepco, P.O. Box 13608, Philadelphia, PA 19101-3608 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Maurice VerStandig |
| smg | *P++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189, address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| intp | *+ | Diamond Stewart, 2501 Naylor Rd SE, Apt 3, Washington, DC 20020-4026 |
| 778375 | ##+ | Massey Property Investors LLC, 12320 Quilt Patch Ln., Bowie, MD 20720-4359 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026                              Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley David Jones | on behalf of Trustee Marc E. Albert brad.jones@stinson.com  brad.jones2020@ecf.pacerpro.com |
| Elizabeth Drayden Peters | on behalf of Creditor TD Bank  N.A. epeters@gebsmith.com |
| Emil Hirsch | on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com wdcecf@cfdom.net;ewhittington@carltonfields.com;ACinca@carltonfields.com;lierardi@carltonfields.com |

John Ernest Tsikerdanos

on behalf of Creditor Washington Gas Light Company john@naglezaller.com

Joshua W. Cox

on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com  porsche.barnes@stinson.com

Joshua W. Cox

on behalf of Attorney Stinson LLP Joshua.cox@stinson.com  porsche.barnes@stinson.com

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Laura C. Beckerman

on behalf of Creditor Office of the Attorney General for the District of Columbia laura.beckerman@dc.gov  mina.kasama@dc.gov

Marc E. Albert

marc.albert@stinson.com
porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com;marcelliottalbert@gmail.com

Marc E. Albert

on behalf of Trustee Marc E. Albert marc.albert@stinson.com
porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com;marcelliottalbert@gmail.com

Maurice Belmont VerStandig

on behalf of Attorney Maurice VerStandig mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael D. Nord

on behalf of Creditor TD Bank  N.A. mnord@gebsmith.com

Michael T. Freeman

on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Nancy L. Alper

on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Ruiqiao Wen

on behalf of Trustee Marc E. Albert ruiqiao.wen@stinson.com

Stephon Woods

on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov

Tracey Michelle Ohm

on behalf of Trustee Marc E. Albert tracey.ohm@stinson.com  porsche.barnes@stinson.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

William C. Johnson, Jr.

on behalf of Debtor In Possession 1416 EASTERN AVE NE LLC William@JohnsonLG.Law
wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

TOTAL: 19